UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AHMAD, )
Plaintiff (s), )
)
v. ) Case No. 4:17-cv-2455
)
City of St. Louis, )
Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiffs** and notifies the court of the intent to use
(Plaintiff or Defendant)

Katie Hinners
(name and address of process server)
906 Olive #1130
St. Louis, MO 63101

To serve: **Defendant** _____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

09/22/2017                                     /s/ Anthony E. Rothert
(date)                                         (attorney for Plaintiff)

                                               (attorney for Defendant)