# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD and ALISON DREITH, on behalf of themselves and a class of similarly situated plaintiffs, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:17cv2455 |
| CITY OF ST. LOUIS, MISSOURI, ) ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall file the following documents no later than **9:00 a.m. on Tuesday, October 3, 2017**:

1. A joint statement of the case and the issues presented, narrowing the legal scope of dispute between the parties to only those issues upon which the parties disagree.

2. Statements of undisputed facts from each side.

3. List of all witnesses and the substance of their testimony and the exhibits they will sponsor.

4. List of proposed exhibits. Any objections to these exhibits must be made in writing in advance of the hearing or they shall be considered waived. The parties shall resolve objections to foundation prior to the hearing.

5. Stipulated summaries or extracts of any deposition testimony in lieu of lengthy readings of transcripts.

6. Proposed findings of fact and conclusions of law.

Dated this 25th day of September, 2017.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE