IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD<br><br>and<br><br>ALISON DREITH,<br><br>*on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS, MISSOURI,<br><br>Defendant. | No. 4:17-cv-2455 |

### AFFIDAVIT OF DERRELL SMITH, JR.

I, Derrell Smith, Jr., declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. On September 15, 2017, I was protesting at the intersection of Clark Avenue and Tucker Boulevard in the City of St. Louis.

3. I fully complied with all police orders and I did not break any laws.

4. During the entire time I was at and near that intersection, I never once heard the police issue a warning to protesters or order anyone to disperse.

5. Without warning, the police began to use pepper spray on protesters and other observers in the area.

6. A police officer sprayed me directly in the face with a big blue can of pepper spray.

1

**EXHIBIT D**

7.  I suffered burning and pain.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of September, 2017.

Executed on  9/22/17

_____
Derrell Smith, Jr.

Subscribed and sworn to before me this 22nd day of September, 2017, by

_____
Notary Public

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14614956

2

