**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MALEEHA AHMAD<br><br>and<br><br>ALISON DREITH,<br><br>*on behalf of themselves and a class of similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS, MISSOURI,<br><br>Defendant. | No. 4:17-cv-2455 |

**DECLARATION OF JOSHUA TORRES WEDDING**

I, Joshua Torres Wedding, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. On September 15, 2017, I participated in a protest march following the acquittal of Officer Jason Stockley.

3. The march took place in downtown St. Louis.

4. At approximately 5:15 p.m., I was walking to meet my wife after leaving the protest group.

5. I saw a Metro bus full of police officers unload onto the sidewalk near me.

6. Many of the officers were dressed in black full-body tactical gear, including personal protective equipment and helmets.

**EXHIBIT E**

7. I did not understand why the officers were there. I used my smartphone to record the officers, who were moving into a phalanx formation.

8. Some of the officers were on the west sidewalk of Tucker Boulevard, and I was standing in the City Hall parking lot, so we were separated by an iron fence. I walked to the brick-and-iron entranceway between sidewalk and parking lot. I was a couple feet away from the nearest officers.

9. Without warning, an officer sprayed me directly in the forehead with a stream of pepper spray.

10. I was unarmed, not committing any damage to property, and posed no safety threat to any person.

11. The officer did not warn me that he was about to deploy a chemical agent against me.

12. The pepper spray burned my eyes and my skin, and I began screaming.

13. The police did not provide me with any first aid.

14. I was not arrested.

15. Attached to this declaration is a photograph of me with the residue on my skin.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of September, 2017.

By:  /s/ Joshua Torres Wedding
Joshua Torres Wedding



Case: 4:17-cv-02455-RLW Doc. #: 11-6 Filed: 09/28/17 Page: 3 of 3 PageID #: 134