**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MALEEHA AHMAD )
)
and )
)
ALISON DREITH, )
)
*on behalf of themselves and a class of* )
*similarly situated individuals,* )
)
Plaintiffs, )
)
v. )
) Case No.: 4:17-CV-2455 RLW
CITY OF ST. LOUIS, MISSOURI, )
)
Defendant. )

**AFFIDAVIT OF MEGAN GREEN**

I, Megan Green, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. I live in the City of St. Louis.

3. On the evening of Friday, September 15, 2017, I participated in the march that started in the Central West End in order to express my disapproval of the acquittal of Officer Stockley, police brutality, and institutional racism.

4. After the march, I was traveling south on Lake.

5. I saw buses of riot police officers coming in from both directions and all of Westminster was blocked by riot police.

6. In every direction there were officers in riot gear, and there was nowhere to go in order to disperse from the area.

**EXHIBIT G**

7. When I was near the synagogue Central Reform Congregation, I ran into a line of riot police at Kinghighway, which were blocking the only open route of egress. I went in the synagogue.

8. While I was inside, I heard police banging on the door and yelling.

9. I could see clouds of tear gas and the synagogue entrance was surrounded by officers.

10. I stayed inside the synagogue for an hour and a half.

11. When I left the synagogue, I walked south down Kingshighway, and as I approached the Chase Park Plaza, I saw a line of riot police with a small pathway open among them. I asked if I could pass through to get to my car, and I was allowed us to do so.

12. I then crossed the street at Lindell and Kingshighway to head east on Lindell.

13. As we walked down the street a police MRAP drove past us.

14. The MRAP then did a U-turn at Kingshighway and Lindell and doubled back to where I was standing with a small group so that it could shoot tear gas at the group.

15. We were on the sidewalk trying to get into our vehicles.

16. The occupants of the MRAP gave no warning they would start gassing us.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/22/17

Megan E. Green
Megan Green

Subscribed and sworn to before me this 22nd day of September, 2017.

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14614956

Kathryn M. Hinners-Mueller
Notary Public