IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD<br><br>and<br><br>ALISON DREITH,<br><br>*on behalf of themselves and a class of similarly situated individuals*,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS, MISSOURI,<br><br>   Defendant. | Case No.: 4:17-CV-2455 RLW |

## AFFIDAVIT OF ERIN COUNIHAN

I, Erin Counihan, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. I am a pastor at Oak Hill Presbyterian Church, and I also work with Metropolitan Congregations United, a faith-based community organizing group.

3. I live in the City of St. Louis.

4. On the evening of September 15, 2017, I was in the Central Reform Congregation synagogue after participating in a march and protest following the acquittal of Officer Stockley.

5. I saw a black armored vehicle on Lindell shoot out tear gas.

6. I heard no instructions or warning.

7. I saw smoke and gas blanketing the street.

8. I saw people severely impacted by the gas. I provided first aid.

1

**EXHIBIT I**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/22/17

_____
Erin Counihan

Subscribed and sworn to before me this 22nd day of September, 2017.

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14814958

_____
Notary Public

2