IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD<br><br>and<br><br>ALISON DREITH,<br><br>*on behalf of themselves and a class of similarly situated individuals*,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF ST. LOUIS, MISSOURI,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 4:17-CV-2455 RLW<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ALICIA STREET

I, Alicia Street, declare as follows:

  1.  I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

  2.  On Friday, September 15, 2017, I participated in a protest in the Central West End in order to express my displeasure with the Officer Stockley verdict.

  3.  That evening, St. Louis Metropolitan police officers deployed chemical agents and rubber bullets against me and others without giving us adequate time or open routes to disperse or telling us where we needed to go.

  4.  On Sunday, September 17, after an organized protest, I was near the intersection of Tucker and Washington Avenues in downtown St. Louis.

**EXHIBIT Q**

5. After speaking with others, I attempted to walk down Washington Avenue to my vehicle to leave downtown, but a line of riot police in full tactical dress blocked my route and would not let me continue to my car. I was trapped in.

6. Around 11:20 p.m., I was kettled, along with others. That is, riot police in full tactical dress cut off all my possible routes of egress from the intersection of Washington and Tucker and pressed in on me and the group of people in the middle of that intersection.

7. Police officers shouted at us to "GET DOWN!"

8. I immediately complied and got on the ground on my stomach. Some other people I saw did not have enough room to lay down so they crouched.

9. The police closed in on us. Multiple police officers sprayed me with chemical agents on my back.

10. I asked one police officer for permission to put on a mask, and he said I could.

11. Then a different police officer approached me, stated, "didn't I tell you to put your hands up?" and then hit me in the head, which knocked off my glasses.

12. I saw the police single out individuals who were filming for particularly long sprays of chemical agents.

13. I was eventually handcuffed with zipties, arrested, and transported to the Justice Center.

14. I never resisted arrest.

15. I never threatened the police or any other person.

16. I was unarmed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/22/17

_____
Alicia Street

Subscribed and sworn to before me this 22nd day of September, 2017, by

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14614956

_____
Notary Public

3