**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALEEHA AHMAD | ) |
| | ) |
| and | ) |
| | ) |
| ALISON DREITH, | ) |
| | ) |
| *on behalf of themselves and a class of* | ) |
| *similarly situated individuals*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )      Case No.: 4:17-CV-2455 RLW |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**<u>AFFIDAVIT OF EMILY DAVIS</u>**

I, Emily Davis, declare as follows:

1.      I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2.      I live in St. Louis County.

3.      I participated in protests on Friday September 15, 2017 and Sunday, September 17, 2017, after the acquittal of Officer Stockley.

4.      On the evening of Friday September 15, 2017, I was in the Central West End riding my bike and saw riot police. A man near me, also riding a bike, was yanked down by police. Along with another woman, I reached out to try to help the man keep his bike upright.

5.      Without warning, I was then targeted with pepper spray twice by St. Louis Metropolitan police officer Brian Rossamano. He first aimed the spray directly at my butt and then aimed directly at my face.

1

**EXHIBIT R**

6.      As a result, I had pepper spray in my hair and on my arms and experienced painful effects from the chemical.

7.      On the evening of Sunday, September 17, I was downtown near the intersection of Tucker and Washington Avenues.

8.      The atmosphere was calm and I saw pedestrians just standing on the sidewalks having conversations.

9.      I did not see anyone initiate an interaction with any police officers.

10.     I heard no warnings about the use of chemical agents.

11.     Suddenly, police officers wearing full tactical dress came from one direction and started moving towards us. I backed away from the officers and then saw a second line coming, and yet another line of riot police officers with bicycles from a third direction. The officers used their bikes as a fence and the other lines banged long batons on the ground.

12.     I was blocked in on three sides and so I moved toward Tucker and Washington so that we could leave.

13.     But as I got closer to the intersection, I saw another line of riot police fill in the final side. They were also banging their batons on the ground. I was trapped.

14.     The officers yelled at us to "GET DOWN!"

15.     I immediately complied by getting on the ground.

16.     I was using my phone. An officer came over snatched my phone out of my hand and threw it on the ground.

17.     I reached for my goggles to put them on because I saw pepper spray being deployed against people caught in the middle of the kettle. As I put them on my face an officer came over and snatched them from my face.

2

18.    Another officer then approached me, yelling, with pepper spray directed at my face.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/22/17_____

___~~Emily Davis~~_____

Subscribed and sworn to before me this 22nd day of September, 2017.

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14814968

_____
Notary Public