IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD | ) |
| and | ) |
| ALISON DREITH, | ) |
| *on behalf of themselves and a class of similarly situated individuals*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:17-CV-2455 RLW |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

## AFFADAVIT OF MARISSA SOUTHWARDS

I, Marissa Southwards, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. I joined protesters Friday, September 15 and Saturday, September 16 to express my displeasure with the Stockley verdict.

3. At approximately 10:30 p.m. on September 15, 2017, at the intersection of Lake Avenue and Westminster, I was tear gassed by St. Louis Metropolitan police.

4. I heard a warning to disperse but I was then immediately gassed.

5. I did not have enough time to leave the area.

6. I was not told to where I needed to disperse.

7. Because I am asthmatic, I need medical follow-up. I also had to dispose of all of the clothing I wore at the protest.

**EXHIBIT X**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/22/2017

_____
Marissa Southwards

Subscribed and sworn to before me this 22nd day of September, 2017.

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2018
St. Louis City
Commission #14614956

_____
Notary Public

8.

2