IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:17-cv-2455-RLW |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

**EXHIBIT LIST FOR ATTACHMENTS TO MEMORANDUM
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Exhibit A:  Stockley Verdict, 1622-CR02213-01

Exhibit B:  Maleeha Ahmad Declaration

Exhibit C:  Alison Dreith Declaration

Exhibit D:  Derrell Smith, Jr. Declaration

Exhibit E:  Joshua Torres Wedding Declaration

Exhibit F:  Chris Sommers Declaration

Exhibit G:  Megan Green Declaration

Exhibit H:  Tony Rice Declaration

Exhibit I:  Erin Counihan Declaration

Exhibit J:  Pamela Lewczuk Declaration

Exhibit K:  Steven Hoffman Declaration

Exhibit L:  Jon Ziegler Declaration

Exhibit M:  Keith Rose Declaration

Exhibit N:  W. Patrick Mobley Declaration

Exhibit O: Demetrius Thomas Declaration

Exhibit P:  Dana Kelly-Franks Declaration

Exhibit Q:  Alicia Street Declaration

Exhibit R:  Emily Davis Declaration

Exhibit S:  Dillan Newbold Declaration

Exhibit T:  Alex Nelson Declaration

Exhibit U:  Brian Baude Declaration

Exhibit V:  Iris Maclean Declaration

Exhibit W:  Sarah Molina Declaration

Exhibit X:  Marissa Southwards Declaration

    Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on September 28, 2017.

      /s/ Anthony E. Rothert