# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:17-cv-2455-RLW |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR CLASS CERTIFICATION

Plaintiffs move this Court to certify a Plaintiff Class consisting of persons who will observe, record, or participate in protest activity within the City of St. Louis in a traditional or designated public forum. For the reasons explaining in the accompanying memorandum in support, certification is appropriate in this case because movants satisfy the requirements of Federal Rule of Civil Procedure Rule 23(a) and (b)(2).

WHEREFORE Plaintiffs request that this Court certify a Plaintiff Class of all those individuals who will observe, record, or participate in protest activity within the City of St. Louis in a traditional or designated public forum; appoint Plaintiffs as class representatives; and appoint Gillian R. Wilcox, Jessie Steffan, and Anthony E. Rothert as class counsel.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on October 5, 2017.

/s/ Anthony E. Rothert