Case: 4:17-cv-02455-CDP   Doc. #:  21-1   Filed: 10/05/17   Page: 1 of 4 PageID #: 203

# STATE & REGIONAL

http://www.apnewsarchive.com/2017/Protesters-upset-with-a-white-former-police-officer-s-acquittal-in-the-death-of-a-black-man-unfurled-a-Stop-Killing-Us-banner-at-the-St-Louis-Cardinals-home-game-against-the-Milwauke/id-44363b7cb8a4413589c6c9c7de987394

## The Latest: Group displays 'Stop Killing Us' banner at game

Sep 30, 2017

ST. LOUIS (AP) — The Latest on unrest following the acquittal of a white former police officer in St. Louis in the death of a black man (all times local):

1:30 a.m.

Protesters upset with the acquittal of a white former police officer in the death of a black man unfurled a banner at the St. Louis Cardinals' home game against the Milwaukee Brewers that read: "Stop Killing Us."

The banner displayed Friday night over the railing in the left-field upper-deck seats had a Cardinals mascot drawn on it, with the redbird clutching a "Racism Lives Here" sign. The hashtag "#ExpectUs" was drawn on the mascot's jersey.

The St. Louis Post-Dispatch reports that demonstrators shouted, "No justice, no baseball!" Police eventually ushered the group out of the stadium.

Later, protesters marched to Broadway and Walnut, where a confrontation occurred between them and police. The newspaper reports that an officer was seen using a stun gun on one protester. It wasn't immediately clear what prompted it.

According to the newspaper, police said at least two arrests were made.

Demonstrations have been occurring in the city since Sept. 15 when former officer Jason Stockley was acquitted of first-degree murder in the fatal 2011 shooting of Anthony Lamar Smith, a drug suspect.

_____

3:25 p.m.

Organizers of protests that have disrupted St. Louis since a police officer was acquitted in a fatal shooting say their demonstrations are nowhere close to ending.

During a peaceful protest Friday in downtown St. Louis, state Rep. Bruce Franks Jr. said the civil unrest could continue for months.

He says demonstrators will decide when they are ready to sit down with city officials to discuss a list of demands. But until then, he says, city officials should "get used to everything that's going on."

Franks says leaders of the demonstrations have a strategy but won't publicize their plans.

Activist Tory Russell told a cheering crowd he wanted the city to know "we're just getting started."

_____

2:05 p.m.

The St. Louis Board of Aldermen is considering a resolution praising city police for their handling of unrest following the fatal shooting of a black man by an officer.

The discussion on Friday came a week after the board approved a controversial resolution remembering Anthony Lamar Smith, who was shot by former officer Jason Stockley in 2011.

The St. Louis Post-Dispatch <u>reports</u> that with protesters outside, the board decided to refer the resolution to a committee. It would commend St. Louis police for "their steadfast dedication to safeguarding the well-being" or residents.

The board said it passed a resolution honoring Smith in part to help ease the grief of his mother, Annie Smith. But the vote angered police, who said Smith was trying to kill an officer. Others said it was wrong to honor Smith because he had a criminal record.

_____

12 p.m.

For the second time in a week, St. Louis police are facing a lawsuit from the ACLU over the handling of protests after the fatal shooting of a black suspect.

The St. Louis Post-Dispatch reported Friday that the latest lawsuit filed in U.S. District Court stems from a protest in 2015 after the death of Mansur Ball-Bey. It claims police used tear gas without warning.

Earlier this week, the ACLU filed suit over arrests at a protest that followed a judge's ruling on Sept. 15 acquitting former officer Jason Stockley of first-degree murder in the death of Anthony Lamar Smith. About 120 people were arrested at a demonstration on Sept. 17. The suit claims police were too forceful and arrested people who were trying to disperse.