# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MALEEHA AHMAD, et al., )
)
    Plaintiffs, )
) Case No. 4:17-CV-2455-RLW
v. )
)
CITY OF ST. LOUIS, )
)
    Defendant. )
)

## DEFENDANT CITY OF ST. LOUIS'S EXHIBIT LIST

Defendant City of St. Louis hereby submits the following list of exhibits in advance of the hearing on Plaintiffs' motion for preliminary injunction:

**I.**     **Exhibits**

    A.     Section I of Special Order 1-01, Philosophy for Use of Force and Periodic Review Policy;

    B.     Directive dated January 7, 2015, relating to a temporary restraining order entered by the U.S. District Court in *Templeton v. Dotson*, Case No. 4:14-CV-2019-CEJ (E.D. Mo.);

    C.     Section XIII of Special Order 1-01, Deployment of Chemical Agents for Crowd Dispersal;

    D.     Special Order 1-06, Recording of Police Activity; and

    E.     Settlement Agreement in *Templeton v. Dotson*, Case No. 4:14-CV-2019-CEJ (E.D. Mo.).

Defendant City reserves the right to use any other exhibits as may be necessary to rebut, respond to, or impeach the evidence or witnesses presented by Plaintiffs during the hearing.

Respectfully submitted,

JULIAN BUSH,
City Counselor

  /s/ Thomas R. McDonnell
Thomas R. McDonnell, #38336MO
H. Anthony Relys, #63190MO
Assistant City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO  63103
Tel: (314) 622-3361
Fax: (314) 622.4956
McDonnellT@stlouis-mo.gov
RelysT@stlouis-mo.gov

*Attorneys for Defendant City of St. Louis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, the foregoing **Defendant City of St. Louis's Exhibit List** was served via the Court's electronic filing system upon all counsel of record.

  /s/ Thomas R.McDonnell

2