# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALEXIS TEMPLETON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No. 4:14cv-2019 CEJ |
| ) | |
| v. ) | |
| ) | |
| SAM DOTSON et al., ) | |
| ) | |
| Defendants. ) | |

## SETTLEMENT AGREEMENT

This Settlement Agreement is entered into this 25th day of March 2015, by and between Plaintiffs and Defendants Sam Dotson, Chief of Police of the City of St. Louis Police Department, Jon Belmar, St. Louis County Chief of Police, and Ron Johnson, Missouri State Highway Patrol.

WHEREAS, Plaintiffs have filed a Complaint against Defendants, styled as set out above ("the lawsuit"); and

WHEREAS, out of the desire to resolve the issues underlying the lawsuit, the parties agree as follows:

A. Defendants and their agents, servants, employees, and representatives, will not enforce any rule, policy, or practice that grants law enforcement officials the authority or discretion to:

DEFENDANT'S EXHIBIT E

1

(1) utilize tear gas, inert smoke, pepper gas, or other chemical agents (collectively, "chemical agents") for the purpose of dispersing groups of individuals who are engaged in non-criminal activity:

    (a) without first issuing clear and unambiguous warnings that such chemical agents will be utilized;

    (b) without providing the individuals sufficient opportunity to heed the warnings and exit the area;

    (c) without reasonably attempting to minimize the impact of such chemical agents on individuals who are complying with lawful law enforcement commands; and

    (d) without ensuring that there is a means of safe egress from the area that is available to the individuals and announcing this means of egress to the group of individuals.

(2) utilize chemical agents on individuals engaged in non-criminal activity for the purpose of frightening them or punishing them for exercising their constitutional rights.

B.    Provided, however, that Paragraph A hereof shall not be applicable to situations that turn violent and persons at the scene present an imminent threat of bodily harm to persons or damage to property, and when law enforcement officials must defend themselves or other persons or property against such imminent threat.

2

C. Defendants will immediately issue the command or order appropriate to their own law enforcement agency prohibiting the use of chemical agents to disperse a crowd except in situations where this use is in compliance with the requirements expressed in Sections A and B.

D. In due course, but no later than August 1, 2015, the City of St. Louis Police Department, the St. Louis County Police Department and the Missouri State Highway Patrol shall each issue the appropriate policy, command or order sufficient to ensure that law enforcement officers under their respective commands shall in all respects comply with Paragraphs A and B hereof. Defendants agree that the obligation to comply with the conditions set out in Paragraphs A and B is continuing, and failure of a Defendant to have in place such policy, command or order is a violation of this Settlement Agreement which may be enforced by Plaintiffs against such Defendant according to law. Defendants shall provide a copy of such policy to Plaintiffs within ten days of promulgation and further agree to provide a current copy of such policy, command or order within ten businesses days of a request by Plaintiffs directed to the St. Louis City Counselor, the St. Louis County Counselor, and to the General Counsel of the Missouri Department of Public Safety to inspect it.

E. Plaintiffs Alexis Templeton, Maureen Costello, Brittany Ferrell, Steven Hoffman, Nile McClain, and Kira Hudson shall dismiss the lawsuit with prejudice insofar as it pertains to Defendants Dotson, Belmar, and Johnson. As a specific condition of this Settlement Agreement, Plaintiffs agree to accept

3

attorney's fees and costs from Defendants in the total amount of $7,500.00, with each Defendant to contribute $2,500.00 toward the total amount. Aside from the foregoing, Plaintiffs waive any rights they may have for attorney fees or costs under 42 USC Sec. 1988 and Rule 54 FRCP or any other provision of law. The parties agree that the Federal District Court for the Eastern District of Missouri shall retain jurisdiction of this matter to enforce the terms of this Settlement Agreement through the 1st day of January, 2018.

_____
Thomas B. Harvey
Arch City Defenders
812 N. Collins Alley
St. Louis, MO 63102
Phone: (855) 724-2489
Fax: (855) 724-2489 facsimile
tharvey@archcitydefenders.org

_____
Denise Lieberman
Advancement Project
1220 L. Street NW, Suite 850
Washington, D.C. 20005
Phone: (314) 780-1833
Fax: (202) 728-9558
dlieberman@advancementproject.org

_____
Brendan Roediger
Saint Louis University School of Law
100 N. Tucker Blvd.

4

St. Louis, MO 63101-1930
Phone: (314) 977-2778
Fax: (314) 977-1180
broedige@slu.edu

ATTORNEYS FOR PLAINTIFFS

*Mark Lawson* (signature)
Mark Lawson
Attorney Manager
City of St. Louis Law Department
1200 Market St, Rm 314
St. Louis, MO 63106
Phone: 314-622-4644
Fax: 314-622-4956
mlawson@slmpd.org
ATTORNEY FOR DEFENDANT DOTSON

*Michael E Hughes* (signature)
Michael E. Hughes
Michael A. Shuman
Associate County Counselors
41 S. Central Avenue, 9th Fl.
Clayton, MO 63105
Phone: 314-615-7042
Fax: 314-615-3732
MHughes2@stlouisco.com
ATTORNEYS FOR DEFENDANT BELMAR

*Robert J. Isaacson* (signature)
Robert J. Isaacson
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
Phone: (314) 340-7861
Fax: (314) 340-7029
ATTORNEY FOR DEFENDANT JOHNSON