IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:17-CV-2455-RLW |
| CITY OF ST. LOUIS, | ) |
| Defendant. | ) |

## DECLARATION OF MATTHEW KARNOWSKI

I, Matthew Karnowski, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts.

2. I am a Sergeant with the Police Division of the City of St. Louis ("PD").

3. I am also assigned to the PD's Bike Response Team ("BRT").

4. On the afternoon of September 15, 2017, I was working with the BRT on protest related duties in the Downtown St. Louis area.

5. During the protest, I saw numerous objects and debris being thrown by the protesters at PD officers, including bottles filled with various liquids and concrete which was removed from manhole covers by the protesters.

6. During the protest, I observed several protesters engaged in illegal activity, including the protesters blocking access to a bus carrying PD officers. Protesters were throwing objects at the bus. I observed Maleeha Ahmad linking her arms with several other protesters, who were holding onto the bike rack attached to the bus. These protestors were blocking the bus.

DEFENDANT'S EXHIBIT F

7. I commanded the protestors to move away from the bus several times and warned them they would be maced. The protesters refused to allow the bus to exit and continued throwing objects at the bus. Also, there were approximately 40 PD officers on the bus who were surrounded by the protesters. An exigent safety situation existed.

8. Since the protesters refused to follow the PD's orders, I sprayed mace at the persons blocking the bus.

9. Maleeha Ahmad, refused to comply with the several PD orders and warnings and was among those sprayed with mace.

10. I was also present in the Downtown St. Louis area at approximately 5:00 p.m., when protesters were causing damage to a PD vehicle and throwing objects at officers.

11. Due to the violent crowd and in order to prevent further property damage and injury to PD officers and protesters, a short time thereafter the PD made announcement over a loud speaker to the protesters that they were engaging in an unlawful assembly and that they were to disperse. As part of the dispersal order, the announcement by the PD stated that anyone who remained in the area was subject to arrest and to the potential deployment of chemical munitions.

12. The protesters did not disperse. As a result, a BRT line was formed facing north, allowing obvious routes of egress and free movement to the north on Tucker, east on Clark, or west on Clark. Most of the protesters dispersed as directed. However, some remained and several were subsequently maced while attempting to interfere with the BRT line, throwing objects at officers, or attempting to break through the BRT line.

13. In the early morning hours of Saturday, September 16, 2017, I was near Barnes Hospital in the Central West End monitoring a gathering of protestors.

14. At approximately 12:11 a.m., members of the BRT under my supervision came into contact with two undercover St. Louis County police officers.

15. The St. Louis County undercover officers advised officers under my supervision that they had witnessed two suspects set a dumpster on fire in the alley just north of Forest Park and Euclid.

16. After a brief chase, I assisted in taking one of the suspects into custody at 12:13 a.m.

17. The BRT took the other suspect into custody shortly thereafter.

18. On Sunday evening, September 17, 2017, I was in Downtown in the City of St. Louis at multiple locations monitoring multiple gatherings of protesters.

19. Between 8:00 p.m. and 9:00 p.m., a multitude of protesters engaged in criminal conduct and violence including breaking storefront windows, destroying flower pots, and throwing furniture into the street on the 900, 1000, and 1100 blocks of Olive Street. The protesters gathered at Tucker and Olive Street. BRT responded to assist CDT with the protesters.

20. The protesters were ordered to disperse at approximately 8:48 p.m. or be subject to arrest and/or chemical munitions.

21. A second order to disperse announcing that the use of chemical munitions is imminent was given at approximately 8:51 p.m.

22. Chemical munitions in the form of pepper ball and pepper spray were deployed and multiple arrests ensued.

23. At approximately 10:40 p.m., a group of about 50 to 100 protesters gathered at the intersections of Tucker and Locust and Tucker and Washington standing on all corners and in the street in a manner that physically obstructed the reasonable movement of

vehicular and pedestrian traffic in violation of Section 17.16275 of the St. Louis City Code.

24. The BRT became outnumbered by protesters on Locust east of Tucker, and many of the protesters were recognized as the same individuals who were part of the unlawful assembly that had occurred earlier on Olive.

25. BRT officers ordered them to move back but the protesters did not comply.

26. Eventually, however, BRT officers were able to move the protesters to Locust and Tucker.

27. At approximately 11:25 p.m., during a mass arrest at the intersection of Washington and Tucker, I observed multiple protesters resisting arrest by pulling away arms and forcing themselves away from officers.

28. I heard multiple dispersal orders given prior to the mass arrest on September 17, 2017.

29. The dispersal orders clearly directed protesters to leave the area, and at the time such orders were given, egress from the area was not blocked in any way by the police.

30. I overheard officers effecting an arrest exclaim loudly that the suspect they were arresting was armed with multiple knives. I later learned that multiple firearms were recovered from protesters and also from the ground.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of October, 2017.

By: /s/ [signature]