# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| MALEEHA AHMAD, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455-RLW |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' LIST OF EXHIBITS

Come now Plaintiffs and provide this Court with the following list of exhibits that may be offered at the preliminary injunction hearing by Plaintiffs in connection with the claims asserted in their First Amended Complaint for Prospective Relief:

| Exhibit # | Description |
|---|---|
| PLTF - 1 | Photograph of Plaintiff Maleeha Ahmad |
| PLTF - 2 | Photograph of Plaintiff Alison Dreith |
| PLTF - 3 | Photograph of Derrell Smith, Jr. |
| PLTF - 4 | Photograph of Joshua Torres Wedding |
| PLTF - 5 | Video of 9/17 police action taken by Joshua Torres Wedding |
| PLTF - 6 | Video of 9/17 police action taken by Chris Sommers |
| PLTF - 7 | Additional video of 9/17 police action taken by Chris Sommers |

1

| | |
|---|---|
| PLTF - 8 | Video of 9/17 protest taken by Demetrius Thomas |
| PLTF - 9 | Video of 9/17 protest taken by Jon Ziegler |
| PLTF - 10 | Additional video of 9/17 protest taken by Jon Ziegler |
| PLTF - 11 | Video of 9/21 protest taken by Jon Ziegler |
| PLTF - 12 | Video of 9/26 protest taken by Jon Ziegler |
| PLTF - 13 | Video of 9/28 protest taken by Jon Ziegler |
| PLTF - 14 | Video of 9/29 protest taken by Heather De Mian |
| PLTF - 15 | Motion for Preliminary Injunction |
| PLTF - 16 | Video of 10/8 protest taken by Jon Ziegler |
| PLTF - 17 | Documents responsive to subpoena to 0311 Tactical Solutions, LLC |
| PLTF - 18 | Summons issued to Plaintiff Brian Baude |
| PLTF – 19 | Dillian Newbold medical records |
| PLTF – 20 | Affidavit of Maleeha Ahmad |
| PLTF – 21 | Affidavit of Alison Dreith |
| PLTF – 22 | Affidavit of Derrell Smith, Jr. |

| PLTF – 23 | Affidavit of Joshua Torres Wedding |
| --- | --- |
| PLTF – 24 | Affidavit of Chris Sommers |
| PLTF – 25 | Affidavit of Megan Green |
| PLTF – 26 | Affidavit of Tony Rice |
| PLTF – 27 | Affidavit of Erin Counihan |
| PLTF – 28 | Affidavit of Pamela Lewczuk |
| PLTF – 29 | Affidavit of Steven Hoffmann |
| PLTF – 30 | Affidavit of Jon Ziegler |
| PLTF – 31 | Affidavit of Keith Rose |
| PLTF – 32 | Affidavit of W. Patrick Mobley |
| PLTF – 33 | Affidavit of Demetrius Thomas |
| PLTF – 34 | Affidavit of Dana Kelly-Franks |
| PLTF – 35 | Affidavit of Alicia Street |
| PLTF – 36 | Affidavit of Emily Davis |
| PLTF – 37 | Affidavit of Dillan Newbold |

| PLTF – 38 | Affidavit of Alex Nelson |
| --- | --- |
| PLTF – 39 | Affidavit of Brian Baude |
| PLTF – 40 | Affidavit of Iris Maclean |
| PLTF – 41 | Affidavit of Sarah Molina |
| PLTF – 42 | Affidavit of Marissa Southwards |
| PLTF – 43 | Affidavit of Heather De Mian |
| PLTF – 44 | Affidavit of Elyssa Sullivan |

        Respectfully submitted,

        /s/ Anthony E. Rothert
        Anthony E. Rothert, #44827MO
        Jessie Steffan, #64861MO
        ACLU of Missouri Foundation
        906 Olive Street, Suite 1130
        St. Louis, Missouri 63101
        (314) 652-3114

        Gillian R. Wilcox, #61278MO
        ACLU of Missouri Foundation
        406 W. 34th Street, Suite 420
        Kansas City, Missouri 64111

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available to all electronic filing participants:

/s/ Anthony E. Rothert