UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:17 CV 2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the defendant's motion to continue [41] is granted and the hearing on plaintiff's motion for preliminary injunction is reset to **Wednesday, October 18, 2017 at 9:00 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2017.