**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455-RLW |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR EXCLUSION OF WITNESSES

Come now Plaintiffs, pursuant to Rule 615 of the Federal Rules of Evidence, and move

this Court for entry of an order excluding all actual and potential witnesses—other than the

parties—from the courtroom during the proceedings in this case other than the period of actual

testimony by each witness.

> Rule 615 of the Federal Rules of Evidence provides that "[a]t the
> request of a party the court shall order witnesses excluded so that
> they cannot hear the testimony of other witnesses...." This rule is
> mandatory-a trial judge may not deny a request to exclude. *E.g.,*
> *United States v. Ell,* 718 F.2d 291, 292 (9th Cir.1983); *see also*
> Advisory Committee Notes to Rule.

*Sanford v. CBS, Inc.*, 594 F. Supp. 713, 717 (N.D. Ill. 1984). "The purpose of excluding a

witness from the courtroom while another testifies is to prevent one witness from potentially

being taught by the other's testimony." *Morgan v. United States*, 11-01105-CV-W-NKL-P, 2012

WL 1391848, at *2 (W.D. Mo. Apr. 20, 2012) (citing 6 Wigmore on Evidence § 1837).

Rule 615 does not authorize the exclusion of: "(a) a party who is a natural person; (b) an

officer or employee of a party that is not a natural person, after being designated as the party's

representative by its attorney; (c) a person whose presence a party shows to be essential to presenting the party's claim or defense; or (d) a person authorized by statute to be present."

WHEREFORE Plaintiffs request this Court exclude from the courtroom all actual and potential non-party witnesses during the proceedings in this case other than the period of actual testimony by each witness and for such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of

the CM/ECF system on all counsel of record on October 17, 2017.

/s/ Anthony E. Rothert