UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** October 18, 2017          **Case No.** 4:17CV2455 CDP

Maleeha S. Ahmad et al.     v.   City of St. Louis, Missouri

**Judge** Honorable Catherine D. Perry

**Court Reporter** G. Madden          **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Anthony Rothert, Omni Praiss, Jessie Steffan

**Attorneys for Defendant(s)** H. Anthony Relys, Thomas McDonnell

**Parties present for** hearing on Plaintiffs' Motion for Preliminary Injunction [10].
Motion [46] to Exclude Witnesses from the Courtroom before testimony is Granted.
Witnesses heard.  Exhibits admitted.  Proceeding to continue on
Thursday, October 19, 2017 at 12:00 p.m.

Attorneys Present : _____

Proceedings commenced:    9:04 a.m. - 12:30 p.m.

Proceedings concluded:    1:15 p.m. - 5:45 p.m.