# EXHIBIT LIST

# Style: Ahmad et al. v. St. Louis City
# Case No: 4:17CV2455 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 2 |  | 1 | 10/18/17 |  |  | Picture of Alison Dreith with white residue on her face | 10/18/17 |
| 21 |  | 1 | 10/18/17 |  |  | Affidavit of Alison Dreith | 10/18/17 |
| 1 |  | 2 | 10/18/17 |  |  | Picture of Maleeha Ahmad | 10/18/17 |
| 20 |  | 2 | 10/18/17 |  |  | Affidavit of Maleeha Ahmad | 10/18/17 |
| 34 |  | 3 | 10/18/17 |  |  | Affidavit of Dana Kelly-Franks | 10/18/17 |
| 41 |  | 4 | 10/18/17 |  |  | Affidavit of Sarah Molina | 10/18/17 |
| 31 |  | 5 | 10/18/17 |  |  | Affidavit of Keith Rose | 10/18/17 |
| 6 |  | 7 | 10/18/17 |  |  | Video of 9/17/17 police action Taken by Chris Sommers | 10/18/17 |
| 7 |  | 7 | 10/18/17 |  |  | Video of 9/17/17 police action, including tossing of tear gas Taken by Chris Sommers | 10/18/17 |
| 24 |  | 7 | 10/18/17 |  |  | Affidavit of Chris Sommers | 10/18/17 |
| 25 |  | 8 | 10/18/17 |  |  | Affidavit of Megan Green | 10/18/17 |
| 8 |  | 9 | 10/18/17 |  |  | Video of 9/17 protest taken by Demetrius Thomas | 10/18/17 |
| 33 |  | 9 | 10/18/17 |  |  | Affidavit of Demetrius Thomas | 10/18/17 |
| 32 |  | 10 | 10/18/17 |  |  | Affidavit of W. Patrick Mobley | 10/18/17 |

# EXHIBIT LIST

## Style: Ahmad et al. v. St. Louis City
## Case No: 4:17CV2455 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 37 | | 11 | 10/18/17 | | | Affidavit of Dillan Newbold | 10/18/17 |
| 26 | | 12 | 10/18/17 | | | Tony Rice | 10/18/17 |
| 40 | | 13 | 10/18/17 | | | Affidavit of Iris Maclean Nelson | 10/18/17 |
| | L to ECF #11 | 13 | 10/18/17 | | | RebZ.tv video showing witnesses Iris and Alex Nelson taken by Jon Ziegler | 10/23/17 |
| 38 | | 14 | 10/18/17 | | | Affidavit of Alex Nelson | 10/18/17 |
| 4 | | 15 | 10/18/17 | | | Photograph of Joshua Torres Wedding post pepper spray | 10/18/17 |
| 23 | | 15 | 10/18/17 | | | Affidavit of Joshua Torres Wedding | 10/18/17 |
| 5 | | 15 | 10/18/17 | | | Video of 9/17 police action taken by Joshua Torres Wedding | 10/18/17 |
| 10 | | 15 | 10/18/17 | | | Additional video of 9/17 protest taken by Jonathan (Jon) Ziegler (long) | 10/18/17 |
| 9 | | 15 | 10/18/17 | | | Video of 9/17 protest taken by Jonathan (Jon) Ziegler | 10/18/17 |
| 30 | | 15 | 10/18/17 | | | Affidavit of Jonathan (Jon) Ziegler | 10/18/17 |
| | K | 17 | 10/19/17 | | | Order on use of force, section 4 | 10/19/17 |
| | D | 17 | 10/19/17 | | | Special Order 1-06, Recording of Police Activity | 10/19/17 |
| | C | 17 | 10/19/17 | | | Section XIII of Special Order 1-01 | 10/19/17 |

# EXHIBIT LIST

# Style: Ahmad et al. v. St. Louis City
# Case No: 4:17CV2455 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | F | 18 | 10/19/17 |  |  | Affidavit of Sergeant Matthew Karnowski | 10/19/17 |
| D to ECF [[11-4] |  | 19 |  |  |  | Photo |  |
|  | I to ECF [33-6] | 19 |  |  |  | Declaration of Sergeant Brian Rossomanno | 10/19/17 |
| 54 |  |  | 10/23/17 | OBJ | Sust. | Rebuttal Affidavit of James Golden, former Police Chief of Trenton NJ and Saginaw, MI |  |
| 52 |  | 20 | 10/23/17 |  |  | Video | 10/23/17 |
| 53 |  | 21 | 10/23/17 |  |  | Video | 10/23/17 |
| 3 |  |  |  |  |  | Photo of Derrell Smith, Jr. | 10/23/17 |
| 11 |  |  |  |  |  | Video of 9/21 protest taken by Jon Ziegler | 10/23/17 |
| 13 |  |  |  |  |  | Video of 9/28 protest taken by Jon Ziegler | 10/23/17 |
| 14 |  |  |  |  |  | Video of 9/29 protest taken by Heather De Mian | 10/23/17 |
| 15 |  |  |  |  |  | Motion for Preliminary Injunction | 10/23/17 |
| 16 |  |  |  |  |  | Video of 10/8 protest taken by Jon Ziegler | 10/23/17 |
| 17 |  |  |  |  |  | Documents responsive to subpoena to 0311 Tactical Solutions, LLC | 10/23/17 |
| 18 |  |  |  |  |  | Summons issued to Plaintiff Brian Baude | 10/23/17 |

# EXHIBIT LIST

# Style: Ahmad et al. v. St. Louis City
# Case No: 4:17CV2455 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 19 | | | | | | Dillian Newbold medical records | 10/23/17 |
| 22 | | | | | | Affidavit of Derrell Smith , Jr. | 10/23/17 |
| 27 | | | | | | Affidavit of Erin Counihan | 10/23/17 |
| 28 | | | | | | Affidavit of Pamela Lewczuk | 10/23/17 |
| 29 | | | | | | Affidavit of Steven Hoffman | 10/23/17 |
| 30 | | | | | | Affidavit of Jon Ziegler | 10/23/17 |
| 35 | | | | | | Affidavit of Alicia Street | 10/23/17 |
| 36 | | | | | | Affidavit of Emily Davis | 10/23/17 |
| 39 | | | | | | Affidavit of Brian Baude | 10/23/17 |
| 42 | | | | | | Affidavit of Marissa Southwards | 10/23/17 |
| 43 | | | | | | Affidavit of Heather De Mian | 10/23/17 |
| 44 | | | | | | Affidavit of Elyssa Sullivan | 10/23/17 |
| 46-51 | | | | | | City ordinance and state law | 10/23/17 |
| | A | | | | | Special Order of Metro Police Department dated Sept. 4, 2014 | 10/23/17 |

# EXHIBIT LIST

## Style: Ahmad et al. v. St. Louis City
## Case No: 4:17CV2455 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | B |  |  |  |  | Directive 2015-01-07 re: Chemical agents | 10/23/17 |
|  | E |  |  |  |  | Templeton Settlement | 10/23/17 |
|  | G |  |  |  |  | Sachs Declaration | 10/23/17 |
|  | H |  |  |  |  | Jemerson Declaration | 10/23/17 |
|  | J |  |  |  |  | Boyher Declartion | 10/23/17 |
|  |  |  |  |  |  |  |  |