UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALEEHA S. AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-02455-CDP |
| | ) | |
| ST. LOUIS, MISSOURI, CITY OF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm:    ROGER L. GOLDMAN

Firm Address:    Saint Louis University School of Law
3700 Lindell Blvd. St. Louis, MO 63108

Email:    roger.goldman@slu.edu

that he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Anthony E. Rothert (for pla)
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
FOUNDATION
906 Olive St.
Suite 1130
St. Louis, MO  63101-1448
Ph: 314-669-3420  FAX: 314-652-3112

Other Counsel:  H. Anthony Relys (for dft)
ST. LOUIS CITY COUNSELOR'S OFFICE
1200 Market Street
Room 314
St. Louis, MO  63103
Ph: 314-622-4083  FAX: 314-622-4956

**The completion deadline for this ADR referral is February 1, 2018.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

December 11, 2017.
Date

*Gregory J. Linhares*
Clerk of Court

By:     /s/ Erica Brown
        Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALEEHA S. AHMAD, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-02455-CDP |
| | ) | |
| ST. LOUIS, MISSOURI, CITY OF, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

ROGER L. GOLDMAN
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALEEHA S. AHMAD, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-02455-CDP |
| | ) | |
| ST. LOUIS, MISSOURI, CITY OF, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE
RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference.  The participants will
be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff,
defendant, insurance representative, in-house counsel or corporate representative.  **Counsel of record need
not provide name and email address.**

Name (printed):                                    Email address:

_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____

Date_____ Neutral_____