**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**DESIGNATION OF NEUTRAL BY PARTIES AND ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for mediation dated November 15, 2017, the parties designate Roger L. Goldman as neutral in this case.

The completion deadline for this ADR referral is February 1, 2018.

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, times, and location of the initial ADR conference:

Date of Conference: January 10, 2018

Time of Conference: 9 a.m.

Location of Conference:     Saint Louis University School of Law

100 North Tucker Boulevard

St. Louis, Missouri 63101

All parties and the assigned neutral have been given at least fourteen days' notice of the conference. The neutral shall schedule any additional conferences in consultation with the parties.

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

<u>**Certificate of Service**</u>

A copy of the foregoing filed via CM/ECF and thereby made available to all counsel of record on December 15, 2017.

/s/ Anthony E. Rothert