**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION TO DISMISS CLAIMS OF PLAINTIFFS
ALISON DREITH AND IRIS MACLEAN WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs move to dismiss the claims of Plaintiffs Alison Dreith and Iris Maclean without prejudice. All other claims and Plaintiffs will remain. Defendant consents to this motion.

WHEREFORE Plaintiffs request that Alison Dreith and Iris Maclean be dismissed as plaintiffs in this action without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

1

**<u>Certificate of Service</u>**

A copy of the foregoing filed via CM/ECF and thereby made available to all counsel of record on January 30, 2018.

/s/ Anthony E. Rothert