# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-cv-2455 CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND REFERRAL TO ADR**

With consent of Defendant, Plaintiffs move this Court to extend the deadline for the completion of Alternative Dispute Resolution from February 15, 2018 to March 2, 2018. The referral originally was scheduled to expire on February 1, 2018. ECF No. 59. The neutral extended the deadline to February 15, 2018. ECF No. 73. Pursuant to Local Rule 6.02(A)(2), this Court may extend the referral termination deadline. The parties have conferred in good faith, including conducting two in-person mediation sessions with the neutral, and believe an additional fifteen days may allow them to reach a resolution.

WHEREFORE Plaintiffs request this Court extend the termination deadline for the ADR referral through March 2, 2018.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

1

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

## Certificate of Service

A copy of the foregoing filed via CM/ECF and thereby made available to all counsel of record on February 15, 2018.

/s/ Anthony E. Rothert