**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALEEHA S. AHMAD, et al.,        ) | |
| Plaintiffs,        ) | |
| v.        ) | Cause No.:    4:17-cv-2455-CDP |
| CITY OF SAINT LOUIS, MISSOURI,        ) | **JURY TRIAL DEMANDED** |
| Defendant.        ) | |

**MOTION TO CONSOLIDATE**

Comes now Movant Michael Faulk, and for his Motion to Consolidate for Pre-Trial Purposes, pursuant to Rule 42 and Local Rule 42-4.03, states as follows:

1. Federal Rule of Civil Procedure 42(a) provides that, if actions before the court involve a common question of law or fact, the court may consolidate the actions or issue any other orders to avoid unnecessary cost or delay.

2. Local Rule 42-4.03 provides that motions to consolidate shall be filed and heard in the case bearing the lowest cause number.

3. Plaintiff requests that his action, *Faulk v. City of St. Louis et al.*, 4:18-cv-308-JCH, be consolidated with the above-captioned case, *Ahmad et al. v. City of St. Louis*, 4:17-cv-2455-CDP.

4. These cases involve both common issues of fact and law surrounding the highly fact-specific incident ("kettling incident") that occurred on the night of September 17, 2017 at the intersection of Washington Avenue and Tucker Boulevard in downtown St. Louis around 11:00 p.m., and both share the common defendant City of St. Louis, whose officers surrounded

protesters, onlookers, and reporters before seizing, assaulting, and arresting everyone within the kettle.

5. Consolidation of the cases would provide judicial economy and is likely to streamline the discovery process for all parties.

6. For these reasons, as well as those set forth in Movant Michael Faulk's Memorandum of Law in Support, incorporated by this reference as if fully stated herein, the case of *Faulk v. City of St. Louis et al.*, 4:18-cv-308-JCH should be consolidated with the above-captioned matter.

WHEREFORE, Movant Michael Faulk prays this honorable Court grant his Motion to Consolidate *Faulk v. City of St. Louis et al.*, 4:18-cv-308-JCH with the above-captioned matter, and for such other and further relief as this Court deems proper.

Dated: June 13, 2018

Respectfully submitted,

By: s/ David C. Nelson
David C. Nelson  (MBE #46540MO)
Nelson and Nelson
420 N. High St.
Belleville, IL 62220
618-277-4000
314-925-1307 (fax)
dnelson@nelsonlawpc.com

*and*

**ArchCity Defenders, Inc.**

By: /s/ John M. Waldron
Blake A. Strode  (MBE #68422MO)
Michael John Voss (MBE #61742MO)
Nathaniel R. Carroll (MBE #67988MO)
John M. Waldron (MBE #70401MO)
1210 Locust Street, 2nd Floor
Saint Louis, MO 63103
855-724-2489 ext. 1021
314-925-1307 (fax)

bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
ncarroll@archcitydefenders.org
jwaldron@archcitydefenders.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that notice of filing and a true and correct copy of the foregoing was served on all counsel and parties of record via this Court's ECF/PACER notification system upon filing on this 13th day of June, 2018.

            /s/ *John M. Waldron*