UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:17 CV 2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Michael Faulk moves to consolidate his individual § 1983 claim for damages (Case No. 4:18CV308 JCH) with the instant potential class action case seeking solely injunctive relief. Faulk is not a plaintiff in this case, and there is no indication that the parties to the instant case seek consolidation with Faulk's case. Given the age and advanced procedural posture of the instant case, as well as the differing types of relief sought in each case, the motion to consolidate will be denied. *See* R. Civ. P. 42(a).

Accordingly,

**IT IS HEREBY ORDERED** that the motion to consolidate the instant case with Case Number 4: 18 CV 308 JCH [83] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2018.