# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 4:17-cv-2455 CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO AMEND THE CASE MANAGEMENT ORDER

The parties respectfully request that two deadlines set by the Court as part of the Case Management Order (ECF No. 81) be postponed by three weeks. The deadline for initial disclosures was July 16, 2018, and the deadline for joinder of additional parties and amendment of pleadings is July 30, 2018. The parties request that those deadlines be reset for August 6 and August 20, 2018, respectively.

In support of their motion, the parties state that they have engaged in repeated settlement discussions in person and via telephone in an attempt to resolve the complex dispute at issue. The parties have exchanged written proposals on multiple occasions and have discussed in detail various sticking points. Counsel for Plaintiffs sent a proposal to resolve one crucial aspect of the dispute on June 13, 2018, and counsel for Defendant has not yet received the input necessary from City officials to relay a decision on the proposal. The parties have been acting diligently to resolve the case and to meet the deadlines set by the Court but have been unable to do so.

WHEREFORE the parties respectfully request that the Court amend the Case Management Order to modify the deadlines for initial disclosures and joinder and amendment of pleadings. These modifications will not necessitate moving any other case deadlines.

Respectfully submitted,

<table>
<tr><td>

/s/ Jessie Steffan
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

</td><td>

JULIAN BUSH,
City Counselor
/s/ H. Anthony Relys
H. Anthony Relys, #63190MO
Assistant City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO 63103
Tel: (314) 622-3361
Fax: (314) 622-4956
RelysT@stlouis-mo.gov
*Attorney for Defendant City of St. Louis*

</td></tr>
</table>

**Certificate of Service**

     A copy of the foregoing filed via CM/ECF and thereby made available to all counsel of record on July 30, 2018.

     /s/ Jessie Steffan