UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiffs' unopposed motion to amend their complaint. Defendant having no objection,

**IT IS HEREBY ORDERED** that the motion for leave to file second amended complaint [88] is granted, and the second amended complaint is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to certify class [20] directed to the amended complaint is denied without prejudice as moot, and plaintiffs shall file their motion and supporting memorandum to certify the proposed class set out in the second amended complaint by no later than **January 4, 2019**, or the class allegations will be stricken from the complaint without further notice by the Court. Defendant shall file any opposition to class certification by no later than **February**

**1, 2019**, and plaintiffs may file any reply brief in support of class certification by no later than **February 11, 2019**.

                                                   _____
                                                   CATHERINE D. PERRY
                                                   UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2018.