**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**Motion to Voluntarily Dismiss Claims of Brian Baude**

Comes now Plaintiff Brian Baude, pursuant to Federal Rule of Civil Procedure 41(a)(2), and moves this Court to dismiss his claims without prejudice. In support, he states:

1. On September 28, 2017, with the filing of the first amended complaint, Brian Baude joined this case as a plaintiff.

2. This case challenges certain customs and policies of the City of St. Louis, which Plaintiffs assert are unconstitutional. Plaintiffs in this action seek only prospective relief on their own behalf and on behalf of a putative class of similarly situated individuals.

3. Mr. Baude wishes to be dismissed as a plaintiff in this action without prejudice so that he may instead pursue an individual claim for damages arising from the same events. *See Baude v. City of St. Louis, Missouri*, No. 4:18-cv-01564-PLC (E.D. Mo.).

4. There has been little discovery to date in this matter and none specific to Mr. Baude. In addition, there are no dispositive motions pending. As a result, any prejudice to Defendant is minimal.

1

       5.      Counsel for Defendant has advised that Defendant opposes this motion.

WHEREFORE Plaintiff Brian Baude requests this Court grant his motion to voluntarily dismiss

him from this case without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

**<u>Certificate of Service</u>**

A copy of the foregoing filed via CM/ECF and thereby made available to all counsel of record on September 20, 2018.


/s/ Anthony E. Rothert