UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 2455 CDP |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## AMENDED CASE MANAGEMENT ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to amend the case management order [102] is granted, and the following amended schedule shall apply in this case and will be modified only upon a showing of exceptional circumstances:

1) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **January 25, 2019**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **February 8, 2019**; and

2) Plaintiffs shall file their motion and supporting memorandum to certify the proposed class set out in the second amended complaint by no later than **February 1, 2019**, or the class allegations will be stricken from the complaint without further notice by the Court.  Defendant shall file any opposition to class certification by no later than **February 22, 2019**, and plaintiffs may file any reply brief in support of class certification by no later than **March 1, 2019**.

     All other deadlines not specifically amended above remain in full force and effect.  Failure to comply with any part of this order may result in the imposition of sanctions.

                                         _____
                                         CATHERINE D. PERRY
                                         UNITED STATES DISTRICT JUDGE

Dated this 3rd  day of December, 2018.