## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:17-CV-2455-RLW |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant City Counselor Amy Raimondo hereby enters her appearance as co-counsel for Defendant City of St. Louis.

Respectfully submitted,

JULIAN BUSH,
City Counselor

   /s/ Amy M. Raimondo
Amy M. Raimondo, #71291MO
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
Tel: (314) 622.3361
Fax: (314) 622.4956
E-mail: RaimondoA@stlouis-mo.gov

*Attorney for Defendant City of St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, the foregoing Entry of Appearance was served via the Court's electronic filing system upon all counsel of record.

   /s/ Amy M. Raimondo
Amy M. Raimondo
Assistant City Counselor