IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-cv-2455 CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

### Protective Order

The Court, being advised in the premises, finds and orders as follows:

1. By interrogatory served December 19, 2018, Plaintiffs requested the residential address of a police officer.

2. Plaintiffs seek the residential address because they wish to depose the police officer, but Defendant is unable to produce him for a deposition. Plaintiffs anticipate also that they may need to subpoena the police officer to testify at trial.

3. Because the police officer is not believed to be currently working and Plaintiffs know of no other place where he might be found, Plaintiffs are unable to serve a deposition subpoena without knowing his residential address.

4. Defendant notes that the police officer has served as an undercover officer and expresses concern that public disclosure of his residence address will create a substantial risk to his privacy and security.

5. The parties agree that their conflicting interests would be resolved by entry of a protective order requiring that Plaintiffs keep the address of the police officer

1

confidential and limiting disclosure of his address as necessary to secure service of a deposition or trial subpoena.

Wherefore, it is ordered that Plaintiffs shall treat as confidential any address or addresses provided to them by Defendant in response to Plaintiffs' interrogatory served December 19, 2018, and shall not disclose this information except as necessary to serve a deposition or trial subpoena.

1/17/19
Date

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE