# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:17-CV-2455-RLW |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## **ENTRY OF APPEARANCE**

Assistant City Counselor Brandon Laird hereby enters his appearance as counsel for Defendants City of St. Louis.

    Respectfully submitted,

    JULIAN BUSH,
    City Counselor

    */s/ Brandon Laird*
    Brandon Laird,
    Mo. Bar No. 65564
    Assistant City Counselor
    City Hall
    1200 Market Street, Room 314
    St. Louis, MO  63103
    Tel: (314) 622-4652
    Fax: (314) 622.4956
    E-mail: lairdb@stlouis-mo.gov
    *Attorneys for Defendant City of St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2018, the foregoing **Entry of Appearance** was served via the Court's electronic filing system upon all counsel of record.

>  */s/ Brandon Laird*
> Brandon Laird
> Assistant City Counselor