# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | )    No. 4:17-cv-2455-CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) ) ) |
| Defendant. | ) |

## MOTION FOR CLASS CERTIFICATION

Plaintiffs move this Court to certify a Plaintiff Class consisting of those individuals who will participate in expressive activity that is intended or perceived as a protest of police at a traditional public or designated public forum within the City of St. Louis. For the reasons explaining in the accompanying memorandum in support, certification is appropriate in this case because movants satisfy the requirements of Federal Rule of Civil Procedure Rule 23(a) and (b)(2).

WHEREFORE Plaintiffs request that this Court certify a Plaintiff Class of those individuals who will participate in expressive activity that is intended or perceived as a protest of police at a traditional public or designated public forum within the City of St. Louis, or such other Plaintiff Class as appropriate; appoint Plaintiffs as class representatives; and appoint Plaintiffs' attorneys as class counsel.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
906 Olive Street, #1130
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
   MISSOURI FOUNDATION
406 West 34th Street, # 420
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFFS**