# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-cv-2455-CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs move this Court pursuant to Local Rule 4.01(D) to file a memorandum in support of their motion for class certification that exceeds the page limits allowed by Rule. In order to fully discuss the requirements of Rule 23 and their application to this case, Plaintiffs request leave to file a brief of sixteen pages rather than the fifteen pages allowed without leave of the Court. Plaintiffs' proposed memorandum in support is attached hereto.

WHEREFORE Plaintiffs request this Court grant them leave to file their over-length memorandum in support of their motion for class certification.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
906 Olive Street, #1130
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
406 West 34th Street, # 420
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFFS**