```
 1             IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3

 4

 5

 6    MALEEHA AHMAD, et al.,               )
                                           )
 7       Plaintiffs,                       )
                                           ) Cause No.
 8    vs.                                  ) 4:17-cv-2455-CDP
                                           )
 9    CITY OF ST. LOUIS, MISSOURI,         )
                                           )
10       Defendant.                        )

11

12

13

14

15             DEPOSITION OF JEROME BAUMGARTNER
                  Taken on behalf of the Plaintiff
16                    December 19th, 2018

17

18

19       Jamie Jo Kinder, CCR 842, CSR 084.003306

20

21

22

23

24

25
```

```
 1                        I N D E X
 2                                                  Page
 3                       EXAMINATION
 4   QUESTIONS BY MS. STEFFAN                          5
 5   QUESTIONS BY MS. DUNCAN                          42
 6   QUESTIONS BY MS. STEFFAN                         42
 7                        EXHIBITS
 8   Baumgartner Deposition Exhibit 1                 13
 9   Baumgartner Deposition Exhibit 2                 29
10
11
12
13
14
15            (Exhibit retained by the Reporter.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
 2                         EASTERN DIVISION

 3

 4      MALEEHA AHMAD, et al.,                )
                                              )
 5         Plaintiffs,                        )
                                              ) Cause No.
 6      vs.                                   ) 4:17-cv-2455-CDP
                                              )
 7      CITY OF ST. LOUIS, MISSOURI,          )
                                              )
 8         Defendant.                         )

 9

10                DEPOSITION OF WITNESS, JEROME BAUMGARTNER,

11      produced, sworn, and examined on the 19th day of December,

12      2018, between the hours of 1:22 o'clock in the afternoon

13      and 2:31 o'clock in the forenoon of that day, at St. Louis

14      City Hall, 1200 Market, Room 314, St. Louis, MO, before

15      Jamie Jo Kinder, Missouri CCR 842, Illinois CSR 084-00306,

16      a Certified Court Reporter within and for the State of

17      Missouri, in a certain cause now pending before the United

18      States District Court, Eastern District of Missouri,

19      Eastern Division, wherein MALEEHA AHMAD, et al., are the

20      Plaintiffs, and CITY OF ST. LOUIS, MISSOURI is the

21      Defendant.

22

23

24

25
```

```
 1                A P P E A R A N C E S
 2            For the Plaintiffs:
 3            Ms. Jessie Steffan
              AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
 4            906 Olive Street, Suite 1130
              St. Louis, MO  63101
 5            (314) 669-3420
              arothert@aclu-mo.org
 6

 7

 8            For the Defendant:
 9            Ms. Abby Duncan
              St. Louis City Counselor's Office
10            1200 Market, City Hall, Room 314
              St. Louis, MO  63103
11

12

13      The Court Reporter:

14      Ms. Jamie Jo Kinder, CCR, CSR
        ALARIS LITIGATION SERVICES
15      711 North Eleventh Street
        St. Louis, MO  63101
16      (800) 280-3376
        www.alaris.us
17      transcripts@alarislitigation.com
18

19

20

21

22

23

24

25
```

```
 1              (Deposition commenced at 1:22 p.m.)
 2              IT IS HEREBY STIPULATED AND AGREED, by and between
 3      counsel for Plaintiffs and counsel for Defendant, that the
 4      deposition of JEROME BAUMGARTNER may be taken in shorthand
 5      by Jamie Jo Kinder, CCR, CSR, a notary public and shorthand
 6      reporter, and afterwards transcribed into typewriting; and
 7      the signature of the witness is expressly reserved.
 8                            * * * * *
 9                         JEROME BAUMGARTNER,
10      of lawful age, being produced, sworn and examined on
11      behalf of the Plaintiffs, deposes and says:
12                           EXAMINATION
13      QUESTIONS BY MS. STEFFAN:
14           Q    Good afternoon, Mr. Baumgartner.
15           A    Hello.
16           Q    I introduced myself earlier, but I'm Jessie
17      Steffan.  I'm one of the plaintiffs' attorneys, which is
18      Ahmad versus the City of St. Louis.  I'm going to ask you
19      to state and spell your name for the record?
20           A    Jerome, J-E-R-O-M-E, Baumgartner,
21      B-A-U-M-G-A-R-T-N-E-R.
22           Q    Have you been deposed previously?
23           A    For this case?
24           Q    For any case.
25           A    Yes.
```

```
 1    an --
 2         A    There was text in the e-mail.
 3         Q    Do you recall what it said?
 4         A    Not clearly enough to be able to state it
 5    here.
 6         Q    Do you know how long the text of the e-mail
 7    was?
 8              MS. DUNCAN:  Object as to vague.  Subject to
 9    that, you can answer.
10         A    A few sentences.
11         Q    (By Ms. Steffan) Do you recall when that was
12    disseminated through e-mail?
13         A    I don't.
14         Q    Did you read it at that time?
15         A    Yes.
16         Q    Did you do anything differently in your work
17    as a result of having read that preliminary injunction?
18         A    No.
19         Q    Do you think the injunction was applicable to
20    your office's work?
21              MS. DUNCAN:  I'm going to object as to vague.
22    Subject to that, you can answer.
23         A    Applicable in a sense that the subject area
24    content may come back to us for some type of policy work
25    eventually.
```

1     Q    (By Ms. Steffan) Did you discuss the
2     preliminary injunction with anyone after you received it
3     from the chief via e-mail?
4          A    No.
5          Q    You didn't propose any special order
6     amendments or other policy changes as a result of the
7     preliminary injunction; is that correct?
8          A    Yes.
9          Q    To your knowledge, did anyone in your office
10    propose any changes to policies or special orders as a
11    result of the preliminary injunction from the Ahmad case?
12         A    No.
13         Q    To your knowledge, they did not?
14         A    To my knowledge, they did not.
15              MS. STEFFAN:  That's all I have.
16              MS. DUNCAN:  I have no questions.  Sir, you
17    can either waive your signature or read, which entails
18    waiting until the transcript is written out and then you
19    can look over it and make sure all of your answers are
20    correct.  If there is any typos, you need to correct or you
21    can waive your signature.  In this case, I would suggest
22    that you read it.
23              THE WITNESS:  I will read it.
24              MS. STEFFAN:  A PDF, that's all I need.
25              MS. DUNCAN:  Etrans with the exhibits.