```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF MISSOURI
 2                       EASTERN DIVISION

 3    MALEEHA AHMAD, et al.,      )
                                  )
 4              Plaintiffs,       )
                                  )
 5    vs.                         ) Case No.:
                                  ) 4:17-cv-2455-CDP
 6    CITY OF ST. LOUIS,          )
      MISSOURI,                   )
 7                                )
                Defendant.        )
 8

 9

10

11

12

13              DEPOSITION OF SCOTT BOYHER

14         TAKEN ON BEHALF OF THE PLAINTIFFS

15                 NOVEMBER 21, 2018

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXAMINATION
 2
 3   Direct Examination by Ms. Steffan            Page  5
 4   Cross-Examination by Mr. Wheaton             Page 92
 5
 6
 7                     INDEX OF EXHIBITS
 8
 9   Plaintiff's Exhibit 1                        Page 53
10
11
12   (The exhibit was retained by Ms. Steffan.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF MISSOURI
 2                       EASTERN DIVISION

 3     MALEEHA AHMAD, et al.,      )
                                   )
 4              Plaintiffs,        )
                                   )
 5     vs.                         ) Case No.:
                                   ) 4:17-cv-2455-CDP
 6     CITY OF ST. LOUIS,          )
       MISSOURI,                   )
 7                                 )
                Defendant.         )
 8

 9

10

11           DEPOSITION OF SCOTT BOYHER, produced, sworn,
       and examined on the 21st day of November, 2018,
12     between the hours of 9:15 a.m. and 11:30 a.m. of
       that day, at St. Louis City Hall, 1200 Market
13     Street, St. Louis, Missouri 63103, before AMANDA N.
       FARRAR, a Certified Court Reporter of the State of
14     Missouri.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    APPEARANCES
 2              For the Plaintiffs:
 3              MS. JESSIE STEFFAN
                American Civil Liberties Union of
 4              Missouri
                906 Olive Street, Suite 1130
 5              St. Louis, Missouri 63101
                jsteffan@aclu-mo.org
 6              (314)652-3114
 7
                For the Defendant:
 8
                MR. ANDREW D. WHEATON
 9              St. Louis City Counselor's Office
                1200 Market Street, Suite 314
10              Saint Louis, Missouri 63103
                wheatona@stlouis-mo.gov
11              (314)622-3361
12
                The Court Reporter:
13
                MS. AMANDA N. FARRAR, CCR
14              Alaris Litigation Services
                711 North Eleventh Street
15              St. Louis, Missouri 63101
                (314)644-2191
16
17
18
19
20
21
22
23
24
25
```

```
 1                (The deposition commenced at 9:15 a.m.)
 2                       SCOTT BOYHER,
 3    of lawful age, being produced, sworn, and examined
 4    on behalf of the Plaintiffs, deposes and says:
 5                     DIRECT EXAMINATION
 6     BY MS. STEFFAN
 7           Q.    Good morning, Lieutenant Boyher.
 8           A.    Good morning.
 9           Q.    If you could, please, say and spell your
10    name for the record first.
11           A.    Scott Boyher, B-O-Y-H-E-R.
12           Q.    And the court reporter introduced me,
13    but I'm Jessie Steffan.  I am attorney for the
14    plaintiffs in the case Ahmad vs. City of St. Louis.
15                 Have you ever been deposed before?
16           A.    Yes.
17           Q.    So I assume you're familiar generally
18    with the ground rules.  It's important to speak
19    audibly so that the court reporter can take down the
20    record.  If you answer a question, I will presume
21    that you understood the question.  So if you don't
22    understand the question, you should say something
23    and I will attempt to restate.  And you can also
24    take a break at any time as long as there's not a
25    question hanging out there in the air.  If that's
```

```
 1         A.    Yeah.
 2         Q.    Have you personally sent any emails in
 3   which you describe the police response to the
 4   Stockley verdict protests?
 5               MR. WHEATON:  Objection; form.
 6         A.    Can I have that one more time?
 7         Q.    (By Ms. Steffan)  Sure.
 8               Have you sent any emails in which you
 9   discuss or describe the police response to the
10   Stockley verdict protests?
11               MR. WHEATON:  Same objection.
12         A.    Not that I'm aware of.
13         Q.    (By Ms. Steffan)  Have you received any
14   emails in which the police response to the Stockley
15   verdict protests has been discussed?
16         A.    Not that I'm aware of.
17         Q.    Considering the police response to the
18   Stockley verdict protest as a whole, would you do
19   anything differently than you did then today if the
20   same events occurred?
21               MR. WHEATON:  Objection; form,
22   foundation, calls for speculation.
23         A.    I don't know.
24         Q.    (By Ms. Steffan)  Are you aware that the
25   court issued a preliminary injunction in this case?
```

```
 1        A.    Yes, ma'am.
 2        Q.    How did you find out about that?
 3        A.    At a meeting.
 4        Q.    A meeting of who?
 5        A.    A meeting in headquarters.
 6        Q.    So command staff; is that accurate --
 7        A.    Yes.
 8        Q.    -- to say?
 9        A.    Command staff.
10        Q.    To the best of your understanding, what
11   does the preliminary injunction tell you about what
12   you should do differently in your day-to-day
13   actions?
14              MR. WHEATON:  Objection; form and
15   foundation, calls for speculation.  A preliminary
16   injunction order speaks for itself.
17        A.    I don't know.
18        Q.    (By Ms. Steffan)  Do you do anything
19   differently when you're patrolling today as opposed
20   to before the preliminary injunction was issued, as
21   a result of the preliminary injunction?
22              MR. WHEATON:  Objection to form.  It's
23   vague.
24        A.    Not to my knowledge.
25              MS. STEFFAN:  Can we go off the record a
```