

# PohlmanUSA®
## Court Reporting and Litigation Services

Matthew Karnowski

December 17, 2018

Maleeha Ahmad, et al.

vs.

City of St. Louis, Missouri

```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


MALEEHA AHMAD, ET AL.,      )
                            )
         Plaintiffs,        )
                            )
         vs.                ) No. 4:17-cv-2455-CDP
                            )
CITY OF ST. LOUIS,          )
MISSOURI,                   )
                            )
         Defendant.         )
```

DEPOSITION OF MATTHEW KARNOWSKI
TAKEN ON BEHALF OF THE PLAINTIFFS
DECEMBER 17, 2018


Stacey L. Preusser, IL-CSR, MO-CCR

1                  INDEX OF EXAMINATION

2    QUESTIONS BY MS. STEFFAN ..........................4
     QUESTIONS BY MS. DUNCAN .........................157
3    QUESTIONS BY MS. STEFFAN ........................160

4

5                    INDEX OF EXHIBITS

6    Exhibit 1,  Photograph ...........................77

7           (Exhibit was retained by the reporter.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
 2                        EASTERN DIVISION

 3

 4   MALEEHA AHMAD, ET AL.,      )
                                 )
 5            Plaintiffs,        )
                                 )
 6            vs.                )  No. 4:17-cv-2455-CDP
                                 )
 7   CITY OF ST. LOUIS,          )
     MISSOURI,                   )
 8                               )
              Defendant.         )
 9
              DEPOSITION OF MATTHEW KARNOWSKI, produced,
10   sworn, and examined on behalf of Plaintiffs, DECEMBER
     17, 2018, between the hours of 9:02 in the forenoon
11   and 12:25 in the afternoon of that day, at City of St.
     Louis, City Hall, 1200 Market Street, St. Louis,
12   Missouri, before Stacey L. Preusser, MO-CCR, IL-CSR.

13                    A P P E A R A N C E S

14            The Plaintiff, Maleeha Ahmad, et al.,
     represented by Jessie Steffan of American Civil
15   Liberties Union of Missouri, 906 Olive Street Suite
     1130, St. Louis, MO 63101
16

17            The Defendant, City of St. Louis, Missouri,
     represented by Abby Duncan of City Counselor's Office,
18   1200 Market Street Room 314, St. Louis, MO 63103

19

20

21

22

23

24

25
```

1           IT IS HEREBY STIPULATED AND AGREED by and
2      between counsel for the Plaintiffs and counsel for the
3      Defendant, that this deposition may be taken in
4      shorthand by Stacey L. Preusser, a Certified Shorthand
5      Reporter and Certified Court Reporter, and afterwards
6      transcribed into typewriting, and the signature of the
7      witness is reserved by agreement of counsel and the
8      witness.
9
10                            0-0-0
11                       MATTHEW KARNOWSKI,
12     of lawful age, being produced, sworn and examined on
13     the part of the Plaintiffs, and after responding "Yes,
14     I do" to the oath administered by the court reporter,
15     deposes and says:
16
17                  *  *  *  *  *  *  *  *  *  *  *
18                         [EXAMINATION]
19         BY MS. STEFFAN:
20         Q.   Sergeant, if you could state and spell your
21     name for the record.
22         **A.   Sure.  My name is Matthew Karnowski,**
23     **M-A-T-T-H-E-W.  My last name is spelled**
24     **K-A-R-N-O-W-S-K-I.**
25         Q.   And I just introduced myself, but I'm Jessie

```
 1       Q.   What is it?
 2       A.   Their function is to document events as they
 3  occur.
 4       Q.   How many officers are assigned to that team?
 5       A.   I don't know.
 6       Q.   Did you work with the Civil Disobedience
 7  Team?
 8       A.   At what point?
 9       Q.   Thinking back to the Stockley protest, did
10  you work with the Civil Disobedience Team?
11       A.   At what point during the Stockley protest?
12       Q.   At any point.
13       A.   Yeah.  Sure.  I think that's a fair -- it's
14  fair to say yes.
15       Q.   Are you a member of the Civil Disobedience
16  Team?
17       A.   Years ago.
18       Q.   Not in 2017?
19       A.   Correct.
20       Q.   And not now?
21       A.   Correct.
22       Q.   Do I understand correctly that the Civil
23  Disobedience Team is similar to the Bicycle Response
24  Team in that an officer is a member of CDT and also
25  has another assignment?
```

```
 1      A.    Yeah, I think that's fair to say.
 2      Q.    Years ago you were a member of CDT?
 3      A.    Yes.
 4      Q.    Did you do training to become a member of
 5   CDT?
 6      A.    Yes.
 7      Q.    What kind of training did you do?
 8      A.    What kind of training?
 9            MS. DUNCAN:  To the extent that you
10   remember.
11      A.    So we did training with like line formations
12   and how to don protective gear.
13      Q.    (By Ms. Steffan) I'm going to ask you to
14   clarify.  When you say "years ago," how many years
15   ago?
16      A.    I can't even tell you when the last time I
17   took CDT training was.
18      Q.    Okay.  Do you recall testifying at a court
19   hearing for this lawsuit?
20      A.    For the preliminary -- at the preliminary
21   injunction hearing?
22      Q.    Yes.
23      A.    Yes.
24      Q.    Are you aware that the court entered an
25   order after that hearing?
```

```
 1        A.    Yes.
 2        Q.    What does that order say?
 3        A.    I don't know.
 4              MS. DUNCAN:  And just -- I'm going to object
 5   in that the order speaks for itself.
 6        Q.    (By Ms. Steffan) Do you have an
 7   understanding of what the order says?
 8        A.    Not -- not particularly.
 9        Q.    Have you read it?
10        A.    A long time ago or when the order was
11   issued, I did.
12        Q.    How have you changed your practices after
13   that order was issued?
14        A.    I haven't changed any of my practices
15   personally.
16        Q.    When did you first hear about the Stockley
17   case?
18              MS. DUNCAN:  Object as to vague.  Do you
19   mean the verdict or --
20        Q.    (By Ms. Steffan) Just when did you first
21   hear of the case, the Stockley case?
22        A.    Are you talking about like when it --
23              MS. DUNCAN:  Same objection.  You can answer
24   it if you understand.
25        A.    Like -- are you saying like when the -- when
```

1    he was involved in the police shooting?
2        Q.    (By Ms. Steffan) When did you first hear
3    that there was a criminal case against Officer
4    Stockley?
5        A.    I read it in the paper, but I can't be
6    specific as to when.
7        Q.    That's fine.  If you don't remember, feel
8    free to say you don't remember.  When did you find out
9    that a verdict had been issued?
10       A.    The morning of the 15th.  I don't recall
11   what time.
12       Q.    Was it while you were at work or before you
13   arrived at work?
14       A.    At work.
15       Q.    At that time thinking back to the morning of
16   the 15th, did you believe that there would be protests
17   related to the Stockley verdict?
18       A.    Yes.
19       Q.    What did you base that belief on?
20       A.    There was -- it was known that there -- how
21   can I say this?  It was known that there were people
22   very angry about the potential outcome of the trial,
23   and it was thought that there was going to be civil
24   unrest in the wake of the verdict either way.
25       Q.    When you use the term "civil unrest," what