```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
 2                  EASTERN DIVISION

 3

 4

 5
                  SARAH MOLINA, et al
 6                       vs.
          CITY OF ST. LOUIS, MISSOURI, et al
 7
              Cause No. 4:17-cv-2498 AGF
 8

 9
                  MALEEHA AHMAD, et al
10                       vs.
             CITY OF ST. LOUIS, MISSOURI
11
              Cause No. 4:17-cv-2455-CDP
12

13

14

15

16     DEPOSITION OF DETECTIVE JOSEPH MADER

17      TAKEN ON BEHALF OF THE PLAINTIFFS

18                 January 10, 2019

19

20

21

22

23

24

25    (Starting time of deposition: 1:35 p.m.)
```

```
 1                          INDEX
                                                PAGE
 2
     Index                                       2
 3   Deposition Information                      3
     Appearance Page                             4
 4   Direct Examination by Mr. Rothert           6
     Notarial Certificate                        159
 5   Notice of Signature Page                    161
     Signature Page                              162
 6   Correction Sheet                            163
     Tax Page                                    160
 7

 8                     PLAINTIFF'S EXHIBITS

 9   EXHIBIT      DESCRIPTION                    PAGE MKD.
     NUMBER
10   1           After Actions Report            10
     2           Training dates                  49
11   3           Aerial photograph from          73
                 Google
12   4           Photograph of the BEAR          77
     5           First Amended Complaint         84
13

14

15
     (Original exhibits were retained by the Court Reporter
16   and will be copied and attached to copies of the
     transcript.)
17

18

19

20

21

22

23

24

25
```

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
 2                  EASTERN DIVISION
 3    SARAH MOLINA, et al,        )
                                  )
 4         Plaintiffs,            )
                                  )
 5      vs.                       ) Cause No. 4:17-cv-2498
                                  ) AGF
 6    CITY OF ST. LOUIS,          )
      MISSOURI, et al,            )
 7                                )
           Defendants.            )
 8                                )
                                  )
 9    _____    ) _____
                                  )
10    MALEEHA AHMAD, et al        )
                                  )
11         Plaintiffs,            )
                                  )
12      vs.                       ) Cause No. 4:17-cv-2455
                                  ) CDP
13    CITY OF ST. LOUIS,          )
      MISSOURI                    )
14                                )
           Defendant.             )
15
16
17           DEPOSITION OF detective JOSEPH MADER,
18    produced, sworn and examined on January 10, 2019,
19    between the hours of eight o'clock in the forenoon and
20    six o'clock in the afternoon of that day, at the
21    offices of City Hall, 1200 Market Street, Room 314,
22    St. Louis, Missouri, 63103, before Amy A. Victoria,
23    Certified Court Reporter, in a certain cause now
24    pending in the United States District Court, Eastern
25    District of Missouri, Eastern Division, wherein SARAH
```

1  MOLINA, et al are the Plaintiffs and CITY OF
2  ST. LOUIS, MISSOURI, et al are the Defendants.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                  A P P E A R A N C E S
 2
              For the Plaintiffs:
 3
                  ACLU of Missouri Foundation
 4                By:  Anthony E. Rothert
                  906 Olive Street
 5                Suite 1130
                  St. Louis, MO   63101
 6                (314)652-3114
                  Arothert@aclu-mo.org
 7
 8
              For the Defendants:
 9
                  ASSOCIATE CITY COUNSELOR
10                By:  Andrew D. Wheaton
                  1200 Market Street
11                Room 314
                  St. Louis, MO   63103
12                (314)622-4571
                  wheatona@stlouis-mo.gov
13
14
              Court Reporter:
15
                  Amy A. Victoria, CCR MO #556
16                Alaris Litigation Services
                  711 North Eleventh Street
17                St. Louis, MO   63101
                  (314) 644-2191
18                1-800-280-3376
19
20
21
22
23
24
25
```

```
 1              IT IS HEREBY STIPULATED AND AGREED, by and
 2   between counsel for the Plaintiffs and counsel for the
 3   Defendants that this deposition may be taken in
 4   shorthand by Amy A. Victoria, Certified Court
 5   Reporter, and afterwards transcribed into typewriting;
 6   and the signature of the witness is expressly waived.
 7                     *    *    *    *    *
 8                   DETECTIVE JOSEPH MADER,
 9   of lawful age, produced, sworn and examined on behalf
10   of the Plaintiffs, deposes and says:
11
12                      DIRECT EXAMINATION
13   QUESTIONS BY MR. ROTHERT:
14        Q.   Good afternoon.  Could you please state
15   your name and spell your name for the record.
16        A.   Joseph Mader, J-O-S-E-P-H, M-A-D-E-R.
17        Q.   Okay.  And is your middle name Bryan --
18        A.   It is.
19        Q.   -- B-R-Y-A-N?
20        A.   Yes, sir.
21        Q.   My name is Tony Rothert.  I am an attorney
22   representing plaintiffs in two cases, and we're doing
23   this deposition in two related lawsuits today.  Molina
24   versus City of St. Louis, et al, in which you are a
25   defendant, and Ahmad versus City of St. Louis, in
```

```
 1   officer during the Women's March in January of 2017?
 2        A.   I would have been in the district by then.
 3   I don't recall.
 4        Q.   All right.
 5        A.   It doesn't stand out in my head, no.
 6        Q.   Do you tweet?
 7        A.   Do I tweet?
 8        Q.   Tweet.
 9        A.   No.
10        Q.   Okay.  Do you use Instagram?
11        A.   No.
12        Q.   Do you use Facebook?
13        A.   I have no social media.
14        Q.   Okay.  Do you have My Space?
15        A.   I do not.  Nor do I have Tinder.
16             MR. WHEATON:  Does anybody?
17             MR. ROTHERT:  Tom, Tom from My Space, I
18   think.
19        Q.   (Mr. Rothert) All right.  Are you familiar
20   at all with the preliminary injunction that was
21   entered by a federal judge in the case Ahmad versus
22   City of St. Louis?
23        A.   I believe I've discussed that with my
24   lawyer.
25        Q.   Other than a conversation with your lawyer,
```

```
 1    are you aware of it?
 2           A.    I think that there was an e-mail sent out
 3    at some point.
 4           Q.    Do you know when that was?
 5           A.    I don't.
 6           Q.    What's your understanding of what it says?
 7           A.    I'd have to read the e-mail again.  I mean,
 8    that was sometime ago, if I remember right.
 9           Q.    And would you have done anything
10    differently on August 19, 2015 if that injunction had
11    been in place?
12           A.    Absolutely not.
13           Q.    How do you know that if you don't know what
14    it says?
15           A.    Well, again, it's not like, if what I
16    remember is right by it, it's not like they were
17    saying, hey, you know, we're going to allow people to
18    riot and assault the police.  That's not the way that
19    I read it.  I believe it was that they didn't want --
20    it was something to do with chemicals.  Chemical
21    munitions.  I'd have to read the e-mail again.
22                 MR. ROTHERT:  Okay.  I appreciate your
23    patience today.  You have -- I know you've been
24    deposed before so you probably know this.  You have
25    the right to review the deposition and look it over,
```