```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF MISSOURI

 3                       --o0o--

 4   MALEEHA AHMAD,                    )
                                       )
 5        Plaintiff                    )
                                       )
 6             vs.                     )Civil Action No.
                                       )4:17-CV-2455-CDP
 7   CITY OF ST. LOUIS,                )
                                       )
 8        Defendant.                   )
     _____ )
 9

10                    DEPOSITION OF

11                      RANDY HAYS
                  _____
12                   January 2, 2019

13

14

15          (Beginning at 8:34 a.m.)

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX
 2                                                    PAGE
 3
 4   EXAMINATION BY MR. ROTHERT ......................7
 5
 6   (No exhibits marked.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case: 4:17-cv-02455-CDP   Doc. #: 113-7   Filed: 02/04/19   Page: 3 of 6 PageID #: 1432

```
 1             IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF MISSOURI
 3                        --oOo--
 4   MALEEHA AHMAD,                    )
                                       )
 5                                     )
                                       )
 6        Plaintiff,                   )
                                       )
 7             vs.                     )Civil Action No.
                                       )4:17-CV-2455-CDP
 8   CITY OF ST. LOUIS,                )
                                       )
 9        Defendant.                   )
     _____ )
10
11                        --oOo--
12            DEPOSITION OF RANDY HAYS, produced,
13   sworn, and examined on Wednesday, January 2, 2019
14   taken on behalf of the Plaintiff, at the offices of
15   American Civil Liberties Union of Missouri, 906
16   Olive Street, Suite 1130, in the City of St. Louis,
17   State of Missouri, before RENEE COMBS QUINBY, a
18   Certified Court Reporter (MO), Certified Shorthand
19   Reporter (IL) #084-004867, Certified Shorthand
20   Reporter (CA) #11867, Registered Diplomate Reporter,
21   Certified Realtime Reporter, and a Notary Public
22   within and for the State of Missouri.
23
24
25
```

```
 1                 A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4        Anthony E. Rothert, Esq.
          American Civil Liberties Union of Missouri
 5        906 Olive Street, Suite 1130
          St. Louis, MO  63101
 6        (314)652-3114
          arothert@aclu-mo.org
 7
 8
 9   FOR THE DEFENDANT:
10        Abby Duncan, Esq.
          St. Louis City Counselor's Offices
11        1200 Market Street, Room 314
          St. Louis, MO  63103-2806
12        (314) 622-4620
          duncana@stlouis-mo.gov
13
14
15   ALSO PRESENT:  Nicole Strombom
16
17
18
19
20   COURT REPORTER:
21        RENEE COMBS QUINBY, RDR, CRR
          Missouri CCR #1291
22        Illinois CSR #084-004867
          California CSR #11867
23        Alaris Litigation Services
          711 North 11th Street
24        St. Louis, MO  63101
          (800)280-3376
25
```

```
 1                        --oOo--
 2            IT IS HEREBY STIPULATED AND AGREED by and
 3   between counsel for the Plaintiff and counsel for
 4   the Defendant, that this deposition may be taken in
 5   machine shorthand by RENEE COMBS QUINBY, a Certified
 6   Court Reporter and Notary Public, and afterwards
 7   transcribed into typewriting, and the signature not
 8   waived by agreement of Counsel and consent of the
 9   Witness.
10                        --oOo--
11                   RANDY HAYS,
12   of lawful age, having been first duly sworn to
13   testify to the truth, the whole truth, and nothing
14   but the truth in the case aforesaid, deposes and
15   says in reply to oral interrogatories propounded as
16   follows, to-wit:
17             P R O C E E D I N G S   8:34 a.m.
18                        --o0o--
19             MR. ROTHERT:  Good morning.  It is
20   January 2nd, 2019, and my name is Tony Rothert and
21   you're --
22             THE WITNESS:  Randy Hays.
23             MR. ROTHERT:  Okay.  Randy Hays is here
24   pursuant to a subpoena for testimony.  The City
25   Counselor's Office is not here yet.  It is 8:34.  I
```

```
 1   anything you would do differently today?
 2         A.   On the advice of counsel, I'm asserting
 3   my Fifth Amendment right.
 4         Q.   Are you aware of the preliminary
 5   injunction that was entered in this case, Ahmad
 6   versus City of St. Louis?
 7         A.   No.
 8              MR. ROTHERT:  I have no further
 9   questions.
10              MS. DUNCAN:  No, I have no questions.
11              THE REPORTER:  Did you want a copy?
12              MS. DUNCAN:  Sure.
13                (Whereupon, signature was not
14                 waived and the witness was
15                 excused at 9:19 a.m.)
16                        --oOo--
17
18
19
20
21
22
23
24
25
```