**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  4:17-CV-2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITIONS OF**
**WILLIAM OLSTEN AND JEREMY DAVIS**

Pursuant to F.R.Civ.P. 26(c)(1), defendant respectfully moves the Court to enter

its order precluding the noticed depositions of William Olsten and Jeremy Davis.

Defendant files a memorandum in support of this motion concurrently herewith.

Pursuant to Rule 26(c)(1) and Local Rule 37-3.04(A), undersigned counsel states that he

has conferred in person and via e-mail with counsel for plaintiffs, Anthony Rothert, in

good faith on March 6 and 7, 2019, at various times (including in person at

approximately 3 p.m. on March 7) in a good faith effort to resolve the dispute, but

counsel have been unable to reach agreement as to deponents Olsten and Davis.

WHEREFORE, defendant prays that the Court order that the depositions of

Messrs. Olsten and Davis not take place unless and until they are first deposed in damage

suits now pending against them arising out of events that are the subject of plaintiffs'

claims herein, or until they are dismissed from such actions if that occurs prior to the

discovery deadline herein.

Respectfully submitted,

JULIAN L. BUSH

CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Abby Duncan 67766MO
Assistant City Counselor
Meghan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956