

**ST. LOUIS METROPOLITAN POLICE INCIDENT REPORT**

CN 17-045977

Printed: 10/04/2017 16:23:19  DSN: 6194

Page 142 of 149

Primary Key - 2116928

## NARRATIVE

area. After giving this order, the group of protestors were slowly pushed west on Locust by the BRT. This group of protestors were pushed west to Tucker and met with a group of protestors currently on all corners of Tucker and St. Charles and Tucker and Washington.

At this time, Lieutenant Colonel Leyshock ordered the CDT teams to return downtown with the staging of the South Patrol CDT at 13th and Olive, and the Central Patrol CDT requested to 13th and Olive. The North Patrol CDT staged at Tucker and Dr. Martin Luther King Dr. There were BRT`s at Tucker on Washington, just east of Tucker and another BRT on St. Charles at Tucker, staged and waiting for orders.

At 2249 hours, Sergeant Brian Rossomanno, DSN 5336, advised he would continue to give orders to disperse over the loud speaker of his police vehicle "This is an unlawful assembly. This is your order to disperse. You are blocking the street and impeding the flow traffic hereby ordered to disperse from this area by moving north on Tucker. Anyone who remains in the area in violation of this order is subject to arrest and/or other actions including the deployment of chemical munitions."

At 2300 hours, Lieutenant Colonel Leyshock advised all CDT to mask up while staged or enroute to their staging locations.

At 2301 hours, Sgt. Rossomanno gave the following munitions order twice "The use of chemical munitions is imminent. All persons remaining in the area are ordered to disperse immediately. The deployment of chemical munitions is imminent and may occur without further warning."

Per the authority of Lieutenant Sachs, there would be three CDT`s staged with the South Patrol CDT prepared to march north on Tucker from Olive if necesary. The North Patrol CDT staged on Tucker, at Dr. Martin Luther King Dr. The Central Patrol CDT was directed by Lieutenant Sachs to stage at 13th and Olive with directions to go north on 13th and east on St. Charles to Tucker.

When the Central Patrol CDT arrived at St. Charles and Tucker, Lieutenant Sachs met with them and told them to go back west to 13th and north to Washington. It was the reasoning that as South Patrol CDT marched north to Washington, and knowing that the BRT was staged east of Tucker at Washington, this would give protestors an opportunity to leave the area by walking west on Washington before the Central Patrol CDT arrived.

It should be noted the Central Patrol CDT, commanded by Lt. Daniel Chitwood, DSN 3677, after reaching St. Charles at Tucker, was advised they now needed to move to 13th & Washington, and proceed eastbound on Washington toward Tucker. The Central Patrol CDT turned around, moved west on St. Charles to 13th, traveled north on 13th to Washington, and marched in a line formation eastbound on Washington to Tucker.

While marching east on Washington they allowed 2 undercover officers who showed

**CITY 00142**

Ex. 1 - Pls.' Resp. to Deposition Protective Order



**ST. LOUIS METROPOLITAN POLICE INCIDENT REPORT**
CN 17-045977
Printed: 10/04/2017 16:23:19  DSN: 6194

Page 143 of 149

Primary Key - 2116928

## NARRATIVE

their badges to pass through the line, 4 people (owner and three others) were allowed to unlock the door and enter the Hair of the Dog establishment after they were identified by a Fourth District officer, and they passed by a male with a child in a stroller and two or three others on the north side of Washington as they marched toward Tucker. As they reached Tucker, no one else was permitted through their line with arrests imminent for failure to disperse.

At 2315 hours, Lieutenant Sachs gave the order for all CDT`s to start their march from their respective locations and begin to converge on the intersection of Washington and Tucker with the intention to arrest anyone who had not dispersed despite the multiple warnings to disperse in the prior 45 minutes. .

At 2325 hours, due to the geographic and physical make-up of the area, all CDT lines met at the corners of the intersection of Washington and Tucker and officers began making arrests for all subjects that had refused to disperse and leave the area. The CDT police lines all stopped on each corner and the CDT arrest teams moved forward and laid all subjects down on the ground and placed each individual under arrest.

The following individuals were arrested for "Failure to Disperse" at Tucker and Washington:

Police Officer Dang, DSN 11071, arrested subject Kelsey H.
Police Officer Triplette, DSN 6013, arrested subject Sean P.
Police Officer Mcdonnell, DSN 11480, arrested subject Matthew B.
Police Officer Martin, DSN 8940, arrested subject Joseph L.
Police Officer Banks, DSN 7519, arrested subject Aviasha H.
Police Officer Fanz, DSN 8787, arrested subject Ronald H.
Police Officer Koerper, DSN 11328, arrested subject Mark G.
Sergeant Valentine, DSN 5497, arrested subject Anthony J.
Police Officer Davis, DSN 8926, arrested subject Alex N.
Police Officer Wismar, DSN 7904, arrested subject Michael F.
Police Officer Lee, DSN 11279, arrested subject Jerome B.
Detective Walsh, DSN 7229, arrested subject Mario O.
Police Officer Koerper, DSN 11328, arrested subject Lindsey L.
Police Officer Schaffer, DSN 8159, arrested subject Dekita R.
Sergeant Nizick, DSN 7859, arrested subject Sean M.
Sergeant Rossomanno, DSN 5336, arrested subject Emily D.
Detective Wyms, DSN 8769, arrested subject Nicholas P.
Police Officer Mcdonald, DSN 11400, arrested subject Scott O.
Police Officer Koziacki, DSN 4270, arrested subject Angel S.
Police Officer Harris, DSN 0513, arrested subject Iris M.
Detective Dyson, DSN 6318, arrested subject Essence W.
Detective Henry, DSN 8468, arrested subject Khaleel R.
Police Officer Fischer, DSN 11380, arrested subject Nigel J.
Detective Wyms, DSN 8769, arrested subject Jennifer S.
Police Officer Wallace, DSN 8764, arrested subject Sharron M.
Police Officer Boester, DSN 8839, arrested subject David B.
Police Officer Myers, DSN 11332, arrested subject Fareed A.

**CITY 00143**

Ex. 1 - Pls.' Resp. to Deposition Protective Order