```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


MALEEHA AHMAD, et al.,         )
                               )
    Plaintiffs,                ) Case No. 4:17-cv-2455-CDP
                               )
v.                             )
                               )
CITY OF ST. LOUIS,             )
                               )
    Defendant.                 )
```

CONSENT MOTION FOR DISCOVERY PROTECTIVE ORDER

The parties jointly move for the entry of the protective order appended as Exhibit 1 hereto.  In support of the motion, the parties state that discovery in this action entails disclosure of documents and other material (such as video interviews) that involve sensitive personnel disciplinary matters and law enforcement planning information that warrants protection from general distribution.  The parties agree that it is appropriate to produce material in discovery that is designated as "attorneys/experts eyes only," subject to further review as needed.  Accordingly, the parties have agreed to the appended protective order and respectfully request that the Court enter it.

                                                Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Abby Duncan 67766MO
Assistant City Counselor
Megan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956