| Date | Start-End Time | Location | Action Name | Protester #'s | Details Summary | Police Manpower | Disposition | Report # | P# | Resistance | Force |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/12 | 2200-2320 | 3600 Russell | Occupy Midwest | 50-70 | Protesters were in the park after curfew. Protesters then blocked traffic on S. Grand. | District Officers | 15 Arrests | 12-012128 | | physically combative | open and closed hand techniques |
| 05/24/12 | 2200-2235 | 100 N. 8th | Occupy Midwest | 20-30 | Protesters were fighting amongst eachother and assaulted responding officers | Bike Officers, Aid Call | 10 Arrests | 12-025962 | | assaulted officers | mace |
| 10/09/12 | 0800-0915 | 4251 Forest Park | Planned Parenthood | Several | Protesters blocked driveway to Planned Parenthood with a lawn chair. | District Officers | 1 Arrest | 12-052302 | | none | none |
| 01/25/13 | 1100-1230 | 701 Market | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 12 Arrests | 13-004367 | | passive | none |
| 01/29/13 | 1100-1230 | 50 N. 7th | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 10 Arrests | 13-005061 | | passive | none |
| 02/13/13 | 1100-1230 | 701 Market | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 10 Arrests | 13-007653 | | passive | none |
| 02/26/13 | 1100-1230 | 50 N. 7th | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 10 Arrests | 13-009422 | | passive | none |
| 03/19/13 | 1100-1230 | 111 S. 10th | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 13 Arrests | 13-012794 | | passive | none |
| 04/16/13 | 1100-1230 | 701 Market | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 14 Arrests | 13-017483 | | passive | none |
| 05/11/13 | 0800-0830 | 2110 Hampton | Fight for $15 | Dozens | Protesters blocking ingress/egress to business. | District Officers | 1 Arrest | 13-022115 | | passive | none |
| 06/17/13 | 1000-1200 | 50 N. 7th | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 12 Arrests | 13-029340 | | passive | none |
| 07/14/13 | 1800-2130 | 200 S. Tucker | Zimmerman Verdict | 300-400 | Protesters gathered at the Justice Center and blocked streets. Protesters marched and several individuals refused commands to get out of the street. | CDT Detail Officers | 4 Arrests Dispersal order via bullhorn | 13-034553 | | passive | none |
| 08/13/13 | 1100-1230 | 50 N. 7th | Peabody Coal | 100 | Protesters refused to move out of street. | District Officers, Bike Officers | 13 Arrests | 13-040442 | | passive | none |
| 08/17/13 | 0830-0900 | 4251 Forest Park | Planned Parenthood | ? | Opposing protesters got into a physical altercation. | District Officers | 2 Arrests | 13-041202 | | none | none |
| 08/17/14 | daytime | KSDK | | 25 | Protesters stood in front of the KSDK building with signs. | Bike Officers | No arrests | none | | none | none |
| 10/10/14 | 1730-2100 | Shaw/Klemm | Vonderrit Myers Prayer Vigil | 200, 10-12 vehicles following | Protesters marched and blocked traffic though the Shaw neighborhood. Broke vehicle and house windows. Property destruction on S. Grand. shots fired. Weapons thrown at officers, Officer injured. Aid call announced. | Code 1200 | 5 Arrests Dispersal orders over PA/Unlawful Assembly declared | 14-047035 14-047051 14-047087 14-047159 | | actively assaulting officers | Batons/Shields Chemical Munitions |
| 10/12/14 | | S. Vandeventer Ave | Vonderrit Myers | 200 | Protesters marched to Quick Trip at 904 S. Vandeventer | CDT Detail Officers | 21 Arrests Dispersal orders over PA/Unlawful Assembly declared | 14-047420 14-047422 | | actively assaulting officers | Batons/Shields Chemical Munitions |
| 10/19/14 | 1200-1500 | 400 Cole | Vonderrit Myers/Michael Brown | 25 | Protesters confronted Rams fans | Event Detail Officers | 1 Arrest | 14-048784 | | none | none |
| 10/24/14 | 2300-0000 | 2100 S. Grand | Vonderrit Myers/Michael Brown | 25 | Protesters blocked vehicular traffic and threw eggs at victim's vehicle. | District Officers | No arrests | 14-049536 | | none | none |
| 11/24/14 | evening | Ferguson and S. Grand | Grand Jury Verdict Ferguson | 100's | Protesters marched the streets causing property damage and arson to several business in both locations. Protesters blocked Interstate 44. SWAT vehicle and ambulance sustained ballistic damage. | CDT Detail Officers | At least 10 arrests by SLMPD Dispersal orders given via bullhorn and PA/Unlawful Assembly declared | 14-054888 14-054902 14-054911 14-054921 14-054931 14-054932 14-054933 14-055286 | | verbally combative aggresively noncompliant | Batons/Shields Taser Mace Chemical Munitions |
| 11/25/14 | day and evening | Downtown and Ferguson | Grand Jury Verdict Ferguson | 200-300 | Federal Courthouse, Kiener Plaza, I70 shutdown, Natural Bridge/Kingshighway, Shaw/Klemm, CWE | CDT Detail Officers | At least 7 arrests Dispersal orders given/Unlawful Assembly declared | 14-055049 14-055122 | | actively assaulting officers | Batons/Shields Mace |

Exhibit A

| Date | Time | Location | Event | # Protesters | Protester Actions | Officers | Arrests/Dispersal | CN# | Other# | Protester Conduct | Batons/Shields/Mace |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/14 | 1100-1300 | City Hall | Grand Jury Verdict Ferguson | 100+ | Protesters assaulted City Marshals and Police Officers | CDT Detail Officers | 5 Arrests Dispersal orders over PA/Unlawful Assembly declared | 14-055233 | | assaulted City Marshals and officers | Batons/Shields Mace |
| 11/30/14 | 1400-1600 | 900 Cole | Grand Jury Verdict Ferguson | 50 | Protesters blocked streets and ignored orders to move out of streets and onto sidewalks. | CDT Detail Officers | 6 arrests Dispersal orders over PA/Unlawful Assembly declared | 14-055842 | | interfered/resisted arrest | Batons/Shields Taser |
| 12/03/14 | 1600-1730 | Federal Building | Grand Jury Verdict Ferguson | 25-50 | Protesters blocked employees from leaving the parking garage of the Federal Building. | Bike Officers | 4 arrests | 14-056398 | | assaulted an officer crossed Police barricades | none |
| 12/03/14 | 1950-2200 | Euclid/Maryland | Grand Jury Verdict Ferguson | 75 | Protesters blocked in the victim's vehicle and broke out his windows. | District Officers | No arreests | 14-056427 | | none | none |
| 12/31/14 | 1100-1200 | SLMPD HQ | Grand Jury Verdict Ferguson | 50 | Stormed police HQ Aid Call announced | District Officers | 27 Arrests Dispersal orders | 14-060679, 14-060966, 14-060968 | | forced entry into HQ and assaulted City Marshals and officers | Mace |
| 12/31/14 | 2200-2300 | Delmar/Grand | Grand Jury Verdict Ferguson | 25 | Protesters marched in the street and moved barricades to stop vehicle traffic. | Event Detail Officers | 2 Arrests | 15-000017 | | 1 arrestee interfered with the arrest of the other | none |
| 01/31/15 | 1000-1215 | 701 Convention | America's Center RV Show | Approximately two dozen | Protesters entered the ticketed event and began placing provocative signage in the event area. Some subjects remained unlawfululy after being asked to leave. | Event Detail Officers, Bike Officers | 3 arrests Dispersal order given | 15-004989 | | 1 arrestee interfered with the arrest of another | none |
| 02/11/15 | 0600-0700 | 3869 Robert | March to Mayor Slay's residence | 30-40 | Protesters trespassed on Mayor Slay's property and left a coffin among other items on his front porch | Intelligence Detectives, District Officers | No arrests | 15-006701 | | none | none |
| 05/01/15 | 1800-2110 | S. Grand/Arsenal | May Day Rising | 50 | Protesters marched in the streets blocking traffic. | District Officers | No arrests | none | | none | none |
| 05/18/15 | 1745-2130 | Shaw/Klemm | VonDerrit Myers CAO Decision | 20-30 | Press Conference and Vigil | District Officers | No arrests | none | | none | none |
| 05/19/15 | 1415-1725 | Shaw/Klemm | VonDerrit Myers CAO Decision | 25-30 | Some marchers chanting. | District Officers | No arrests | none | | none | none |
| 05/19/15 | 1000-1350 | Kiener Plaza and Courthouse | VonDerrit Myers Protest | 50 | Protesters gathered in front of the courthouse chanting. Arrests were made. Some of the remaining subjects met with Jennifer Joyce then marched to Kiener Plaza chanting. | Bike Officers | 3 arrests | 15-024427, 15-024444 | | none | none |
| 05/19/15 | 2129-2250 | Jennifer Joyce's Residence 3805 Fillmore | VonDerrit Myers CAO Decision | 30-40 | Cruiser One requested to expedite relative to protesters. | District Officers | 7 Arrests Dispersal orders given | 15-024537 | P1505191421 | verbally combative aggressively noncompliant and assaulting officers | Mace |
| 05/29/15 | 1915-2356 | Busch Stadium | Shutdown Baseball | 30-35 | Protesters marched blocking traffic lanes and stood on the corner of 8th/Clark yelling at baseball fans. After the initial protest a small group remained walking at 11th/Washington and were arrested. Aid Call | Bike Officers | 8 Arrests | 15-026399 | | actively resisting arrest | Taser |
| 06/21/15 | 1800-1955 | Shaw/Klemm | Charleston Vigil | 70-80 | Protesters marched in the streets blocking all lanes of traffic. Blocked Botanical Gardens entrance. | District Officers | No arrests | none | | none | none |
| 07/13/15 | 1700-2000 | SLMPD HQ | | 25 | Protesters gathered in the front of police HQ's impeding the flow of traffic for all motor vehicles. | District Officers | 9 arrests Dispersal orders given | 15-034848 | P1507131082 | none | none |
| 07/22/15 | 1915- | Kiener Plaza | Sandra Bland Vigil | 25 | ? | District cars monitored | ? | | | ? | ? |
| 08/08/15 | 1315-1545 | Shaw/Klemm | United We Fight | 200 | "Parade" marched to Grand and Arsenal. | District Officers | No arrests | none | | none | none |
| 08/10/15 | 1845-1446 | CCC | Moral Monday, Day of Civil Disobedience and National Call to Action, Day of resistence. | 80 | Protesters march from Church to Kiener Plaza, Federal Bldg | District Officers, Bike Officers | 56 Arrests at the Thomas Eagleton US Courthouse, FPS handled. | Fed # | | ? | ? |
| 08/10/15 | 2020-2120 | Barnes Hospital | | ? | Protesters were in front of the hospital. | District cars monitored | No arrests | none | | | |
| 08/24/15 | 1730-2034 | Kiener Plaza | | 30 | Protesters marched to BVP chanting | District cars monitored | No arrests | none | | | |

| Date | Time | Location | Event | Description | Crowd Size | Officers | Arrests | Report # | Notes | Injuries | Force Used |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/15 | 1000-1104 | McDonald's on Tucker | Fight for $15 | Protesters marched to City Hall. | 20-25 | District Officers | No arrests | none | | none | none |
| 08/19/15 | 1110-1300 | Kiener Plaza | Kajieme Powell | Protesters marched in the street to the Court House. | 60 | District Officers | No arrests | none | | none | none |
| 08/19/15 | 1535-0350 | Page and Walton | Officer Involved Shooting | Protesters threw bottles at officers and refused to disperse. Blocked traffic, car fires, stores looted, building fires, shot fired. | 150-200 | CDT Detail Officers, Air Support | 9 arrests Dispersal orders over PA/Unlawful Assembly declared | 15-041999 | | Actively assaulting officers | Mace Chemical Munitions |
| 08/20/15 | 1410-0250 | Page and Walton | Officer Involved Shooting | At 2230, 50 people and 4-5 cars marched on Page. Blocking traffic and driving into on-coming traffic lanes. Shutdown intersections. Protesters Damaged vehicles and carried bricks. Suspects fled from Spec Ops Detectives. | 50-125 | CDT Detail Officers | 1 arrest | 15-042006 (WRONG) | This entry is possibly entered in error as the report number is for an accident report that does not appear to be relative. This is possibly a duplicate entry to the one above. | | |
| 08/21/15 | 0630 | Morganford and Chippewa | Ball-Bey's autopsy results | | 12 | CDT Detail Officers | No arrests | none | | | |
| 08/21/15 | 0720-0058 | Page and Walton | Ball-Bey's autopsy results | Marched and blocked the intersection. Gun fire heard. | 45 | Intelligence Detective, District Officers | Two Intel arrests from subjects in vehicle at Kingshighway and Nat Bridge. (Normal Protesters) | 15-042351 | | Arrested subjects fled from vehicle stop and discarded firearm | none |
| 08/21/15 | 0805-0058 | Page and Bayard | Ball-Bey's autopsy results | Traffic blocked by vehicles. | 80 | District Officers | No arrests | none | | none | none |
| 08/21/15 | 0000-0015 | 500 N. Euclid | Ball-Bey's autopsy results | Individuals in group assaulted James Dwyer and Lyda Krewson. | * | District Officers | No arrests | 15-042205 | | none | none |
| 09/25/15 | 1755-1914 | Riverview and Broadway | | Protesters marched with about 7-10 cars blocking traffic. | 50 | District Officers | No arrests | none | | none | none |
| 10/08/15 | 1820-2145 | Shaw/Klemm | Vonderrit Myers Vigil | People blocked the entire intersection for the vigil. No march. | 150 | Traffic Officers | No arrests | none | | none | none |
| 10/22/15 | 1615-1716 | 11th/Market | March Against Police Brutality | Protesters marched to HQ. Blocked street in front of HQ. | 40 | District cars monitored | No arrests | none | | none | none |
| 11/05/15 | 1100-1250 | City Hall | Million Masked | Protesters preached and marched to the Channel 5 steps. | 18 | Intelligence Detective, District Officers | No arrests | none | | | |
| 01/01/16 | 1430-1530 | 1210 Locust | Tamir Rice, BlackLivesMatterToo | Protesters blocked all lanes of traffic while marching to the Federal Building and back to the church. | 65-70 | District Officers | No arrests | none | | none | none |
| 02/29/16 | 1900-2000 | SLMPD HQ | Baby Doll protest for Ethan | Protesters blocked the street in front of police HQ. | | District Officers | No arrests | none | P1602291398 | none | none |
| 03/11/16 | 1105-1400 | Peabody | Trump Rally | Protesters entered the Peabody Opera House to disrupt Trump. Some were arrested for assaults and disturbances outside of the Peabody Opera House. | 50-100 | Event Detail Officers | 32 arrests (at least) | 16-011376, 16-011397, 16-011398 | | 1 subject assaulted an officer at least 2 subjects resisted arrest | open hand techniques |
| 11/13/16 | 1400-1800 | Downtown | Anti-Trump Protest | Protesters marched through downtown streets. Several individuals assaulted police officers. | 500+ | Bike Officers | 2 Arrests | 16-057884 | | Subjects assaulted officers and crossed barricades as well as interferred with arrests | open hand techniques |
| 01/12/17 | 1100-1200 | Broadway/Chestnut | Fight for $15 | Protesters marched to 6th/Chestnut and then back to Broadway/Chestnut. | 40-50 | Bike Officers | No arrests | none | | none | none |
| 01/21/17 | ? (arrest @ 12:24) | Downtown | Inauguration Protest | Protesters marched in the downtown area. | 500+ | Event Detail Officers | 1 Arrest | 17-003324 | | passive | none |
| 01/27/17 | 1000-1100 | 4251 Forest Park | Planned Parenthood | A patron and a protester became involved in a physical altercation. | Several | District Officers | 1 Arrest | 17-004378 | | none | none |
| 02/25/17 | 1200-? | Downtown | LGBTQIA-STL | Protesters marched in the downtown area. Several individuals assaulted police officers. | 1500-2000 | Bike Officers | 4 Arrests | 17-009183 | | Subjects assaulted officers, resisted and interferred with arrests | open and closed hand techniques |
| 03/08/17 | 1300-1400 | 4251 Forest Park | Planned Parenthood | Protesters claimed a security guard attempting to intentionally strike them with his vehicle. Surveillance footage lead officers to believe no crime occurred. | * | District Officers | No arrests | 17-010950 | | none | none |
| 06/24/17 | 2200-2300 | 800 Washington | OIS Isaiah Hammett | A protester assaulted a security guard at the Hyatt hotel. | 20-30 | Bike Officers | 1 Arrest | 17-030795 | | none | none |

| Date | Time | Location | Event | 100s-1000s | Description | Officers | Arrests | CN# | DSN# | Resisted arrest | Open hand techniques |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/17 | ? (arrest @ 1410) | 1200 Market | Pride Fest | | Protesters inside the event were asked to leave after creating a disturbance inside the festival. | Event Detail Officers | | | | | |
| 06/29/17 | 2300-0300 | Cherokee and S. Jefferson | OIS Isaiah Hammett | 40 | Protesters and vehicles walking and blocking traffic while flourishing with handguns. | District Officers | 2 Arrests | 17-030884 | P1706291559 | none | none |
| 07/01/17 | 1100-0415 | Downtown, Virginia and Bates | OIS Isaiah Hammett | 20 | Protesters and vehicles walking and blocking traffic while flourishing with handguns. | District Officers | No arrests | 17-032223 | | resisted arrest | open hand techniques |
| 07/03/17 | evening | Jefferson and Gravois | OIS Isaiah Hammett | 10 | Protesters gathered at 7-11 gas station with signs. | District cars monitored | 8 arrests | 17-031945, 17-032093 | P1707031559 | | |
| 07/09/17 | evening | Kingshighway and Chippewa | OIS Isaiah Hammett | 20 | Protesters stood in the intersection moving in and out of traffic. | District Officers, Community Enf Officers | No arrests | none | | | |
| 07/21/17 | 1900-2345 | Workhouse Protest | Workhouse Release | 150-200 | Protesters gathered outside the Workhouse. They attempted to move the fence to gain entry. | Event Detail Officers, District Officers | No arrests | none | | | |
| 07/22/17 | 1800-2300 | Workhouse Protest | Workhouse Release | 50 | Protesters gathered outside the Workhouse. Some blocked traffic on Hall St. | District Officers | 1 Arrest Dispersal orders given/Unlawful assembly declared | 17-035738 | P1603110419 | Assaulted officers | Batons/Shields Mace |
| 08/12/17 | 1800-2100 | Kiener Plaza/Bush Stadium | Stockley Protest | 100+ | Protesters marched from Kiener Plaza to Busch Stadium. Some protesters purchased tickets and were protesting inside of Bush Stadium. 1 arrest for protester slashing a vehicle tire. 1 arrest for anti-protester confronting protesters. | Event Detail Officers | 3 Arrests | 17-035890 | | passive | none |
| 08/19/17 | 1305-1557 | Kiener Plaza | Justice for Us March and Rally | 80 | Protesters marched in the streets blocking traffic and stopping at intersections. They blocked Market and Broadway for one hour and attempted to take over the Hilton Hotel. Entry was unsuccessful. | District Officers, Event Detail Officers | 2 Arrests | 17-039692, 17-039704 | | none | none |
| 08/25/17 | 1720-2205 | Busch Stadium area | Busch Stadium WBC protest and counter protest | 100 | Counter protesters originally joined in confrontation with WBC protesters. Counter protesters remained and marched in the street. Some counter protesters armed with firearms. | BRU, Event Detail Officers | No arrests | none | P1708190705, P1708190718 | none | none |
| 09/04/17 | 0600-0840 | Mcdonald's on Tucker | Fight for $15 | 150-200 | Marched to Olive/19th blocking traffic lanes, dispersed. | District Officers | No arrests | 17-042121 | P1708251000 | none | none |
| 09/15/17 | 0856-0123 | Downtown, CWE | Jason Stockley Verdict | 250 | Group gathered for the verdict. After release of the verdict, protesters walked the streets, threw objects at police, property damage to police vehicle. Protesters moved to CWE, damaged several business fronts and the Mayors house. Some arson occurred. Officers were injured. | CDT Detail Officers, BRJ | 33 Arrests Dispersal orders given over PA/Unlawful assembly declared | 17-045630, 17-045563, 17-045589, 17-044589, 17-045653, 17-045662, 17-045662, 17-045671 | P1709040207 P1709150933 P1709150943 P1709150948 P1709150953 P1709150961 P1709150975 P1709151029 P1709151034 P1709151064 P1709151079 P1709151080 P1709151101 P1709160019 P1709160020 P1709160023 P1709160025 P1709160035 P1709160049 | Officers assaulted, officers injured, property damaged | Batons/Shields Mace Chemical Munitions |

| Date | Time | Location | Event | Crowd Size | Description | Officers | 3 Arrests Dispersal orders given in U City/Unlawful assembly declared | | | property damage in the city as well as U City assaulted officers in U City | Batons/Shields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/17 | 1421-0045 | Delmar Loop | Jason Stockley Verdict | 1000 | Protesters started out on the loop in U-City and marched into the city at Skinker and Delmar. Caused property damage in Ucity. UCity PD requested SLMPD assistance. | CDT Detail Officers | | 17-045813, 17-045589, 17-045813 | P1709160978 | | Batons/Shields |
| 09/17/17 | 1440-2332 | SLMPD HQ | Jason Stockley Verdict | 400-500 | Protesters marched the streets blocking all lanes of traffic including all lanes of traffic in front of HQ. Subjects occupying a gold van arrested by Spec Ops for weapons. Protesters continued marching downtown busting business windows. Unlawful assembly resulted in mass arrest at Tucker/Washington. | CDT Detail Officers, BRU | 123 Arrests | 17-045946, 17-045960, 17-042413, 17-045977, 17-045982 | | property damage subjects resisted arrest | Batons/Shield Mace |
| 09/18/17 | 0700-0900 | 16th/Olive | Jason Stockley Verdict | 125 | Protesters marched to City Hall and back to City Court. | District Officers | No arrests | none | P1709180113 | none | none |
| 09/18/17 | 1825-2313 | Delmar Loop | Jason Stockley Verdict | 500 | Groups gather in the Loop and leave to meet at the City JC. Group dwindles to approx 25 that remain at the JC. | District Officers | No arrests | none | | none | none |
| 09/19/17 | 1445-1659 | Kiener Plaza | Pray Vigil | 200 | Group walked in the street blocking all lanes of traffic to Market and Tucker. | District Officers | No arrests | none | P1709190122 | none | none |
| 09/20/17 | 1210-1624 | City Hall | Isiah Hammet Birthday | 25 | People gathered to celebrated deceased Isiah Hammet. Some attended the City Council meeting. | District Officers | No arrests | none | P1709200502 | none | none |
| 09/20/17 | 1700-1959 | Clayton | Jason Stockley Verdict | 300 | SLMPD CDT assisted STL CO with protesters on the highway near the Galleria. | CDT Detail Officers | No arrests by SLMPD | none | | none | none |
| 09/21/17 | 1100-1325 | Federal Building | No More Chains, DACA | 35-40 | Protesters marched in the streets blocking all lanes of traffic. | District Officers | No arrests | 17-046728 | P1709210397 | none | none |
| 09/21/17 | 1455-1640 | Skinker and Wells | ExpectUs Call to Action. | 20 | Protesters blocked 38 lanes of Skinker and entered the Cheshire hotel. | District Officers | No arrests | none | P1709210615 | | none |
| 09/21/17 | 1810-2145 | Kiener Plaza | ExpectUs Call to Action. | 200-250 | Protesters marched in the streets blocking all lanes of traffic, not allowing cars to pass. Throwing bike racks. Objects thrown at officers. | CDT Detail Officers, BRU | No arrests | none | P1709210762 | none | none |
| 09/22/17 | 1430-1543 | Market and Tucker | Open Carry Rally | 10 | Protesters marched on the sidewalks downtown. | District cars monitored | No arrests | 17-046710, 17-046572 | P1709220549 | none | none |
| 09/22/17 | 1005-1052 | Jefferson and Market | Student Walkout | 100 | Students marched through downtown on the sidewalks. | District Officers | No arrests | 17-046733 | P1709220457 | none | none |
| 09/23/17 | 1210-1316 | 8th and Washington | Joyce Meyer Convention | 30 | Protesters block all lanes of traffic on Washington. They marched on Washington and blocked intersections. | District Officers | No arrests | 17-047101 | P1709230431 | none | |
| 09/23/17 | 1700-2000 | Buzz Westfall JC | ExpectUs Call to Action. | 100 | SLMPD CDT called to assist County. | CDT Detail Officers | No SLMPD arrests | none | | none | none |
| 09/25/17 | 1750-2230 | 15th and Market | ExpectUs Call to Action. | 200 | Protesters marched in the streets blocking all lanes of traffic. They proceeded to 9th/Clark hwy entrance ramp and blocked. | Bike Officers, MHP | No arrests | none | P1709250704 | none | none |
| 09/26/17 | 1800-0007 | Busch Stadium area | Jason Stockley Verdict | 50 | Protesters blocked intersections and marched in traffic blocking all lanes. | Event Detail Officers | No arrests | none | P1709260742 | none | none |
| 09/28/17 | 0730-0845 | Kiener Plaza | ExpectUs Call to Action. | 20 | Protesters marched the streets blocking morning rush hour traffic. | District cars monitored | No arrests | none | | none | none |
| 09/28/17 | 1215-1236 | S. Grand Ave | ExpectUs Call to Action. | 30-40 | Protesters blocked the intersection at Grand and Arsenal. | District Officers | No arrests | none | | none | none |
| 09/28/17 | 1720-2103 | 14th/Olive | ExpectUs Call to Action. | 75-100 | Protesters organized a town hall meeting at the church. Protesters gathered at Tucker and Washington upon completion of the meeting. Protesters surrounded police vehicles in the street. Protesters locked arms in the street. | CDT Detail Officers, BRU | No arrests | none | P1709280714, P1709280913 | none | none |
| 09/29/17 | 0930-1218 | 16th/Market | ExpectUs Call to Action. | 30-40 | Protesters marched blocking all lanes of traffic. Press conference held in the middle of the street. | District Officers | No arrests | 17-047939 | P1410091021 | none | none |

| Date | Time | Location | Event | # | Description | Officers | Arrests | Report # | Evidence # | Assaulted officers and resisted arrest | Taser/Mace |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/17 | 1817-2237 | Busch Stadium | ExpectUs Call to Action. | 100 | Group met at City Garden. Several protesters entered the Cardinals Game and disrupted until ejected. The remaining protesters marched in the streets blocking all lanes of traffic. BArrived on the west side of the stadium causing disruption. Bottles thown. | CDT Detail Officers, BRU | 3 Arrests | 17-048014, 17-048023 | P1709290914, P1709290983, P1709290999, P1709291001, P1709291005, P1709290996 | none | none |
| 10/03/17 | 1800-0002 | I64/40 EB | ExpectUs Call to Action. | 200 | Protesters took over I64/40 at Kingshighway. When they exited Jefferson they were arrested. | CDT Detail Officers, BRU | 143 arrests | 17-048640 | P1710030759 | none | none |
| 10/08/17 | 1800-2040 | Shaw and Klemm | Vonderrit Myers Vigil | 200 | Group gathered in the intersection and blocked all traffic. | District cars monitored | No arrests | 17-049464 | P1710080973 | none | none |
| 10/10/17 | 1856-2038 | Riverview and Lillian | ExpectUs Call to Action. | 20-30 | Protesters marched in traffic blocking intersections. | Community Enf Officers | No arrests | none | P1710100797 | none | none |
| 10/11/17 | 2130-2245 | Harris Stowe Campus | ExpectUs Call to Action. | 150 | Protesters gathered at the campus and marched to Market and Compton which they blocked for an hour. | District Officers | No arrests | none | P1710111153, P1710111155, P1710111171, P1710111144 | none | none |
| 10/14/17 | 1520-1803 | 20th and Olive | ExpectUs Call to Action. | 75 | Protesters marched to HQ and downtown blocking traffic. | District cars monitored | No arrests | none | P1710140712 | none | none |
| 10/21/17 | 1350-1550 | Tucker and Washington | ExpectUs Call to Action | 50 | Marched to the Convention Center blocking all lanes of traffic to HQ. Chanted outside the doors at 8th/Washington unless being allowed inside the AFL-CIO conference. | District cars monitored | No arrests | none | P1710210576, P1710210574 | none | none |
| 10/22/17 | 1615-1943 | SLMPD HQ | ExpectUs Call to Action | 115 | Protesters gathered in front of HQ blocking all lanes of traffic. They crafted tshirts with red paint and marched around downtown. Returned to HQ and disbanded. | District cars monitored | No arrests | none | P1710220812, P170220814, P1710220815, P1710220817 | none | none |
| 10/26/17 | 1700-2015 | Euclid/Maryland | ExpectUs Call to Action | 70 | Protestors marched from Euclid/Maryland to mayor's house on Lake and then back, blocking traffic the whole way. | Bike Officers | No arrests | 17-052698 | P1710261008, P1710261020, P1710261034, P1710261051, P1710261093, P1710261097, P1710261145, P1710261147, P1710261150, P1710261154, P1710261173, P1710261176, P1710261178 | none | none |
| 10/28/17 | 1730-1940 | Euclid/Maryland | ExpectUs Call to Action | 40 | Protestors met at Euclid/Maryland during CWE Halloween block party. Group chanted and meadnered between sales booth, yelling at patrons and workers. | District cars monitored | No arrests | None | P1710280909 | none | none |
| 10/31/17 | 1845-2020 | Kingshighway/Waterman | ExpectUs Call to Action | 25 | Protestors met at Euclid/Maryland and then walked to Kingshighway/Maryland where they began blocking traffic as they walked to Kingshighway and Waterman. Protestors walked to the Mayor's residence on Lake and stood outside for approx. 20 min. and left without incident. | Bike Officers | No arrests | None | P1710310934 | | |

| Date | Time | Location | Group | Event | # | Description | Response | Arrests | Report # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/17 | 0945-1030 | Tucker/Market | Unknown | | 40 | Protestors dressed in costume gathered in park near Tucker/Market, then walked in the street to City Hall, blocking southbound lanes of Tucker. Protestors remained there for about 20 minutes, then walked backed to the park at Tucker/Market, dispersing several minutes later. Protest not indicated on open source prior to materializing. | District cars monitored | No arrests | None | P1711030345, P1711030338 | none | none |
| 11/05/17 | 1820-1845 | 200 S. Tucker | Million Mask March | | 8 | Anarchist stood in front of the Justice Center on the sidewalk. No incidents. No March | District cars monitored | No arrests | None | | | |
| 11/14/17 | 0700-1000 | 2708 Market | Wells Fargo Protest | | 10 | Group of protestors gathered across the street from Wells Fargo relative to a protest again Vanguard. They interlocked arms and blocked parking garage. Wells Fargo did not take any action | District cars monitored | No arrests | None | P1711140151 | | |
| 11/16/17 | 1800-1920 | Union Station | Solidarity Sing in STL | | 30 | Group met at Union Station and marched to Scottrade chanting, blocking traffic temporarily at Market and 14th. | Bike Officers | No arrest | None | P1711160895 | none | none |
| 11/20/17 | 1740-1850 | 2800 North Florissant | Expect US | | 10 | Protestors chanted etc. in the parking lot, then briefly entered the business | District cars monitored | NO arrest | none | P1711200848 | | |
| 11/22/17 | 1700-1850 | 3431 Union | Expect US | | 40 | Protestors marched from Shnucks Plaza to North Patrol and back, chanting and blocking roads. Group then attempted to block all entrances to Schnucks, screaming at customers | District cars monitored | No arrest | None | P1711220761, P1711220766, P1711220803 | none | none |
| 12/31/17 | 1315- | 4th/Market | Animal Liberation | | 25 | Protesters marched downtown on the sidewalks and streets. | Bike Officers | No arrest | none | | none | none |
| 06/30/18 | 11:15 | Kiener Plaza | March for Families STL | | 600 | Protesters met in Kiener Plaza and began March at 7th/Market, in the streets. | District cars monitored | No arrest | | | none | none |
| 07/19/18 | 15:00-17:40 | Tucker/Spruce | Abolish ICE | | 100-150 | Protesters block the intersection of Tucker and Spruce. One vehicle damaged. (Property damage video downloaded for PIO.) Video of street blocked was downloaded and added to protest file. | Bike Officers | 1 arrest for property damage to vehicle | 18-033238 | | none | none |
| 07/24/18 | 15:00-22:00 | Goodfellow/Delmar | Disturbance with owner | | 50-100 | The owner and clerk was involved in a disturbance with a female that was assaulted. Protesters gathered on the lot for several hours blocking all building entrances and gas pumps. | | No protest related arrests | | | none | none |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF CHARLES WALL REGARDING EXHIBIT A**

Charles Wall declares under the pains and penalties of perjury as follows:

1. I am over the age of 18 years and am otherwise qualified to testify to the matters contained herein and I have personal knowledge of the matters contained herein.

2. I am a sergeant employed by the City of St. Louis division of police (commonly referred to as SLMPD), currently assigned to the police legal unit of the City Counselor's office to assist in responding to discovery and related matters.

3. Exhibit A to the City's Motion to Dissolve Preliminary Injunction and to Dismiss was compiled by me from documents or files stored by computer in the possession of the SLMPD, including primarily incident and arrest reports and records of calls for service on particular dates and times. Exhibit A fairly and accurately summarizes the documents or computer files examined by me, kept and maintained in the regular course of business of the SLMPD. I have access to and shared custody of those documents or files to the extent necessary to assist in responding to discovery and related matters in litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28 day of March, 2019.

/s/ Charles Wall

2