UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MALEEHA AHMAD, et al.,        )
                              )
            Plaintiffs,       )
                              )
v.                            )    No. 4:17-cv-2455 CDP
                              )
CITY OF ST. LOUIS, MISSOURI,  )
                              )
            Defendant.        )

DECLARATION OF JOHN McLAUGLIN

John McLaughlin declares as follows:

1.  I am over the age of 18 years and am otherwise competent to testify to the matters contained herein; I have personal knowledge of the matters contained herein.

2.  I am employed as a police officer of the City of St. Louis with the rank of Sergeant and I was so employed in September 2017.

3.  In accordance with my duties as a police officer I was assigned to assist in responding to protest activity in the City of St. Louis on September 15, 2017.

4.  Late at night on September 15, 2017, I was present in the vicinity of Euclid and Lindell as part of police units deployed to respond to violent crowds active in the Central West End of the City at that time.  At that place and time, I encountered groups of persons who were impeding the flow of traffic and engaging in acts of

Exhibit H

vandalism and assault.  Members of the group I was observing began to throw objects at police officers.  I was struck by a bottle of liquid thrown by an unidentified subject who was part of the group I have described.

    5.   The bottle that struck me was filled with a chemical liquid that splattered me and immediately caused burning and interfered with my breathing.  As other officers attempted to render first aid, I collapsed, suffering a head injury.

    6.   I have been disabled from working since September 15, 2017.  My injuries have seriously affected my ability to work and participate in activities of daily life and I am continuing to suffer the effects of those injuries, which may be permanent.

    Pursuant to 28 U.S.C. §1746, I declare that the foregoing is true and correct.

    Dated this 28 day of March 2019.

    /s/ John McLaughlin