# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:17-cv-2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) ) ) |
| Defendant. | ) |

## DECLARATION OF CHARLES WALL REGARDING VIDEO EXHIBITS

Charles Wall declares under the pains and penalties of perjury as follows:

1. I am over the age of 18 years and am otherwise qualified to testify to the matters contained herein and I have personal knowledge of the matters contained herein.

2. I am a sergeant employed by the City of St. Louis division of police (commonly referred to as SLMPD), currently assigned to the police legal unit of the City Counselor's office to assist in responding to discovery and related matters.

3. Exhibits C, D, E, F, and G to the City's Motion to Dissolve Preliminary Injunction and to Dismiss were compiled by me from video files stored by computer in the possession of the SLMPD, including Real Time Crime Center footage, police documentation team footage, video downloaded from Internet post sources (including video posted by some of plaintiffs or their witnesses herein), cell phone video provided to SLMPD by individual officers, and some video whose source is unknown but which is believed to accurately depict the events recorded.  The exhibits are true and accurate copies of the original video footage in the possession of the SLMPD.

Exhibit I

4. Exhibits C-F are excerpts compiled by me from the video contained in Exhibit G. Exhibits C-F are true and accurate copies of original footage in the possession of the SLMPD and contain fair and accurate excerpts summarizing or exemplifying events on September 15-17 and October 3, 2017 and were compiled by me in order to provide a representative sample of the video reflected in Exhibit G. Unless otherwise noted in the specific exhibit, Exhibits C-F include footage retained by the SLMPD in its files.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28 day of March, 2019.

/s/ Charles Wall