```
 1                 IN THE UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
 2                         EASTERN DIVISION

 3

 4

 5

 6    MALEEHA AHMAD, et al.,             )
                                         )
 7       Plaintiffs,                     )
                                         ) Cause No.
 8    vs.                                ) 4:17-cv-2455-CDP
                                         )
 9    CITY OF ST. LOUIS, MISSOURI,       )
                                         )
10       Defendant.                      )

11

12

13

14

15               DEPOSITION OF RANDY JEMERSON
                 Taken on behalf of the Plaintiff
16                     December 19th, 2018

17

18

19        Jamie Jo Kinder, CCR 842, CSR 084.003306

20

21

22

23

24

25
                                            Exhibit O
```

```
 1                      I N D E X

 2

 3                                        Page

 4                    EXAMINATION

 5   QUESTIONS BY MR. ROTHERT                  5

 6   QUESTIONS BY MR. DIERKER                  56

 7                    EXHIBITS

 8   Deposition Exhibit 1                     16

 9

10

11

12

13          (Exhibit retained by the Reporter.)

14

15

16

17

18

19

20

21

22

23

24

25
```

**RANDY JEMERSON  12/19/2018**

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MISSOURI
 2                            EASTERN DIVISION

 3

 4     MALEEHA AHMAD, et al.,            )
                                        )
 5         Plaintiffs,                  )
                                        ) Cause No.
 6     vs.                              ) 4:17-cv-2455-CDP
                                        )
 7     CITY OF ST. LOUIS, MISSOURI,     )
                                        )
 8         Defendant.                   )

 9

10               DEPOSITION OF WITNESS, RANDY JEMERSON,

11     produced, sworn, and examined on the 19th day of December,

12     2018, between the hours of 9:44 o'clock in the forenoon and

13     11:30 o'clock in the forenoon of that day, at St. Louis

14     City Hall, 1200 Market, Room 314, St. Louis, MO, before

15     Jamie Jo Kinder, Missouri CCR 842, Illinois CSR 084-00306,

16     a Certified Court Reporter within and for the State of

17     Missouri, in a certain cause now pending before the United

18     States District Court, Eastern District of Missouri,

19     Eastern Division, wherein MALEEHA AHMAD, et al., are the

20     Plaintiffs, and CITY OF ST. LOUIS, MISSOURI is the

21     Defendant.

22

23

24

25
```

RANDY JEMERSON  12/19/2018

```
 1                    A P P E A R A N C E S

 2          For the Plaintiffs:

 3          Mr. Anthony E. Rothert
            Ms. Jessie Steffan
 4          AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
            906 Olive Street, Suite 1130
 5          St. Louis, MO  63101
            (314) 669-3420
 6          arothert@aclu-mo.org

 7

 8          For the Defendant:

 9          Mr. Robert Dierker
            St. Louis City Counselor's Office
10          1200 Market, City Hall, Room 314
            St. Louis, MO  63103

11

12

13      The Court Reporter:

14      Ms. Jamie Jo Kinder, CCR, CSR
        ALARIS LITIGATION SERVICES
15      711 North Eleventh Street
        St. Louis, MO  63101
16      (800) 280-3376
        www.alaris.us
17      transcripts@alarislitigation.com

18

19

20

21

22

23

24

25
```

```
 1                  (Deposition commenced at 9:44 a.m.)

 2           IT IS HEREBY STIPULATED AND AGREED, by and between

 3      counsel for Plaintiffs and counsel for Defendant, that the

 4      deposition of RANDY JEMERSON may be taken in shorthand by

 5      Jamie Jo Kinder, CCR, CSR, a notary public and shorthand

 6      reporter, and afterwards transcribed into typewriting; and

 7      the signature of the witness is expressly reserved.

 8                            * * * * *

 9                           RANDY JEMERSON,

10      of lawful age, being produced, sworn and examined on

11      behalf of the Plaintiffs, deposes and says:

12                            EXAMINATION

13      QUESTIONS BY MR. ROTHERT:

14           Q    Could you state your name for the record,

15      please?

16           A    Lieutenant Randy Jemerson.

17           Q    And your last name is J-E-M-E-R-S-O-N?

18           A    Correct.

19           Q    Is that correct?  Do you have a middle

20      initial?

21           A    E.

22           Q    My name is Tony Rothert.  We met when you came

23      in.  I am one of the attorneys representing the plaintiffs

24      in this case.  Have you been deposed previously?

25           A    I believe I have, yes.
```

**RANDY JEMERSON  12/19/2018**

```
 1            Q     Do you have an estimate of how many times you

 2     have been deposed?

 3            A     Maybe once or twice.

 4            Q     You are not a defendant in this case, but have

 5     you ever been a defendant?  Have you been sued before?

 6            A     Outside of these things surrounding the

 7     protests, no.

 8            Q     So you have been sued a lot of times recently

 9     regarding -- in 2018 regarding protests?

10            A     Correct.

11            Q     Have you had any lawsuits in your personal

12     capacity where you have been sued?

13            A     No.

14            Q     Have you been deposed in any of those cases

15     where you were the defendant?

16            A     No.

17            Q     I'm not going to belabor this because you have

18     been deposed before, but just as a couple of rules, will

19     you please answer verbally so the court reporter can write

20     down your answer?

21            A     Yes.  I'm sorry.

22            Q     Exactly like that, yes.  If you don't

23     understand a question, will you please say so?  Sometimes I

24     get a little convoluted and could ask a question that seems

25     confusing.  Will you agree to say so if you don't
```

**RANDY JEMERSON  12/19/2018**

```
 1     understand a question?

 2          A    Yes.

 3          Q    You can take a break at any time.  I hope this

 4     won't be such a long deposition that we're going to have

 5     any or more than one break, but I would ask you to answer

 6     whatever question's out there before you ask for a break.

 7     Okay?

 8          A    Yes.

 9          Q    Have you taken any medications, drugs,

10     alcohol, anything today that would affect your ability to

11     testify at today's deposition?

12          A    No.

13          Q    Do you have any -- any health conditions that

14     would affect your ability to remember things or testify

15     truthfully?

16          A    No.

17          Q    Did you do anything to prepare for today's

18     deposition?

19          A    Just a meeting, just kind of go over the facts

20     of the case.

21          Q    And who was in that meeting?

22          A    Mr. Dierker, and I always forget her name.

23               MR. DIERKER:  Abby Duncan.

24          Q    (By Mr. Rothert) Both attorneys; correct?

25          A    Yes.
```

**RANDY JEMERSON  12/19/2018**

```
 1              Q     Anything else you did to prepare?

 2              A     No.

 3              Q     What -- I'm not asking for exactly where you

 4       live, but what city do you live in?

 5              A     St. Charles.

 6              Q     And how old are you?

 7              A     43.

 8              Q     Where did you graduate from high school?

 9              A     Rosary High School, which is now called

10       Trinity High School.

11              Q     Did you attend the police academy in St.

12       Louis?

13              A     Yes.

14              Q     When was that?

15              A     1997.

16              Q     Did you graduate the first time?

17              A     Yes.

18              Q     Other than the police academy, have you had

19       any education beyond high school?

20              A     Yes.  I have a master's from the University of

21       Phoenix in administration of justice and security.

22              Q     When did you receive your master's from the

23       University of Phoenix?

24              A     2010.

25              Q     Besides your master's from the University of
```

**RANDY JEMERSON  12/19/2018**

1    **Phoenix and the police academy, do you have any other**

2    **education after high school?**

3         A    I have a certificate from SLU in -- it's a

4    rather long title.  What is the title now that I'm thinking

5    about it?  It's for leadership and organizational change, I

6    believe is what it is, and outside of that would just be

7    any training I received in the military, leadership

8    training.

9         Q    **Chief Hayden also has that certificate, I**

10   **believe.**

11        A    Uh-huh (yes).

12        Q    **I have heard that before.  So other than the**

13   **police academy, the master's at the University of Phoenix**

14   **and the certificate from SLU, there are no other formal**

15   **education post high school?**

16        A    No.  Like I said, other than training I

17   received in the military, leadership schools.  That's it.

18        Q    **Which branch did you serve in in the military?**

19        A    Army Reserves.  I'm still in.

20        Q    **When did you join?**

21        A    1994.

22        Q    **Did you receive in the military any medical**

23   **training?**

24        A    Basic -- Actually it would be considered --

25   now the term used is combat casualty care.  It's just a

**RANDY JEMERSON  12/19/2018**

```
 1    combat level training, nothing overly thorough.

 2          Q    I was asking about in the military there.

 3    Outside the military, have you received any medical

 4    training?

 5          A    I took a Department of Homeland Security

 6    tactical combat casualty care instructor course.

 7          Q    Do you know what year that would have been?

 8          A    I want to say 2016, I believe.

 9          Q    Other than the basic combat casualty training

10    in the military and the DHS program in 2016, have you

11    received any other medical training?

12          A    No.

13          Q    Have you ever worked as a correctional

14    officer?

15          A    No.

16          Q    Have you received any training, correctional

17    training?

18          A    No.

19          Q    Do you have a driver's license?

20          A    Yes.

21          Q    Do you have any specialized training in

22    driving, commercial driving?

23          A    In the past I was a heavy motor vehicle driver

24    for the Army, which would be considered a CDL on the

25    civilian side.
```

**RANDY JEMERSON  12/19/2018**

 1          Q     When's the last time you were doing CDL type

 2     driving?

 3          A     Probably 2005.

 4          Q     Have you ever been convicted of any crime?

 5          A     Never.

 6          Q     Have you ever been arrested?

 7          A     No.

 8          Q     Who is your current employer?

 9          A     St. Louis Metropolitan Police Department.

10          Q     What is your position within the St. Louis

11     Metropolitan Police Department?

12          A     I'm the commander of SWAT, Canine and Aviation

13     and also over the Civil Disobedience Team.

14          Q     You mentioned that you're the commander of

15     SWAT, Canine, Aviation and the Civil Disobedience Team.  Is

16     that one job always for one person or does that happen to

17     be -- Is it always the same person that is in charge of all

18     four of those things or you just happen to be --

19          A     No, it's been like that.  I mean, there has

20     been -- Yes.  I mean, on paper it's over all four of those

21     units.

22          Q     So when did you become Commander of SWAT,

23     Canine, Aviation and Civil Disobedience?

24          A     February of this year.

25          Q     Congratulations.

RANDY JEMERSON  12/19/2018

```
 1              A     Thank you.

 2              Q     I'm assuming that was a promotion?

 3              A     I got promoted to lieutenant and the next day

 4      I was put over these.

 5              Q     Prior to February of 2018, what was your

 6      position with the St. Louis Metropolitan Police Department?

 7              A     I was a sergeant assigned to -- I was actually

 8      assigned to the academy, but I was detached to the Bureau

 9      of Enforcement, and myself and a counterpart were charged

10      with conducting like the tactical training on the

11      department and coordinating and training the Civil

12      Disobedience Team.

13              Q     And who was that counterpart?

14              A     Sergeant Rossomanno.

15              Q     Is that Brian Rossomanno?

16              A     Yes.

17              Q     Can you enlighten me on what the Bureau of

18      Enforcement does?

19              A     At the time, I think it's already changed

20      again, but basically we are over patrol, all the aspects of

21      patrol, over the department.

22              Q     And how long were you a sergeant?

23              A     Sergeant total?

24              Q     Total number of years.

25              A     2008 to until 10 years, 2008 to 2018.
```

RANDY JEMERSON  12/19/2018

```
 1           Q    And were you assigned to the academy and the

 2     Bureau of Enforcement the entire time that you were a

 3     sergeant?

 4           A    No.

 5           Q    What was your assignment prior to being or the

 6     post immediately prior to being assigned to the academy and

 7     the bureau?

 8           A    I was sergeant and -- patrol in District 6.

 9     Prior to that district -- I'm not sure.  It was the point

10     where they reduced the number of districts.  I was District

11     5, which was District 8, and they changed somewhere midway

12     I think right when they changed.  So I was in District 8

13     before that and then I was deployed and then I was District

14     1 prior to that.

15           Q    What color shirt are you wearing today?

16           A    White.

17           Q    Are you wearing a white shirt because you're a

18     lieutenant?

19           A    Yes.

20           Q    Do sergeants wear --

21           A    Blue.

22           Q    -- different colored shirts?

23           A    Yes, blue.

24           Q    Prior to 2008 when you became a sergeant, what

25     was your title or rank?
```

RANDY JEMERSON  12/19/2018

```
 1              A    Police officer.

 2              Q    Police officer.  Is police officer the initial

 3    title people are given when they join the St. Louis

 4    Metropolitan Police Department?

 5              A    It's thought out as a civil recruit and

 6    training.  Once they graduate they are a probationary

 7    police officer and after a year they are a police officer.

 8              Q    So has it been roughly since 1998 to 2008 that

 9    you were a police officer?

10              A    Yes.

11              Q    And before that you would have been

12    probationary?

13              A    Probationary, right.

14              Q    Have you ever worked at any other police

15    department other than the St. Louis Metropolitan Police

16    Department?

17              A    No.

18              Q    Now that you're a lieutenant rather than a

19    sergeant, does that change in any way the training you

20    receive or did you get more training when you became a

21    lieutenant?

22              A    No.  No.  There wasn't like any specific type

23    of leadership training or anything.  No.

24              Q    Do you receive any annual in-service training?

25              A    Yes.
```

RANDY JEMERSON  12/19/2018

1          Q      Do you know how many hours that is?

2          A      Not to give you an exact number.

3          Q      Do you receive any additional training beyond

4     your annual in-service training?

5          A      I generally throughout the years attend my --

6     any other training on my own, whether it's offered by our

7     department or outside agencies.

8          Q      Does the St. Louis Metropolitan Police

9     Department have any written policies or guidelines?

10         A      Yes.

11         Q      How frequently?

12                MR. DIERKER:  You should have a complete

13    collection by now.

14         Q      (By Mr. Rothert) Probably.  How frequently do

15    you review those?

16         A      Oh, the ones that deal directly with my units

17    or anything under my command, I would say pretty

18    frequently, and then obviously the ones that are through

19    our PAS system where every month there is a review of

20    certain special orders, so I kind of infrequently with the

21    ones outside with the ones that deal directly with me, but

22    pretty directly with the ones that I have hands in.

23         Q      The policies that you deal with that deal with

24    your department, are they located, or I'm sorry, with your

25    duties, are they located all in one place or how do you

**RANDY JEMERSON  12/19/2018**

```
 1      access them when you're reviewing them?

 2             A     They are on our department intranet.

 3             Q     Do all police officers and sergeants and

 4      lieutenants on upward have access to that intranet or just

 5      certain ranks?

 6             A     They all do.

 7             Q     You made reference to the PAS systems.  Can

 8      you tell me what that is?

 9             A     Basically it's a system every month you're

10      advised that you have some -- I forgot how it's worded,

11      where you have to go in and you have to do a monthly use of

12      force, pursuit policy.  You got to review those and there

13      are brief quizzes for those, and then there are other

14      random policies and procedures that you have to review and

15      sign off on saying that you acknowledge those policies.

16             Q     Do you recall filing or filling out a

17      declaration in this case that we're here on today?

18             A     Yes.

19                   (Deposition Exhibit No. 1 marked for

20      identification.)

21             Q     (By Mr. Rothert) I'm now handing you what has

22      been marked for this deposition as Exhibit 1, and it has

23      today's date, December 19th, in the corner of the sticker,

24      and I have provided a copy to counsel.  Do you recognize

25      that --
```

**RANDY JEMERSON  12/19/2018**

```
 1              A     Yes.

 2              Q     -- document?  And is this the declaration that

 3       you signed in this case?

 4              A     Yes.

 5              Q     And if you would turn to the third page.  Is

 6       that your signature there?

 7              A     Yes.

 8              Q     Do you know about whether there were any

 9       orders that affect the police department that were entered

10       in this case that affect what the police department can or

11       can't do?

12              A     In terms of our policies and procedures you

13       mean?

14              Q     Yes.

15              A     I guess I'm not understanding what you mean.

16       Like prior to this are there orders that affect this you

17       mean?

18              Q     No.  In this case, as a result of the hearing

19       that you filed a declaration in, do you know if the court

20       entered any orders directing the police department to do or

21       not do anything?

22              A     There was an injunction that -- I'm trying to

23       think off the top of my head what exactly all it covered.

24       But basically the injunction limited or addressed the use

25       of chemical munition and whether or not orders -- we can
```

**RANDY JEMERSON  12/19/2018**

 1    give surrounding orders to disperse for unlawful -- What's

 2    the phrase?  Unlawful assembly.  There we go.

 3         **Q      We all wanted to help.**

 4         A    I know.

 5         **Q      But we knew you would get there.**

 6         A    I knew I would get there.

 7         **Q      Is that injunction or anything about it ever**

 8    **been one of the things that has been put through on the PAS**

 9    **system?**

10         A    I don't believe so as of yet.  I'm not a

11    hundred percent sure, but I don't think that I have come

12    across that yet.

13         **Q      Is there something in your experience as a**

14    **police officer all these years with the St. Louis**

15    **Metropolitan Police Department called a charge code?**

16         A    Yes.

17         **Q      What is a charge code?**

18         A    Just whatever the law is, there is an assigned

19    number that goes along with that charge.  It's just like

20    used during booking.

21         **Q      And when you need to know the charge code for**

22    **something, do you have those all -- do you have those all**

23    **memorized?**

24         A    No.

25         **Q      So how would you find out what the charge code**

**RANDY JEMERSON  12/19/2018**

 1     is?

 2              A     Those are also on the intranet, and then they

 3     are posted throughout the station and in the booking areas.

 4              Q     Is this -- Excuse my ignorance.  Is this --

 5     Are there dozens of charge codes or hundreds or thousands,

 6     do you know?

 7              A     Hundreds, I would assume, if not more.

 8              Q     I know there are a lot of ordinances.

 9              A     Yes.  Yes.  Yeah.  I couldn't even begin to

10     tell you the number of them.

11              Q     Hundreds seems right.  Okay.  Is there a book

12     somewhere that has charge codes in it?

13              A     There also are books broken down into traffic,

14     non traffic.  There is the state book for the state level

15     charges.

16              Q     As a lieutenant, what equipment is issued to

17     you by the St. Louis Metropolitan Police Department?

18              A     Just the basic duty uniform equipment.

19              Q     So what does the basic duty uniform equipment

20     consist of?

21              A     Your weapon, duty belt, pants, shirt, any rank

22     or nameplates.

23              Q     Anything else?

24              A     I'm sure there is something that I'm missing,

25     but I can't think of anything off the top of my head right

RANDY JEMERSON  12/19/2018

```
 1    now.
 2           Q    Is this the same equipment as a lieutenant
 3    that you had as a sergeant?
 4           A    Yes.
 5           Q    Nothing additional as a lieutenant, other than
 6    it says lieutenant, it's a different color?
 7           A    Just a different badge and nameplate, you
 8    know.  It's just different.
 9           Q    The color of the shirt is different?
10           A    The color of the shirt is different, yeah.
11    No, I can't think of anything else really outside of that.
12           Q    Are you issued a radio of some kind or
13    communication device?
14           A    Yes.  Yes.
15           Q    What about a Taser?
16           A    Lieutenants generally don't have Tasers.
17    Officers and sergeants do.
18           Q    What about pepper spray?
19           A    Yes, you're given that at every rank.
20           Q    Are you issued as a lieutenant in your current
21    position tactical gear?
22           A    Yes.
23           Q    And as a sergeant, were you also issued
24    tactical gear?
25           A    In my previous position, yes.
```

RANDY JEMERSON  12/19/2018

1          Q     The most recent position?

2          A     Right.  It's not something that all sergeants

3     are given.

4          Q     Okay.  But when you were assigned to the

5     academy and the Bureau of Enforcement, you did have

6     tactical gear then?

7          A     Yes.

8          Q     But when you were assigned to different

9     divisions, you would not have had it?

10         A     I would have had the gear required for the

11    Civil Disobedience Team.  I don't know if that falls under

12    tactical gear or not.  But no additional tactical gear

13    other than the Civil Disobedience Team gear prior to my

14    last position.

15         Q     Okay.  What is tactical gear?

16         A     I would classify it as being plate carrier,

17    ballistic that carries the plate to stop rifle rounds,

18    helmet, what would be considered a BDU or combat shirt,

19    weapon, rifle.

20         Q     Anything else?

21         A     I mean, I could -- There is numerous other

22    things I could probably rattle off.  But I mean that would

23    be the basic tactical gear that someone would be issued,

24    say, if they were on SWAT.

25         Q     And you mentioned CDT gear.  Let me go

**RANDY JEMERSON  12/19/2018**

Page 22

```
 1      backwards for a minute.  CDT stands for?

 2              A     Civil Disobedience Team.

 3              Q     What is the Civil Disobedience Team?

 4              A     Basically a team that is designed to address

 5      any type of protest or riot situation.  They are issued the

 6      basic gear of helmet, shin guards, load-bearing vest and

 7      gas mask pouch, and then everybody, every officer already

 8      has a mask, gas mask anyway.

 9              Q     So gas mask would be standard-issued

10      equipment?

11              A     Standard-issued across the board, yeah.

12              Q     How many other lieutenants are there in the

13      St. Louis Metropolitan Police Department?

14              A     I'm not sure.

15              Q     And then do you have any idea how many

16      sergeants there are?

17              A     No.

18              Q     Would one up be -- If you were promoted again,

19      would it be captain?

20              A     Yes.

21              Q     Do you know how many captains there are?

22              A     I do not.  There is a captain over each

23      district.  So I know there are six of them, but there are

24      other captain positions throughout the department.

25              Q     And above that would be major?
```

**RANDY JEMERSON  12/19/2018**

```
 1           A     Yes.

 2           Q     And do you know how many majors there are?

 3           A     I'm not a hundred percent sure.

 4           Q     How many officers belong to the Civil

 5    Disobedience Team?

 6           A     There are, I would say, rough amount, I would

 7    say 300.  That is definitely not accurate because we train

 8    every academy class that comes out, but they are not

 9    officially utilized until they are actually issued gear and

10    everything.  So we have several officers that have been

11    through the training, but have not been issued gear.  So

12    they have had training, but they wouldn't be utilized if

13    something were to happen today.  So the numbers kind of --

14    there is not a lock-in number.

15           Q     But even today there would be hundreds?  I

16    mean, if you were calling up today and say let's get out

17    the Civil Disobedience Team, you could have hundreds?

18           A     I would say at least probably 300, yeah.

19           Q     Now, the officers assigned to the Civil

20    Disobedience Team have other jobs; correct?

21           A     Yes.

22           Q     So is every officer potentially a member of

23    the Civil Disobedience Team or are they selected somehow?

24           A     Not as of yet.  So like I said, now we're at a

25    point where everybody receives -- out of the academy
```

**RANDY JEMERSON  12/19/2018**

```
1    receives the basic Civil Disobedience Team training, but

2    there are numerous officers that have not been through that

3    training, they might have gone through a familiarization of

4    it.  This was probably a couple of years ago I think I

5    taught in continuing education where everybody kind of went

6    through some basic one day mix of classroom and practical

7    of it, but not everybody is on -- not everybody has had the

8    full training, not everybody is issued gear.  So they might

9    just have like a basic knowledge of it.

10        Q    So if you were calling up -- If today we were

11   calling up the Civil Disobedience Team, who would decide

12   who is on it for today?

13        A    They are identified on all of the duty

14   rosters.  It's identified who are Civil Disobedience Team

15   officers, so it would be -- they would look at anybody who

16   is on duty for the day that is noted as a Civil

17   Disobedience Team officer.

18        Q    That Civil Disobedience Team training

19   happened -- you mentioned some of it happens in the

20   academy; is that correct?

21        A    Uh-huh (yes).

22        Q    Is there any Civil Disobedience Team training

23   after the academy?

24        A    Yes.  Usually at least once a year or if we

25   know there is an event, a large event that is coming up
```

**RANDY JEMERSON  12/19/2018**

```
 1    that is going to require to use the team on a detail, we

 2    will do training, but we try to do like just a basic

 3    refresher training for everyone once a year.

 4         Q    Do you know is it -- the training done all at

 5    once for everyone?

 6         A    Over the course of a few days, we try to

 7    capture everyone that is assigned the team.

 8         Q    Do you know when the last one was?

 9         A    I would say probably in the summer of 2017.

10         Q    Well, I think I know the answer to my next

11    question.  So the preliminary -- the injunction that was

12    entered in this case would not have been discussed at the

13    last Civil Disobedience Team training?

14         A    Correct.

15         Q    Because it hadn't come out yet?

16         A    Right.

17         Q    Do you know -- Have you ever heard or does it

18    mean anything in the parlance of the St. Louis Metropolitan

19    Police Department to have a Documentation Team?

20         A    Yes.

21         Q    What's the Documentation Team?

22         A    So at any time when we know that the team is

23    going to be deployed or just in any known protest situation

24    we try to have a team out there, usually the area

25    detectives depending on which area the protest is in just
```

**RANDY JEMERSON  12/19/2018**

1    to -- it's kind of a combination of people that are just

2    taking notes and either video taping or photographing

3    things that are going on during that incident.  So if

4    arrests are being made, they are documenting those arrests.

5    Any use of force incidents that can be captured, they are

6    documenting those, and ultimately there will be someone --

7    in the group will be someone that does the overall

8    preparation, collection of everything for the overall

9    report.

10         **Q    And is the Documentation Team, is it always**

11   **the same group of people who are on the Documentation Team**

12   **or does it vary?**

13         A    No, it varies.

14         **Q    Based on your many years experience with the**

15   **St. Louis Metropolitan Police Department as police officer**

16   **and as these higher ranks, what's your understanding of**

17   **when you or another police officer can order someone to**

18   **leave a sidewalk?**

19         A    It would be -- I guess it would be determined

20   on what incident is occurring there.  I mean, if it's any

21   scene like, say, if it's a homicide scene or shooting

22   scene, something like that, and the areas need to be

23   cordoned off then we would -- that's when we would have

24   someone leave the sidewalk.  If in a protest situation, if

25   it was deemed that we needed that entire area cleared, then

**RANDY JEMERSON  12/19/2018**

1     that would also include the sidewalk, you know, or just

2     clearing that complete area out, disperse any crowd that is

3     in that area.

4          **Q     Other than cordoning the area of the scene of**

5     **a crime and if you deem in a protest that an entire area**

6     **needs to be cleared, are there any other circumstances in**

7     **which in your experience police officers would be able to**

8     **order people to leave the sidewalk?**

9          A    Like I said, I mean, it would depend on the

10    situation, on what the call is.  If we're talking about

11    normal patrol, again I mean, that would vary.  It would

12    even depend on what the situation is and what if it's just

13    a reasonable order again an officer is given depending on

14    what that situation is.  So it's kind of hard to really

15    give a set answer for that.

16         **Q     How would you -- How would an officer know if**

17    **an order to leave a sidewalk is reasonable or not?**

18         A    Again, I mean, it kind of varies depending

19    upon what context we're talking about here.  Like I said,

20    depending on what type of call it is, if they are advising

21    someone that they need to go back inside their residence or

22    back inside their property, is it a disturbance between the

23    neighbors or something like that.  It would really depend

24    on the type of situation they are dealing with.

25         **Q     Okay.  I want to direct your attention to**

**RANDY JEMERSON  12/19/2018**

1    September and October of 2017 when there was -- There were

2    some protests in response to a verdict in a case involving

3    a Mr. Jason Stockley; is that correct?  Jason; is that

4    right?

5         A    I believe that's his first name.

6              MR. DIERKER:  That's correct.

7         Q    (By Mr. Rothert) I'm trying to remember.  Do

8    you understand what period of time I'm talking about?

9         A    Yes.

10        Q    And at that time you were a sergeant?

11        A    Correct.

12        Q    When did you -- Were you aware prior to

13   September or October of 2017 about the case going on

14   against Officer Stockley?

15        A    Yes.

16        Q    Former Officer Stockley.  When did you -- Did

17   you know that a verdict was going to be issued before it

18   happened?

19        A    We knew the day and we had an understanding

20   that we were supposed to be notified a few hours prior to

21   it actually being released.  That was not the case, but

22   that was the understanding, yes.

23        Q    Did you -- Just personally did you expect that

24   there could be protests in response to the verdict?

25        A    Yes.

**RANDY JEMERSON  12/19/2018**

Page 29

```
 1          Q    And did your -- Just based on things you heard
 2   around, was that a generally expected thing by police
 3   officers that there would be protests?
 4          A    Yes.  If the verdict went they way it did, we
 5   knew there would be some type of protests.
 6          Q    What did you base that on?  I mean, you knew
 7   it.  What did you base that belief on?
 8          A    That was from working nothing but protests for
 9   the last three years prior.
10          Q    And when you talk about working protests,
11   nothing -- nothing but protests from the three years prior,
12   you're talking working on protests back to the fall of
13   2014?
14          A    Yes.
15          Q    How did you prepare for the protests that you
16   were predicting?
17          A    So there was again, like I said, there was a
18   training of the team.  There was obtaining more gear to
19   make sure that everybody on the team was outfitted
20   correctly.  There were -- I couldn't give you an exact
21   number, but I know that there was definitely more than one
22   or two meetings to discuss -- command meetings to kind of
23   discuss how we would handle, what the deal would look like
24   and how we would handle any incidents that might come up.
25          Q    You were talking about making sure that people
```

**RANDY JEMERSON  12/19/2018**

Page 30

```
 1    were outfitted correctly.  Would that be different than

 2    their normal police officer outfits or uniforms?

 3         A    The Civil Disobedience Team gear that we

 4    discussed earlier.

 5         Q    How long has the Civil Disobedience Team been

 6    called the Civil Disobedience Team?

 7         A    Prior to -- Prior to 2002 at least.  I'm not

 8    sure how long much before then, but I think that was -- I

 9    think that was around the time when I started when I was on

10    the team.

11         Q    And what does -- What's your understanding of

12    what civil disobedience is?  What does it mean to you?

13         A    I mean, there is various levels, you know,

14    depending on what the incident is.  I mean, obviously just

15    at its lowest level would just be dealing with any type

16    of -- of any type of protest, even if it's peaceful at that

17    point, and then just preparing for when it does go beyond

18    just being peaceful protests and people exercising their

19    rights.  So when it gets to the point of agitators in the

20    crowd or actual physical altercations between citizens and

21    whatever police line that might be there to the point of

22    things being riotous, where they are damaging property and

23    people are being injured.

24         Q    Is it -- So for any protest a Civil

25    Disobedience Team could be deployed?
```

RANDY JEMERSON  12/19/2018

```
 1            A    They could be, but they aren't.  They
 2    generally aren't.  It really only depends on what
 3    information we know prior to as to whether or not they
 4    would be involved.  On a regular basis they aren't, you
 5    know.  There are people that are on duty.  They may have
 6    their gear with them, but on just any general every day
 7    protest they aren't utilized.
 8            Q    And who makes that determination whether or
 9    not the CDT is going to be utilized at any given protest?
10            A    I don't know if there is an answer for that or
11    not.  Like I said, my previous position I guess it probably
12    would have been at the lieutenant-colonel or higher with
13    the chief, but that's kind of one of those things that you
14    just kind of play it by ear depending on who is monitoring
15    the crowd and what they expect and see the potential to
16    happen, something going further.
17            Q    All right.  Where -- Is it possible to have a
18    protest in the City of St. Louis without breaking the law?
19            A    Yes.
20            Q    Where can -- Where can someone have a protest
21    without breaking the law in the city?
22            A    I guess again that would kind of depend on the
23    location.  I mean, there is nothing against people --
24    obviously you can be on the sidewalks or any type of public
25    property.  So obviously locations like that you wouldn't be
```

**RANDY JEMERSON  12/19/2018**

1    breaking the law in any manner just to gather in numbers

2    and protest whatever you are upset about.

3              Q     **You said sidewalks and did you say streets,**

4    **public --**

5              A     Any other public property.

6              Q     **What about streets, protesting on the streets?**

7              A     I mean, if you're protesting in the street, I

8    mean, I think it would be kind of hard to argue that

9    technically is there -- and this is prior to anything that

10   has come out since last year when we did with this protest,

11   but you are technically impeding the flow of traffic,

12   depending on if there is traffic in that area.  So I mean,

13   it's kind of one of those things where you allow; however,

14   I mean, is there a technical violation of a law, yes.

15             Q     **Isn't there also an ordinance about impeding**

16   **flow of pedestrian traffic on the sidewalk?**

17             A     Yes.  You know, so it could also --

18   anywhere -- you can protest anywhere, but I mean, yes, as

19   long as you're not violating an established law, you know,

20   infringing upon any other type of law, I think it's one of

21   those things that it has been allowed and it's not

22   something that is really enforced too much.  But is it a

23   technical violation of an ordinance?  Yes.

24             Q     **And I understand you are not responsible for**

25   **writing the ordinances, but is there -- Are you aware of**

**RANDY JEMERSON  12/19/2018**

```
 1    any way for anyone who wanted to have a protest in the City

 2    of St. Louis to get a permit to allow them to be on the

 3    sidewalk in a way that might impede pedestrian traffic or

 4    to be in the street that in a way that might impede

 5    vehicular traffic?

 6         A    Yes.  Yes.  I don't know what that procedure

 7    is to obtain a permit.  I know that is done by some and not

 8    others.  We have zero to do with that vetting process on

 9    who gets a permit and who doesn't.

10         Q    How do you -- Have you ever had to decide as a

11    police officer yourself whether, let's say, they protest on

12    a sidewalk -- as a technical violation has become illegal

13    and needs to end or on the street, the same question, have

14    you ever been in a position of making that decision?

15         A    No.  No.  In my previous positions I wasn't

16    making -- I mean, even as a sergeant, I wasn't making any

17    decisions.  I was more so observing and advising higher of

18    what I was observing and then let them make the

19    determination as to how they wanted to move forward.

20         Q    Okay.  In addition to this infringing traffic

21    issue on sidewalks or streets, can protests -- have they in

22    your experience sometimes run afoul of the unlawful

23    assembly ordinance in the city?

24         A    Yes.  You know, not all of them are peaceful.

25    Obviously when it gets to the point of any type of physical
```

**RANDY JEMERSON  12/19/2018**

Page 34

```
 1    altercation or contact with officers that might be out

 2    there or obviously once they move higher than that to the

 3    point that things are being thrown, that would fall under

 4    that, an unlawful assembly.

 5         Q    What's your understanding -- You have probably

 6    already answered this.  What's your understanding of what

 7    constitutes an unlawful assembly in the City of St. Louis?

 8         A    Well, I guess what it is and how it's kind of

 9    been used might be kind of two different things.  We have

10    been advised in the past to once say if you have -- there

11    has been a group that has occupied a street for X amount of

12    time and it's been deemed they no longer want them in this

13    area where it's time like, say, technically, we are already

14    in as far as we're not blocking traffic for them to

15    exercise their rights, then they are obviously violated by

16    impeding the flow of traffic, and if that group has been

17    advised via PA system or something that to leave the area

18    or move out of the street and to the sidewalk and they

19    refuse to, then we have been advised in the past to declare

20    that unlawful assembly and advise them that it's now time

21    to leave that area.

22         Q    Okay.  Have you ever been in the position of

23    declaring something an unlawful assembly yourself?

24         A    I have given the verbal order before after

25    receiving orders from above to give that order.
```

**RANDY JEMERSON  12/19/2018**

```
 1                    MR. ROTHERT:  Can we take a break for a

 2      moment?

 3              (Whereupon, a short break was taken.)

 4          Q    (By Mr. Rothert) Is part of civil disobedience

 5      training defining civil disobedience?  Is that something

 6      that happens in the class?

 7          A    Yes.

 8          Q    And you actually teach that class; right?

 9          A    Yes.

10          Q    So most of these officers would probably have

11      learned that from you?

12          A    Myself or Sergeant Rossomanno at some point.

13      But, yeah, it's covered in the class reports.

14          Q    Are you the two people that teach that?

15          A    It's just me now primarily.  At the time, yes,

16      it would have been both of us.

17          Q    Thinking back to September 17, 2017, it was a

18      Sunday.  Do you remember that day at all?

19          A    Yes.

20          Q    You were working that date?

21          A    Yes.

22          Q    Do you remember what hours you worked that

23      day?

24          A    All of them.  That would probably be the best

25      way to sum it up.  Yeah.  I couldn't even tell you.
```

RANDY JEMERSON  12/19/2018

```
 1            Q     That evening you were working in the

 2     evening --

 3            A     Uh-huh (yes).

 4            Q     -- hours?  You were Downtown?

 5            A     Uh-huh (yes).

 6            Q     Is that correct?

 7            A     Yes.

 8            Q     And when we talk about Downtown, if I say

 9     Downtown, what does that mean to you geographically?

10            A     Never thought about that.  I don't know.  I

11     don't know.  I guess it would be -- You mean in terms of

12     street boundaries?

13            Q     Yes, generally.  I just want to make sure that

14     we're talking about the same thing, and we have a common

15     understanding of what we're talking about.  I'm not trying

16     to quiz you on that.

17            A     I would say our immediate area now, probably

18     anywhere between a few miles of the riverfront.

19            Q     Were any of the streets that evening, were any

20     of the streets Downtown blocked off to vehicular traffic?

21            A     The only thing I can recall was I believe

22     there were some chairs set up on Olive in front of the

23     library for some of -- either took place or was taking

24     place the next day.  That's the only thing that I can

25     recall anything being blocked off, and I don't even recall
```

**RANDY JEMERSON  12/19/2018**

1   if it was the entire street or not.

2        **Q     That evening did there come a time when**

3   **someone declared an unlawful assembly that you're aware of?**

4        A    Yes.  I don't recall exact point.  It would

5   have been at some point after the group -- some point after

6   the damage that was occurring down in the Downtown area.

7   It was some point after that.

8        **Q     Do you recall approximately how many people**

9   **were in the Downtown area on the streets and sidewalks that**

10  **evening?**

11       A    No, and it would depend at what point because

12  there was -- there was the initial protest, march, that was

13  kind of going on throughout Downtown.  I mean, I would say

14  there were maybe a couple hundred.  That's just a

15  guesstimate of the initial march.

16       **Q     And let's talk just about the initial march.**

17  **Do you know -- Did that begin at the police headquarters or**

18  **do you know where?**

19       A    I don't recall.  I know that is where it

20  ended.

21       **Q     It ended at the police headquarters?**

22       A    Yes.

23       **Q     And do you know where it started or how it got**

24  **there?**

25       A    Yeah, I don't recall exactly where it started.

1    Yeah.  I can't recall exactly where it began.

2         Q    Do you know approximately how long it was in

3    terms of distance or time or both?

4         A    I don't recall, but I know it lasted for quite

5    a bit where they marched throughout the Downtown area.

6    Maybe it started at Kiener Plaza.  I can't recall, but I

7    know it lasted for quite a bit and then it ended on 20th

8    Street.

9         Q    And Olive?

10        A    And Olive, yes.

11        Q    I know you don't know exactly how long it was,

12   but it was more than a number; correct?

13        A    I would say so.

14        Q    Okay.

15        A    I know we were -- because I'm pretty sure that

16   I was in my vehicle.  I know we were driving around kind of

17   observing for quite some time.

18        Q    And you think there were a couple hundred

19   people involved in that march?

20        A    I'm just guessing, yes.

21        Q    More than a hundred, though?

22        A    I would say so, yeah.

23        Q    And did that march take place on streets or

24   sidewalks?

25        A    Streets.

**RANDY JEMERSON  12/19/2018**

```
 1              Q     Streets.  And do you know if anyone had a

 2       permit for that march?

 3              A     I don't know, but I doubt it.

 4              Q     And did that march obstruct or impede traffic?

 5              A     I believe it did initially, but I want to

 6       say -- Now again, I'm not a hundred percent sure because we

 7       were -- there was some inconsistencies depending on who was

 8       in charge that night on how it was handled, but I want to

 9       say that particular night we might have blocked, knowing

10       that it was going to occur, I think we might have already

11       had vehicles in place to kind of just fleet and follow.

12       Obviously we didn't know 100 percent.  There would probably

13       be more people following them because we didn't know what

14       their route was going to be.  I am assuming we probably had

15       vehicles in place to block traffic that night.  Again, I'm

16       not a hundred percent sure.  Depending on who was in

17       charge, they would make that decision on whether or not

18       that is what we were going to do that night or not that

19       night.

20              Q     And would it be easier, and just your

21       experience as police officer, wouldn't it be easier if

22       protesters that were going to use streets or sidewalks had

23       permits?

24              A     Yes.

25              Q     Would it be easier if there was like specific
```

**RANDY JEMERSON  12/19/2018**

```
 1    places and times when you knew people were allowed to be?

 2         A    Yes.  That would obviously be easier, yes.

 3         Q    Easier for the police?

 4         A    Yes.

 5         Q    Do you recall approximately what time that

 6    evening that that initial protest/march ended?

 7         A    It was already dark.  I would say maybe around

 8    8:00 p.m., but I'm not a hundred percent sure, and I know

 9    there's tons of tape and footage.  They can pinpoint the

10    exact times, but I'm not exactly sure.

11         Q    In all of those other cases where you get to

12    be a defendant, you'll probably -- those details will

13    probably really matter.  We're talking more about general

14    policies here.  So you know, I'm just looking for

15    approximately.  So what happened after -- How did that

16    protest end?  Was it organic?  Was it just people left or

17    did the police --

18         A    No, the unofficial leaders of the protest

19    pretty much said that they were done, like their part of

20    that -- of their marching and everything was over, and some

21    people started to dissipate.  But it was while that

22    breaking down of that group was occurring, then another

23    group kind of started to gather in front of headquarters,

24    but in the -- still in the midst of the entire group kind

25    of slowly breaking up, and I would say within 20 or 30
```

**RANDY JEMERSON  12/19/2018**

```
 1    minutes it was when that group that kind of broke off
 2    started marching on their own east on Olive.
 3            Q     And you mentioned earlier there was some
 4    damage that night.  Was that around 9th and Olive?
 5            A     There were a few locations, but I know it all
 6    started after the group crossed over Tucker.
 7            Q     Okay.
 8            A     So once they moved past Tucker heading
 9    eastbound, I think there was a few locations in that area
10    where they started to damage property.
11            Q     Okay.  How big would you guess or as best you
12    can remember is this other group that you're talking about
13    that breaks off and goes and does the damage?
14            A     I would say probably less than -- definitely
15    less than a hundred.  Maybe 50 to 80 I think initially,
16    somewhere in there, if even that many.  I'm not sure.  It
17    was -- I kind of just watched.  I saw them initially from
18    the side when they were still breaking off from the other
19    group, and then I was kind of maneuvering around trying to
20    keep up with them as they were walking.  So I would say
21    probably more than 50.
22            Q     And there were other groups beyond just we
23    call another group, but this 50 to 80, there were other
24    groups as well, weren't there --
25            A     No.
```

RANDY JEMERSON  12/19/2018

1          Q      -- who were Downtown?

2          A     I mean, that were -- Like I said, there was

3     the main protest and then there was that group broke off

4     and started going and, then prior to them getting to

5     Tucker, that area where I said the chairs were set up, I

6     think they started throwing some of those chairs out into

7     the street.  Whether any of those were damaged, I don't

8     know.  But I know property was getting damaged.  Business

9     property was getting damaged once they crossed over Tucker.

10         Q     How many people are there on a typical evening

11    at 8:00 p.m. Downtown just on the streets walking around?

12         A     It depends on what part.  I mean, if we're

13    talking Washington, then there's probably a good amount out

14    there or maybe it -- there is different pockets so it kind

15    of depends.  I would say foot traffic on Tucker probably

16    was minimal other than that group, but it kind of depends

17    on what location you're talking about in the Downtown area.

18         Q     So about -- I mean, if we were squaring

19    Washington and Olive and between 9th, and where's the

20    library, 14th?

21         A     Yeah.

22         Q     9th and 14th, in that kind of region, is that

23    in an area where there are consistently pedestrians around

24    on a Sunday evening or would that be normal?

25         A     No.  There is not normally that much foot

RANDY JEMERSON  12/19/2018

```
 1      traffic in that immediate area.

 2          Q    There came a time around 10:50 that evening

 3      that someone declared -- someone declared an unlawful

 4      assembly; is that right?

 5          A    Uh-huh (yes).

 6          Q    Do you know --

 7               MR. DIERKER:  You need to answer yes.

 8          A    Oh, yes.  I was drinking.  Yes.

 9          Q    (By Mr. Rothert) All right.  Do you know who

10      declared that unlawful assembly?

11          A    I believe -- I believe Sergeant Rossomanno was

12      advised to declare unlawful assembly at one point.  This

13      was after the damage to the property.  I don't recall if it

14      was at the 10:50 time frame, but at some point I know once

15      the group -- the group was damaging property and then as

16      officers started responding to that area, I know there was

17      some -- there were a few foot pursuits trying to take

18      people into custody.  So that initial group that was

19      damaging property kind of -- everybody kind of went in

20      separate directions and dissipated.  They all eventually

21      kind of started to gather again at Washington and Tucker

22      and Tucker and St. Charles area.  So it was sometime after

23      that, after that group started to kind of regroup again in

24      that area that an order of unlawful assembly was given.

25          Q    And Tucker and St. Charles, was that your
```

RANDY JEMERSON  12/19/2018

1      staging area that night?

2            A     No.

3            Q     Do you know if that unlawful assembly that you

4      heard Sergeant Rossomanno announce, was that the only time

5      an unlawful assembly was declared that night as far as you

6      know or were there others?

7            A     I believe that was the first that evening, I

8      believe.

9            Q     Do you know who can declare an unlawful

10     assembly?  Can any police officer declare that?

11           A     The actual verbiage of it?

12           Q     Who can decide that the assembly has become

13     unlawful and people need to leave or be arrested?

14           A     That was generally whoever the incident

15     commander was that evening.  So normally that was a major

16     or lieutenant colonel rank that generally made that call.

17     Nobody made that without any -- without any approval from

18     higher.

19           Q     From higher than --

20           A     Like at the sergeant level, we weren't making

21     that.  We weren't just out there saying that on our own,

22     right.

23           Q     What about lieutenants, could lieutenants do

24     that?

25           A     I believe they could have at the time, but I'm

RANDY JEMERSON  12/19/2018

```
 1   only assuming that they probably also had gotten some prior

 2   approval.  But I believe the lieutenant could have.

 3          Q    Were people taken into custody for destroying

 4   property or property damage that evening?

 5          A    I'm not sure.  I know a few people were taken

 6   into custody.  I can't recall or I have no knowledge on

 7   whether or not they were able to -- those that might have

 8   been taken into custody were directly linked to the damaged

 9   property.  I'm not sure.

10          Q    Do you know what Luther Hall was taken into

11   custody for?

12          A    I do not.

13          Q    By the time -- So Sergeant Rossomanno is the

14   one who gave the -- made the announcement that the assembly

15   was unlawful and that people needed to leave?

16          A    Correct.

17          Q    But it's your understanding that someone else

18   gave him the order to do that?

19          A    Yes.

20          Q    You also told people that they should leave?

21          A    Yes.

22          Q    Correct?

23          A    There was numerous verbal conversations with

24   either people that I just know from dealing with a lot of

25   protesters or some that I didn't, but, yes, I made numerous
```

RANDY JEMERSON  12/19/2018

```
1    attempts to kind of advise them, hey, it's time to leave
2    the area.
3         Q    When you -- In this situation or when
4    someone -- people are being ordered to disperse because of
5    an unlawful assembly, what does leaving the area mean to
6    you?  The area, what does that mean to you?
7         A    I would say that, and this is not as specified
8    as it needs to be, but the main point here is for them
9    to -- for that group to break up and disperse and then not
10   to recongregate a block away, you know.  That means it's
11   time for everybody to go their separate ways.  Obviously
12   we're not telling people they have to go home or anything,
13   but the group needs to break up and needs to leave that
14   immediate area separately, individually.
15        Q    So if they want to recongregate in Kirkwood,
16   that's leaving the area; right?
17        A    Right.  The point is to not recongregate and
18   not be engaged in the same activity that you were given an
19   order to disperse to begin with.
20        Q    So that sounds completely reasonable.  How do
21   you know that?  How do you know that that's -- Is there a
22   policy or a training you have received or is that just
23   based on your experience?
24        A    I would say some of all of that.  The training
25   that I received as well as that's part of that where you
```

**RANDY JEMERSON 12/19/2018**

```
 1    would -- as part of the giving them a time frame to leave

 2    that area, direction to leave that area and to disperse

 3    and, so, yeah, I would probably say partly training, partly

 4    from experience.

 5          Q    Did you personally witness any damage to

 6    property or violence that evening?

 7          A    From the position that I was following them or

 8    trying to parallel that group in my vehicle, I heard the

 9    damage.  I saw the damage afterwards.  I don't recall

10    actually ever seeing like a particular person doing some

11    damage.  Again, I was kind of tailing and kind of trailing

12    the group.  So I just kind of saw the aftermath and heard

13    glass being broken out and heard people kicking at stuff or

14    trying to hit it, but I never actually saw.

15          Q    When you say the group, you're talking

16    about -- This is the --

17          A    The initial splinter group that broke off.

18          Q    The splinter group?

19          A    Right.  Right.

20          Q    The almost last thing that I want to talk to

21    you about is chemical agents.  If I say what chemical

22    agents do you use as a police officer, I mean police

23    officer generically and not as the entry level just after

24    probation, what does that mean to you?  Chemical agents,

25    what's your understanding?
```

**RANDY JEMERSON  12/19/2018**

Page 48

```
 1              A     That could be anything from as basic as the
 2   pepper spray, the handheld that is used that every officer
 3   has, up and to actual handheld or fired munitions.
 4              Q     And are there any policies that govern how you
 5   use?
 6              A     Yes.
 7              Q     Do you know what those policies are?
 8              A     I don't know the exact ones off the top of my
 9   head.
10              Q     That's fine.  Is there a separate policy
11   regarding the use of deployment or the use or deployment of
12   chemical agents for crowd dispersal rather than as a use of
13   non deadly force?
14              A     There is -- It's covered under the use of
15   force policy.  There is also a policy that covers use of
16   any type of chemical munitions.  I believe it is also in
17   the special order that involves civil disobedience, which
18   is completely being reworked now, but I believe it's in
19   there as well.
20              Q     Is there a difference in your understanding
21   between mace and pepper spray?
22              A     Not a hundred percent my area of expertise,
23   but yes.  I mean, there is a difference in the -- there is
24   a difference in like between like OC spray and CS gas.  I
25   mean, the -- the delivery method also was somewhat
```

**RANDY JEMERSON  12/19/2018**

```
 1    different in terms of the actual handheld canister mace,

 2    the larger handheld foggers that are used and then

 3    obviously up to the handheld throwing or fired canisters.

 4         Q    Have you in the last year and a half had

 5    occasion to use chemical munitions yourself?

 6         A    I have never -- Well, no, I did.  I think I --

 7    At some point during to stop protests I think I might

 8    have -- I might have thrown one canister.  I can't remember

 9    if it was the night of -- the night of the 15th.  I think

10    it might have been around the mayor's house and then all of

11    that Central West End protests.  But other than that, no, I

12    have never -- I have never deployed or never fired like any

13    of the handheld foggers or any personal mace.

14         Q    That events that you are talking about, the

15    mayor's house, that would have been Friday, September 15th?

16         A    Correct.

17         Q    That was the day of the verdict?

18         A    Correct.

19         Q    That long day?

20         A    Yes.

21         Q    What's your understanding under department

22    policies of whether you have to give any kind of warning to

23    someone before you use handheld mace or pepper sprays or

24    any of those handheld chemical agents?

25         A    In protest situation, then yes.  If it's a
```

**RANDY JEMERSON  12/19/2018**

```
 1     general area, I mean, if it's a group and we're addressing

 2     that in something that might be deployed into a group, then

 3     a command has to be given stating that it might reach that

 4     point where the use of chemical munitions might be used.

 5     Now just at a normal patrol level or even at a protest

 6     level where there is an immediate person that needs to get

 7     addressed, there isn't a verbal warning that has to be

 8     given, if again -- and that is more an individual --

 9          Q     Right.  I don't --

10          A     Individual situation.

11          Q     I don't want to get too hypothetical with you

12     here.  Have there been any situations, I mean, not in the

13     last year and a half apparently, but where you have to use

14     a handheld pepper spray or mace without giving any warning?

15          A     Me personally?

16          Q     Yes.

17          A     No, I have never used mace or any handheld

18     anything as long as I have been a police officer.

19          Q     Okay.

20          A     I just never have had a need to.

21          Q     Okay.  Have you seen other police officers use

22     handheld mace or pepper sprays?

23          A     Yes.

24          Q     Did you see any other police officers using

25     handheld mace or pepper spray during that period of those
```

**RANDY JEMERSON  12/19/2018**

```
 1      Stockley protests?

 2           A    Yes.

 3           Q    Did you see anyone, any police officer use

 4      handheld mace or pepper spray unnecessarily?

 5           A    Yes.

 6           Q    Just thinking back to that -- the whole

 7      handling of those protests, and completely with the benefit

 8      of hindsight going forward, if we knew another verdict was

 9      coming today, a similar thing, that it was going to be a

10      similar protest and you're charged with teaching a class on

11      civil disobedience and responding to protests, is there

12      anything that you based on your experience would recommend

13      that the police department do differently than what was

14      done a year ago?

15           A    Yes.  I'm actually in the process now of

16      completely revamping it in our response to protests.  You

17      know there was some things that went right, but there were

18      a lot of things that could have been done better or

19      differently.  So that is a process I have already started

20      since this all -- since last fall.  So I mean, I have

21      taught some classes at our academy.  I have taught some

22      classes at some outside agencies already just discussing

23      basically actually review, going over the things that need

24      to be done better to include the use of chemical munitions,

25      when and when not to use force, things of that nature.  And
```

**RANDY JEMERSON  12/19/2018**

```
 1    also all the other -- I guess attitude or behavioral issues

 2    that might surround how officers surround them or carry and

 3    conduct themselves during these incidents.  So I mean, like

 4    I said, that is something that I have already been doing

 5    anyway and so, yeah.  In the future our response is going

 6    to be improved upon compared to how things went last year.

 7         Q    Is it -- I'll ask you this personally first

 8    and then ask if you think other officers have similar

 9    experiences based on what you have heard.  Is it hard --

10    harder to be a police officer at a protest when it's the

11    police who are being protested?

12         A    For me, no.  I mean, I really -- How can I put

13    this?  Right is right and wrong is wrong, you know, and

14    that is how I approach, you know.  I'm one of the few

15    individuals that is out there actually interacting and

16    having conversations with those that are protesting.  So

17    it's a little bit different for me than it is the average

18    officer that would just be out there standing on the line

19    because it's just way more interaction on my part.  So as

20    far as it being harder, I try not to -- I will get into

21    some individual conversations as to the facts of a certain

22    case depending on who the individual is, if they are

23    willing to have a good conversation about it.  And others I

24    just deal with, I don't get into the weeds about the facts

25    of the case.  I just deal strictly with how can we make it
```

**RANDY JEMERSON  12/19/2018**

1    through this day right now, how can we make it through this

2    incident that we're dealing with right now peacefully, you

3    know, where you feel that your rights are being infringed

4    upon saying your piece about how you feel and then, you

5    know, officers allowing you to do that and there is no

6    violent activity or whatever between either group.  So it

7    kind of depends on who I'm dealing with.

8        **Q    For other officers do you think it's harder?**

9        A    It is.

10       **Q    There's a policy about people recording police**

11   **activity; is that correct?**

12       A    Yes.  I didn't really brush up on it before

13   coming here.  But I mean, basically people are allowed to

14   record our activity.  There is nothing against that.

15       **Q    Have you ever seen or known of police officers**

16   **in St. Louis Metropolitan Police Department destroying or**

17   **deleting videos or recordings that are being made of them?**

18       A    I have never physically -- I have never seen

19   anything myself firsthand.  I have heard of incidents that

20   might have occurred, in particular I guess you know, with

21   the Luther Hall situation, but I don't know of any.  I have

22   never physically seen anything myself.

23       **Q    Okay.  Is there training, is that a policy**

24   **that you were talking about, that there is the right to do**

25   **this?  Is that something that police officers receive**

**RANDY JEMERSON  12/19/2018**

 1      **training on at the St. Louis Metropolitan Police**

 2      **Department?**

 3              A    That would be something that would be like on

 4      that PAS system, that would need to be reviewed and signed

 5      off on that you acknowledge, that you know the policy.

 6              **Q    And would that come through PAS like how**

 7      **often?  How often that you have to review and understand**

 8      **that?**

 9              A    I'm not sure.  Someone else kind of --

10              **Q    Someone else's job?**

11              A    Makes that call on how often things are put

12      through that system.

13              **Q    Do you know who it is that makes that call?**

14              A    I'm not exactly sure what department that

15      would be.  Maybe planning, it might be planning and

16      development, but I'm not a hundred percent sure.

17              **Q    All right.  Was there an after -- I think you**

18      **mentioned an after action review after the protest that we**

19      **have been talking about.  Did one occur?**

20              A    There were several verbal ones we did conduct

21      with the command staff, we did a few that were broken down

22      into, you know, the 15th, 17th, and I think it might have

23      addressed another night or so.  So there were a few formal

24      ones where we discussed what occurred and then what could

25      be done better and moving forward, yes.

**RANDY JEMERSON  12/19/2018**

```
 1            Q    That evening of the 17th, was aviation out
 2      that night, if you know?
 3            A    I would assume they would be, but I'm not a
 4      hundred percent sure.
 5            Q    And I did ask you that night if you had seen
 6      violence or property damage and you told me about property
 7      damage, but I'm not sure I got an answer on violence.  Was
 8      there any violence, physical violence, that night that you
 9      saw or were aware of?
10            A    There was no -- No.  There was no like
11      interaction between officers or anything until the arrest
12      situation.  But again, no, I just heard there was just
13      property damage prior to that.
14                 MR. ROTHERT:  Okay.  Could we just have a
15      minute, please?
16                 (Whereupon, a short break was taken.)
17            Q    (By Mr. Rothert) Earlier I had asked you if
18      you had ever been a defendant in a civil case other than
19      the ones regarding this protest.  Do you now remember
20      having ever been a defendant in a case 10 years ago?
21            A    Yes.  A prior civil case regarding a personal
22      issue with a vehicle.
23            Q    And finally you mentioned that a couple of
24      times you have made reference to command staff and command
25      staff doing an after incident review.  What constitutes
```

**RANDY JEMERSON  12/19/2018**

```
 1     command staff?  Is that certain ranks above or certain

 2     people or what do you mean by command staff?

 3          A     Generally I would say -- I believe it's like

 4     lieutenant colonels and above, depending on their

 5     importance.  It might be various other ranks of command

 6     depending on if they needed to be -- if it applied to them,

 7     you know.  Again, myself even as a sergeant I was in the

 8     meetings and helping and assisting conducting these

 9     meetings because we did the actual presentation part.

10               MR. ROTHERT:  I have no further questions.

11                         EXAMINATION

12     QUESTIONS BY MR. DIERKER:

13          Q     Lieutenant, I hope that we can keep it brief.

14     I want to try to follow in Mr. Rothert's footsteps.  But

15     you mentioned the timing with regard to the verdict in the

16     Stockley case being handed down and the police department

17     was expecting some notice; correct?

18          A     Yes.

19          Q     And you did not in fact get the amount of

20     notice you were anticipating; is that correct?

21          A     Correct.

22          Q     Now, in the time prior to the announcement of

23     the verdict, were you aware of any intelligence that had

24     been accumulated by the police department regarding the

25     likelihood of protests in the event of a verdict of not
```

**RANDY JEMERSON  12/19/2018**

```
 1      guilty?

 2            A    There were -- On social media there were -- I

 3      know there were different posts and tweets and such that

 4      were out there.  I mean, it was also our intel was probably

 5      gathering that information.  A lot of it was just kind of

 6      public knowledge that was out that was on social media,

 7      people stating that if a verdict went a certain way then

 8      there would be protests.  So that would have probably been

 9      it.  That was kind of put out there already.

10            Q    Is it safe to say that when the police

11      department anticipates public protests over any issue, that

12      the department attempts to be ready for anything?

13            A    Yes.

14            Q    And is it safe to say that if -- I take it you

15      have read published reports about what happened in

16      Charlottesville, Virginia; is that fair to say?

17            A    Yes.

18            Q    Are you aware?

19            A    Yes.

20            Q    That's the kind of thing that your current

21      mission would embrace planning for; is that fair to say?

22            A    Correct.

23            Q    Okay.  So if the Neo-Nazis expected to show up

24      in St. Louis in the near future, would you anticipate that

25      the police department would prepare for that?
```

**RANDY JEMERSON  12/19/2018**

```
 1            A     Yes.

 2            Q     With regard to unlawful assemblies, are you

 3     aware that there is a state law on that subject as well as

 4     a city ordinance?

 5            A     Correct.

 6            Q     With regard to enforcement of traffic laws or

 7     any laws for that matter, is the department -- does the

 8     department train officers in the concept of probable cause?

 9            A     Yes.

10            Q     And does the name Templeton mean anything to

11     you?

12            A     Yes.  I'm not as well versed on the -- on

13     everything involved with that case, but I know.

14            Q     Mr. Rothert may be better versed on it than I

15     am.  I'm not sure.  But in any event, are you aware that

16     when a temporary restraining order was entered in that case

17     that the department circulated a text of that order as part

18     of a special order or an amendment to a special order and

19     this admittedly would be back in January of '15?

20            A     Yeah.  I'm not a hundred percent sure if I

21     recall it being implemented in a special order or special

22     order being updated as a result of that.

23            Q     Well, I don't want to clutter up Mr. Rothert's

24     deposition.  I'm alluding to the documents, the Baumgartner

25     declaration, that was previously filed in the case, so you
```

**RANDY JEMERSON  12/19/2018**

Page 59

```
 1      know what I'm talking about Mr. Rothert.  Well, sufficed to

 2      say when a court enters an order that affects police

 3      department operations, is it your understanding that that

 4      information is provided to police officers?

 5           A    Yes.

 6           Q    Have you ever seen an individual violating a

 7      traffic offense where traffic laws were elected not to

 8      issue a citation or arrest him?

 9           A    Yes.

10                MR. DIERKER:  I have nothing further.

11                MR. ROTHERT:  You have the option to review

12      and sign this deposition or waive your signature.

13                MR. DIERKER:  We will review it and sign.

14

15           (Deposition was adjourned at 11:30 a.m.)

16

17

18

19

20

21

22

23

24

25
```

**RANDY JEMERSON  12/19/2018**

```
 1                    CERTIFICATE OF REPORTER

 2

 3           I, Jamie Jo Kinder, CCR No. 842, CSR No.

 4      084.003306, do hereby certify that the witness whose

 5      testimony appears in the foregoing deposition was duly

 6      sworn by me; that the testimony of said witness was taken

 7      by me to the best of my ability and thereafter reduced to

 8      typewriting under my direction; that I am neither counsel

 9      for, related to, nor employed by any of the parties to the

10      action in which this deposition was taken, and further that

11      I am not a relative or employee of any attorney or counsel

12      employed by the parties thereto, nor financially or

13      otherwise interested in the outcome of the action.

14

15                              _____

16                              Certified Court Reporter

17

18

19

20

21

22

23

24

25
```

**RANDY JEMERSON  12/19/2018**

```
 1                    ALARIS LITIGATION SERVICES

 2   January 3, 2019

 3   Ms. Abby Duncan
     St. Louis City Counselor's Office
 4   1200 Market, City Hall, Room 314
     St. Louis, MO  63103
 5
     IN RE: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
 6         MISSOURI

 7   Dear Ms. Duncan,

 8   Please find enclosed your copies of the deposition of
     RANDY JEMERSON taken on December 19, 2018 in the
 9   above-referenced case. Also enclosed is the original
     signature page and errata sheets.
10
11   Please have the witness read your copy of the

12   transcript, indicate any changes and/or corrections

13   desired on the errata sheets, and sign the signature

14   page before a notary public.

15
16   Please return the errata sheets and notarized

17   signature page within 30 days to our office at 711 N

18   11th Street, St. Louis, MO 63101 for filing.

19
20   Sincerely,

21

22

23   Jamie Jo Kinder, CCR, CSR

24

25   63623
```

**RANDY JEMERSON  12/19/2018**

Page 62

```
 1                      ERRATA SHEET
     Witness Name: RANDY JEMERSON
 2   Case Name: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
               MISSOURI
 3   Date Taken: DECEMBER 19, 2018

 4

 5   Page #_____    Line #_____

 6   Should read:  _____

 7   Reason for change:  _____

 8

 9   Page #_____    Line #_____

10   Should read:  _____

11   Reason for change:  _____

12

13   Page #_____    Line #_____

14   Should read:  _____

15   Reason for change:  _____

16

17   Page #_____    Line #_____

18   Should read:  _____

19   Reason for change:  _____

20

21   Page #_____    Line #_____

22   Should read:  _____

23   Reason for change:  _____

24

25   Witness Signature:  _____
```

**RANDY JEMERSON  12/19/2018**

Page 63

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, RANDY JEMERSON, do hereby certify:

 6        That I have read the foregoing deposition;

 7        That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10        That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12        I declare under penalty of perjury that the

13   foregoing is true and correct.

14        Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                         _____

20                         RANDY JEMERSON

21

22                         _____

23                         NOTARY PUBLIC

24   My Commission Expires:

25
```

RANDY JEMERSON  12/19/2018

**A**
a.m 5:1 59:15
Abby 7:23 61:3
ability 7:10,14
  60:7
able 27:7 45:7
above-refere...
  61:9
academy 8:11,18
  9:1,13 12:8 13:1
  13:6 21:5 23:8
  23:25 24:20
  24:23 51:21
access 16:1,4
accumulated
  56:24
accurate 23:7
acknowledge
  16:15 54:5
action 54:18
  60:10,13
activity 46:18
  53:6,11,14
actual 30:20
  44:11 48:3
  49:1 56:9
addition 33:20
additional 15:3
  20:5 21:12
address 22:4
addressed
  17:24 50:7
  54:23
addressing
  50:1
adjourned
  59:15
administration
  8:21
admittedly
  58:19
advise 34:20
  46:1
advised 16:10
  34:10,17,19
  43:12

advising 27:20
  33:17
affect 7:10,14
  17:9,10,16
afoul 33:22
aftermath 47:12
age 5:10
agencies 15:7
  51:22
agents 47:21,22
  47:24 48:12
  49:24
agitators 30:19
ago 24:4 51:14
  55:20
agree 6:25
AGREED 5:2
AHMAD 1:6 3:4
  3:19 61:5 62:2
al 1:6 3:4,19 61:5
  62:2
ALARIS 4:14
  61:1
alcohol 7:10
allow 32:13
  33:2
allowed 32:21
  40:1 53:13
allowing 53:5
alluding 58:24
altercation 34:1
altercations
  30:20
amendment
  58:18
AMERICAN 4:4
amount 23:6
  34:11 42:13
  56:19
and/or 61:12
  63:8
announce 44:4
announcement
  45:14 56:22
annual 14:24
  15:4
answer 6:19,20

7:5 25:10
  27:15 31:10
  43:7 55:7
answered 34:6
Anthony 4:3
anticipate
  57:24
anticipates
  57:11
anticipating
  56:20
anybody 24:15
anyway 22:8
  52:5
apparently
  50:13
appears 60:5
applied 56:6
approach 52:14
approval 44:17
  45:2
approximately
  37:8 38:2
  40:5,15
area 25:24,25
  26:25 27:2,3
  27:4,5 32:12
  34:13,17,21
  36:17 37:6,9
  38:5 41:9
  42:5,17,23
  43:1,16,22,24
  44:1 46:2,5,6
  46:14,16 47:2
  47:2 48:22
  50:1
areas 19:3
  26:22
argue 32:8
Army 9:19 10:24
arothert@aclu...
  4:6
arrest 55:11
  59:8
arrested 11:6
  44:13
arrests 26:4,4

asked 55:17
asking 8:3 10:2
aspects 12:20
assemblies
  58:2
assembly 18:2
  33:23 34:4,7
  34:20,23 37:3
  43:4,10,12,24
  44:3,5,10,12
  45:14 46:5
assigned 12:7,8
  13:1,6 18:18
  21:4,8 23:19
  25:7
assignment
  13:5
assisting 56:8
assume 19:7
  55:3
assuming 12:2
  39:14 45:1
attempts 46:1
  57:12
attend 8:11 15:5
attention 27:25
attitude 52:1
attorney 60:11
attorneys 5:23
  7:24
average 52:17
aviation 11:12,15
  11:23 55:1
aware 28:12
  32:25 37:3
  55:9 56:23
  57:18 58:3,15

**B**
back 27:21,22
  29:12 35:17
  51:6 58:19
backwards 22:1
badge 20:7
ballistic 21:17
base 29:6,7
based 26:14

29:1 46:23
  51:12 52:9
basic 9:24 10:9
  19:18,19 21:23
  22:6 24:1,6,9
  25:2 48:1
basically 12:20
  16:9 17:24
  22:4 51:23
  53:13
basis 31:4
Baumgartner
  58:24
BDU 21:18
began 38:1
behalf 1:15 5:11
behavioral 52:1
belabor 6:17
belief 29:7
believe 5:25
  9:6,10 10:8
  18:10 28:5
  36:21 39:5
  43:11,11 44:7,8
  44:25 45:2
  48:16,18 56:3
belong 23:4
belt 19:21
benefit 51:7
best 35:24 41:11
  60:7
better 51:18,24
  54:25 58:14
beyond 8:19
  15:3 30:17
  41:22
big 41:11
bit 38:5,7 52:17
block 39:15
  46:10
blocked 36:20
  36:25 39:9
blocking 34:14
blue 13:21,23
board 22:11
book 19:11,14
booking 18:20

| | | | | |
|---|---|---|---|---|
| 19:3 | case 5:24 6:4 | Charles 8:5 | colonels 56:4 | 9:24 10:24 |
| books 19:13 | 7:20 16:17 17:3 | 43:22,25 | color 13:15 20:6 | 21:18 |
| boundaries | 17:10,18 25:12 | Charlottesville | 20:9,10 | consist 19:20 |
| 36:12 | 28:2,13,21 | 57:16 | colored 13:22 | consistently |
| branch 9:18 | 52:22,25 | chemical 17:25 | combat 9:25 | 42:23 |
| break 7:3,5,6 | 55:18,20,21 | 47:21,21,24 | 10:1,6,9 21:18 | constitutes |
| 35:1,3 46:9,13 | 56:16 58:13,16 | 48:12,16 49:5 | combination | 34:7 55:25 |
| 55:16 | 58:25 61:9 | 49:24 50:4 | 26:1 | contact 34:1 |
| breaking 31:18 | 62:2 | 51:24 | come 18:11 | context 27:19 |
| 31:21 32:1 | cases 6:14 40:11 | chief 9:9 31:13 | 25:15 29:24 | continuing 24:5 |
| 40:22,25 | casualty 9:25 | circulated 58:17 | 32:10 37:2 | conversation |
| 41:18 | 10:6,9 | citizens 30:20 | 54:6 | 52:23 |
| breaks 41:13 | cause 1:7 3:5,17 | circumstances | comes 23:8 | conversations |
| Brian 12:15 | 58:8 | 27:6 | coming 24:25 | 45:23 52:16 |
| brief 16:13 56:13 | CCR 1:19 3:15 | citation 59:8 | 51:9 53:13 | 52:21 |
| broke 41:1 42:3 | 4:14 5:5 60:3 | citizens 30:20 | command 15:17 | convicted 11:4 |
| 47:17 | 61:23 | city 1:9 3:7,14 | 29:22 50:3 | convoluted |
| broken 19:13 | CDL 10:24 11:1 | 3:20 4:9,10 | 54:21 55:24 | 6:24 |
| 47:13 54:21 | CDT 21:25 22:1 | 8:4 31:18,21 | 55:24 56:1,2 | coordinating |
| brush 53:12 | 31:9 | 33:1,23 34:7 | 56:5 | 12:11 |
| bureau 12:8,17 | Central 49:11 | 58:4 61:3,4,5 | commander | copies 61:8 |
| 13:2,7 21:5 | certain 3:17 | 62:2 | 11:12,14,22 | copy 16:24 61:11 |
| Business 42:8 | 15:20 16:5 | civil 4:4 11:13,15 | 44:15 | cordoned |
| | 52:21 56:1,1 | 11:23 12:11 14:5 | commenced 5:1 | 26:23 |
| **C** | 57:7 | 21:11,13 22:2,3 | commercial | cordoning 27:4 |
| C 4:1 | certificate 9:3,9 | 23:4,17,19,23 | 10:22 | corner 16:23 |
| call 27:10,20 | 9:14 60:1 | 24:1,11,14,16,18 | Commission | correct 5:18,19 |
| 41:23 44:16 | Certified 3:16 | 24:22 25:13 | 63:24 | 6:10 7:24 |
| 54:11,13 | 60:16 | 30:3,5,6,12,24 | common 36:14 | 23:20 24:20 |
| called 8:9 18:15 | certify 60:4 | 35:4,5 48:17 | communication | 25:14 28:3,6 |
| 30:6 | 63:5 | 51:11 55:18,21 | 20:13 | 28:11 36:6 |
| calling 23:16 | chairs 36:22 | civilian 10:25 | compared 52:6 | 38:12 45:16 |
| 24:10,11 | 42:5,6 | class 23:8 35:6 | complete 15:12 | 45:22 49:16 |
| Canine 11:12,15 | change 9:5 | 35:8,13 51:10 | 27:2 | 49:18 53:11 |
| 11:23 | 14:19 62:7,11 | classes 51:21 | completely | 56:17,20,21 |
| canister 49:1,8 | 62:15,19,23 | 51:22 | 46:20 48:18 | 57:22 58:5 |
| canisters 49:3 | changed 12:19 | classify 21:16 | 51:7,16 | 63:9,13 |
| capacity 6:12 | 13:11,12 | classroom 24:6 | concept 58:8 | correctional |
| captain 22:19 | changes 61:12 | cleared 26:25 | conditions 7:13 | 10:13,16 |
| 22:22,24 | 63:7,10 | 27:6 | conduct 52:3 | corrections |
| captains 22:21 | charge 11:17 | clearing 27:2 | 54:20 | 61:12 |
| capture 25:7 | 18:15,17,19,21 | clutter 58:23 | conducting | correctly 29:20 |
| captured 26:5 | 18:25 19:5,12 | code 18:15,17,21 | 12:10 56:8 | 30:1 |
| care 9:25 10:6 | 39:8,17 | 18:25 | confusing 6:25 | counsel 5:3,3 |
| carrier 21:16 | charged 12:9 | codes 19:5,12 | Congratulatio ... | 16:24 60:8,11 |
| carries 21:17 | 51:10 | collection 15:13 | 11:25 | Counselor's 4:9 |
| carry 52:2 | charges 19:15 | 26:8 | considered | 61:3 |
| | | colonel 44:16 | | |

counterpart 12:9,13
COUNTY 63:3
couple 6:18 24:4 37:14 38:18 55:23
course 10:6 25:6
court 1:1 3:1,16 3:18 4:13 6:19 17:19 59:2 60:16
covered 17:23 35:13 48:14
covers 48:15
crime 11:4 27:5
crossed 41:6 42:9
crowd 27:2 30:20 31:15 48:12
CS 48:24
CSR 1:19 3:15 4:14 5:5 60:3 61:23
current 11:8 20:20 57:20
custody 43:18 45:3,6,8,11

**D**

D 2:1
damage 37:6 41:4,10,13 43:13 45:4 47:5,9,9,11 55:6,7,13
damaged 42:7 42:8,9 45:8
damaging 30:22 43:15 43:19
dark 40:7
date 16:23 35:20 62:3
day 3:11,13 12:3 24:6,16 28:19

31:6 35:18,23 36:24 49:17 49:19 53:1 63:14
days 25:6 61:17
deadly 48:13
deal 15:16,21,23 15:23 29:23 52:24,25
dealing 27:24 30:15 45:24 53:2,7
Dear 61:7
December 1:16 3:11 16:23 61:8 62:3
decide 24:11 33:10 44:12
decision 33:14 39:17
decisions 33:17
declaration 16:17 17:2,19 58:25
declare 34:19 43:12 44:9,10 63:12
declared 37:3 43:3,3,10 44:5
declaring 34:23
deem 27:5
deemed 26:25 34:12
defendant 1:10 3:8,21 4:8 5:3 6:4,5,15 40:12 55:18,20
defining 35:5
definitely 23:7 29:21 41:14
deleting 53:17
delivery 48:25
department 10:5 11:9,11 12:6,11,21 14:4 14:15,16 15:7,9 15:24 16:2

17:9,10,20 18:15 19:17 22:13,24 25:19 26:15 49:21 51:13 53:16 54:2,14 56:16,24 57:11 57:12,25 58:7 58:8,17 59:3
depend 27:9,12 27:23 31:22 37:11
depending 25:25 27:13 27:18,20 30:14 31:14 32:12 39:7,16 52:22 56:4,6
depends 31:2 42:12,15,16 53:7
deployed 13:13 25:23 30:25 49:12 50:2
deployment 48:11,11
deposed 5:24 6:2,14,18
deposes 5:11
deposition 1:15 2:8 3:10 5:1,4 7:4,11,18 16:19 16:22 58:24 59:12,15 60:5 60:10 61:8 63:6,8,11
designed 22:4
desired 61:13
destroying 45:3 53:16
detached 12:8
detail 25:1
details 40:12
detectives 25:25
determination 31:8 33:19

determined 26:19
development 54:16
device 20:13
DHS 10:10
Dierker 2:6 4:9 7:22,23 15:12 28:6 43:7 56:12 59:10,13
difference 48:20,23,24
different 13:22 20:6,7,8,9,10 21:8 30:1 34:9 42:14 49:1 52:17 57:3
differently 51:13 51:19
direct 27:25
directing 17:20
direction 47:2 60:8
directions 43:20
directly 15:16,21 15:22 45:8
discuss 29:22 29:23
discussed 25:12 30:4 54:24
discussing 51:22
disobedience 11:13,15,23 12:12 21:11,13 22:2,3 23:5,17 23:20,23 24:1 24:11,14,17,18 24:22 25:13 30:3,5,6,12 30:25 35:4,5 48:17 51:11
dispersal 48:12
disperse 18:1 27:2 46:4,9,19

47:2
dissipate 40:21
dissipated 43:20
distance 38:3
district 1:1,1 3:1,1 3:18,18 13:8,9 13:10,11,12,13 22:23
districts 13:10
disturbance 27:22
Division 1:2 3:2 3:19
divisions 21:9
document 17:2
Documentation 25:19,21 26:10 26:11
documenting 26:4,6
documents 58:24
doing 11:1 47:10 52:4 55:25
doubt 39:3
Downtown 36:4 36:8,9,20 37:6,9,13 38:5 42:1,11,17
dozens 19:5
drinking 43:8
driver 10:23
driver's 10:19
driving 10:22 10:22 11:2 38:16
drugs 7:9
duly 60:5
Duncan 7:23 61:3,7
duties 15:25
duty 19:18,19,21 24:13,16 31:5

**E**

E 2:1 4:1,1,3 5:21

ear 31:14
earlier 30:4
    41:3 55:17
easier 39:20,21
    39:25 40:2,3
east 41:2
eastbound 41:9
Eastern 1:1,2 3:1
    3:2,18,19
education 8:19
    9:2,15 24:5
either 26:2
    36:23 45:24
    53:6
elected 59:7
Eleventh 4:15
else's 54:10
embrace 57:21
employed 60:9
    60:12
employee 60:11
employer 11:8
enclosed 61:8,9
ended 37:20,21
    38:7 40:6
enforced 32:22
enforcement
    12:9,18 13:2
    21:5 58:6
engaged 46:18
enlighten 12:17
entered 17:9,20
    25:12 58:16
enters 59:2
entire 13:2
    26:25 27:5
    37:1 40:24
entry 47:23
equipment
    19:16,18,19
    20:2 22:10
errata 61:9,13,16
    62:1
established
    32:19
estimate 6:1
et 1:6 3:4,19

61:5 62:2
evening 36:1,2
    36:19 37:2,10
    40:6 42:10,24
    43:2 44:7,15
    45:4 47:6 55:1
event 24:25,25
    56:25 58:15
events 49:14
eventually
    43:20
everybody 22:7
    23:25 24:5,7
    24:7,8 29:19
    43:19 46:11
exact 15:2
    29:20 37:4
    40:10 48:8
exactly 6:22
    8:3 17:23
    37:25 38:1,11
    40:10 54:14
EXAMINATION
    2:4 5:12 56:11
examined 3:11
    5:10
Excuse 19:4
Executed 63:14
exercise 34:15
exercising
    30:18
Exhibit 2:8,13
    16:19,22
EXHIBITS 2:7
expect 28:23
    31:15
expected 29:2
    57:23
expecting 56:17
experience
    18:13 26:14
    27:7 33:22
    39:21 46:23
    47:4 51:12
experiences
    52:9
expertise 48:22

Expires 63:24
expressly 5:7

## F

fact 56:19
facts 7:19 52:21
    52:24
fair 57:16,21
fall 29:12 34:3
    51:20
falls 21:11
familiarization
    24:3
far 34:14 44:5
    52:20
February 11:24
    12:5
feel 53:3,4
filed 17:19
    58:25
filing 16:16 61:18
filling 16:16
finally 55:23
financially
    60:12
find 18:25 61:8
fine 48:10
fired 48:3 49:3
    49:12
first 8:16 28:5
    44:7 52:7
firsthand 53:19
fleet 39:11
flow 32:11,16
    34:16
foggers 49:2,13
follow 39:11
    56:14
following 39:13
    47:7
foot 42:15,25
    43:17
footage 40:9
footsteps 56:14
force 16:12 26:5
    48:13,15 51:25
foregoing 60:5

63:6,13
forenoon 3:12
    3:13
forget 7:22
forgot 16:10
form 63:7
formal 9:14
    54:23
Former 28:16
forward 33:19
    51:8 54:25
four 11:18,20
frame 43:14 47:1
frequently 15:11
    15:14,18
Friday 49:15
front 36:22
    40:23
full 24:8
further 31:16
    56:10 59:10
    60:10
future 52:5
    57:24

## G

gas 22:7,8,9
    48:24
gather 32:1
    40:23 43:21
gathering 57:5
gear 20:21,24
    21:6,10,12,12
    21:13,15,23,25
    22:6 23:9,11
    24:8 29:18
    30:3 31:6
general 31:6
    40:13 50:1
generally 15:5
    20:16 29:2
    31:2 36:13
    44:14,16 56:3
generically
    47:23
geographically
    36:9

getting 42:4,8,9
give 15:2 18:1
    27:15 29:20
    34:25 49:22
given 14:3
    20:19 21:3
    27:13 31:9
    34:24 43:24
    46:18 50:3,8
giving 47:1
    50:14
glass 47:13
go 7:19 16:11
    18:2 21:25
    27:21 30:17
    46:11,12
goes 18:19 41:13
going 6:17 7:4
    25:1,23 26:3
    28:13,17 31:9
    31:16 37:13
    39:10,14,18,22
    42:4 51:8,9,23
    52:5
good 42:13
    52:23
gotten 45:1
govern 48:4
graduate 8:8,16
    14:6
group 26:7,11
    34:11,16 37:5
    40:22,23,24
    41:1,6,12,19,23
    42:3,16 43:15
    43:15,18,23
    46:9,13 47:8
    47:12,15,17,18
    50:1,2 53:6
groups 41:22
    41:24
guards 22:6
guess 17:15
    26:19 31:11,22
    34:8 36:11
    41:11 52:1
    53:20

guessing 38:20
guesstimate
   37:15
guidelines 15:9
guilty 57:1

**H**

half 49:4 50:13
Hall 3:14 4:10
   45:10 53:21
   61:4
handed 56:16
handheld 48:2
   48:3 49:1,2,3
   49:13,23,24
   50:14,17,22
   50:25 51:4
handing 16:21
handle 29:23
   29:24
handled 39:8
handling 51:7
hands 15:22
happen 11:16,18
   23:13 31:16
happened
   24:19 28:18
   40:15 57:15
happens 24:19
   35:6
hard 27:14 32:8
   52:9
harder 52:10,20
   53:8
Hayden 9:9
head 17:23
   19:25 48:9
heading 41:8
headquarters
   37:17,21 40:23
health 7:13
heard 9:12
   25:17 29:1
   44:4 47:8,12
   47:13 52:9
   53:19 55:12
hearing 17:18

heavy 10:23
helmet 21:18
   22:6
help 18:3
helping 56:8
hey 46:1
high 8:8,9,10,19
   9:2,15
higher 26:16
   31:12 33:17
   34:2 44:18,19
hindsight 51:8
hit 47:14
home 46:12
Homeland 10:5
homicide 26:21
hope 7:3 56:13
hours 3:12 15:1
   28:20 35:22
   36:4
house 49:10,15
hundred 18:11
   23:3 37:14
   38:18,21 39:6
   39:16 40:8
   41:15 48:22
   54:16 55:4
   58:20
hundreds 19:5
   19:7,11 23:15
   23:17
hypothetical
   50:11

**I**

idea 22:15
identification
   16:20
identified 24:13
   24:14
ignorance 19:4
illegal 33:12
Illinois 3:15
immediate
   36:17 43:1
   46:14 50:6
immediately

13:6
impede 33:3,4
   39:4
impeding 32:11
   32:15 34:16
implemented
   58:21
importance
   56:5
improved 52:6
in-service 14:24
   15:4
incident 26:3
   26:20 30:14
   44:14 53:2
   55:25
incidents 26:5
   29:24 52:3
   53:19
include 27:1
   51:24
inconsistencies
   39:7
indicate 61:12
individual 50:8
   50:10 52:21
   52:22 59:6
individually
   46:14
individuals
   52:15
information
   31:3 57:5 59:4
infrequently
   15:20
infringed 53:3
infringing
   32:20 33:20
initial 5:20 14:2
   37:12,15,16
   40:6 43:18
   47:17
initially 39:5
   41:15,17
injunction 17:22
   17:24 18:7
   25:11

injured 30:23
inside 27:21,22
instructor 10:6
intel 57:4
intelligence
   56:23
interacting
   52:15
interaction
   52:19 55:11
interested
   60:13
intranet 16:2,4
   19:2
involved 31:4
   38:19 58:13
involves 48:17
involving 28:2
issue 33:21
   55:22 57:11
   59:8
issued 19:16
   20:12,20,23
   21:23 22:5
   23:9,11 24:8
   28:17
issues 52:1

**J**

J-E-M-E-R-S-...
   5:17
Jamie 1:19 3:15
   4:14 5:5 60:3
   61:23
January 58:19
   61:2
Jason 28:3,3
Jemerson 1:15
   3:10 5:4,9,16
   61:8 62:1 63:5
   63:20
Jessie 4:3
Jo 1:19 3:15 4:14
   5:5 60:3
   61:23
job 11:16 54:10
jobs 23:20

join 9:20 14:3
justice 8:21

**K**

keep 41:20
   56:13
kicking 47:13
Kiener 38:6
kind 7:19 15:20
   20:12 23:13
   24:5 26:1
   27:14,18
   29:22 31:13,14
   31:22 32:8,13
   34:8,9 37:13
   38:16 39:11
   40:23,24 41:1
   41:17,19 42:14
   42:16,22
   43:19,19,21,23
   46:1 47:11,11,12
   49:22 53:7
   54:9 57:5,9
   57:20
Kinder 1:19 3:15
   4:14 5:5 60:3
   61:23
Kirkwood 46:15
knew 18:5,6
   28:19 29:5,6
   40:1 51:8
know 10:7 15:1
   17:8,19 18:4,21
   19:6,8 20:8
   21:11 22:21,23
   23:2 24:25
   25:4,8,10,17
   25:22 27:1,16
   28:17 29:21
   30:13 31:3,5
   31:10 32:17,19
   33:6,7,24
   36:10,11 37:17
   37:18,19,23
   38:2,4,7,11,11
   38:15,16 39:1
   39:3,12,13

| | | | |
|---|---|---|---|
| 40:8,14 41:5 42:8,8 43:6,9 43:14,16 44:3 44:6,9 45:5 45:10,24 46:10,21,21 48:7,8 51:17 52:13,14 53:3 53:5,20,21 54:5,13,22 55:2 56:7 57:3 58:13 59:1 | levels 30:13 **LIBERTIES** 4:4 library 36:23 42:20 license 10:19 lieutenant 5:16 12:3 13:18 14:18,21 19:16 20:2,5,6,20 44:16 45:2 56:4,13 lieutenant-col ... 31:12 | Louis 1:9 3:7,13 3:14,20 4:5,9 4:10,15 8:12 11:9,10 12:6 14:3,15 15:8 18:14 19:17 22:13 25:18 26:15 31:18 33:2 34:7 53:16 54:1 57:24 61:3,4,5 61:18 62:2 lowest 30:15 | matter 40:13 58:7 mayor's 49:10 49:15 mean 11:19,20 17:13,15,17 21:21,22 23:16 25:18 26:20 27:9,11,18 29:6 30:12,13 30:14 31:23 32:7,8,12,14,18 33:16 36:9,11 37:13 42:2,12 | midst 40:24 midway 13:11 miles 36:18 military 9:7,17 9:18,22 10:2,3 10:10 minimal 42:16 minute 22:1 55:15 minutes 41:1 missing 19:24 mission 57:21 Missouri 1:1,9 3:1,7,15,17,18 |
| knowing 39:9 knowledge 24:9 45:6 57:6 known 25:23 53:15 | lieutenants 16:4 20:16 22:12 44:23,23 likelihood 56:25 limited 17:24 line 30:21 52:18 62:5,9,13,17 62:21 linked 45:8 | Luther 45:10 53:21 ___ **M** mace 48:21 49:1 49:13,23 50:14,17,22 50:25 51:4 main 42:3 46:8 | 42:18 46:5,6 47:22,24 48:23,25 50:1 50:12 51:20 52:3,12 53:13 56:2 57:4 58:10 means 46:10 media 57:2,6 | 3:20 4:4 61:6 62:2 mix 24:6 **MO** 3:14 4:5,10 4:15 61:4,18 moment 35:2 monitoring 31:14 month 15:19 16:9 |
| ___ **L** large 24:25 larger 49:2 lasted 38:4,7 law 18:18 31:18 31:21 32:1,14 32:19,20 58:3 lawful 5:10 | **LITIGATION** 4:14 61:1 little 6:24 52:17 live 8:4,4 load-bearing 22:6 located 15:24 15:25 location 31:23 42:17 | major 22:25 44:15 majors 23:2 making 29:25 33:14,16,16 44:20 **MALEEHA** 1:6 3:4,19 61:5 62:2 maneuvering 41:19 | medical 9:22 10:3,11 medications 7:9 meeting 7:19,21 meetings 29:22 29:22 56:8,9 member 23:22 memorized 18:23 | monthly 16:11 motor 10:23 move 33:19 34:2,18 moved 41:8 moving 54:25 munition 17:25 munitions 48:3 48:16 49:5 50:4 51:24 |
| laws 58:6,7 59:7 lawsuits 6:11 leaders 40:18 leadership 9:5 9:7,17 14:23 learned 35:11 leave 26:18,24 27:8,17 34:17 34:21 44:13 45:15,20 46:1 46:13 47:1,2 | locations 31:25 41:5,9 lock-in 23:14 long 7:4 9:4 12:22 30:5,8 32:19 38:2,11 49:19 50:18 longer 34:12 look 24:15 29:23 | manner 32:1 march 37:12,15 37:16 38:19 38:23 39:2,4 marched 38:5 marching 40:20 41:2 marked 16:19 16:22 | mentioned 11:14 21:25 24:19 41:3 54:18 55:23 56:15 met 5:22 method 48:25 **Metropolitan** 11:9,11 12:6 14:4,15 15:8 18:15 19:17 | ___ **N** N 2:1 4:1 61:17 name 5:14,17,22 7:22 28:5 58:10 62:1,2 63:11 nameplate 20:7 nameplates 19:22 |
| leaving 46:5,16 left 40:16 let's 23:16 33:11 37:16 level 10:1 19:14 30:15 44:20 47:23 50:5,6 | looking 40:14 lot 6:8 19:8 45:24 51:18 57:5 | Market 3:14 4:10 61:4 mask 22:7,8,8,9 master's 8:20 8:22,25 9:13 | 22:13 25:18 26:15 53:16 54:1 middle 5:19 | nature 51:25 near 57:24 necessary 63:9 |

RANDY JEMERSON  12/19/2018

need 18:21
  26:22 27:21
  43:7 44:13
  50:20 51:23
  54:4
needed 26:25
  45:15 56:6
needs 27:6
  33:13 46:8,13
  46:13 50:6
neighbors
  27:23
neither 60:8
Neo-Nazis
  57:23
never 11:5 36:10
  47:14 49:6,12
  49:12,12 50:17
  50:20 53:18
  53:18,22
night 39:8,9,15
  39:18,19 41:4
  44:1,5 49:9,9
  54:23 55:2,5
  55:8
non 19:14 48:13
normal 27:11
  30:2 42:24
  50:5
normally 42:25
  44:15
North 4:15
notarized 61:16
notary 5:5 61:14
  63:23
noted 24:16
notes 26:2
notice 56:17,20
notified 28:20
number 12:24
  13:10 15:2
  18:19 19:10
  23:14 29:21
  38:12
numbers 23:13
  32:1
numerous 21:21

24:2 45:23
  45:25

_____

O

o'clock 3:12,13
observing 33:17
  33:18 38:17
obstruct 39:4
obtain 33:7
obtaining 29:18
obviously 15:18
  30:14 31:24
  31:25 33:25
  34:2,15 39:12
  40:2 46:11
  49:3
OC 48:24
occasion 49:5
occupied 34:11
occur 39:10
  54:19
occurred 53:20
  54:24
occurring
  26:20 37:6
  40:22
October 28:1,13
offense 59:7
offered 15:6
office 4:9 61:3
  61:17
officer 10:14 14:1
  14:2,2,7,7,9
  18:14 22:7
  23:22 24:17
  26:15,17 27:13
  27:16 28:14,16
  30:2 33:11
  39:21 44:10
  47:22,23 48:2
  50:18 51:3
  52:10,18
officers 16:3
  20:17 23:4,10
  23:19 24:2,15
  27:7 29:3 34:1
  35:10 43:16

50:21,24 52:2
  52:8 53:5,8
  53:15,25 55:11
  58:8 59:4
officially 23:9
Oh 15:16 43:8
Okay 7:7 19:11
  21:4,15 27:25
  33:20 34:22
  38:14 41:7,11
  50:19,21
  53:23 55:14
  57:23
old 8:6
Olive 4:4 36:22
  38:9,10 41:2,4
  42:19
once 6:3 14:6
  24:24 25:3,5
  34:2,10 41:8
  42:9 43:14
ones 15:16,18,21
  15:21,22 48:8
  54:20,24
  55:19
operations
  59:3
option 59:11
order 26:17
  27:8,13,17
  34:24,25
  43:24 45:18
  46:19 48:17
  58:16,17,18,18
  58:21,22 59:2
ordered 46:4
orders 15:20
  17:9,16,20,25
  18:1 34:25
ordinance
  32:15,23
  33:23 58:4
ordinances 19:8
  32:25
organic 40:16
organizational
  9:5

original 61:9
outcome 60:13
outfits 30:2
outfitted 29:19
  30:1
outside 6:6 9:6
  10:3 15:7,21
  20:11 51:22
overall 26:7,8
overly 10:1

_____

P

P 4:1,1
p.m 40:8 42:11
PA 34:17
page 2:3 17:5
  61:9,14,17
  62:5,9,13,17
  62:21
pants 19:21
paper 11:20
parallel 47:8
parlance 25:18
part 35:4 40:19
  42:12 46:25
  47:1 52:19
  56:9 58:17
particular 39:9
  47:10 53:20
parties 60:9,12
partly 47:3,3
PAS 15:19 16:7
  18:8 54:4,6
patrol 12:20,21
  13:8 27:11
  50:5
peaceful 30:16
  30:18 33:24
peacefully 53:2
pedestrian
  32:16 33:3
pedestrians
  42:23
penalty 63:12
pending 3:17
people 14:3
  26:1,11 27:8

29:25 30:18
  30:23 31:5,23
  35:14 37:8
  38:19 39:13
  40:1,16,21
  42:10 43:18
  44:13 45:3,5
  45:15,20,24
  46:4,12 47:13
  53:10,13 56:2
  57:7
pepper 20:18
  48:2,21 49:23
  50:14,22,25
  51:4
percent 18:11
  23:3 39:6,12
  39:16 40:8
  48:22 54:16
  55:4 58:20
period 28:8
  50:25
perjury 63:12
permit 33:2,7,9
  39:2
permits 39:23
person 11:16,17
  47:10 50:6
personal 6:11
  49:13 55:21
personally
  28:23 47:5
  50:15 52:7
Phoenix 8:21,23
  9:1,13
photographing
  26:2
phrase 18:2
physical 30:20
  33:25 55:8
physically 53:18
  53:22
piece 53:4
pinpoint 40:9
place 15:25
  36:23,24
  38:23 39:11,15

places 40:1
Plaintiff 1:15
plaintiffs 1:7 3:5
  3:20 4:2 5:3
  5:11,23
planning 54:15
  54:15 57:21
plate 21:16,17
play 31:14
Plaza 38:6
please 5:15
  6:19,23 55:15
  61:8,11,16
pockets 42:14
point 13:9
  23:25 30:17
  30:19,21
  33:25 34:3
  35:12 37:4,5,5
  37:7,11 43:12
  43:14 46:8,17
  49:7 50:4
police 8:11,18
  9:1,13 11:9,11
  12:6 14:1,2,2,4
  14:7,7,9,14,15
  15:8 16:3 17:9
  17:10,20 18:14
  18:15 19:17
  22:13 25:19
  26:15,15,17
  27:7 29:2
  30:2,21 33:11
  37:17,21 39:21
  40:3,17 44:10
  47:22,22
  50:18,21,24
  51:3,13 52:10
  52:11 53:10,15
  53:16,25 54:1
  56:16,24
  57:10,25 59:2
  59:4
policies 15:9,23
  16:14,15 17:12
  40:14 48:4,7
  49:22

policy 16:12
  46:22 48:10
  48:15,15 53:10
  53:23 54:5
position 11:10
  12:6 20:21,25
  21:1,14 31:11
  33:14 34:22
  47:7
positions 22:24
  33:15
possible 31:17
post 9:15 13:6
posted 19:3
posts 57:3
potential 31:15
potentially
  23:22
pouch 22:7
practical 24:6
predicting
  29:16
preliminary
  25:11
preparation
  26:8
prepare 7:17 8:1
  29:15 57:25
preparing 30:17
presentation
  56:9
pretty 15:17,22
  38:15 40:19
previous 20:25
  31:11 33:15
previously 5:24
  58:25
primarily 35:15
prior 12:5 13:5,6
  13:9,14,24
  17:16 21:13
  28:12,20 29:9
  29:11 30:7,7
  31:3 32:9 42:4
  45:1 55:13,21
  56:22
probable 58:8

probably 11:3
  15:14 21:22
  23:18 24:4
  25:9 31:11
  34:5 35:10,24
  36:17 39:12,14
  40:12,13 41:14
  41:21 42:13,15
  45:1 47:3 57:4
  57:8
probation
  47:24
probationary
  14:6,12,13
procedure 33:6
procedures
  16:14 17:12
process 33:8
  51:15,19
produced 3:11
  5:10
program 10:10
promoted 12:3
  22:18
promotion 12:2
property 27:22
  30:22 31:25
  32:5 41:10
  42:8,9 43:13
  43:15,19 45:4
  45:4,9 47:6
  55:6,6,13
protest 22:5
  25:23,25
  26:24 27:5
  30:16,24 31:7
  31:9,18,20
  32:2,10,18
  33:1,11 37:12
  40:16,18 42:3
  49:25 50:5
  51:10 52:10
  54:18 55:19
protest/march
  40:6
protested 52:11
protesters

39:22 45:25
protesting 32:6
  32:7 52:16
protests 6:7,9
  28:2,24 29:3
  29:5,8,10,11,12
  29:15 30:18
  33:21 49:7,11
  51:1,7,11,16
  56:25 57:8,11
provided 16:24
  59:4
public 5:5 31:24
  32:4,5 57:6,11
  61:14 63:23
published 57:15
pursuit 16:12
pursuits 43:17
put 12:4 18:8
  52:12 54:11
  57:9

## Q

question 6:23
  6:24 7:1 25:11
  33:13
question's 7:6
questions 2:5,6
  5:13 56:10,12
quite 38:4,7,17
quiz 36:16
quizzes 16:13

## R

R 4:1
radio 20:12
random 16:14
Randy 1:15 3:10
  5:4,9,16 61:8
  62:1 63:5,20
rank 13:25 19:21
  20:19 44:16
ranks 16:5
  26:16 56:1,5
rattle 21:22
reach 50:3
read 57:15 61:11

62:6,10,14,18
  62:22 63:6
ready 57:12
really 20:11
  27:14,23 31:2
  32:22 40:13
  52:12 53:12
Reason 62:7,11
  62:15,19,23
reasonable
  27:13,17
  46:20
recall 16:16
  36:21,25,25
  37:4,8,19,25
  38:1,4,6 40:5
  43:13 45:6
  47:9 58:21
receive 8:22
  9:22 14:20,24
  15:3 53:25
received 9:7,17
  10:3,11,16
  46:22,25
receives 23:25
  24:1
receiving 34:25
recognize
  16:24
recommend
  51:12
recongregate
  46:10,15,17
record 5:14
  53:14
recording 53:10
recordings
  53:17
recruit 14:5
reduced 13:10
  60:7
reference 16:7
  55:24
refresher 25:3
refuse 34:19
regard 56:15
  58:2,6

RANDY JEMERSON  12/19/2018

| | | | | |
|---|---|---|---|---|
| regarding 6:9,9 | reviewing 16:1 | 47:12,14 55:9 | 19:21 20:9,10 | 10:21 |
| 48:11 55:19,21 | reworked 48:18 | saying 16:15 | 21:18 | specific 14:22 |
| 56:24 | rifle 21:17,19 | 44:21 53:4 | shirts 13:22 | 39:25 |
| region 42:22 | right 13:12 14:13 | says 5:11 20:6 | shooting 26:21 | specified 46:7 |
| regroup 43:23 | 19:11,25 21:2 | scene 26:21,21 | short 35:3 | splinter 47:17,18 |
| regular 31:4 | 25:16 28:4 | 26:22 27:4 | 55:16 | spray 20:18 |
| related 60:9 | 31:17 35:8 | school 8:8,9,10 | shorthand 5:4,5 | 48:2,21,24 |
| relative 60:11 | 43:4,9 44:22 | 8:19 9:2,15 | show 57:23 | 50:14,25 51:4 |
| released 28:21 | 46:16,17 47:19 | schools 9:17 | side 10:25 41:18 | sprays 49:23 |
| remember 7:14 | 47:19 50:9 | security 8:21 | sidewalk 26:18 | 50:22 |
| 28:7 35:18,22 | 51:17 52:13,13 | 10:5 | 26:24 27:1,8 | squaring 42:18 |
| 41:12 49:8 | 53:1,2,24 | see 31:15 50:24 | 27:17 32:16 | St 1:9 3:7,13,14 |
| 55:19 | 54:17 | 51:3 | 33:3,12 34:18 | 3:20 4:5,9,10 |
| render 63:9 | rights 30:19 | seeing 47:10 | sidewalks 31:24 | 4:15 8:5,11 11:9 |
| report 26:9 | 34:15 53:3 | seen 50:21 | 32:3 33:21 | 11:10 12:6 14:3 |
| reporter 2:13 | riot 22:5 | 53:15,18,22 | 37:9 38:24 | 14:15 15:8 |
| 3:16 4:13 5:6 | riotous 30:22 | 55:5 59:6 | 39:22 | 18:14 19:17 |
| 6:19 60:1,16 | riverfront 36:18 | selected 23:23 | sign 16:15 59:12 | 22:13 25:18 |
| reports 35:13 | Robert 4:9 | separate 43:20 | 59:13 61:13 | 26:15 31:18 |
| 57:15 | Room 3:14 4:10 | 46:11 48:10 | signature 5:7 | 33:2 34:7 |
| representing | 61:4 | separately | 17:6 59:12 | 43:22,25 |
| 5:23 | Rosary 8:9 | 46:14 | 61:9,13,17 | 53:16 54:1 |
| require 25:1 | Rossomanno | September 28:1 | 62:25 | 57:24 61:3,4,5 |
| required 21:10 | 12:14,15 35:12 | 28:13 35:17 | signed 17:3 | 61:18 62:2 |
| reserved 5:7 | 43:11 44:4 | 49:15 | 54:4 | staff 54:21 |
| Reserves 9:19 | 45:13 | sergeant 12:7 | similar 51:9,10 | 55:24,25 56:1 |
| residence 27:21 | rosters 24:14 | 12:14,22,23 | 52:8 | 56:2 |
| responding | Rothert 2:5 4:3 | 13:3,8,24 | Sincerely 61:20 | staging 44:1 |
| 43:16 51:11 | 5:13,22 7:24 | 14:19 20:3,23 | situation 22:5 | standard-issu ... |
| response 28:2 | 15:14 16:21 | 28:10 33:16 | 25:23 26:24 | 22:9,11 |
| 28:24 51:16 | 28:7 35:1,4 | 35:12 43:11 | 27:10,12,14,24 | standing 52:18 |
| 52:5 | 43:9 55:14,17 | 44:4,20 45:13 | 46:3 49:25 | stands 22:1 |
| responsible | 56:10 58:14 | 56:7 | 50:10 53:21 | started 30:9 |
| 32:24 | 59:1,11 | sergeants | 55:12 | 37:23,25 38:6 |
| restraining | Rothert's 56:14 | 13:20 16:3 | situations 50:12 | 40:21,23 41:2 |
| 58:16 | 58:23 | 20:17 21:2 | six 22:23 | 41:6,10 42:4,6 |
| result 17:18 | rough 23:6 | 22:16 | slowly 40:25 | 43:16,21,23 |
| 58:22 | roughly 14:8 | serve 9:18 | SLU 9:3,14 | 51:19 |
| retained 2:13 | rounds 21:17 | SERVICES 4:14 | social 57:2,6 | state 3:16 5:14 |
| return 61:16 | route 39:14 | 61:1 | somewhat | 19:14,14 58:3 |
| revamping | rules 6:18 | set 27:15 36:22 | 48:25 | 63:1 |
| 51:16 | run 33:22 | 42:5 | sorry 6:21 15:24 | States 1:1 3:1,18 |
| review 15:15,19 | | SHEET 62:1 | sounds 46:20 | stating 50:3 |
| 16:12,14 51:23 | **S** | sheets 61:9,13 | special 15:20 | 57:7 |
| 54:7,18 55:25 | | 61:16 | 48:17 58:18,18 | station 19:3 |
| 59:11,13 | S 4:1 | shin 22:6 | 58:21,21 | Steffan 4:3 |
| reviewed 54:4 | safe 57:10,14 | shirt 13:15,17 | specialized | sticker 16:23 |
| | saw 41:17 47:9 | | | |

RANDY JEMERSON  12/19/2018

STIPULATED
  5:2
Stockley 28:3
  28:14,16 51:1
  56:16
stop 21:17 49:7
street 4:4,15
  32:7 33:4,13
  34:11,18 36:12
  37:1 38:8 42:7
  61:18
streets 32:3,6,6
  33:21 36:19
  36:20 37:9
  38:23,25 39:1
  39:22 42:11
strictly 50:25
stuff 47:13
subject 58:3
subscribe 63:11
substance 63:8
sued 6:5,8,12
sufficed 59:1
Suite 4:4
sum 35:25
summer 25:9
Sunday 35:18
  42:24
supposed
  28:20
sure 13:9 18:11
  19:24 22:14
  23:3 29:19,25
  30:8 36:13
  38:15 39:6,16
  40:8,10 41:16
  45:5,9 54:9,14
  54:16 55:4,7
  58:15,20
surround 52:2
  52:2
surrounding
  6:6 18:1
SWAT 11:12,15
  11:22 21:24
sworn 3:11 5:10
  60:6

system 15:19
  16:9 18:9
  34:17 54:4,12
systems 16:7

———— T ————
tactical 10:6
  12:10 20:21,24
  21:6,12,12,15
  21:23
tailing 47:11
take 7:3 35:1
  38:23 43:17
  57:14
taken 1:15 5:4
  7:9 35:3 45:3
  45:5,8,10
  55:16 60:6,10
  61:8 62:3
talk 29:10 36:8
  37:16 47:20
talking 27:10,19
  28:8 29:12,25
  36:14,15 40:13
  41:12 42:13,17
  47:15 49:14
  53:24 54:19
  59:1
tape 40:9
taping 26:2
Taser 20:15
Tasers 20:16
taught 24:5
  51:21,21
teach 35:8,14
teaching 51:10
team 11:13,15
  12:12 21:11,13
  22:2,3,4 23:5
  23:17,20,23
  24:1,11,14,17,18
  24:22 25:1,7
  25:13,19,21,22
  25:24 26:10,11
  29:18,19 30:3
  30:5,6,10,25
technical 32:14

32:23 33:12
technically
  32:9,11 34:13
tell 16:8 19:10
  35:25
telling 46:12
Templeton
  58:10
temporary
  58:16
term 9:25
terms 17:12
  36:11 38:3
  49:1
testify 7:11,14
testimony 60:5
  60:6
text 58:17
Thank 12:1
thereon 63:10
thereto 60:12
thing 29:2
  36:14,21,24
  47:20 51:9
  57:20
things 6:6 7:14
  11:18 18:8
  21:22 26:3
  29:1 30:22
  31:13 32:13,21
  34:3,9 51:17,18
  51:23,25 52:6
  54:11
think 12:19 13:12
  17:23 18:11
  19:25 20:11
  24:4 25:10
  30:8,9 32:8
  32:20 38:18
  39:10 41:9,15
  42:6 49:6,7,9
  52:8 53:8
  54:17,22
thinking 9:4
  35:17 51:6
third 17:5
thorough 10:1

thought 14:5
  36:10
thousands 19:5
three 29:9,11
throwing 42:6
  49:3
thrown 34:3
  49:8
time 7:3 8:16
  11:1 12:19 13:2
  25:22 28:8,10
  30:9 34:12,13
  34:20 35:15
  37:2 38:3,17
  40:5 43:2,14
  44:4,25 45:13
  46:1,11 47:1
  56:22
times 6:1,8 40:1
  40:10 55:24
timing 56:15
title 9:4,4 13:25
  14:3
today 7:10 13:15
  16:17 23:13,15
  23:16 24:10,12
  51:9
today's 7:11,17
  16:23
told 45:20 55:6
tons 40:9
Tony 5:22
top 17:23 19:25
  48:8
total 12:23,24
traffic 19:13,14
  32:11,12,16
  33:3,5,20
  34:14,16
  36:20 39:4,15
  42:15 43:1
  58:6 59:7,7
trailing 47:11
train 23:7 58:8
training 9:7,8,16
  9:23 10:1,4,9
  10:11,16,17,21

12:10,11 14:6,19
  14:20,23,24
  15:3,4,6 23:11
  23:12 24:1,3,8
  24:18,22 25:2
  25:3,4,13
  29:18 35:5
  46:22,24 47:3
  53:23 54:1
transcribed 5:6
transcript 61:12
transcripts@a ...
  4:17
Trinity 8:10
true 63:9,13
truthfully 7:15
try 25:2,6,24
  52:20 56:14
trying 17:22
  28:7 36:15
  41:19 43:17
  47:8,14
Tucker 41:6,8
  42:5,9,15
  43:21,22,25
turn 17:5
tweets 57:3
twice 6:3
two 29:22 34:9
  35:14
type 11:1 14:22
  22:5 27:20
  27:24 29:5
  30:15,16 31:24
  32:20 33:25
  48:16
typewriting 5:6
  60:8
typical 42:10

———— U ————
Uh-huh 9:11
  24:21 36:3,5
  43:5
ultimately 26:6
understand
  6:23 7:1 28:8

RANDY JEMERSON  12/19/2018

32:24 54:7
understanding
  17:15 26:16
  28:19,22 30:11
  34:5,6 36:15
  45:17 47:25
  48:20 49:21
  59:3
uniform 19:18,19
uniforms 30:2
UNION 4:4
United 1:1 3:1,17
units 11:21 15:16
University 8:20
  8:23,25 9:13
unlawful 18:1,2
  33:22 34:4,7
  34:20,23 37:3
  43:3,10,12,24
  44:3,5,9,13
  45:15 46:5
  58:2
unnecessarily
  51:4
unofficial 40:18
updated 58:22
upset 32:2
upward 16:4
use 16:11 17:24
  25:1 26:5
  39:22 47:22
  48:5,11,11,12,14
  48:15 49:5,23
  50:4,13,21
  51:3,24,25
usually 24:24
  25:24
utilized 23:9,12
  31:7,9

V
v 61:5 62:2
varies 26:13
  27:18
various 30:13
  56:5
vary 26:12 27:11

vehicle 10:23
  38:16 47:8
  55:22
vehicles 39:11
  39:15
vehicular 33:5
  36:20
verbal 34:24
  45:23 50:7
  54:20
verbally 6:19
verbiage 44:11
verdict 28:2,17
  28:24 29:4
  49:17 51:8
  56:15,23,25
  57:7
versed 58:12,14
vest 22:6
vetting 33:8
video 26:2
videos 53:17
violated 34:15
violating 32:19
  59:6
violation 32:14
  32:23 33:12
violence 47:6
  55:6,7,8,8
violent 53:6
Virginia 57:16
vs 1:8 3:6

W
waive 59:12
walking 41:20
  42:11
want 10:8 27:25
  34:12 36:13
  39:5,8 46:15
  47:20 50:11
  56:14 58:23
wanted 18:3
  33:1,19
warning 49:22
  50:7,14
Washington

42:13,19 43:21
wasn't 14:22
  33:15,16
watched 41:17
way 14:19 29:4
  33:1,3,4 35:25
  52:19 57:7
ways 46:11
we're 7:4 16:17
  23:24 27:10
  27:19 34:14
  36:14,15 40:13
  42:12 46:12
  50:1 53:2
weapon 19:21
  21:19
wear 13:20
wearing 13:15,17
weeds 52:24
went 24:5 29:4
  43:19 51:17
  52:6 57:7
weren't 41:24
  44:20,21
West 49:11
When's 11:1
white 13:16,17
willing 52:23
witness 3:10 5:7
  47:5 60:4,6
  61:11 62:1,25
worded 16:10
worked 10:13
  14:14 35:22
working 29:8,10
  29:12 35:20
  36:1
wouldn't 23:12
  31:25 39:21
write 6:19
writing 32:25
written 15:9
wrong 52:13,13
www.alaris.us
  4:16

X

X 2:1 34:11

Y
yeah 19:9 20:10
  22:11 23:18
  35:13,25
  37:25 38:1,22
  42:21 47:3
  52:5 58:20
year 10:7 11:24
  14:7 24:24
  25:3 32:10
  49:4 50:13
  51:14 52:6
years 12:24,25
  15:5 18:14
  24:4 26:14
  29:9,11 55:20

Z
zero 33:8

O
084-00306
  3:15
084.003306
  1:19 60:4

1
1 2:8 13:14 16:19
  16:22
10 12:25 55:20
10:50 43:2,14
100 39:12
11:30 3:13 59:15
1130 4:4
11th 61:18
1200 3:14 4:10
  61:4
14th 42:20,22
15 58:19
15th 49:9,15
  54:22
16 2:8
17 35:17
17th 54:22 55:1
19 61:8 62:3

1994 9:21
1997 8:15
1998 14:8
19th 1:16 3:11
  16:23

2
20 40:25 63:15
2002 30:7
2005 11:3
2008 12:25,25
  13:24 14:8
2010 8:24
2014 29:13
2016 10:8,10
2017 25:9 28:1
  28:13 35:17
2018 1:16 3:12
  6:9 12:5,25
  61:8 62:3
2019 61:2
20th 38:7
280-3376 4:16

3
3 61:2
30 40:25 61:17
300 23:7,18
314 3:14 4:5,10
  61:4

4
4:17-cv-2455-...
  1:8 3:6
43 8:7

5
5 2:5 13:11
50 41:15,21,23
56 2:6

6
6 13:8
63101 4:5,15
  61:18
63103 4:10 61:4
63623 61:25
669-3420 4:5

RANDY JEMERSON  12/19/2018

| 7 | | | | |
|---|---|---|---|---|
| **711** 4:15 61:17 | | | | |
| **8** | | | | |
| **8** 13:11,12 | | | | |
| **8:00** 40:8 42:11 | | | | |
| **80** 41:15,23 | | | | |
| **800** 4:16 | | | | |
| **842** 1:19 3:15 60:3 | | | | |
| **9** | | | | |
| **9:44** 3:12 5:1 | | | | |
| **906** 4:4 | | | | |
| **9th** 41:4 42:19 42:22 | | | | |