```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MISSOURI

 3                     EASTERN DIVISION

 4

 5   MALEEHA AHMAD, ET AL.,      )
                                 )
 6         Plaintiffs,           )
                                 )
 7   vs.                         )   Case No. 4:17-CV-2455-CDP
                                 )
 8   CITY OF ST. LOUIS,          )
     MISSOURI,                   )
 9                               )
           Defendant.            )
10

11

12

13

14

15

16

17            DEPOSITION OF BRANDON WYMS

18       TAKEN ON BEHALF OF THE PLAINTIFFS

19              JANUARY 4, 2019

20

21

22

23

24

25                                    Exhibit Q
```

BRANDON WYMS  1/4/2019

```
 1                        I N D E X

 2                        WITNESSES

 3   ALL WITNESSES   PAGE

 4   For Plaintiffs

 5     BRANDON WYMS

 6        Examination by Mr. Rothert              5

 7

 8                        EXHIBITS

 9   NO.                 DESCRIPTION           PAGE

10   Exhibit 1  Documentation to
                businesses damaged
11              downtown                         13

12   Exhibit 2  Report documenting
                protests from
13              September 17, 2017               14

14

15

16

17   (Exhibits attached to transcript.)

18

19

20

21

22

23

24

25
```

BRANDON WYMS  1/4/2019

1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF MISSOURI

3                    EASTERN DIVISION

4

5   MALEEHA AHMAD, ET AL.,      )
                                )
6         Plaintiffs,           )
                                )
7   vs.                         )   Case No. 4:17-CV-2455-CDP
                                )
8   CITY OF ST. LOUIS,          )
    MISSOURI,                   )
9                               )
          Defendant.            )
10

11

12               DEPOSITION OF WITNESS, BRANDON WYMS,

13   produced, sworn and examined on the 4th day of

14   January, 2019, between the hours of eight o'clock

15   in the forenoon and six o'clock in the afternoon of

16   that day, at the Office of the St. Louis City

17   Counselor, 1200 Market Street, City Hall, St.

18   Louis, Missouri, before Tara Schwake, a Registered

19   Professional Reporter, Certified Realtime Reporter,

20   Certified Shorthand Reporter (IL), Certified Court

21   Reporter (MO), and Notary Public within and for the

22   State of Missouri.

23

24

25

```
 1   APPEARANCES

 2   FOR THE PLAINTIFFS:

 3         ACLU OF MISSOURI FOUNDATION

 4         906 Olive Street, Suite 1130

 5         St. Louis, Missouri  63101

 6         (314) 652-3114

 7         by:  Mr. Anthony E. Rothert

 8         arothert@aclu-mo.org

 9   FOR THE DEFENDANT:

10         OFFICE OF THE CITY COUNSELOR

11         1200 Market Street, Room 314

12         St. Louis, Missouri  63103

13         (314) 621-3361

14         by:  Mr. Robert Dierker

15             Ms. Abby Duncan

16         dierkerr@stlouis-mo.gov

17   COURT REPORTER:

18         TARA SCHWAKE, CRR, RPR, CCR, CSR

19         Alaris Litigation Services

20         711 North 11th Street

21         St. Louis, Missouri  63101

22         (314) 644-2191

23         1-800-280-DEPO

24         transcripts@alarislitigation.us

25
```

**BRANDON WYMS  1/4/2019**

```
 1                    IT IS HEREBY STIPULATED AND AGREED by
 2     and between Counsel for Plaintiffs and Counsel for
 3     Defendant that this deposition may be taken by Tara
 4     Schwake, Notary Public and Certified Realtime
 5     Reporter, thereafter transcribed into typewriting,
 6     with the signature of the witness being expressly
 7     reserved.
 8                    BRANDON WYMS,
 9     of lawful age, having been produced, sworn, and
10     examined on the part of Plaintiffs, testified as
11     follows:
12                    * * * * *
13          (Deposition commenced at 2:51 p.m.)
14               (Exhibits 1 and 2 marked for
15     identification by the court reporter.)
16                    EXAMINATION
17     QUESTIONS BY MR. ROTHERT:
18          Q    Good afternoon.  Would you please
19     state your name for the record?
20          A    Detective Brandon Williams.
21          Q    All right.  And it's B-r-a-d-o-n?
22          A    B-r-a-n-d-o-n.
23          Q    And W-y-m-s is the last name?
24          A    Yes.
25          Q    And is your middle initial D?
```

BRANDON WYMS  1/4/2019

```
 1        A     D as in David.

 2        Q     Does it stand for David?

 3        A     No, it doesn't.

 4        Q     What does it stand for?

 5        A     My middle name?

 6        Q     Yeah, your middle name.

 7        A     Demere.

 8        Q     How do you spell that?

 9        A     D-e-m-e-r-e.

10        Q     My name's Tony Rothert, I'm one of

11   the attorneys representing the plaintiffs in this

12   case against the City of St. Louis.

13              Have you been deposed before?

14        A     Yes.

15        Q     Do you know how many times you've

16   been deposed before?

17        A     I don't know exactly.  Several.

18        Q     Okay.  More than ten or fewer than

19   ten?

20        A     More than ten.

21        Q     All right.  And have you testified in

22   court previously?

23        A     Yes.

24        Q     Okay.  Have you taken any drugs,

25   medications or had any alcohol that would affect
```

BRANDON WYMS  1/4/2019

1    your ability to remember things or testify

2    truthfully today?

3         A    No.

4         Q    Do you have any medical conditions or

5    other health conditions that would affect your

6    ability to remember things?

7         A    No.

8         Q    Did you do anything to prepare for

9    today's deposition aside from talking to the city's

10   attorneys?

11        A    No.

12        Q    Do you work for the St. Louis

13   Metropolitan Police Department?

14        A    Yes, I do.

15        Q    And what is your rank or position

16   there?

17        A    Currently a homicide detective.

18        Q    And how long have you been a homicide

19   detective for the St. Louis Metropolitan Police

20   Department?

21        A    Since March of 2018.

22        Q    Prior to March of 2018, were you

23   working for the St. Louis Metropolitan Police

24   Department?

25        A    Yes.

BRANDON WYMS  1/4/2019

```
 1          Q      And what was your position prior to
 2   March of 2018?
 3          A      I was a detective in Special
 4   Operations.
 5          Q      When did you start as a detective in
 6   Special Operations?
 7          A      I believe it was 2014.
 8          Q      And did you serve as a detective in
 9   Special Operations until March 2018?
10          A      Yes.
11          Q      Prior to 2014, when you became a
12   detective in Special Operations, were you employed
13   by the Metropolitan Police Department?
14          A      Yes.
15          Q      And what was your position prior to
16   2014 with the Metropolitan Police Department?
17          A      I was assigned to the 8th District
18   and the 9th District.
19          Q      And what was your rank or title?
20          A      I was a police officer.
21          Q      And how long were you a police
22   officer prior to 2014 for the St. Louis
23   Metropolitan Police Department?
24          A      I began January of 2009 as a
25   commissioned officer.
```

BRANDON WYMS  1/4/2019

```
 1        Q      Prior to that were you a probationary
 2   officer?
 3        A      Yes.
 4        Q      When did you begin --
 5        A      Well, no.  January 2009 is when I
 6   graduated the academy and became a commissioned
 7   police officer.  I started the academy in June of
 8   2008.
 9        Q      And the academy you graduated from
10   was the St. Louis Metropolitan Police Department's
11   Academy?
12        A      Correct.
13        Q      Have you worked for any other police
14   department?
15        A      No.
16        Q      Other than the Police Academy, have
17   you had any education beyond high school?
18        A      I have a Bachelor's in psychology.
19        Q      What year did you -- what year did
20   you get your Bachelor's in psychology?
21        A      2007.
22        Q      And where did you graduate from?
23        A      McKendree University.
24        Q      Is that in Lebanon?  Or --
25        A      Mm-hmm.
```

BRANDON WYMS  1/4/2019

```
 1          Q       Lebanon, Illinois?

 2          A       Yes.

 3          Q       Besides the Police Academy and your

 4   Bachelor's Degree from McKendree, do, you have any

 5   other education after high school?

 6          A       No.

 7          Q       And did you do any kind of work

 8   between graduating from McKendree and starting the

 9   Police Academy?

10          A       Did I do work?

11          Q       Did you work?  Did you have a job?

12          A       Yes.

13          Q       Okay.  What did you do during that

14   period from 2007 until you joined the Police

15   Academy in June 2008?

16          A       I was a manager at a bar, Big

17   Daddy's.  What else did I do.  I think my personal

18   training days were done at that point but I think

19   it was just -- I think it was just Big Daddy's that

20   I was doing.

21          Q       Where is Big Daddy's located?

22          A       I was at the one in Soulard for a

23   period of time and then the one on The Landing when

24   they opened.

25          Q       What does -- from 2014 to 2018 you
```

BRANDON WYMS  1/4/2019

1    were a detective in Special Operations; is that

2    right?  Special operation unit was it called?

3         A    Yes.

4         Q    What's the Special Operations unit?

5         A    We were tasked of locating and

6    finding violent offenders, you know, your guns,

7    your drugs, we wear plain clothes and unmarked

8    cars, we conducted investigations off of

9    information that we received, whether it be from a

10   CI or from information that we observed ourselves.

11        Q    Okay.  Is Luther Hall one of your

12   colleagues in that unit?

13        A    No.

14        Q    What unit did he work in, do you

15   know?

16        A    He's in intel.

17        Q    How many different units are there in

18   the Metropolitan Police Department that have

19   detectives?

20        A    I have no idea.  There's a lot.

21        Q    All right.  Have you ever served on

22   something called the documentation team?

23        A    Yes.

24        Q    Okay.  Can you tell me what that is

25   within the St. Louis Metropolitan Police

BRANDON WYMS  1/4/2019

 1      **Department?**

 2           A    The documentation team was formed

 3      after Ferguson in order to have a better way of

 4      documenting any further -- any future protests

 5      within the St. Louis area.  In Special Operations

 6      we were given the task of documenting.  Since we

 7      weren't like the normal patrolmen where you answer

 8      radio calls, we were strictly on investigations

 9      ourselves that we conducted, so we had, you know,

10      better -- more time to document these things.

11                So yeah, that's, Special Ops, you had

12      documentation team.

13           **Q    So does everyone in Special Ops do**

14      **documentation team?  Or --**

15           A    No, not unless you're told to do it.

16           **Q    And are there people outside the**

17      **Special Ops who work on documentation teams or is**

18      **it all Special Ops guys?  If you know.  If you**

19      **don't know --**

20           A    Um, so within Special Ops we have

21      documentation teams but there are also district

22      bureaus, detectives that would do documentation if

23      we're not available, Special Ops, they would

24      document.

25           **Q    And you mentioned that the**

BRANDON WYMS  1/4/2019

```
 1    documentation team was established after Ferguson.

 2    Can you tell me what you mean by Ferguson?

 3         A    The Ferguson protests.

 4         Q    Okay.  That's what -- you're

 5    referring to the protests that occurred in the fall

 6    of --

 7         A    In Ferguson.

 8         Q    -- in fall of 2014?

 9         A    Yes.

10         Q    I'm going to hand you what we've

11    marked as Exhibit 1.  I have a copy for your

12    counsel as well.

13              MS. DUNCAN:  Thank you.

14         Q    (BY MR. ROTHERT)  Is Exhibit 1

15    something that you have seen before?

16         A    It looks like the documentation to

17    the businesses that were damaged downtown.

18         Q    Okay.  And do you see on the first

19    page -- is your name on the first page?

20         A    Yes, it is.

21         Q    Okay.  And what, based on your --

22    what does that mean as far as what your role was in

23    preparing this report?

24         A    I authored the report.

25         Q    And would that have been as part of
```

BRANDON WYMS  1/4/2019

1    the documentation team?

2         A     Correct.

3         Q     Okay.  So for this report, do you

4    know what date the incidents were that are

5    documented here?

6         A     This would have been September 17.

7         Q     Of 2017?

8         A     Of 2017, correct.

9         Q     So as the person who did this report,

10   would you have personally seen and witnessed the

11   damage that you're documenting here?  Or would you

12   have found out about it some other way?

13        A     For this specifically, I witnessed it

14   and saw it myself.

15        Q     Is that always the case when you make

16   a report?

17        A     No.

18        Q     Now I'm going to hand you Exhibit 2.

19   And there's one for your counsel too.  And even

20   though it's thick, it's two-sided.  If you take a

21   minute and look at it and see if you can tell me

22   what it is?

23        A     It's the report documenting the

24   protests from September 17, 2017.

25        Q     And would you have been the author of

BRANDON WYMS  1/4/2019

1    this report as well?

2         A     Yes, I was.

3         Q     Okay.  Now, in this -- this is a

4    149-page report?

5         A     Yes.

6         Q     Would you have personally witnessed

7    or personally known about everything that's written

8    in this report?

9         A     No.

10        Q     How would you have gotten the

11   information to make this report?

12        A     From the officers themselves.

13        Q     Okay.  And how do you keep track of

14   who told you what about what you put in the report?

15        A     Well, it would have been the

16   photographs from when they were arrested with their

17   charge, their name, the location of arrest, and the

18   arresting officer.

19        Q     Okay.  So when you get to the

20   narrative section, if you would turn ahead to the

21   part marked at the bottom City 00136?  You see

22   there's a narrative that continues for -- starting

23   on City 00136 and continuing on 137, 138, 139?

24        A     Yes.

25        Q     Okay, and so on.  Do you know today

1    where you got -- or from whom you received any

2    specific fact that's listed here?

3         A    It would have been from the

4    individual officers themselves, or any kind of

5    documentation from communications or myself.

6         Q    All right.  Were there some

7    detectives from the document -- from your team who

8    were charged or assigned to use video on that day?

9         A    Yes.

10        Q    And do you know who they were?

11        A    That would have been Jodie Eaton.

12   She was on the documentation team.  To say

13   specifically she was in charge of the video

14   recorder, I can't say.  Craig Sayer, looks like

15   Woody, as in James Wood.  Ryan Gibbons, Chris

16   Childers and Marcus Alston.

17        Q    The -- this Exhibit 2, is this meant

18   to document the -- everything that happened related

19   to the protests on September 15, 2017?

20        A    No.

21        Q    Or are there other reports?

22        A    It's the document what happened on

23   September 17.  This would have started during the

24   day and documented through the night.

25        Q    Are there any other reports that

BRANDON WYMS  1/4/2019

1   would document anything else that happened in

2   protests that day?  Or is this it?

3             MS. DUNCAN:  I'm going to object as

4   to vague as to what you mean "that day."  Are you

5   talking about September 17?

6             MR. ROTHERT:  I am specifically

7   talking about September 17, 2017.

8        A     There is an additional report that

9   would document an incident that happened that day,

10  yes.

11       Q     (BY MR. ROTHERT)  Okay.  Did you also

12  author that report?

13       A     No, I did not.

14       Q     Do you know who did?

15       A     It doesn't say specifically in my

16  report but it's under complaint number 17-045966.

17       Q     Can you tell me what page you're

18  talking about?

19       A     Page 137.

20       Q     Okay.  Other than the incident where

21  a -- involving an unmarked police car that you just

22  described in that report and this report that's

23  Exhibit 2, are you aware of any other reports that

24  were prepared regarding protests and the policing

25  of protests on September 17, 2017?

BRANDON WYMS  1/4/2019

```
 1          A      To the best of my knowledge, no.
 2          Q      I -- I mentioned a Detective Luther
 3    Hall earlier.  Do you know who he is?
 4          A      Do I know who he is?
 5          Q      Yeah.
 6          A      I know he's a policeman for the St.
 7    Louis Police Department, yes.
 8          Q      Do you know of any incidents
 9    involving him on September 17, 2017?
10          A      When you say "of any incident," are
11    you referring to do I have any knowledge of me
12    documenting anything relative to that incident?
13          Q      Well, that's the next question.  I
14    just want to know if you know of any incidents.
15          A      Through hearsay I heard about the
16    incident.
17          Q      Okay.  And that's not part of your
18    documentation, however?
19          A      No, it is not.
20          Q      Okay.  Why not?
21          A      Because I didn't document it.
22          Q      And why was it not documented?
23          A      Because I had no knowledge of it.
24          Q      Okay.  Now, you documented
25    information here that you heard from other police
```

BRANDON WYMS  1/4/2019

1    officers; right?

2         A    Correct.

3         Q    So did you have information from

4    other police officers about Luther Hall?

5         A    No, I did not.

6         Q    Where did you get your information

7    about Luther Hall if not from other police

8    officers?

9         A    I didn't have any information

10   relative to Luther Hall.

11        Q    Do you have any information now?

12        A    No, I don't.

13        Q    What hearsay did you have then?

14        A    Just that there was an incident that

15   had happened with a undercover policeman.

16        Q    Do you know what's happened to the --

17   or what happens to the videos that you take as part

18   of the documentation team when there's an incident

19   like this?

20             So let's just use September 17, 2017,

21   as an example.  What happens to the recordings that

22   are taken?

23        A    It's seized as evidence.

24        Q    And are they seized as evidence even

25   if nothing happens and there's no arrest?  Or just

BRANDON WYMS  1/4/2019

1    an occasion where there's been an incident?

2         A     That, I don't know.

3         Q     Do you know how many people from the

4    team you were working with were recording video on

5    September 17, 2017?

6         A     We had two cameras, so I would assume

7    there was two people recording.

8         Q     And did you review those videos in

9    their entirety?

10        A     Yes.

11        Q     In reviewing those videos, did you

12   see any activity by any police officers that you

13   thought could be criminal?

14        A     To the best of my knowledge, no.

15        Q     In reviewing those videos, did you

16   see any police officers chanting?

17        A     During the video?

18        Q     In any of the videos, yeah.

19        A     To the best of my knowledge, no.

20        Q     Was September 17, 2017, the only

21   protest in the fall of 2017 that you served on the

22   documentation team for?

23        A     I don't know.

24        Q     Do you recall how many times since

25   let's say since 2000 -- well, since the

BRANDON WYMS  1/4/2019

Page 21

1    documentation team has existed, since 2014, do you

2    recall how many times you've served on the

3    documentation team for a protest?

4         A    Several times.

5         Q    More than five or less than five?

6    Fewer than five?

7         A    I can't give you a specific number.

8    There was an influx of protests; therefore, we had

9    a lot of documenting that we had to do.  I wasn't

10   always on the documentation team but if I was

11   chosen, I handled the duties as given.  I can't

12   tell you specifically how many times.

13        Q    Okay.  Do you remember, fewer than a

14   hundred times?

15        A    Yes.

16        Q    Fewer than fifty?

17        A    I don't know.

18        Q    I don't need an exact number but --

19        A    I don't know.

20        Q    If you could look at Exhibit 1 again

21   for a moment?  What do you have listed there for

22   the Type of Incident?

23        A    "Property Damage 1st" and

24   "Impeding/Interfere/Fail to Disperse Pedestrian and

25   Vehicle Traffic."

BRANDON WYMS  1/4/2019

1      **Q     Can you explain what you mean in this**
2  **report that would be property damage in the 1st**
3  **degree?**
4      A     The damage to the businesses, broken
5  windows, the big planter, flower pots that were
6  damaged.  For property damage, I can't remember the
7  exact cost now but it had to exceed a certain
8  amount in order for it to be damage, Property
9  Damage 1st.
10      **Q     Do you know what the amount is that**
11  **it has to be?**
12      A     Now, I don't know.
13      **Q     Okay.  And then what in this report**
14  **had to do with impeding or interfering of failing**
15  **to disperse related to pedestrian or vehicular**
16  **traffic?**
17      A     Say it again?
18      **Q     You also had impeding or interfering**
19  **with traffic --**
20      A     Right.
21      **Q     -- on this report.  What in this**
22  **report has to do with that?**
23      A     You're referring just to Exhibit 1?
24      **Q     Yes.**
25      A     There's nothing in here as far as

BRANDON WYMS  1/4/2019

Page 23

 1   impeding.  These are just a list of the businesses.

 2        **Q     Okay.  Now am I correct, if you look**

 3   **at Exhibit 2, those same businesses are listed**

 4   **again as victims; is that correct?**

 5        A     Yes.

 6        **Q     Is this -- is Exhibit 2 a supplement**

 7   **of Exhibit 1?  Or do you know how they relate**

 8   **together, or why there's two reports?**

 9        A     They are the same report number.

10   When you print off the report, you have to go in

11   and physically put into iLeads the business

12   themselves with the property that was damaged in

13   order for it to show up correctly through the

14   system.  It's just the way the system works, how

15   you put it in there.

16            So they're both the same complaint

17   number and, as you saw, it's in the Victim screen

18   but just shows just the businesses in this one,

19   which would be your Property Damage 1st.

20        **Q     And you mentioned iLeads, can you**

21   **explain what that is?  It's letter i-L-e-a-d-s?**

22        A     Correct.  It's a report writing

23   system that we use.

24        **Q     If you could, on Exhibit 2, turn to**

25   **page City 00137.**

BRANDON WYMS  1/4/2019

Page 24

```
 1        A     Okay.
 2        Q     And on the second full paragraph
 3   there it says, "At 2006 hours the above crowd of 75
 4   to 100 people began walking on east Olive from 19th
 5   Street."
 6              Do you see that?
 7        A     Yes.
 8        Q     Is that something you personally
 9   observed?
10        A     I don't recall.
11        Q     Okay.  And then it says, "The
12   protestors continued walking eastbound on Olive and
13   while at 14th Street began destroying barricades in
14   the middle of the street and throwing folding
15   chairs."
16              Is that something you personally
17   observed?
18        A     I don't recall.
19        Q     Do you know who would have told you
20   this information if -- if you did not personally
21   observe it?
22        A     No.
23        Q     Would there be a way, would you have
24   any notes that you could go back and figure that
25   out?  Or --
```

BRANDON WYMS  1/4/2019

```
 1        A     I don't have the notes anymore, no.
 2        Q     There's also a sentence that says,
 3   "The protesters began to cover their faces with
 4   shirts and masks, which is usually an indication of
 5   an intent to engage in criminal activity."
 6              Do you know if that was something you
 7   personally observed?
 8        A     No, I didn't.
 9        Q     Can you look through the rest of this
10   narrative and tell me what's in it that you
11   personally observed?
12        A     No, I can't.
13        Q     Would you be able to tell me for
14   things that you don't know, if you personally
15   observed, who told you about them?  I know you have
16   statements from specific people but other than
17   statements, would you know who told you?
18        A     No, I don't.
19        Q     Were you involved as part of the
20   documentation team on September 15, 2017?
21        A     Yes.
22        Q     Did you write a report for September
23   15, 2017?
24        A     No.
25        Q     What was your role on September 15,
```

BRANDON WYMS 1/4/2019

1    **2017?**

2         A    I was the documentation team.

3         **Q    What did you do on the documentation**

4    **team on September 15 --**

5         A    I don't recall.

6         **Q    -- 2017?  You have to let me get the**

7    **whole question out, so I'll ask it again.**

8         A    Okay.

9         **Q    What did you do on the documentation**

10   **team on September 15, 2017?**

11        A    I don't recall.

12        **Q    Were you part of the documentation**

13   **team on September 16, 2017?**

14        A    To the best of my knowledge, yes.

15        **Q    And did you write a report on**

16   **September 16, 2017?**

17        A    No.

18        **Q    What was your role on the**

19   **documentation team on September 16, 2017?**

20        A    If I was on the documentation team, I

21   don't recall what I did that day.

22        **Q    Are you sometimes the person who**

23   **operates the camera?**

24        A    Yes.

25        **Q    Were you the person operating the**

BRANDON WYMS  1/4/2019

1  **camera with Sergeant Rossomanno's group on**

2  **September 15, 2017, at, on Euclid Street in the**

3  **evening?**

4       A    I -- I have no idea.  What you have

5  to understand with the documentation team is that

6  we are assigned to the documentation team but then

7  our specific duties, when we get out there, is just

8  what needs to be done.

9       **Q    Okay.  Who -- who tells the**

10  **documentation team what needs to be done?**

11       A    We tell ourselves.

12       **Q    Okay.  So who -- I mean, who says**

13  **you're writing the report today and you're going to**

14  **record today?**

15       A    It's just a -- I don't even know how

16  to put it.  I would write one day, Jodie would be

17  responsible the next day.  Craig would be

18  responsible the next day.  It was a line of, you

19  know, who was going to write when.  If you're not

20  writing, you're filming, photographing, doing

21  whatever needs to be done.

22       **Q    And -- and you said earlier that you**

23  **come in as the documentation team when you're**

24  **called in, or when you're called up to do it; is**

25  **that right?**

**BRANDON WYMS  1/4/2019**

```
 1          A      We're assigned to it, yes.

 2          Q      Who is it that calls you in?

 3          A      Well, we have a roll call with the

 4   CDT team and the -- it's pretty much told that

 5   you're on the documentation team and you're

 6   documenting.  If there are any mass arrests.

 7          Q      When you say "CDT team," does that

 8   stand for civil disobedience team?

 9          A      Yes.

10          Q      And what's the civil disobedience

11   team?

12          A      I don't know.  I'm not a part of it.

13          Q      Okay.  What's your understanding of

14   what it is?

15          A      They handle protests.

16          Q      Okay.  And did you attend the civil

17   disobedience team briefing on September 17, 2017?

18          A      Yes.

19          Q      Where was that held?

20          A      I don't want to get name wrong, but

21   it's the place on Hampton.  I can't remember if

22   it's the electrician hall or called something else,

23   but that's what I think it is, to the best of my

24   knowledge.

25          Q      Like at 44 and Hampton?  Or --
```

BRANDON WYMS  1/4/2019

```
 1          A     Just to the south of 44.

 2          Q     And at the briefing that day, do you

 3   remember who spoke to the group?

 4          A     No, I don't.

 5          Q     Did the acting chief speak to the

 6   group?

 7          A     I don't recall.

 8          Q     Do you recall there being any

 9   chanting at that briefing?

10          A     I don't recall.

11          Q     Do you remember any chanting of

12   "Whose streets, our streets" being chanted that day

13   at that briefing?

14          A     I don't recall.

15          Q     Do you recall the acting chief

16   leading such a chant that day?

17          A     Who was the acting chief?

18          Q     O'Toole.

19          A     No, I don't recall.  If I'm not

20   mistaken, that was September 17th.  So the briefing

21   would have been earlier in the day; correct?

22          Q     I -- I don't know.  Would the

23   briefing ordinarily be earlier in the day?

24          A     Yes, it would have.

25          Q     When you're acting as part of the
```

BRANDON WYMS  1/4/2019

1    documentation team, is your -- do you actively --

2    are you actively ferreting out crime and arresting

3    people, or are you just observing?

4         A    Just observing.

5         Q    And is that what you did in September

6    of 2017 any time you were on the documentation

7    team?  Did you make any arrests or were you merely

8    observing?

9         A    I was merely observing but if you

10   note throughout the report itself it has me as

11   arresting officer.  That is solely because in

12   iLeads again you cannot put a person into the

13   system without having an arresting officer.  If

14   they work for St. Louis County, the Highway Patrol,

15   they cannot be an arresting officer, therefore,

16   that is my name that's on the report.

17        Q    Okay.  You're one step ahead of me

18   here so this is very helpful.  Okay.  So when it

19   says you're the arresting officer, it wasn't

20   because you were really the arresting officer, it's

21   because it was someone who is not -- that would

22   signal to you that it was someone who is not part

23   of the St. Louis Metropolitan Police Department?

24        A    Correct.

25        Q    Is there a record somewhere of who

BRANDON WYMS  1/4/2019

1    the actual arresting officer is?

2           A    To the best of my knowledge, no.

3           Q    Are you aware if there's any record

4    of what police officers who are not a part of the

5    St. Louis Metropolitan Police Department

6    participated in the September 17, 2017, policing?

7           A    No.

8           Q    Do you know what departments other

9    than St. Louis Metropolitan Police Department had

10   officers participating in the September 17, 2017,

11   policing, protesting?

12          A    St. Louis County and Missouri Highway

13   Patrol.

14          Q    Any others that you know of?

15          A    Not that I know of.

16          Q    How does it work when police officers

17   from another jurisdiction are helping out, or

18   policing in the City of St. Louis?  Who is in

19   charge of them?

20          A    I don't know.

21          Q    Speaking specifically of Exhibit 2,

22   did you personally witness any of the arrests that

23   you document in here in this report?

24          A    To the best of my knowledge, no.

25          Q    And that evening did you observe any

BRANDON WYMS  1/4/2019

1   police officers chanting?

2        A     To the best of my knowledge, no.  I

3   was too focused on having over 120 people arrested

4   and booking them, getting property, figuring out

5   what they were arrested for, to worry about

6   listening to some chants.

7        Q     And you didn't participate in any

8   chants certainly?

9        A     No, I did not.

10       Q     Do you know -- well, I was

11  specifically going to ask about the arrests that

12  are attributed to you, but since now I know you

13  didn't do those, do you know who decided what --

14  what the charges were for any of the people who

15  were arrested?

16       A     The arresting officer would have

17  given me that information.  That's how it's

18  documented as to where they're -- where they were

19  arrested at, the arresting officer's name, and the

20  arrested person's name.

21       Q     I note that some people who were

22  arrested had guns; is that correct?

23       A     Yes.

24       Q     Were any of those guns unlawfully

25  possessed?

BRANDON WYMS  1/4/2019

 1        A      I don't know.

 2        Q      Do you know if charges were pursued

 3   against any of the people who were arrested on

 4   September 17, 2017?

 5        A      Impeding, interfere, fail to

 6   disperse, pedestrian and vehicle traffic.

 7        Q      Do you know if any of those charges

 8   were pursued by the prosecutor's office?

 9        A      I don't know.

10        Q      Does the documentation team work

11   exclusively with the civil disobedience team?  Or

12   would it -- could you also be called in by other

13   teams?

14        A      What other teams are you referring

15   to?

16        Q      The S.W.A.T. Team, for instance.

17   Would they ever call you in?  Or -- just in your

18   experience.

19        A      There would have to be a protest in

20   order for the documentation team to be called in.

21        Q      Are you still on the documentation

22   team now that you -- since March 2018?

23        A      No.

24        Q      Did you observe any injuries on any

25   of the people who were arrested on September 17,

BRANDON WYMS  1/4/2019

```
 1   2017?

 2        A     I don't recall.

 3        Q     You did look at the pictures of all

 4   the arrests?

 5        A     Yes.

 6        Q     Does anyone approve your report

 7   before it's final?

 8        A     Yes.

 9        Q     Who approves your reports?

10        A     For this incident specifically, it

11   would have been Timothy Schumann and Timothy Sachs.

12        Q     And who is -- who is Timothy

13   Schumann?

14        A     He was the sergeant of the

15   documentation team that day.

16        Q     And who is Timothy Sachs?

17        A     He would have been the commander of

18   S.W.A.T. at the time?  I believe so.

19        Q     Okay.  So would he have been one

20   notch up over Schumann?

21        A     Yes.

22        Q     Did either of those -- they're both

23   named Timothy; is that right?  Timothy Schumann and

24   Timothy Sachs?  Okay.

25              Did either Mr. Schumann or Mr. Sachs
```

**BRANDON WYMS  1/4/2019**

Page 35

```
 1    require you to make any, or ask you to make any
 2    changes to your report?
 3          A     Yes.
 4          Q     Do you recall what changes they asked
 5    you to make to your report?
 6          A     No.
 7          Q     Just to clarify, when I'm asking you,
 8    that was about Exhibit 2 that we were talking
 9    about?
10          A     As far as the corrections?
11          Q     Yes.
12          A     Yes.
13                MR. ROTHERT:  I don't have any other
14    questions.
15                MS. DUNCAN:  I have nothing.
16                MR. ROTHERT:  Okay.  So --
17                MS. DUNCAN:  We'll read.  You have
18    the opportunity to review your deposition or to
19    waive signature.  In this case I would suggest that
20    you read and review it.
21                THE WITNESS:  Review it?
22                MS. DUNCAN:  Mm-hmm.
23                THE WITNESS:  All right.  I'll review
24    it.
25                THE REPORTER:  What format do you
```

BRANDON WYMS  1/4/2019

```
 1   like your transcripts in?

 2            MR. ROTHERT:  E-tran and then a full

 3   page paper and pdf.

 4            MS. DUNCAN:  We'll -- I'll do an

 5   E-tran.  That will be sufficient.

 6            (Wherein, the taking of the instant

 7   deposition ceased at 3:37 p.m.)

 8            (Deposition to be read and signed by

 9   the witness.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

BRANDON WYMS  1/4/2019

```
 1                    CERTIFICATE OF REPORTER

 2

 3              I, TARA SCHWAKE, a Registered

 4    Professional Reporter and Notary Public within and

 5    for the State of Missouri, do hereby certify that

 6    the witness whose testimony appears in the

 7    foregoing deposition was duly sworn by me; that the

 8    testimony of said witness was taken by me to the

 9    best of my ability and thereafter reduced to

10    typewriting under my direction; that I am neither

11    counsel for, related to, nor employed by any of the

12    parties to the action in which this deposition was

13    taken, and further that I am not a relative or

14    employee of any attorney or counsel employed by the

15    parties thereto, nor financially or otherwise

16    interested in the outcome of the action.

17

18

19                          _____

20                          Notary Public in and for

21                          The State of Missouri

22

23

24

25
```

```
 1                    ALARIS LITIGATION SERVICES

 2    January 10, 2019

 3    OFFICE OF THE CITY COUNSELOR
      1200 Market Street, Room 314
 4    St. Louis, Missouri  63103
      Ms. Abby Duncan
 5
      IN RE: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
 6         MISSOURI

 7    Dear Ms. Duncan,

 8    Please find enclosed your copies of the deposition of
      BRANDON WYMS taken on January 4, 2019 in the
 9    above-referenced case. Also enclosed is the original
      signature page and errata sheets.
10

11    Please have the witness read your copy of the

12    transcript, indicate any changes and/or corrections

13    desired on the errata sheets, and sign the signature

14    page before a notary public.

15

16    Please return the errata sheets and notarized

17    signature page within 30 days to our office at 711 N

18    11th Street, St. Louis, MO 63101 for filing.

19

20    Sincerely,

21

22

23    TARA SCHWAKE, CRR, RPR, CCR, CSR

24

25    64276
```

**BRANDON WYMS  1/4/2019**

```
 1                        ERRATA SHEET
      Witness Name: BRANDON WYMS
 2    Case Name: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
                MISSOURI
 3    Date Taken: JANUARY 4, 2019

 4

 5    Page #_____   Line #_____

 6    Should read:  _____

 7    Reason for change: _____

 8

 9    Page #_____   Line #_____

10    Should read:  _____

11    Reason for change: _____

12

13    Page #_____   Line #_____

14    Should read:  _____

15    Reason for change: _____

16

17    Page #_____   Line #_____

18    Should read:  _____

19    Reason for change: _____

20

21    Page #_____   Line #_____

22    Should read:  _____

23    Reason for change: _____

24

25    Witness Signature: _____
```

**BRANDON WYMS  1/4/2019**

```
 1    STATE OF _____)

 2

 3    COUNTY OF _____)

 4

 5    I, BRANDON WYMS, do hereby certify:

 6         That I have read the foregoing deposition;

 7         That I have made such changes in form

 8    and/or substance to the within deposition as might

 9    be necessary to render the same true and correct;

10         That having made such changes thereon, I

11    hereby subscribe my name to the deposition.

12         I declare under penalty of perjury that the

13    foregoing is true and correct.

14         Executed this _____ day of _____,

15    20___, at _____.

16

17

18

19                              _____

20                              BRANDON WYMS

21

22                              _____

23                              NOTARY PUBLIC

24    My Commission Expires:

25
```

BRANDON WYMS  1/4/2019

**A**

Abby 4:15 38:4
ability 7:1,6 37:9
able 25:13
above-refere... 38:9
academy 9:6,7 9:9,11,16 10:3 10:9,15
ACLU 4:3
acting 29:5,15 29:17,25
action 37:12,16
actively 30:1,2
activity 20:12 25:5
actual 31:1
additional 17:8
affect 6:25 7:5
afternoon 3:15 5:18
age 5:9
AGREED 5:1
ahead 15:20 30:17
AHMAD 1:5 3:5 38:5 39:2
al 1:5 3:5 38:5 39:2
Alaris 4:19 38:1
alcohol 6:25
Alston 16:16
amount 22:8,10
and/or 38:12 40:8
answer 12:7
Anthony 4:7
anymore 25:1
APPEARANC... 4:1
appears 37:6
approve 34:6
approves 34:9
area 12:5
arothert@aclu... 4:8

arrest 15:17 19:25
arrested 15:16 32:3,5,15,19 32:20,22 33:3 33:25
arresting 15:18 30:2,11,13,15 30:19,20 31:1 32:16,19
arrests 28:6 30:7 31:22 32:11 34:4
aside 7:9
asked 35:4
asking 35:7
assigned 8:17 16:8 27:6 28:1
assume 20:6
attached 2:17
attend 28:16
attorney 37:14
attorneys 6:11 7:10
attributed 32:12
author 14:25 17:12
authored 13:24
available 12:23
aware 17:23 31:3

**B**

B-r-a-d-o-n 5:21
B-r-a-n-d-o-n 5:22
Bachelor's 9:18 9:20 10:4
back 24:24
bar 10:16
barricades 24:13
based 13:21
began 8:24 24:4,13 25:3
BEHALF 1:18
believe 8:7

34:18
best 18:1 20:14 20:19 26:14 28:23 31:2,24 32:2 37:9
better 12:3,10
beyond 9:17
big 10:16,19,21 22:5
booking 32:4
bottom 15:21
Brandon 1:17 2:5 3:12 5:8 5:20 38:8 39:1 40:5,20
briefing 28:17 29:2,9,13,20 29:23
broken 22:4
bureaus 12:22
business 23:11
businesses 2:10 13:17 22:4 23:1,3,18

**C**

call 28:3 33:17
called 11:2,22 27:24,24 28:22 33:12 33:20
calls 12:8 28:2
camera 26:23 27:1
cameras 20:6
car 17:21
cars 11:8
case 1:7 3:7 6:12 14:15 35:19 38:9 39:2
CCR 4:18 38:23
CDT 28:4,7
ceased 36:7
certain 22:7
certainly 32:8
CERTIFICATE

37:1
Certified 3:19 3:20,20 5:4
certify 37:5 40:5
chairs 24:15
change 39:7,11 39:15,19,23
changes 35:2,4 38:12 40:7,10
chant 29:16
chanted 29:12
chanting 20:16 29:9,11 32:1
chants 32:6,8
charge 15:17 16:13 31:19
charged 16:8
charges 32:14 33:2,7
chief 29:5,15,17
Childers 16:16
chosen 21:11
Chris 16:15
CI 11:10
City 1:8 3:8,16 3:17 4:10 6:12 15:21,23 23:25 31:18 38:3,5 39:2
city's 7:9
civil 28:8,10,16 33:11
clarify 35:7
clothes 11:7
colleagues 11:12
come 27:23
commander 34:17
commenced 5:13
Commission 40:24
commissioned 8:25 9:6
communicati... 16:5

complaint 17:16 23:16
conditions 7:4 7:5
conducted 11:8 12:9
continued 24:12
continues 15:22
continuing 15:23
copies 38:8
copy 13:11 38:11
correct 9:12 14:2,8 19:2 23:2,4,22 29:21 30:24 32:22 40:9,13
corrections 35:10 38:12
correctly 23:13
cost 22:7
counsel 5:2,2 13:12 14:19 37:11,14
Counselor 3:17 4:10 38:3
County 30:14 31:12 40:3
court 1:1 3:1,20 4:17 5:15 6:22
cover 25:3
Craig 16:14 27:17
crime 30:2
criminal 20:13 25:5
crowd 24:3
CRR 4:18 38:23
CSR 4:18 38:23
Currently 7:17

**D**

D 2:1 5:25 6:1
D-e-m-e-r-e 6:9
Daddy's 10:17 10:19,21

BRANDON WYMS  1/4/2019

| | | | | |
|---|---|---|---|---|
| damage 14:11<br>21:23 22:2,4<br>22:6,8,9<br>23:19<br>damaged 2:10<br>13:17 22:6<br>23:12<br>date 14:4 39:3<br>David 6:1,2<br>day 3:13,16 16:8<br>16:24 17:2,4,9<br>26:21 27:16,17<br>27:18 29:2,12<br>29:16,21,23<br>34:15 40:14<br>days 10:18 38:17<br>Dear 38:7<br>decided 32:13<br>declare 40:12<br>Defendant 1:9<br>3:9 4:9 5:3<br>degree 10:4<br>22:3<br>Demere 6:7<br>department<br>7:13,20,24<br>8:13,16,23<br>9:14 11:18 12:1<br>18:7 30:23<br>31:5,9<br>Department's<br>9:10<br>departments<br>31:8<br>deposed 6:13<br>6:16<br>deposition 1:17<br>3:12 5:3,13 7:9<br>35:18 36:7,8<br>37:7,12 38:8<br>40:6,8,11<br>described<br>17:22<br>DESCRIPTION<br>2:9<br>desired 38:13<br>destroying | 24:13<br>detective 5:20<br>7:17,19 8:3,5,8<br>8:12 11:1 18:2<br>detectives 11:19<br>12:22 16:7<br>Dierker 4:14<br>dierkerr@stlo...<br>4:16<br>different 11:17<br>direction 37:10<br>disobedience<br>28:8,10,17<br>33:11<br>disperse 21:24<br>22:15 33:6<br>district 1:1,2 3:1<br>3:2 8:17,18<br>12:21<br>DIVISION 1:3<br>3:3<br>document 12:10<br>12:24 16:7,18<br>16:22 17:1,9<br>18:21 31:23<br>documentation<br>2:10 11:22 12:2<br>12:12,14,17,21<br>12:22 13:1,16<br>14:1 16:5,12<br>18:18 19:18<br>20:22 21:1,3<br>21:10 25:20<br>26:2,3,9,12,19<br>26:20 27:5,6<br>27:10,23 28:5<br>30:1,6 33:10<br>33:20,21<br>34:15<br>documented<br>14:5 16:24<br>18:22,24<br>32:18<br>documenting<br>2:12 12:4,6<br>14:11,23 18:12<br>21:9 28:6 | doing 10:20<br>27:20<br>downtown 2:11<br>13:17<br>drugs 6:24 11:7<br>duly 37:7<br>Duncan 4:15<br>13:13 17:3<br>35:15,17,22<br>36:4 38:4,7<br>duties 21:11 27:7<br><hr>**E**<br>E 2:1 4:7<br>E-tran 36:2,5<br>earlier 18:3<br>27:22 29:21<br>29:23<br>east 24:4<br>eastbound<br>24:12<br>EASTERN 1:2,3<br>3:2,3<br>Eaton 16:11<br>education 9:17<br>10:5<br>eight 3:14<br>either 34:22,25<br>electrician<br>28:22<br>employed 8:12<br>37:11,14<br>employee 37:14<br>enclosed 38:8<br>38:9<br>engage 25:5<br>entirety 20:9<br>errata 38:9,13<br>38:16 39:1<br>established 13:1<br>et 1:5 3:5 38:5<br>39:2<br>Euclid 27:2<br>evening 27:3<br>31:25<br>evidence 19:23<br>19:24 | exact 21:18 22:7<br>exactly 6:17<br>Examination<br>2:6 5:16<br>examined 3:13<br>5:10<br>example 19:21<br>exceed 22:7<br>exclusively<br>33:11<br>Executed 40:14<br>Exhibit 2:10,12<br>13:11,14 14:18<br>16:17 17:23<br>21:20 22:23<br>23:3,6,7,24<br>31:21 35:8<br>Exhibits 2:8,17<br>5:14<br>existed 21:1<br>experience<br>33:18<br>Expires 40:24<br>explain 22:1<br>23:21<br>expressly 5:6<br><hr>**F**<br>faces 25:3<br>fact 16:2<br>fail 33:5<br>failing 22:14<br>fall 13:5,8 20:21<br>far 13:22 22:25<br>35:10<br>Ferguson 12:3<br>13:1,2,3,7<br>ferreting 30:2<br>fewer 6:18 21:6<br>21:13,16<br>fifty 21:16<br>figure 24:24<br>figuring 32:4<br>filing 38:18<br>filming 27:20<br>final 34:7<br>financially 37:15 | find 38:8<br>finding 11:6<br>first 13:18,19<br>five 21:5,5,6<br>flower 22:5<br>focused 32:3<br>folding 24:14<br>follows 5:11<br>foregoing 37:7<br>40:6,13<br>forenoon 3:15<br>form 40:7<br>format 35:25<br>formed 12:2<br>found 14:12<br>FOUNDATION<br>4:3<br>full 24:2 36:2<br>further 12:4<br>37:13<br>future 12:4<br><hr>**G**<br>getting 32:4<br>Gibbons 16:15<br>give 21:7<br>given 12:6 21:11<br>32:17<br>go 23:10 24:24<br>going 13:10<br>14:18 17:3<br>27:13,19 32:11<br>Good 5:18<br>gotten 15:10<br>graduate 9:22<br>graduated 9:6<br>9:9<br>graduating 10:8<br>group 27:1 29:3<br>29:6<br>guns 11:6 32:22<br>32:24<br>guys 12:18<br><hr>**H**<br>hall 3:17 11:11<br>18:3 19:4,7,10 |

28:22
Hampton 28:21
  28:25
hand 13:10 14:18
handle 28:15
handled 21:11
happened 16:18
  16:22 17:1,9
  19:15,16
happens 19:17
  19:21,25
health 7:5
heard 18:15,25
hearsay 18:15
  19:13
held 28:19
helpful 30:18
helping 31:17
high 9:17 10:5
Highway 30:14
  31:12
homicide 7:17
  7:18
hours 3:14 24:3
hundred 21:14

**I**

i-L-e-a-d-s
  23:21
idea 11:20 27:4
identification
  5:15
IL 3:20
iLeads 23:11,20
  30:12
Illinois 10:1
impeding 22:14
  22:18 23:1
  33:5
Impeding/Inte ...
  21:24
incident 17:9,20
  18:10,12,16
  19:14,18 20:1
  21:22 34:10
incidents 14:4
  18:8,14

indicate 38:12
indication 25:4
individual 16:4
influx 21:8
information 11:9
  11:10 15:11
  18:25 19:3,6,9
  19:11 24:20
  32:17
initial 5:25
injuries 33:24
instance 33:16
instant 36:6
intel 11:16
intent 25:5
interested
  37:16
interfere 33:5
interfering
  22:14,18
investigations
  11:8 12:8
involved 25:19
involving 17:21
  18:9

**J**

James 16:15
January 1:19
  3:14 8:24 9:5
  38:2,8 39:3
job 10:11
Jodie 16:11
  27:16
joined 10:14
June 9:7 10:15
jurisdiction
  31:17

**K**

keep 15:13
kind 10:7 16:4
know 6:15,17
  11:6,15 12:9,18
  12:19 14:4
  15:25 16:10
  17:14 18:3,4,6

18:8,14,14
19:16 20:2,3
20:23 21:17,19
22:10,12 23:7
24:19 25:6,14
25:15,17 27:15
27:19 28:12
29:22 31:8,14
31:15,20 32:10
32:12,13 33:1
33:2,7,9
knowledge 18:1
  18:11,23 20:14
  20:19 26:14
  28:24 31:2,24
  32:2
known 15:7

**L**

Landing 10:23
lawful 5:9
leading 29:16
Lebanon 9:24
  10:1
let's 19:20
  20:25
letter 23:21
line 27:18 39:5
  39:9,13,17,21
list 23:1
listed 16:2 21:21
  23:3
listening 32:6
Litigation 4:19
  38:1
located 10:21
locating 11:5
location 15:17
long 7:18 8:21
look 14:21 21:20
  23:2 25:9
  34:3
looks 13:16
  16:14
lot 11:20 21:9
Louis 1:8 3:8,16
  3:18 4:5,12,21

6:12 7:12,19
7:23 8:22
9:10 11:25 12:5
18:7 30:14,23
31:5,9,12,18
38:4,5,18 39:2
Luther 11:11 18:2
  19:4,7,10

**M**

MALEEHA 1:5
  3:5 38:5 39:2
manager 10:16
March 7:21,22
  8:2,9 33:22
Marcus 16:16
marked 5:14
  13:11 15:21
Market 3:17 4:11
  38:3
masks 25:4
mass 28:6
McKendree
  9:23 10:4,8
mean 13:2,22
  17:4 22:1
  27:12
meant 16:17
medical 7:4
medications
  6:25
mentioned
  12:25 18:2
  23:20
merely 30:7,9
Metropolitan
  7:13,19,23 8:13
  8:16,23 9:10
  11:18,25 30:23
  31:5,9
middle 5:25 6:5
  6:6 24:14
minute 14:21
Missouri 1:2,8
  3:2,8,18,22
  4:3,5,12,21
  31:12 37:5,21

38:4,6 39:2
mistaken 29:20
Mm-hmm 9:25
  35:22
MO 3:21 38:18
moment 21:21

**N**

N 2:1 38:17
name 5:19,23
  6:5,6 13:19
  15:17 28:20
  30:16 32:19
  32:20 39:1,2
  40:11
name's 6:10
named 34:23
narrative 15:20
  15:22 25:10
necessary 40:9
need 21:18
needs 27:8,10
  27:21
neither 37:10
night 16:24
normal 12:7
North 4:20
notarized 38:16
notary 3:21 5:4
  37:4,20 38:14
  40:23
notch 34:20
note 30:10
  32:21
notes 24:24
  25:1
number 17:16
  21:7,18 23:9,17

**O**

o'clock 3:14,15
O'Toole 29:18
object 17:3
observe 24:21
  31:25 33:24
observed 11:10
  24:9,17 25:7,11

BRANDON WYMS  1/4/2019

25:15
observing 30:3
  30:4,8,9
occasion 20:1
occurred 13:5
offenders 11:6
office 3:16 4:10
  33:8 38:3,17
officer 8:20,22
  8:25 9:2,7
  15:18 30:11,13
  30:15,19,20
  31:1 32:16
officer's 32:19
officers 15:12
  16:4 19:1,4,8
  20:12,16 31:4
  31:10,16 32:1
Okay 6:18,24
  10:13 11:11,24
  13:4,18,21 14:3
  15:3,13,19,25
  17:11,20 18:17
  18:20,24 21:13
  22:13 23:2
  24:1,11 26:8
  27:9,12 28:13
  28:16 30:17,18
  34:19,24
  35:16
Olive 4:4 24:4
  24:12
opened 10:24
operates 26:23
operating
  26:25
operation 11:2
Operations 8:4
  8:6,9,12 11:1,4
  12:5
opportunity
  35:18
Ops 12:11,13,17
  12:18,20,23
order 12:3 22:8
  23:13 33:20
ordinarily 29:23

original 38:9
outcome 37:16
outside 12:16

_____

### P

p.m 5:13 36:7
page 2:3,9
  13:19,19 17:17
  17:19 23:25
  36:3 38:9,14
  38:17 39:5,9
  39:13,17,21
paper 36:3
paragraph 24:2
part 5:10 13:25
  15:21 18:17
  19:17 25:19
  26:12 28:12
  29:25 30:22
  31:4
participate 32:7
participated
  31:6
participating
  31:10
parties 37:12,15
Patrol 30:14
  31:13
patrolmen 12:7
pdf 36:3
pedestrian
  21:24 22:15
  33:6
penalty 40:12
people 12:16
  20:3,7 24:4
  25:16 30:3
  32:3,14,21
  33:3,25
period 10:14,23
perjury 40:12
person 14:9
  26:22,25
  30:12
person's 32:20
personal 10:17
personally 14:10

15:6,7 24:8,16
  24:20 25:7,11
  25:14 31:22
photographing
  27:20
photographs
  15:16
physically 23:11
pictures 34:3
place 28:21
plain 11:7
plaintiffs 1:6,18
  2:4 3:6 4:2
  5:2,10 6:11
planter 22:5
please 5:18
  38:8,11,16
point 10:18
police 7:13,19
  7:23 8:13,16
  8:20,21,23 9:7
  9:10,13,16 10:3
  10:9,14 11:18
  11:25 17:21
  18:7,25 19:4,7
  20:12,16
  30:23 31:4,5,9
  31:16 32:1
policeman 18:6
  19:15
policing 17:24
  31:6,11,18
position 7:15 8:1
  8:15
possessed
  32:25
pots 22:5
prepare 7:8
prepared 17:24
preparing 13:23
pretty 28:4
previously 6:22
print 23:10
prior 7:22 8:1,11
  8:15,22 9:1
probationary
  9:1

produced 3:13
  5:9
Professional
  3:19 37:4
property 21:23
  22:2,6,8
  23:12,19 32:4
prosecutor's
  33:8
protest 20:21
  21:3 33:19
protesters 25:3
protesting 31:11
protestors
  24:12
protests 2:12
  12:4 13:3,5
  14:24 16:19
  17:2,24,25
  21:8 28:15
psychology
  9:18,20
public 3:21 5:4
  37:4,20 38:14
  40:23
pursued 33:2,8
put 15:14 23:11
  23:15 27:16
  30:12

_____

### Q

question 18:13
  26:7
questions 5:17
  35:14

_____

### R

radio 12:8
rank 7:15 8:19
read 35:17,20
  36:8 38:11
  39:6,10,14,18
  39:22 40:6
really 30:20
Realtime 3:19
  5:4
Reason 39:7,11

39:15,19,23
recall 20:24
  21:2 24:10,18
  26:5,11,21
  29:7,8,10,14
  29:15,19 34:2
  35:4
received 11:9
  16:1
record 5:19
  27:14 30:25
  31:3
recorder 16:14
recording 20:4
  20:7
recordings
  19:21
reduced 37:9
referring 13:5
  18:11 22:23
  33:14
regarding 17:24
Registered 3:18
  37:3
relate 23:7
related 16:18
  22:15 37:11
relative 18:12
  19:10 37:13
remember 7:1,6
  21:13 22:6
  28:21 29:3,11
render 40:9
report 2:12
  13:23,24 14:3
  14:9,16,23 15:1
  15:4,8,11,14
  17:8,12,16,22
  17:22 22:2,13
  22:21,22 23:9
  23:10,22
  25:22 26:15
  27:13 30:10,16
  31:23 34:6
  35:2,5
reporter 3:19,19
  3:20,21 4:17

BRANDON WYMS  1/4/2019

5:5,15 35:25
37:1,4
reports 16:21,25
17:23 23:8
34:9
representing
6:11
require 35:1
reserved 5:7
responsible
27:17,18
rest 25:9
return 38:16
review 20:8
35:18,20,21
35:23
reviewing 20:11
20:15
right 5:21 6:21
11:2,21 16:6
19:1 22:20
27:25 34:23
35:23
Robert 4:14
role 13:22
25:25 26:18
roll 28:3
Room 4:11 38:3
Rossomanno's
27:1
Rothert 2:6 4:7
5:17 6:10 13:14
17:6,11 35:13
35:16 36:2
RPR 4:18 38:23
Ryan 16:15

**S**

S.W.A.T 33:16
34:18
Sachs 34:11,16
34:24,25
saw 14:14 23:17
Sayer 16:14
says 24:3,11
25:2 27:12
30:19

school 9:17 10:5
Schumann
34:11,13,20,23
34:25
Schwake 3:18
4:18 5:4 37:3
38:23
screen 23:17
second 24:2
section 15:20
see 13:18 14:21
15:21 20:12,16
24:6
seen 13:15 14:10
seized 19:23,24
sentence 25:2
September 2:13
14:6,24 16:19
16:23 17:5,7
17:25 18:9
19:20 20:5,20
25:20,22,25
26:4,10,13,16
26:19 27:2
28:17 29:20
30:5 31:6,10
33:4,25
sergeant 27:1
34:14
serve 8:8
served 11:21
20:21 21:2
Services 4:19
38:1
SHEET 39:1
sheets 38:9,13
38:16
shirts 25:4
Shorthand 3:20
show 23:13
shows 23:18
sign 38:13
signal 30:22
signature 5:6
35:19 38:9,13
38:17 39:25
signed 36:8

Sincerely 38:20
six 3:15
solely 30:11
Soulard 10:22
south 29:1
speak 29:5
Speaking 31:21
Special 8:3,6,9
8:12 11:1,2,4
12:5,11,13,17,18
12:20,23
specific 16:2
21:7 25:16
27:7
specifically
14:13 16:13
17:6,15 21:12
31:21 32:11
34:10
spell 6:8
spoke 29:3
St 1:8 3:8,16,17
4:5,12,21 6:12
7:12,19,23
8:22 9:10
11:25 12:5 18:6
30:14,23 31:5
31:9,12,18
38:4,5,18 39:2
stand 6:2,4
28:8
start 8:5
started 9:7
16:23
starting 10:8
15:22
state 3:22 5:19
37:5,21 40:1
statements
25:16,17
STATES 1:1 3:1
step 30:17
STIPULATED
5:1
street 3:17 4:4,11
4:20 24:5,13
24:14 27:2

38:3,18
streets 29:12,12
strictly 12:8
subscribe 40:11
substance 40:8
sufficient 36:5
suggest 35:19
Suite 4:4
supplement
23:6
sworn 3:13 5:9
37:7
system 23:14,14
23:23 30:13

**T**

take 14:20 19:17
taken 1:18 5:3
6:24 19:22
37:8,13 38:8
39:3
talking 7:9 17:5
17:7,18 35:8
Tara 3:18 4:18
5:3 37:3
38:23
task 12:6
tasked 11:5
team 11:22 12:2
12:12,14 13:1
14:1 16:7,12
19:18 20:4,22
21:1,3,10
25:20 26:2,4
26:10,13,19,20
27:5,6,10,23
28:4,5,7,8,11
28:17 30:1,7
33:10,11,16,20
33:22 34:15
teams 12:17,21
33:13,14
tell 11:24 13:2
14:21 17:17
21:12 25:10,13
27:11
tells 27:9

ten 6:18,19,20
testified 5:10
6:21
testify 7:1
testimony 37:6
37:8
Thank 13:13
thereon 40:10
thereto 37:15
thick 14:20
things 7:1,6
12:10 25:14
think 10:17,18,19
28:23
thought 20:13
throwing 24:14
time 10:23 12:10
30:6 34:18
times 6:15
20:24 21:2,4
21:12,14
Timothy 34:11,11
34:12,16,23
34:23,24
title 8:19
today 7:2 15:25
27:13,14
today's 7:9
told 12:15 15:14
24:19 25:15,17
28:4
Tony 6:10
track 15:13
traffic 21:25
22:16,19 33:6
training 10:18
transcribed 5:5
transcript 2:17
38:12
transcripts 36:1
transcripts@a ...
4:24
true 40:9,13
truthfully 7:2
turn 15:20
23:24
two 20:6,7 23:8

| | | | | |
|---|---|---|---|---|
| two-sided 14:20 | 30:19 | **year** 9:19,19 | 16:17 17:23 | **63101** 4:5,21 |
| **Type** 21:22 | **way** 12:3 14:12 | | 23:3,6,24 | 38:18 |
| **typewriting** 5:5 | 23:14 24:23 | **Z** | 31:21 35:8 | **63103** 4:12 38:4 |
| 37:10 | **We'll** 35:17 36:4 | | **2:51** 5:13 | **64276** 38:25 |
| | **we're** 12:23 | **0** | **20** 40:15 | **644-2191** 4:22 |
| **U** | 28:1 | **00136** 15:21,23 | **2000** 20:25 | **652-3114** 4:6 |
| **Um** 12:20 | **we've** 13:10 | **00137** 23:25 | **2006** 24:3 | |
| **undercover** | **wear** 11:7 | | **2007** 9:21 10:14 | **7** |
| 19:15 | **weren't** 12:7 | **1** | **2008** 9:8 10:15 | **711** 4:20 38:17 |
| **understand** | **Williams** 5:20 | **1** 2:10 5:14 13:11 | **2009** 8:24 9:5 | **75** 24:3 |
| 27:5 | **windows** 22:5 | 13:14 21:20 | **2014** 8:7,11,16 | |
| **understanding** | **witness** 3:12 | 22:23 23:7 | 8:22 10:25 | **8** |
| 28:13 | 5:6 31:22 | **1-800-280-D ...** | 13:8 21:1 | **8th** 8:17 |
| **unit** 11:2,4,12,14 | 35:21,23 36:9 | 4:23 | **2017** 2:13 14:7,8 | |
| **UNITED** 1:1 3:1 | 37:6,8 38:11 | **10** 38:2 | 14:24 16:19 | **9** |
| **units** 11:17 | 39:1,25 | **100** 24:4 | 17:7,25 18:9 | **906** 4:4 |
| **University** 9:23 | **witnessed** 14:10 | **1130** 4:4 | 19:20 20:5,20 | **9th** 8:18 |
| **unlawfully** | 14:13 15:6 | **11th** 4:20 38:18 | 20:21 25:20 | |
| 32:24 | **WITNESSES** | **120** 32:3 | 25:23 26:1,6 | |
| **unmarked** 11:7 | 2:2,3 | **1200** 3:17 4:11 | 26:10,13,16,19 | |
| 17:21 | **Wood** 16:15 | 38:3 | 27:2 28:17 | |
| **use** 16:8 19:20 | **Woody** 16:15 | **13** 2:11 | 30:6 31:6,10 | |
| 23:23 | **work** 7:12 10:7 | **137** 15:23 17:19 | 33:4 34:1 | |
| **usually** 25:4 | 10:10,11 11:14 | **138** 15:23 | **2018** 7:21,22 | |
| | 12:17 30:14 | **139** 15:23 | 8:2,9 10:25 | |
| **V** | 31:16 33:10 | **14** 2:13 | 33:22 | |
| **v** 38:5 39:2 | **worked** 9:13 | **149-page** 15:4 | **2019** 1:19 3:14 | |
| **vague** 17:4 | **working** 7:23 | **14th** 24:13 | 38:2,8 39:3 | |
| **vehicle** 21:25 | 20:4 | **15** 16:19 25:20 | | |
| 33:6 | **works** 23:14 | 25:23,25 | **3** | |
| **vehicular** 22:15 | **worry** 32:5 | 26:4,10 27:2 | **3:37** 36:7 | |
| **Victim** 23:17 | **write** 25:22 | **16** 26:13,16,19 | **30** 38:17 | |
| **victims** 23:4 | 26:15 27:16,19 | **17** 2:13 14:6,24 | **314** 4:6,11,13,22 | |
| **video** 16:8,13 | **writing** 23:22 | 16:23 17:5,7 | 38:3 | |
| 20:4,17 | 27:13,20 | 17:25 18:9 | | |
| **videos** 19:17 | **written** 15:7 | 19:20 20:5,20 | **4** | |
| 20:8,11,15,18 | **wrong** 28:20 | 28:17 31:6,10 | **4** 1:19 38:8 39:3 | |
| **violent** 11:6 | **WYMS** 1:17 2:5 | 33:4,25 | **4:17-CV-2455 ...** | |
| **vs** 1:7 3:7 | 3:12 5:8 38:8 | **17-045966** | 1:7 3:7 | |
| | 39:1 40:5,20 | 17:16 | **44** 28:25 29:1 | |
| **W** | | **17th** 29:20 | **4th** 3:13 | |
| **W-y-m-s** 5:23 | **X** | **19th** 24:4 | | |
| **waive** 35:19 | **X** 2:1 | **1st** 21:23 22:2,9 | **5** | |
| **walking** 24:4,12 | | 23:19 | **5** 2:6 | |
| **want** 18:14 | **Y** | | | |
| 28:20 | **yeah** 6:6 12:11 | **2** | **6** | |
| **wasn't** 21:9 | 18:5 20:18 | **2** 2:12 5:14 14:18 | **621-3361** 4:13 | |