

**Pohlman**USA®
Court Reporting and
Litigation Services

Matthew Karnowski

December 17, 2018

Maleeha Ahmad, et al.

vs.

City of St. Louis, Missouri

Exhibit R

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


MALEEHA AHMAD, ET AL.,          )
                                )
            Plaintiffs,         )
                                )
            vs.                 )  No. 4:17-cv-2455-CDP
                                )
CITY OF ST. LOUIS,              )
MISSOURI,                       )
                                )
            Defendant.          )




DEPOSITION OF MATTHEW KARNOWSKI
TAKEN ON BEHALF OF THE PLAINTIFFS
DECEMBER 17, 2018




Stacey L. Preusser, IL-CSR, MO-CCR

```
 1                 INDEX OF EXAMINATION

 2  QUESTIONS BY MS. STEFFAN .........................4
    QUESTIONS BY MS. DUNCAN ........................157
 3  QUESTIONS BY MS. STEFFAN .......................160

 4

 5                  INDEX OF EXHIBITS

 6  Exhibit 1,  Photograph .........................77

 7          (Exhibit was retained by the reporter.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3

 4    MALEEHA AHMAD, ET AL.,       )
                                   )
 5              Plaintiffs,        )
                                   )
 6              vs.                )  No. 4:17-cv-2455-CDP
                                   )
 7    CITY OF ST. LOUIS,           )
      MISSOURI,                    )
 8                                 )
                Defendant.         )
 9
                DEPOSITION OF MATTHEW KARNOWSKI, produced,
10    sworn, and examined on behalf of Plaintiffs, DECEMBER
      17, 2018, between the hours of 9:02 in the forenoon
11    and 12:25 in the afternoon of that day, at City of St.
      Louis, City Hall, 1200 Market Street, St. Louis,
12    Missouri, before Stacey L. Preusser, MO-CCR, IL-CSR.

13                     A P P E A R A N C E S

14              The Plaintiff, Maleeha Ahmad, et al.,
      represented by Jessie Steffan of American Civil
15    Liberties Union of Missouri, 906 Olive Street Suite
      1130, St. Louis, MO 63101
16

17              The Defendant, City of St. Louis, Missouri,
      represented by Abby Duncan of City Counselor's Office,
18    1200 Market Street Room 314, St. Louis, MO 63103

19

20

21

22

23

24

25
```

EXAMINATION BY MS. STEFFAN

```
 1              IT IS HEREBY STIPULATED AND AGREED by and

 2    between counsel for the Plaintiffs and counsel for the

 3    Defendant, that this deposition may be taken in

 4    shorthand by Stacey L. Preusser, a Certified Shorthand

 5    Reporter and Certified Court Reporter, and afterwards

 6    transcribed into typewriting, and the signature of the

 7    witness is reserved by agreement of counsel and the

 8    witness.

 9

10                          0-0-0

11                    MATTHEW KARNOWSKI,

12    of lawful age, being produced, sworn and examined on

13    the part of the Plaintiffs, and after responding "Yes,

14    I do" to the oath administered by the court reporter,

15    deposes and says:

16

17              * * * * * * * * * * *

18                    [EXAMINATION]

19    BY MS. STEFFAN:

20         Q.   Sergeant, if you could state and spell your

21    name for the record.

22         A.   Sure.  My name is Matthew Karnowski,

23    M-A-T-T-H-E-W.  My last name is spelled

24    K-A-R-N-O-W-S-K-I.

25         Q.   And I just introduced myself, but I'm Jessie
```

EXAMINATION BY MS. STEFFAN

```
 1   Steffan.  I'm one of the plaintiffs' attorneys in this
 2   case, which is Ahmad versus the City of St. Louis.  I
 3   assume you've been deposed before; is that correct?
 4        A.   I have.
 5        Q.   I'll just go over a few quick things.  If
 6   you could please try to answer verbally so that the
 7   Court Reporter can take a record --
 8        A.   Sure.
 9        Q.   -- that would be great.  I'm going to try
10   not to talk over you if you would try not to talk over
11   me.  If you don't understand a question, please say
12   so; otherwise I will presume that you understood the
13   question I asked.  Is that okay with you?
14        A.   Yes.
15        Q.   And we can take a break at any time.  Just
16   if there's a question hanging out in the air, I would
17   ask that you answer that question before we take a
18   break.  Is that okay?
19        A.   Yes.
20        Q.   Have you taken any medication, drugs or
21   alcohol that could affect your ability to testify
22   truthfully or to remember things this morning?
23        A.   No.
24        Q.   Do you have any health conditions that
25   affect your ability to testify truthfully or to
```

EXAMINATION BY MS. STEFFAN

 1   remember things?

 2        **A.   No.**

 3        Q.   What did you do to prepare for today's

 4   deposition?

 5        **A.   Can you be specific?**

 6        Q.   Did you talk with anyone in preparation for

 7   today's deposition?

 8        **A.   I consulted with my counsel.**

 9        Q.   Other than your attorney, did you talk to

10   anyone?

11        **A.   I consulted with some folks in our legal**

12   **division.**

13        Q.   Other than your legal counsel or anyone

14   working for your legal counsel, did you talk to

15   anyone?

16        **A.   No.**

17        Q.   Did you review any documents?

18        **A.   I did.**

19        Q.   Other than documents given to you by your

20   legal counsel, did you prepare any documents?  I'm

21   sorry.  Review any documents?

22        **A.   No.  Actually, no.**

23        Q.   Did you review any other media, audio or

24   video?

25        **A.   I have -- not in direct preparation for this**

EXAMINATION BY MS. STEFFAN

1   deposition.

2       Q.   When you say "not in direct preparation,"

3   what do you mean by that?

4       A.   I guess what time frame are you talking

5   about in terms of reviewing audio or video?

6       Q.   Have you reviewed any audio, video from any

7   time frame in preparation for this deposition?

8       A.   Not in direct preparation for this

9   deposition.

10      Q.   Indirect preparation, is that what you're

11  saying?

12      A.   I've reviewed video that I had in the past

13  but not in preparation for this.

14      Q.   For some other purpose?

15      A.   Just to recollect my memory in terms of

16  events, video that I recorded.

17      Q.   Okay.  Events relevant to this case?

18      A.   To -- yes.

19      Q.   Okay.  What video did you review?

20      A.   Video that I recorded.

21      Q.   When did you record that video?

22      A.   Which video?

23      Q.   Thinking about the videos that you recorded

24  and that you reviewed, when were those videos taken?

25      A.   You've got to be more specific.  Are you

EXAMINATION BY MS. STEFFAN

Page 8

1   referring to any videos relating to the Stockley

2   protest?

3        Q.   Yes.

4        A.   They were recorded during my activities

5   during the Stockley protest.

6        Q.   So September of 2017, is that what we're

7   talking about?

8        A.   Correct.

9        Q.   Okay.  You reviewed videos that you had

10  taken during the Stockley protest sometime thereafter;

11  is that what you're saying?

12       A.   Yes.

13       Q.   When did you review those videos?

14       A.   Shortly after the protest.

15       Q.   Okay.  When is the last time you looked at a

16  video from the protest?

17       A.   I can't give you a date specifically, but

18  it's been many, many months.

19       Q.   Okay.  I understand.  Did you send any

20  e-mails or text messages related to today's

21  deposition?

22       A.   No.  Well, I sent e-mail to counsel.

23       Q.   Except for your attorney?

24       A.   No.

25       Q.   I'm not trying to get you to tell me

EXAMINATION BY MS. STEFFAN

1   anything about what you talked with your attorney

2   about.

3          Did you do anything other than review videos

4   or audio in preparation for today's deposition?

5     **A.   Well, I had actually -- just to be clear, I**

6   **didn't review videos and audio in preparation for**

7   **today's --**

8     Q.   You just did so after --

9     **A.   I did so shortly after the protest.  But as**

10  **I mentioned earlier, I did review some documents that**

11  **were sent to me by counsel.**

12    Q.   Anything that you did not receive from

13  counsel?

14    **A.   No.**

15    Q.   Okay.  Where do you live, Sergeant?

16    **A.   In the city of St. Louis.**

17    Q.   Who do you live with?

18         MS. DUNCAN:  I'm going to object as

19  irrelevant to this case.

20         MS. STEFFAN:  Are you instructing him not to

21  answer?

22         MS. DUNCAN:  Yeah.

23    Q.    (By Ms. Steffan) How old are you?

24    **A.   39.**

25    Q.   Did you graduate from high school?

EXAMINATION BY MS. STEFFAN

| | | |
|---|---|---|
| 1 | **A.** | **No.** |
| 2 | Q. | Did you attend high school? |
| 3 | **A.** | **Yes.** |
| 4 | Q. | When did you leave high school? |
| 5 | **A.** | **1997.** |
| 6 | Q. | Where did you go to high school? |
| 7 | **A.** | **Central Visual and Performing Arts.** |
| 8 | Q. | Was that in St. Louis? |
| 9 | **A.** | **Uh-huh.** |
| 10 | Q. | What's the highest grade that you completed |
| 11 | there? | |
| 12 | **A.** | **In high school?** |
| 13 | Q. | Uh-huh. |
| 14 | **A.** | **11th.** |
| 15 | Q. | Do you have a GED? |
| 16 | **A.** | **Yes.** |
| 17 | Q. | When did you get your GED about? |
| 18 | **A.** | **'98.** |
| 19 | Q. | Did you graduate from a police academy? |
| 20 | **A.** | **I did.** |
| 21 | Q. | What police academy did you graduate from? |
| 22 | **A.** | **St. Louis Metropolitan Police Academy.** |
| 23 | Q. | When did you graduate? |
| 24 | **A.** | **In 2000 -- I guess very early 2006.** |
| 25 | Q. | Have you attended any college classes? |

EXAMINATION BY MS. STEFFAN

1      A.   I have.

2      Q.   Where did you attend college?

3      A.   Lindenwood University.

4      Q.   Did you receive a degree from Lindenwood?

5      A.   I did.

6      Q.   What degree did you receive?

7      A.   Bachelor's in Criminal Justice Science.

8      Q.   When did you receive your Bachelor's Degree?

9      A.   About two years ago.

10     Q.   Have you attended any other colleges besides

11 Lindenwood?

12     A.   I've attended Forest Park Community College.

13 I'm sorry.  St. Louis Community College.  Be a little

14 bit more broad.

15     Q.   You didn't obtain a degree from St. Louis

16 Community College?

17     A.   No.

18     Q.   What classes did you take there?

19     A.   I took an EMT class years ago and then also

20 a couple science classes online more recently in order

21 to meet the requirements from the degree from

22 Lindenwood.

23     Q.   Have you attended any graduate school?

24     A.   No.

25     Q.   Have you served in any branch of the

EXAMINATION BY MS. STEFFAN

 1    military?

 2         A.    No.

 3         Q.    Did you ever begin the recruitment process

 4    for a branch of the military?

 5         A.    No.

 6         Q.    Do you have any medical training?

 7         A.    Yes.

 8         Q.    You just mentioned the EMT class.

 9         A.    Uh-huh.

10         Q.    Any medical training besides that?

11         A.    Up until a couple months ago, I was a

12    licensed paramedic.

13         Q.    What does that entail?

14         A.    Can you be more specific?

15         Q.    What do you have to do to become a licensed

16    paramedic?

17         A.    Go to paramedic school.

18         Q.    Okay.  What is paramedic school?

19         A.    It's a school where one goes to learn how to

20    be a paramedic.

21         Q.    What do you have to do to be a paramedic?

22         A.    Take a variety of courses of instruction.

23         Q.    On what?

24         A.    Anatomy and physiology, medication,

25    pharmacology, different medical classes.

EXAMINATION BY MS. STEFFAN

1    Q.    All in all, how much school is that?

2    **A.    I think it's about two years.**

3    Q.    Did you go full-time?

4    **A.    No.**

5    Q.    When did you first become a licensed

6    paramedic?

7    **A.    Gosh, about 2002, maybe 2003.**

8    Q.    You said you were a licensed paramedic until

9    recently; is that correct?

10   **A.    Correct.**

11   Q.    When did you stop being a licensed

12   paramedic?

13   **A.    My license expired in October.**

14   Q.    If I understand correctly, becoming a

15   licensed paramedic is more intense than just being an

16   EMT; is that correct?

17   **A.    Correct.**

18   Q.    Okay.  Other than taking the EMT class and

19   becoming a licensed paramedic, do you have any other

20   medical training?

21   **A.    No.**

22   Q.    Do you have any correctional training?

23   **A.    No.**

24   Q.    Do you have a driver's license?

25   **A.    I do.**

EXAMINATION BY MS. STEFFAN

1      Q.   Do you have any specialized driving

2  training?

3      **A.   Through the police department I do.**

4      Q.   What kind?

5      **A.   Training to be -- we are taught some**

6  **training in the police academy, and then we had some**

7  **ancillary training, gosh, 10 years ago.**

8      Q.   On how to drive particular kinds of

9  vehicles?

10     **A.   How to drive in emergency situations.**

11     Q.   Do you have bicycle training?

12     **A.   I do.**

13     Q.   What kind of bicycle training do you have?

14     **A.   A variety of bicycle training.  I am a**

15  **instructor/trainer at the International Police**

16  **Mountain Bike Association.**

17     Q.   When did you first take on that role?

18     **A.   Gosh, three years ago.**

19     Q.   What does that entail?

20     **A.   That allows me to train other bicycle**

21  **instructors.**

22     Q.   Train the trainers kind of a thing?

23     **A.   Correct.**

24     Q.   What do you train people to do?

25     **A.   Can you be more specific?**

EXAMINATION BY MS. STEFFAN

Page 15

1          Q.    When you're training other bike instructors,

2     what are you trying to teach them?

3          **A.    Mainly it's training them to become**

4     **competent instructors and essentially weeding out**

5     **those who aren't capable of instructing other**

6     **instructors.**

7          Q.    So you're making assessments about their

8     capability to train others; is that correct?

9          **A.    Correct.**

10         Q.    And if you think about what the instructors

11    that you're training are trying to pass on to people

12    who are learning about bikes, what are they trying to

13    train people?

14         **A.    So for the basic police course.  I'm also an**

15    **instructor in the basic police course since that's a**

16    **building block essentially to becoming an**

17    **instructor/trainer.  And the question was what type of**

18    **skills are we teaching folks?**

19         Q.    Yes.

20         **A.    There's a little bit of classroom**

21    **instruction in terms of nutrition, physical exercise,**

22    **vehicular traffic, riding as a vehicle, things to look**

23    **out for in terms of obstructions or roadway hazards.**

24    **And there's a lot of on-bike exercises.**

25         Q.    Any other certifications related to bike

EXAMINATION BY MS. STEFFAN

1  training or licenses relating to bike training?

2      A.   No.

3      Q.   Do you have any other certifications or

4  licenses relevant to your police work?

5      A.   Not that come to mind immediately.

6      Q.   You do in-service training every year; is

7  that right?

8      A.   What kind of training?

9      Q.   With the police academy.

10      A.   I do some in-service training.  I'm also --

11  and I forgot to mention that I'm also a Narcan

12  instructor, so I have taught quite a few classes in

13  terms of Narcan administration.

14      Q.   You said that the basic police unit is a

15  building block to becoming an instructor/trainer --

16      A.   Yes.

17      Q.   -- for bikes?  When did you first do that

18  unit?

19      A.   When I became a basic police cyclist

20  instructor, in 2010.

21      Q.   Have you ever been convicted of a crime?

22      A.   No.

23      Q.   How about an infraction or an ordinance

24  violation?

25      A.   Maybe a traffic ticket when I was a

EXAMINATION BY MS. STEFFAN

 1    teenager, but it's been -- I couldn't give you any

 2    specifics on it.

 3         Q.   Other than traffic?

 4         A.   No.

 5         Q.   Have you ever been prosecuted for a crime?

 6         A.   No.

 7         Q.   Have you ever been arrested?

 8         A.   Like for a traffic -- again, a traffic

 9    ticket back when I was a teenager, late teens.

10         Q.   Other than for a traffic violation, have you

11    ever been arrested?

12         A.   No.

13         Q.   Okay.  I'm going to ask you some questions

14    about your employment history.  When did you start at

15    the St. Louis Metropolitan Police Department?

16         A.   I started the police academy in Juneish of

17    2005.

18         Q.   If you could just describe what you did

19    after that.

20         A.   After I started with the police department?

21    I went to the police academy for approximately six and

22    a half months.

23         Q.   I can ask you about each role that you had

24    after that, or you can just tell me, "I did this and

25    this from this date to this date," however you want to

EXAMINATION BY MS. STEFFAN

Page 18

1    do it.

2         A.    So after I graduated the police academy, I

3    was assigned to the 9th District as a police officer,

4    a probationary police officer.  I was later promoted

5    to -- after which I was promoted to the rank of police

6    officer.

7              After about two and a half years, I was

8    transferred to our anticrime division as a detective.

9    I spent about seven years in anticrime, after which I

10   was promoted to the rank of sergeant.  And then I was

11   transferred to the 5th District.

12             After about two years in the 5th District, I

13   was detached to the 4th District to the downtown

14   bicycle unit.  And I'm currently serving as a sergeant

15   on a line platoon in the 4th District.  And that's

16   where we're at now.

17        Q.    Okay.  When you say you were detached to the

18   4th District, what does that mean?

19        A.    A detachment is when -- so there's two

20   mechanisms by which people move around the police

21   department.  One of them is a transfer, and one of

22   them is a detachment.  So it's essentially semantics,

23   but I was still assigned to the 5th District but

24   detached to the 4th.

25        Q.    Okay.  It is sort of more temporary than a

EXAMINATION BY MS. STEFFAN

```
 1   transfer?

 2        A.   It could be, yes.

 3        Q.   Okay.  At the time of the events in this

 4   case of September 2017, what was your assignment?

 5        A.   I was detached to the bicycle unit.

 6        Q.   You were a sergeant at that time; is that

 7   correct?

 8        A.   Correct.

 9        Q.   But to be technical, you were still part of

10   the 5th District; is that right?

11        A.   Right now?

12        Q.   At the time of the events in this case.

13        A.   Correct.

14        Q.   Okay.  You used the term "line platoon."

15   What does that mean?

16        A.   A line platoon is -- it's a set of beat

17   police cars, and I supervise that line platoon or set

18   of police cars.

19        Q.   The Bike Unit is part of the 4th District

20   patrol?

21        A.   Correct.

22        Q.   Did you work in a law enforcement capacity

23   anywhere besides St. Louis Metropolitan Police

24   Department?

25        A.   No.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.   Why were you detached to the 4th District?
 2        A.   You'd have to ask the commanders that.
 3        Q.   Who detached you?
 4        A.   The chief of police.
 5        Q.   It's not something you applied for or sought
 6   out?
 7        A.   I -- not -- no.
 8        Q.   Remind me again when you were promoted to
 9   sergeant.
10        A.   December of '14.
11        Q.   Did you receive additional trainings along
12   with your promotion?
13        A.   Yes.
14        Q.   What kind of training did you receive?
15        A.   It's been four years now, but it was a two-
16   or three-day course of training, and I couldn't
17   remember -- it might have -- there's a little bit to
18   do with diversity and then some administrative --
19   administrative attributes they wanted to impart on the
20   new promotees.
21        Q.   How do the duties of the sergeant differ
22   from the duties of the patrol officer?
23        A.   In quite a number of ways.  Sergeants
24   supervise, again, front -- in my case frontline police
25   officers on the street.  I supervise their calls.  I
```

EXAMINATION BY MS. STEFFAN

1  ensure that my officers are doing what they're

2  supposed to do essentially.  I review reports, and I

3  refer matters to the watch commander as necessary.

4  Q.  How many officers do you supervise?

5  A.  Right now?

6  Q.  Right now.

7  A.  Approximately eight.

8  Q.  And at the time of the events in this case,

9  so September of 2017, how many officers did you

10  supervise?

11  A.  I was -- it really kinda depended.  Things

12  were very dynamic, so I didn't have any officers under

13  my direct supervision during the events.  So I

14  generally acted as a liaison between my lieutenant and

15  the other sergeants who had squads.

16  Q.  So other sergeants had groups of officers

17  that they were in charge of; you coordinated between

18  those sergeants and your commanding lieutenant; is

19  that correct?

20  A.  Correct.

21  Q.  Who was your lieutenant at that point?

22  A.  Scott Boyher.

23  Q.  Is he also part of the Bike Unit?

24  A.  Yes.

25  Q.  Do you work anywhere else?

EXAMINATION BY MS. STEFFAN

Page 22

```
 1        A.   Yes.

 2        Q.   Where else do you work?

 3        A.   I work for the City's Finest, LLC.

 4        Q.   What is that?

 5        A.   It's a security company that contracts with

 6   neighborhood and business taxing districts to provide

 7   supplemental police patrol.

 8        Q.   What capacity do you work in?

 9        A.   I'm the chief operations officer.

10        Q.   What does that mean?

11        A.   I am essentially second in charge of the

12   company.

13        Q.   How many hours do you work there per week?

14        A.   It varies.  So anywhere from maybe five

15   hours to 20.

16        Q.   How many hours do you work a week as an

17   officer?

18        A.   As a sergeant, about 40.

19        Q.   During the events in this case, were you

20   ever working for the City's Finest?

21        A.   I can't recall specifically.

22        Q.   It's possible?

23        A.   Yes.

24        Q.   Does the City's Finest have video

25   capability?
```

EXAMINATION BY MS. STEFFAN

```
 1        A.    You've got to be more specific.

 2        Q.    Do you use cameras there?

 3        A.    Yes.

 4        Q.    Okay.  Did you review any videos from the

 5   City's Finest that relate to the Stockley protest?

 6        A.    No.

 7        Q.    During a given shift, what takes up most of

 8   your time?

 9              MS. DUNCAN:  Object as to vague.  Are you

10   talking about his time with the City's Finest?

11        Q.    (By Ms. Steffan) I'll rephrase.  I'm

12   talking about in your capacity as a sergeant with St.

13   Louis Metropolitan Police Department, during a given

14   shift, what takes up most of your time?

15        A.    It really depends on what day it is or

16   what's going on.  It could either be supervising

17   critical scenes, homicide scenes, or it could be

18   administrative work, or it could be helping my

19   officers on calls.  There's not one thing that takes

20   up most time.

21        Q.    You just mentioned three things, supervising

22   scenes, doing administrative work, helping officers on

23   calls.  Are there other things that are -- that take

24   up a lot of your time while you're working?

25        A.    Again, it just depends on what happens
```

EXAMINATION BY MS. STEFFAN

1    throughout the course of the day.

2         Q.   So maybe, is that what you're saying?

3         A.   It's a really hard question to answer

4    especially with how vague it is.

5         Q.   Okay.  How do your shifts work?  Do you work

6    9 to 5, or do you do 12-hour shifts?

7         A.   I work -- the group of people I work with in

8    the district and district sergeants typically work --

9    I'm on a day, afternoon rotating schedule.  So for

10   three weeks I work day watch, which is either 6:50 to

11   1450 or 7:30 to 15 -- I'm sorry.  7:10 to 1510.  When

12   we're on afternoons, we will work either 1450 to 2250

13   or 1510 to 2310.

14        Q.   So you do three weeks on day watch, three

15   weeks on afternoon?

16        A.   Correct.

17        Q.   Do you work any overtime?

18        A.   Not typically.  If I have to stay over, I

19   will.

20        Q.   You worked a lot of overtime during the

21   events in this case; is that right?

22        A.   Yes.

23        Q.   That was unusual for you?

24        A.   Yes.

25        Q.   Have you received commendations during your

EXAMINATION BY MS. STEFFAN

1   tenure with the police department?

2       **A.    Yes.**

3       Q.    What commendations have you received?

4       **A.    Received multiple chief's letters of**

5   **commendation.**

6       Q.    If I understand the chief's letters

7   correctly, that's basically saying you did a great job

8   in this particular situation; is that right?

9       **A.    Correct.**

10      Q.    Did you receive any chief's letters related

11  to your actions during the Stockley protest?

12      **A.    No.**

13      Q.    How about captain's letters?

14      **A.    No.**

15      Q.    I'm going to ask you some questions about

16  your disciplinary history.  Have you ever been demoted

17  while you've been with the police department?

18          MS. DUNCAN:  I'm going to object to any kind

19  of disciplinary or personnel records as confidential.

20  Subject to that, he can answer.  We just ask that it

21  be subject to Protective Order.

22          MS. STEFFAN:  There's no Protective Order in

23  this case right now.  Are you going to seek one?

24          MS. DUNCAN:  We may if it gets into like

25  personal disciplinary history, things like that.

EXAMINATION BY MS. STEFFAN

1    Q.    (By Ms. Steffan) Have you ever been demoted
2  while you've been with the police department?
3    **A.    No.**
4    Q.    Have you ever been assigned to
5  administrative duties?
6    **A.    Yes.**
7    Q.    When were you assigned to administrative
8  duties?
9    **A.    Back in 2009.**
10   Q.    What was the cause of you being assigned to
11 administrative duties?
12   **A.    I was involved in two separate critical**
13 **incidents.**
14   Q.    What is a critical incident?
15   **A.    That is I guess abnormal or -- where I guess**
16 **-- a critical incident.  An incident that is outside**
17 **of what would be normal for police officers to**
18 **experience.**
19   Q.    What were the two critical incidents?
20   **A.    They were two separate shootings.**
21   Q.    Are you saying they were officer-involved
22 shootings?
23   **A.    Yes.**
24   Q.    So officers did the shooting; is that what
25 you're saying?

EXAMINATION BY MS. STEFFAN

1      A.   Correct.

2      Q.   Were you the shooter in either case?

3      A.   Yes.

4      Q.   Both or just one?

5      A.   Both.

6      Q.   How long were you assigned to administrative

7  duties?

8      A.   Just the three days I think on each case.

9      Q.   To your understanding, is that something

10  that happens automatically?

11      A.   Yes.

12      Q.   Were both of the victims of the shooting

13  suspects?

14      A.   Yes.

15      Q.   Were the incidents related to each other or

16  separate?

17      A.   Separate.

18      Q.   Were the suspects on foot or in cars or

19  somewhere else?

20      A.   One was on foot, and one was in a vehicle.

21      Q.   Other than after those two critical

22  incidents, have you ever been assigned to

23  administrative duties?

24      A.   No.

25      Q.   Have you ever been suspended with pay?

EXAMINATION BY MS. STEFFAN

Page 28

```
 1        A.    No.

 2        Q.    Have you ever been suspended without pay?

 3        A.    Yes.

 4        Q.    When were you suspended without pay?

 5        A.    About two and a half years ago.  I can't

 6   give you the dates specifically.

 7        Q.    What was the cause of you being suspended

 8   without pay?

 9        A.    It was alleged that I violated the pursuit

10   policy.

11        Q.    When you say "the pursuit policy," that's an

12   officer pursuing a fleeing suspect; is that right?

13        A.    Correct.

14        Q.    What were you alleged to have done?

15        A.    I'm still not actually very clear on it.

16   But it was alleged that -- there was a group of people

17   who got on the highway the wrong way, I was not one of

18   them, in pursuit of a suspect who committed a homicide

19   in broad daylight in a packed neighborhood.

20        Q.    You were not one of the people who got on

21   the highway?

22        A.    Correct.

23        Q.    There were other officers who were?

24        A.    Yes.

25        Q.    And you were, to your mind, sort of
```

EXAMINATION BY MS. STEFFAN

```
 1   accidentally caught up with those officers?
 2       A.   I wouldn't say I was accidentally caught up
 3   because I was involved in the pursuit.
 4       Q.   Gotcha.  Okay.  You were involved in the
 5   pursuit, but you did not get on the highway going the
 6   wrong way?
 7       A.   Correct.
 8       Q.   How long were you suspended without pay?
 9       A.   Two days.
10       Q.   Were you ultimately found not to have
11   violated the pursuit?
12       A.   I was found to have violated it.
13       Q.   But you disagree with that?
14       A.   Yes.  I think that's fair to say.
15       Q.   Other than that occasion, have you ever been
16   suspended without pay?
17       A.   No.
18       Q.   Have you ever been docked pay or benefits as
19   a disciplinary matter?
20       A.   No.
21       Q.   Have you received a written reprimand?
22       A.   No.
23       Q.   How about a verbal reprimand?
24       A.   No.
25       Q.   Have you ever been told you needed to
```

EXAMINATION BY MS. STEFFAN

1    receive counseling or retraining on a department

2    policy?

3        A.    No.

4        Q.    Do you know if anyone has filed a civilian

5    complaint against you?

6        A.    There's been a variety -- there's been a

7    variety of civil complaints leveled against me.

8        Q.    Do you recall the circumstances of any of

9    those complaints?

10       A.    There was one I guess a few -- back when I

11   was in the Bike Unit, but after the Stockley protest

12   there was a gentleman who believed that I was unfair

13   in issuing him a traffic ticket.  But his complaint

14   was deemed to have no merit.  So no -- there weren't

15   even any official documents prepared for the

16   complaint.  But it was brought to my attention that

17   the gentleman had complained.

18       Q.    How was that brought to your attention?

19       A.    Somebody in IAD, our internal affairs

20   division, let me know.

21       Q.    Did IAD conduct an interview with you?

22       A.    With me for this case, no.

23       Q.    Other than that complaint, do you know of

24   any civilian complaints filed against you?

25       A.    As I said, I think there have been others,

EXAMINATION BY MS. STEFFAN

1    but none of them have been substantiated or gone

2    anywhere.

3         Q.   Do you know how many?

4         A.   No.

5         Q.   Do you know approximately?

6         A.   Maybe two or three.

7         Q.   In each case, has IAD told you about the

8    complaint?

9         A.   Yes.

10        Q.   Did IAD interview you?

11        A.   Not for those cases, no.

12        Q.   Has IAD ever interviewed you in relation to

13   a civilian complaint?

14        A.   Yes.

15        Q.   When did IAD interview you?

16        A.   There was a couple times back when I was in

17   anticrime I was interviewed by IAD, but I can't recall

18   the specific cases.  I was never given any discipline

19   for anything.  I don't think that I was the target of

20   the complaint in any of those cases.

21        Q.   Do you know if anyone has filed an

22   employee-misconduct report against you?

23        A.   At any time?

24        Q.   Yes.

25        A.   Yes.

EXAMINATION BY MS. STEFFAN

```
 1        Q.   You know that someone has done that?

 2        A.   As a -- a member of the department or a

 3   civilian?

 4        Q.   Either.

 5        A.   Yes.

 6        Q.   Was it a civilian or a member of the

 7   department?

 8        A.   A member of the department.

 9        Q.   When did that happen?

10        A.   Again, in the case we were -- with the

11   pursuit policy, there's an EMR generated.  And then

12   more recently there was an EMR generated alleging that

13   I violated the sick-time policy.

14        Q.   When was that filed?

15        A.   Couple weeks ago.

16        Q.   Other than those two EMRs, do you know if

17   anyone else has filed an employee-misconduct report

18   against you?

19        A.   Not that I'm aware of.

20        Q.    If I understand correctly, if an officer

21   uses a certain -- uses force a certain number of times

22   in a certain period, there's an automatic review; is

23   that correct?

24        A.   What period of time are you talking about,

25   right now?
```

EXAMINATION BY MS. STEFFAN

Page 33

 1     Q.   Is that not true now?

 2     **A.   Yes, it is true now.**

 3     Q.   Okay.  At the time of the events in this

 4  case say during the year of 2017, was that true?  Was

 5  there an automatic review if an officer used force a

 6  certain number of times in a certain period?

 7     **A.   I believe so.**

 8     Q.   You don't recall when that policy took

 9  effect?

10     **A.   No.**

11     Q.   Do you know what the triggering number of

12  times is?

13     **A.   No.**

14     Q.   Do you know what period of time is looked

15  at?  Is it a year or month or something between?

16     **A.   I don't know.**

17     Q.   Have you ever been reviewed for using force

18  a certain number of times in a certain period?

19     **A.   No.**

20     Q.   Have you ever filed an employee-misconduct

21  report on another officer?

22     **A.   No.**

23     Q.   Thinking back to the time of the events in

24  this case, just to confirm, you were a sergeant and

25  you were part of the Bike Unit; is that correct?

EXAMINATION BY MS. STEFFAN

Page 34

```
 1        A.    Yes.

 2        Q.    You were also part of the Bicycle Response

 3  Team; is that right?

 4        A.    Correct.

 5        Q.    How did those groups differ?

 6        A.    The bicycle unit and then the Bicycle

 7  Response Team?

 8        Q.    Uh-huh.

 9        A.    The Bike Unit is comprised of members of the

10  department who work full-time downtown, and they spend

11  most of their time on bicycles.

12              The bicycle -- those folks that are assigned

13  to the Bike Unit are members of the Bicycle Response

14  Team.  Other folks from different areas of the city

15  have also -- are also members of the Bicycle Response

16  Team.

17        Q.    The Bike Unit is about 22 officers; is that

18  right?

19        A.    I think the authorized strength is 28

20  including supervisors and the commander.  But I don't

21  know how many they have right now assigned to them.

22        Q.    And the Bicycle Response Team is how many

23  officers?

24        A.    I don't know how many right now.

25        Q.    Do you know approximately?
```

EXAMINATION BY MS. STEFFAN

 1      **A.    No.**

 2      Q.    It's bigger than the Bike Unit, right?

 3      **A.    Correct.**

 4      Q.    Members of the Bicycle Response Team also

 5    have training related to bicycles but not as many --

 6    not as much training as the permanent Bike Unit --

 7      **A.    I would say their --**

 8      Q.    -- members?

 9      **A.    -- their training is about equal.**

10      Q.    As a member of the Bike Unit, what equipment

11    is issued to you?

12      **A.    Well, I'm not currently a member of the Bike**

13    **Unit.  I'm in the 4th District.  But you would --**

14      Q.    Okay.  So if I have this correct now, at the

15    time of the events in this case, you were detached to

16    the 4th District and a member of the Bike Unit.

17            Now you are still detached to the 4th

18    District; you are no longer a member of the Bike Unit?

19      **A.    I've actually been transferred to the 4th**

20    **District.**

21      Q.    I see.  Okay.

22      **A.    But I'm not a member of the Bike Unit**

23    **currently.**

24      Q.    Okay.  When did you get officially

25    transferred to the 4th District?

EXAMINATION BY MS. STEFFAN

Page 36

```
 1          A.    About three weeks ago.

 2          Q.    Okay.  Is that also about three weeks ago,

 3     is that also when you stopped being a member of the

 4     Bike Unit?

 5          A.    No.  I haven't been on the Bike Unit since

 6     mid July.

 7          Q.    Why did you stop being a member of the Bike

 8     Unit?

 9          A.    I took some personal time, personal leave.

10     So while I was gone on personal leave, they filled the

11     bike spot essentially with another sergeant.

12          Q.    Okay.  How long were you on personal leave?

13          A.    About two and a half or three months.

14          Q.    Was that with pay or without pay?

15          A.    With pay.

16          Q.    Why did you take personal leave?

17                MS. DUNCAN:  I'm going to object as

18     confidential and also irrelevant.

19          Q.    (By Ms. Steffan) Did your personal leave

20     have anything to do with the events in this case?

21          A.    No.

22          Q.    Did you decide to go on personal leave, or

23     did somebody tell you to go on personal leave?

24          A.    I decided to.

25          Q.    Is personal leave something that's available
```

EXAMINATION BY MS. STEFFAN

 1    to all members of the force?

 2         **A.    Yes.**

 3         Q.    With pay?

 4         **A.    Yes.  It depends on how much time they have**

 5    **in their respective banks.**

 6         Q.    You used time that you had banked up,

 7    vacation time, or something like that?

 8         **A.    Correct.**

 9         Q.    When you were a member of the Bike Unit, did

10    you have a bike that was yours, or do you share bikes

11    amongst officers?

12         **A.    I had a bike that was assigned to me.**

13         Q.    What brand was it?

14         **A.    Volcanic.**

15         Q.    Is it a patrol bike?

16         **A.    Yes.**

17         Q.    How are patrol bikes different from regular

18    civilian bikes?

19         **A.    I would say that patrol bikes typically have**

20    **better equipment.  Derailers, chains, shocks, bike**

21    **racks.**

22         Q.    What's a derailer?

23         **A.    It's a mechanism that allows the chain to**

24    **shift different gears.**

25         Q.    And that was true of your patrol bike, it

EXAMINATION BY MS. STEFFAN

```
 1    had that better equipment?

 2         A.    Comparatively to other bicycles on the

 3    market, yes.

 4         Q.    I assume you also had a uniform assigned to

 5    you, correct?

 6         A.    Yes.

 7         Q.    What other equipment was assigned to you as

 8    a member of the Bike Unit?

 9         A.    A bag, lights for the bike, a helmet and

10    then moisture-wicking shirts, so different shirts,

11    pants, shorts.

12         Q.    How about a name tag, name badge?

13         A.    No, I didn't have a name badge.  Our names

14    were sewed into all of our piece of equipment.

15    Embroidered I guess would be the better term.

16         Q.    On the front of your shirt; is that right?

17         A.    Yes, ma'am.

18         Q.    Do you wear your name anywhere else, on the

19    back of your shirt or on a coat, on your sleeve,

20    anything like that?

21         A.    If we had a coat on, but during the Stockley

22    protest it was pretty warm.  But on any outer garment

23    we're required to have our last name affixed to it.

24         Q.    How about a raincoat?

25         A.    A raincoat, I don't wear a rain coat down
```

EXAMINATION BY MS. STEFFAN

1   there.

2       Q.   Do you have a raincoat?

3       A.   I do.

4       Q.   Does it have your name on it?

5       A.   No.  But I put a name tag on it if I do wear

6   it.

7       Q.   That doesn't puncture it?

8       A.   It does puncture it.

9       Q.   Are you issued tactical gear as a -- when

10  you were a member of the Bike Unit, were you issued

11  tactical gear?

12      A.   You're gonna have to be more specific

13  regarding tactical gear.

14      Q.   When I say "tactical gear," what do you

15  understand that to mean?

16      A.   I understand tactical gear to be heavy armor

17  with a Kevlar helmet or some sort of ballistic helmet.

18      Q.   Were you issued a ballistic helmet as a

19  member of the Bike Unit?

20      A.   No.

21      Q.   You said Lieutenant Boyher was your

22  lieutenant as a member of the Bike Unit during the

23  Stockley protest; is that right?

24      A.   Correct.

25      Q.   Who's your commanding officer now?

EXAMINATION BY MS. STEFFAN

Page 40

```
 1        A.    Lieutenant Kirk Deeken and Captain Renee
 2   Kriesmann.
 3        Q.    Who was your captain at the time of the
 4   Stockley protest?
 5        A.    Captain Kriesmann, K-R-I-E-S-M-A-N-N.
 6        Q.    If I recall correctly from your testimony in
 7   court in this case, you worked 20 hours on Friday,
 8   September 15th, 2017; is that right?
 9        A.    Yes.
10        Q.    That's still true?
11        A.    Yes.
12        Q.    And you worked 16 hours on Sunday,
13   September 17th, 2017 --
14        A.    Yes.  I believe that's correct.
15        Q.    Were Lieutenant Boyher -- was Lieutenant
16   Boyher working during that time?
17        A.    Yes.
18        Q.    How about Captain Kriesmann?
19        A.    I don't recall what her hours were.
20        Q.    As a member of the Bike Unit and thinking
21   about the Stockley protest in particular, did you work
22   with the Documentation Team?
23        A.    Not very closely.
24        Q.    Do you know what the Documentation Team is?
25        A.    Yes.
```

EXAMINATION BY MS. STEFFAN

1      Q.   What is it?

2      **A.   Their function is to document events as they**

3   **occur.**

4      Q.   How many officers are assigned to that team?

5      **A.   I don't know.**

6      Q.   Did you work with the Civil Disobedience

7   Team?

8      **A.   At what point?**

9      Q.   Thinking back to the Stockley protest, did

10  you work with the Civil Disobedience Team?

11     **A.   At what point during the Stockley protest?**

12     Q.   At any point.

13     **A.   Yeah.  Sure.  I think that's a fair -- it's**

14  **fair to say yes.**

15     Q.   Are you a member of the Civil Disobedience

16  Team?

17     **A.   Years ago.**

18     Q.   Not in 2017?

19     **A.   Correct.**

20     Q.   And not now?

21     **A.   Correct.**

22     Q.   Do I understand correctly that the Civil

23  Disobedience Team is similar to the Bicycle Response

24  Team in that an officer is a member of CDT and also

25  has another assignment?

EXAMINATION BY MS. STEFFAN

 1      A.   Yeah, I think that's fair to say.

 2      Q.   Years ago you were a member of CDT?

 3      A.   Yes.

 4      Q.   Did you do training to become a member of

 5 CDT?

 6      A.   Yes.

 7      Q.   What kind of training did you do?

 8      A.   What kind of training?

 9           MS. DUNCAN:   To the extent that you

10 remember.

11      A.   So we did training with like line formations

12 and how to don protective gear.

13      Q.   (By Ms. Steffan) I'm going to ask you to

14 clarify.  When you say "years ago," how many years

15 ago?

16      A.   I can't even tell you when the last time I

17 took CDT training was.

18      Q.   Okay.  Do you recall testifying at a court

19 hearing for this lawsuit?

20      A.   For the preliminary -- at the preliminary

21 injunction hearing?

22      Q.   Yes.

23      A.   Yes.

24      Q.   Are you aware that the court entered an

25 order after that hearing?

EXAMINATION BY MS. STEFFAN

```
 1      A.   Yes.

 2      Q.   What does that order say?

 3      A.   I don't know.

 4           MS. DUNCAN:  And just -- I'm going to object

 5      in that the order speaks for itself.

 6      Q.   (By Ms. Steffan) Do you have an

 7      understanding of what the order says?

 8      A.   Not -- not particularly.

 9      Q.   Have you read it?

10      A.   A long time ago or when the order was

11      issued, I did.

12      Q.   How have you changed your practices after

13      that order was issued?

14      A.   I haven't changed any of my practices

15      personally.

16      Q.   When did you first hear about the Stockley

17      case?

18           MS. DUNCAN:  Object as to vague.  Do you

19      mean the verdict or --

20      Q.   (By Ms. Steffan) Just when did you first

21      hear of the case, the Stockley case?

22      A.   Are you talking about like when it --

23           MS. DUNCAN:  Same objection.  You can answer

24      it if you understand.

25      A.   Like -- are you saying like when the -- when
```

EXAMINATION BY MS. STEFFAN

1  he was involved in the police shooting?

2      Q.    (By Ms. Steffan) When did you first hear

3  that there was a criminal case against Officer

4  Stockley?

5      A.    I read it in the paper, but I can't be

6  specific as to when.

7      Q.    That's fine.  If you don't remember, feel

8  free to say you don't remember.  When did you find out

9  that a verdict had been issued?

10     A.    The morning of the 15th.  I don't recall

11  what time.

12     Q.    Was it while you were at work or before you

13  arrived at work?

14     A.    At work.

15     Q.    At that time thinking back to the morning of

16  the 15th, did you believe that there would be protests

17  related to the Stockley verdict?

18     A.    Yes.

19     Q.    What did you base that belief on?

20     A.    There was -- it was known that there -- how

21  can I say this?  It was known that there were people

22  very angry about the potential outcome of the trial,

23  and it was thought that there was going to be civil

24  unrest in the wake of the verdict either way.

25     Q.    When you use the term "civil unrest," what

EXAMINATION BY MS. STEFFAN

Page 45

1   do you mean?

2       A.   Folks that are very angry about what

3   happened and the possibility of violence or property

4   destruction.

5       Q.   How did you prepare for the protests that

6   you believed would be coming?

7       A.   At what point?

8       Q.   Any point.

9       A.   Like personally or like the department or --

10      Q.   What did you do to prepare in your work

11  capacity to -- when you knew the protests were coming?

12      A.   We had to come in at 8 o'clock that morning,

13  and we had the Bicycle Response Team -- everybody in

14  the Bicycle Response Team was ordered to report to

15  work at the bike office that morning.

16      Q.   What happened after you reported for work?

17      A.   Like first thing in the morning?  I think I

18  probably ate breakfast.

19      Q.   Did you all meet together, or did you get

20  your bike, or what did you do first when you arrived?

21      A.   As I said, we probably ate breakfast, but I

22  don't recall specifically what we did when I arrived.

23      Q.   How long did you spend at the bike office

24  before you went out on the street?

25      A.   I don't know.

EXAMINATION BY MS. STEFFAN

1    Q.   Do you know what time you went out on the
2  street?
3    A.   No.
4    Q.   When you went out on the street, were you
5  with the Bike Response Team?
6    A.   Yes.
7    Q.   If I understand right, that's Bike Unit plus
8  additional auxiliary officers; is that correct?
9    A.   BRT officers, yes.
10   Q.   Everyone who is on the Bike Unit is also a
11 member of the BRT, right?
12   A.   Correct.
13   Q.   Okay.  What was your first assignment that
14 day?
15   A.   Well, to come to work.
16   Q.   And then what?
17   A.   I don't recall what the first assignment was
18 specifically.
19   Q.   Where did you first go from the bike office?
20   A.   I don't remember specifically.
21   Q.   Thinking back to the morning of the 15th of
22 September 2017, do you recall any orders you were
23 given that morning?
24   A.   Any orders?
25   Q.   Any orders related to the Stockley protest?

EXAMINATION BY MS. STEFFAN

Page 47

```
 1        A.    That morning, no.  Not very specifically,

 2   no.

 3        Q.    Did the Bike Response Team stage somewhere

 4   at some point?

 5        A.    At some point, yes.

 6        Q.    In the morning or afternoon; do you recall?

 7        A.    Both.

 8        Q.    Okay.  Where did you first stage?

 9        A.    Gosh, I can't remember specifically where we

10   first staged, but I know that we went out, and then we

11   kind of regrouped at a particular spot.

12        Q.    Do you recall where you regrouped?

13        A.    No.

14        Q.    Okay.  If you can just describe for me, were

15   you riding around, or were you walking your bike

16   throughout that morning, or were you stationary in one

17   place?

18        A.    It depends on at which specific point you're

19   talking about.

20        Q.    Did you do all of those things?

21        A.    Yes.

22        Q.    Okay.  You were downtown; is that right?

23        A.    During the morning --

24        Q.    During the morning of September 15th, 2017?

25        A.    Yes.
```

EXAMINATION BY MS. STEFFAN

1      Q.   Did you remain downtown that whole day?

2      **A.   No.**

3      Q.   Where else did you go?

4      **A.   We also went to the Central West End later**

5  **that evening.**

6      Q.   Thinking to the period of time where it was

7  light on September 15th, 2017, were you downtown that

8  whole time?

9      **A.   Not the entire time but most of it, yeah.**

10  **Yeah, most of it I would say.**

11      Q.   Where else did you go?

12      **A.   In the evening time, as I said, we went to**

13  **the Central West End.  But as I said, I'm pretty sure**

14  **we spent most of our time downtown the first day.**

15      Q.   Was there an area downtown that you

16  patrolled most heavily?

17      **A.   Not specifically.**

18      Q.   Are you familiar with the term "incident

19  commander"?

20      **A.   Yes.**

21      Q.   What does that mean?

22      **A.   It's the person who is in charge of an**

23  **incident.**

24      Q.   How does a person become in charge of an

25  incident?

EXAMINATION BY MS. STEFFAN

1      **A.    Probably by virtue of rank.**

2      Q.    And by that you mean the highest ranking

3    person at an incident would be the incident commander?

4      **A.    Not necessarily but in some cases, yes.**

5      Q.    Were you ever an incident commander on

6    September 15th?

7      **A.    No.**

8      Q.    Okay.  Is it fair to say that you were

9    taking orders from somebody that whole day?

10     **A.    I took orders from others throughout the**

11   **day, yes.**

12     Q.    Have you ever been an incident commander?

13     **A.    No.**

14     Q.    Is it generally something that someone with

15   a higher rank than sergeant would be?

16     **A.    Usually -- typically.  Backing up though,**

17   **like let's say if I'm the ranking person on a homicide**

18   **scene or a critical incident or a person has been**

19   **struck or any number of major incidents, the first**

20   **ranking person on the scene becomes the incident**

21   **commander until they're relieved by either the**

22   **appropriate command -- or investigatory unit or a**

23   **commander.**

24          **So I guess I should amend what I said and**

25   **say, yes, I have been an incident commander.**

EXAMINATION BY MS. STEFFAN

1     Q.    Until you were relieved by someone of higher

2  rank?

3     **A.    Either of higher rank or the appropriate**

4  **investigative unit.**

5     Q.    Okay.  If I use the phrase "an exigent

6  safety situation," are you familiar with that phrase?

7     **A.    Yes.**

8     Q.    What does that mean?

9     **A.    Well, it can be pretty vague, but a**

10  **situation where life safety is in danger that has to**

11  **be corrected or I guess there's also exigent**

12  **circumstances in a legal sense.**

13     Q.    If I use the phrase "the bus incident," do

14  you know what I'm talking about?

15     **A.    In general terms, yes.**

16     Q.    Okay.  Is it fair to say that on the

17  afternoon of September 15th near Tucker and Clark,

18  there was a time where there were some Metro buses

19  there and some protesters at that same intersection?

20     **A.    Yes.**

21     Q.    You were working at that time, correct?

22     **A.    Correct.**

23     Q.    You were near the buses?

24     **A.    I was told to go near the buses.**

25     Q.    What was your mission in going near the

EXAMINATION BY MS. STEFFAN

```
 1    buses?

 2         A.    To extract the buses safely.

 3         Q.    Who told you that that was what you were

 4    supposed to do?

 5         A.    We were told over the radio and then also

 6    Lieutenant Boyher.

 7         Q.    Were you told where the buses should be

 8    extracted to?

 9         A.    No, not specifically.

10         Q.    Were you told which way they should go?

11         A.    No.

12         Q.    How long did it take you to extract the

13    buses?

14         A.    I don't recall specifically.

15         Q.    How many buses were there?

16         A.    Two.

17         Q.    What were the buses being used for?

18         A.    I believe they were being used to transport

19    and convey members of the CDT.

20         Q.    When you were told to extract them, were

21    they empty or full or somewhere in between?

22         A.    One bus I know was full.

23         Q.    Meaning it had CDT officers on it?

24         A.    And civilians, yes.

25         Q.    What civilians?
```

EXAMINATION BY MS. STEFFAN

Page 52

1       **A.    The bus driver.**

2       Q.    So it had one civilian on it?

3       **A.    I don't recall if there was more than one**

4  **civilian, but there was at least one on there.**

5       Q.    What about the other bus?

6       **A.    I don't know if the other bus had people on**

7  **it or not.  At some point, I think the folks that were**

8  **on the bus got off the bus during the so-called "bus**

9  **incident."**

10      Q.    While the bus was still stationary at that

11  location or after it had moved?

12      **A.    While it was stationed at that location.**

13      Q.    So if I understand correctly, you got an

14  order over the radio that you and the Bike Response

15  Team were supposed to extract the buses safely; is

16  that correct?

17      **A.    Correct.**

18      Q.    Were you told how to do that?

19      **A.    No.**

20      Q.    Who decided how to go about that mission?

21      **A.    Well, we -- we -- I guess the supervisors**

22  **decided how to go about that mission, and the Bicycle**

23  **Response Team folks used their training.**

24      Q.    Who were the supervisors?  Are you a

25  supervisor?

EXAMINATION BY MS. STEFFAN

```
 1       A.    I am.

 2       Q.    So you consulted with other supervisors?

 3       A.    With the lieutenant and other supervisors,

 4   yes.

 5       Q.    The other supervisors also being sergeants;

 6   is that right?

 7       A.    Yes.

 8       Q.    So once you got that order, you, Lieutenant

 9   Boyher, the other sergeants spoke about what to do

10   next; is that right?

11       A.    I recall Sergeant -- or Lieutenant Boyher

12   and I are in a group of BRT officers discussing

13   strategy in terms of how to get the buses out safely

14   without escalating the situation more than -- how

15   volatile it was already.

16       Q.    How many officers were working with the Bike

17   Response Team at that point?

18       A.    I don't recall very specifically, but

19   probably close to between 30 and 40.

20       Q.    Were there other non-BRT officers there as

21   well?

22       A.    Where's there?

23       Q.    Near the buses.

24       A.    There were BRT officers on the buses, but I

25   don't recall if there were any police officers off of
```

EXAMINATION BY MS. STEFFAN

Page 54

```
 1    the buses at that point when we first got there.
 2         Q.   So the buses had CDT officers or BRT
 3    officers or both?
 4         A.   CDT officers --
 5         Q.   Okay.
 6         A.   -- from my understanding.
 7         Q.   So the only Bike Response Team officers were
 8    on foot with their bikes; is that right?
 9         A.   Well, it depends on at what point you're
10    talking about.
11         Q.   When you had received the order to extract
12    the buses, who was there on the ground?
13         A.   Well, I don't know about other people, but
14    we kind of traveled in a group, so it was BRT
15    officers.
16         Q.   Okay.  You didn't have any other units with
17    you besides BRT?
18         A.   Correct.
19         Q.   And how many sergeants were there?
20         A.   Including me, I think it was five.
21         Q.   Do you know who they were?
22         A.   Sergeant Schulte, Morrison, Flowers, Duke,
23    and Marx.  How many is that?
24         Q.   Six including you; is that right?
25         A.   I think that's right.  There may have been
```

EXAMINATION BY MS. STEFFAN

1    somebody off that day.  I don't remember.

2         Q.   So one of those officers may not necessarily

3    have been there?

4         A.   Sergeants, yes.

5         Q.   Sorry.  Yes, sergeants.  Okay.  Did you

6    discuss several plans for extracting the buses or just

7    one plan?

8         A.   Just one plan.

9         Q.   What was the plan?

10        A.   To form columns of two, approach the bus and

11   make a path -- a clear path for the bus to safely

12   exit, the buses to safely exit.

13        Q.   Is it fair to say the buses were one right

14   behind the other?

15        A.   Yes.

16        Q.   And they were up against the sidewalk; is

17   that right?

18        A.   I don't know how -- I don't recall how close

19   they were to the sidewalk.

20        Q.   Okay.  When you say "form columns of two,"

21   what does that mean?

22        A.   So essentially a row of two.

23        Q.   Okay.  So one by one, one officer followed

24   by one officer followed by one officer?

25        A.   So in that configuration but double.  So

EXAMINATION BY MS. STEFFAN

Page 56

1    there's --

2        Q.   Got it.

3        A.   If you think of two lanes of traffic,

4    there's two rows of bicycle officers.

5        Q.   Okay.  At that point, the officers were all

6    walking their bikes; is that right?

7        A.   At what point?

8        Q.   When you had formed the columns of two and

9    you were planning to approach the bus, were you on

10   your bicycles or walking your bicycles?

11       A.   I believe we started on our bikes, and then

12   the crowd got too thick, so we dismounted our bikes.

13       Q.   How big was the crowd?

14       A.   In terms of numbers of --

15       Q.   Just numbers of people.

16       A.   I can't say.  I can't tell you.  There was a

17   lot of people.

18       Q.   Where was your position in the column?

19       A.   At what time?

20       Q.   At -- after you had dismounted from your

21   bike and you were approaching the bike -- or I'm sorry

22   -- the bus on foot, were you first in the column or in

23   the middle of the column or the back of the column?

24       A.   I was pretty close to the front.

25       Q.   Had you agreed ahead of time that that would

EXAMINATION BY MS. STEFFAN

 1    be where your position was, or was it just how you

 2    ended up as you approached the bus?

 3         **A.    It's how I ended up.**

 4         Q.    It wasn't because you were a sergeant or

 5    something like that?

 6         **A.    Well, I was one of the supervisors, so I**

 7    **didn't necessarily have to fall into that column of**

 8    **two.**

 9         Q.    Okay.  I see.  The columns were the patrol

10    officers?

11         **A.    Correct.**

12         Q.    And the supervisors were sort of around

13    them?

14         **A.    Correct.**

15         Q.    Okay.

16         **A.    Around or in the middle of the columns.**

17         Q.    You said when you first approached the bus,

18    you were on your bike but then the crowd got too

19    thick; is that right?

20         **A.    Well, between the time we discussed strategy**

21    **and the time we got to the bus, about -- I would say**

22    **the midpoint or shortly after we started riding, we**

23    **got off of our bike if I recall correctly.  We may**

24    **have walked -- I -- I'm pretty sure we started out on**

25    **the bike.**

EXAMINATION BY MS. STEFFAN

Page 58

```
 1        Q.    Was that part of your plan to dismount from
 2   the bike?
 3        A.    That was very dynamic, so I think we -- if I
 4   recall correctly, we dismounted the bike kind of on
 5   the fly.
 6        Q.    How were you communicating with each other
 7   at that point, the members of the Bike Response Team?
 8        A.    By voice.
 9        Q.    Just yelling?
10        A.    Yelling or by radio.
11        Q.    Where is your radio when you're walking your
12   bike?
13        A.    At the time of the bus incident?
14        Q.    Yes.
15        A.    Attached to my hip.
16        Q.    So if you want to talk into it, you have to
17   pick it up and --
18        A.    No.  Because I have an extension that goes
19   to my shirt.
20        Q.    Gotcha.  Do you have to press the button, or
21   does your voice automatically pick that --
22        A.    I have to press a button.
23        Q.    What channel were you on?
24        A.    I don't remember.
25        Q.    You were carrying pepper spray, right?
```

EXAMINATION BY MS. STEFFAN

 1      **A.    Yes.**

 2      Q.    That's your handheld can?

 3      **A.    I was carrying -- wait.  At what time?**

 4      Q.    Sorry.  As you are approaching the buses and

 5   you have dismounted your bike, are you carrying pepper

 6   spray at that point?

 7      **A.    I had it on my belt.**

 8      Q.    You weren't carrying it in your hand?

 9      **A.    I don't remember if I had it in my hand or**

10   **if it was on my belt.**

11      Q.    How big is your can of pepper spray that you

12   carry on your belt?

13      **A.    I -- maybe about as big as that recorder.**

14      Q.    Okay.  So a few inches tall; is that fair to

15   say?

16      **A.    Yes.**

17      Q.    Okay.  Does every officer carry pepper spray

18   on his or her belt?

19           MS. DUNCAN:  Object as to speculation.

20   Subject to that, you can answer.

21      **A.    Officers are issued cans of pepper spray to**

22   **carry on their belt.**

23      Q.    (By Ms. Steffan) You wouldn't know if every

24   officer carries it at all times?  I understand.  You

25   know what a fogger is?

EXAMINATION BY MS. STEFFAN

Page 60

```
 1        A.    I'm vaguely familiar with the term.

 2        Q.    Based on your understanding of the term,

 3   what is it?

 4        A.    It's a device that distributes pepper spray

 5   to disperse in a crowd.

 6        Q.    You weren't carrying a fogger at the time

 7   that you were approaching the bus in this incident

 8   we're talking about, right?

 9        A.    Correct.

10        Q.    Do you know if anyone in BRT was carrying a

11   fogger?

12        A.    Nobody was assigned a fogger.

13        Q.    Do you know who was assigned foggers?

14        A.    It's my understanding the department doesn't

15   have foggers.

16        Q.    Is it your understanding that it did not

17   have foggers at the time of this incident?

18        A.    Correct.

19        Q.    You've seen pictures of officers with

20   foggers from this day, correct?

21        A.    From this day?

22        Q.    Uh-huh.

23        A.    No.

24        Q.    Have you ever seen SLMPD officer carrying a

25   fogger?
```

EXAMINATION BY MS. STEFFAN

 1      **A.   No.**

 2      Q.   The pepper spray that you are issued, you

 3   typically carry that on your belt?

 4      **A.   Yes.**

 5      Q.   If I understand correctly, that -- if you

 6   deploy that can of pepper spray, it issues a single

 7   stream; is that correct?

 8      **A.   Correct.**

 9      Q.   What do you use pepper spray for?

10         MS. DUNCAN:  I'll object as to vague.

11   Subject to that, you can answer if you understand.

12      **A.   So the question was, what do I use pepper**

13   **spray for?**

14      Q.   Yes.

15      **A.   Pepper spray can be used to control a**

16   **subject who's disobeying direct orders from a police**

17   **officer, to assist in effecting a lawful arrest, and**

18   **it falls in the force continuum before open- or**

19   **closed-hand techniques, control techniques.**

20      Q.   (By Ms. Steffan) What's the difference

21   between an open-hand technique and a closed-hand

22   technique?

23      **A.   An open-hand technique would be use of force**

24   **such as placing somebody into an arm bar and directing**

25   **them to the ground or forcibly having to handcuff**

EXAMINATION BY MS. STEFFAN

1    somebody.

2        Q.   What's a closed-hand technique?

3        **A.   Striking somebody with a baton or a fist.**

4        Q.   So under the use-of-force continuum, it

5    would go first try pepper spray, then try an open-hand

6    technique and then try a closed-hand technique?

7        **A.   First would be an officer's presence, and**

8    **then second would be verbal commands.**

9        Q.   I see.

10       **A.   Then he would elect to use pepper spray if**

11   **appropriate.**

12       Q.   Are there -- is there anything in between a

13   verbal command and pepper spray?

14       **A.   No.  And I guess I misspoke.  The Taser does**

15   **come into play too.**

16       Q.   Is that a bigger use of force than a hand

17   technique or --

18       **A.   A Taser comes in before closed-hand**

19   **technique.**

20       Q.   Okay.  Is there a continuum within verbal

21   commands?

22       **A.   I can't answer that specifically.**

23       Q.   Directing your attention now, again, back to

24   the two columns of officers who are approaching the

25   bus, buses on foot, what happened after you had

EXAMINATION BY MS. STEFFAN

Page 63

```
 1   dismounted and were heading toward the buses?

 2       A.   We began -- the members of the Bicycle

 3   Response -- a lot of things happened, a whole lot.

 4            So folks in the crowd began throwing objects

 5   at my subordinates and my colleagues.  People -- or

 6   there were some folks that grabbed on to some of the

 7   supervisors' and the officers' bicycles.  I believe

 8   Sergeant Marx sustained an injury because his bicycle

 9   was pushed into him.

10       Q.   Anything else?

11            MS. DUNCAN:  I'm going to object.  It calls

12   for a narrative.  Subject to that, you can answer.

13       A.   Okay.  I do recall people attempting to

14   physically block our path to the bus.

15       Q.   (By Ms. Steffan) Anything else?

16       A.   That's a very brief synopsis of getting to

17   the bus.

18       Q.   I'm going to ask you about each of the

19   things you just mentioned.

20       A.   Okay.

21       Q.   You said folks on the ground began throwing

22   objects; is that correct?

23       A.   Yes.

24       Q.   How many people did you see throwing

25   objects?
```

EXAMINATION BY MS. STEFFAN

Page 64

```
 1        A.   I wasn't necessarily focused on the people

 2   throwing objects.  I was focused on our objective,

 3   which was freeing the bus.  So I couldn't even begin

 4   to count the amount of people that are throwing

 5   objects at us.

 6        Q.   Can you estimate?

 7        A.   No.

 8        Q.   Was it more than one?

 9        A.   Oh, yeah.

10        Q.   What objects were being thrown?

11        A.   Water bottles filled with water and rocks.

12        Q.   Did any of those objects hit you?

13        A.   Not me, not at that time.

14        Q.   Did you see those objects hit other

15   officers?

16        A.   Yes.

17        Q.   Do you recall how many you saw?

18        A.   No.

19        Q.   Do you recall if it was people in front of

20   you that were throwing things or whether they were

21   sort of off in your peripheral vision or behind you?

22        A.   The people throwing objects, from what I

23   recall, were mainly directly to the west of us because

24   the buses were actually closer to Walnut, I believe.

25   The street south of Clark.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.    Spruce?
 2        A.    Spruce.   So the buses were between Spruce
 3    and Clark on Tucker facing north.   And the buses were
 4    closer to Spruce.
 5        Q.    They were on the east side of Tucker; is
 6    that right?
 7        A.    Yes.
 8        Q.    You mentioned that people grabbed on to
 9    bicycles --
10        A.    Yes.
11        Q.    -- is that correct?   How many people grabbed
12    on to bicycles?
13        A.    I don't know.
14        Q.    Did you see this happen?
15        A.    Yes.
16        Q.    How many people did you see grab on to
17    bicycles?
18        A.    I saw somebody grabbing on to one of my
19    officers' bicycles, and then I looked back, and I also
20    saw somebody grabbing on Sergeant Marx bicycle.
21        Q.    Which officer did you see his bike get
22    grabbed?
23        A.    I'm fairly certain it was Tony Miller, but I
24    can't be 100% positive.
25        Q.    When you say "grabbing on to the bike," did
```

EXAMINATION BY MS. STEFFAN

1   the person grab on to the handlebars or the --

2       A.   I can't remember specifically where the

3   person grabbed.

4       Q.   The person was standing up; is that fair?

5       A.   Yes.

6       Q.   Other than when you saw somebody grab on to

7   one of your officers' bikes that you think was

8   probably Officer Miller and you saw somebody grab on

9   to Sergeant Marx's bike, did you see anybody else grab

10  a bike?

11      A.   No.

12      Q.   And Sergeant Marx was behind you; is that

13  right?

14      A.   Correct.

15      Q.   How about Officer Miller, where was he in

16  relation --

17      A.   He was either in front of me or next to me

18  or just right behind me.

19      Q.   You could see that happen without turning

20  your head?

21      A.   Correct.

22      Q.   You said you believe Sergeant Marx sustained

23  an injury from someone pushing his bike into him; is

24  that right?

25      A.   Yes.

EXAMINATION BY MS. STEFFAN

1    Q.    What kind of injury did he sustain?

2    **A.    I recall -- I remember taking photographs of**

3    **it, and if I recall -- or at least videoing it, and if**

4    **I recall correctly, it was an abrasion or laceration**

5    **to one of his legs.**

6    Q.    Did he say how the person had positioned

7    themselves that forced the bike to hit him?

8    **A.    I don't recall.**

9    Q.    You also mentioned that you recall people

10   attempting to physically block your path; is that

11   right?

12   **A.    Yes.**

13   Q.    What did they do to block your path?

14   **A.    They formed a line right in front of us**

15   **perpendicular to our line.**

16   Q.    How many people formed a line?

17   **A.    I can't remember.**

18   Q.    More than 10, less than 10?

19   **A.    We could -- I think it's fair to say**

20   **approximately 10.**

21   Q.    Okay.  Were you saying anything as you were

22   -- so thinking from the time when you dismounted your

23   bike and were walking with your bike heading toward

24   the buses, were you saying anything during that time

25   period?

EXAMINATION BY MS. STEFFAN

```
 1        A.   Yes.

 2        Q.   What were you saying?

 3        A.   In unison members of the Bicycle Response

 4   Team were saying "move back" in a loud and clear

 5   voice.

 6        Q.   Is that something you planned ahead of time

 7   when you were deciding how to accomplish your mission?

 8        A.   Yes.

 9        Q.   Other than saying "move back," did you say

10   anything?

11        A.   At what time?  While we were traveling to

12   the bus?

13        Q.   Yes.

14        A.   No.

15        Q.   Did you tell anybody what you were trying to

16   do?  Did you -- I'm sorry.

17             Did you tell any civilians what you were

18   trying to do?

19        A.   At that point, no.

20        Q.   Had you previously told any civilians what

21   you were trying to accomplish?

22        A.   No.

23        Q.   You said --

24             MS. DUNCAN:  Can we take a break?

25             MS. STEFFAN:  Sure.
```

EXAMINATION BY MS. STEFFAN

Page 69

```
 1            MS. DUNCAN:  About 10 minutes maybe?

 2            MS. STEFFAN:  Yeah, that's fine.

 3            (Recess.)

 4      Q.   (By Ms. Steffan) Earlier you mentioned that

 5  some people had formed a line facing you in front of

 6  the bus; is that right?

 7      A.   Correct.

 8      Q.   Was that in front of the bus that was

 9  further north or the bus that was further south?

10      A.   Further north.

11      Q.   Both buses were still there at the time you

12  encountered that line?

13      A.   Correct.

14      Q.   And I know you don't recall the exact

15  number, but you thought it was probably approximately

16  maybe 10 people?

17      A.   Maybe 10ish.

18      Q.   What did you tell the people in that line,

19  if anything?

20      A.   "Move back."

21      Q.   The bus was directly behind them; is that

22  right?

23      A.   This particular line of people we're talking

24  about was -- was yards in front of us or meters.  I

25  don't remember exactly how many.  But it was quite
```

EXAMINATION BY MS. STEFFAN

Page 70

1    **clear to me that this particular group of people knew**
2    **exactly what our objective was, and they were**
3    **preventing us from getting there.**
4    Q.   How did you determine that they knew what
5    your objective was?
6    **A.   Because as we continued to walk our bikes**
7    **towards the bus and in unison in a loud and clear**
8    **voice say "move back," these particular folks walked**
9    **in front of us in order to keep us from getting to the**
10   **buses.**
11   Q.   When they walked in front of you, were they
12   walking in a line, or did they come from different
13   directions?
14   **A.   I believe they came from different**
15   **directions.**
16   Q.   Was there anything else that made you
17   believe that they knew what you were intending to
18   accomplish?
19   **A.   Other than their actions, no.**
20   Q.   After that group of people walked in front
21   of you, what did you do next?
22   **A.   We simply -- the people at the front of the**
23   **line simply pushed their bikes through them.**
24   Q.   And were you at the front of the line at
25   that point?

EXAMINATION BY MS. STEFFAN

Page 71

```
 1        A.   I believe so.

 2        Q.   Did that work?

 3        A.   Yes.

 4        Q.   Then you were -- at that point, were you the

 5   group of people who was closest to the bus?

 6        A.   Correct.

 7        Q.   Did you at some point deploy pepper spray as

 8   you were approaching the bus?

 9        A.   I did.

10        Q.   When did you do that?

11        A.   First was when, if I recall -- my

12   subordinate's bike was being wrestled away from him.

13   I deployed Mace towards the person that was

14   responsible for that.

15        Q.   And this is the subordinate that you believe

16   was Officer Miller but you're not positive?

17        A.   Correct.

18        Q.   When you say "wrestled away from him," what

19   do you mean?

20        A.   When I looked over, the person had a grip or

21   a hold of Officer Miller's bike, who I believe to be

22   Officer Miller's bike, and I don't recall specifically

23   if the person was trying to push it or pull it, but

24   there was obviously a little bit of back and forth

25   (indicating).
```

EXAMINATION BY MS. STEFFAN

1    Q.    And you're moving both of your hands at this

2    point when you're demonstrating what the person is

3    doing; is that right?

4    **A.    Correct.**

5    Q.    So you saw the person use two hands on the

6    bike?

7    **A.    Yes.  Yes.**

8    Q.    And you deployed pepper spray against the

9    individual who had their hands on the bike?

10   **A.    Correct.**

11   Q.    Was that a man or woman?

12   **A.    I don't recall.**

13   Q.    Where did you try to deploy the spray?  Was

14   it at the person's face or somewhere else?

15   **A.    In their face.**

16   Q.    What was your goal?

17   **A.    To keep my officer from getting assaulted**

18   **any further.**

19   Q.    When that person was wrestling the bike

20   away, that was assaulting the officer?

21   **A.    I believe so, yes.**

22   Q.    Was that mission successful?  Did the pepper

23   spray prevent them from wrestling the bike any

24   further?

25   **A.    Yes.**

EXAMINATION BY MS. STEFFAN

```
 1        Q.   Did you arrest that person?

 2        A.   No.

 3        Q.   Why not?

 4        A.   Not that I'm aware of.  Because at the time

 5   it just wasn't safe or practical.

 6        Q.   Did you say anything about that person on

 7   your radio?

 8        A.   I don't recall if I said that on my radio or

 9   not.

10        Q.   Did you talk to Officer Miller about it

11   later?

12        A.   Yes.

13        Q.   What did you say?

14        A.   I don't really remember specifically what we

15   talked about, but we did talk about the incident.

16        Q.   Do you recall what Officer Miller said?

17        A.   No.

18        Q.   Does Officer Miller carry pepper spray?

19        A.   I'm not sure.

20             MS. DUNCAN:  Objection.  Speculation.  But

21   you can answer.

22        Q.   (By Ms. Steffan) You don't know whether

23   Officer Miller was carrying pepper spray at that time,

24   correct?

25        A.   Correct.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.   Did any other officer deploy pepper spray
 2   against that individual?
 3        A.   I don't know.
 4        Q.   Do you recall seeing any other officer
 5   deploy pepper spray against that person?
 6        A.   No.
 7        Q.   Is that the only time you deployed pepper
 8   spray during this incident?
 9        A.   No.
10        Q.   When else did you deploy pepper spray?
11        A.   When I got to the bus.
12        Q.   When you say "got to the bus," do you mean
13   -- what do you mean?  Were you the person closest to
14   the bus at that point?
15        A.   I was one of the officers closest to the
16   bus, yes.
17        Q.   Who did you deploy pepper spray against?
18        A.   Numerous individuals.
19        Q.   Civilians?
20        A.   Yes.
21        Q.   How many people; do you know?
22        A.   I don't remember.  More than one.
23        Q.   More than five?
24        A.   I don't think it was more than five, but I
25   can't say for sure.
```

EXAMINATION BY MS. STEFFAN

Page 75

1      Q.    Do you recall how many bursts of spray you
2   deployed?
3      **A.    Not specifically.**
4      Q.    Can you estimate?
5      **A.    No.**
6      Q.    More than 10?
7      **A.    No.**
8      Q.    You feel confident it was less than 10?
9      **A.    Yes.**
10     Q.    But you're not sure exactly what number?
11     **A.    Correct.**
12     Q.    And you said you deployed spray against
13  multiple people; is that right?
14     **A.    Correct.**
15     Q.    Why did you do that?
16     **A.    Because they were refusing my direct and**
17  **very clear orders to remove themselves from the front**
18  **of the bus.**
19     Q.    When you say "remove themselves from the
20  front of the bus," were they touching the bus?
21     **A.    Yes.**
22     Q.    How were they touching the bus?
23     **A.    Some -- there was a group of folks in front**
24  **of the bus.  Most of them had their arms interlocked**
25  **with each other, and then some had their arms**

EXAMINATION BY MS. STEFFAN

 1    **interlocked to the bike rack, which was on the front**

 2    **of the bus (indicating).**

 3         Q.   When you say they had their arms

 4    interlocked, you were demonstrating.  Is it fair to

 5    say you got your elbows out from your body?

 6         **A.   Correct.**

 7         Q.   So the people had their elbows linked; is

 8    that right?

 9         **A.   Correct.  Their arms linked at the elbows**

10    **would be a better way to say that.**

11         Q.   How many people had their arms interlocked

12    through the front of the bus?

13         **A.   I don't remember.**

14         Q.   More than one?

15         **A.   Yes, I think.**

16         Q.   It might have been one, or it might have

17    been more than one?

18         **A.   It might have been one, or it might have**

19    **been more than one.  I think that's a better way to**

20    **say that.**

21         Q.   Do you recall one for sure?

22         **A.   It was at least one.**

23         Q.   The person who you recall for sure, was that

24    a man or a woman?

25         **A.   I don't remember.**

EXAMINATION BY MS. STEFFAN

1      Q.    How was the person's arm linked through the

2    front of the bus?  What was it attached to?

3      **A.    The bike rack.**

4      Q.    Was the bike rack up or down?

5      **A.    Up.**

6      Q.    If I understand correctly, the bike rack is

7    metal; is that right?

8      **A.    Yes.**

9      Q.    Sort of a metal pipe frame?

10     **A.    At least on the front of Metro buses or**

11   **Bi-State buses, yes.**

12     Q.    So their elbow was through the metal pipe

13   frame at the top of the rack in its up position; is

14   that right?

15     **A.    That would be fair to say, yes.**

16     Q.    I'm going to show you a document.

17            (Exhibit 1 was marked for

18            identification by the court reporter.)

19     Q.    (By Ms. Steffan) I'm going to hand you a

20   document marked as Karnowski Exhibit 1.

21     **A.    Yes.**

22     Q.    Do you recognize what this picture is

23   showing?

24     **A.    A bus, yeah.**

25     Q.    You do recognize it?

EXAMINATION BY MS. STEFFAN

Page 78

```
 1        A.    Yes.

 2        Q.    Besides --

 3        A.    Vaguely.

 4        Q.    I will stipulate it is a very grainy

 5   picture.  Besides the bus, what do you see in this

 6   picture?

 7        A.    People.

 8        Q.    When you were previously describing the

 9   people who had their elbows linked in front of the

10   bus, is this the group of people?

11        A.    Possibly.  I can't say absolutely for sure.

12        Q.    Which of these people had their arm linked

13   through the front of the bike rack?

14        A.    I wouldn't be able to tell you.

15        Q.    Do you know where that person was

16   positioned?

17        A.    In front of the bus -- you mean the person

18   that I saw linked in front of the bike rack?

19        Q.    Yes.

20        A.    In front of the bus.

21        Q.    Do you know if they were on the left or

22   right side of the front of the bus as you were facing

23   the bus?

24        A.    I don't recall.

25        Q.    Do you remember if they had their left arm
```

EXAMINATION BY MS. STEFFAN

```
 1   or their right arm linked through the bike rack?

 2        A.   No.

 3        Q.   No, you don't recall that?

 4        A.   I don't recall.

 5        Q.   Which of these people did you deploy pepper

 6   spray against?

 7        A.   I don't recall.

 8             MS. DUNCAN:  I'm going to object to lack of

 9   foundation only because he's stated he doesn't know if

10   this was the group or not he saw.

11        Q.   (By Ms. Steffan) How long do you have to

12   press down on your pepper-spray can for it to deploy

13   pepper spray?

14        A.   I would say it's almost instant.

15        Q.   How long did you spray the spray?  A few

16   seconds or longer than that or shorter than that?

17        A.   If I recall correctly, it was a sweeping

18   motion from one direction to the other.  I don't

19   remember what direction.

20        Q.   This bus that is depicted in Exhibit 1, this

21   is the bus that was more north, is that correct, or do

22   you not know?

23        A.   I don't know.

24        Q.   Do you know if this bus that is depicted, if

25   it was empty or full?
```

EXAMINATION BY MS. STEFFAN

Page 80

```
 1        A.   I don't know if this is the first bus or the
 2   second bus.
 3        Q.   Okay.  Did you see two groups of people with
 4   their arms linked or only one group of people when you
 5   were approaching the bus?
 6        A.   The first bus or the second bus?
 7        Q.   As you were -- after you had dismounted your
 8   bike and you were approaching either bus, did you see
 9   more than one group of people with their arms linked?
10        A.   Yes.  If you recall, like on our way to the
11   bus, we encountered a group of people with their arms
12   linked.
13        Q.   Okay.  I didn't understand that that first
14   group also had their arms linked.
15        A.   Yes.
16        Q.   Okay.  And those people were some yards from
17   the bus; is that what you said earlier?
18        A.   Meters, yards, yes, north of the bus.
19        Q.   And you don't know whether that group was
20   the people who are depicted in Exhibit 1 or not?
21        A.   Correct.
22        Q.   Okay.  So these people might have been the
23   first group or the second group?
24        A.   I don't think these would have been the
25   first group, but I can't -- I can't say for sure
```

EXAMINATION BY MS. STEFFAN

Page 81

```
 1    because I don't know when this picture was taken

 2    relative to when we got there.

 3        Q.    Sure.  The first group of people that you

 4    encountered with their arms linked that were some

 5    meters from the bus, did you deploy pepper spray

 6    against any of those people?

 7        A.    No.

 8        Q.    Why not?

 9        A.    We didn't need to.

10        Q.    You were able to get closer to the bus

11    without deploying pepper spray?

12        A.    Correct.

13        Q.    But you did deploy pepper spray against the

14    second group of people; is that right?

15        A.    Yes.

16        Q.    Why did you do that rather than just using

17    your bike?

18        A.    Because -- how can I say this without -- so

19    we were able to get through the first group, the

20    protester -- I don't know how you want me to describe

21    it -- the first line of folks because we were able to

22    walk past them with our bikes.  So we were able to

23    kind of penetrate their line with our bicycles because

24    there was space behind them.  So we were able to get

25    through the line and then spread them out with the
```

EXAMINATION BY MS. STEFFAN

Page 82

1    rest of our bike line.  But we can't do that with the

2    bus because we can't pass them and then spread them

3    out.

4        Q.    When you approached the second group of

5    people who had their arms linked, how far were those

6    people from the front of the bus?

7        A.    They were at the front of the bus.

8        Q.    What did you tell those people, if anything?

9        A.    I said get -- again, I'm paraphrasing it.  I

10   don't remember specifically what I told them, but I

11   told them to immediately get away from the front of

12   the bus.

13           And I know they were close because when I

14   looked up, the poor bus driver's eyes were like a big

15   owl, wide open, and she had a very panicked look on

16   her face.  And keep in mind at this time too, folks

17   from the crowd are throwing stuff at us and at the bus

18   because I remember rocks hitting off the -- I could

19   hear them hitting off the windows.

20           And I'm sorry.  Back to your question.  What

21   did I tell them?  I said, "Get away from the bus

22   immediately or else you'll be Maced."

23       Q.    Who was the bus driver?

24       A.    I don't know.  If I recall correctly, it was

25   a black female.

EXAMINATION BY MS. STEFFAN

Page 83

```
 1        Q.   You mentioned earlier that the drivers of
 2   the Metro buses are just regular civilian drivers,
 3   right?
 4        A.   Correct.
 5        Q.   They're not members of the police force?
 6        A.   You are correct.
 7        Q.   And that was your impression at this point
 8   as well?
 9        A.   Yes.  To my knowledge, there aren't anybody
10   on the police department trained to drive a bus.
11        Q.   You sometimes have a GoPro on your bike,
12   right?
13        A.   Not on my bike.
14        Q.   On your uniform?
15        A.   Yes.
16        Q.   Where do you put it?
17        A.   I had it on my chest, strapped to my chest.
18        Q.   You weren't wearing a GoPro as you
19   approached the bus after you had dismounted?
20        A.   I was wearing it.
21        Q.   Did it record?
22        A.   It did record later after I turned it on.
23        Q.   You were wearing it, but it was off?
24        A.   Correct.
25        Q.   It had been on earlier that day, right?
```

EXAMINATION BY MS. STEFFAN

Page 84

```
 1        A.   Earlier in the day, yes.  And then when we
 2   were preparing -- I completely -- it's not
 3   something -- a typical piece of equipment that we
 4   carry, and I completely forgot to turn it on at the
 5   first part of this so-called bus incident, but I did
 6   turn it on after it finally occurred to me to turn it
 7   on after we got the first bus out.
 8        Q.   Concentrating on the second group of people
 9   who had their arms linked, were they throwing things
10   at you?
11        A.   No.
12        Q.   Were they engaging in any property damage?
13        A.   No.
14        Q.   Were they using force of any kind?
15        A.   No.
16        Q.   You mentioned that you turned the GoPro on
17   after you had extracted the first bus; is that right?
18        A.   Yes.
19        Q.   Which way did that first bus go?
20        A.   The first bus went -- if I recall correct, I
21   know it went north, and I believe it took a westbound
22   turn on Clark.
23        Q.   Did you watch it do that?
24        A.   I think so.  But as that bus was going, I
25   then focused my attention on the second bus and while
```

EXAMINATION BY MS. STEFFAN

Page 85

1   keeping an eye on the crowd.

2        Q.   When you were heading toward the bus after

3   you had dismounted your bike and were on foot heading

4   toward the bus, were the buses on or off?  Were they

5   running?

6        A.   I don't remember.

7        Q.   After you had deployed pepper spray against

8   the second group of people with linked arms, where did

9   they go?

10       A.   I believe they scattered.  I think they went

11  in both directions, but a majority of them went west,

12  to the west side.

13       Q.   And what did you do at that point?

14       A.   We were able to bring the line out, so away

15  from each other, and the bus was able to have a safe

16  exit out.

17       Q.   When you just said "the line," is that the

18  line of officers?

19       A.   The line of officers, yes.

20       Q.   So the line of officers that -- sorry.  The

21  officers had been in columns, right?

22       A.   Correct.

23       Q.   And they were able to fan out into a line?

24       A.   So the line -- so they were in columns.  So

25  two columns, two lines, right?  And so when we -- when

EXAMINATION BY MS. STEFFAN

1    **it was safe for the bus to travel forward, we spread**

2    **out our line to the east and the west enough for the**

3    **bus to travel through the crowd.**

4         Q.    Between the time that you had dismounted

5    your bike and the time the first bus was able to

6    safely leave the area, how long would you say passed?

7         **A.    I have no idea.**

8         Q.    Is it fair to say that it was some minutes?

9         **A.    I don't know.**

10        Q.    How long between the time the first bus was

11   able to leave and the second bus was able to leave?

12        **A.    I'm not sure.**

13        Q.    This is, just to confirm, just Bike Response

14   Team officers who were extracting the buses; is that

15   right?

16        **A.    The BRT extracted the first bus.  And if I**

17   **recall correctly, once we got to the second bus, all**

18   **the CDT members that were on that bus actually got off**

19   **of that bus to help us clear the way so that bus can**

20   **exit.**

21        Q.    Okay.  So are you saying the first bus was

22   empty but the second bus was full of CDT officers?

23        **A.    The first bus was full.**

24        Q.    The first bus was full?

25        **A.    Yes.**

EXAMINATION BY MS. STEFFAN

1      Q.   And that bus, when it left the area, it was

2  still full?

3      **A.   If I recall correctly, yes.**

4      Q.   Okay.  The second bus had been full but

5  became empty when those CDT officers left?

6      **A.   Correct.**

7      Q.   And the group of CDT officers that were on

8  the second bus helped to extract the second bus; is

9  that right?

10     **A.   Yes.**

11     Q.   Okay.  Have you ever put a bike on the bike

12  rack on the front of the bus?

13     **A.   No.**

14     Q.   Have you ever moved the bike rack from up to

15  down position or vice versa?

16     **A.   No.**

17     Q.   Do you know how far out from the front of

18  the bus the bike rack sits?

19     **A.   No.**

20     Q.   Do you know how tall the bike rack is?

21     **A.   No.**

22     Q.   After the group of people with their arms

23  linked that was closer to the bus had scattered after

24  you had deployed pepper spray, did you interact with

25  those people any further?

EXAMINATION BY MS. STEFFAN

1      **A.    No.**

2      Q.    Did you provide any medical aid to those

3   people?

4      **A.    I wasn't able to.**

5      Q.    Why not?

6      **A.    Because they had disappeared into the crowd**

7   **that was throwing stuff at us.  So it was impractical**

8   **to provide them with medical aid.**

9      Q.    Can you identify when a person has been

10   sprayed with pepper spray?

11          MS. DUNCAN:  I'll object as to vague.

12      Q.    (By Ms. Steffan) Can you tell if a person

13   has been hit with pepper spray?

14      **A.    I can tell when a person could be exhibiting**

15   **signs of being pepper sprayed.**

16      Q.    What are the signs of being pepper sprayed?

17      **A.    Some of 'em can include runny nose,**

18   **increased mucus production, trouble seeing, red eyes.**

19      Q.    Have you ever been sprayed with pepper

20   spray?

21      **A.    Not directly.**

22      Q.    Have you been affected by pepper spray

23   deployed somewhere else?

24      **A.    Yes.**

25      Q.    Did you experience those symptoms?

EXAMINATION BY MS. STEFFAN

Page 89

```
 1      A.   Yes.

 2      Q.   When you and the other supervisors were

 3  determining how to accomplish the mission of

 4  extracting the buses, did you anticipate at that point

 5  that you may have to use pepper spray?

 6      A.   It was certainly something that I was

 7  considering in the back of my mind, but it wasn't

 8  something I was actively thinking about doing.

 9      Q.   Did you all have a conversation about what

10  to do if that happened?

11      A.   In terms of -- if we were to deploy pepper

12  spray?

13      Q.   Uh-huh.

14      A.   Not necessarily because we're all police

15  officers, so we all kind of know what to do once the

16  pepper spray is deployed.

17      Q.   And what is that?

18      A.   If needed, render treatment or first aid.

19      Q.   Do you know if treatment was needed?

20      A.   I don't know.  They didn't stick around to

21  ask me for help.

22      Q.   Did you deploy medical aid to anybody during

23  the Stockley protest?

24      A.   Not that I recall.

25      Q.   What is the treatment?
```

EXAMINATION BY MS. STEFFAN

```
 1        A.    For?

 2        Q.    If you've had pepper spray deployed against

 3   you.

 4        A.    Flushing their eyes with cold water or their

 5   face.

 6        Q.    Did the police department on the 15th near

 7   that intersection make cool water available to

 8   civilians, if you know?

 9        A.    Not that I'm aware of.

10        Q.    You saw a picture of the plaintiff in this

11   case, Maleeha Ahmad, in the media after this incident;

12   is that right?

13        A.    Correct.

14        Q.    Did you recognize her as a person against

15   whom you had deployed pepper spray?

16        A.    Yes.

17        Q.    Was she in the second line of people with

18   their arms linked?

19        A.    She was in front of the bus, directly in

20   front of the bus.

21        Q.    Do you recall where she was positioned, on

22   the left or right side of the bus?

23        A.    I don't recall specifically.

24        Q.    Looking at Exhibit 1, can you identify

25   Maleeha in that picture with the understanding it's a
```

EXAMINATION BY MS. STEFFAN

1  grainy picture?

2     A.   It's an incredibly grainy picture.  It could

3  be the gal with the black shirt in the multicolored

4  pants, but I cannot be 100 -- I can't be certain about

5  that.

6     Q.   You hadn't met her prior to this incident;

7  is that right?

8     A.   No.

9     Q.   Did you recognize anyone in the chain of

10  people with their arms linked that you had met prior

11  to that incident?

12     A.   No.

13     Q.   Did you do an I-leads report about your

14  deployment of pepper spray?

15     A.   I caused my deployment of pepper spray to be

16  incorporated into an I-leads report, but I did not do

17  one.

18     Q.   When you say you caused it to be

19  incorporated, what do you mean by that?

20     A.   I ensured that whoever was the report writer

21  for the incident incorporated the fact that I deployed

22  pepper spray.

23     Q.   Who was the report writer?

24     A.   I don't recall.

25     Q.   How did you ensure that that person included

EXAMINATION BY MS. STEFFAN

Page 92

1    that fact?

2        A.   I made sure that my subordinates

3    communicated the fact that I deployed pepper spray to

4    the report writer.

5        Q.   So you said to your subordinates, "Hey, tell

6    the report writer I deployed pepper spray?"

7        A.   Yes.  And I may have written a paragraph or

8    two about my actions that were incorporated into the

9    report, but I cannot recall if I did indeed do that or

10   conveyed everything verbally.

11       Q.   Okay.  Do you recall what subordinate you

12   told to make sure the report writer incorporated that?

13       A.   No.

14       Q.   Was it a group of people or just one person?

15       A.   It probably was a group of people, but I

16   don't recall specifically.

17       Q.   Did you do that during this incident or

18   after?

19       A.   This particular incident?

20       Q.   Yeah.

21       A.   No.  After.

22       Q.   During that weekend or after?

23       A.   During that weekend.

24       Q.   Were you at the bike office or out on the

25   street, or do you recall?

EXAMINATION BY MS. STEFFAN

1    **A.    Probably would have been at the bike office.**

2    Q.    You said you may have written paragraphs but

3    you don't recall?

4    **A.    Correct.**

5    Q.    If you did, where would you have done that,

6    on a computer?

7    **A.    Uh-huh.  Yes.  Sorry.**

8    Q.    Also at the bike office?

9    **A.    Probably, yes.**

10    Q.    Okay.  If you -- I assume you've written

11    paragraphs that have been incorporated into I-leads

12    reports in other situations; is that correct?

13    **A.    Yes.**

14    Q.    When you want to give those paragraphs to

15    the report writer, how do you do that?  Do you e-mail

16    it?

17    **A.    E-mail or give them a hard copy or via USB**

18    **drive.**

19    Q.    So any of those things might have happened

20    here; you don't remember?

21    **A.    Correct.**

22    Q.    Do you have a department e-mail address?

23    **A.    I do.**

24    Q.    What training have you received regarding

25    unlawful assembly?

EXAMINATION BY MS. STEFFAN

Page 94

```
 1        A.    Basic academy training.

 2        Q.    Like while you're at the academy or training

 3   done annually after you graduated?

 4        A.    In the police academy.

 5        Q.    Before you became a commissioned officer?

 6        A.    Yes.

 7        Q.    Do you recall what that training was?

 8        A.    No, not specifically.

 9        Q.    What is your understanding of what

10   constitutes an unlawful assembly?

11        A.    It's really up --

12              MS. DUNCAN:  I'm going to object.  It calls

13   for a legal conclusion.  Subject to that, you can

14   answer.

15        A.    I guess take a common sense -- if we take a

16   common-sense approach to it, it's when a group of

17   people are breaking the law.  The assembly is

18   unlawful.

19        Q.    (By Ms. Steffan) Do you have an

20   understanding of how many people there have to be for

21   it to be an unlawful assembly?

22        A.    Multiple.

23        Q.    Is there a minimum number to your

24   understanding?

25        A.    I can't answer that.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.   You don't know?

 2        A.   I don't know.

 3        Q.   What is your understanding of who has a

 4   right to declare an unlawful assembly?

 5             MS. DUNCAN:  Again, I'll object.  It calls

 6   for a legal conclusion.  Subject to that, you can

 7   answer.

 8        A.   Again, a common-sense approach.  If I'm a

 9   police officer in the state of Missouri and I see a

10   group of people breaking the law, I think it's

11   reasonable that an officer in that situation can

12   declare the assembly unlawful.

13        Q.   So any police officer could do so?

14        A.   I'm taking a common-sense approach here, and

15   I would imagine so.

16        Q.   Have you ever declared an unlawful assembly?

17        A.   I have.

18        Q.   When did you do that?

19        A.   During the Stockley protest.

20        Q.   Have you ever done it on another occasion?

21        A.   No.

22        Q.   So to the best of your recollection, you've

23   declared one unlawful assembly?

24        A.   Correct.

25        Q.   When did you declare that unlawful assembly?
```

EXAMINATION BY MS. STEFFAN

Page 96

```
 1        A.    The evening of the 17th in the face of
 2   multiple pieces of property being destroyed downtown.
 3        Q.    Is that 9th and Olive?
 4        A.    Yes.
 5        Q.    Is that where you were when you declared the
 6   unlawful assembly?
 7        A.    I was either at 9th and Olive or the next
 8   street to the north.  I think I said it multiple
 9   times.
10        Q.    The next street to the north is Locust; is
11   that right?
12        A.    Yes.
13        Q.    So when you declared an unlawful assembly,
14   you were either at 9th and Olive or 9th and Locust; is
15   that right?
16        A.    Or both.
17        Q.    Or both, okay.  The first time you declared
18   the unlawful assembly, where were you?
19        A.    9th and Olive or 9th and Locust and/or.
20        Q.    Okay.  You were patrolling sort of all over
21   that area?
22        A.    Well, we weren't patrolling.  We were -- we
23   were down there in response to multiple pieces of
24   property damage.
25        Q.    When you say "property damage," what are you
```

EXAMINATION BY MS. STEFFAN

Page 97

```
 1   talking about?

 2        A.   Windows being broken, planters being

 3   shattered.

 4        Q.   When you say "shattered," do you mean broken

 5   into a bunch of different pieces?

 6        A.   Yes.

 7        Q.   Okay.  We're talking about concrete

 8   planters?

 9        A.   Correct.

10        Q.   You said you had -- correct me if I'm wrong.

11   You said you'd been called to that area to respond to

12   the property damage?

13        A.   We weren't called.  We went to that area in

14   response to property damage.

15        Q.   How did you know to go there?

16        A.   Because we were watching a live stream of

17   record -- or live streaming from that group of people

18   that were involved in the destruction of property

19   throughout multiple parts of downtown.

20        Q.   The people who were destroying property were

21   live streaming their destruction?

22        A.   I don't think the person that was -- live

23   streaming -- I don't recall them actually damaging

24   property, but I recall the live streamers recording or

25   videoing folks destroying property.
```

EXAMINATION BY MS. STEFFAN

1       Q.   I see.  And you were watching the live

2   stream; is that right?

3       **A.   Yes.**

4       Q.   On the live stream, how many people did you

5   see destroying property?

6       **A.   I don't recall specifically.**

7       Q.   More than 10, less than 10?

8       **A.   I don't know.**

9       Q.   More than one?

10      **A.   More than one.**

11      Q.   More than two?

12      **A.   Yes.**

13      Q.   More than five?

14      **A.   I can't say specifically after that.**

15      Q.   Okay.  More than two but you're not sure how

16  many?

17      **A.   Correct.**

18      Q.   Was it a hundred?

19      **A.   It depends on what part you're talking**

20  **about.**

21      Q.   When you were watching the live stream, how

22  many people did you see on the live stream destroying

23  property?

24      **A.   A lot of people.**

25      Q.   A lot of people?

EXAMINATION BY MS. STEFFAN

Page 99

```
 1        A.   A lot of people.

 2        Q.   It might have been as many as a hundred?

 3        A.   I don't necessarily think it was --

 4             MS. DUNCAN:  I'm going to object to asked

 5   and answered.  He already said that it's a lot of

 6   people, and he doesn't know the exact number.  Subject

 7   to that, you can answer.

 8        A.   It was a lot of people.

 9        Q.   (By Ms. Steffan) You don't know if it was

10   more or less than a hundred?

11        A.   Correct.

12        Q.   Okay.  You said you declared an unlawful

13   assembly either at 9th and Olive or 9th and Locust or

14   both; is that right?

15        A.   Correct.

16        Q.   How do you convey that you have declared an

17   unlawful assembly?

18        A.   How did I, or how does one go about doing

19   it?

20        Q.   I'll ask first how did you convey that you

21   had declared an unlawful assembly?

22        A.   I yelled.

23        Q.   What did you say?

24        A.   I said, "This is an unlawful assembly.

25   Leave the area immediately."
```

EXAMINATION BY MS. STEFFAN

Page 100

```
 1        Q.    Were you with other officers at the time?
 2        A.    I was.
 3        Q.    How many other officers?
 4        A.    Enough to have struck a line across Olive,
 5   but I don't recall how many specifically.
 6        Q.    Were they members of the Bicycle Response
 7   Team?
 8        A.    Yes.
 9        Q.    Also the Bike Unit?
10        A.    Correct.
11        Q.    Were you commanding those officers?
12        A.    There was a supervisor with the officers,
13   but I wasn't nec- -- I guess I was in charge of
14   people, but I guess at the time it depends on how you
15   define commanding.
16        Q.    Fair enough.  You are a supervisor, but you
17   were not those officers' supervisor?
18        A.    Again, I was kind of the intermediary
19   between Lieutenant Boyher and other sergeants and
20   squads.  So I certainly had the authority to supervise
21   those officers.
22        Q.    Do you recall what other supervisor was with
23   you at the time you declared an unlawful assembly?
24        A.    No.
25        Q.    But there was another supervisor?
```

EXAMINATION BY MS. STEFFAN

1      **A.    There probably was.**

2      Q.    Okay.  When you declared the unlawful

3   assembly, what, if anything, was the response from

4   non-officers?

5      **A.    A lot of cussing.**

6      Q.    There were civilian pedestrians nearby when

7   you declared the unlawful assembly?

8      **A.    Yes.**

9      Q.    Were they the people you had seen on the

10  live stream destroying property?

11     **A.    I couldn't tell specifically.**

12     Q.    How close was the destroyed property to

13  where you declared the unlawful assembly?

14     **A.    Well, it depends on which destroyed property**

15  **you're talking about.**

16     Q.    Earlier you mentioned broken windows, right?

17     **A.    Correct.**

18     Q.    Was that on Olive?

19     **A.    Yes.**

20     Q.    Okay.

21     **A.    But that is not the property we saw being**

22  **destroyed on live stream.**

23     Q.    I see.  What property did you see being

24  destroyed on the live stream?

25     **A.    There was -- Olive in front of the library**

EXAMINATION BY MS. STEFFAN

```
 1   was blocked off, the main library I think between 13th

 2   and 14th.  And like a concert venue with tents and

 3   stuff, the group of folks had went through there

 4   essentially like Tasmanian devils and destroyed the

 5   whole thing.

 6        Q.   There were chairs set up; is that right?

 7        A.   Chairs, tables, tents I think were

 8   overturned.  And a lot of that material was drug out

 9   into Tucker in an attempt to block traffic on Tucker.

10        Q.   You didn't declare an unlawful assembly at

11   Olive and 13th?

12        A.   No.

13        Q.   Did the property damage at that event and

14   the broken windows on Olive near 9th happen

15   simultaneously, or were they separate events in your

16   mind?

17        A.   It was -- in my mind, it was one continuous

18   event.  It started with the destruction of property at

19   the library and then continued east on Olive.

20        Q.   I see.  Okay.  So a group started in the

21   west and went east down Olive and destroyed property

22   as they went; that's what you think happened?

23        A.   Correct.

24        Q.   Okay.  When you declared the unlawful

25   assembly, how many civilian people were around would
```

EXAMINATION BY MS. STEFFAN

Page 103

1    you estimate?

2         A.    Between 50 and 100 maybe.

3         Q.    At the time you declared the unlawful

4    assembly, were you seeing people not on the live

5    stream but with your own eyes doing property damage?

6         A.    As we -- I heard it shortly before declaring

7    unlawful assembly.  I never saw anybody break windows,

8    but I know others that I was with did.  And I could

9    hear it as I was coming up 9th Street.

10        Q.    And as you were coming up 9th Street, you

11   were in a line with other BRT officers?

12        A.    We weren't in a line at that point.  There

13   was some concern that -- because the bike office at

14   the time was at that block of 9th Street, and there

15   was concern the protesters were heading there to

16   destroy our bike office and our parked cars.

17              And so we essentially -- there was a race to

18   -- once we kind of figured out -- because, again, we

19   were watching the live stream, so we didn't actually

20   -- we weren't close to the destruction of property

21   that occurred in front of the library.  We were closer

22   to headquarters because there was a larger peaceful

23   protest that had dissolved.

24              And then the other folks that continued on

25   to destroy property then kind of started heading

EXAMINATION BY MS. STEFFAN

Page 104

```
 1    west -- I'm sorry -- east on Olive.
 2            So as we -- a group of folks on bikes and
 3    then a group of protesters rounded 9th Street at the
 4    same time.  In fact, a couple -- I think a bottle was
 5    thrown at us, but that's why we wanted to strike a
 6    line to keep our office from getting damaged or our
 7    cars from getting burnt or damaged or whatever.
 8        Q.   If I understand correctly, your line was
 9    north/south?
10        A.   The line?
11        Q.   The line of officers when you did strike the
12    line?
13        A.   It was across -- no.  It was east/west.  So
14    across 9th Street at Olive.
15        Q.   I see.  South of that intersection?
16        A.   On the south side of the intersection.
17        Q.   Okay.  And you wanted to prevent people from
18    going south?
19        A.   Correct.
20        Q.   Okay.  When you had told people to leave the
21    area, where did you want them to leave from?  What was
22    the area to your line?
23        A.   That immediate part of downtown.
24        Q.   And what does that mean, "that immediate
25    part of downtown"?
```

EXAMINATION BY MS. STEFFAN

```
 1        A.    To me or to the folks I was conveying the

 2   message to?

 3        Q.    To you.

 4        A.    To me, it was away from the area that was

 5   being destroyed.

 6        Q.    So could a person then stand at 9th and

 7   Locust?

 8        A.    Not when we got up there to push the crowd

 9   north.

10        Q.    What about 9th and St. Charles?

11        A.    That -- as I said that -- if I were a

12   civilian and I was told to leave the area, I would get

13   out of downtown.  That would be the message I would

14   take from that.

15        Q.    So if a person went and stood at 9th and St.

16   Charles, would they have complied with your

17   instruction?

18        A.    Not in a common-sense way, no.

19        Q.    How about 9th and Washington?

20        A.    Again, if I were a civilian and I was told

21   by a police officer to leave the area, I would get out

22   of downtown.

23        Q.    So would a person who was at 9th and

24   Washington have complied with your instructions?

25        A.    That's -- I'm taking a common-sense approach
```

EXAMINATION BY MS. STEFFAN

Page 106

```
 1   here, and again, that's still downtown.  I would have
 2   left.
 3        Q.   So no, they would not have complied with
 4   your instruction?
 5        A.   No.
 6        Q.   How about 10th and Washington?
 7        A.   Still downtown.
 8        Q.   How about the City Museum, 14th and
 9   Washington?
10        A.   That's still downtown.
11        Q.   So they would not have complied with your
12   instruction if they went to 14th and Washington?
13        A.   No.
14        Q.   Where does downtown end?
15        A.   Do you want the physical boundaries of
16   downtown?
17        Q.   Yeah.
18        A.   The river, Cole to the north, Chouteau to
19   the south.  I guess the western border of downtown
20   itself is 14th.  And then I believe it's 40 to the
21   south.  I don't think it goes down much Chouteau.
22        Q.   So if a person went to 18th and Washington,
23   they would have complied with your instruction?
24        A.   I would say that's reasonable.
25        Q.   Okay.  Is there a time limit for how long
```

EXAMINATION BY MS. STEFFAN

1    people have to comply with your instruction to leave

2    the area?

3        A.    For my instructions?  A time limit in terms

4    of them leaving or leaving and coming back?

5        Q.    If you say, as you said, when you declared

6    the unlawful assembly, "leave the area," how long

7    would you give a person to comply with that

8    instruction before taking further action?

9        A.    A reasonable amount of time.  And it of

10   course depends on the circumstances.

11       Q.    If the person has made action toward leaving

12   or not, for example?

13       A.    Sure.

14       Q.    Okay.  Was everyone who was nearby when you

15   declared the unlawful assembly a person who was or had

16   been destroying property?

17       A.    Not everyone.

18       Q.    For the people who were not destroying

19   property, what were they doing that made them part of

20   an unlawful assembly?

21       A.    Again, taking a common-sense approach, those

22   folks that were probably not destroying property were

23   with a group that was destroying property and also

24   walking in the street and blocking sidewalks.

25       Q.    Were they doing anything other than those

EXAMINATION BY MS. STEFFAN

1    things that made them part of an unlawful assembly?

2         **A.    In terms -- well, some people in the group,**

3    **again, I don't know if I mentioned this yet or not,**

4    **but continued north on Olive and continued to destroy**

5    **property and put stuff into the street.**

6         Q.    North on 9th?

7         **A.    Yes.  9th.  Thank you.**

8         Q.    That's after you declared the unlawful

9    assembly?

10        **A.    Correct.**

11        Q.    At the time you declared the unlawful

12   assembly, for the people who had not been destroying

13   property, other than the things you mentioned, were

14   they doing anything else that made them part of an

15   unlawful assembly?

16        **A.    Again, they were with the same group of**

17   **people that were destroying property, and that group**

18   **of people was walking in the middle of the street and**

19   **blocking sidewalks.**

20        Q.    Other than those three things, were they

21   doing anything else?

22        **A.    They were yelling and screaming at us**

23   **causing essentially a disturbance, but -- it was a**

24   **pretty active group of folks.**

25        Q.    Other than that, those things that you've

EXAMINATION BY MS. STEFFAN

 1    now mentioned, were they doing anything else that made

 2    them part of an unlawful assembly?

 3         **A.    Not that I can think of at this time.**

 4         Q.    Did you see any journalists when you

 5    declared an unlawful assembly?

 6         **A.    I wasn't looking for journalists, but no, I**

 7    **didn't see any.**

 8         Q.    Did you use any chemical agents when you

 9    declared the unlawful assembly or thereafter?

10         **A.    No.**

11         Q.    Did you make any arrests?

12         **A.    No.**

13         Q.    Which way did you want the pedestrians to

14    go?  You didn't want them to go south; is that right?

15         **A.    Correct.**

16         Q.    Which way did you want them to go?

17         **A.    North, east or west.  It didn't matter to**

18    **me.**

19         Q.    Did some people comply with your order?

20         **A.    Yes.**

21         Q.    Would you say most people or not most

22    people?

23         **A.    Some people.  I would say not most people.**

24         Q.    Okay.  For the people who did not comply

25    with your instructions, what did you do next?

EXAMINATION BY MS. STEFFAN

1       **A.    They continued to -- that's one of the**

2    **reasons why we pushed past Schnucks and pushed them**

3    **north, but many people kind of hung around and then --**

4    **many people hung around, and then they slowly**

5    **dispersed.**

6       Q.    Did you order people to disperse; is that

7    what your instruction was to do?

8       **A.    My instruction was to leave the area.**

9       Q.    Is that a dispersal order?

10      **A.    I guess in a common-sense way, yes.**

11   **Common-sense approach, yes.**

12      Q.    Do you have an understanding of who has the

13   right to issue dispersal orders?

14         MS. DUNCAN:   Object to the legal conclusion.

15   Subject to that, you can answer.

16      **A.    I think we talked about this already.**

17   **Again, as a police officer in the city of Missouri,**

18   **I'm approaching this with a common sense -- if any**

19   **police officer sees a group acting unlawfully, it's my**

20   **belief that they can declare an unlawful assembly.**

21      Q.    (By Ms. Steffan) Okay.  So are the

22   declaration of an unlawful assembly and a dispersal

23   order the same thing to your mind, or are they

24   different things?

25      **A.    I guess we're talking about legal terms but**

EXAMINATION BY MS. STEFFAN

1    sure.

2         Q.   They're the same thing?

3         A.   **I guess I can't really answer that.  I don't**

4    **know the definition specifically of those.**

5         Q.   Let me ask it this way.  Can you order

6    somebody to disperse if they are not part of an

7    unlawful assembly?

8         A.   **Probably not.**

9         Q.   Can you tell people they are part of an

10   unlawful assembly without ordering them to disperse?

11        A.   **Now are you asking my legal understanding?**

12        Q.   I'm not asking you for legal conclusions.

13   I'm just asking for your understanding as an officer

14   who enforces the law.

15        A.   **So what was the question again?**

16        Q.   Can you declare an unlawful assembly without

17   ordering people to disperse?

18        A.   **I don't know.**

19        Q.   You've never done that?

20        A.   **No.**

21        Q.   Okay.  Have you ever ordered people to

22   disperse outside of the context of an unlawful

23   assembly?

24        A.   **No.**

25        Q.   Okay.  Other than being part of an unlawful

EXAMINATION BY MS. STEFFAN

 1  assembly, are there other things that would justify an

 2  order to disperse?

 3      **A.    Sure.  If folks are intruding upon maybe a**

 4  **homicide scene.  And I guess even in this context we**

 5  **wouldn't be asking them to disperse; we would simply**

 6  **be asking the folks to back up.  So I don't know if**

 7  **that's the same or not.**

 8      Q.    A dispersal order is something different

 9  from ordering people to back up; is that what you're

10  saying?

11      **A.    Perhaps.  I don't know.**

12      Q.    Have you ever received any training about

13  dispersal orders?

14      **A.    No.**

15      Q.    You may have answered this, but just so I'm

16  clear, have you issued dispersal orders other than

17  this time that we've talked about at 9th and Olive or

18  --

19      **A.    No.  I can't say that I have.**

20      Q.    Have you witnessed other officers issuing

21  dispersal orders?

22      **A.    Yes.**

23      Q.    Did you issue -- I'm sorry.  Did you witness

24  other officers issuing dispersal orders during the

25  Stockley protest?

EXAMINATION BY MS. STEFFAN

Page 113

```
 1        A.    Yes.

 2        Q.    What officers did you see issue dispersal

 3   orders?

 4        A.    Sergeants Rossomanno and Jemerson.

 5   R-O-S-S-O-M-A-N-N-O.

 6        Q.    That's a tough name.  You said Sergeant

 7   Rossomanno and who else?

 8        A.    Sergeant Jemerson.

 9        Q.    Other than Sergeants Rossomanno and

10   Jemerson, did you witness any other officers issuing

11   dispersal orders during the Stockley protest?

12        A.    Lieutenant Sachs may have at some point as

13   well.

14        Q.    You might have seen him, or you might not

15   have?

16        A.    I might have heard him.  I don't necessarily

17   know that I saw him do it.

18        Q.    Did you witness other officers declaring an

19   unlawful assembly during the Stockley protest?

20        A.    Sergeants Rossomanno, Jemerson and

21   Lieutenant Sachs.

22        Q.    Other than those people, did you witness any

23   other officers declaring an unlawful assembly during

24   the Stockley protest?

25        A.    Not that I can recall.
```

EXAMINATION BY MS. STEFFAN

Page 114

```
 1        Q.   I understand you did not use chemical agents
 2   against people after you had declared an unlawful
 3   assembly near 9th and Olive, correct?
 4        A.   Correct.
 5        Q.   Did you nonetheless warn people that you
 6   might or no?
 7        A.   I don't recall specifically.
 8        Q.   Do you know whether there are things that
 9   have to be included in a dispersal order?
10        A.   I'm not sure.
11        Q.   When you heard -- let's take Sergeant
12   Rossomanno first.  When you heard Sergeant Rossomanno
13   declare an unlawful assembly, did you see him do that
14   verbally or over a loudspeaker or some other way?
15        A.   Over a loudspeaker.
16        Q.   Is that the loudspeaker on a vehicle?
17        A.   Yes.
18        Q.   Is that the BEAR or some other vehicle?
19        A.   Not the BEAR.  I don't know that Sergeant
20   Rossomanno was ever in the BEAR.  But -- I never saw
21   him in the BEAR.
22        Q.   Was it a regular cruiser or -- what vehicle
23   has the loudspeaker on it?
24        A.   All -- most police cars have loudspeakers.
25        Q.   Okay.  Could have been any police car that
```

EXAMINATION BY MS. STEFFAN

Page 115

```
 1    he was in?
 2         A.    Correct.
 3         Q.    Okay.  What about Sergeant Jemerson, did you
 4    see him issue a dispersal order or declare an unlawful
 5    assembly verbally or over a loudspeaker?
 6         A.    Verbally.  He walked up and down Tucker
 7    telling people to leave.
 8         Q.    What about Lieutenant Sachs?
 9         A.    He may have been on the BEAR, but I can't
10    recall specifically.  I remember hearing his voice,
11    but I don't --
12         Q.    On a loudspeaker or verbally?
13         A.    I believe so.
14         Q.    On a loudspeaker?
15         A.    I can't say for sure.
16         Q.    Sure.  Taking Sergeant Rossomanno first, do
17    you recall where he issued dispersal or unlawful
18    assembly orders?
19         A.    One was off of Locust and 11th.  That's
20    where it began.
21         Q.    Was that on September 15th?
22         A.    I believe it was on the 17th.
23         Q.    In the evening?
24         A.    Yes.
25         Q.    Do you recall him issuing dispersal orders
```

EXAMINATION BY MS. STEFFAN

 1    or declaring an unlawful assembly at any other time

 2    and place?

 3         A.   Yes.

 4         Q.   Where else?

 5         A.   On the 15th near the old police

 6    headquarters.

 7         Q.   Which is where?

 8         A.   At Clark and Tucker on the southeast corner.

 9         Q.   In the daytime or in the evening?

10         A.   In the daytime.

11         Q.   Afternoon; do you know?

12         A.   It was the afternoon.  After the bus

13    incident.

14         Q.   How about any other times and places where

15    you heard or saw Sergeant Rossomanno issue unlawful

16    assembly or dispersal orders?

17         A.   I can't recall at this point.

18         Q.   Taking the 15th first, do you know what

19    prompted his decision to declare an unlawful assembly?

20         MS. DUNCAN:  Object as to speculation.

21    Subject to that, you can answer.

22         A.   Destruction of police vehicles in front of

23    the old police headquarters.

24         Q.   (By Ms. Steffan) Anything else?

25         A.   Not that I can recall.

EXAMINATION BY MS. STEFFAN

Page 117

```
 1        Q.    Taking his declaration of an unlawful
 2   assembly the evening of the 17th at Locust and 11th,
 3   do you know what prompted that decision?
 4        A.    The destruction of -- I can't say for sure.
 5              MS. DUNCAN:  Again, objection.  Speculation.
 6        Q.    (By Ms. Steffan) If you don't know, that's
 7   fine.  I'm just wondering if you know.  Were you
 8   working both of those times?
 9        A.    Yes.
10        Q.    Turning to Sergeant Jemerson, where and when
11   did you hear or see him issue dispersal or unlawful
12   assembly orders?
13        A.    I saw him and heard him issuing unlawful
14   assembly orders and dispersal orders as he walked up
15   and down Tucker and told groups, individual groups, to
16   leave.
17        Q.    Was that on the 17th?
18        A.    On the 17th, yes.
19        Q.    In the evening?
20        A.    Yes.
21        Q.    What prompted his decision to issue those
22   orders, if you know?
23              MS. DUNCAN:  Object to speculation.
24        A.    I can't say for sure.  Sorry.
25        Q.    (By Ms. Steffan) Do you have a belief?
```

EXAMINATION BY MS. STEFFAN

 1      **A.   My belief is that it was probably connected**

 2  **to the destruction of property and people being in the**

 3  **street, blocking streets and the sidewalks.**

 4      Q.   Do you know -- if you don't know, that's

 5  fine.  Do you know if you need to issue a dispersal

 6  order multiple times before taking action?

 7      **A.   I don't know.**

 8      Q.   Do you know if there is a minimum volume at

 9  which you need to issue a dispersal order?

10      **A.   No.**

11      Q.   No, you don't know?

12      **A.   I don't know.**

13      Q.   When you heard Sergeant Rossomanno and

14  Jemerson issue the orders you've just described, do

15  you know if they told people where to go?

16      **A.   I don't recall.**

17      Q.   How about Lieutenant Sachs, you thought you

18  might have heard him issue orders?

19      **A.   Correct.**

20      Q.   Do you recall when or where?

21      **A.   No.**

22      Q.   Are you familiar with Special Order 1-01?

23  It's called Chemical Agents and Pepper Mace.

24      **A.   A little bit.**

25      Q.   Is it your understanding that that order

EXAMINATION BY MS. STEFFAN

Page 119

```
 1    regulates when you can use chemical agents and pepper
 2    Mace while on duty?
 3         A.   Yes.
 4         Q.   What is your understanding of what it says?
 5              MS. DUNCAN:   I'm going to object.   The
 6    special order speaks for itself.   Subject to that, you
 7    can answer.
 8         A.   What was the question again?
 9         Q.    (By Ms. Steffan) What is your understanding
10    of what Special Order 1-01 called Chemical Agents and
11    Pepper Mace says about when you can use chemical
12    agents and pepper Mace while on duty?
13         A.   What is my understanding?  Again, we touched
14    a little bit on this a little bit earlier about use of
15    chemical spray.  It's a --
16         Q.   I'll stop you there.   You mentioned that it
17    was part of the use-of-force continuum; is that right?
18         A.   Sure.
19         Q.   Okay.   Is this special order part of the
20    orders that regulate the use-of-force continuum?
21         A.   Yes.  Since it incorporates the use of Mace,
22    yes.
23         Q.   Okay.   Is there a difference between Mace
24    and chemical agents?
25         A.   It's my belief those terms can be used
```

EXAMINATION BY MS. STEFFAN

Page 120

1    interchangeably, but "chemical agents" I think is a
2    more encompassing term.
3         Q.    So Mace is a chemical agent, but chemical
4    agents include things besides Mace; is that right?
5         A.    Correct.  That's my understanding.  And I
6    should say that Mace and pepper spray, at least for
7    our police department, those terms are used
8    interchangeably.
9         Q.    Thinking back to prior to the Stockley
10   protests, did you consider your department-issued
11   handheld Mace to be a chemical agent?
12        A.    Yes.
13        Q.    Do you believe that you need to issue a
14   warning before you deploy your handheld Mace against a
15   person?
16        A.    No.
17        Q.    Do you think that there are any special
18   restrictions on when you can use Mace against a
19   protester?
20        A.    Any special restrictions?
21        Q.    Yeah, different from a person who is not
22   engaged in a protest.
23        A.    Any special restrictions?
24              MS. DUNCAN:  Can you be more specific?  I'll
25   object as to vague.

EXAMINATION BY MS. STEFFAN

 1       Q.    (By Ms. Steffan) Are there any different

 2   rules for when you can deploy Mace against a protester

 3   versus a non-protester?

 4       **A.    I think that there's different rules when**

 5   **Mace is used to disperse crowds rather than on an**

 6   **individual basis to address individuals like I did.**

 7       Q.    Okay.  Can you use handheld Mace to disperse

 8   crowds?

 9       **A.    I don't believe so.  But I am not sure.**

10       Q.    Have you ever used a chemical agent to

11   disperse a crowd?

12       **A.    No.**

13       Q.    Did you see officers using chemical agents

14   to disperse a crowd during the Stockley protests?

15       **A.    No.**

16       Q.    Did you see officers use foggers?  You said

17   no earlier; is that correct?

18       **A.    Correct.**

19       Q.    Did you see officers use pepper pellets?

20       **A.    No.**

21       Q.    Did you see officers use smoke bombs?

22       **A.    No.**

23       Q.    How about tear gas?

24       **A.    No.**

25       Q.    Did you see officers carrying launchers?

EXAMINATION BY MS. STEFFAN

Page 122

```
 1        A.    Launchers?

 2        Q.    Pepper-ball launchers?

 3        A.    No.

 4        Q.    Did you ever see the BEAR traveling around

 5   during the protests?

 6        A.    Yes.

 7        Q.    Where did you see it?

 8        A.    On which days?

 9        Q.    Let's start with the 15th.  Did you see it

10   on the 15th traveling around, not stationary, but

11   traveling around?

12        A.    I saw it once way off in the distance in the

13   Central West End.

14        Q.    How about the 17th, did you see it?

15        A.    Yes.

16        Q.    When did you see it on the 17th?

17        A.    At some point near the intersection of

18   Tucker and Market.

19        Q.    On both of those occasions -- I can take

20   them separately.  When you saw it in the distance in

21   the Central West End, was that during the day or at

22   night?

23        A.    At night.

24        Q.    What about the other time near Tucker and

25   Market?
```

EXAMINATION BY MS. STEFFAN

1      A.    In the evening time, at night I guess.

2      Q.    Are you familiar with the term "kettle"?

3      A.    I am now.

4      Q.    Okay.  If I use that term to describe what

5  happened at Tucker and Washington on the evening of

6  September 17th, 2017, will you understand what I'm

7  talking about?

8      A.    Sure.

9      Q.    Okay.  You were working the evening of

10 September 17th, 2017, correct?

11     A.    Yes.

12     Q.    You were still with your bike; is that

13 right?

14     A.    Correct.

15     Q.    At the time the kettle took place, where

16 were you?

17           MS. DUNCAN:  I'm going to object on the

18 record just to the term "kettling" because I don't

19 think it accurately describes pro-law enforcement what

20 that situation was.  Subject to that, you can answer.

21     A.    What was the question again?

22           MS. DUNCAN:  Sorry.  That was long.

23     Q.    (By Ms. Steffan) With that objection in

24 mind and with your understanding of the term kettle as

25 I'm using it, at the time that incident took place at

EXAMINATION BY MS. STEFFAN

Page 124

```
 1    Tucker and Washington on the evening of
 2    September 17th, 2017, where were you?
 3         A.   At what point?
 4         Q.   Were you ever at the intersection of Tucker
 5    and Washington on the evening of September 17th?
 6         A.   Yes.
 7         Q.   Were you part of one of the lines that
 8    officers struck surrounding the streets that are part
 9    of that intersection?
10         A.   I wasn't a part, but I was behind one of the
11    lines.
12         Q.   Okay.  What line were you behind?
13         A.   The line of bicycles.
14         Q.   And where were the bicycles stationed?
15         A.   On the east side of Washington.  On the east
16    side of Tucker rather across Washington.
17         Q.   Okay.  You agree that there was a mass
18    arrest at that intersection?
19         A.   Yes.
20         Q.   When you had -- when that line had been
21    struck across Washington, you were directly behind it;
22    is that correct?
23         A.   Yes.
24         Q.   Were you letting pedestrians go by you or
25    not?
```

EXAMINATION BY MS. STEFFAN

1          A.    At some point we were, but at some point we

2     weren't.

3          Q.    Okay.  So you were earlier, and then as the

4     evening progressed, you stopped allowing pedestrians

5     to go east on Washington?

6          A.    Correct.

7          Q.    Do you know what time you stopped allowing

8     pedestrians to go by you?

9          A.    No.

10         Q.    Why did you stop allowing pedestrians to go

11    by you?

12         A.    Because we were advised -- if I recall

13    correctly, we were advised that there was gonna be

14    arrests made, and we were not --

15              So there was a couple reasons.  One was

16    safety because we don't want people behind us,

17    especially when our attention is directed forward.

18    But it was my understanding that there was -- arrests

19    were going to be made.

20         Q.    How did you gain that understanding?

21         A.    On the radio.

22         Q.    Who communicated that on the radio?

23         A.    I believe it was Colonel Leyshock, but I

24    can't recall specifically.

25         Q.    So thinking back to the point after you had

EXAMINATION BY MS. STEFFAN

1   stopped permitting pedestrians to go by you, how soon

2   after that point were the arrests effectuated?

3      **A.   I don't know.**

4      Q.   How long were you behind that line?

5      **A.   I don't know.**

6      Q.   Could you see arrests being effectuated from

7   where you were standing?

8      **A.   Yes.**

9      Q.   How many arrests did you see happen?

10     **A.   There were a lot.  But I can't even begin to**

11   **put a number on it.**

12     Q.   What unit was arresting people?

13     **A.   There were lots of different units.**

14     Q.   Including what?

15     **A.   Members of the CDT team and then I believe**

16   **members of the bureau, but I can't say for sure.**

17     Q.   What's the bureau?

18     **A.   Detective bureau.**

19     Q.   How far were you from where the arrests were

20   being effectuated?

21     **A.   At what time?**

22     Q.   When they were happening.

23     **A.   I started off behind the line.**

24     Q.   You moved around?

25     **A.   Correct.**

EXAMINATION BY MS. STEFFAN

1          Q.    Did you come in front of the line?

2          **A.    At some point I think I did.**

3          Q.    Okay.

4          **A.    But that was after most of the people had**

5     **been arrested and their hands had been secured behind**

6     **their back.**

7          Q.    From your vantage point, either behind or in

8     front of that line across Washington, did you see any

9     officers deploy chemical agents?

10         **A.    Yes.**

11         Q.    What did you see?

12         **A.    I don't recall specifically.  I remember**

13    **Mace being sprayed at least once or twice.**

14         Q.    Okay.  Other than Mace, did you see any

15    chemical agents be deployed?

16         **A.    No.**

17         Q.    Did you see officers use any impact weapons?

18         **A.    No.**

19         Q.    Did you see officers carrying batons?

20         **A.    Yes.**

21         Q.    Did you see officers hit their batons

22    against their shields?

23         **A.    I remember hearing it.**

24         Q.    Did you see officers hit their batons

25    against the ground?

EXAMINATION  BY  MS.  STEFFAN

```
 1      A.   No.  And I'll -- let me rephrase that and

 2  correct what I just said about hitting their batons

 3  against their shields.

 4           If I recall correctly, officers were either

 5  issued a shield or a baton.  So my understanding is

 6  that officers were clapping their batons against their

 7  like shin guards, not their shields.

 8      Q.   Because they weren't holding a shield at the

 9  same time?

10      A.   Correct.

11      Q.   Why would an officer be given a baton but

12  not a shield?

13           MS. DUNCAN:  I'll object as speculation.

14      Q.   (By Ms. Steffan) If you know.

15           MS. DUNCAN:  Subject to that, you can

16  answer.

17      A.   Maybe because there's not enough.  I don't

18  know.

19      Q.   (By Ms. Steffan) Did you see any of the

20  arrestees engaged in violent activity?

21      A.   I saw -- one kinda comes to mine.  There

22  was -- one of the guys that was closest to us,

23  apparently he wasn't obeying commands to bring his

24  hands around to handcuffing position.  And I saw him

25  actively resisting, and then I remember one of the
```

EXAMINATION BY MS. STEFFAN

Page 129

```
 1    officers yelling that he had knives on him.

 2        Q.   When you say he was "actively resisting,"

 3    what does that mean?

 4        A.   So he was rolling around -- I don't think he

 5    was throwing punches, but he wouldn't bring his hands

 6    back.  And again, since he's armed, that puts those

 7    officers in a very precarious situation.

 8        Q.   Did you see the knives he had?

 9        A.   No.

10        Q.   You just heard afterward?

11        A.   I heard during.

12        Q.   You heard during.  The officer said, "He has

13    knives?"

14        A.   Yeah.  "He's got a knife; he's got a knife"

15    or "He has knives; he has knives."  Something along

16    those lines.  It's a very dangerous situation to be

17    in.

18        Q.   Other than that man, did you see anyone else

19    engaged in violent activity?

20        A.   No.  I know that -- I saw some people that

21    were probably resisting arrest, but I was focused on

22    my bike line and then also behind us because we didn't

23    have anybody behind us.

24        Q.   There was no second line behind you?

25        A.   Correct.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.    Okay.  Were there pedestrians behind you?

 2        A.    No.  Not that I -- not that I recall.

 3        Q.    Were there any pedestrians in front of you

 4   that were not arrested to your knowledge?

 5        A.    Not to my direct knowledge.

 6        Q.    You just mentioned that you saw some people

 7   who were probably resisting arrest.  What makes you

 8   think that they were resisting arrest?

 9        A.    Because from my vantage point, it looked

10   like officers were having difficulty handcuffing the

11   individuals.

12        Q.    What was causing the difficulty?

13        A.    I don't know.

14        Q.    It was just taking a long time; is that what

15   you're saying?

16        A.    No.  Because there -- I could hear orders

17   being given, "Put your hands behind your back; put

18   your hands behind your back," and then there was an

19   obvious struggle.

20        Q.    Was this before or after you saw pepper

21   spray be deployed?

22        A.    After or during.

23        Q.    Were you close enough that you could see how

24   much space was between each arrestee?

25        A.    How much space was in -- I guess to a
```

EXAMINATION BY MS. STEFFAN

1    certain extent.

2        Q.   Did you hear the officers give the

3    soon-to-be arrestees any commands?

4        **A.   I believe a command was given for the**

5    **arrestees to sit on the ground.**

6        Q.   Did you hear that?

7        **A.   I'm pretty sure that I heard that.**

8        Q.   Okay.  Other than to sit on the ground, did

9    you hear the officers give any commands?

10       **A.   Well, we discussed that there were commands**

11   **given to -- for individuals to put their hands behind**

12   **their back.**

13       Q.   Other than you probably hearing the command

14   to sit on the ground and officers telling individuals

15   to put their hands behind their back, did you hear any

16   other commands be given?

17       **A.   Not that I remember right now.**

18            MS. DUNCAN:  Can we take a break?

19            MS. STEFFAN:  Sure.

20              (Recess.)

21       Q.   (By Ms. Steffan)  Sergeant, before the

22   break, we were talking about what I called the kettle

23   at Tucker and Washington?

24       **A.   Yes.**

25       Q.   You understand what I mean when I use that

EXAMINATION BY MS. STEFFAN

 1  term?

 2      A.   Yes.

 3      Q.   But you would give it a different term; is

 4  that right?

 5      A.   Correct.

 6      Q.   What would you call that incident?

 7      A.   I would characterize that as a controlled

 8  mass-arrest maneuver.

 9      Q.   I understand what mass arrest means or at

10  least I understand that to mean lots of people

11  arrested at the same time.  What does "controlled mass

12  arrest" mean?

13      A.   Pretty much what you said.

14      Q.   Just lots of people arrested at the same

15  time?

16      A.   Correct.

17      Q.   And what is a maneuver?

18      A.   The encirclement of the subjects.

19      Q.   So you agree the subjects were encircled?

20  There were no routes of egress, is that right, at the

21  time of the arrests?

22      A.   At the time of the arrests, yes.

23      Q.   And you don't know how long between the time

24  the routes of egress were cut off and the arrests

25  themselves, do you?

EXAMINATION BY MS. STEFFAN

```
 1        A.    No.

 2        Q.    Okay.  Have you worked at other protests in

 3   the city besides the protest after the Stockley

 4   verdict?

 5        A.    Yes.  After -- yes.  Yes.

 6        Q.    Okay.  At any time during your tenure, you

 7   have worked at other protests?

 8        A.    Yeah.

 9        Q.    Do you recall how many other protests you've

10   worked at?

11        A.    Dozens.

12        Q.    Did you work at post-Ferguson protests?

13        A.    Yes.

14        Q.    Did you work at an area of South Grand in

15   November 2014?

16        A.    Yes.

17        Q.    Did you work near Arsenal and Grand?

18        A.    Yes.

19        Q.    Did you deploy any chemical agents at that

20   intersection in November 2014?

21        A.    No.

22        Q.    Did you see other officers do so?

23        A.    Yes.

24        Q.    How many times?

25        A.    I believe there was SWAT officers that had
```

EXAMINATION BY MS. STEFFAN

Page 134

1    deployed some -- some pepper balls.  And then actually

2    -- I'll back up a little bit.

3            One of my colleagues actually Maced somebody

4    that was involved in a resisting or some disturbance

5    right off of Grand and Arsenal.

6        Q.   When you say your "colleagues," does that

7    mean a person on the Bike Unit?

8        A.   No.  Back then I was in our anticrime

9    division.

10       Q.   Which is your detective unit?

11       A.   One of many detective units.

12       Q.   Okay.  Do the detective units have different

13   specialties?

14       A.   Yes.

15       Q.   Is the anticrime unit what is sounds like?

16       A.   The anticrime unit is a unit that primarily

17   focuses on vehicle and auto-related crime.  So

18   carjackings, people who used a car to rob a bank or

19   any number of -- that unit was designed specifically

20   to safely address -- to eliminate pursuit situations

21   essentially as an undercover unit.

22       Q.   So you saw one of your colleagues of the

23   anticrime unit Mace someone near that intersection?

24       A.   Correct.

25       Q.   For resisting arrest; is that right?

EXAMINATION BY MS. STEFFAN

```
 1        A.   If I recall correctly, there was an officer
 2   that had become encircled by a large amount of
 3   protesters, and chemical spray was used to safely get
 4   that officer out.
 5        Q.   Okay.  So that officer to your knowledge
 6   didn't actually arrest anyone; they used the Mace in
 7   order to leave the situation?
 8        A.   Correct.  It was completely chaotic, and we
 9   were essentially being attacked.
10        Q.   You were there at the same time?
11        A.   Yes.
12        Q.   Were you also encircled by protesters?
13        A.   I was not.
14        Q.   Okay.  Was this, if you recall, east side of
15   Grand or west side of Grand?
16        A.   I believe it was the east side.
17        Q.   Could it have been near the Qdoba parking
18   lot?
19        A.   It was in the middle of Arsenal or somewhere
20   close to Arsenal.  It was a long time ago.
21        Q.   Okay.  Have you seen officers deploy
22   chemical agents at any of the other protests you've
23   worked in the city of St. Louis?
24        A.   In the city of St. Louis, no.
25        Q.   Did you work at the Women's March?
```

EXAMINATION BY MS. STEFFAN

Page 136

```
 1        A.   Which one?

 2        Q.   Did you work at the Women's March in 2017?

 3        A.   What month was it; do you recall?

 4        Q.   January 21st.

 5        A.   I've worked several Women's Marches, but I

 6   can't recall if I worked that one in particular.

 7        Q.   But you've worked several Women's Marches?

 8        A.   Yes.

 9        Q.   Did you deploy any chemical agents at any of

10   the Women's Marches?

11        A.   No.

12        Q.   Were people blocking streets during the

13   Women's March?

14        A.   Yes.  The ones I was involved with, yes.

15        Q.   Was that legal or illegal?

16        A.   Illegal.

17        Q.   You didn't arrest anybody though?

18        A.   Correct.

19        Q.   Why not?

20        A.   Because the march was peaceful.

21        Q.   Uh-huh.

22        A.   And it would have been logistically

23   impossible to arrest thousands and thousands of women,

24   participants.

25        Q.   So it was too big to arrest anyone?
```

EXAMINATION BY MS. STEFFAN

1        **A.    That would be one of the factors.**

2        Q.    Did you work at a march on Broadway on

3    September 29th of 2017?  So after the Stockley

4    verdict, a couple weeks after the initial protests

5    we've been discussing?

6        **A.    I recall working a protest that came close**

7    **to Broadway if I recall correctly, but I don't**

8    **remember what date.**

9        Q.    Okay.  How about an action on or near a

10   highway overpass on October 3rd?

11       **A.    What do you mean "an action"?**

12       Q.    A group of protesters who were at or near

13   the highway overpass?

14       **A.    Yes.**

15       Q.    You did work that?

16       **A.    I believe so, yeah.**

17       Q.    Okay.  I should clarify.  I think that this

18   was Highway 70 near the MLK Bridge.  Does that ring a

19   bell?

20       **A.    During the day?**

21       Q.    I believe it was during the day.

22       **A.    Yes.  I believe so, yes.**

23       Q.    Okay.  So to summarize, you did work during

24   a protest at or near Highway 70 near the MLK Bridge

25   during the day on October 3rd?

EXAMINATION BY MS. STEFFAN

```
 1       A.   Yes.

 2       Q.   Okay.  Did you deploy any chemical agents

 3  there?

 4       A.   No.

 5       Q.   Did you arrest anyone?

 6       A.   No.

 7       Q.   Did you see any other officers deploy

 8  chemical agents?

 9       A.   No.

10       Q.   Did you see any other officers arrest

11  anyone?

12       A.   No.

13       Q.   Are you familiar with something called

14  Special Order 1-06 Recording Police Activity?

15       A.   I am familiar, vaguely familiar with the

16  order.

17       Q.   Have you received any training on that

18  order?

19       A.   Not that I can recall.

20       Q.   How did you become familiar with the order,

21  and how do you know it exists?

22       A.   Because I recently took the sergeants and

23  lieutenants examination, and one of the -- we have to

24  study special orders and -- but more specifically

25  certain special orders, so that's why I'm familiar
```

EXAMINATION BY MS. STEFFAN

Page 139

1    that we have that policy.  That's why I'm aware we

2    have that policy.

3        Q.    Recognizing that you don't remember every

4    word, do you recall what the policy says generally?

5            MS. DUNCAN:  I'll object that the policy

6    speaks for itself.  Subject to that, you can answer.

7        A.    So the special order involves recording of

8    police activity by citizens or us recording our own

9    activity?

10       Q.    (By Ms. Steffan) It is -- you're asking me?

11       A.    Yes.

12       Q.    I will represent that I believe that it

13   refers to people recording -- civilians recording

14   police activity.

15       A.    Okay.

16       Q.    Does that help you recollect what it says?

17       A.    A little bit, yes.

18       Q.    What is your understanding of what it says?

19       A.    My understanding is that we are not to

20   interfere with people who are recording our activity.

21   We as in the police.

22       Q.    Have you ever seen an officer violate that

23   policy?

24       A.    No.

25       Q.    Is it your understanding that you may use a

EXAMINATION BY MS. STEFFAN

1   chemical agent against a person recording police

2   activity?

3       A.   **I guess it depends if they're doing**

4   **something else as well.**

5       Q.   Is it your understanding that you can deploy

6   a chemical agent against a person just for recording

7   police activity?

8       A.   **No.  That's not my understanding.**

9       Q.   Have you ever seen an officer deploy a

10  chemical agent against someone just for recording

11  police activity?

12      A.   **No.**

13      Q.   What is your understanding of when you can

14  command a person who's recording police activity to

15  stop doing so?

16      A.   **I don't believe that we can issue a command**

17  **to somebody who is recording police activity to stop**

18  **doing so.**

19      Q.   I may have asked you this already, but have

20  you ever used a chemical agent outside the context of

21  a protest?

22      A.   **Yes.**

23      Q.   Did you use handheld Mace?

24      A.   **Yes.**

25      Q.   Have you done this on one occasion or more

EXAMINATION BY MS. STEFFAN

 1   than one occasion?

 2       **A.    More than one occasion.**

 3       Q.    Were those for the same -- those uses for

 4   the same purpose or for different purposes?  How many

 5   times have you deployed the handheld Mace?

 6       **A.    Less than five outside of protest-related**

 7   **activities.**

 8       Q.    Recognizing that you did so in different

 9   circumstances, is there a general -- was there a

10   general motivation or justification for doing so

11   across all of those uses?

12       **A.    It's been so long since I've used -- I**

13   **haven't used Mace since -- outside of the context of a**

14   **protest, I haven't used it in probably 10 years.  So**

15   **it's been a very long time.**

16       Q.    Do you recall if you did an I-leads report

17   for those uses --

18       **A.    I would have, yes.**

19       Q.    -- on those occasions?  Is it your

20   understanding that you have to do an I-leads report

21   for use of a chemical agent?

22       **A.    Yes.**

23       Q.    Do you have an understanding of when you can

24   order a person to leave a sidewalk?

25       **A.    When I can order a person to leave a**

EXAMINATION BY MS. STEFFAN

Page 142

```
 1   sidewalk?

 2        Q.   Uh-huh.

 3        A.   I would -- I could imagine a variety of

 4   situations where it would be lawful for me to ask

 5   somebody to leave a sidewalk.

 6        Q.   Do you agree that people in St. Louis have a

 7   First Amendment right to protest?

 8        A.   Yes.

 9        Q.   Does that include the right to protest the

10   actions of police officers?

11        A.   Absolutely.

12        Q.   Do they have a right to protest if they are

13   using foul language?

14        A.   Yes.

15        Q.   How about obscene gestures?

16        A.   Yes.

17        Q.   How about if they're yelling at officers?

18        A.   Sure.

19        Q.   Does that right include the right to protest

20   on streets?

21             MS. DUNCAN:  Object to the legal conclusion.

22   Subject to that, you can answer.

23        A.   It's my understanding that the ordinances of

24   the city of St. Louis and the statutes of the state of

25   Missouri precludes folks from impeding the flow of
```

EXAMINATION BY MS. STEFFAN

Page 143

```
 1    traffic.

 2         Q.    (By Ms. Steffan) So yes or no?

 3         A.    In any context, whether protesters or

 4    somebody selling drugs.

 5         Q.    Okay.  So does that mean that it is your

 6    understanding that people in St. Louis do not have a

 7    First Amendment right to protest on streets?

 8         A.    Yes.

 9         Q.    Yes, they do?

10         A.    They -- it's my understanding that they do

11    not.

12         Q.    Okay.  How about the right to protest on a

13    sidewalk; do people in St. Louis have the right to

14    protest on a sidewalk?

15               MS. DUNCAN:  Same objection to the legal

16    conclusion.  Subject to that, you can answer.

17         A.    Again, it depends on a variety -- several

18    different variables.

19         Q.    (By Ms. Steffan) What variables are those?

20         A.    If folks are -- if the protesters or people

21    protesting are blocking other -- not involved folks

22    from being able to travel via said sidewalk.  That

23    would constitute a violation.

24         Q.    A violation of what?

25         A.    City ordinance.
```

EXAMINATION BY MS. STEFFAN

Page 144

```
 1        Q.    How can you tell if people are blocking
 2   pedestrian traffic?
 3              MS. DUNCAN:  I'll object as to context and
 4   that it's vague.  Subject to that, you can answer.
 5        A.    It's common sense really.  If there's a
 6   group of individuals blocking the sidewalk or standing
 7   stationary and not allowing other folks to pass
 8   through, that would be blocking a sidewalk.
 9        Q.    (By Ms. Steffan) If there's a group of
10   people standing stationary on the sidewalk but nobody
11   actively trying to get by, are they blocking
12   pedestrian traffic in that circumstance?
13              MS. DUNCAN:  I'll object as to speculation.
14   Subject to that, you can answer.
15        A.    I guess it depends on several things.
16        Q.    (By Ms. Steffan) Like what?
17        A.    Like if somebody tries to get by and what
18   the crowd's reaction is or if there's simply not any
19   space for somebody to get by.
20        Q.    Let's presume that there is nobody trying to
21   get by.  The only people there are people who are part
22   of the group protesting on the sidewalk.  Do they have
23   a right to do that?
24              MS. DUNCAN:  Again, object as speculation.
25   Subject to that, you can answer.
```

EXAMINATION BY MS. STEFFAN

1          **A.   I don't know how to answer that.**

2          Q.   (By Ms. Steffan) What is your

3     understanding?

4               MS. DUNCAN:  Objection.  Vague.

5     Understanding as to what?

6          Q.   (By Ms. Steffan) Do you not understand the

7     question?

8          **A.   I understand, but I guess I don't know how**

9     **to answer it.**

10         Q.   Okay.  If you encounter -- you're a police

11    officer in charge of enforcing the law; is that

12    correct?

13         **A.   Yes.**

14         Q.   If you encounter a group of people, let's

15    say 30 people, standing stationary on a sidewalk,

16    nobody trying to get by, are those group of people

17    violating city ordinance or not?

18         **A.   I don't know.**

19         Q.   What would it depend on?

20         **A.   It depends on I guess how the ordinance**

21    **reads.**

22         Q.   Okay.  You don't know how the ordinance

23    reads?

24         **A.   Correct.**

25         Q.   Okay.  Can a person be guilty of obstructing

EXAMINATION BY MS. STEFFAN

Page 146

```
 1    traffic, vehicular traffic, if the street is blocked?
 2              MS. DUNCAN:  Objection.  Speculation.
 3        Q.    (By Ms. Steffan) If the street is closed?
 4        A.    I don't -- I don't know how a judge would
 5    rule on that matter.
 6        Q.    Could you arrest a person for obstructing
 7    traffic if the street is closed that they are on?
 8        A.    If they're blocking the street, I would
 9    imagine that we can.
10        Q.    Did you ever hear any officers say, "Whose
11    streets, our streets," while you were on duty the
12    weekend of September 15th, 2017?
13        A.    No.
14        Q.    Did you participate in an after-action
15    review following that weekend?
16        A.    Yes.
17        Q.    When was that?
18        A.    I don't remember specifically.
19        Q.    Was it immediately after it or sometime
20    later?
21        A.    Sometime.
22        Q.    Okay.  Days later?
23        A.    Months later.
24        Q.    Okay.  Where was that?
25        A.    At police headquarters.
```

EXAMINATION BY MS. STEFFAN

Page 147

```
 1         Q.   Who was there?

 2         A.   A lot of people.

 3         Q.   Okay.  All the officers who patrolled or

 4    most?

 5         A.   Most, if not all, the members of BRT.

 6         Q.   Besides BRT, were there other units present?

 7         A.   Other police units?  I don't know.  There

 8    may have been a couple other sergeants just to kind of

 9    sit in from the chief's office.

10         Q.   Were there other command staff present?

11         A.   Not that I can recall.

12         Q.   Who was the highest-ranking person there?

13         A.   Lieutenant Boyher.  Lieutenant Boyher.

14         Q.   How long did that meeting last?

15         A.   I think it lasted for a day.  Maybe it might

16    have went into two different days.

17         Q.   Was it broken up into separate events, or

18    was it one big event the whole time?

19         A.   It was one event the whole time.

20         Q.   Who spoke?

21         A.   I did a little bit of speaking.  Actually I

22    think I did most of the speaking.

23         Q.   How long did you speak for?

24         A.   I don't know.

25         Q.   Hours?  I mean a long time, or was it a
```

EXAMINATION BY MS. STEFFAN

1    short speech that you gave?

2        A.    I never gave a speech.  I wouldn't say a

3    speech but more of a presentation.  So I don't know.

4    I spoke over -- multiple times over the course of two

5    days.

6        Q.    Okay.  What was the purpose of that meeting?

7        A.    It had several purposes, one of which was

8    essentially a critical-incident review.  A lot of --

9    there was a lot of officers experiencing trauma during

10   these times.  So it was to address that.

11           Also reviewed a lot of the video available

12   to us and that I took to see if we could identify

13   offenders that had assaulted police officers.

14           And then also to determine, again, if we

15   could do anything better next time or if we did

16   anything wrong from the auspices of the Bicycle Unit

17   if I'm saying that correctly.

18       Q.    When you say it was a "critical-incident

19   review," what does that term mean?

20       A.    So we reviewed the incident again to see if

21   --

22       Q.    Okay.  So when you just said you were trying

23   to see if you could do anything better next time, that

24   is a critical-incident review?

25       A.    I think so, yeah.

EXAMINATION BY MS. STEFFAN

Page 149

```
 1      Q.   Okay.  Do you conduct critical-incident
 2  reviews regularly about other things?
 3      A.   When I was in anticrime we did.
 4      Q.   Okay.  Was this the first critical-incident
 5  review that you participated in as a member of the
 6  Bike Unit?
 7      A.   Yes.
 8      Q.   You said you reviewed video that was
 9  available to you?
10      A.   Correct.
11      Q.   How much video would you say, hours or less
12  than that?
13      A.   Hours.
14      Q.   And was that video taken at multiple
15  locations?
16      A.   Yes.
17      Q.   Was it all video that you had taken, or were
18  there other sources?
19      A.   There were other sources too if I recall
20  correctly.
21      Q.   Did other officers also speak or respond to
22  questions, participate in that meeting in some way?
23      A.   It was an open meeting essentially, so
24  anybody could speak or talk.
25      Q.   And did other officers avail themselves of
```

EXAMINATION BY MS. STEFFAN

1  the opportunity to?

2      **A.   Yes.**

3      Q.   Did you come to the conclusion that you

4  could have done anything better?

5      **A.   Not necessarily, no.**

6      Q.   I think you already said that meeting was

7  some months after these events, right?

8      **A.   Yes.**

9      Q.   Was it before or after the court issued its

10  order in this case?

11      **A.   I can't remember.**

12      Q.   Did you go over that order at the meeting;

13  do you recall?

14      **A.   No.**

15      Q.   No, you don't recall, or you didn't go over

16  it?

17      **A.   I don't believe we went over the order.**

18      Q.   Okay.  You described what you did as a sort

19  of presentation; is that right?

20      **A.   I think that's -- yep.**

21      Q.   Did you have any notes that you referred to?

22      **A.   No.**

23      Q.   Had the incident report been done by that

24  point?

25      **A.   Which one?**

EXAMINATION BY MS. STEFFAN

Page 151

```
 1        Q.   The I-leads report to which you contributed

 2   your uses of chemical agents, was that done at that

 3   point?

 4        A.   I believe so.

 5        Q.   Did you review that at that meeting?

 6        A.   No.

 7        Q.   Did you review any audio other than -- the

 8   video that you saw, did you review any tactical

 9   communications?

10        A.   I don't think -- we may have listened to

11   some radio transmissions, but I don't recall if we did

12   or not.

13        Q.   Okay.  You said most members of BRT were

14   there, right?

15        A.   Yes.

16        Q.   And Lieutenant Boyher was there, right?

17        A.   If I recall correctly, Lieutenant Boyher was

18   there for at least part of it.

19        Q.   Did he also give some kind of presentation?

20        A.   I don't remember.

21        Q.   Do you recall if he spoke?

22        A.   I don't remember.

23        Q.   Who decided to have that after-action

24   review?

25        A.   I think it was a consensus amongst several
```

EXAMINATION BY MS. STEFFAN

Page 152

```
  1    different people.
  2         Q.   In BRT?
  3         A.   BRT and then -- in BRT and perhaps another
  4    commander, but I don't recall specifically who.
  5         Q.   Did the chief come to that meeting?
  6         A.   He may have made an appearance, but I can't
  7    recall.
  8         Q.   Who was the chief at that point?
  9         A.   At that point it was either John Hayden or
 10    it might have been Chief Hayden.  I think it was
 11    shortly after he was --
 12         Q.   Okay.
 13         A.   -- promoted to the rank of chief.  Yeah, I
 14    remember him being there actually.  He didn't say
 15    much.
 16         Q.   He was there in his capacity as chief?
 17         A.   Yes.
 18         Q.   So if we know that he became chief in
 19    December of 2017, then this would have been in
 20    December or after; is that right?
 21         A.   After, right.
 22         Q.   Okay.  Have you sent any e-mails about the
 23    protests or the police response to the protests?
 24         A.   Yes.
 25         Q.   What e-mails have you sent?
```

EXAMINATION BY MS. STEFFAN

Page 153

```
 1        A.    Mainly e-mails back and forth with our legal
 2   division.
 3        Q.    I don't want to ask about your
 4   communications with your legal division.  Other than
 5   to and with legal division, have you sent any e-mails
 6   about the protests or the police response to the
 7   protests?
 8        A.    Nothing regarding the police response, but I
 9   did send a departmentwide message asking people to
10   come to the incident review we just spoke about.
11        Q.    Did people outside of BRT take you up on
12   that invitation?
13        A.    Again, there was -- there might have been a
14   representative from a lieutenant, colonel or two that
15   sat in for part of it, but other than that, I can't
16   recall specifically.
17        Q.    And when you say a departmentwide message,
18   that's an e-mail?
19        A.    Correct.
20        Q.    Okay.  How about text messages, did you send
21   text messages about the protests or the police
22   response to the protests?
23        A.    No.
24        Q.    Did you post anything on social media?
25        A.    No.
```

EXAMINATION BY MS. STEFFAN

1      Q.    Have you had any training on the history of

2  protests in St. Louis?

3      **A.    No.**

4      Q.    How about civil disobedience, have you had

5  any training on what that is?

6      **A.    What it is or --**

7      Q.    What it is.

8      **A.    No.**

9      Q.    Okay.  You have had training on how to

10  respond to it?

11      **A.    Correct.**

12      Q.    How do you identify whether a situation is a

13  civil disobedience situation or not?

14      **A.    I don't necessarily think that we've had**

15  **specific training to indicate one way or another.**

16      Q.    You have had training on the First

17  Amendment; is that correct?

18      **A.    In the police academy.**

19      Q.    After you graduated from the police academy,

20  have you had any training on the First Amendment?

21      **A.    Not that I can recall specifically.**

22      Q.    Do you know, is there a way to get a permit

23  to have a street protest in St. Louis?

24      **A.    I'm not sure.**

25      Q.    Do you know a term called "the

EXAMINATION BY MS. STEFFAN

```
 1    Policy-Acknowledgment System"?

 2         A.   Yes.

 3         Q.   What is that?

 4         A.   It's a system -- it's a piece of software

 5    the Metropolitan Police Department uses to ensure

 6    compliance with certain special orders.  To ensure

 7    knowledge of certain special orders.

 8         Q.   Fair enough.  Have you received any policies

 9    or special orders through the Policy-Acknowledgment

10    System?

11         A.   Yes.

12         Q.   What ones?

13         A.   Every month we have -- there's a use of

14    force, a CIT, Charles Item Tom, pursue policy and

15    sexual-harassment policies are tested on a monthly

16    basis.

17         Q.   So every month those are sent to you; you

18    have to acknowledge that you received them?

19         A.   Yeah.  We -- for most of those, a test is

20    actually required in order to ensure that a particular

21    person has acknowledged the order.

22         Q.   What is CIT?

23         A.   Crisis Intervention Team.

24         Q.   That goes to everybody?

25         A.   Yes.
```

EXAMINATION BY MS. STEFFAN

1        Q.    Is everyone on the Crisis Intervention Team?

2        **A.    Most of the department is trained in Crisis**

3   **Intervention Team training.  The goal of the**

4   **department is to have every frontline police officer**

5   **and supervisor trained, but not everybody is yet.**

6        Q.    Are you familiar with something called the

7   "Templeton Settlement" or a lawsuit brought by a

8   person named Alexis Templeton?

9        **A.    I've heard that term used by my counsel.**

10       Q.    Okay.  Did you ever receive anything related

11  to the Templeton lawsuit through the

12  policy-acknowledgment system?

13       **A.    I don't recall.**

14       Q.    Considering everything you know about the

15  police response to the Stockley protests, would you do

16  anything differently if it happened today?

17       **A.    I don't think so.**

18       Q.    Considering the court's order in this case,

19  would you do anything differently today if the same

20  events happened?

21            MS. DUNCAN:  Again, I'll object.  The

22  court's order speaks for itself.

23       **A.    No.**

24       Q.    (By Ms. Steffan) Okay.

25            MS. STEFFAN:  I think that's all I have.

EXAMINATION BY MS. DUNCAN

```
 1              MS. DUNCAN:  Okay.

 2              MS. STEFFAN:  If I could have just one

 3      minute to read through my notes and make sure.

 4              MS. DUNCAN:  Sure.

 5              MS. STEFFAN:  I'm finished.

 6                      [EXAMINATION]

 7      BY MS. DUNCAN:

 8         Q.   Sergeant, you talked about or you were

 9      questioned about the use of foggers, and you said that

10      you had not seen any of those dispersed on

11      September 15th through 17th; is that correct?

12         A.   Correct.

13         Q.   Okay.  And what is your understanding of

14      what a fogger is?

15         A.   A fogger is a device to spray OC spray in a

16      wide pattern.

17         Q.   Okay.  Is there something that sprays OC

18      spray in a more direct pattern?

19         A.   Yes.

20         Q.   And what are those called?

21         A.   Streamers.

22         Q.   Okay.  Did you see streamers used?

23         A.   Yes.

24         Q.   Okay.  And just to be clear, you saw

25      streamers used from the time of September 15th to
```

EXAMINATION BY MS. DUNCAN

Page 158

```
 1    17th?

 2         A.    Yes.

 3         Q.    Okay.  You said that at one point on

 4    September the 17th in the evening, you declared an

 5    unlawful assembly and told people to leave the area --

 6         A.    Yes.

 7         Q.    -- correct?  And I believe you testified

 8    that some people did leave the area?

 9         A.    Yes.

10         Q.    Okay.  So was it your understanding that at

11    least for those people, they understood what you meant

12    by "leave the area"?

13         A.    Yes.

14         Q.    Okay.  You said that when there was an

15    unlawful assembly, that people started cussing at you?

16         A.    Yes.

17         Q.    What was being said.  And you're going to

18    get graphic here, but that's okay.

19         A.    A variety of very colorful terms.  "Fuck the

20    police."  There were some mention about violating --

21    sexually violating family members of mine.  I can keep

22    going and going but...

23         Q.    Were they threatening?

24         A.    Yes.

25         Q.    Was it aggressive?
```

EXAMINATION BY MS. DUNCAN

Page 159

```
 1        A.    Yes.

 2        Q.    You mentioned the arrest maneuver called

 3   encirclement.  Would you call it an encirclement

 4   tactic?

 5        A.    Sure.

 6        Q.    Were there any -- was there any illegal

 7   contraband or weapons recovered after those arrests?

 8        A.    Yes.  After most people were arrested, it

 9   was my understanding six firearms were recovered

10   either on the ground, by themselves or from persons at

11   Tucker and Market.

12        Q.    And that was from the people that were

13   encircled?

14        A.    At least some were, and some were just on

15   the ground.  So I wouldn't be able to say for sure

16   that they came from the folks that were in there, but

17   we could certainly assume that they were.

18        Q.    Okay.  Prior to September 17th, 2017, had

19   you ever participated in a prior encirclement tactic?

20        A.    No.

21        Q.    To your knowledge, had the department --

22   prior to September 17th of 2017, to your knowledge,

23   had the department participated in an encirclement

24   tactic before?

25        A.    No.
```

EXAMINATION BY MS. STEFFAN

 1           MS. DUNCAN:  I think that's all the

 2  questions I have.

 3           MS. STEFFAN:  I have a few follow-ups on

 4  that.

 5                    [EXAMINATION]

 6    BY MS. STEFFAN:

 7    Q.   Is there a difference between what you've

 8  just called a "streamer" and what we previously called

 9  the "handheld Mace"?

10    **A.   So a streamer is I guess roughly the size of**

11  **this one-liter bottle, and it allows an officer to**

12  **have additional capacity of pepper spray.  But the**

13  **output of that device is in a stream.  So it's**

14  **designed to address an individual and not a wide**

15  **pattern like a fogger would.**

16    Q.   Are a streamer and a fogger roughly the same

17  size?

18    **A.   I don't know that I've seen a fogger before,**

19  **but I would think so.  It's my understanding the**

20  **department doesn't use foggers.**

21    Q.   Okay.  If Sergeant Rossomanno testified that

22  he used a fogger, would that surprise you?

23    **A.   I don't know.**

24    Q.   Okay.  When you were testifying earlier

25  about using your handheld Mace, that wasn't a

EXAMINATION BY MS. STEFFAN

Page 161

```
 1   streamer?
 2        A.   During -- when we were talking about the bus
 3   incident specifically, I used my handheld Mace.  I did
 4   on several occasions use a streamer as well.
 5        Q.   Okay.  Are you issued a personal streamer?
 6        A.   No.
 7        Q.   That's shared equipment?
 8        A.   Correct.
 9        Q.   Okay.  How did you get your streamer that
10   you then used?
11        A.   I was given one at the bike office.
12        Q.   Okay.  Who gave that to you?
13        A.   Lieutenant Boyher.
14        Q.   Did you have to like sign it out or
15   something like that?
16        A.   I can't remember if I did or not.
17        Q.   Is that the same substance in a streamer as
18   is in the handheld Mace?
19        A.   It's my understanding that it is.
20        Q.   We talked about several instances in which
21   you had used your handheld Mace during these protests.
22   When did you use the streamer?
23        A.   There's one instant -- let's see here.  In
24   front of police headquarters when we were clearing out
25   the folks that were damaging police cars.  And then I
```

EXAMINATION BY MS. STEFFAN

1    **also used it once during the mass-arrest maneuver at**

2    **Tucker and Market.**

3        Q.   Okay.  The first occasion that you've just

4    mentioned, was that on the afternoon of the 15th?

5        **A.   Yes.  It was after morning.**

6        Q.   Okay.  And who did you direct it toward?

7        **A.   Folks who were either about to assault**

8    **police officers or who weren't complying with orders**

9    **to remove themselves from the street.**

10       Q.   And did you arrest those people?

11       **A.   No.**

12       Q.   How many times did you deploy it?

13       **A.   At what time?**

14       Q.   The streamer when you were talking about

15   doing it the afternoon of the 15th?

16       **A.   Two or three times.**

17       Q.   Okay.  Did you provide any medical aid to

18   those people?

19       **A.   I wasn't able to.**

20       Q.   Is that no, you did not?

21       **A.   Correct.**

22       Q.   Okay.  Was it successful?

23       **A.   Yes.**

24       Q.   And you were trying to get the people to do

25   what, move away?

EXAMINATION BY MS. STEFFAN

```
 1        A.   I was trying to get the people to either not
 2   assault my police officers or to comply with our
 3   orders.
 4        Q.   Okay.  Had an unlawful assembly been
 5   declared when you used the streamers?
 6        A.   I don't think so, not at that point.
 7        Q.   Did you warn the people that you would be
 8   using the streamers against them?
 9        A.   It depends on which -- which time I used it.
10        Q.   Okay.  I'm talking about the afternoon of
11   September 15th.  You did sometime when -- one of the
12   times you deployed the streamer during that period or
13   none of the times?
14        A.   I can't remember specifically.  I may not
15   have warned anybody that time that I was going to
16   deploy it because they were -- as I said, there were
17   two folks that were getting ready to assault my police
18   officer or who were actively pushing on bikes.
19        Q.   Is it your understanding that you were
20   required to warn them?
21        A.   No.
22        Q.   If you had deployed tear gas in that
23   situation, would you have been required to warn them?
24        A.   I would not have deployed tear gas.  So I
25   don't know.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.   Okay.
 2        A.   And we weren't using -- I wasn't using the
 3   pepper spray in that instance to disperse the crowd.
 4   I was using it on individuals that were -- I was
 5   addressing individuals.
 6        Q.   Uh-huh.  So is it your understanding that if
 7   you were using pepper spray either handheld or a
 8   streamer against an individual, that you do not need
 9   to warn them?
10        A.   It's my understanding, yes.
11        Q.   That you do not need to warn them?
12        A.   Correct.
13        Q.   Okay.  You were asked about the people who
14   complied with your order to leave the area near 9th
15   and Olive; is that correct?
16        A.   Yes.
17        Q.   How far did those people go?
18        A.   I don't know.  They left, and I didn't see
19   them again.
20        Q.   So do you know if they left the area?
21        A.   I didn't see them again.
22        Q.   So you do not know if they complied with
23   your command?
24        A.   They complied with -- they left -- they left
25   my line of sight, and I didn't see them again.
```

EXAMINATION BY MS. STEFFAN

Page 165

```
 1        Q.   Okay.  You were also asked whether you found
 2   any contraband or weapons after the encirclement; is
 3   that correct?
 4        A.   Yes.
 5        Q.   And you said you did find six firearms, I
 6   believe?
 7        A.   I didn't find six firearms, but I know I saw
 8   one on the ground, and it came to my attention later
 9   that there were a total of six handguns recovered.
10        Q.   Is it unlawful to carry a handgun?
11        A.   I can't remember when the laws changed, but
12   generally right now, no.  Well, it depends on who's
13   carrying it of course.
14        Q.   Of course.  Was it unlawful for everyone to
15   carry a handgun at the time that encirclement
16   occurred?
17        A.   No.
18             MS. DUNCAN:  Objection.  Speculation.
19   Subject to that, you can answer.
20        A.   No.
21        Q.   (By Ms. Steffan) So do you know if the
22   firearms that you recovered were illegal firearms or
23   not?
24        A.   Well, I guess -- there's multiple ways a
25   firearm can be illegal, but I don't know.
```

EXAMINATION BY MS. STEFFAN

```
 1        Q.   Okay.

 2             MS. STEFFAN:  That's all my follow-up.

 3             MS. DUNCAN:  Okay.  I have nothing further.

 4   So, Officer, you can either waive your signature or

 5   read it.  Reading it would entail going through the

 6   transcript, and then you'd be able to proof it for

 7   typos and substance, or you can waive signature.  I

 8   would suggest or I'd advise that you read it.

 9             THE WITNESS:  I would like to read.

10             MS. DUNCAN:  Thank you.

11             MS. STEFFAN:  PDF for me.  That's it.

12   That's all I need.

13             MS. DUNCAN:  I'll do an e-tran.

14                  (Whereupon signature was reserved, and

15                   the deponent was excused.)

16                  (The exhibit was retained by

17                   the reporter.)

18

19

20

21

22

23

24

25
```

1          COMES NOW THE WITNESS, MATTHEW KARNOWSKI,
   and having read the foregoing transcript of the
2  deposition taken on the 17th day of DECEMBER, 2018
   acknowledges by signature hereto that it is a true and
3  accurate transcript of the testimony given on the date
   hereinabove mentioned.

4

5          _____
           [MATTHEW KARNOWSKI]
6

7          Subscribed to before me this _____ day
   of _____, 2019.
8

9

10         _____
           [Notary Public]
11

12

13  My commission expires:  _____.

14

15

16

17  (MATTHEW KARNOWSKI Deposition)
    MALEEHA AHMAD, ET AL. vs. CITY OF ST. LOUIS, MISSOURI
18  Reporter:  Stacey L. Preusser, MO-CCR, IL-CSR
    Date Taken:  DECEMBER 17, 2018.
19

20

21

22

23

24

25

1                    REPORTER CERTIFICATE

2

3

4
              I, Stacey L. Preusser, MO-CCR, IL-CSR, do
5    hereby certify that there came before me at City of
     St. Louis, City Hall, 1200 Market Street, St. Louis,
6    Missouri,

7

8                    MATTHEW KARNOWSKI,

9    who was by me first duly sworn; that the witness was
     carefully examined, that said examination was reported
10   by myself, translated and proofread using
     computer-aided transcription, and the above transcript
11   of proceedings is a true and accurate transcript of my
     notes as taken at the time of the examination of this
12   witness.

13            I further certify that I am neither attorney
     nor counsel for nor related nor employed by any of the
14   parties to the action in which this examination is
     taken; further, that I am not a relative or employee
15   of any attorney or counsel employed by the parties
     hereto or financially interested in this action.

16
              Dated this 24th day of DECEMBER, 2018.
17

18

19   _____
     STACEY L. PREUSSER, MO-CCR, IL-CSR
20

21

22

23

24

25

**A**

**Abby** 3:17
**ability** 5:21,25
**able** 78:14 81:10
  81:19,21,22,24
  85:14,15,23
  86:5,11,11 88:4
  143:22 159:15
  162:19 166:6
**abnormal** 26:15
**abrasion** 67:4
**absolutely** 78:11
  142:11
**academy** 10:19,21
  10:22 14:6 16:9
  17:16,21 18:2
  94:1,2,4 154:18
  154:19
**accidentally** 29:1
  29:2
**accomplish** 68:7
  68:21 70:18
  89:3
**accurate** 167:3
  168:11
**accurately** 123:19
**acknowledge**
  155:18
**acknowledged**
  155:21
**acknowledges**
  167:2
**acted** 21:14
**acting** 110:19
**action** 107:8,11
  118:6 137:9,11
  168:14,15
**actions** 25:11
  70:19 92:8
  142:10
**active** 108:24
**actively** 89:8
  128:25 129:2
  144:11 163:18
**activities** 8:4
  141:7
**activity** 128:20
  129:19 138:14
  139:8,9,14,20
  140:2,7,11,14
  140:17
**additional** 20:11
  46:8 160:12
**address** 93:22
  121:6 134:20
  148:10 160:14
**addressing** 164:5

**administered** 4:14
**administration**
  16:13
**administrative**
  20:18,19 23:18
  23:22 26:5,7,11
  27:6,23
**advise** 166:8
**advised** 125:12,13
**affairs** 30:19
**affect** 5:21,25
**affixed** 38:23
**after-action**
  146:14 151:23
**afternoon** 3:11
  24:9,15 47:6
  50:17 116:11,12
  162:4,15 163:10
**afternoons** 24:12
**afterward** 129:10
**age** 4:12
**agent** 120:3,11
  121:10 140:1,6
  140:10,20
  141:21
**agents** 109:8
  114:1 118:23
  119:1,10,12,24
  120:1,4 121:13
  127:9,15 133:19
  135:22 136:9
  138:2,8 151:2
**aggressive**
  158:25
**ago** 11:9,19 12:11
  14:7,18 28:5
  32:15 36:1,2
  41:17 42:2,14
  42:15 43:10
  135:20
**agree** 124:17
  132:19 142:6
**agreed** 4:1 56:25
**agreement** 4:7
**ahead** 56:25 68:6
**Ahmad** 1:4 3:4,14
  5:2 90:11
  167:17
**aid** 88:2,8 89:18
  89:22 162:17
**air** 5:16
**al** 1:4 3:4,14
  167:17
**alcohol** 5:21
**Alexis** 156:8
**alleged** 28:9,14,16
**alleging** 32:12
**allowing** 125:4,7

  125:10 144:7
**allows** 14:20
  37:23 160:11
**amend** 49:24
**Amendment**
  142:7 143:7
  154:17,20
**American** 3:14
**amount** 64:4
  107:9 135:2
**Anatomy** 12:24
**ancillary** 14:7
**and/or** 96:19
**angry** 44:22 45:2
**annually** 94:3
**answer** 5:6,17
  9:21 24:3 25:20
  43:23 59:20
  61:11 62:22
  63:12 73:21
  94:14,25 95:7
  99:7 110:15
  111:3 116:21
  119:7 123:20
  128:16 139:6
  142:22 143:16
  144:4,14,25
  145:1,9 165:19
**answered** 99:5
  112:15
**anticipate** 89:4
**anticrime** 18:8,9
  31:17 134:8,15
  134:16,23 149:3
**anybody** 66:9
  68:15 83:9
  89:22 103:7
  129:23 136:17
  149:24 163:15
**apparently** 128:23
**appearance** 152:6
**applied** 20:5
**approach** 55:10
  56:9 94:16 95:8
  95:14 105:25
  107:21 110:11
**approached** 57:2
  57:17 82:4
  83:19
**approaching**
  56:21 59:4 60:7
  62:24 71:8 80:5
  80:8 110:18
**appropriate** 49:22
  50:3 62:11
**approximately**
  17:21 21:7 31:5
  34:25 67:20

  69:15
**area** 48:15 86:6
  87:1 96:21
  97:11,13 99:25
  104:21,22 105:4
  105:12,21 107:2
  107:6 110:8
  133:14 158:5,8
  158:12 164:14
  164:20
**areas** 34:14
**arm** 61:24 77:1
  78:12,25 79:1
**armed** 129:6
**armor** 39:16
**arms** 75:24,25
  76:3,9,11 80:4,9
  80:11,14 81:4
  82:5 84:9 85:8
  87:22 90:18
  91:10
**arrest** 61:17 73:1
  124:18 129:21
  130:7,8 132:9
  132:12 134:25
  135:6 136:17,23
  136:25 138:5,10
  146:6 159:2
  162:10
**arrested** 17:7,11
  127:5 130:4
  132:11,14 159:8
**arrestee** 130:24
**arrestees** 128:20
  131:3,5
**arresting** 126:12
**arrests** 109:11
  125:14,18 126:2
  126:6,9,19
  132:21,22,24
  159:7
**arrived** 44:13
  45:20,22
**Arsenal** 133:17
  134:5 135:19,20
**Arts** 10:7
**asked** 5:13 99:4
  140:19 164:13
  165:1
**asking** 111:11,12
  111:13 112:5,6
  139:10 153:9
**assault** 162:7
  163:2,17
**assaulted** 72:17
  148:13
**assaulting** 72:20
**assembly** 93:25

  94:10,17,21
  95:4,12,16,23
  95:25 96:6,13
  96:18 99:13,17
  99:21,24 100:23
  101:3,7,13
  102:10,25 103:4
  103:7 107:6,15
  107:20 108:1,9
  108:12,15 109:2
  109:5,9 110:20
  110:22 111:7,10
  111:16,23 112:1
  113:19,23 114:3
  114:13 115:5,18
  116:1,16,19
  117:2,12,14
  158:5,15 163:4
**assessments**
  15:7
**assigned** 18:3,23
  26:4,7,10 27:6
  27:22 34:12,21
  37:12 38:4,7
  41:4 60:12,13
**assignment** 19:4
  41:25 46:13,17
**assist** 61:17
**Association** 14:16
**assume** 5:3 38:4
  93:10 159:17
**ate** 45:18,21
**attached** 58:15
  77:2
**attacked** 135:9
**attempt** 102:9
**attempting** 63:13
  67:10
**attend** 10:2 11:2
**attended** 10:25
  11:10,12,23
**attention** 30:16,18
  62:23 84:25
  125:17 165:8
**attorney** 6:9 8:23
  9:1 168:13,15
**attorneys** 5:1
**attributes** 20:19
**audio** 6:23 7:5,6
  9:4,6 151:7
**auspices** 148:16
**authority** 100:20
**authorized** 34:19
**auto-related**
  134:17
**automatic** 32:22
  33:5
**automatically**

27:10 58:21
**auxiliary** 46:8
**avail** 149:25
**available** 36:25
90:7 148:11
149:9
**aware** 32:19 42:24
73:4 90:9 139:1

_____

**B**

**Bachelor's** 11:7,8
**back** 17:9 26:9
30:10 31:16
33:23 38:19
41:9 44:15
46:21 56:23
62:23 65:19
68:4,9 69:20
70:8 71:24
82:20 89:7
107:4 112:6,9
120:9 125:25
127:6 129:6
130:17,18
131:12,15 134:2
134:8 153:1
**Backing** 49:16
**badge** 38:12,13
**bag** 38:9
**ballistic** 39:17,18
**balls** 134:1
**bank** 134:18
**banked** 37:6
**banks** 37:5
**bar** 61:24
**base** 44:19
**Based** 60:2
**basic** 15:14,15
16:14,19 94:1
**basically** 25:7
**basis** 121:6
155:16
**baton** 62:3 128:5
128:11
**batons** 127:19,21
127:24 128:2,6
**BEAR** 114:18,19
114:20,21 115:9
122:4
**beat** 19:16
**becoming** 13:14
13:19 15:16
16:15
**began** 63:2,4,21
115:20
**behalf** 1:12 3:10
**belief** 44:19
110:20 117:25

118:1 119:25
**believe** 33:7 40:14
44:16 51:18
56:11 63:7
64:24 66:22
70:14,17 71:1
71:15,21 72:21
84:21 85:10
106:20 115:13
115:22 120:13
121:9 125:23
126:15 131:4
133:25 135:16
137:16,21,22
139:12 140:16
150:17 151:4
158:7 165:6
**believed** 30:12
45:6
**bell** 137:19
**belt** 59:7,10,12,18
59:22 61:3
**benefits** 29:18
**best** 95:22
**better** 37:20 38:1
38:15 76:10,19
148:15,23 150:4
**Bi-State** 77:11
**bicycle** 14:11,13
14:14,20 18:14
19:5 34:2,6,6,12
34:13,15,22
35:4 41:23
45:13,14 52:22
56:4 63:2,8
65:20 68:3
100:6 148:16
**bicycles** 34:11
35:5 38:2 56:10
56:10 63:7 65:9
65:12,17,19
81:23 124:13,14
**big** 56:13 59:11,13
82:14 136:25
147:18
**bigger** 35:2 62:16
**bike** 14:16 15:1,25
16:1 19:19
21:23 30:11
33:25 34:9,13
34:17 35:2,6,10
35:12,16,18,22
36:4,5,7,11 37:9
37:10,12,15,20
37:25 38:8,9
39:10,19,22
40:20 45:15,20
45:23 46:5,7,10

46:19 47:3,15
52:14 53:16
54:7 56:21,21
57:18,23,25
58:2,4,7,12 59:5
65:21,25 66:9
66:10,23 67:7
67:23,23 71:12
71:21,22 72:6,9
72:19,23 76:1
77:3,4,6 78:13
78:18 79:1 80:8
81:17 82:1
83:11,13 85:3
86:5,13 87:11
87:11,14,18,20
92:24 93:1,8
100:9 103:13,16
123:12 129:22
134:7 149:6
161:11
**bikes** 15:12 16:17
37:10,17,18,19
54:8 56:6,11,12
66:7 70:6,23
81:22 104:2
163:18
**bit** 11:14 15:20
20:17 71:24
118:24 119:14
119:14 134:2
139:17 147:21
**black** 82:25 91:3
**block** 15:16 16:15
63:14 67:10,13
102:9 103:14
**blocked** 102:1
146:1
**blocking** 107:24
108:19 118:3
136:12 143:21
144:1,6,8,11
146:8
**body** 76:5
**bombs** 121:21
**border** 106:19
**bottle** 104:4
160:11
**bottles** 64:11
**boundaries**
106:15
**Boyher** 21:22
39:21 40:15,16
51:6 53:9,11
100:19 147:13
147:13 151:16
151:17 161:13
**branch** 11:25 12:4

**brand** 37:13
**break** 5:15,18
68:24 103:7
131:18,22
**breakfast** 45:18
45:21
**breaking** 94:17
95:10
**Bridge** 137:18,24
**brief** 63:16
**bring** 85:14
128:23 129:5
**broad** 11:14 28:19
**Broadway** 137:2,7
**broken** 97:2,4
101:16 102:14
147:17
**brought** 30:16,18
156:7
**BRT** 46:9,11 53:12
53:24 54:2,14
54:17 60:10
86:16 103:11
147:5,6 151:13
152:2,3,3
153:11
**building** 15:16
16:15
**bunch** 97:5
**bureau** 126:16,17
126:18
**burnt** 104:7
**bursts** 75:1
**bus** 50:13 51:22
52:1,5,6,8,8,8
52:10 55:10,11
56:9,22 57:2,17
57:21 58:13
60:7 62:25
63:14,17 64:3
68:12 69:6,8,9
69:21 70:7 71:5
71:8 74:11,12
74:14,16 75:18
75:20,20,22,24
76:2,12 77:2,24
78:5,10,17,20
78:22,23 79:20
79:21,24 80:1,2
80:5,6,6,8,11,17
80:18 81:5,10
82:2,6,7,12,14
82:17,21,23
83:10,19 84:5,7
84:17,19,20,24
84:25 85:2,4,15
86:1,3,5,10,11
86:16,17,18,19

86:19,21,22,23
86:24 87:1,4,8,8
87:12,18,23
90:19,20,22
116:12 161:2
**buses** 50:18,23,24
51:1,2,7,13,15
51:17 52:15
53:13,23,24
54:1,2,12 55:6
55:12,13 59:4
62:25 63:1
64:24 65:2,3
67:24 69:11
70:10 77:10,11
83:2 85:4 86:14
89:4
**business** 22:6
**button** 58:20,22

_____

**C**

**C** 3:13
**call** 132:6 159:3
**called** 97:11,13
118:23 119:10
131:22 138:13
154:25 156:6
157:20 159:2
160:8,8
**calls** 20:25 23:19
23:23 63:11
94:12 95:5
**cameras** 23:2
**cans** 59:21
**capability** 15:8
22:25
**capable** 15:5
**capacity** 19:22
22:8 23:12
45:11 152:16
160:12
**captain** 40:1,3,5
40:18
**captain's** 25:13
**car** 114:25 134:18
**carefully** 168:9
**carjackings**
134:18
**carries** 59:24
**carry** 59:12,17,22
61:3 73:18 84:4
165:10,15
**carrying** 58:25
59:3,5,8 60:6,10
60:24 73:23
121:25 127:19
165:13
**cars** 19:17,18

27:18 103:16
104:7 114:24
161:25
**case** 5:2 7:17 9:19
19:4,12 20:24
21:8 22:19
24:21 25:23
27:2,8 30:22
31:7 32:10 33:4
33:24 35:15
36:20 40:7
43:17,21,21
44:3 90:11
150:10 156:18
**cases** 31:11,18,20
49:4
**caught** 29:1,2
**cause** 26:10 28:7
**caused** 91:15,18
**causing** 108:23
130:12
**CDT** 41:24 42:2,5
42:17 51:19,23
54:2,4 86:18,22
87:5,7 126:15
**Central** 10:7 48:4
48:13 122:13,21
**certain** 32:21,21
32:22 33:6,6,18
33:18 65:23
91:4 131:1
138:25 155:6,7
**certainly** 89:6
100:20 159:17
**CERTIFICATE**
168:1
**certifications**
15:25 16:3
**Certified** 4:4,5
**certify** 168:5,13
**chain** 37:23 91:9
**chains** 37:20
**chairs** 102:6,7
**changed** 43:12,14
165:11
**channel** 58:23
**chaotic** 135:8
**characterize**
132:7
**charge** 21:17
22:11 48:22,24
100:13 145:11
**Charles** 105:10,16
155:14
**chemical** 109:8
114:1 118:23
119:1,10,11,15
119:24 120:1,3

120:3,11 121:10
121:13 127:9,15
133:19 135:3,22
136:9 138:2,8
140:1,6,10,20
141:21 151:2
**chest** 83:17,17
**chief** 20:4 22:9
152:5,8,10,13
152:16,18
**chief's** 25:4,6,10
147:9
**Chouteau** 106:18
106:21
**circumstance**
144:12
**circumstances**
30:8 50:12
107:10 141:9
**CIT** 155:14,22
**citizens** 139:8
**city** 1:7 3:7,11,11
3:17,17 5:2 9:16
34:14 106:8
110:17 133:3
135:23,24
142:24 143:25
145:17 167:17
168:5,5
**City's** 22:3,20,24
23:5,10
**civil** 3:14 30:7
41:6,10,15,22
44:23,25 154:4
154:13
**civilian** 30:4,24
31:13 32:3,6
37:18 52:2,4
83:2 101:6
102:25 105:12
105:20
**civilians** 51:24,25
68:17,20 74:19
90:8 139:13
**clapping** 128:6
**clarify** 42:14
137:17
**Clark** 50:17 64:25
65:3 84:22
116:8
**class** 11:19 12:8
13:18
**classes** 10:25
11:18,20 12:25
16:12
**classroom** 15:20
**clear** 9:5 28:15
55:11 68:4 70:1

70:7 75:17
86:19 112:16
157:24
**clearing** 161:24
**close** 53:19 55:18
56:24 82:13
101:12 103:20
130:23 135:20
137:6
**closed** 146:3,7
**closed-hand**
61:19,21 62:2,6
62:18
**closely** 40:23
**closer** 64:24 65:4
81:10 87:23
103:21
**closest** 71:5 74:13
74:15 128:22
**coat** 38:19,21,25
**cold** 90:4
**Cole** 106:18
**colleagues** 63:5
134:3,6,22
**college** 10:25 11:2
11:12,13,16
**colleges** 11:10
**colonel** 125:23
153:14
**colorful** 158:19
**column** 56:18,22
56:23,23 57:7
**columns** 55:10,20
56:8 57:9,16
62:24 85:21,24
85:25
**come** 16:5 45:12
46:15 62:15
70:12 127:1
150:3 152:5
153:10
**comes** 62:18
128:21 167:1
**coming** 45:6,11
103:9,10 107:4
**command** 49:22
62:13 131:4,13
140:14,16
147:10 164:23
**commander** 21:3
34:20 48:19
49:3,5,12,21,23
49:25 152:4
**commanders**
20:2
**commanding**
21:18 39:25
100:11,15

**commands** 62:8
62:21 128:23
131:3,9,10,16
**commendation**
25:5
**commendations**
24:25 25:3
**commission**
167:13
**commissioned**
94:5
**committed** 28:18
**common** 94:15
110:18 144:5
**common-sense**
94:16 95:8,14
105:18,25
107:21 110:10
110:11
**communicated**
92:3 125:22
**communicating**
58:6
**communications**
151:9 153:4
**Community** 11:12
11:13,16
**company** 22:5,12
**Comparatively**
38:2
**competent** 15:4
**complained** 30:17
**complaint** 30:5,13
30:16,23 31:8
31:13,20
**complaints** 30:7,9
30:24
**completed** 10:10
**completely** 84:2,4
135:8
**compliance** 155:6
**complied** 105:16
105:24 106:3,11
106:23 164:14
164:22,24
**comply** 107:1,7
109:19,24 163:2
**complying** 162:8
**comprised** 34:9
**computer** 93:6
**computer-aided**
168:10
**Concentrating**
84:8
**concern** 103:13
103:15
**concert** 102:2
**conclusion** 94:13

95:6 110:14
142:21 143:16
150:3
**conclusions**
111:12
**concrete** 97:7
**conditions** 5:24
**conduct** 30:21
149:1
**confident** 75:8
**confidential** 25:19
36:18
**configuration**
55:25
**confirm** 33:24
86:13
**connected** 118:1
**consensus**
151:25
**consider** 120:10
**considering** 89:7
156:14,18
**constitute** 143:23
**constitutes** 94:10
**consulted** 6:8,11
53:2
**context** 111:22
112:4 140:20
141:13 143:3
144:3
**continued** 70:6
102:19 103:24
108:4,4 110:1
**continuous**
102:17
**continuum** 61:18
62:4,20 119:17
119:20
**contraband** 159:7
165:2
**contracts** 22:5
**contributed** 151:1
**control** 61:15,19
**controlled** 132:7
132:11
**conversation** 89:9
**convey** 51:19
99:16,20
**conveyed** 92:10
**conveying** 105:1
**convicted** 16:21
**cool** 90:7
**coordinated**
21:17
**copy** 93:17
**corner** 116:8
**correct** 5:3 8:8
13:9,10,16,17

14:23 15:8,9
19:7,8,13,21
21:19,20 24:16
25:9 27:1 28:13
28:22 29:7
32:23 33:25
34:4 35:3,14
37:8 38:5 39:24
40:14 41:19,21
46:8,12 50:21
50:22 52:16,17
54:18 57:11,14
60:9,18,20 61:7
61:8 63:22
65:11 66:14,21
69:7,13 71:6,17
72:4,10 73:24
73:25 75:11,14
76:6,9 79:21
80:21 81:12
83:4,6,24 84:20
85:22 87:6
90:13 93:4,12
93:21 95:24
97:9,10 98:17
99:11,15 100:10
101:17 102:23
104:19 108:10
109:15 114:3,4
115:2 118:19
120:5 121:17,18
123:10,14
124:22 125:6
126:25 128:2,10
129:25 132:5,16
134:24 135:8
136:18 145:12
145:24 149:10
153:19 154:11
154:17 157:11
157:12 158:7
161:8 162:21
164:12,15 165:3
**corrected** 50:11
**correctional**
13:22
**correctly** 13:14
25:7 32:20 40:6
41:22 52:13
57:23 58:4 61:5
67:4 77:6 79:17
82:24 86:17
87:3 104:8
125:13 128:4
135:1 137:7
148:17 149:20
151:17
**counsel** 4:2,2,7

6:8,13,14,20
8:22 9:11,13
156:9 168:13,15
**counseling** 30:1
**Counselor's** 3:17
**count** 64:4
**couple** 11:20
12:11 31:16
32:15 104:4
125:15 137:4
147:8
**course** 15:14,15
20:16 24:1
107:10 148:4
165:13,14
**courses** 12:22
**court** 1:1 3:1 4:5
4:14 5:7 40:7
42:18,24 77:18
150:9
**court's** 156:18,22
**crime** 16:21 17:5
134:17
**criminal** 11:7 44:3
**Crisis** 155:23
156:1,2
**critical** 23:17
26:12,14,16,19
27:21 49:18
**critical-incident**
148:8,18,24
149:1,4
**crowd** 56:12,13
57:18 60:5 63:4
82:17 85:1 86:3
88:6 105:8
121:11,14 164:3
**crowd's** 144:18
**crowds** 121:5,8
**cruiser** 114:22
**currently** 18:14
35:12,23
**cussing** 101:5
158:15
**cut** 132:24
**cyclist** 16:19

_____

**D**

**damage** 84:12
96:24,25 97:12
97:14 102:13
103:5
**damaged** 104:6,7
**damaging** 97:23
161:25
**danger** 50:10
**dangerous** 129:16
**date** 8:17 17:25,25

137:8 167:3,18
**Dated** 168:16
**dates** 28:6
**day** 3:11 23:15
24:1,9,10,14
46:14 48:1,14
49:9,11 55:1
60:20,21 83:25
84:1 122:21
137:20,21,25
147:15 167:2,7
168:16
**daylight** 28:19
**days** 27:8 29:9
122:8 146:22
147:16 148:5
**daytime** 116:9,10
**December** 1:13
3:10 20:10
152:19,20 167:2
167:18 168:16
**decide** 36:22
**decided** 36:24
52:20,22 151:23
**deciding** 68:7
**decision** 116:19
117:3,21
**declaration**
110:22 117:1
**declare** 95:4,12
95:25 102:10
110:20 111:16
114:13 115:4
116:19
**declared** 95:16,23
96:5,13,17
99:12,16,21
100:23 101:2,7
101:13 102:24
103:3 107:5,15
108:8,11 109:5
109:9 114:2
158:4 163:5
**declaring** 103:6
113:18,23 116:1
**Deeken** 40:1
**deemed** 30:14
**Defendant** 1:8 3:8
3:17 4:3
**define** 100:15
**definition** 111:4
**degree** 11:4,6,8
11:15,21
**demonstrating**
72:2 76:4
**demoted** 25:16
26:1
**department** 14:3

17:15,20 18:21
19:24 23:13
25:1,17 26:2
30:1 32:2,7,8
34:10 45:9
60:14 83:10
90:6 93:22
120:7 155:5
156:2,4 159:21
159:23 160:20
**department-iss...**
120:10
**departmentwide**
153:9,17
**depend** 145:19
**depended** 21:11
**depends** 23:15,25
37:4 47:18 54:9
98:19 100:14
101:14 107:10
140:3 143:17
144:15 145:20
163:9 165:12
**depicted** 79:20,24
80:20
**deploy** 61:6 71:7
72:13 74:1,5,10
74:17 79:5,12
81:5,13 89:11
89:22 120:14
121:2 127:9
133:19 135:21
136:9 138:2,7
140:5,9 162:12
163:16
**deployed** 71:13
72:8 74:7 75:2
75:12 85:7
87:24 88:23
89:16 90:2,15
91:21 92:3,6
127:15 130:21
134:1 141:5
163:12,22,24
**deploying** 81:11
**deployment** 91:14
91:15
**deponent** 166:15
**deposed** 5:3
**deposes** 4:15
**deposition** 1:12
3:9 4:3 6:4,7 7:1
7:7,9 8:21 9:4
167:2,17
**derailer** 37:22
**Derailers** 37:20
**describe** 17:18
47:14 81:20

123:4
**described** 118:14
150:18
**describes** 123:19
**describing** 78:8
**designed** 134:19
160:14
**destroy** 103:16,25
108:4
**destroyed** 96:2
101:12,14,22,24
102:4,21 105:5
**destroying** 97:20
97:25 98:5,22
101:10 107:16
107:18,22,23
108:12,17
**destruction** 45:4
97:18,21 102:18
103:20 116:22
117:4 118:2
**detached** 18:13
18:17,24 19:5
20:1,3 35:15,17
**detachment** 18:19
18:22
**detective** 18:8
126:18 134:10
134:11,12
**determine** 70:4
148:14
**determining** 89:3
**device** 60:4
157:15 160:13
**devils** 102:4
**differ** 20:21 34:5
**difference** 61:20
119:23 160:7
**different** 12:25
34:14 37:17,24
38:10 70:12,14
97:5 110:24
112:8 120:21
121:1,4 126:13
132:3 134:12
141:4,8 143:18
147:16 152:1
**differently** 156:16
156:19
**difficulty** 130:10
130:12
**direct** 6:25 7:2,8
21:13 61:16
75:16 130:5
157:18 162:6
**directed** 125:17
**directing** 61:24
62:23

**direction** 79:18,19
**directions** 70:13
70:15 85:11
**directly** 64:23
69:21 88:21
90:19 124:21
**disagree** 29:13
**disappeared** 88:6
**disciplinary** 25:16
25:19,25 29:19
**discipline** 31:18
**discuss** 55:6
**discussed** 57:20
131:10
**discussing** 53:12
137:5
**dismount** 58:1
**dismounted** 56:12
56:20 58:4 59:5
63:1 67:22 80:7
83:19 85:3 86:4
**disobedience**
41:6,10,15,23
154:4,13
**disobeying** 61:16
**dispersal** 110:9
110:13,22 112:8
112:13,16,21,24
113:2,11 114:9
115:4,17,25
116:16 117:11
117:14 118:5,9
**disperse** 60:5
110:6 111:6,10
111:17,22 112:2
112:5 121:5,7
121:11,14 164:3
**dispersed** 110:5
157:10
**dissolved** 103:23
**distance** 122:12
122:20
**distributes** 60:4
**district** 1:1,1 3:1,1
18:3,11,12,13
18:15,18,23
19:10,19 20:1
24:8,8 35:13,16
35:18,20,25
**districts** 22:6
**disturbance**
108:23 134:4
**diversity** 20:18
**division** 1:2 3:2
6:12 18:8 30:20
134:9 153:2,4,5
**docked** 29:18
**document** 41:2

77:16,20
**Documentation**
40:22,24
**documents** 6:17
6:19,20,21 9:10
30:15
**doing** 21:1 23:22
72:3 89:8 99:18
103:5 107:19,25
108:14,21 109:1
140:3,15,18
141:10 162:15
**don** 42:12
**double** 55:25
**downtown** 18:13
34:10 47:22
48:1,7,14,15
96:2 97:19
104:23,25
105:13,22 106:1
106:7,10,14,16
106:19
**Dozens** 133:11
**drive** 14:8,10
83:10 93:18
**driver** 52:1 82:23
**driver's** 13:24
82:14
**drivers** 83:1,2
**driving** 14:1
**drug** 102:8
**drugs** 5:20 143:4
**Duke** 54:22
**duly** 168:9
**Duncan** 2:2 3:17
9:18,22 23:9
25:18,24 36:17
42:9 43:4,18,23
59:19 61:10
63:11 68:24
69:1 73:20 79:8
88:11 94:12
95:5 99:4
110:14 116:20
117:5,23 119:5
120:24 123:17
123:22 128:13
128:15 131:18
139:5 142:21
143:15 144:3,13
144:24 145:4
146:2 156:21
157:1,4,7 160:1
165:18 166:3,10
166:13
**duties** 20:21,22
26:5,8,11 27:7
27:23

**duty** 119:2,12
146:11
**dynamic** 21:12
58:3

———————
**E**
———————
**E** 3:13,13
**e-mail** 8:22 93:15
93:17,22 153:18
**e-mails** 8:20
152:22,25 153:1
153:5
**e-tran** 166:13
**earlier** 9:10 69:4
80:17 83:1,25
84:1 101:16
119:14 121:17
125:3 160:24
**early** 10:24
**east** 65:5 86:2
102:19,21 104:1
109:17 124:15
124:15 125:5
135:14,16
**east/west** 104:13
**EASTERN** 1:1,2
3:1,2
**effect** 33:9
**effecting** 61:17
**effectuated** 126:2
126:6,20
**egress** 132:20,24
**eight** 21:7
**either** 23:16 24:10
24:12 27:2 32:4
44:24 49:21
50:3 66:17 80:8
96:7,14 99:13
127:7 128:4
152:9 159:10
162:7 163:1
164:7 166:4
**elbow** 77:12
**elbows** 76:5,7,9
78:9
**elect** 62:10
**eliminate** 134:20
**em** 88:17
**Embroidered**
38:15
**emergency** 14:10
**employed** 168:13
168:15
**employee** 168:14
**employee-misc.**
31:22 32:17
33:20
**employment**

17:14
**empty** 51:21
79:25 86:22
87:5
**EMR** 32:11,12
**EMRs** 32:16
**EMT** 11:19 12:8
13:16,18
**encircled** 132:19
135:2,12 159:13
**encirclement**
132:18 159:3,3
159:19,23 165:2
165:15
**encompassing**
120:2
**encounter** 145:10
145:14
**encountered**
69:12 80:11
81:4
**ended** 57:2,3
**enforcement**
19:22 123:19
**enforces** 111:14
**enforcing** 145:11
**engaged** 120:22
128:20 129:19
**engaging** 84:12
**ensure** 21:1 91:25
155:5,6,20
**ensured** 91:20
**entail** 12:13 14:19
166:5
**entered** 42:24
**entire** 48:9
**equal** 35:9
**equipment** 35:10
37:20 38:1,7,14
84:3 161:7
**escalating** 53:14
**especially** 24:4
125:17
**essentially** 15:4
15:16 18:22
21:2 22:11
36:11 55:22
102:4 103:17
108:23 134:21
135:9 148:8
149:23
**estimate** 64:6
75:4 103:1
**et** 1:4 3:4,14
167:17
**evening** 48:5,12
96:1 115:23
116:9 117:2,19

123:1,5,9 124:1
124:5 125:4
158:4
**event** 102:13,18
147:18,19
**events** 7:16,17
19:3,12 21:8,13
22:19 24:21
33:3,23 35:15
36:20 41:2
102:15 147:17
150:7 156:20
**everybody** 45:13
155:24 156:5
**exact** 69:14 99:6
**exactly** 69:25 70:2
75:10
**examination** 2:1
4:18 138:23
157:6 160:5
168:9,11,14
**examined** 3:10
4:12 168:9
**example** 107:12
**excused** 166:15
**exercise** 15:21
**exercises** 15:24
**exhibit** 2:6,7
77:17,20 79:20
80:20 90:24
166:16
**exhibiting** 88:14
**EXHIBITS** 2:5
**exigent** 50:5,11
**exists** 138:21
**exit** 55:12,12
85:16 86:20
**experience** 26:18
88:25
**experiencing**
148:9
**expired** 13:13
**expires** 167:13
**extension** 58:18
**extent** 42:9 131:1
**extract** 51:2,12,20
52:15 54:11
87:8
**extracted** 51:8
84:17 86:16
**extracting** 55:6
86:14 89:4
**eye** 85:1
**eyes** 82:14 88:18
90:4 103:5

———————
**F**
———————
**face** 72:14,15

82:16 90:5 96:1
**facing** 65:3 69:5 78:22
**fact** 91:21 92:1,3 104:4
**factors** 137:1
**fair** 29:14 41:13 41:14 42:1 49:8 50:16 55:13 59:14 66:4 67:19 76:4 77:15 86:8 100:16 155:8
**fairly** 65:23
**fall** 57:7
**falls** 61:18
**familiar** 48:18 50:6 60:1 118:22 123:2 138:13,15,15,20 138:25 156:6
**family** 158:21
**fan** 85:23
**far** 82:5 87:17 126:19 164:17
**feel** 44:7 75:8
**female** 82:25
**figured** 103:18
**filed** 30:4,24 31:21 32:14,17 33:20
**filled** 36:10 64:11
**finally** 84:6
**financially** 168:15
**find** 44:8 165:5,7
**fine** 44:7 69:2 117:7 118:5
**Finest** 22:3,20,24 23:5,10
**finished** 157:5
**firearm** 165:25
**firearms** 159:9 165:5,7,22,22
**first** 13:5 14:17 16:17 43:16,20 44:2 45:17,20 46:13,17,19 47:8,10 48:14 49:19 54:1 56:22 57:17 62:5,7 71:11 80:1,6,13,23,25 81:3,19,21 84:5 84:7,17,19,20 86:5,10,16,21 86:23,24 89:18 96:17 99:20 114:12 115:16 116:18 142:7

143:7 149:4 154:16,20 162:3 168:9
**fist** 62:3
**five** 22:14 54:20 74:23,24 98:13 141:6
**fleeing** 28:12
**flow** 142:25
**Flowers** 54:22
**Flushing** 90:4
**fly** 58:5
**focused** 64:1,2 84:25 129:21
**focuses** 134:17
**fogger** 59:25 60:6 60:11,12,25 157:14,15 160:15,16,18,22
**foggers** 60:13,15 60:17,20 121:16 157:9 160:20
**folks** 6:11 15:18 34:12,14 45:2 52:7,23 63:4,6 63:21 70:8 75:23 81:21 82:16 97:25 102:3 103:24 104:2 105:1 107:22 108:24 112:3,6 142:25 143:20,21 144:7 159:16 161:25 162:7 163:17
**follow-up** 166:2
**follow-ups** 160:3
**followed** 55:23,24
**following** 146:15
**foot** 27:18,20 54:8 56:22 62:25 85:3
**force** 32:21 33:5 33:17 37:1 61:18,23 62:16 83:5 84:14 155:14
**forced** 67:7
**forcibly** 61:25
**foregoing** 167:1
**forenoon** 3:10
**Forest** 11:12
**forgot** 16:11 84:4
**form** 55:10,20
**formations** 42:11
**formed** 56:8 67:14 67:16 69:5
**forth** 71:24 153:1

**forward** 86:1 125:17
**foul** 142:13
**found** 29:10,12 165:1
**foundation** 79:9
**four** 20:15
**frame** 7:4,7 77:9 77:13
**free** 44:8
**freeing** 64:3
**Friday** 40:7
**front** 20:24 38:16 56:24 64:19 66:17 67:14 69:5,8,24 70:9 70:11,20,22,24 75:17,20,23 76:1,12 77:2,10 78:9,13,17,18 78:20,22 82:6,7 82:11 87:12,17 90:19,20 101:25 103:21 116:22 127:1,8 130:3 161:24
**frontline** 20:24 156:4
**Fuck** 158:19
**full** 51:21,22 79:25 86:22,23,24 87:2,4
**full-time** 13:3 34:10
**function** 41:2
**further** 69:9,9,10 72:18,24 87:25 107:8 166:3 168:13,14

---

**G**

**gain** 125:20
**gal** 91:3
**garment** 38:22
**gas** 121:23 163:22 163:24
**gear** 39:9,11,13 39:14,16 42:12
**gears** 37:24
**GED** 10:15,17
**general** 50:15 141:9,10
**generally** 21:14 49:14 139:4 165:12
**generated** 32:11 32:12
**gentleman** 30:12

30:17
**gestures** 142:15
**getting** 63:16 70:3 70:9 72:17 104:6,7 163:17
**give** 8:17 17:1 28:6 93:14,17 107:7 131:2,9 132:3 151:19
**given** 6:19 23:7,13 31:18 46:23 128:11 130:17 131:4,11,16 161:11 167:3
**go** 5:5 10:6 12:17 13:3 36:22,23 46:19 48:3,11 50:24 51:10 52:20,22 62:5 84:19 85:9 97:15 99:18 109:14,14,16 118:15 124:24 125:5,8,10 126:1 150:12,15 164:17
**goal** 72:16 156:3
**goes** 12:19 58:18 106:21 155:24
**going** 5:9 9:18 17:13 23:16 25:15,18,23 29:5 36:17 42:13 43:4 44:23 50:25 63:11,18 77:16 77:19 79:8 84:24 94:12 99:4 104:18 119:5 123:17 125:19 158:17 158:22,22 163:15 166:5
**gonna** 39:12 125:13
**GoPro** 83:11,18 84:16
**gosh** 13:7 14:7,18 47:9
**Gotcha** 29:4 58:20
**grab** 65:16 66:1,6 66:8,9
**grabbed** 63:6 65:8 65:11,22 66:3
**grabbing** 65:18,20 65:25
**grade** 10:10
**graduate** 9:25

10:19,21,23 11:23
**graduated** 18:2 94:3 154:19
**grainy** 78:4 91:1,2
**Grand** 133:14,17 134:5 135:15,15
**graphic** 158:18
**great** 5:9 25:7
**grip** 71:20
**ground** 54:12 61:25 63:21 127:25 131:5,8 131:14 159:10 159:15 165:8
**group** 24:7 28:16 53:12 54:14 70:1,20 71:5 75:23 78:10 79:10 80:4,9,11 80:14,19,23,23 80:25 81:3,14 81:19 82:4 84:8 85:8 87:7,22 92:14,15 94:16 95:10 97:17 102:3,20 104:2 104:3 107:23 108:2,16,17,24 110:19 137:12 144:6,9,22 145:14,16
**groups** 21:16 34:5 80:3 117:15,15
**guards** 128:7
**guess** 7:4 10:24 26:15,15 30:10 38:15 49:24 50:11 52:21 62:14 94:15 100:13,14 106:19 110:10 110:25 111:3 112:4 123:1 130:25 140:3 144:15 145:8,20 160:10 165:24
**guilty** 145:25
**guys** 128:22

---

**H**

**half** 17:22 18:7 28:5 36:13
**Hall** 3:11 168:5
**hand** 59:8,9 62:16 77:19
**handcuff** 61:25
**handcuffing**

128:24 130:10
**handgun** 165:10
165:15
**handguns** 165:9
**handheld** 59:2
120:11,14 121:7
140:23 141:5
160:9,25 161:3
161:18,21 164:7
**handlebars** 66:1
**hands** 72:1,5,9
127:5 128:24
129:5 130:17,18
131:11,15
**hanging** 5:16
**happen** 32:9
65:14 66:19
102:14 126:9
**happened** 45:3,16
62:25 63:3
89:10 93:19
102:22 123:5
156:16,20
**happening** 126:22
**happens** 23:25
27:10
**hard** 24:3 93:17
**Hayden** 152:9,10
**hazards** 15:23
**head** 66:20
**heading** 63:1
67:23 85:2,3
103:15,25
**headquarters**
103:22 116:6,23
146:25 161:24
**health** 5:24
**hear** 43:16,21
44:2 82:19
103:9 117:11
130:16 131:2,6
131:9,15 146:10
**heard** 103:6
113:16 114:11
114:12 116:15
117:13 118:13
118:18 129:10
129:11,12 131:7
156:9
**hearing** 42:19,21
42:25 115:10
127:23 131:13
**heavily** 48:16
**heavy** 39:16
**helmet** 38:9 39:17
39:17,18
**help** 86:19 89:21
139:16

**helped** 87:8
**helping** 23:18,22
**hereinabove**
167:3
**hereto** 167:2
168:15
**Hey** 92:5
**high** 9:25 10:2,4,6
10:12
**higher** 49:15 50:1
50:3
**highest** 10:10
49:2
**highest-ranking**
147:12
**highway** 28:17,21
29:5 137:10,13
137:18,24
**hip** 58:15
**history** 17:14
25:16,25 154:1
**hit** 64:12,14 67:7
88:13 127:21,24
**hitting** 82:18,19
128:2
**hold** 71:21
**holding** 128:8
**homicide** 23:17
28:18 49:17
112:4
**hours** 3:10 22:13
22:15,16 40:7
40:12,19 147:25
149:11,13
**hundred** 98:18
99:2,10
**hung** 110:3,4

_____

**I**

**I-leads** 91:13,16
93:11 141:16,20
151:1
**IAD** 30:19,21 31:7
31:10,12,15,17
**idea** 86:7
**identification**
77:18
**identify** 88:9
90:24 148:12
154:12
**IL-CSR** 1:16 3:12
167:18 168:4,19
**illegal** 136:15,16
159:6 165:22,25
**imagine** 95:15
142:3 146:9
**immediate** 104:23
104:24

**immediately** 16:5
82:11,22 99:25
146:19
**impact** 127:17
**impart** 20:19
**impeding** 142:25
**impossible**
136:23
**impractical** 88:7
**impression** 88:7
**in-service** 16:6,10
**inches** 59:14
**incident** 26:14,16
26:16 48:18,23
48:25 49:3,3,5
49:12,18,20,25
50:13 52:9
58:13 60:7,17
73:15 74:8 84:5
90:11 91:6,11
91:21 92:17,19
116:13 123:25
132:6 148:20
150:23 153:10
161:3
**incidents** 26:13
26:19 27:15,22
49:19
**include** 88:17
120:4 142:9,19
**included** 91:25
114:9
**including** 34:20
54:20,24 126:14
**incorporated**
91:16,19,21
92:8,12 93:11
**incorporates**
119:21
**increased** 88:18
**incredibly** 91:2
**INDEX** 2:1,5
**indicate** 154:15
**indicating** 71:25
76:2
**Indirect** 7:10
**individual** 72:9
74:2 117:15
121:6 160:14
164:8
**individuals** 74:18
121:6 130:11
131:11,14 144:6
164:4,5
**infraction** 16:23
**initial** 137:4
**injunction** 42:21
**injury** 63:8 66:23

67:1
**instance** 164:3
**instances** 161:20
**instant** 79:14
161:23
**instructing** 9:20
15:5
**instruction** 12:22
15:21 105:17
106:4,12,23
107:1,8 110:7,8
**instructions**
105:24 107:3
109:25
**instructor** 15:15
16:12,20
**instructor/trainer**
14:15 15:17
16:15
**instructors** 14:21
15:1,4,6,10
**intending** 70:17
**intense** 13:15
**interact** 87:24
**interchangeably**
120:1,8
**interested** 168:15
**interfere** 139:20
**interlocked** 75:24
76:1,4,11
**intermediary**
100:18
**internal** 30:19
**International**
14:15
**intersection** 50:19
90:7 104:15,16
122:17 124:4,9
124:18 133:20
134:23
**Intervention**
155:23 156:1,3
**interview** 30:21
31:10,15
**interviewed** 31:12
31:17
**introduced** 4:25
**intruding** 112:3
**investigative** 50:4
**investigatory**
49:22
**invitation** 153:12
**involved** 26:12
29:3,4 44:1
97:18 134:4
136:14 143:21
**involves** 139:7
**irrelevant** 9:19

36:18
**issue** 110:13
112:23 113:2
115:4 116:15
117:11,21 118:5
118:9,14,18
120:13 140:16
**issued** 35:11 39:9
39:10,18 43:11
43:13 44:9
59:21 61:2
112:16 115:17
128:5 150:9
161:5
**issues** 61:6
**issuing** 30:13
112:20,24
113:10 115:25
117:13
**Item** 155:14

_____

**J**

**January** 136:4
**Jemerson** 113:4,8
113:10,20 115:3
117:10 118:14
**Jessie** 3:14 4:25
**job** 25:7
**John** 152:9
**journalists** 109:4
109:6
**judge** 146:4
**July** 36:6
**Juneish** 17:16
**Justice** 11:7
**justification**
141:10
**justify** 112:1

_____

**K**

**K-A-R-N-O-W-S...**
4:24
**K-R-I-E-S-M-A-...**
40:5
**Karnowski** 1:12
3:9 4:11,22
77:20 167:1,5
167:17 168:8
**keep** 70:9 72:17
82:16 104:6
158:21
**keeping** 85:1
**kettle** 123:2,15,24
131:22
**kettling** 123:18
**Kevlar** 39:17
**kind** 14:4,13,22
16:8 20:14

47:11 54:14
58:4 67:1 81:23
84:14 89:15
100:18 103:18
103:25 110:3
147:8 151:19
**kinda** 21:11
128:21
**kinds** 14:8
**Kirk** 40:1
**knew** 45:11 70:1,4
70:17
**knife** 129:14,14
**knives** 129:1,8,13
129:15,15
**know** 30:4,20,23
31:3,5,21 32:1
32:16 33:11,14
33:16 34:21,24
34:25 40:24
41:5 43:3 45:25
46:1 47:10
50:14 51:22
52:6 54:13,21
55:18 59:23,25
60:10,13 65:13
69:14 73:22
74:3,21 78:15
78:21 79:9,22
79:23,24 80:1
80:19 81:1,20
82:13,24 84:21
86:9 87:17,20
89:15,19,20
90:8 95:1,2
97:15 98:8 99:6
99:9 103:8
108:3 111:4,18
112:6,11 113:17
114:8,19 116:11
116:18 117:3,6
117:7,22 118:4
118:4,5,7,8,11
118:12,15 125:7
126:3,5 128:14
128:18 129:20
130:13 132:23
138:21 145:1,8
145:18,22 146:4
147:7,24 148:3
152:18 154:22
154:25 156:14
160:18,23
163:25 164:18
164:20,22 165:7
165:21,25
**knowledge** 83:9
130:4,5 135:5

155:7 159:21,22
**known** 44:20,21
**Kriesmann** 40:2,5
40:18

**L**

**L** 1:16 3:12 4:4
167:18 168:4,19
**laceration** 67:4
**lack** 79:8
**lanes** 56:3
**language** 142:13
**large** 135:2
**larger** 103:22
**lasted** 147:15
**late** 17:9
**launchers** 121:25
122:1,2
**law** 19:22 94:17
95:10 111:14
145:11
**lawful** 4:12 61:17
142:4
**laws** 165:11
**lawsuit** 42:19
156:7,11
**learn** 12:19
**learning** 15:12
**leave** 10:4 36:9,10
36:12,16,19,22
36:23,25 86:6
86:11,11 99:25
104:20,21
105:12,21 107:1
107:6 110:8
115:7 117:16
135:7 141:24,25
142:5 158:5,8
158:12 164:14
**leaving** 107:4,4,11
**left** 78:21,25 87:1
87:5 90:22
106:2 164:18,20
164:24,24
**legal** 6:11,13,14
6:20 50:12
94:13 95:6
110:14,25
111:11,12
136:15 142:21
143:15 153:1,4
153:5
**legs** 67:5
**let's** 49:17 114:11
122:9 144:20
145:14 161:23
**letters** 25:4,6,10
25:13

**letting** 124:24
**leveled** 30:7
**Leyshock** 125:23
**liaison** 21:14
**Liberties** 3:15
**library** 101:25
102:1,19 103:21
**license** 13:13,24
**licensed** 12:12,15
13:5,8,11,15,19
**licenses** 16:1,4
**lieutenant** 21:14
21:18,21 39:21
39:22 40:1,15
40:15 51:6 53:3
53:8,11 100:19
113:12,21 115:8
118:17 147:13
147:13 151:16
151:17 153:14
161:13
**lieutenants**
138:23
**life** 50:10
**light** 48:7
**lights** 38:9
**limit** 106:25 107:3
**Lindenwood** 11:3
11:4,11,22
**line** 18:15 19:14
19:16,17 42:11
67:14,15,16
69:5,12,18,23
70:12,23,24
81:21,23,25
82:1 85:14,17
85:18,19,20,23
85:24 86:2
90:17 100:4
103:11,12 104:6
104:8,10,11,12
104:22 124:12
124:13,20 126:4
126:23 127:1,8
129:22,24
164:25
**lines** 85:25 124:7
124:11 129:16
**linked** 76:7,9 77:1
78:9,12,18 79:1
80:4,9,12,14
81:4 82:5 84:9
85:8 87:23
90:18 91:10
**listened** 151:10
**little** 11:13 15:20
20:17 71:24
118:24 119:14

119:14 134:2
139:17 147:21
**live** 9:15,17 97:16
97:17,21,22,24
98:1,4,21,22
101:10,22,24
103:4,19
**LLC** 22:3
**location** 52:11,12
**locations** 149:15
**Locust** 96:10,14
96:19 99:13
105:7 115:19
117:2
**logistically**
136:22
**long** 27:6 29:8
36:12 43:10
45:23 51:12
79:11,15 86:6
86:10 106:25
107:6 123:22
126:4 130:14
132:23 135:20
141:12,15
147:14,23,25
**longer** 35:18
79:16
**look** 15:22 82:15
**looked** 8:15 33:14
65:19 71:20
82:14 130:9
**looking** 90:24
109:6
**lot** 15:24 23:24
24:20 56:17
63:3,3 98:24,25
99:1,5,8 101:5
102:8 126:10
135:18 147:2
148:8,9,11
**lots** 126:13 132:10
132:14
**loud** 68:4 70:7
**loudspeaker**
114:14,15,16,23
115:5,12,14
**loudspeakers**
114:24
**Louis** 1:7 3:7,11
3:11,15,17,18
5:2 9:16 10:8,22
11:13,15 17:15
19:23 23:13
135:23,24 142:6
142:24 143:6,13
154:2,23 167:17
168:5,5

**M**

**M-A-T-T-H-E-W**
4:23
**ma'am** 38:17
**Mace** 71:13
118:23 119:2,11
119:12,21,23
120:3,4,6,11,14
120:18 121:2,5
121:7 127:13,14
134:23 135:6
140:23 141:5,13
160:9,25 161:3
161:18,21
**Maced** 82:22
134:3
**main** 102:1
**major** 49:19
**majority** 85:11
**making** 15:7
**Maleeha** 1:4 3:4
3:14 90:11,25
167:17
**man** 72:11 76:24
129:18
**maneuver** 132:8
132:17 159:2
162:1
**march** 135:25
136:2,13,20
137:2
**Marches** 136:5,7
136:10
**marked** 77:17,20
**market** 3:11,18
38:3 122:18,25
159:11 162:2
168:5
**Marx** 54:23 63:8
65:20 66:12,22
**Marx's** 66:9
**mass** 124:17
132:9,11
**mass-arrest**
132:8 162:1
**material** 102:8
109:17 146:5
**matters** 21:3
**Matthew** 1:12 3:9
4:11,22 167:1,5
167:17 168:8
**mean** 7:3 18:18
19:15 22:10
39:15 43:19
45:1 48:21 49:2
50:8 55:21

71:19 74:12,13
78:17 91:19
97:4 104:24
129:3 131:25
132:10,12 134:7
137:11 143:5
147:25 148:19
**Meaning** 51:23
**means** 132:9
**meant** 158:11
**mechanism** 37:23
**mechanisms**
18:20
**media** 6:23 90:11
153:24
**medical** 12:6,10
12:25 13:20
88:2,8 89:22
162:17
**medication** 5:20
12:24
**meet** 11:21 45:19
**meeting** 147:14
148:6 149:22,23
150:6,12 151:5
152:5
**member** 32:2,6,8
35:10,12,16,18
35:22 36:3,7
37:9 38:8 39:10
39:19,22 40:20
41:15,24 42:2,4
46:11 149:5
**members** 34:9,13
34:15 35:4,8
37:1 51:19 58:7
63:2 68:3 83:5
86:18 100:6
126:15,16 147:5
151:13 158:21
**memory** 7:15
**mention** 16:11
158:20
**mentioned** 9:10
12:8 23:21
63:19 65:8 67:9
69:4 83:1 84:16
101:16 108:3,13
109:1 119:16
130:6 159:2
162:4 167:3
**merit** 30:14
**message** 105:2,13
153:9,17
**messages** 8:20
153:20,21
**met** 91:6,10
**metal** 77:7,9,12

**meters** 69:24
80:18 81:5
**Metro** 50:18 77:10
83:2
**Metropolitan**
10:22 17:15
19:23 23:13
155:5
**mid** 36:6
**middle** 56:23
57:16 108:18
135:19
**midpoint** 57:22
**military** 12:1,4
**Miller** 65:23 66:8
66:15 71:16
73:10,16,18,23
**Miller's** 71:21,22
**mind** 16:5 28:25
82:16 89:7
102:16,17
110:23 123:24
**mine** 128:21
158:21
**minimum** 94:23
118:8
**minute** 157:3
**minutes** 69:1 86:8
**mission** 50:25
52:20,22 68:7
72:22 89:3
**Missouri** 1:1,7 3:1
3:7,12,15,17
95:9 110:17
142:25 167:17
168:6
**misspoke** 62:14
**MLK** 137:18,24
**MO** 3:15,18
**MO-CCR** 1:16
3:12 167:18
168:4,19
**moisture-wicking**
38:10
**month** 33:15
136:3 155:13,17
**monthly** 155:15
**months** 8:18
12:11 17:22
36:13 146:23
150:7
**morning** 5:22
44:10,15 45:12
45:15,17 46:21
46:23 47:1,6,16
47:23,24 162:5
**Morrison** 54:22
**motion** 79:18

**motivation** 141:10
**Mountain** 14:16
**move** 18:20 68:4,9
69:20 70:8
162:25
**moved** 52:11
87:14 126:24
**moving** 72:1
**mucus** 88:18
**multicolored** 91:3
**multiple** 25:4
75:13 94:22
96:2,8,23 97:19
118:6 148:4
149:14 165:24
**Museum** 106:8

_____

**N**

**N** 3:13
**name** 4:21,22,23
38:12,12,13,18
38:23 39:4,5
113:6
**named** 156:8
**names** 38:13
**Narcan** 16:11,13
**narrative** 63:12
**near** 50:17,23,24
50:25 53:23
90:6 102:14
114:3 116:5
122:17,24
133:17 134:23
135:17 137:9,12
137:18,24,24
164:14
**nearby** 101:6
107:14
**nec-** 100:13
**necessarily** 49:4
55:2 57:7 64:1
89:14 99:3
113:16 150:5
154:14
**necessary** 21:3
**need** 81:9 118:5,9
120:13 164:8,11
166:12
**needed** 29:25
89:18,19
**neighborhood**
22:6 28:19
**neither** 168:13
**never** 31:18 103:7
111:19 114:20
148:2
**new** 20:20
**night** 122:22,23

123:1
**non-BRT** 53:20
**non-officers**
101:4
**non-protester**
121:3
**normal** 26:17
**north** 65:3 69:9,10
79:21 80:18
84:21 96:8,10
105:9 106:18
108:4,6 109:17
110:3
**north/south** 104:9
**nose** 88:17
**Notary** 167:10
**notes** 150:21
157:3 168:11
**November** 133:15
133:20
**number** 20:23
32:21 33:6,11
33:18 49:19
69:15 75:10
94:23 99:6
126:11 134:19
**numbers** 56:14,15
**Numerous** 74:18
**nutrition** 15:21

_____

**O**

**o'clock** 45:12
**oath** 4:14
**obeying** 128:23
**object** 9:18 23:9
25:18 36:17
43:4,18 59:19
61:10 63:11
79:8 88:11
94:12 95:5 99:4
110:14 116:20
117:23 119:5
120:25 123:17
128:13 139:5
142:21 144:3,13
144:24 156:21
**objection** 43:23
73:20 117:5
123:23 143:15
145:4 146:2
165:18
**objective** 64:2
70:2,5
**objects** 63:4,22
63:25 64:2,5,10
64:12,14,22
**obscene** 142:15
**obstructing**

145:25 146:6
**obstructions**
15:23
**obtain** 11:15
**obvious** 130:19
**obviously** 71:24
**OC** 157:15,17
**occasion** 29:15
95:20 140:25
141:1,2 162:3
**occasions** 122:19
141:19 161:4
**occur** 41:3
**occurred** 84:6
103:21 165:16
**October** 13:13
137:10,25
**offenders** 148:13
**office** 3:17 45:15
45:23 46:19
92:24 93:1,8
103:13,16 104:6
147:9 161:11
**officer** 18:3,4,6
20:22 22:9,17
28:12 32:20
33:5,21 39:25
41:24 44:3
55:23,24,24
59:17,24 60:24
61:17 65:21
66:8,15 71:16
71:21,22 72:17
72:20 73:10,16
73:18,23 74:1,4
94:5 95:9,11,13
105:21 110:17
110:19 111:13
128:11 129:12
135:1,4,5
139:22 140:9
145:11 156:4
160:11 163:18
166:4
**officer's** 62:7
**officer-involved**
26:21
**officers** 20:25
21:1,4,9,12,16
23:19,22 26:17
26:24 28:23
29:1 34:17,23
37:11 41:4 46:8
46:9 51:23
53:12,16,20,24
53:25 54:2,3,4,7
54:15 55:2 56:4
56:5 57:10

59:21 60:19
62:24 64:15
74:15 85:18,19
85:20,21 86:14
86:22 87:5,7
89:15 100:1,3
100:11,12,21
103:11 104:11
112:20,24 113:2
113:10,18,23
121:13,16,19,21
121:25 124:8
127:9,17,19,21
127:24 128:4,6
129:1,7 130:10
131:2,9,14
133:22,25
135:21 138:7,10
142:10,17
146:10 147:3
148:9,13 149:21
149:25 162:8
163:2

**officers'** 63:7
65:19 66:7
100:17
**official** 30:15
**officially** 35:24
**Oh** 64:9
**okay** 5:13,18 7:17
7:19 8:9,15,19
9:15 12:18
13:18 17:13
18:17,25 19:3
19:14 23:4 24:5
29:4 33:3 35:14
35:21,24 36:2
36:12 42:18
46:13 47:8,14
47:22 49:8 50:5
50:16 54:5,16
55:5,20,23 56:5
57:9,15 59:14
59:17 62:20
63:13,20 67:21
80:3,13,16,22
86:21 87:4,11
92:11 93:10
96:17,20 97:7
98:15 99:12
101:2,20 102:20
102:24 104:17
104:20 106:25
107:14 109:24
110:21 111:21
111:25 114:25
115:3 119:19,23
121:7 123:4,9

124:12,17 125:3
127:3,14 130:1
131:8 133:2,6
134:12 135:5,14
135:21 137:9,17
137:23 138:2
139:15 143:5,12
145:10,22,25
146:22,24 147:3
148:6,22 149:1
149:4 150:18
151:13 152:12
152:22 153:20
154:9 156:10,24
157:1,13,17,22
157:24 158:3,10
158:14,18
159:18 160:21
160:24 161:5,9
161:12 162:3,6
162:17,22 163:4
163:10 164:1,13
165:1 166:1,3
**old** 9:23 116:5,23
**Olive** 3:15 96:3,7
96:14,19 99:13
100:4 101:18,25
102:11,14,19,21
104:1,14 108:4
112:17 114:3
164:15
**on-bike** 15:24
**once** 53:8 86:17
89:15 103:18
122:12 127:13
162:1
**one-liter** 160:11
**ones** 136:14
155:12
**online** 11:20
**open** 82:15
149:23
**open-** 61:18
**open-hand** 61:21
61:23 62:5
**operations** 22:9
**opportunity** 150:1
**order** 11:20 25:21
25:22 42:25
43:2,5,7,10,13
52:14 53:8
54:11 70:9
109:19 110:6,9
110:23 111:5
112:2,8 114:9
115:4 118:6,9
118:22,25 119:6
119:10,19 135:7

138:14,16,18,20
139:7 141:24,25
150:10,12,17
155:20,21
156:18,22
164:14
**ordered** 45:14
111:21
**ordering** 111:10
111:17 112:9
**orders** 46:22,24
46:25 49:9,10
61:16 75:17
110:13 112:13
112:16,21,24
113:3,11 115:18
115:25 116:16
117:12,14,14,22
118:14,18
119:20 130:16
138:24,25 155:6
155:7,9 162:8
163:3
**ordinance** 16:23
143:25 145:17
145:20,22
**ordinances**
142:23
**outcome** 44:22
**outer** 38:22
**output** 160:13
**outside** 26:16
111:22 140:20
141:6,13 153:11
**overpass** 137:10
137:13
**overtime** 24:17,20
**overturned** 102:8
**owl** 82:15

---

**P**

**P** 3:13,13
**packed** 28:19
**panicked** 82:15
**pants** 38:11 91:4
**paper** 44:5
**paragraph** 92:7
**paragraphs** 93:2
93:11,14
**paramedic** 12:12
12:16,17,18,20
12:21 13:6,8,12
13:15,19
**paraphrasing**
82:9
**Park** 11:12
**parked** 103:16
**parking** 135:17

**part** 4:13 19:9,19
21:23 33:25
34:2 58:1 84:5
98:19 104:23,25
107:19 108:1,14
109:2 111:6,9
111:25 119:17
119:19 124:7,8
124:10 144:21
151:18 153:15
**participants**
136:24
**participate** 146:14
149:22
**participated** 149:5
159:19,23
**particular** 14:8
25:8 40:21
47:11 69:23
70:1,8 92:19
136:6 155:20
**particularly** 43:8
**parties** 168:14,15
**parts** 97:19
**pass** 15:11 82:2
144:7
**passed** 86:6
**path** 55:11,11
63:14 67:10,13
**patrol** 19:20 20:22
22:7 37:15,17
37:19,25 57:9
**patrolled** 48:16
147:3
**patrolling** 96:20
96:22
**pattern** 157:16,18
160:15
**pay** 27:25 28:2,4,8
29:8,16,18
36:14,14,15
37:3
**PDF** 166:11
**peaceful** 103:22
136:20
**pedestrian** 144:2
144:12
**pedestrians** 101:6
109:13 124:24
125:4,8,10
126:1 130:1,3
**pellets** 121:19
**penetrate** 81:23
**people** 14:24
15:11,13 18:20
24:7 28:16,20
44:21 52:6
54:13 56:15,17

63:5,13,24 64:1
64:4,19,22 65:8
65:11,16 67:9
67:16 69:5,16
69:18,23 70:1
70:20,22 71:5
74:21 75:13
76:7,11 78:7,9
78:10,12 79:5
80:3,4,9,11,16
80:20,22 81:3,6
81:14 82:5,6,8
84:8 85:8 87:22
87:25 88:3
90:17 91:10
92:14,15 94:17
94:20 95:10
97:17,20 98:4
98:22,24,25
99:1,6,8 100:14
101:9 102:25
103:4 104:17,20
107:1,18 108:2
108:12,17,18
109:19,21,22,23
109:23,24 110:3
110:4,6 111:9
111:17,21 112:9
113:22 114:2,5
115:7 118:2,15
125:16 126:12
127:4 129:20
130:6 132:10,14
134:18 136:12
139:13,20 142:6
143:6,13,20
144:1,10,21,21
145:14,15,16
147:2 152:1
153:9,11 158:5
158:8,11,15
159:8,12 162:10
162:18,24 163:1
163:7 164:13,17
**pepper** 58:25 59:5
59:11,17,21
60:4 61:2,6,9,12
61:15 62:5,10
62:13 71:7 72:8
72:22 73:18,23
74:1,5,7,10,17
79:5,13 81:5,11
81:13 85:7
87:24 88:10,13
88:15,16,19,22
89:5,11,16 90:2
90:15 91:14,15
91:22 92:3,6

118:23 119:1,11
119:12 120:6
121:19 130:20
134:1 160:12
164:3,7
**Pepper-ball** 122:2
**pepper-spray**
79:12
**Performing** 10:7
**period** 32:22,24
33:6,14,18 48:6
67:25 163:12
**peripheral** 64:21
**permanent** 35:6
**permit** 154:22
**permitting** 126:1
**perpendicular**
67:15
**person** 48:22,24
49:3,17,18,20
66:1,3,4 67:6
71:13,20,23
72:2,5,19 73:1,6
74:5,13 76:23
78:15,17 88:9
88:12,14 90:14
91:25 92:14
97:22 105:6,15
105:23 106:22
107:7,11,15
120:15,21 134:7
140:1,6,14
141:24,25
145:25 146:6
147:12 155:21
156:18
**person's** 72:14
77:1
**personal** 25:25
36:9,9,10,12,16
36:19,22,23,25
161:5
**personally** 43:15
45:9
**personnel** 25:19
**persons** 159:10
**pharmacology**
12:25
**Photograph** 2:6
**photographs** 67:2
**phrase** 50:5,6,13
**physical** 15:21
106:15
**physically** 63:14
67:10
**physiology** 12:24
**pick** 58:17,21
**picture** 77:22 78:5

78:6 81:1 90:10
90:25 91:1,2
**pictures** 60:19
**piece** 38:14 84:3
155:4
**pieces** 96:2,23
97:5
**pipe** 77:9,12
**place** 47:17 116:2
123:15,25
**places** 116:14
**placing** 61:24
**plaintiff** 3:14
90:10
**Plaintiffs** 1:5,12
3:5,10 4:2,13
**plaintiffs'** 5:1
**plan** 55:7,8,9 58:1
**planned** 68:6
**planning** 56:9
**plans** 55:6
**planters** 97:2,8
**platoon** 18:15
19:14,16,17
**play** 62:15
**please** 5:6,11
**plus** 46:7
**point** 21:21 41:8
41:11,12 45:7,8
47:4,5,18 52:7
53:17 54:1,9
56:5,7 58:7 59:6
68:19 70:25
71:4,7 72:2
74:14 83:7
85:13 89:4
103:12 113:12
116:17 122:17
124:3 125:1,1
125:25 126:2
127:2,7 130:9
150:24 151:3
152:8,9 158:3
163:6
**police** 10:19,21,22
14:3,6,15 15:14
15:15 16:4,9,14
16:19 17:15,16
17:20,21 18:2,3
18:4,5,20 19:17
19:18,23 20:4
20:24 22:7
23:13 25:1,17
26:2,17 44:1
53:25 61:16
83:5,10 89:14
90:6 94:4 95:9
95:13 105:21

110:17,19
114:24,25 116:5
116:22,23 120:7
138:14 139:8,14
139:21 140:1,7
140:11,14,17
142:10 145:10
146:25 147:7
148:13 152:23
153:6,8,21
154:18,19 155:5
156:4,15 158:20
161:24,25 162:8
163:2,17
**policies** 155:8,15
**policy** 28:10,11
30:2 32:11,13
33:8 139:1,2,4,5
139:23 155:14
**policy-acknowl...**
155:1,9 156:12
**poor** 82:14
**position** 56:18
57:1 77:13
87:15 128:24
**positioned** 67:6
78:16 90:21
**positive** 65:24
71:16
**possibility** 45:3
**possible** 22:22
**Possibly** 78:11
**post** 153:24
**post-Ferguson**
133:12
**potential** 44:22
**practical** 73:5
**practices** 43:12
43:14
**precarious** 129:7
**precludes** 142:25
**preliminary** 42:20
42:20
**preparation** 6:6
6:25 7:2,7,8,10
7:13 9:4,6
**prepare** 6:3,20
45:5,10
**prepared** 30:15
**preparing** 84:2
**presence** 62:7
**present** 147:6,10
**presentation**
148:3 150:19
151:19
**press** 58:20,22
79:12
**presume** 5:12

144:20
**pretty** 38:22 48:13
50:9 56:24
57:24 108:24
131:7 132:13
**Preusser** 1:16
3:12 4:4 167:18
168:4,19
**prevent** 72:23
104:17
**preventing** 70:3
**previously** 68:20
78:8 160:8
**primarily** 134:16
**prior** 91:6,10
120:9 159:18,19
159:22
**pro-law** 123:19
**probably** 45:18,21
49:1 53:19 66:8
69:15 92:15
93:1,9 101:1
107:22 111:8
118:1 129:21
130:7 131:13
141:14
**probationary** 18:4
**proceedings**
168:11
**process** 12:3
**produced** 3:9 4:12
**production** 88:18
**progressed** 125:4
**promoted** 18:4,5
18:10 20:8
152:13
**promotees** 20:20
**promotion** 20:12
**prompted** 116:19
117:3,21
**proof** 166:6
**proofread** 168:10
**property** 45:3
84:12 96:2,24
96:25 97:12,14
97:18,20,24,25
98:5,23 101:10
101:12,14,21,23
102:13,18,21
103:5,20,25
107:16,19,22,23
108:5,13,17
118:2
**prosecuted** 17:5
**protective** 25:21
25:22 42:12
**protest** 8:2,5,10
8:14,16 9:9 23:5

25:11 30:11
38:22 39:23
40:4,21 41:9,11
46:25 89:23
95:19 103:23
112:25 113:11
113:19,24
120:22 133:3
137:6,24 140:21
141:14 142:7,9
142:12,19 143:7
143:12,14
154:23
**protest-related**
141:6
**protester** 81:20
120:19 121:2
**protesters** 50:19
103:15 104:3
135:3,12 137:12
143:3,20
**protesting** 143:21
144:22
**protests** 44:16
45:5,11 120:10
121:14 122:5
133:2,7,9,12
135:22 137:4
152:23,23 153:6
153:7,21,22
154:2 156:15
161:21
**provide** 22:6 88:2
88:8 162:17
**Public** 167:10
**pull** 71:23
**punches** 129:5
**puncture** 39:7,8
**purpose** 7:14
141:4 148:6
**purposes** 141:4
148:7
**pursue** 155:14
**pursuing** 28:12
**pursuit** 28:9,11,18
29:3,5,11 32:11
134:20
**push** 71:23 105:8
**pushed** 63:9
70:23 110:2,2
**pushing** 66:23
163:18
**put** 39:5 83:16
87:11 108:5
126:11 130:17
130:17 131:11
131:15
**puts** 129:6

**Q**

**Qdoba** 135:17
**question** 5:11,13
  5:16,17 15:17
  24:3 61:12
  82:20 111:15
  119:8 123:21
  145:7
**questioned** 157:9
**questions** 2:2,2,3
  17:13 25:15
  149:22 160:2
**quick** 5:5
**quite** 16:12 20:23
  69:25

**R**

**R** 3:13
**R-O-S-S-O-M-A-...**
  113:5
**race** 103:17
**rack** 76:1 77:3,4,6
  77:13 78:13,18
  79:1 87:12,14
  87:18,20
**racks** 37:21
**radio** 51:5 52:14
  58:10,11 73:7,8
  125:21,22
  151:11
**rain** 38:25
**raincoat** 38:24,25
  39:2
**rank** 18:5,10 49:1
  49:15 50:2,3
  152:13
**ranking** 49:2,17
  49:20
**reaction** 144:18
**read** 43:9 44:5
  157:3 166:5,8,9
  167:1
**Reading** 166:5
**reads** 145:21,23
**ready** 163:17
**really** 21:11 23:15
  24:3 73:14
  94:11 111:3
  144:5
**reasonable** 95:11
  106:24 107:9
**reasons** 110:2
  125:15
**recall** 22:21 30:8
  31:17 33:8 40:6
  40:19 42:18
  44:10 45:22

46:17,22 47:6
47:12 51:14
52:3 53:11,18
53:25 55:18
57:23 58:4
63:13 64:17,19
64:23 67:2,3,4,8
67:9 69:14
71:11,22 72:12
73:8,16 74:4
75:1 76:21,23
78:24 79:3,4,7
79:17 80:10
82:24 84:20
86:17 87:3
89:24 90:21,23
91:24 92:9,11
92:16,25 93:3
94:7 97:23,24
98:6 100:5,22
113:25 114:7
115:10,17,25
116:17,25
118:16,20
125:12,24
127:12 128:4
130:2 133:9
135:1,14 136:3
136:6 137:6,7
138:19 139:4
141:16 147:11
149:19 150:13
150:15 151:11
151:17,21 152:4
152:7 153:16
154:21 156:13
**receive** 9:12 11:4
  11:6,8 20:11,14
  25:10 30:1
  156:10
**received** 24:25
  25:3,4 29:21
  54:11 93:24
  112:12 138:17
  155:8,18
**Recess** 69:3
  131:20
**recognize** 77:22
  77:25 90:14
  91:9
**Recognizing**
  139:3 141:8
**recollect** 7:15
  139:16
**recollection** 95:22
**record** 4:21 5:7
  7:21 83:21,22
  97:17 123:18

**recorded** 7:16,20
  7:23 8:4
**recorder** 59:13
**recording** 97:24
  138:14 139:7,8
  139:13,13,20
  140:1,6,10,14
  140:17
**records** 25:19
**recovered** 159:7,9
  165:9,22
**recruitment** 12:3
**red** 88:18
**refer** 21:3
**referred** 150:21
**referring** 8:1
**refers** 139:13
**refusing** 75:16
**regarding** 39:13
  93:24 153:8
**regrouped** 47:11
  47:12
**regular** 37:17 83:2
  114:22
**regularly** 149:2
**regulate** 119:20
**regulates** 119:1
**relate** 23:5
**related** 8:20 15:25
  25:10 27:15
  35:5 44:17
  46:25 156:10
  168:13
**relating** 8:1 16:1
**relation** 31:12
  66:16
**relative** 81:2
  168:14
**relevant** 7:17 16:4
**relieved** 49:21
  50:1
**remain** 48:1
**remember** 5:22
  6:1 20:17 42:10
  44:7,8 46:20
  47:9 55:1 58:24
  59:9 66:2 67:2
  67:17 69:25
  73:14 74:22
  76:13,25 78:25
  79:19 82:10,18
  85:6 93:20
  115:10 127:12
  127:23 128:25
  131:17 137:8
  139:3 146:18
  150:11 151:20
  151:22 152:14

161:16 163:14
165:11
**Remind** 20:8
**remove** 75:17,19
  162:9
**render** 89:18
**Renee** 40:1
**rephrase** 23:11
  128:1
**report** 31:22 32:17
  33:21 45:14
  91:13,16,20,23
  92:4,6,9,12
  93:15 141:16,20
  150:23 151:1
**reported** 45:16
  168:9
**reporter** 2:7 4:5,5
  4:14 5:7 77:18
  166:17 167:18
  168:1
**reports** 21:2 93:12
**represent** 139:12
**representative**
  153:14
**represented** 3:14
  3:17
**reprimand** 29:21
  29:23
**required** 38:23
  155:20 163:20
  163:23
**requirements**
  11:21
**reserved** 4:7
  166:14
**resisting** 128:25
  129:2,21 130:7
  130:8 134:4,25
**respective** 37:5
**respond** 97:11
  149:21 154:10
**responding** 4:13
**response** 34:2,7
  34:13,15,22
  35:4 41:23
  45:13,14 46:5
  47:3 52:14,23
  53:17 54:7 58:7
  63:3 68:3 86:13
  96:23 97:14
  100:6 101:3
  152:23 153:6,8
  153:22 156:15
**responsible** 71:14
**rest** 82:1
**restrictions**
  120:18,20,23

**retained** 2:7
  166:16
**retraining** 30:1
**review** 6:17,21,23
  7:19 8:13 9:3,6
  9:10 21:2 23:4
  32:22 33:5
  146:15 148:8,19
  148:24 149:5
  151:5,7,8,24
  153:10
**reviewed** 7:6,12
  7:24 8:9 33:17
  148:11,20 149:8
**reviewing** 7:5
**reviews** 149:2
**riding** 15:22 47:15
  57:22
**right** 16:7 19:10
  19:11 21:5,6
  24:21 25:8,23
  28:12 32:25
  34:3,18,21,24
  35:2 38:16
  39:23 40:8 46:7
  46:11 47:22
  53:6,10 54:8,24
  54:25 55:13,17
  56:6 57:19
  58:25 60:8 65:6
  66:13,18,24
  67:11,14 69:6
  69:22 72:3
  75:13 76:8 77:7
  77:14 78:22
  79:1 81:14 83:3
  83:12,25 84:17
  85:21,25 86:15
  87:9 90:12,22
  91:7 95:4 96:11
  96:15 98:2
  99:14 101:16
  102:6 109:14
  110:13 119:17
  120:4 123:13
  131:17 132:4,20
  134:5,25 142:7
  142:9,12,19,19
  143:7,12,13
  144:23 150:7,19
  151:14,16
  152:20,21
  165:12
**ring** 137:18
**river** 106:18
**roadway** 15:23
**rob** 134:18
**rocks** 64:11 82:18

**role** 14:17 17:23
**rolling** 129:4
**Room** 3:18
**Rossomanno**
  113:4,7,9,20
  114:12,12,20
  115:16 116:15
  118:13 160:21
**rotating** 24:9
**roughly** 160:10,16
**rounded** 104:3
**routes** 132:20,24
**row** 55:22
**rows** 56:4
**rule** 146:5
**rules** 121:2,4
**running** 85:5
**runny** 88:17

---

**S**

**S** 3:13
**Sachs** 113:12,21
  115:8 118:17
**safe** 73:5 85:15
  86:1
**safely** 51:2 52:15
  53:13 55:11,12
  86:6 134:20
  135:3
**safety** 50:6,10
  125:16
**sat** 153:15
**saw** 64:17 65:18
  65:20 66:6,8
  72:5 78:18
  79:10 90:10
  101:21 103:7
  113:17 114:20
  116:15 117:13
  122:12,20
  128:21,24
  129:20 130:6,20
  134:22 151:8
  157:24 165:7
**saying** 7:11 8:11
  24:2 25:7 26:21
  26:25 43:25
  67:21,24 68:2,4
  68:9 86:21
  112:10 130:15
  148:17
**says** 4:15 43:7
  119:4,11 139:4
  139:16,18
**scattered** 85:10
  87:23
**scene** 49:18,20
  112:4

**scenes** 23:17,17
  23:22
**schedule** 24:9
**Schnucks** 110:2
**school** 9:25 10:2
  10:4,6,12 11:23
  12:17,18,19
  13:1
**Schulte** 54:22
**science** 11:7,20
**Scott** 21:22
**screaming** 108:22
**second** 22:11
  62:8 80:2,6,23
  81:14 82:4 84:8
  84:25 85:8
  86:11,17,22
  87:4,8,8 90:17
  129:24
**seconds** 79:16
**secured** 127:5
**security** 22:5
**see** 35:21 57:9
  62:9 63:24
  64:14 65:14,16
  65:21 66:9,19
  78:5 80:3,8 95:9
  98:1,5,22
  101:23,23
  102:20 104:15
  109:4,7 113:2
  114:13 115:4
  117:11 121:13
  121:16,19,21,25
  122:4,7,9,14,16
  126:6,9 127:8
  127:11,14,17,19
  127:21,24
  128:19 129:8,18
  130:23 133:22
  138:7,10 148:12
  148:20,23
  157:22 161:23
  164:18,21,25
**seeing** 74:4 88:18
  103:4
**seek** 25:23
**seen** 60:19,24
  101:9 113:14
  135:21 139:22
  140:9 157:10
  160:18
**sees** 110:19
**selling** 143:4
**semantics** 18:22
**send** 8:19 153:9
  153:20
**sense** 50:12 94:15

110:18 144:5
**sent** 8:22 9:11
  152:22,25 153:5
  155:17
**separate** 26:12,20
  27:16,17 102:15
  147:17
**separately** 122:20
**September** 8:6
  19:4 21:9 40:8
  40:13 46:22
  47:24 48:7 49:6
  50:17 115:21
  123:6,10 124:2
  124:5 137:3
  146:12 157:11
  157:25 158:4
  159:18,22
  163:11
**sergeant** 4:20
  9:15 18:10,14
  19:6 20:9,21
  22:18 23:12
  33:24 36:11
  49:15 53:11
  54:22 57:4 63:8
  65:20 66:9,12
  66:22 113:6,8
  114:11,12,19
  115:3,16 116:15
  117:10 118:13
  131:21 157:8
  160:21
**sergeants** 20:23
  21:15,16,18
  24:8 53:5,9
  54:19 55:4,5
  100:19 113:4,9
  113:20 138:22
  147:8
**served** 11:25
**serving** 18:14
**set** 19:16,17 102:6
**Settlement** 156:7
**seven** 18:9
**sewed** 38:14
**sexual-harassm...**
  155:15
**sexually** 158:21
**share** 37:10
**shared** 161:7
**shattered** 97:3,4
**shield** 128:5,8,12
**shields** 127:22
  128:3,7
**shift** 23:7,14
  37:24
**shifts** 24:5,6

**shin** 128:7
**shirt** 38:16,19
  58:19 91:3
**shirts** 38:10,10
**shocks** 37:20
**shooter** 27:2
**shooting** 26:24
  27:12 44:1
**shootings** 26:20
  26:22
**short** 148:1
**shorter** 79:16
**shorthand** 4:4,4
**shortly** 8:14 9:9
  57:22 103:6
  152:11
**shorts** 38:11
**show** 77:16
**showing** 77:23
**sick-time** 32:13
**side** 65:5 78:22
  85:12 90:22
  104:16 124:15
  124:16 135:14
  135:15,16
**sidewalk** 55:16,19
  141:24 142:1,5
  143:13,14,22
  144:6,8,10,22
  145:15
**sidewalks** 107:24
  108:19 118:3
**sight** 164:25
**sign** 161:14
**signature** 4:6
  166:4,7,14
  167:2
**signs** 88:15,16
**similar** 41:23
**simply** 70:22,23
  112:5 144:18
**simultaneously**
  102:15
**single** 61:6
**sit** 131:5,8,14
  147:9
**sits** 87:18
**situation** 25:8
  50:6,10 53:14
  95:11 123:20
  129:7,16 135:7
  154:12,13
  163:23
**situations** 14:10
  93:12 134:20
  142:4
**six** 17:21 54:24
  159:9 165:5,7,9

**size** 160:10,17
**skills** 15:18
**sleeve** 38:19
**SLMPD** 60:24
**slowly** 110:4
**smoke** 121:21
**so-called** 52:8
  84:5
**social** 153:24
**software** 155:4
**somebody** 30:19
  36:23 49:9 55:1
  61:24 62:1,3
  65:18,20 66:6,8
  111:6 134:3
  140:17 142:5
  143:4 144:17,19
**soon** 126:1
**soon-to-be** 131:3
**sorry** 6:21 11:13
  24:11 55:5
  56:21 59:4
  68:16 82:20
  85:20 93:7
  104:1 112:23
  117:24 123:22
**sort** 18:25 28:25
  39:17 57:12
  64:21 77:9
  96:20 150:18
**sought** 20:5
**sounds** 134:15
**sources** 149:18
  149:19
**south** 64:25 69:9
  104:15,16,18
  106:19,21
  109:14 133:14
**southeast** 116:8
**space** 81:24
  130:24,25
  144:19
**speak** 147:23
  149:21,24
**speaking** 147:21
  147:22
**speaks** 43:5 119:6
  139:6 156:22
**special** 118:22
  119:6,10,19
  120:17,20,23
  138:14,24,25
  139:7 155:6,7,9
**specialized** 14:1
**specialties** 134:13
**specific** 6:5 7:25
  12:14 14:25
  23:1 31:18

39:12 44:6
47:18 120:24
154:15
**specifically** 8:17
22:21 28:6
45:22 46:18,20
47:1,9 48:17
51:9,14 53:18
62:22 66:2
71:22 73:14
75:3 82:10
90:23 92:16
94:8 98:6,14
100:5 101:11
111:4 114:7
115:10 125:24
127:12 134:19
138:24 146:18
152:4 153:16
154:21 161:3
163:14
**specifics** 17:2
**speculation** 59:19
73:20 116:20
117:5,23 128:13
144:13,24 146:2
165:18
**speech** 148:1,2,3
**spell** 4:20
**spelled** 4:23
**spend** 34:10
45:23
**spent** 18:9 48:14
**spoke** 53:9 147:20
148:4 151:21
153:10
**spot** 36:11 47:11
**spray** 58:25 59:6
59:11,17,21
60:4 61:2,6,9,13
61:15 62:5,10
62:13 71:7 72:8
72:13,23 73:18
73:23 74:1,5,8
74:10,17 75:1
75:12 79:6,13
79:15,15 81:5
81:11,13 85:7
87:24 88:10,13
88:20,22 89:5
89:12,16 90:2
90:15 91:14,15
91:22 92:3,6
119:15 120:6
130:21 135:3
157:15,15,18
160:12 164:3,7
**sprayed** 88:10,15

88:16,19 127:13
**sprays** 157:17
**spread** 81:25 82:2
86:1
**Spruce** 65:1,2,2,4
**squads** 21:15
100:20
**St** 1:7 3:7,11,11
3:15,17,18 5:2
9:16 10:8,22
11:13,15 17:15
19:23 23:12
105:10,15
135:23,24 142:6
142:24 143:6,13
154:2,23 167:17
168:5,5
**Stacey** 1:16 3:12
4:4 167:18
168:4,19
**staff** 147:10
**stage** 47:3,8
**staged** 47:10
**stand** 105:6
**standing** 66:4
126:7 144:6,10
145:15
**start** 17:14 122:9
**started** 17:16,20
56:11 57:22,24
102:18,20
103:25 126:23
158:15
**state** 4:20 95:9
142:24
**stated** 79:9
**STATES** 1:1 3:1
**stationary** 47:16
52:10 122:10
144:7,10 145:15
**stationed** 52:12
124:14
**statutes** 142:24
**stay** 24:18
**Steffan** 2:2,3 3:14
4:19 5:1 9:20,23
23:11 25:22
26:1 36:19
42:13 43:6,20
44:2 59:23
61:20 63:15
68:25 69:2,4
73:22 77:19
79:11 88:12
94:19 99:9
110:21 116:24
117:6,25 119:9
121:1 123:23

128:14,19
131:22,19
139:10 143:2,19
144:9,16 145:2
145:6 146:3
156:24,25 157:2
157:5 160:3,6
165:21 166:2,11
**stick** 89:20
**stipulate** 78:4
**STIPULATED** 4:1
**Stockley** 8:1,5,10
23:5 25:11
30:11 38:21
39:23 40:4,21
41:9,11 43:16
43:21 44:4,17
46:25 89:23
95:19 112:25
113:11,19,24
120:9 121:14
133:3 137:3
156:15
**stood** 105:15
**stop** 13:11 36:7
119:16 125:10
140:15,17
**stopped** 36:3
125:4,7 126:1
**strapped** 83:17
**strategy** 53:13
57:20
**stream** 61:7 97:16
98:2,4,21,22
101:10,22,24
103:5,19 160:13
**streamer** 160:8,10
160:16 161:1,4
161:5,9,17,22
162:14 163:12
164:8
**streamers** 97:24
157:21,22,25
163:5,8
**streaming** 97:17
97:21,23
**street** 3:11,15,18
20:25 45:24
46:2,4 64:25
92:25 96:8,10
103:9,10,14
104:3,14 107:24
108:5,18 118:3
146:1,3,7,8
154:23 162:9
168:5
**streets** 118:3
124:8 136:12

142:20 143:7
146:11,11
**strength** 34:19
**strike** 104:5,11
**Striking** 62:3
**struck** 49:19
100:4 124:8,21
**struggle** 130:19
**study** 138:24
**stuff** 82:17 88:7
102:3 108:5
**subject** 25:20,21
59:20 61:11,16
63:12 94:13
95:6 99:6
110:15 116:21
119:6 123:20
128:15 139:6
142:22 143:16
144:4,14,25
165:19
**subjects** 132:18
132:19
**subordinate**
71:15 92:11
**subordinate's**
71:12
**subordinates**
63:5 92:2,5
**Subscribed** 167:7
**substance** 161:17
166:7
**substantiated**
31:1
**successful** 72:22
162:22
**suggest** 166:8
**Suite** 3:15
**summarize**
137:23
**Sunday** 40:12
**supervise** 19:17
20:24,25 21:4
21:10 100:20
**supervising** 23:16
23:21
**supervision** 21:13
**supervisor** 52:25
100:12,16,17,22
100:25 156:5
**supervisors** 34:20
52:21,24 53:2,3
53:5 57:6,12
89:2
**supervisors'** 63:7
**supplemental**
22:7
**supposed** 21:2

51:4 52:15
**sure** 4:22 5:8
41:13 48:13
57:24 68:25
73:19 74:25
75:10 76:21,23
78:11 80:25
81:3 86:12 92:2
92:12 98:15
107:13 111:1
112:3 114:10
115:15,16 117:4
117:24 119:18
121:9 123:8
126:16 131:7,19
142:18 154:24
157:3,4 159:5
159:15
**surprise** 160:22
**surrounding**
124:8
**suspect** 28:12,18
**suspects** 27:13
27:18
**suspended** 27:25
28:2,4,7 29:8,16
**sustain** 67:1
**sustained** 63:8
66:22
**SWAT** 133:25
**sweeping** 99:17
**sworn** 3:10 4:12
168:9
**symptoms** 88:25
**synopsis** 63:16
**system** 155:1,4,10
156:12

- - -

**T**

**tables** 102:7
**tactic** 159:4,19,24
**tactical** 39:9,11,13
39:14,16 151:8
**tag** 38:12 39:5
**take** 5:7,15,17
11:18 12:22
14:17 23:23
36:16 51:12
68:24 94:15,15
105:14 114:11
122:19 131:18
153:11
**taken** 1:12 4:3
5:20 7:24 8:10
81:1 149:14,17
167:2,18 168:11
168:14
**takes** 23:7,14,19

**talk** 5:10,10 6:6,9
  6:14 58:16
  73:10,15 149:24
**talked** 9:1 73:15
  110:16 112:17
  157:8 161:20
**talking** 7:4 8:7
  23:10,12 32:24
  43:22 47:19
  50:14 54:10
  60:8 69:23 97:1
  97:7 98:19
  101:15 110:25
  123:7 131:22
  161:2 162:14
  163:10
**tall** 59:14 87:20
**target** 31:19
**Taser** 62:14,18
**Tasmanian** 102:4
**taught** 14:5 16:12
**taxing** 22:6
**teach** 15:2
**teaching** 15:18
**team** 34:3,7,14,16
  34:22 35:4
  40:22,24 41:4,7
  41:10,16,23,24
  45:13,14 46:5
  47:3 52:15,23
  53:17 54:7 58:7
  68:4 86:14
  100:7 126:15
  155:23 156:1,3
**tear** 121:23
  163:22,24
**technical** 19:9
**technique** 61:21
  61:22,23 62:2,6
  62:6,17,19
**techniques** 61:19
  61:19
**teenager** 17:1,9
**teens** 17:9
**tell** 8:25 17:24
  36:23 42:16
  56:16 68:15,17
  69:18 78:14
  82:8,21 88:12
  88:14 92:5
  101:11 111:9
  144:1
**telling** 115:7
  131:14
**Templeton** 156:7
  156:8,11
**temporary** 18:25
**tents** 102:2,7

**tenure** 25:1 133:6
**term** 19:14 38:15
  44:25 48:18
  60:1,2 120:2
  123:2,4,18,24
  132:1,3 148:19
  154:25 156:9
**terms** 7:5,15
  15:21,23 16:13
  50:15 53:13
  56:14 89:11
  107:3 108:2
  110:25 119:25
  120:7 158:19
**test** 155:19
**tested** 155:15
**testified** 158:7
  160:21
**testify** 5:21,25
**testifying** 42:18
  160:24
**testimony** 40:6
  167:3
**text** 8:20 153:20
  153:21
**Thank** 108:7
  166:10
**thick** 56:12 57:19
**thing** 14:22 23:19
  45:17 102:5
  110:23 111:2
**things** 5:5,22 6:1
  15:22 21:11
  23:21,23 25:25
  47:20 63:3,19
  64:20 84:9
  93:19 108:1,13
  108:20,25
  110:24 112:1
  114:8 120:4
  144:15 149:2
**think** 13:2 15:10
  27:8 29:14
  30:25 31:19
  34:19 41:13
  42:1 45:17 52:7
  54:20,25 56:3
  58:3 66:7 67:19
  74:24 76:15,19
  80:24 84:24
  85:10 95:10
  96:8 97:22 99:3
  102:1,7,22
  104:4 106:21
  109:3 110:16
  120:1,17 121:4
  123:19 127:2
  129:4 130:8

  137:17 147:15
  147:22 148:25
  150:6,20 151:10
  151:25 152:10
  154:14 156:17
  156:25 160:1,19
  163:6
**thinking** 7:23
  33:23 40:20
  41:9 44:15
  46:21 48:6
  67:22 89:8
  120:9 125:25
**thought** 44:23
  69:15 118:17
**thousands** 136:23
  136:23
**threatening**
  158:23
**three** 14:18 23:21
  24:10,14,14
  27:8 31:6 36:1,2
  36:13 108:20
  162:16
**three-day** 20:16
**throwing** 63:4,21
  63:24 64:2,4,20
  64:22 82:17
  84:9 88:7 129:5
**thrown** 64:10
  104:5
**ticket** 16:25 17:9
  30:13
**time** 5:15 7:4,7
  8:15 19:3,6,12
  21:8 23:8,10,14
  23:20,24 31:23
  32:24 33:3,14
  33:23 34:11
  35:15 36:9 37:4
  37:6,7 40:3,16
  42:16 43:10
  44:11,15 46:1
  48:6,8,9,12,14
  50:18,21 56:19
  56:25 57:20,21
  58:13 59:3 60:6
  60:17 64:13
  67:22,24 68:6
  68:11 69:11
  73:4,23 74:7
  82:16 86:4,5,10
  96:17 100:1,14
  100:23 103:3,14
  104:4 106:25
  107:3,9 108:11
  109:3 112:17
  116:1 122:24

  123:1,15,25
  125:7 126:21
  128:9 130:14
  132:11,15,21,22
  132:23 133:6
  135:10,20
  141:15 147:18
  147:19,25
  148:15,23
  157:25 162:13
  163:9,15 165:15
  168:11
**times** 31:16 32:21
  33:6,12,18
  59:24 96:9
  116:14 117:8
  118:6 133:24
  141:5 148:4,10
  162:12,16
  163:12,13
**today** 156:16,19
**today's** 6:3,7 8:20
  9:4,7
**told** 29:25 31:7
  50:24 51:3,5,7
  51:10,20 52:18
  68:20 82:10,11
  92:12 104:20
  105:12,20
  117:15 118:15
  158:5
**Tom** 155:14
**Tony** 65:23
**top** 77:13
**total** 165:9
**touched** 119:13
**touching** 75:20,22
**tough** 113:6
**traffic** 15:22 16:25
  17:3,8,8,10
  30:13 56:3
  102:9 143:1
  144:2,12 146:1
  146:1,7
**train** 14:20,22,24
  15:8,13
**trained** 83:10
  156:2,5
**trainers** 14:22
**training** 12:6,10
  13:20,22 14:2,5
  14:6,7,11,13,14
  15:1,3,11 16:1,1
  16:6,8,10 20:14
  20:16 35:5,6,9
  42:4,7,8,11,17
  52:23 93:24
  94:1,2,7 112:12

  138:17 154:1,5
  154:9,15,16,20
  156:3
**trainings** 20:11
**transcribed** 4:6
**transcript** 166:6
  167:1,3 168:10
  168:11
**transcription**
  168:10
**transfer** 18:21
  19:1
**transferred** 18:8
  18:11 35:19,25
**translated** 168:10
**transmissions**
  151:11
**transport** 51:18
**trauma** 148:9
**travel** 86:1,3
  143:22
**traveled** 54:14
**traveling** 68:11
  122:4,10,11
**treatment** 89:18
  89:19,25
**trial** 44:22
**tries** 144:17
**triggering** 33:11
**trouble** 88:18
**true** 33:1,2,4
  37:25 40:10
  167:2 168:11
**truthfully** 5:22,25
**try** 5:6,9,10 62:5,5
  62:6 72:13
**trying** 8:25 15:2
  15:11,12 68:15
  68:18,21 71:23
  144:11,20
  145:16 148:22
  162:24 163:1
**Tucker** 50:17 65:3
  65:5 102:9,9
  115:6 116:8
  117:15 122:18
  122:24 123:5
  124:1,4,16
  131:23 159:11
  162:2
**turn** 84:4,6,6,22
**turned** 83:22
  84:16
**turning** 66:19
  117:10
**twice** 127:13
**two** 11:9 13:2 18:7
  18:12,19 26:12

26:19,20 27:21
28:5 29:9 31:6
32:16 36:13
51:16 55:10,20
55:22 56:3,4,8
57:8 62:24 72:5
80:3 85:25,25
92:8 98:11,15
147:16 148:4
153:14 162:16
163:17
**two-** 20:15
**type** 15:17
**typewriting** 4:6
**typical** 84:3
**typically** 24:8,18
37:19 49:16
61:3
**typos** 166:7

**U**

**Uh-huh** 10:9,13
12:9 34:8 60:22
89:13 93:7
136:21 142:2
164:6
**ultimately** 29:10
**undercover**
134:21
**understand** 5:11
8:19 13:14 25:6
32:20 39:15,16
41:22 43:24
46:7 52:13
59:24 61:5,11
77:6 80:13
104:8 114:1
123:6 131:25
132:9,10 145:6
145:8
**understanding**
27:9 43:7 54:6
60:2,14,16
90:25 94:9,20
94:24 95:3
110:12 111:11
111:13 118:25
119:4,9,13
120:5 123:24
125:18,20 128:5
139:18,19,25
140:5,8,13
141:20,23
142:23 143:6,10
145:3,5 157:13
158:10 159:9
160:19 161:19
163:19 164:6,10

**understood** 5:12
158:11
**unfair** 30:12
**uniform** 38:4
83:14
**Union** 3:15
**unison** 68:3 70:7
**unit** 16:14,18
18:14 19:5,19
21:23 30:11
33:25 34:6,9,13
34:17 35:2,6,10
35:13,16,18,22
36:4,5,8 37:9
38:8 39:10,19
39:22 40:20
46:7,10 49:22
50:4 100:9
126:12 134:7,10
134:15,16,16,19
134:21,23
148:16 149:6
**UNITED** 1:1 3:1
**units** 54:16
126:13 134:11
134:12 147:6,7
**University** 11:3
**unlawful** 93:25
94:10,18,21
95:4,12,16,23
95:25 96:6,13
96:18 99:12,17
99:21,24 100:23
101:2,7,13
102:10,24 103:3
103:7 107:6,15
107:20 108:1,8
108:11,15 109:2
109:5,9 110:20
110:22 111:7,10
111:16,22,25
113:19,23 114:2
114:13 115:4,17
116:1,15,19
117:1,11,13
158:5,15 163:4
165:10,14
**unlawfully** 110:19
**unrest** 44:24,25
**unusual** 24:23
**USB** 93:17
**use** 23:2 44:25
50:5,13 61:9,12
61:23 62:10,16
72:5 89:5 109:8
114:1 119:1,11
119:14,21
120:18 121:7,16

121:19,21 123:4
127:17 131:25
139:25 140:23
141:21 155:13
157:9 160:20
161:4,22
**use-of-force** 62:4
119:17,20
**uses** 32:21,21
141:3,11,17
151:2 155:5
**Usually** 49:16

**V**

**vacation** 37:7
**vague** 23:9 24:4
43:18 50:9
61:10 88:11
120:25 144:4
145:4
**vaguely** 60:1 78:3
138:15
**vantage** 127:7
130:9
**variables** 143:18
143:19
**varies** 22:14
**variety** 12:22
14:14 30:6,7
142:3 143:17
158:19
**vehicle** 15:22
27:20 114:16,18
114:22 134:17
**vehicles** 14:9
116:22
**vehicular** 15:22
146:1
**venue** 102:2
**verbal** 29:23 62:8
62:13,20
**verbally** 5:6 92:10
114:14 115:5,6
115:12
**verdict** 43:19 44:9
44:17,24 133:4
137:4
**versa** 87:15
**versus** 5:2 121:3
**vice** 87:15
**victims** 27:12
**video** 6:24 7:5,6
7:12,16,19,20
7:21,22 8:16
22:24 148:11
149:8,11,14,17
151:8
**videoing** 67:3

97:25
**videos** 7:23,24 8:1
8:9,13 9:3,6
23:4
**violate** 139:22
**violated** 28:9
29:11,12 32:13
**violating** 145:17
158:20,21
**violation** 16:24
17:10 143:23,24
**violence** 45:3
**violent** 128:20
129:19
**virtue** 49:1
**vision** 64:21
**Visual** 10:7
**voice** 58:8,21 68:5
70:8 115:10
**volatile** 53:15
**Volcanic** 37:14
**volume** 118:8
**vs** 1:6 3:6 167:17

**W**

**wait** 59:3
**waive** 166:4,7
**wake** 44:24
**walk** 70:6 81:22
**walked** 57:24 70:8
70:11,20 115:6
117:14
**walking** 47:15
56:6,10 58:11
67:23 70:12
107:24 108:18
**Walnut** 64:24
**want** 17:25 58:16
81:20 93:14
104:21 106:15
109:13,14,16
125:16 153:3
**wanted** 20:19
104:5,17
**warm** 38:22
**warn** 114:5 163:7
163:20,23 164:9
164:11
**warned** 163:15
**warning** 120:14
**Washington**
105:19,24 106:6
106:9,12,22
123:5 124:1,5
124:15,16,21
125:5 127:8
131:23
**wasn't** 57:4 64:1

73:5 88:4 89:7
100:13 109:6
124:10 128:23
160:25 162:19
164:2
**watch** 21:3 24:10
24:14 84:23
**watching** 97:16
98:1,21 103:19
**water** 64:11,11
90:4,7
**way** 28:17 29:6
44:24 51:10
76:10,19 80:10
84:19 86:19
105:18 109:13
109:16 110:10
111:5 114:14
122:12 149:22
154:15,22
**ways** 20:23
165:24
**we're** 8:6 18:16
24:12 38:23
60:8 69:23
89:14 97:7
110:25
**we've** 112:17
137:5 154:14
**weapons** 127:17
159:7 165:2
**wear** 38:18,25
39:5
**wearing** 83:18,20
83:23
**weeding** 15:4
**week** 22:13,16
**weekend** 92:22,23
146:12,15
**weeks** 24:10,14
24:15 32:15
36:1,2 137:4
**went** 17:21 45:24
46:1,4 47:10
48:4,12 84:20
84:21 85:10,11
97:13 102:3,21
102:22 105:15
106:12,22
147:16 150:17
**weren't** 30:14
59:8 60:6 83:18
96:22 97:13
103:12,20 125:2
128:8 162:8
164:2
**west** 48:4,13
64:23 85:11,12

86:2 102:21
104:1 109:17
122:13,21
135:15
**westbound** 84:21
**western** 106:19
**wide** 82:15 157:16
160:14
**windows** 82:19
97:2 101:16
102:14 103:7
**witness** 4:7,8
112:23 113:10
113:18,22 166:9
167:1 168:9,12
**witnessed** 112:20
**woman** 72:11
76:24
**women** 136:23
**Women's** 135:25
136:2,5,7,10,13
**wondering** 117:7
**word** 139:4
**work** 16:4 19:22
21:25 22:2,3,8
22:13,16 23:18
23:22 24:5,5,7,7
24:8,10,12,17
34:10 40:21
41:6,10 44:12
44:13,14 45:10
45:15,16 46:15
71:2 133:12,14
133:17 135:25
136:2 137:2,15
137:23
**worked** 24:20
40:7,12 133:2,7
133:10 135:23
136:5,6,7
**working** 6:14
22:20 23:24
40:16 50:21
53:16 117:8
123:9 137:6
**wouldn't** 29:2
59:23 78:14
112:5 129:5
148:2 159:15
**wrestled** 71:12,18
**wrestling** 72:19
72:23
**writer** 91:20,23
92:4,6,12 93:15
**written** 29:21 92:7
93:2,10
**wrong** 28:17 29:6
97:10 148:16

---

**X**

---

**Y**

---

**yards** 69:24 80:16
80:18
**yeah** 9:22 41:13
42:1 48:9,10
64:9 69:2 77:24
92:20 106:17
120:21 129:14
133:8 137:16
148:25 152:13
155:19
**year** 16:6 33:4,15
**years** 11:9,19 13:2
14:7,18 18:7,9
18:12 20:15
28:5 41:17 42:2
42:14,14 141:14
**yelled** 99:22
**yelling** 58:9,10
108:22 129:1
142:17
**yep** 150:20

---

**Z**

---

**0**

---

**0-0-0** 4:10

---

**1**

---

**1** 2:6 77:17,20
79:20 80:20
90:24
**1-01** 118:22
119:10
**1-06** 138:14
**10** 14:7 67:18,18
67:20 69:1,16
75:6,8 98:7,7
141:14
**100** 91:4 103:2
**100%** 65:24
**10ish** 69:17
**10th** 106:6
**1130** 3:15
**11th** 10:14 115:19
117:2
**12-hour** 24:6
**12:25** 3:11
**1200** 3:11,18
168:5
**13th** 102:1,11
**14** 20:10
**1450** 24:11,12
**14th** 102:2 106:8
106:12,20

---

**15** 24:11
**1510** 24:11,13
**157** 2:2
**15th** 40:8 44:10,16
46:21 47:24
48:7 49:6 50:17
90:6 115:21
116:5,18 122:9
122:10 146:12
157:11,25 162:4
162:15 163:11
**16** 40:12
**160** 2:3
**17** 1:13 3:10
167:18
**17th** 40:13 96:1
115:22 117:2,17
117:18 122:14
122:16 123:6,10
124:2,5 157:11
158:1,4 159:18
159:22 167:2
**18th** 106:22
**1997** 10:5

---

**2**

---

**20** 22:15 40:7
**2000** 10:24
**2002** 13:7
**2003** 13:7
**2005** 17:17
**2006** 10:24
**2009** 26:9
**2010** 16:20
**2014** 133:15,20
**2017** 8:6 19:4 21:9
33:4 40:8,13
41:18 46:22
47:24 48:7
123:6,10 124:2
136:2 137:3
146:12 152:19
159:18,22
**2018** 1:13 3:10
167:2,18 168:16
**2019** 167:7
**21st** 136:4
**22** 34:17
**2250** 24:12
**2310** 24:13
**24th** 168:16
**28** 34:19
**29th** 137:3

---

**3**

---

**30** 53:19 145:15
**314** 3:18
**39** 9:24

---

**3rd** 137:10,25

---

**4**

---

**4** 2:2
**4:17-cv-2455-C...**
1:6 3:6
**40** 22:18 53:19
106:20
**4th** 18:13,15,18,24
19:19 20:1
35:13,16,17,19
35:25

---

**5**

---

**5** 24:6
**50** 103:2
**5th** 18:11,12,23
19:10

---

**6**

---

**6:50** 24:10
**63101** 3:15
**63103** 3:18

---

**7**

---

**7:10** 24:11
**7:30** 24:11
**70** 137:18,24
**77** 2:6

---

**8**

---

**8** 45:12

---

**9**

---

**9** 24:6
**9:02** 3:10
**906** 3:15
**98** 10:18
**9th** 18:3 96:3,7,14
96:14,19,19
99:13,13 102:14
103:9,10,14
104:3,14 105:6
105:10,15,19,23
108:6,7 112:17
114:3 164:14