**MARK WEST  1/4/2019**

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MISSOURI

 3                     EASTERN DIVISION

 4

 5   MALEEHA AHMAD, ET AL.,      )
                                 )
 6         Plaintiffs,           )
                                 )
 7   vs.                         )   Case No. 4:17-CV-2455-CDP
                                 )
 8   CITY OF ST. LOUIS,          )
     MISSOURI,                   )
 9                               )
           Defendant.            )
10

11

12

13

14

15

16

17             DEPOSITION OF MARK WEST

18        TAKEN ON BEHALF OF THE PLAINTIFFS

19               JANUARY 4, 2019

20

21

22

23                                   Exhibit S

24

25
```

MARK WEST  1/4/2019

Page 2

```
 1                    I N D E X

 2                   WITNESSES

 3  ALL WITNESSES  PAGE

 4  For Plaintiffs

 5    MARK WEST

 6       Examination by Mr. Rothert          5
         Examination by Mr. Dierker         28
 7       Re-Examination by Mr. Rothert      37

 8

 9                   EXHIBITS

10  NO.                DESCRIPTION          PAGE

11  Exhibit 1  Photograph of part of the
                CDT team                     17
12
    Exhibit 2  SLMPD CDT welcomes
13              protesters Facebook
                posting                      19
14

15

16

17  (Exhibits attached to transcript.)

18

19

20

21

22

23

24

25
```

```
 1                   UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF MISSOURI

 3                        EASTERN DIVISION

 4

 5   MALEEHA AHMAD, ET AL.,      )
                                 )
 6          Plaintiffs,          )
                                 )
 7   vs.                         )    Case No. 4:17-CV-2455-CDP
                                 )
 8   CITY OF ST. LOUIS,          )
     MISSOURI,                   )
 9                               )
            Defendant.           )
10

11

12               DEPOSITION OF WITNESS, MARK WEST,

13   produced, sworn and examined on the 4th day of

14   January, 2019, between the hours of eight o'clock

15   in the forenoon and six o'clock in the afternoon of

16   that day, at the Office of the St. Louis City

17   Counselor, 1200 Market Street, City Hall, St.

18   Louis, Missouri, before Tara Schwake, a Registered

19   Professional Reporter, Certified Realtime Reporter,

20   Certified Shorthand Reporter (IL), Certified Court

21   Reporter (MO), and Notary Public within and for the

22   State of Missouri.

23

24

25
```

MARK WEST  1/4/2019

```
 1   APPEARANCES
 2   FOR THE PLAINTIFFS:
 3          ACLU OF MISSOURI FOUNDATION
 4          906 Olive Street, Suite 1130
 5          St. Louis, Missouri  63101
 6          (314) 652-3114
 7          by:  Mr. Anthony E. Rothert
 8          arothert@aclu-mo.org
 9
10   FOR THE DEFENDANT:
11          OFFICE OF THE CITY COUNSELOR
12          1200 Market Street, Room 314
13          St. Louis, Missouri  63103
14          (314) 621-3361
15          by:  Mr. Robert Dierker
16          dierkerr@stlouis-mo.gov
17
18   COURT REPORTER:
19          TARA SCHWAKE, CRR, RPR, CCR, CSR
20          Alaris Litigation Services
21          711 North 11th Street
22          St. Louis, Missouri  63101
23          (314) 644-2191
24          1-800-280-DEPO
25          transcripts@alarislitigation.us
```

MARK WEST  1/4/2019

```
 1                    IT IS HEREBY STIPULATED AND AGREED by
 2    and between Counsel for Plaintiffs and Counsel for
 3    Defendant that this deposition may be taken by Tara
 4    Schwake, Notary Public and Certified Realtime
 5    Reporter, thereafter transcribed into typewriting,
 6    with the signature of the witness being expressly
 7    waived.
 8                         MARK WEST,
 9    of lawful age, having been produced, sworn, and
10    examined on the part of Plaintiffs, testified as
11    follows:
12                         * * * * *
13         (Deposition commenced at 10:20 a.m.)
14                         EXAMINATION
15    QUESTIONS BY MR. ROTHERT:
16         Q    Good morning, Mr. West.  Could you
17    state your name for the record, please?
18         A    Mark West.
19         Q    My name's Tony Rothert, we met just a
20    moment ago and I am one of the attorneys
21    representing the plaintiffs in this case against
22    the City.
23              Have you ever been deposed before?
24         A    Yes.
25         Q    Do you know how many times?
```

MARK WEST  1/4/2019

```
 1          A     I don't know.

 2          Q     More than five times?

 3          A     Yes.

 4          Q     More than ten?

 5          A     Yes.

 6          Q     More than twenty?

 7          A     I would say yes.

 8          Q     Okay.  You've been deposed a lot.

 9                MR. DIERKER:  He's a very active

10    officer.

11          Q     (BY MR. ROTHERT)  Do you have an

12    approximate number of times you've been deposed?

13    Or --

14          A     No, I -- it would just be guessing,

15    sir.

16          Q     Okay.  Have you testified in court

17    previously?

18          A     Yes.

19          Q     And has that been at least a dozen

20    times?

21          A     Oh, yes.

22          Q     Have you ever testified in a case in

23    which you have been a defendant?

24          A     Yes.

25          Q     Do you know in how many cases you
```

1    have been a defendant?

2         A     I can think of one recently.  It was

3    just a case where it was similar, it was a

4    Sovereign citizen didn't like that I pulled him

5    over and he sued myself and the city in civil

6    court.

7         Q     Okay.  Any others that you know of

8    where you have been the defendant?

9         A     There was probably several where I

10   was named with the city, like -- like this here, I

11   guess.

12             MR. DIERKER:  You haven't been named

13   in this case.

14        A     Oh, okay.  My name's there, I don't

15   know.

16        Q     (BY MR. ROTHERT)  You are welcome.

17   Okay.  Any lawsuits outside of your employment with

18   the city in which you have been a defendant?

19        A     No, not that I know of.

20        Q     Since you've testified some times

21   before, I assume you know, but I'll just ask you to

22   be sure to answer verbally so the court reporter

23   can get it down.

24        A     Yes.

25        Q     If you don't understand a question,

```
 1    will you please tell me so that -- and I will try
 2    to reword it?
 3          A     Rephrase it, yes.
 4          Q     And you can take -- ask for a break
 5    at any time.  I hope that we won't be here long
 6    enough that we need many breaks, but if you do ask
 7    for a break, I'd ask you to do it after you answer
 8    whatever question is pending.
 9          A     Yes.
10          Q     Have you taken any medications,
11    drugs, or had, consumed any alcohol that would
12    affect your ability --
13          A     No.
14          Q     -- to testify today?
15          A     No.
16          Q     Do you have any health conditions
17    that affect your ability to remember things or
18    testify?
19          A     No.
20          Q     Did you do anything to prepare for
21    today's deposition?
22          A     No.
23          Q     Where do you -- where do you live?
24          A     In Ste. Genevieve County.
25          Q     And how long have you lived in Ste.
```

```
 1    Genevieve County?
 2         A    Approximately eight years.
 3         Q    How old are you?
 4         A    Fifty-one.
 5         Q    Were you born in 1967?
 6         A    Yes.
 7         Q    Did you graduate high school?
 8         A    Yes.
 9         Q    From where?
10         A    Ste. Genevieve High School.
11         Q    What year did you graduate?
12         A    1985.
13         Q    What -- what's the -- what education
14    have you had after high school?
15         A    I have a Bachelor's Degree in
16    business management.
17         Q    Where did you receive your Bachelor's
18    Degree in business management from?
19         A    Webster University.
20         Q    And what year did you receive your
21    Bachelor's Degree from Webster?
22         A    2000.
23         Q    All right.  Beyond the Bachelor's
24    Degree in management from Webster University, do
25    you have any other education beyond -- beyond high
```

MARK WEST  1/4/2019

```
 1    school?

 2         A     A Associate Degree in criminal

 3    justice from Meramec, I graduated that in '93.

 4         Q     Okay.  Besides the Associate's Degree

 5    from Meramec and the Bachelor's Degree from Webster

 6    University, any education beyond high school?

 7         A     No.

 8         Q     All right.  Did you graduate from a

 9    police academy as well?

10         A     Yes.

11         Q     Which police academy?

12         A     St. Louis Police Academy.

13         Q     Is that the only police academy you

14    graduated from?

15         A     Yes.

16         Q     When did you graduate from the

17    academy?

18         A     1994.

19         Q     Where are you currently employed?

20         A     St. Louis Metropolitan Police

21    Department.

22         Q     How long have you been employed at

23    the St. Louis Metropolitan Police Department?

24         A     Since January 1994.

25         Q     What's your current rank or position?
```

MARK WEST  1/4/2019

1       A       Police officer.

2       **Q       And have you been a police officer**

3  **since January 1994, or have you had other positions**

4  **or ranks?**

5       A       Detective is a position, and I have

6  been a detective several times.

7       **Q       Okay.  What years were you detective?**

8       A       '98, '99, and 2000, and again in

9  2010, '11, and '12.

10      **Q       Other than when you were a detective,**

11  **have you been anything other than a police officer,**

12  **any other rank?**

13      A       No.

14      **Q       Prior to your employment with the St.**

15  **Louis Metropolitan Police Department in 1994, where**

16  **were you employed?**

17      A       The US Army.

18      **Q       Okay.  Prior to your employment with**

19  **the US Army --**

20      A       High school.

21      **Q       High school.  During your time at the**

22  **St. Louis Metropolitan Police Department since**

23  **January 1994, have you had any other side jobs?**

24      A       Well, everybody works a little side

25  jobs, security, stuff like that, police related.

MARK WEST  1/4/2019

```
 1          Q      Who have you worked for as a side
 2   job?
 3          A      Hudson Security, US Marshals Office,
 4   Hi-Tech Security Company, GCI Security.
 5          Q      Could you repeat that?
 6          A      GCI security.  Those are probably the
 7   main ones.
 8          Q      Within the last two years have you
 9   worked for any of those companies that you listed?
10          A      No, I haven't worked for any of them
11   in probably the last four or five years.
12          Q      Okay.  Have you worked any side jobs
13   in the last two years?
14          A      No.
15          Q      So you were in the US Army.  What
16   years were you in the Army?
17          A      Active duty from '84 through '92.
18          Q      And then were you in the Reserves
19   after that?
20          A      Reserves from '92 through 2005.
21          Q      And active duty, what rank did you
22   achieve?
23          A      Active duty, I was a staff sergeant.
24          Q      And then in Reserves, what was your
25   highest rank?
```

MARK WEST 1/4/2019

```
 1        A      Promoted to lieutenant.

 2        Q      What were the circumstances of your

 3   discharge from active duty?

 4        A      I wanted to go to college.

 5        Q      And what were the circumstances of

 6   your discharge from Reserves?

 7        A      Twenty years.

 8        Q      Just retiring?

 9        A      Yes.

10        Q      What are your current duties as a

11   police officer for the St. Louis Metropolitan

12   Police Department?

13        A      Uniformed patrol in the 1st District.

14        Q      How long have you been uniformed

15   patrol in the 1st District?

16        A      Since 2013, I believe.

17        Q      Can you describe what or where the

18   1st District is?

19        A      Southern portion of the city.  It

20   bounds St. Louis County, the riverfront, Chippewa,

21   and roughly Kingshighway over to Macklind.

22        Q      Are you also part of something called

23   the Civil Disobedience Team?

24        A      No.

25        Q      Have you ever been part of the Civil
```

MARK WEST 1/4/2019

1    Disobedience Team?

2         A    No.

3         Q    **Have you ever been part of something**

4    **called Rapid Deployment Unit?**

5         A    No.

6         Q    **Do you know what a Civil Disobedience**

7    **Team is?**

8         A    Yes.

9         Q    **What is it to your understanding?**

10        A    A CDT, they respond to incidents

11   where the police department believes there is going

12   to be some kind of protest or civil disobedience.

13        Q    **Is there something called a, in the**

14   **St. Louis Metropolitan Police Department, is there**

15   **something called a Rapid Deployment Unit?**

16        A    There was a Rapid Deployment Unit.

17   But I think it was only a unit for about two years,

18   and I don't think they've had it -- just guessing,

19   maybe 2012 time frame, 2013?

20        Q    **And what was the Rapid Deployment**

21   **Unit?**

22        A    It was -- I guess it was kind of a

23   replacement for the Mobile Reserve Unit, a unit

24   where if there was a, like a hotspot of criminal

25   activity, somebody had a lot of shootings in an

MARK WEST  1/4/2019

```
 1    area or something, that district commander could
 2    call the commander of that unit and ask for an
 3    additional squad for patrol.
 4          Q    How long has there been a Civil
 5    Disobedience Team?
 6          A    I don't know.
 7          Q    Did the Civil Disobedience Team, if
 8    you know, replace the Rapid Deployment Unit?
 9          A    Not that I know of.
10          Q    Do you know how many police officers
11    there are in the St. Louis Metropolitan Police
12    Department?
13          A    I would estimate close to 1,100.
14          Q    I know you're not part of the Civil
15    Disobedience Team.  Have you ever received any
16    Civil Disobedience Team training?
17          A    Not with them, no.
18          Q    With -- have you received it with any
19    -- civil disobedience training with anyone?
20          A    No, they select guys specifically for
21    that unit.  Usually younger guys.
22          Q    Even though you're not part of the
23    Civil Disobedience Team, have you ever been called
24    upon to respond to protests or civil disobedience
25    in the city?
```

MARK WEST  1/4/2019

```
 1        A      Yes.

 2        Q      When was the most recent time that

 3   you know of that you were called on to respond to

 4   protests or civil disobedience in the city?

 5        A      Well, a year and a half ago, I guess

 6   that would have been the night of the 17th, we were

 7   called down to -- I was still in uniform, handling

 8   the radio calls, but we were called down I guess as

 9   a Reserve, and we stood responding to 1200 Clark in

10   front of the old police headquarters.

11        Q      And this would be September 17, 2017?

12        A      I would think so.  That's probably

13   the day.

14        Q      Okay.  Would it have been a Sunday,

15   if you remember?

16        A      I'll take your word for it.  I -- we

17   were in the middle of 12-hour shifts.  I couldn't

18   tell you what day it was.

19        Q      That's the most recent time that you

20   have been called upon to --

21        A      Yes.

22        Q      I have to finish.

23        A      Oh, okay.

24        Q      September 17 would have been the most

25   recent time you were called upon to respond to a
```

MARK WEST  1/4/2019

1    protest or civil disobedience?

2         A    Yes.

3              (Exhibit 1 marked for identification

4    by the court reporter.)

5         Q    (BY MR. ROTHERT)  I'm going to hand

6    you what's been marked as Exhibit 1 with today's

7    date, 1/4/19 in the corner.  And I have handed a

8    copy to Mr. Dierker as well.

9              Do you recognize this photograph?

10        A    It looks like part of the CDT team.

11        Q    Okay.  Have you ever seen this

12   photograph before?

13        A    I think so, yes.

14        Q    Did you take it?

15        A    No.

16        Q    Do you recognize any of the people in

17   the photographs -- photograph?

18        A    Some of them.  I think I recognize

19   two of them.

20        Q    Okay.  Can you -- would you -- I'm

21   going to hand you a pen.  Will you circle on

22   Exhibit 1 the two that you recognize?

23        A    I think that this -- oh, it doesn't

24   show up very well.

25              MR. DIERKER:  Want me to get a

MARK WEST  1/4/2019

1    marker?

2              (Off the record.)

3         Q    (BY MR. ROTHERT)  Will you put a

4    letter A by that person?

5         A    (Witness complies.)

6         Q    Okay.  Person A that you've marked on

7    Exhibit 1.

8         A    I think that's Ed, Eddie Gonzalez.

9    He's retired.  And the only other person, it's hard

10   to tell with the photo but because she's got

11   stripes on, she's a sergeant, I think that could be

12   Sergeant Carolyn Wiener (phonetic), I'll put a B by

13   her.  I think that's her.  And the rest of them, I

14   don't recognize any of them.

15        Q    Can you tell or do you know where

16   this picture was taken?

17        A    Well, it says "Thank you for visiting

18   Washington Avenue entertainment," so I'm going to

19   assume that this is somewhere on Washington Avenue.

20   It looks like it's downtown by the -- by the

21   buildings, but I've never been assigned to that

22   district and I don't hang out there.

23        Q    Did you ever post this picture on

24   your Facebook page?

25        A    I don't know.  I think I saw it on

MARK WEST  1/4/2019

Page 19

```
 1    Facebook somewhere.

 2         Q     All right.  Do you utilize Facebook?

 3         A     Yes.

 4               MR. ROTHERT:  We can mark Exhibit 2,

 5    please.

 6               (Exhibit 2 marked for identification

 7    by the court reporter.)

 8         Q     (BY MR. ROTHERT)  Handing you what's

 9    been marked as Exhibit 2 and I've given Mr. Dierker

10    a copy too, is this a posting from your Facebook

11    page?

12         A     Yes.  That's where I would have saw

13    it.

14         Q     All right.  And would you have --

15    would that be your language added at the top there?

16    "SLMPD CDT welcomes protesters"?

17         A     I don't know if it was sent to me.

18    Had to be sent -- had to pop up on my feed somehow.

19    So I don't know it that's how it was sent or what.

20         Q     Okay.  And then this was posted, it

21    says "September 18."  Would that have been

22    September 18, 2017?  If you know?

23         A     I would assume, yes.

24         Q     Do you know or remember what is meant

25    by "SLMPD CDT team welcomes protesters"?
```

MARK WEST 1/4/2019

```
 1         A     Well, the sign says, it says, "Thank
 2    you for visiting Washington Avenue entertainment
 3    district," so.
 4         Q     So you meant this just as a greeting
 5    to protesters to downtown?
 6         A     Well, whoever took it and sent the
 7    picture out with stuff, I would imagine it was
 8    sarcasm or something.
 9         Q     Is it sarcasm on your part, posting
10    it on your Facebook?
11         A     I probably would have just forwarded
12    it.  Like I said, I didn't take the picture but
13    somehow it wound up on my Facebook feed from
14    somebody.  I don't know where it came from.
15         Q     And when you say you sent it sarcasm,
16    what do you mean by that?
17         A     I think it would be sarcasm because I
18    don't think the protesters would welcome the police
19    department.
20         Q     So you testified earlier that you
21    were called in to a protest at 1200 Clark; correct?
22         A     Yes.
23         Q     What is at 1200 Clark?
24         A     It's the old police headquarters
25    building.
```

MARK WEST  1/4/2019

1       Q      Do you know what time of day it would
2   have been that you were called to 1200 Clark?
3       A      I think we were working 3 p.m. to 3
4   a.m., and I'm guessing they probably -- I'd have to
5   give you a time frame, Counselor.
6       Q      That's fine.
7       A      I'm just guessing it probably came --
8   the call might have came out around 10 p.m.
9   somewhere.
10      Q      And when you were called to 1200
11  Clark around 10 p.m., was that for a protest that
12  was happening at 1200 Clark?  Or --
13      A      No, there was no protesters there.
14  It was, I guess you could call it a staging area.
15      Q      All right.  And that was a staging
16  area.  How many other police officers were
17  participating in that staging area; if you recall?
18      A      There was probably a hundred police
19  officers, I'm guessing.
20      Q      Is this an unusual event, to be
21  called to a staging area for -- with that many
22  police officers there?
23      A      Well, the -- it was unusual the way
24  the -- I guess the information came to us because
25  it came across the radio.  And per the authority of

MARK WEST  1/4/2019

Page 22

```
 1    Cruiser 1, all remaining officers in odd-numbered
 2    districts report to 1200 Clark pending -- I think
 3    it was like pending further instructions.
 4         Q     And what is Cruiser 1?
 5         A     That's the Chief of Police at the
 6    time.
 7         Q     And who was the Chief of Police at
 8    the time?
 9         A     I believe it was interim Chief
10    O'Toole.
11         Q     When you and the other officers
12    arrived at 1200 Clark for that staging, was there a
13    briefing given?
14         A     Actually we stood around for probably
15    almost two hours, just waiting.  And then the only
16    information given was that we were going to go and
17    document if we found any broken windows or
18    anything, any kind of damage that looked like it
19    possibly could have happened during the protest.
20         Q     Were there any -- did anyone speak to
21    the whole group, give any kind of briefing to the
22    group?
23         A     I remember Major Howard was there.
24    It was pretty much lieutenants and below and we
25    were standing around, waiting for somebody to come
```

MARK WEST  1/4/2019

1    and tell us, you know.

2          **Q      Did the acting Chief O'Toole, did he**

3    **speak to that group at that staging?**

4          A    I don't remember him being there.  I

5    remember Major Howard, and the only other person

6    that could have shown up was maybe Lieutenant

7    Colonel Leyshock showed up, but I think he was at

8    another location even.

9          **Q      Beyond being told that you were going**

10   **to go out and document any broken windows or other**

11   **damage caused during protests, were you given any**

12   **other instructions that night, or duties?**

13         A    No.

14         **Q      And what did you wind up doing that**

15   **evening?**

16         A    I was given the area from Tucker

17   east, north of Market.  So I went up to the next

18   block, which would I guess be Chestnut, and I drove

19   eastbound all the way to Broadway and then I would

20   have made a left -- two lefts and came back, I

21   think that's maybe Pine, all the way back down to

22   Tucker, and I just zigzagged on the one-way streets

23   going east and west, seeing if I saw anything.

24              Then there was other officers that

25   were going on the north/south streets and other

```
 1    officers that were west of Tucker and south of

 2    Market.

 3          Q      Did you see anything in the area that

 4    you patrolled?

 5          A      Yeah, the streets I went on, I think

 6    there was a -- we found a -- and I don't have the

 7    info but it was a broken window and some broken

 8    flowerpots and I -- all I would have done was write

 9    the address down and broken window, broken flower

10    pot in front of this address and then we turned the

11    notes in and somebody came back I guess the next

12    morning and wrote a report.

13          Q      And would you have turned that in to

14    what's called the documentation team?  Or --

15          A      No, I didn't see --

16          Q      Or do you know who -- do you know

17    who?

18          A      Somebody collected, they said, "Hey,

19    does anyone -- did anyone see anything broken?"

20                 I said, "Yeah."

21                 "Did you write it down?"

22                 I said, "Yeah."

23                 Somebody collected it and then

24    another person went and documented it.  I don't

25    know who the officer is that wrote the report for
```

```
 1    the broken windows.
 2          Q      But it wasn't you?
 3          A      No.
 4          Q      After going around to document any
 5    damage that you saw, what did you do next?
 6          A      We went back to -- they released us.
 7    We went back to the district.
 8          Q      Have you heard anything or did you
 9    hear about a -- something called a kettle happening
10    that night?
11          A      I had never heard the word "kettle"
12    until the next day in the media.  It's never a term
13    that we had ever heard or used before.
14          Q      Okay.  But if I -- do you know what
15    I'm talking about if I am talking about the kettle
16    that happened that night?
17          A      Yes.
18          Q      Were you involved in that in any way?
19          A      No.
20          Q      Were you around for it?
21          A      No.
22          Q      Did you have any one-on-one
23    interactions with, or any interactions at all
24    directly with any protesters that evening?
25          A      No.  Not unless they were a protester
```

 1    and I didn't know they were and they just asked me

 2    for directions or something.

 3         **Q       Are you familiar with the city**

 4    **ordinances regarding interfering with pedestrian**

 5    **and vehicular traffic?**

 6         A     Yes.

 7         **Q       And is part of your job, as a police**

 8    **officer all these years, enforcing those**

 9    **ordinances?**

10         A     Yes.

11         **Q       What is your understanding of what**

12    **constitutes impeding or interfering with pedestrian**

13    **traffic in a way that would be illegal?**

14         A     I think that if a person or a group

15    of people were in the street and they were blocking

16    the flow of traffic, I would think that you would

17    give them a reasonable -- if it was one person, you

18    might give them a reasonable amount of time or ask

19    them to, you know, move out of the street, get up

20    on the sidewalk.

21              If it was a group of people, then you

22    would do the same thing.  Give them a reasonable

23    amount of time to get across the street.  If they

24    refused, I suspect you would give them an order or

25    a series of orders to make sure that they

MARK WEST 1/4/2019

1     understood what you're saying.

2          **Q      Do you and -- you just answered me**

3     **about streets.   I was asking, though, about**

4     **pedestrian traffic and sidewalks.   So when --**

5     **what's your understanding of when someone --**

6          A     Blocks a sidewalk --

7          **Q     Yeah.**

8          A     -- would be if -- if they're blocking

9     and no one can walk down a sidewalk, you -- you

10    have a right to a peaceful protest and an

11    expression of your First Amendment, right of free

12    speech, so you have the right to, you know, protest

13    anything that you want on the sidewalk, but if

14    you're blocking it and no one can go back and forth

15    to work, then you should at least leave them, I

16    would guess -- I would think common sense would --

17    want to prevail.

18            The sidewalk's ten feet wide and you

19    leave a three foot wide section that people can

20    freely move up and down, that would seem reasonable

21    to me.

22         **Q     All right.   Are you familiar with a**

23    **gentleman, Mr. Paul Nochario, N-o-c-h-a-r-i-o, I**

24    **believe?**

25         A     Yes.

MARK WEST  1/4/2019

```
 1         Q      Who is he?
 2         A      He is a retired Lieutenant Colonel on
 3    the police department.
 4         Q      And do you know when he retired?
 5         A      I know it's been over a year.  I
 6    don't know when.
 7                MR. ROTHERT:  Those are all the
 8    questions I have.
 9                        EXAMINATION
10    QUESTIONS BY MR. DIERKER:
11         Q      With regard to Deposition Exhibit
12    number 2, I'm a little unclear.  You indicated that
13    came from your -- and I will state for the record
14    that Facebook is largely a mystery to me, I'm old,
15    but you stated that that came from your Facebook
16    page; is that --
17         A      It popped up.  I didn't take the
18    picture and, like I said, I only recognize two
19    people in it but somehow it popped up -- somebody
20    took it and they sent it out and it popped up on my
21    Facebook feed.  It'd be like getting an email so to
22    speak.
23         Q      Okay.  The comment at the top of the
24    photograph about welcoming protesters, is that
25    something you would have added to that?
```

MARK WEST  1/4/2019

```
 1          A     No, I think this is exactly how it
 2    came to me and I just like copied, hit copy and
 3    sent.  Or copy and save, I don't know.
 4          Q     Okay.
 5          A     But it came through to my -- my
 6    Facebook page.
 7          Q     Right.  Would you think that
 8    individual police officers have a right to express
 9    views about protesters?
10          A     Well, yeah, that would fall under the
11    First Amendment.  Everybody has a right to their
12    opinion.
13          Q     Did you take this post as indicative
14    in any way of an official position of the police
15    department or the City of St. Louis?
16          A     No.
17          Q     With regard to your, I'll call it
18    deployment, or to 1200 Clark on I think we can
19    agree it was September 17, would you characterize
20    that as an unusual event as far as the operations
21    of the police department were concerned?
22          A     Yeah.  In my 25 years I never heard
23    the chief or any representative get on and ask for
24    the remaining half of the department to show up at
25    a location.
```

MARK WEST  1/4/2019

1       **Q      And what impact did that have on**
2  **policing at the rest of the city?**

3       A      Well, just the protest itself gave us
4  what would have -- we would have considered a
5  skeleton crew to safely guard the rest of the city.
6  And by the chief having to call every odd number
7  district counsel there, then it left the entire
8  city's population being handled by just the
9  remaining three district officers who would have
10 been at a skeleton crew.  Any major incident
11 anywhere in the city and we wouldn't have had
12 officers to deploy to it.

13      **Q      And with regard to the city**
14 **ordinances involving impeding the flow of traffic,**
15 **have you had some personal experience with**
16 **enforcing those ordinances?**

17      A      Yes.

18      **Q      And what, if any, experience did you**
19 **have with regard to enforcing the ordinance**
20 **involving a large group of people?**

21      A      There was a protest a few years back,
22 it was some coal miners protesting Peabody Coal.
23 And I know they came in from West Virginia and they
24 basically like coordinated with our department and
25 the city.  They -- they wanted to have a protest, a

MARK WEST  1/4/2019

Page 31

```
 1    peaceful protest, so that they could get their
 2    views seen by the media, their arguments, and so we
 3    -- we do that if they come and ask us, and we
 4    blocked the street off for them, and they walked
 5    from City Hall, which would be 1200 Market, down
 6    to, it's either like 8th or 9th Street.  So we
 7    blocked off Market, we escorted them down, they
 8    turned in front of Peabody and we had that blocked,
 9    sectioned off so that they could peacefully
10    protest.
11              And they walked up and down the
12    sidewalk and they chanted on the bullhorns and
13    everything, and then they informed us, they said,
14    hey, we have six people that are designated that
15    are going to be arrested and we've already posted
16    their bond, we're just letting you know we're going
17    to move them out to the street and you guys can
18    give your commands and then -- they let us know, it
19    was all orchestrated, hey, we're going to protest,
20    we're going to sit in the street, we're going to
21    block the traffic, you give us the commands, we're
22    going to refuse to move and then you guys can
23    arrest us.  And we said, okay, that's fine.
24              The police department's in the
25    middle.  We have to protect their First Amendment
```

MARK WEST  1/4/2019

Page 32

```
 1    right to free speech and at the same time we have
 2    to protect the businesses or the community that we
 3    serve, their right to freely move and, so that no
 4    windows were broken or no one from Peabody Coal was
 5    assaulted and we have to do it without any
 6    political opinion one with way or the other.
 7         Q    Well, specifically with regard to
 8    protesters who occupied the middle of the street,
 9    did the arrest of those protesters occur basically
10    in the manner that you described, as requesting
11    that they move, when they refused, they were
12    arrested?
13         A    Yes.
14         Q    And did you have experience with a
15    large crowd in the Grove at some point?
16         A    Yes.
17         Q    Could you describe that for us?
18         A    That would have been probably four or
19    five years ago, and it was just, the captain of
20    that district asked for the two-man car to work the
21    -- later into 3 o'clock in the morning to make sure
22    no cars would be broken into because there was a
23    large gathering in the Grove.
24              And the situation was when the bars
25    let out at closing time, there was some kind of
```

MARK WEST  1/4/2019

1    disturbance and about approximately a hundred

2    people wound up in the middle of the intersection

3    of Sarah and Manchester.

4         **Q      Did you respond to that scene?**

5         A      And, yeah, it didn't even come across

6    the radio.  I just happened to turn and drove up on

7    it.  And it wasn't a planned protest.  It was more

8    or less a scuffle in the middle of the street

9    involving about a hundred people and I -- I would

10   like to think that I used common sense approach --

11        **Q      What, if anything, did you do with**

12   **regard to the crowd control?**

13        A      Instead of, you know, yelling on the

14   radio that I had a large crowd and then officers

15   start responding, then we got the risk of somebody

16   being injured in an auto incident, I hit the air

17   horn a couple times to let them know, give them

18   basically a verbal without me saying anything, a

19   presence that the police are here, which about 10

20   or 15 people went back up on the sidewalks.

21             And then I, you know, I had the

22   lights on, I got on the microphone and I said, hey,

23   this is an unlawful assembly, you know, St. Louis

24   police department requests you move back up on the

25   sidewalk, which 10 or 15 more people moved up.  So

MARK WEST  1/4/2019

```
 1    the crowd slowly got smaller.

 2              Eventually I got out, I told them,

 3    still you have to get out of the street or I'll

 4    call more officers, and a few more people dispersed

 5    up onto the sidewalk and then I made what I

 6    consider common sense decisions.  I got my mace

 7    out.  And instead of just walking up to mace

 8    somebody I made sure I stood there for like ten or

 9    fifteen seconds and I'm shaking my mace, give them

10    a verbal command if they don't disperse, I'm going

11    to mace the crowd, which 10 or 15 more people took

12    that warning and got back up on the sidewalk.

13              So I started with a crowd of, with

14    just me and another officer, a crowd of a hundred

15    people and only two police officers, I was able to

16    whittle it down, just through the air horn, siren,

17    and verbal commands and showing them that I did

18    have mace, down to a crowd of 20 to 25 and at the

19    end, I -- they weren't a threat to us but I still

20    had to break them up before it turned into a large

21    fight.

22              So I took the mace, and I didn't

23    target any one person.  I pointed it up and as I

24    walked into the crowd, I sprayed mace about ten

25    feet in the air above everyone's head.  And what
```

MARK WEST  1/4/2019

1   that does is it disperses, no one will get a direct

2   effect but as it slowly floats back down to the

3   ground, if you are close enough, you're going to

4   smell it, it's going to be like someone blew pepper

5   in your face and you're going to cough or sneeze.

6             And by doing that, I walked through

7   the crowd and sprayed it above us so that, you

8   know, I affected myself as much as I affected

9   anyone else, and then I walked back through and

10  just that alone, it got everyone to move out of the

11  street and they all got back on the sidewalk and

12  went to their cars and wherever else they were

13  going that night, or in the morning.  It was 3:00

14  in the morning at that point.

15       **Q     At that point, you considered that**

16  **they had dispersed?**

17       A     At that point, yeah, they had

18  dispersed.  Once they leave the street and they're

19  all going their separate ways, then they're

20  dispersed.  And I just sat there for another 15

21  minutes and monitored them to make sure they didn't

22  reassemble somewhere else.

23       **Q     And I think during your career as a**

24  **police officer you functioned as a, is it a field**

25  **training officer?**

MARK WEST  1/4/2019

1        A     Yes.

2        **Q     What does that involve?**

3        A     Involves getting a recruit out of the

4    academy and then they ride with me for 75 working

5    days, and basically get them to the point where I

6    can pass them and inform the commander that they're

7    ready to ride by themselves and respond to radio

8    calls.

9        **Q     Does that call for you to make sure**

10   **they're familiar with the department's policies**

11   **regarding arrests and use of force?**

12       A     Yes.

13       **Q     And with regard, you're, correct me**

14   **if I'm wrong, but you're aware that your deposition**

15   **is being given in this case, which is formally**

16   **styled Ahmad versus City of St. Louis, involves**

17   **claims relating to the various protests and**

18   **disturbances in September of 2017?  You're aware**

19   **that that's why you're here?**

20       A     Yes.

21       **Q     To what extent, if any, are you aware**

22   **of any effort by the police department to inform**

23   **officers of the preliminary injunction entered by**

24   **the judge in this case?**

25       A     There was a -- I believe the chief at

MARK WEST  1/4/2019

Page 37

```
 1    the time had sent out an email.
 2         Q     Chief O'Toole?
 3         A     Chief O'Toole.
 4         Q     And you saw that email?
 5         A     Yes.
 6         Q     All right.  Is that, in your
 7    experience, is it normal for the -- for
 8    headquarters to inform officers of any judicial
 9    decision that affects operation?
10         A     Yes.
11               MR. DIERKER:  Mr. Rothert, I pass the
12    buck back to you.
13               MR. ROTHERT:  Okay.
14                    RE-EXAMINATION
15    QUESTIONS BY MR. ROTHERT:
16         Q     Um, back to September 17, 2017, you
17    were working a 3:00 to 3:00 shift?
18         A     I believe it was 3 p.m. to 3 a.m.,
19    yes.
20         Q     Okay.  So you would have gotten off
21    work on September 18 at 3 a.m.?
22         A     If we got off on time.
23         Q     Okay.  Maybe later?
24         A     Possibly later.
25         Q     All right.  And looking at Exhibit 2
```

1    again, this is -- is that your -- I don't know the

2    right word, I think it's avatar.  Is this your

3    Facebook image you had on that account?

4         A    It was, yes.

5         Q    So this Facebook posting at 1:47 a.m.

6    on the 18th would have been while you were on duty?

7         A    Yeah, that's probably when it came

8    into my feed.  My Facebook feed.

9         Q    The Peabody Coal protest that you

10   referenced, what's -- which streets did you, or did

11   the police department or the city block off for

12   those protests?

13        A    Well, we escorted -- we gave them a

14   police escort so they didn't get run over by any

15   cars crossing, and that would have been from City

16   Hall all the way down to the street which would --

17   is east of the Peabody headquarters.  And I think

18   that is 8th or 9th Street that they're on.

19        Q    Okay.  And it would have been on

20   Market?

21        A    At the corner of Market, yes.  Or is

22   it -- yeah, I think it's the corner of Market, yes.

23   Market -- the building takes up like the block from

24   Market to Chestnut.

25        Q    Okay.  I can see it.

MARK WEST  1/4/2019

```
 1        A      Okay.

 2        Q      But what street were folks marching

 3    on?

 4        A      They marched down Market and then

 5    they turned on the side street, which was 8th or

 6    9th, and we had that blocked off for them so they

 7    could protest.

 8        Q      All right.  So that march technically

 9    violated the ordinance by -- because vehicles

10    couldn't use that street at the time because of the

11    protest; right?

12        A      Vehicles would have been delayed by a

13    minute or two.  But if you coordinate with us, we

14    were happy to give you that, that freedom.

15        Q      And do you know what the process is?

16    Is there an established process for coordinating

17    with the police department, if you know?

18        A      I don't know the exact.  You would

19    have -- I would imagine that you would contact City

20    Hall and the headquarters which would be the

21    chief's office.

22        Q      Then you mentioned the protest at the

23    Grove and that you told people there that they were

24    an unlawful assembly.  What do you mean by unlawful

25    assembly?
```

MARK WEST  1/4/2019

```
 1          A      In that incidence, it's approximately

 2     a hundred people so I can't physically count each

 3     one and they were in the middle of the

 4     intersection.  So any traffic that was going east

 5     or west on Manchester or north or south on Sarah

 6     would not have been able to go through the

 7     intersection.

 8          Q      And was there any force or violence

 9     being used by any of those folks?

10          A      Well, there was pushing and shoving

11     against each other in there but we waited around,

12     no one reported any assaults to us.  And no one

13     attempted to assault us while we were there.

14          Q      Do you -- what year was that in the

15     Grove, do you think?  Within a year or two.

16          A      Yeah, let me guess.  Captain

17     Swiderski was the captain and I think he's been

18     retired three or four years, so let's take a shot

19     at 2014?

20          Q      Okay.  Somewhere around 2014?

21          A      Maybe.

22          Q      Okay.  And when you say you had mace,

23     is that -- are you using that -- is that pepper

24     spray, same thing as pepper spray?

25          A      Yeah.
```

MARK WEST  1/4/2019

1      Q     And what kind of delivery device are
2  you issued?
3      A     It's a small, probably six ounce,
4  handheld can.
5      Q     Are you familiar with some people in
6  the police department having more like foggers that
7  can --
8      A     I think the CDT team has foggers.
9      Q     You do not?
10     A     No, just normal officers don't have
11  that.
12     Q     And finally a couple questions about
13  the email from Chief O'Toole about the preliminary
14  injunction in this case.  Does -- do you have a --
15  does that go to your, like a police department
16  issued email address?
17     A     Yes.
18     Q     Does every police officer have one?
19     A     Yes.
20     Q     And other than the email from the
21  then chief, did you receive any other education or
22  information about the preliminary injunction in
23  this case?
24     A     No, they would have copied it and
25  placed it in the email for everyone to review.

MARK WEST  1/4/2019

```
 1         Q     And as best you can remember, was
 2   this -- did it explain what the preliminary
 3   injunction was?  Or what did it say?
 4         A     I think it was actually a copy of the
 5   injunction from the judge.  But I haven't read it
 6   in over a year, so.
 7         Q     But you did read it at the time?
 8         A     At the time, yes.
 9         Q     Do you know approximately when that
10   would have come, what month?  Or --
11         A     I know it would have been after the
12   17th.
13               MR. ROTHERT:  Okay.  That's all I
14   have.
15               MR. DIERKER:  I -- as a veteran
16   witness, officer, you -- I -- Mr. Rothert is
17   reeducating me at what I'm supposed to do in
18   depositions.  But you have the right to read the
19   deposition and make corrections and sign it, or you
20   can waive signature and rely on --
21               THE WITNESS:  I'll waive signature at
22   this time.
23               MR. DIERKER:  We're happy to waive.
24               MR. ROTHERT:  Okay.  Thank you.
25   That's it.
```

MARK WEST  1/4/2019

```
 1                    (Wherein, the taking of the instant

 2     deposition ceased at 11:12 a.m.)

 3                    (By agreement between Counsel and

 4     with the consent of the witness, the signature is

 5     expressly waived.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MARK WEST  1/4/2019**

```
 1                    CERTIFICATE OF REPORTER

 2

 3              I, TARA SCHWAKE, a Registered

 4    Professional Reporter and Notary Public within and

 5    for the State of Missouri, do hereby certify that

 6    the witness whose testimony appears in the

 7    foregoing deposition was duly sworn by me; that the

 8    testimony of said witness was taken by me to the

 9    best of my ability and thereafter reduced to

10    typewriting under my direction; that I am neither

11    counsel for, related to, nor employed by any of the

12    parties to the action in which this deposition was

13    taken, and further that I am not a relative or

14    employee of any attorney or counsel employed by the

15    parties thereto, nor financially or otherwise

16    interested in the outcome of the action.

17

18

19              _____

20                    Notary Public in and for

21                    The State of Missouri

22

23

24

25
```

**MARK WEST  1/4/2019**

### A

a.m 5:13 21:4
37:18,21 38:5
43:2
ability 8:12,17
44:9
able 34:15 40:6
academy 10:9
10:11,12,13,17
36:4
account 38:3
achieve 12:22
ACLU 4:3
acting 23:2
action 44:12,16
active 6:9 12:17
12:21,23 13:3
activity 14:25
added 19:15
28:25
additional 15:3
address 24:9
24:10 41:16
affect 8:12,17
afternoon 3:15
age 5:9
ago 5:20 16:5
32:19
agree 29:19
AGREED 5:1
agreement
43:3
Ahmad 1:5 3:5
36:16
air 33:16 34:16
34:25
AL 1:5 3:5
Alaris 4:20
alcohol 8:11
Amendment
27:11 29:11
31:25
amount 26:18
26:23
answer 7:22
8:7

answered 27:2
Anthony 4:7
APPEARANC...
4:1
appears 44:6
approach 33:10
approximate
6:12
approximately
9:2 33:1 40:1
42:9
area 15:1 21:14
21:16,17,21
23:16 24:3
arguments 31:2
Army 11:17,19
12:15,16
arothert@aclu...
4:8
arrest 31:23
32:9
arrested 31:15
32:12
arrests 36:11
arrived 22:12
asked 26:1
32:20
asking 27:3
assault 40:13
assaulted 32:5
assaults 40:12
assembly 33:23
39:24,25
assigned 18:21
Associate 10:2
Associate's
10:4
assume 7:21
18:19 19:23
attached 2:17
attempted
40:13
attorney 44:14
attorneys 5:20
authority 21:25
auto 33:16
avatar 38:2

Avenue 18:18,19
20:2
aware 36:14,18
36:21

### B

B 18:12
Bachelor's 9:15
9:17,21,23
10:5
back 23:20,21
24:11 25:6,7
27:14 30:21
33:20,24
34:12 35:2,9
35:11 37:12,16
bars 32:24
basically 30:24
32:9 33:18
36:5
BEHALF 1:18
believe 13:16
22:9 27:24
36:25 37:18
believes 14:11
best 42:1 44:9
beyond 9:23
9:25,25 10:6
23:9
blew 35:4
block 23:18
31:21 38:11,23
blocked 31:4,7
31:8 39:6
blocking 26:15
27:8,14
Blocks 27:6
bond 31:16
born 9:5
bounds 13:20
break 8:4,7
34:20
breaks 8:6
briefing 22:13
22:21
Broadway
23:19

broken 22:17
23:10 24:7,7,9
24:9,19 25:1
32:4,22
buck 37:12
building 20:25
38:23
buildings 18:21
bullhorns 31:12
business 9:16
9:18
businesses
32:2

### C

call 15:2 21:8,14
29:17 30:6
34:4 36:9
called 13:22
14:4,13,15
15:23 16:3,7,8
16:20,25
20:21 21:2,10
21:21 24:14
25:9
calls 16:8 36:8
captain 32:19
40:16,17
car 32:20
career 35:23
Carolyn 18:12
cars 32:22
35:12 38:15
case 1:7 3:7
5:21 6:22 7:3
7:13 36:15,24
41:14,23
cases 6:25
caused 23:11
CCR 4:19
CDT 2:11,12
14:10 17:10
19:16,25 41:8
ceased 43:2
CERTIFICATE
44:1
Certified 3:19

3:20,20 5:4
certify 44:5
chanted 31:12
characterize
29:19
Chestnut 23:18
38:24
chief 22:5,7,9
23:2 29:23
30:6 36:25
37:2,3 41:13,21
chief's 39:21
Chippewa
13:20
circle 17:21
circumstances
13:2,5
citizen 7:4
city 1:8 3:8,16,17
4:11 5:22 7:5
7:10,18 13:19
15:25 16:4
26:3 29:15
30:2,5,11,13
30:25 31:5
36:16 38:11,15
39:19
city's 30:8
civil 7:5 13:23
13:25 14:6,12
15:4,7,14,16,19
15:23,24 16:4
17:1
claims 36:17
Clark 16:9 20:21
20:23 21:2,11
21:12 22:2,12
29:18
close 15:13 35:3
closing 32:25
coal 30:22,22
32:4 38:9
collected 24:18
24:23
college 13:4
Colonel 23:7
28:2

MARK WEST  1/4/2019

| | | | | |
|---|---|---|---|---|
| come 22:25 31:3 33:5 42:10 | counsel 5:2,2 30:7 43:3 44:11,14 | department 10:21,23 11:15 11:22 13:12 | 13:6 | 38:17 40:4 |
| command 34:10 | Counselor 3:17 | 14:11,14 15:12 | disobedience 13:23 14:1,6,12 | eastbound 23:19 |
| commander 15:1,2 36:6 | 4:11 21:5 | 20:19 28:3 | 15:5,7,15,16,19 | EASTERN 1:2,3 |
| commands 31:18,21 34:17 | count 40:2 | 29:15,21,24 | 15:23,24 16:4 | 3:2,3 |
| commenced 5:13 | County 8:24 9:1 13:20 | 30:24 33:24 | 17:1 | Ed 18:8 |
| comment 28:23 | couple 33:17 41:12 | 36:22 38:11 | disperse 34:10 | Eddie 18:8 |
| common 27:16 33:10 34:6 | court 1:1 3:1,20 | 39:17 41:6,15 | dispersed 34:4 | education 9:13 |
| community 32:2 | 4:18 6:16 7:6 | department's | 35:16,18,20 | 9:25 10:6 |
| companies 12:9 | 7:22 17:4 19:7 | 31:24 36:10 | disperses 35:1 | 41:21 |
| Company 12:4 | crew 30:5,10 | deploy 30:12 | district 1:1,2 3:1 | effect 35:2 |
| complies 18:5 | criminal 10:2 | deployment | 3:2 13:13,15,18 | effort 36:22 |
| concerned 29:21 | 14:24 | 14:4,15,16,20 | 15:1 18:22 | eight 3:14 9:2 |
| conditions 8:16 | crossing 38:15 | 15:8 29:18 | 20:3 25:7 | either 31:6 |
| consent 43:4 | crowd 32:15 | deposed 5:23 | 30:7,9 32:20 | email 28:21 37:1 |
| consider 34:6 | 33:12,14 34:1 | 6:8,12 | districts 22:2 | 37:4 41:13,16 |
| considered 30:4 35:15 | 34:11,13,14,18 | deposition 1:17 | disturbance 33:1 | 41:20,25 |
| constitutes 26:12 | 34:24 35:7 | 3:12 5:3,13 | disturbances 36:18 | employed 10:19 |
| consumed 8:11 | CRR 4:19 | 8:21 28:11 | DIVISION 1:3 | 10:22 11:16 |
| contact 39:19 | Cruiser 22:1,4 | 36:14 42:19 | 3:3 | 44:11,14 |
| control 33:12 | CSR 4:19 | 43:2 44:7,12 | document | employee 44:14 |
| coordinate 39:13 | current 10:25 | depositions 42:18 | 22:17 23:10 | employment |
| coordinated 30:24 | 13:10 | describe 13:17 | 25:4 | 7:17 11:14,18 |
| coordinating 39:16 | currently 10:19 | 32:17 | documentation 24:14 | enforcing 26:8 |
| copied 29:2 | _____ | described 32:10 | documented | 30:16,19 |
| 41:24 | D | DESCRIPTION | 24:24 | entered 36:23 |
| copy 17:8 19:10 | D 2:1 | 2:10 | doing 23:14 | entertainment |
| 29:2,3 42:4 | damage 22:18 | designated 31:14 | 35:6 | 18:18 20:2 |
| corner 17:7 | 23:11 25:5 | detective 11:5,6 | downtown | entire 30:7 |
| 38:21,22 | date 17:7 | 11:7,10 | 18:20 20:5 | escort 38:14 |
| correct 20:21 | day 3:13,16 | device 41:1 | dozen 6:19 | escorted 31:7 |
| 36:13 | 16:13,18 21:1 | Dierker 2:6 4:15 | drove 23:18 | 38:13 |
| corrections 42:19 | 25:12 | 6:9 7:12 17:8 | 33:6 | established |
| cough 35:5 | days 36:5 | 17:25 19:9 | drugs 8:11 | 39:16 |
| | decision 37:9 | 28:10 37:11 | duly 44:7 | estimate 15:13 |
| | decisions 34:6 | 42:15,23 | duties 13:10 | ET 1:5 3:5 |
| | defendant 1:9 | dierkerr@stlo... | 23:12 | evening 23:15 |
| | 3:9 4:10 5:3 | 4:16 | duty 12:17,21,23 | 25:24 |
| | 6:23 7:1,8,18 | direct 35:1 | 13:3 38:6 | event 21:20 |
| | Degree 9:15,18 | direction 44:10 | _____ | 29:20 |
| | 9:21,24 10:2,4 | directions 26:2 | E | Eventually 34:2 |
| | 10:5 | directly 25:24 | E 2:1 4:7 | everybody |
| | delayed 39:12 | discharge 13:3 | earlier 20:20 | 11:24 29:11 |
| | delivery 41:1 | | east 23:17,23 | everyone's |
| | | | | 34:25 |
| | | | | exact 39:18 |
| | | | | exactly 29:1 |

MARK WEST  1/4/2019

Examination
  2:6,6 5:14
  28:9
examined 3:13
  5:10
Exhibit 2:11,12
  17:3,6,22 18:7
  19:4,6,9 28:11
  37:25
Exhibits 2:9,17
experience
  30:15,18 32:14
  37:7
explain 42:2
express 29:8
expression
  27:11
expressly 5:6
  43:5
extent 36:21

_____
            F
face 35:5
Facebook 2:13
  18:24 19:1,2,10
  20:10,13 28:14
  28:15,21 29:6
  38:3,5,8
fall 29:10
familiar 26:3
  27:22 36:10
  41:5
far 29:20
feed 19:18 20:13
  28:21 38:8,8
feet 27:18
  34:25
field 35:24
fifteen 34:9
Fifty-one 9:4
fight 34:21
finally 41:12
financially
  44:15
fine 21:6 31:23
finish 16:22
First 27:11 29:11

31:25
five 6:2 12:11
  32:19
floats 35:2
flow 26:16
  30:14
flower 24:9
flowerpots 24:8
foggers 41:6,8
folks 39:2 40:9
follows 5:11
foot 27:19
force 36:11 40:8
foregoing 44:7
forenoon 3:15
formally 36:15
forth 27:14
forwarded 20:11
found 22:17
  24:6
FOUNDATION
  4:3
four 12:11 32:18
  40:18
frame 14:19 21:5
free 27:11 32:1
freedom 39:14
freely 27:20
  32:3
front 16:10
  24:10 31:8
functioned
  35:24
further 22:3
  44:13

_____
            G
gathering
  32:23
GCI 12:4,6
Genevieve
  8:24 9:1,10
gentleman
  27:23
getting 28:21
  36:3
give 21:5 22:21

26:17,18,22
  26:24 31:18,21
  33:17 34:9
  39:14
given 19:9
  22:13,16 23:11
  23:16 36:15
go 13:4 22:16
  23:10 27:14
  40:6 41:15
going 14:11 17:5
  17:21 18:18
  22:16 23:9,23
  23:25 25:4
  31:15,16,19,20
  31:20,22
  34:10 35:3,4,5
  35:13,19 40:4
Gonzalez 18:8
Good 5:16
gotten 37:20
graduate 9:7,11
  10:8,16
graduated 10:3
  10:14
greeting 20:4
ground 35:3
group 22:21,22
  23:3 26:14,21
  30:20
Grove 32:15,23
  39:23 40:15
guard 30:5
guess 7:11 14:22
  16:5,8 21:14
  21:24 23:18
  24:11 27:16
  40:16
guessing 6:14
  14:18 21:4,7,19
guys 15:20,21
  31:17,22

_____
            H
half 16:5 29:24
Hall 3:17 31:5
  38:16 39:20

hand 17:5,21
handed 17:7
handheld 41:4
Handing 19:8
handled 30:8
handling 16:7
hang 18:22
happened
  22:19 25:16
  33:6
happening
  21:12 25:9
happy 39:14
  42:23
hard 18:9
head 34:25
headquarters
  16:10 20:24
  37:8 38:17
  39:20
health 8:16
hear 25:9
heard 25:8,11,13
  29:22
hey 24:18 31:14
  31:19 33:22
Hi-Tech 12:4
high 9:7,10,14
  9:25 10:6
  11:20,21
highest 12:25
hit 29:2 33:16
hope 8:5
horn 33:17
  34:16
hotspot 14:24
hours 3:14
  22:15
Howard 22:23
  23:5
Hudson 12:3
hundred 21:18
  33:1,9 34:14
  40:2

_____
            I
identification

17:3 19:6
IL 3:20
illegal 26:13
image 38:3
imagine 20:7
  39:19
impact 30:1
impeding 26:12
  30:14
incidence 40:1
incident 30:10
  33:16
incidents 14:10
indicated 28:12
indicative 29:13
individual 29:8
info 24:7
inform 36:6,22
  37:8
information
  21:24 22:16
  41:22
informed 31:13
injunction
  36:23 41:14
  41:22 42:3,5
injured 33:16
instant 43:1
instructions
  22:3 23:12
interactions
  25:23,23
interested
  44:16
interfering 26:4
  26:12
interim 22:9
intersection
  33:2 40:4,7
involve 36:2
involved 25:18
involves 36:3
  36:16
involving 30:14
  30:20 33:9
issued 41:2,16
It'd 28:21

MARK WEST  1/4/2019

| | | | | |
|---|---|---|---|---|
| **J** | lefts 23:20 | manner 32:10 | monitored 35:21 | occur 32:9 |

**J**

January 1:19
  3:14 10:24 11:3
  11:23
job 12:2 26:7
jobs 11:23,25
  12:12
judge 36:24
  42:5
judicial 37:8
justice 10:3

**K**

kettle 25:9,11,15
kind 14:12,22
  22:18,21
  32:25 41:1
Kingshighway
  13:21
know 5:25 6:1
  6:25 7:7,15,19
  7:21 14:6 15:6
  15:8,9,10,14
  16:3 18:15,25
  19:17,19,22,24
  20:14 21:1 23:1
  24:16,16,25
  25:14 26:1,19
  27:12 28:4,5,6
  29:3 30:23
  31:16,18 33:13
  33:17,21,23
  35:8 38:1
  39:15,17,18
  42:9,11

**L**

language 19:15
large 30:20
  32:15,23
  33:14 34:20
largely 28:14
lawful 5:9
lawsuits 7:17
leave 27:15,19
  35:18
left 23:20 30:7

lefts 23:20
let's 40:18
letter 18:4
letting 31:16
Leyshock 23:7
lieutenant 13:1
  23:6 28:2
lieutenants
  22:24
lights 33:22
listed 12:9
Litigation 4:20
little 11:24 28:12
live 8:23
lived 8:25
location 23:8
  29:25
long 8:5,25
  10:22 13:14
  15:4
looked 22:18
looking 37:25
looks 17:10
  18:20
lot 6:8 14:25
Louis 1:8 3:8,16
  3:18 4:5,13,22
  10:12,20,23
  11:15,22 13:11
  13:20 14:14
  15:11 29:15
  33:23 36:16

**M**

mace 34:6,7,9
  34:11,18,22,24
  40:22
Macklind 13:21
main 12:7
major 22:23
  23:5 30:10
MALEEHA 1:5
  3:5
management
  9:16,18,24
Manchester
  33:3 40:5

manner 32:10
march 39:8
marched 39:4
marching 39:2
mark 1:17 2:5
  3:12 5:8,18
  19:4
marked 17:3,6
  18:6 19:6,9
marker 18:1
Market 3:17 4:12
  23:17 24:2
  31:5,7 38:20
  38:21,22,23
  38:24 39:4
Marshals 12:3
mean 20:16
  39:24
meant 19:24
  20:4
media 25:12
  31:2
medications
  8:10
mentioned
  39:22
Meramec 10:3,5
met 5:19
Metropolitan
  10:20,23 11:15
  11:22 13:11
  14:14 15:11
microphone
  33:22
middle 16:17
  31:25 32:8
  33:2,8 40:3
miners 30:22
minute 39:13
minutes 35:21
Missouri 1:2,8
  3:2,8,18,22
  4:3,5,13,22
  44:5,21
MO 3:21
Mobile 14:23
moment 5:20

monitored
  35:21
month 42:10
morning 5:16
  24:12 32:21
  35:13,14
move 26:19
  27:20 31:17
  31:22 32:3,11
  33:24 35:10
moved 33:25
mystery 28:14

**N**

N 2:1
N-o-c-h-a-r-i-o
  27:23
name 5:17
name's 5:19
  7:14
named 7:10,12
need 8:6
neither 44:10
never 18:21
  25:11,12 29:22
night 16:6 23:12
  25:10,16 35:13
Nochario 27:23
normal 37:7
  41:10
north 4:21 23:17
  40:5
north/south
  23:25
Notary 3:21 5:4
  44:4,20
notes 24:11
number 6:12
  28:12 30:6

**O**

o'clock 3:14,15
  32:21
O'Toole 22:10
  23:2 37:2,3
  41:13
occupied 32:8

occur 32:9
odd 30:6
odd-numbered
  22:1
office 3:16 4:11
  12:3 39:21
officer 6:10 11:1
  11:2,11 13:11
  24:25 26:8
  34:14 35:24
  35:25 41:18
  42:16
officers 15:10
  21:16,19,22
  22:1,11 23:24
  24:1 29:8
  30:9,12 33:14
  34:4,15 36:23
  37:8 41:10
official 29:14
oh 6:21 7:14
  16:23 17:23
okay 6:8,16 7:7
  7:14,17 10:4
  11:7,18 12:12
  16:14,23 17:11
  17:20 18:6
  19:20 25:14
  28:23 29:4
  31:23 37:13
  37:20,23
  38:19,25 39:1
  40:20,22
  42:13,24
old 9:3 16:10
  20:24 28:14
Olive 4:4
Once 35:18
one-on-one
  25:22
one-way 23:22
ones 12:7
operation 37:9
operations
  29:20
opinion 29:12
  32:6

MARK WEST  1/4/2019

orchestrated 31:19
order 26:24
orders 26:25
ordinance 30:19 39:9
ordinances 26:4,9 30:14 30:16
ounce 41:3
outcome 44:16
outside 7:17

**P**
p.m 21:3,8,11 37:18
page 2:3,10 18:24 19:11 28:16 29:6
part 2:11 5:10 13:22,25 14:3 15:14,22 17:10 20:9 26:7
participating 21:17
parties 44:12,15
pass 36:6 37:11
patrol 13:13,15 15:3
patrolled 24:4
Paul 27:23
Peabody 30:22 31:8 32:4 38:9 38:17
peaceful 27:10 31:1
peacefully 31:9
pedestrian 26:4,12 27:4
pen 17:21
pending 8:8 22:2,3
people 17:16 26:15,21 27:19 28:19 30:20 31:14 33:2,9 33:20,25 34:4

34:11,15 39:23 40:2 41:5
pepper 35:4 40:23,24
person 18:4,6,9 23:5 24:24 26:14,17 34:23
personal 30:15
phonetic 18:12
photo 18:10
photograph 2:11 17:9,12,17 28:24
photographs 17:17
physically 40:2
picture 18:16,23 20:7,12 28:18
Pine 23:21
placed 41:25
plaintiffs 1:6,18 2:4 3:6 4:2 5:2,10,21
planned 33:7
please 5:17 8:1 19:5
point 32:15 35:14,15,17 36:5
pointed 34:23
police 10:9,11,12 10:13,20,23 11:1,2,11,15,22 11:25 13:11,12 14:11,14 15:10 15:11 16:10 20:18,24 21:16 21:18,22 22:5 22:7 26:7 28:3 29:8,14 29:21 31:24 33:19,24 34:15 35:24 36:22 38:11,14 39:17 41:6,15 41:18
policies 36:10

policing 30:2
political 32:6
pop 19:18
popped 28:17 28:19,20
population 30:8
portion 13:19
position 10:25 11:5 29:14
positions 11:3
possibly 22:19 37:24
post 18:23 29:13
posted 19:20 31:15
posting 2:13 19:10 20:9 38:5
pot 24:10
preliminary 36:23 41:13 41:22 42:2
prepare 8:20
presence 33:19
pretty 22:24
prevail 27:17
previously 6:17
Prior 11:14,18
probably 7:9 12:6,11 16:12 20:11 21:4,7,18 22:14 32:18 38:7 41:3
process 39:15 39:16
produced 3:13 5:9
Professional 3:19 44:4
Promoted 13:1
protect 31:25 32:2
protest 14:12 17:1 20:21 21:11 22:19 27:10,12

30:3,21,25 31:1,10,19 33:7 38:9 39:7,11 39:22
protester 25:25
protesters 2:13 19:16,25 20:5 20:18 21:13 25:24 28:24 29:9 32:8,9
protesting 30:22
protests 15:24 16:4 23:11 36:17 38:12
Public 3:21 5:4 44:4,20
pulled 7:4
pushing 40:10
put 18:3,12

**Q**
question 7:25 8:8
questions 5:15 28:8,10 37:15 41:12

**R**
radio 16:8 21:25 33:6,14 36:7
rank 10:25 11:12 12:21,25
ranks 11:4
Rapid 14:4,15,16 14:20 15:8
Re-Examinati... 2:7 37:14
read 42:5,7,18
ready 36:7
Realtime 3:19 5:4
reasonable 26:17,18,22 27:20
reassemble 35:22

recall 21:17
receive 9:17,20 41:21
received 15:15 15:18
recognize 17:9 17:16,18,22 18:14 28:18
record 5:17 18:2 28:13
recruit 36:3
reduced 44:9
reeducating 42:17
referenced 38:10
refuse 31:22
refused 26:24 32:11
regard 28:11 29:17 30:13,19 32:7 33:12 36:13
regarding 26:4 36:11
Registered 3:18 44:3
related 11:25 44:11
relating 36:17
relative 44:13
released 25:6
rely 42:20
remaining 22:1 29:24 30:9
remember 8:17 16:15 19:24 22:23 23:4,5 42:1
repeat 12:5
Rephrase 8:3
replace 15:8
replacement 14:23
report 22:2 24:12,25
reported 40:12

reporter 3:19,19 3:20,21 4:18 5:5 7:22 17:4 19:7 44:1,4
representative 29:23
representing 5:21
requesting 32:10
requests 33:24
Reserve 14:23 16:9
Reserves 12:18 12:20,24 13:6
respond 14:10 15:24 16:3,25 33:4 36:7
responding 16:9 33:15
rest 18:13 30:2 30:5
retired 18:9 28:2,4 40:18
retiring 13:8
review 41:25
reword 8:2
ride 36:4,7
right 9:23 10:8 19:2,14 21:15 27:10,11,12,22 29:7,8,11 32:1 32:3 37:6,25 38:2 39:8,11 42:18
risk 33:15
riverfront 13:20
Robert 4:15
Room 4:12
Rothert 2:6,7 4:7 5:15,19 6:11 7:16 17:5 18:3 19:4,8 28:7 37:11,13 37:15 42:13,16 42:24
roughly 13:21

**S**
RPR 4:19
run 38:14

safely 30:5
Sarah 33:3 40:5
sarcasm 20:8,9 20:15,17
sat 35:20
save 29:3
saw 18:25 19:12 23:23 25:5 37:4
saying 27:1 33:18
says 18:17 19:21 20:1,1
scene 33:4
school 9:7,10,14 10:1,6 11:20,21
Schwake 3:18 4:19 5:4 44:3
scuffle 33:8
seconds 34:9
section 27:19
sectioned 31:9
security 11:25 12:3,4,4,6
see 24:3,15,19 38:25
seeing 23:23
seen 17:11 31:2
select 15:20
sense 27:16 33:10 34:6
sent 19:17,18,19 20:6,15 28:20 29:3 37:1
separate 35:19
September 16:11,24 19:21 19:22 29:19 36:18 37:16,21
sergeant 12:23 18:11,12
series 26:25

serve 32:3
Services 4:20
shaking 34:9
shift 37:17
shifts 16:17
shootings 14:25
Shorthand 3:20
shot 40:18
shoving 40:10
show 17:24 29:24
showed 23:7
showing 34:17
shown 23:6
side 11:23,24 12:1,12 39:5
sidewalk 26:20 27:6,9,13 31:12 33:25 34:5,12 35:11
sidewalk's 27:18
sidewalks 27:4 33:20
sign 20:1 42:19
signature 5:6 42:20,21 43:4
similar 7:3
sir 6:15
siren 34:16
sit 31:20
situation 32:24
six 3:15 31:14 41:3
skeleton 30:5 30:10
SLMPD 2:12 19:16,25
slowly 34:1 35:2
small 41:3
smaller 34:1
smell 35:4
sneeze 35:5
somebody 14:25 20:14 22:25 24:11,18 24:23 28:19

33:15 34:8
south 24:1 40:5
Southern 13:19
Sovereign 7:4
speak 22:20 23:3 28:22
specifically 15:20 32:7
speech 27:12 32:1
spray 40:24,24
sprayed 34:24 35:7
squad 15:3
St 1:8 3:8,16,17 4:5,13,22 10:12,20,23 11:14,22 13:11 13:20 14:14 15:11 29:15 33:23 36:16
staff 12:23
staging 21:14,15 21:17,21 22:12 23:3
standing 22:25
start 33:15
started 34:13
state 3:22 5:17 28:13 44:5,21
stated 28:15
STATES 1:1 3:1
Ste 8:24,25 9:10
STIPULATED 5:1
stood 16:9 22:14 34:8
street 3:17 4:4 4:12,21 26:15 26:19,23 31:4 31:6,17,20 32:8 33:8 34:3 35:11,18 38:16,18 39:2 39:5,10
streets 23:22

23:25 24:5 27:3 38:10
stripes 18:11
stuff 11:25 20:7
styled 36:16
sued 7:5
Suite 4:4
Sunday 16:14
supposed 42:17
sure 7:22 26:25 32:21 34:8 35:21 36:9
suspect 26:24
Swiderski 40:17
sworn 3:13 5:9 44:7

**T**
take 8:4 16:16 17:14 20:12 28:17 29:13 40:18
taken 1:18 5:3 8:10 18:16 44:8,13
takes 38:23
talking 25:15,15
Tara 3:18 4:19 5:3 44:3
target 34:23
team 2:11 13:23 14:1,7 15:5,7,15 15:16,23 17:10 19:25 24:14 41:8
technically 39:8
tell 8:1 16:18 18:10,15 23:1
ten 6:4 27:18 34:8,24
term 25:12
testified 5:10 6:16,22 7:20 20:20
testify 8:14,16
testimony 44:6 44:8

Thank 18:17
  20:1 42:24
thereto 44:15
thing 26:22
  40:24
things 8:17
think 7:2 14:17
  14:18 16:12
  17:13,18,23
  18:8,11,13,25
  20:17,18 21:3
  22:2 23:7,21
  24:5 26:14,16
  27:16 29:1,7
  29:18 33:10
  35:23 38:2,17
  38:22 40:15
  40:17 41:8
  42:4
threat 34:19
three 27:19
  30:9 40:18
time 8:5 11:21
  14:19 16:2,19
  16:25 21:1,5
  22:6,8 26:18
  26:23 32:1,25
  37:1,22 39:10
  42:7,8,22
times 5:25 6:2
  6:12,20 7:20
  11:6 33:17
today 8:14
today's 8:21
  17:6
told 23:9 34:2
  39:23
Tony 5:19
top 19:15 28:23
traffic 26:5,13
  26:16 27:4
  30:14 31:21
  40:4
training 15:16,19
  35:25
transcribed 5:5
transcript 2:17

transcripts@a ...
  4:25
try 8:1
Tucker 23:16
  23:22 24:1
turn 33:6
turned 24:10,13
  31:8 34:20
  39:5
twenty 6:6 13:7
two 12:8,13
  14:17 17:19,22
  22:15 23:20
  28:18 34:15
  39:13 40:15
two-man 32:20
typewriting 5:5
  44:10

U

Um 37:16
unclear 28:12
understand
  7:25
understanding
  14:9 26:11
  27:5
understood
  27:1
uniform 16:7
uniformed 13:13
  13:14
unit 14:4,15,16
  14:17,21,23,23
  15:2,8,21
UNITED 1:1 3:1
University 9:19
  9:24 10:6
unlawful 33:23
  39:24,24
unusual 21:20
  21:23 29:20
use 36:11 39:10
Usually 15:21
utilize 19:2

V

various 36:17
vehicles 39:9
  39:12
vehicular 26:5
verbal 33:18
  34:10,17
verbally 7:22
versus 36:16
veteran 42:15
views 29:9 31:2
violated 39:9
violence 40:8
Virginia 30:23
visiting 18:17
  20:2
vs 1:7 3:7

W

waited 40:11
waiting 22:15
  22:25
waive 42:20,21
  42:23
waived 5:7 43:5
walk 27:9
walked 31:4,11
  34:24 35:6,9
walking 34:7
want 17:25
  27:13,17
wanted 13:4
  30:25
warning 34:12
Washington
  18:18,19 20:2
wasn't 25:2
  33:7
way 21:23 23:19
  23:21 25:18
  26:13 29:14
  32:6 38:16
ways 35:19
we're 31:16,16
  31:19,20,20,21
  42:23
we've 31:15
Webster 9:19,21

9:24 10:5
welcome 7:16
  20:18
welcomes 2:12
  19:16,25
welcoming
  28:24
went 23:17 24:5
  24:24 25:6,7
  33:20 35:12
weren't 34:19
west 1:17 2:5
  3:12 5:8,16,18
  23:23 24:1
  30:23 40:5
whittle 34:16
wide 27:18,19
Wiener 18:12
wind 23:14
window 24:7,9
windows 22:17
  23:10 25:1
  32:4
witness 3:12
  5:6 18:5 42:16
  42:21 43:4
  44:6,8
WITNESSES
  2:2,3
word 16:16 25:11
  38:2
work 27:15
  32:20 37:21
worked 12:1,9
  12:10,12
working 21:3
  36:4 37:17
works 11:24
wouldn't 30:11
wound 20:13
  33:2
write 24:8,21
wrong 36:14
wrote 24:12,25

X

X 2:1

Y

yeah 24:5,20
  24:22 27:7
  29:10,22 33:5
  35:17 38:7,22
  40:16,25
year 9:11,20
  16:5 28:5
  40:14,15 42:6
years 9:2 11:7
  12:8,11,13,16
  13:7 14:17 26:8
  29:22 30:21
  32:19 40:18
yelling 33:13
younger 15:21

Z

zigzagged
  23:22

0

1

1 2:11 17:3,6,22
  18:7 22:1,4
1-800-280-D ...
  4:24
1,100 15:13
1/4/19 17:7
1:47 38:5
10 21:8,11 33:19
  33:25 34:11
10:20 5:13
11 11:9
11:12 43:2
1130 4:4
11th 4:21
12 11:9
12-hour 16:17
1200 3:17 4:12
  16:9 20:21,23
  21:2,10,12
  22:2,12 29:18
  31:5
15 33:20,25
  34:11 35:20

MARK WEST  1/4/2019

| | |
|---|---|
| **17** 2:11 16:11,24 | **63101** 4:5,22 |
|   29:19 37:16 | **63103** 4:13 |
| **17th** 16:6 42:12 | **644-2191** 4:23 |
| **18** 19:21,22 | **652-3114** 4:6 |
|   37:21 | |
| **18th** 38:6 | **7** |
| **19** 2:13 | **711** 4:21 |
| **1967** 9:5 | **75** 36:4 |
| **1985** 9:12 | |
| **1994** 10:18,24 | **8** |
|   11:3,15,23 | **84** 12:17 |
| **1st** 13:13,15,18 | **8th** 31:6 38:18 |
| |   39:5 |
| **2** | |
| **2** 2:12 19:4,6,9 | **9** |
|   28:12 37:25 | **906** 4:4 |
| **20** 34:18 | **92** 12:17,20 |
| **2000** 9:22 11:8 | **93** 10:3 |
| **2005** 12:20 | **98** 11:8 |
| **2010** 11:9 | **99** 11:8 |
| **2012** 14:19 | **9th** 31:6 38:18 |
| **2013** 13:16 14:19 |   39:6 |
| **2014** 40:19,20 | |
| **2017** 16:11 19:22 | |
|   36:18 37:16 | |
| **2019** 1:19 3:14 | |
| **25** 29:22 34:18 | |
| **28** 2:6 | |
| | |
| **3** | |
| **3** 21:3,3 32:21 | |
|   37:18,18,21 | |
| **3:00** 35:13 | |
|   37:17,17 | |
| **314** 4:6,12,14,23 | |
| **37** 2:7 | |
| | |
| **4** | |
| **4** 1:19 | |
| **4:17-CV-2455 ...** | |
|   1:7 3:7 | |
| **4th** 3:13 | |
| | |
| **5** | |
| **5** 2:6 | |
| | |
| **6** | |
| **621-3361** 4:14 | |