```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
 2                        EASTERN DIVISION

 3

 4

 5

 6   MALEEHA AHMAD, et al.,            )
                                       )
 7      Plaintiffs,                    )
                                       ) Cause No.
 8   vs.                               ) 4:17-cv-2455-CDP
                                       )
 9   CITY OF ST. LOUIS, MISSOURI,      )
                                       )
10      Defendant.                     )

11

12

13

14

15             DEPOSITION OF JEROME BAUMGARTNER
                  Taken on behalf of the Plaintiff
16                    December 19th, 2018

17

18

19        Jamie Jo Kinder, CCR 842, CSR 084.003306

20

21

22

23

24

25                                      Exhibit T
```

Case: 4:17-cv-02455-CDP   Doc. #:  126-20   Filed: 03/29/19   Page: 2 of 58 PageID #: 2506

1                    I N D E X

2                                          Page

3                         EXAMINATION

4    QUESTIONS BY MS. STEFFAN                5

5    QUESTIONS BY MS. DUNCAN                42

6    QUESTIONS BY MS. STEFFAN               42

7                         EXHIBITS

8    Baumgartner Deposition Exhibit 1       13

9    Baumgartner Deposition Exhibit 2       29

10

11

12

13

14

15               (Exhibit retained by the Reporter.)

16

17

18

19

20

21

22

23

24

25

```
 1                    IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MISSOURI
 2                            EASTERN DIVISION

 3

 4      MALEEHA AHMAD, et al.,              )
                                           )
 5         Plaintiffs,                     )
                                           ) Cause No.
 6      vs.                                ) 4:17-cv-2455-CDP
                                           )
 7      CITY OF ST. LOUIS, MISSOURI,       )
                                           )
 8         Defendant.                      )

 9

10                    DEPOSITION OF WITNESS, JEROME BAUMGARTNER,

11      produced, sworn, and examined on the 19th day of December,

12      2018, between the hours of 1:22 o'clock in the afternoon

13      and 2:31 o'clock in the forenoon of that day, at St. Louis

14      City Hall, 1200 Market, Room 314, St. Louis, MO, before

15      Jamie Jo Kinder, Missouri CCR 842, Illinois CSR 084-00306,

16      a Certified Court Reporter within and for the State of

17      Missouri, in a certain cause now pending before the United

18      States District Court, Eastern District of Missouri,

19      Eastern Division, wherein MALEEHA AHMAD, et al., are the

20      Plaintiffs, and CITY OF ST. LOUIS, MISSOURI is the

21      Defendant.

22

23

24

25
```

JEROME BAUMGARTNER  12/19/2018

```
 1                   A P P E A R A N C E S

 2           For the Plaintiffs:

 3           Ms. Jessie Steffan
             AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
 4           906 Olive Street, Suite 1130
             St. Louis, MO  63101
 5           (314) 669-3420
             arothert@aclu-mo.org
 6

 7

 8           For the Defendant:

 9           Ms. Abby Duncan
             St. Louis City Counselor's Office
10           1200 Market, City Hall, Room 314
             St. Louis, MO  63103
11

12

13     The Court Reporter:

14     Ms. Jamie Jo Kinder, CCR, CSR
       ALARIS LITIGATION SERVICES
15     711 North Eleventh Street
       St. Louis, MO  63101
16     (800) 280-3376
       www.alaris.us
17     transcripts@alarislitigation.com

18

19

20

21

22

23

24

25
```

JEROME BAUMGARTNER  12/19/2018

```
 1                (Deposition commenced at 1:22 p.m.)

 2           IT IS HEREBY STIPULATED AND AGREED, by and between

 3      counsel for Plaintiffs and counsel for Defendant, that the

 4      deposition of JEROME BAUMGARTNER may be taken in shorthand

 5      by Jamie Jo Kinder, CCR, CSR, a notary public and shorthand

 6      reporter, and afterwards transcribed into typewriting; and

 7      the signature of the witness is expressly reserved.

 8                          * * * * *

 9                     JEROME BAUMGARTNER,

10      of lawful age, being produced, sworn and examined on

11      behalf of the Plaintiffs, deposes and says:

12                          EXAMINATION

13      QUESTIONS BY MS. STEFFAN:

14           Q     Good afternoon, Mr. Baumgartner.

15           A     Hello.

16           Q     I introduced myself earlier, but I'm Jessie

17      Steffan.  I'm one of the plaintiffs' attorneys, which is

18      Ahmad versus the City of St. Louis.  I'm going to ask you

19      to state and spell your name for the record?

20           A     Jerome, J-E-R-O-M-E, Baumgartner,

21      B-A-U-M-G-A-R-T-N-E-R.

22           Q     Have you been deposed previously?

23           A     For this case?

24           Q     For any case.

25           A     Yes.
```

JEROME BAUMGARTNER  12/19/2018

```
 1            Q    So you generally understand how a deposition

 2     works?

 3            A    Yes.

 4            Q    I'll go over a couple of quick ground rules.

 5     Let's try not to talk over one another so that the court

 6     reporter can take down a record, and when you're answering

 7     I would ask for you to answer verbally, so yes or no rather

 8     than saying uh-huh or shaking your head.  If you don't

 9     understand a question that I have asked, please ask me to

10     clarify, otherwise if you respond I'll assume that you

11     understood the question; is that fair?

12            A    Okay.

13            Q    We probably won't be here long enough to take

14     a break, but if you need to take a break, that's fine.  If

15     there is a question hanging out in the air, I would ask

16     that you respond to that question before we go on a break.

17     Do you understand?

18            A    Yes.

19            Q    Have you taken any medication, drugs or

20     alcohol today that would affect your ability to testify

21     truthfully or to remember things?

22            A    No.

23            Q    What did you do to prepare for this

24     deposition?

25            A    Just looked over the documents that were a
```

JEROME BAUMGARTNER 12/19/2018

```
 1    part of the declaration that I signed several months ago.

 2         Q    Other than that, did you do anything to

 3    prepare?

 4         A    No.

 5         Q    Did you talk to anyone in preparation for this

 6    deposition?

 7         A    Just spoke with --

 8              MS. DUNCAN:  Other than counsel?

 9         Q    (By Ms. Steffan) Other than your attorney,

10    yes.

11         A    No.

12         Q    How old are you?

13         A    44.

14         Q    And what is your position with the police

15    department?

16         A    Manager of planning and research.

17         Q    Is that the same position that you held during

18    the events at issue in this case in September of 2017?

19         A    Yes.

20         Q    What is your educational background?

21         A    Doctorate in psychology, master of legal

22    studies, both from the University of Nebraska.

23         Q    Are you from Missouri originally?

24         A    Yes.

25         Q    So I understand, you're not a commissioned
```

```
 1        officer; is that correct?

 2             A    Correct.

 3             Q    You're a civilian employee of the police

 4        department?

 5             A    Yes.

 6             Q    When did you begin your employment with the

 7        police department?

 8             A    July of 2005.

 9             Q    Have you worked there continuously since then?

10             A    Yes.

11             Q    When did you earn your doctorate?

12             A    2003.

13             Q    What did you do between 2003 and 2005?

14             A    I did some private consulting work initially

15        when I came back home to St. Louis for some people doing

16        dissertations and then I had a job for several months with

17        the St. Louis City Health Department.

18             Q    And I assume you did a dissertation as part of

19        your doctorate degree?

20             A    Yes.

21             Q    What did that relate to?

22             A    Essentially like threat assessments to public

23        officials.

24             Q    Is that what you would say your specialty or

25        your area of interest was during your academic career?
```

JEROME BAUMGARTNER  12/19/2018

```
 1          A    Area of interest was generally violence risk

 2     assessment and we had some opportunities to do work with a

 3     number of law enforcement agencies while I was in graduate

 4     school, one of them happened to be the U.S. Capital Police

 5     in Washington, D.C.  So we examined some characteristics of

 6     contacts and contactors with federal legislators.

 7          Q    Do you apply your -- what you learned as part

 8     of your academic training in your job now?

 9          A    Yes.

10          Q    How does that relate to what you do now?

11          A    What relates most to the current job probably

12     is research skills, analytic skills.  Rarely do

13     psychological topics come up or come across any work that I

14     do.  So it's really mostly I think the behavioral science

15     research background.

16          Q    And your title is director of planning?

17          A    Planning and research manager.

18          Q    What do you do on a day-to-day basis?  What

19     does that mean?

20          A    Units like ours in police departments do a

21     whole variety of things.  They could be very narrow in

22     scope in some areas and very broad in scope in others.  Our

23     agency planning and research comprises like three separate

24     distinct kind of subsections.  The planning and research

25     section itself which focuses on, I'm going to call it, like
```

JEROME BAUMGARTNER  12/19/2018

1    management analysis work, executive level kind of research,

2    data analysis, work for command staff.  We also manage the

3    policies and procedures in the department and we will do a

4    host of other, I don't know, like resource allocation

5    analyses, a variety of like performance assessment

6    research, not individual officer performance assessment,

7    not like an annual performance review kind of thing, but

8    like, you know, measurement of, you know, attempting to

9    reach some sort of goal, like response times to calls for

10   service, things like that.

11            The secondary is accreditation, so the

12   department's accreditation through the Commission on

13   Accreditation for Law Enforcement Agencies or CALEA is

14   managed in our shop.  We have accreditation across law

15   enforcement training academy and one for communications, so

16   there are three separate areas.

17            And then the third area is we have a set of

18   staff who do the uniform crime reporting to the state and

19   the FBI, and so they apply the FBI and state crime

20   reporting standards and rules to police reports that they

21   read and that data gets coded then into a separate system

22   which we use for eventual reporting to the state and to the

23   federal government.

24        Q    **To summarize what you just said, your office**

25   **has essentially three main duties, planning and research,**

JEROME BAUMGARTNER  12/19/2018

 1      which you described several aspects of, the accreditation

 2      through CALEA, including the academy and communications,

 3      and the uniform crime reporting; is that right?

 4           A    Yes.

 5           Q    Are there any other main big duties that your

 6      office undertakes?

 7           A    No.  That probably encompasses everything.

 8           Q    And you aren't the head of that office; is

 9      that right?

10           A    Yes.

11           Q    Is that the position that you started at when

12      you came to the police department or did you start in a

13      lower position?

14           A    Started in a lower position.

15           Q    What was the first position that you undertook

16      when you started your employment with the police

17      department?

18           A     It's called police planner two, and it was

19      essentially the number two in the unit, and I held that

20      position until the existing or the manager at the time who

21      hired me left for medical reasons in late 2014, and then he

22      was on extended leave for a while where I was essentially

23      covering in an interim basis until I think it was 2016.

24           Q    Who do you report to?

25           A    Currently?

JEROME BAUMGARTNER  12/19/2018

1      **Q     Yeah.  Let's start with currently, who do you**
2  **report to now?**
3           A     Currently we have an arrangement where our
4  units report to a major, Major Eric Larson, in the
5  department and that has been since the new chief was hired.
6           **Q     If I remember correctly, that was**
7  **December 2017; is that right?**
8           A     His hire date?  I can't remember his hire
9  date.  Everything seemed to become effective or things
10  started happening more in January.  So I feel like it was
11  more mid January.
12           **Q     Okay.  Prior to reporting to Major Larson, who**
13  **did you report to in your office?**
14           A     Prior to that for a relatively brief period of
15  time to the assistant chief of police, Colonel O'Toole.
16           **Q     You said that was for relatively brief periods**
17  **of time?**
18           A     Yes.
19           **Q     How long did you report to Colonel O'Toole?**
20           A     Maybe a year.  I don't remember exactly how
21  long.
22           **Q     I'm going to show you a document real quick.**
23  **Have you seen a document that looks like this previously?**
24           A     Yes, I have seen organizational charts that
25  look like this.

JEROME BAUMGARTNER 12/19/2018

1          Q     I'll go ahead and call this Baumgartner

2     Exhibit 1.

3                (Baumgartner Deposition Exhibit No. 1 marked

4     for identification.)

5          Q     (By Ms. Steffan) If you could keep that in

6     front of you for a second.  I'm just going to ask you a

7     couple of questions about it.  You are listed on this

8     chart; is that right?

9          A     Yes.

10         Q     This chart is dated from September of 2017; is

11    that right?

12         A     It appears to be, yes.

13         Q     And is it accurate to say that at the time

14    this chart was created in September of 2017 you were

15    reporting to Colonel O'Toole, who was at that time the

16    assistant chief; is that right?

17         A     He was the assistant chief, but at this period

18    of time I believe he was also the acting police

19    commissioner.

20         Q     Okay.  As far as your office goes, do you see

21    anything on this chart that looks incorrect about what your

22    chain of command was at that time?

23         A     No.

24         Q     At this time, you no longer report to a person

25    in the assistant chief position, instead you report to a

JEROME BAUMGARTNER  12/19/2018

```
 1      major; is that right?

 2              A     Yes.

 3              Q     And who does, if you know, who does Major

 4      Larson report to?

 5              A     I think in the current organizational

 6      structure, that major role is reporting directly to the

 7      chief's office, I believe.

 8              Q     Is there an assistant chief now?

 9              A     Yes.

10              Q     Who is the assistant chief now?

11              A     Colonel O'Toole.

12              Q     Do you know why you -- your office now reports

13      to Major Larson and not to assistant Chief O'Toole?

14              A     No.

15              Q     Did you make the decision to change the

16      organizational structure?

17              A     No.

18              Q     Do you know who made that decision?

19              A     The current chief.

20              Q     Do you know when he made that decision?

21              A     No.

22              Q     Just after he took his chiefship; is that fair

23      to say?

24              A     Yes.

25              Q     Have your office duties changed at all since
```

JEROME BAUMGARTNER  12/19/2018

1       **Chief Hayden took over as the police chief?**

2               A       No.

3               **Q       How many staff are in your office?**

4               A       Currently?

5               **Q       Yeah.  Let's start with currently.**

6               A       Including myself?

7               **Q       Yes.**

8               A       Including anyone who is detached -- what's

9       called detached there on a temporary basis?

10              **Q       When you're not detached, is it called**

11      **assigned?  Is that the other term that you would use, if**

12      **it's a more permanent position?**

13              A       Commissioned staff occasionally getting

14      detached temporarily from their home assignment to another

15      assignment.

16              **Q       Yes.**

17              A       So that's the situation I'm talking about.

18              **Q       Okay.  So does your -- Sometimes you have**

19      **commissioned staff who is detached from somewhere else; is**

20      **that right?**

21              A       Every so often.

22              **Q       Okay.  Is your office primarily staffed of**

23      **civilian employees?**

24              A       Yes.

25              **Q       So let's exclude commissioned officers for a**

JEROME BAUMGARTNER  12/19/2018

| | | |
|---|---|---|
| 1 | | while or for this point.  How many civilian staff work in |
| 2 | | your office?  Really I'm just trying to get an approximate |
| 3 | | number.  So if it's not exactly precise, that's fine. |
| 4 | A | Ten. |
| 5 | Q | Were there also 10 civilian staff in the fall |
| 6 | | of 2017 or has your office gotten smaller or larger? |
| 7 | A | Smaller. |
| 8 | Q | How many staff were there in the fall of 2017? |
| 9 | A | I don't remember exactly. |
| 10 | Q | More than 10, but not a lot more than 10? |
| 11 | A | Yes.  Could have been 12. |
| 12 | Q | Thinking back, if you recall, to September and |
| 13 | | October of 2017, did you have any commissioned officers who |
| 14 | | had been detached to your office at that time? |
| 15 | A | At that time, no. |
| 16 | Q | And do you have any now? |
| 17 | A | Yes. |
| 18 | Q | How many commissioned officers do you have |
| 19 | | detached to your unit now? |
| 20 | A | One. |
| 21 | Q | Who is that officer? |
| 22 | A | Lieutenant Vonda Rushing. |
| 23 | Q | She's female? |
| 24 | A | Yes. |
| 25 | Q | What is her role in your unit? |

JEROME BAUMGARTNER  12/19/2018

```
 1          A    She's currently in a limited duty status due
 2    to medical reasons.  So she was sent to us to help review
 3    some policies and updates on policies essentially.
 4          Q    Does Major Larson interact with your office on
 5    a day-to-day basis?  Does he do that regularly?
 6          A    Not day-to-day.
 7          Q    Do you have a formal way of checking in with
 8    Major Larson about what your office should be doing, like a
 9    weekly meeting or a weekly e-mail or something like that or
10    is it more an ad hoc checking?
11          A    More ad hoc.
12          Q    Does your office produce regular reports to
13    the command staff of the police department?
14               MS. DUNCAN:  I'll object as vague as to
15    reports.
16          Q    (By Ms. Steffan) Do you understand what I'm
17    asking?
18          A    No.
19          Q    Okay.  Do you -- Is there some mechanism for
20    reporting on the activities of your office that you give to
21    the commissioned command staff of the police department on
22    a regular basis?  For example, I think the police
23    department itself produces an annual report that they make
24    publically available.  Does your office have something like
25    that where you regularly give updates about what your
```

JEROME BAUMGARTNER  12/19/2018

```
 1        office is doing to command staff?

 2              A    No.

 3              Q    How do you find out what your, for lack of a

 4        better word, your commander would like your office to be

 5        doing?  How do they convey information to you?

 6              A    Our office has moved a number of times in the

 7        last couple of years in terms of who we're reporting to.

 8        All of the years that I had been in the unit we had

 9        reported directly to the chief, Chief Dodson, then moved

10        our office to reporting to the assistant chief.  So as a

11        result, we get a lot of requests for projects, what have

12        you, coming directly from the chief's office.  Sometimes,

13        though, requests may come through another commander.  Even

14        in the current arrangement, things don't always come

15        directly through Major Larson.  If you were to look at a

16        current organizational chart, we don't actually even report

17        to Larson on that chart.  It's an arrangement that has just

18        been placed.  He's over a different organizational function

19        now.  We're technically under a different major, but we

20        report to -- or I shouldn't say report.  We work with

21        Larson.  I don't know that we are quite reporting.  We work

22        with Larson because I think the chief kind of wanted to

23        leverage some of his skill sets and background to look at

24        policies and kind of review things as they came in that end

25        up touching us frequently.  So requests can come from a
```

JEROME BAUMGARTNER  12/19/2018

```
 1    number of different sources directly.

 2         Q    And do they -- If, let's say, the chief's

 3    office has a request for you, does somebody just walk down

 4    there and tell you so or does --

 5         A    It could be that way.  It could be via phone

 6    call, e-mail, conversation, a host of different ways.

 7         Q    And where is your unit located?  I think you

 8    said so before, but are you in police headquarters?

 9         A    Yes.

10         Q    When earlier you testified that your office

11    had these sort of three main responsibilities, one of which

12    was planning and research; is that correct?

13         A    Yes.

14         Q    When you testified about resource allocation,

15    is that more determining how resources should be allocated

16    or sort of inventorying how they are allocated?  In other

17    words, are you making a decision?  Is your office making a

18    decision about how to allocate resources or are you just

19    gathering data about how resources have been allocated?

20    Does that make sense?

21         A    Yes.  That work, which only happens

22    sporadically, really is focused on workload assessment and

23    kind of the amount of resources necessary to handle a

24    particular amount of work given the particular functions of

25    a given unit or what have you.  So it is not about tactical
```

JEROME BAUMGARTNER  12/19/2018

1    event level, incident level allocation.

2         **Q     Do you -- Does your office make**

3    **recommendations about how workloads should be allocated?**

4         A     Regular recommendations?  No, not regular

5    recommendations.

6         **Q     You might do so in sort of an individual**

7    **situation, is that what you're saying?  You might do it**

8    **infrequently but not regularly?**

9         A     Infrequently there will be -- either a project

10   requested or a need to or a request to examine the workload

11   needs of a particular unit.  Communications, for example,

12   comes up frequently.  Staffing at the call-taker agent

13   position given the number of calls that come in and times

14   spent on calls and the variety of factors like that.

15   Periodically there is no given or specific intervals for

16   it, but we periodically looked at the allocation of

17   officers to the districts based upon the set number of

18   officers available to allocate based upon workloads.  Those

19   sorts of projects and endeavors.

20        **Q     Another one of the categories that you listed**

21   **as part of planning and research was the management of the**

22   **policies and procedures of the police department; is that**

23   **correct?**

24        A     Yes.

25        **Q     Is that an area in which your office makes**

JEROME BAUMGARTNER  12/19/2018

```
 1      recommendations?

 2              A     Sometimes.

 3              Q     So sometimes your office might make a

 4      recommendation about what a policy or procedure should

 5      include; is that correct?

 6              A     Yes.

 7              Q     Among the policies and procedures that your

 8      office manages are the special orders; is that right?

 9              A     Yes.

10              Q     And when we say that you manage the special

11      orders, what does that mean?

12              A     That means when changes are formally

13      incorporated into special orders or when a new special

14      order is developed, created, that work and the process of

15      doing all of that can funnel and functions through our

16      office.

17              Q     So your office participates in the drafting of

18      special orders or the amending of special orders?

19              A     Yes.

20              Q     How do you -- How does your office decide what

21      a special order should include?

22              A     That will depend on the topic, the issue that

23      any particular order, policy, is covering.  Much of the

24      work on special orders involves existing orders and

25      revisions to those orders, and much of the content is
```

JEROME BAUMGARTNER  12/19/2018

Page 22

1    really driven by subject matter, experts within a

2    department.  Occasionally there will be a need or request

3    to kind of examine either model policies, sample policies

4    from other departments, but by and large a lot of the

5    content is really derived from subject matter experts who

6    can tell us what needs to be in the policies and we

7    essentially manage the writing and kind of construction of

8    that and disseminate through the review process.

9         **Q    Where are special orders maintained?  Are they**

10   **electronic, are they on a computer terminal or are they**

11   **hard copies?**

12        A    They are electronically maintained.  They are

13   located for everyone to access in two specific places, one

14   is on the department's intranet and the other is through

15   the department's Policy Acknowledgment System with the

16   acronym PAS.

17        **Q    You anticipated my next question, which is**

18   **what is the Policy Acknowledgment System?  Is that a kind**

19   **of software?**

20        A    Yes, Policy Acknowledgment System is a piece

21   of software developed by Regis that allows the department

22   and other departments in the region to distribute

23   documents, whatever they may be, and get receipt of --

24   acknowledgment of receipt from the recipients.

25        **Q    So if a decision is made for a document to be**

JEROME BAUMGARTNER  12/19/2018

Page 23

```
 1      disseminated through the PAS system and, say, I'm the

 2      intended recipient of the document, how do I access that?

 3      What do I see on my interface?

 4              A    Through the PAS system?  You'll get a --

 5      You'll get an e-mail indicating that something has been

 6      changed, added, whatever, in PAS that's available for you

 7      to review and acknowledge in PAS.  You would either then be

 8      able to click within the e-mail or use your PAS, you know,

 9      web connection.  It's a web-based platform to go into PAS.

10      Sign in.  First page will show unsigned policies or

11      whatever it may be that was distributed in that fashion.

12      You review it and then you need to sign for that document.

13              Q    Do you sign electronically?

14              A    Yes.

15              Q    You just type in your name and press okay, is

16      that what happens?

17              A    Yes.  Yes.  I think it may be a name and

18      password, but I'm not a hundred percent sure about the

19      password.

20              Q    Does the PAS system ensure that the recipient

21      reviewed the document that was disseminated?

22              A    Does it ensure?

23              Q    For example, you have seen probably like if

24      you're downloading a new app and you have to accept terms,

25      it makes you scroll down to the end of the terms before you
```

JEROME BAUMGARTNER  12/19/2018

1    can click okay.  Is there something similar to that in the

2    PAS system?

3         A    There is a function that requires -- that can

4    require a test be completed that is only applied to certain

5    documents within the system; however, the rest you -- your

6    signed receipt is all that we would get.

7         Q    And once the document has been opened, you can

8    sign; is that right?

9         A    You technically could sign without opening a

10   document.

11        Q    Okay.  Do you decide to send documents through

12   the PAS system or is that someone else who decides that?

13        A    I would say that that's probably more

14   accurately described as a command level decision about what

15   goes through the PAS system.  So all special orders go

16   through the PAS system when they are initially issued or

17   revised and any other directives are always funneled

18   through the PAS system.  But anything else that is sent

19   through the PAS system is really a command decision.

20        Q    Is there a way through the PAS system to send

21   documents to a portion of the department or is it all

22   department, no department?

23        A    There is a way to send documents to subgroups.

24        Q    Is that done regularly?

25        A    Yes.

JEROME BAUMGARTNER 12/19/2018

1      Q    Are the subgroups, do those correspond to

2    units of the force?  For example, are the districts

3    subgroups?

4      A    The groupings in the system are based upon

5    departments, Microsoft active directory system that IT

6    maintains.  There are a couple of ad hoc groups that have

7    been created for various specialized reasons.  I would say,

8    though, that the biggest distinction among groups involves

9    a set of monthly policies that are disseminated to like

10   commission only as opposed to commission and civilian.

11     Q    If I understand correctly, the things that are

12   distributed monthly to commissioned personnel are the

13   sexual harassment policy, CIT, the use of force policy

14   statement, is there anything else?

15     A    Pursuit policy.

16     Q    And pursuit.  Are those -- Those are

17   distributed monthly; is that right?

18     A    Yes.  There is a monthly summary document that

19   is distributed to them, not the entire order, but a summary

20   document of, I guess, key topics.

21     Q    For each of those four things there is a

22   separate summary, is that what you're saying?

23     A    Yes.

24     Q    Are they distributed all in one e-mail, you

25   know?

JEROME BAUMGARTNER 12/19/2018

```
 1          A     No.

 2          Q     It's four different e-mails?

 3          A     (Witness nods head affirmatively.)

 4          Q     Four different disseminations?

 5          A     Yes.

 6          Q     And that is all the things that are

 7   distributed monthly; is that right?

 8          A     With regard to special orders?

 9          Q     Special orders or directives from command

10   staff to commissioned officers.

11          A     Yes, those are the only things distributed

12   through PAS on a regular monthly basis.

13          Q     Do those distributions come with a test?

14          A     Yes.

15          Q     All four of them do?

16          A     Yes.

17          Q     What is the test like?

18                MS. DUNCAN:  Object as to vague.  You can

19   answer.

20          A     The -- It is a set of either multiple choice

21   questions or dichotomous yes-no set of questions that are

22   presented.  A person has to get all the questions correct

23   in order to be able to sign for that document then.

24          Q     (By Ms. Steffan) How many questions are there?

25          A     That varies by policy for those specific ones.
```

JEROME BAUMGARTNER  12/19/2018

```
 1    I can't remember offhand how many specifically each of them

 2    requires.  I believe it might be three a piece.

 3           Q     Is it fair to say it's somewhere around three?

 4           A     Yes.

 5           Q     What happens if a person to whom a document

 6    has been disseminated doesn't sign, doesn't do the test or

 7    doesn't sign?

 8           A     Commanders are able to run an exception report

 9    for either individuals or for their entire unit to see what

10    documents have been disseminated through PAS have not been

11    signed for by particular individuals.

12           Q     Have you run an exception report like that?

13           A     Yes.

14           Q     Do you do that regularly or did you do so at

15    the request of someone or do you just do it every month or

16    something?

17           A     At the request of people.  I will run them

18    occasionally for my own staff.

19           Q     Is there -- When a document is disseminated

20    through the PAS system, is there a deadline by which the

21    person needs to acknowledge receipt?

22           A     There is no stated deadline in the e-mail or

23    anywhere else specifically.

24           Q     Based on your experience in the unit, do

25    people generally read the documents in a reasonable time
```

JEROME BAUMGARTNER  12/19/2018

1      and sign for them?

2                 MS. DUNCAN:  I'm going to object as

3      speculation.  Subject to that, you can answer.

4          A    I really couldn't say on average how quickly

5      people generally review and acknowledge documents in PAS.

6          Q    (By Ms. Steffan) Based on your experience, do

7      you know if anyone has ever been disciplined for not doing

8      so?

9          A    I am not sure.

10         Q    You can't think of an instance right now?

11         A    No.

12         Q    Do you know the court in this case entered a

13     preliminary injunction?

14         A    Yes.

15         Q    Have you read it?

16         A    Yes.

17         Q    Has it been disseminated through the PAS

18     system?

19         A    No.

20         Q    Has anyone requested that your office

21     disseminate it through the PAS system?

22         A    No.

23         Q    Have any special orders been amended as a

24     result of the preliminary injunction?

25         A    In this case?

JEROME BAUMGARTNER  12/19/2018

```
 1             Q     In this case.

 2             A     No.

 3             Q     Has anyone recommended that that happen, to

 4       your knowledge?

 5             A     Not to my knowledge.

 6             Q     And no new special orders have gone out as a

 7       result of the preliminary injunction; is that right?

 8             A     Correct.

 9             Q     Based on your knowledge of the protests in

10       September and October of 2017, do you know whether any

11       special order has been amended or created as a result of

12       the protests?

13             A     No.

14             Q     No, you don't know or, no, it hasn't?

15             A     No, they have not been.

16             Q     Are special orders available to the public?

17             A     Yes.

18             Q     How would a member of the public view special

19       order?

20             A     Currently via a request to the department or

21       to the city.

22             Q     I'm going to show you a document now.

23                   (Baumgartner Deposition Exhibit No. 2 marked

24       for identification.)

25             Q     (By Ms. Steffan) I'll label this Baumgartner
```

JEROME BAUMGARTNER  12/19/2018

1      2, Exhibit 2.  So you have had a chance to page through

2      those sort of sheets of paper that I have handed you;

3      right?

4           A    Yes.

5           Q    Do you recognize all of the pages of the

6      document?

7           A    Yes.

8           Q    What is it?

9           A    It is a declaration about the existence of

10     these particular orders as of a given date and that they

11     were distributed -- those orders were distributed by the

12     PAS system.

13          Q    And you have seen this declaration before;

14     correct?

15          A    Yes.

16          Q    And you signed it; right?

17          A    Yes.

18          Q    Do you see anything that is inaccurate or

19     wrong in the declaration?

20          A    Yes, it all seems to be correct.

21          Q    And just for clarity, where this declaration

22     says Policy Acknowledgment System, that is the PAS system

23     we have been talking about; right?

24          A    Yes.

25          Q    If you could take a look at paragraph five,

JEROME BAUMGARTNER  12/19/2018

 1      Subpart B, which is on the first page.  This says use of

 2      force policy statement.  Do you see that term in quotes

 3      there?

 4          A     Yes.

 5          Q     Is that the summary that you mentioned

 6      earlier?

 7          A     Yes.

 8          Q     Who writes the use of force policy statement?

 9                MS. DUNCAN:  I'm going to object as vague.  Do

10      you mean the portion that is sent out to the monthly?

11          Q     (By Ms. Steffan) This says that a use of force

12      policy statement is sent monthly, and that's true; correct?

13          A     Yes.

14          Q     Who wrote the use of force policy statement?

15          A     Offhand I don't recall.

16          Q     Was -- Have there been any changes to the use

17      of force policy statement since you wrote this declaration?

18          A     No.

19          Q     The content is the same every month?

20          A     Yes.

21          Q     Was the statement something written while you

22      were at your office or did it exist before you arrived?

23                MS. DUNCAN:  I'm going to object as vague.

24      What do you mean?  When he was in his position as director?

25          Q     (By Ms. Steffan) Just since you have been

JEROME BAUMGARTNER 12/19/2018

1    employed by the police department and would have knowledge

2    of these summaries or policy statements, did they exist

3    before you got there or did you -- did your office write

4    them while you were there?  I'm trying to figure out where

5    it came from, this policy statement.

6         A    I don't know when the monthly policy statement

7    was developed.  That was before being in my current

8    position and well before the dates of the events of this

9    case.

10        Q    How long is the policy statement or summary?

11             MS. DUNCAN:  I'm going to object as vague.

12    Subject to that, you can answer.

13        A    Offhand I don't recall.

14        Q    (By Ms. Steffan) Is that one page or more than

15    one page?

16        A    More than a page.

17        Q    How -- Do you recall how big Special Order

18    1-01 is?

19             MS. DUNCAN:  Objection as to vague.  Subject

20    to that, you can answer.

21        A    1-01 is made up of -- currently made up of 13

22    sections, separate sections.  I can't remember the total

23    page count.

24        Q    (By Ms. Steffan) Is it fair to say that the

25    use of force policy statement is considerably shorter than

JEROME BAUMGARTNER 12/19/2018

1    Special Order 1-01?

2           A    Yes.

3           Q    The other three special orders, I think they

4    are all special orders that are disseminated monthly to

5    commissioned personnel, they, I think you testified

6    earlier, also all have summaries; correct?

7           A    Yes.

8           Q    Do you know, not to belabor the point, do you

9    know who wrote those summaries or when they were written?

10          A    I do not specifically, no.

11          Q    Okay.  If you take a look at paragraph six in

12   your declaration, which again is Exhibit 2.  This statement

13   remains accurate; is that right?

14          A    Yes.

15          Q    Has that temporary directive that is

16   referenced in this statement been disseminated through the

17   PAS system ever since January 7th, 2015?

18          A    No.

19          Q    Was there a test attached to it when it was

20   disseminated?

21          A    No.

22          Q    If you take a look at paragraph eight.  If I

23   read this correctly, this is saying the temporary directive

24   became a section of Special Order 1-01; is that correct?

25          A    Content of that temporary directive became

JEROME BAUMGARTNER  12/19/2018

1      part of Section 13 of Special Order 1-01.

2             Q    Okay.  Has Section 13 of Special Order 1-01

3      been disseminated ever?

4             A    Yes.

5             Q    I see that there are references to

6      disseminations in paragraph 10 here in October of 2016 and

7      August of 2017.  Other than those two times, has Section 13

8      been disseminated?

9             A    Yes.

10            Q    When has it been disseminated?

11            A    When it was originally created July of 2015 as

12     in paragraph eight.

13            Q    Okay.  Other than those three times, has it

14     been disseminated?

15            A    No.

16            Q    If you look at paragraph 11, it references

17     Special Order 1-06 titled recording of police activity?

18            A    Yes.

19            Q    Was that disseminated through the PAS system?

20            A    Yes.

21            Q    Is that when it was created in November of

22     2013?

23            A    Yes.

24            Q    Has it been disseminated through the PAS

25     system since then?

JEROME BAUMGARTNER  12/19/2018

1          A    I don't know offhand if it had been.  It would

2    depend on whether it had been revised since then, which I

3    don't think it has been.

4          **Q    If it has not been revised, it would not have**

5    **been disseminated; is that correct?**

6          A    Not necessarily.

7          **Q    There is other information you would need to**

8    **know in order to decide if it had been disseminated, is**

9    **that what you're saying?**

10         A    It's -- Yes.  It could be possible that a

11   portion of an order might be sent out as a reminder to

12   somebody to staff, but the order itself as a whole has not

13   been redisseminated.

14         **Q    Do you know if anything was disseminated**

15   **through the PAS system as a result of the Stockley verdict**

16   **protests?**

17         A    I am not aware of anything being disseminated.

18         **Q    We have talked a little bit the four things**

19   **that are monthly to commissioned personnel.  Who decided**

20   **that those things would be disseminated every month?**

21         A    I don't know.

22         **Q    Do you know when that started, that monthly**

23   **dissemination system?**

24         A    I don't.  I can only say that it would have

25   been sometime after 2006.

JEROME BAUMGARTNER  12/19/2018

1          Q     Is that when the software became available?

2          A     Started using PAS in 2006.

3          Q     Have you or your staff ever recommended that

4    other things be disseminated monthly?  Directives?

5    Anything?

6          A     There have been some suggestions of other

7    documents being disseminated via PAS as a way to document

8    their distribution and receipt by staff.

9          Q     Are any of the documents that have been

10   suggested to be disseminated on a monthly basis related to

11   protests or the First Amendment?

12         A     Yes.  Yes.

13         Q     What documents?

14         A     A reminder message, reminder notice was

15   disseminated regarding interactions with journalists.  I

16   can't remember exactly when that occurred.  I want to say

17   it was sometime in 2017, earlier in 2017, and it was -- I

18   think it stemmed from an agreement between the city and an

19   individual or set of individuals.  But it was not one of

20   these orders that are part of this declaration.  It was not

21   a segment of one of those orders.

22         Q     Was it something that was -- became like a

23   permanent guideline or just a reminder message like "hey"?

24         A     It was a reminder of a statement made in

25   another order.

JEROME BAUMGARTNER  12/19/2018

```
 1          Q    In a police department order or court order?

 2          A    Yes.

 3          Q    Police department order?

 4          A    Yes.

 5          Q    Other than -- Well, let me back up.  That was

 6     disseminated one time; correct, but not regularly, not

 7     monthly or something like that?

 8          A    I think just once.

 9          Q    Other than that reminder notice, have other

10     documents been suggested to be disseminated relate to

11     protests or to the First Amendment?

12          A    Not that I recall.

13          Q    If I understand your declaration correctly,

14     the temporary directive of the court itself was

15     disseminated through the PAS system; right?  The court

16     order that was disseminated; is that right?

17          A    I'm sorry?

18          Q    Looking at paragraph six, which incorporates I

19     guess Exhibit B, this what is reflected here in Exhibit B,

20     this is what a person to whom that was disseminated would

21     see on their screen, it would look just like this?

22          A    Yes, this is -- this is the directive that was

23     disseminated.

24          Q    Got it.

25          A    Following the restraining order.
```

JEROME BAUMGARTNER  12/19/2018

1      Q     Okay.  Forgive me if I have asked you this

2    already, but who decided that this would be disseminated?

3           A     Chief of police as indicated on the top left

4    corner of that directive would have authorized and chosen

5    to disseminate through the agreement through the PAS

6    system.

7           Q     Was that decision based on the recommendation

8    of anyone else or did it originate with the chief?

9           A     I don't remember anything specific to

10   recommendations regarding it being disseminated in any

11   particular way, but all directives are disseminated in this

12   fashion.

13          Q     What's the difference between a directive and

14   a special order?

15          A     Directive really means a temporary directive,

16   something that needs to be put in to place quickly and not

17   necessarily go through the review process and more lengthy

18   process that an order would often take to develop and

19   write.  Usually the assumption is that at some point the

20   content of that directive will be incorporated into a

21   special order down the road.

22          Q     Is there something more permanent than a

23   special order?

24          A     No.

25          Q     And that's what happened with this directive,

JEROME BAUMGARTNER  12/19/2018

1     it was incorporated into the text of a special order?

2         A    Yes.

3         Q    Did your office audit the PAS system to ensure

4     that it's working correctly?

5         A    Explain what you mean by working correctly.

6         Q    Do you -- I mean, are there glitches in the

7     software ever?

8         A    In terms of its recording of receipt and

9     acknowledgment, no.

10        Q    And do you -- You said the PAS system was

11    created by Regis; right?

12        A    Yes.

13        Q    And it's used by multiple police departments?

14        A    Yes.

15        Q    And a police department has to show that their

16    officers are aware of certain policies for the purpose of

17    accreditation; is that right?

18        A    That is one reason departments may be using

19    it.

20        Q    So you use the PAS system to demonstrate that

21    officers know about things when you are seeking

22    reaccreditation through CALEA; correct?

23        A    That is one of the ways, yes.

24        Q    Do you -- So putting aside like a software

25    audit, do you run an exception report or something to show

JEROME BAUMGARTNER  12/19/2018

1    that officers actually did acknowledge a policy when you

2    are seeking reaccreditation?

3          A    I think those reports can be run for the

4    purpose of accreditation, but they aren't necessarily run

5    on any regular interval for that sake.

6          Q    Okay.  If I could ask you to look at the page

7    that has Defendant's Exhibit C written on the bottom

8    right-hand corner.

9          A    Uh-huh (yes).  Yes.

10         Q    This is the first page of Section 13 of

11   Special Order 1-01; is that right?

12         A    Yes.

13         Q    Did you participate in the drafting of this

14   special order?

15         A    Yes.

16         Q    To the best of your knowledge, is it still

17   enforced now?

18         A    To the best of my knowledge it is.

19         Q    Okay.  Do you see anything in this special

20   order that you think is problematic or inappropriate?

21         A    No.

22         Q    Has anyone to whom you report or your office

23   works with told you that they think that there is anything

24   in this special order that is either problematic or

25   inappropriate?

JEROME BAUMGARTNER  12/19/2018

```
 1            A    No.

 2            Q    What about -- I would ask you to turn to

 3       Defendant's Exhibit D, which is the beginning of Special

 4       Order 1-06.  Did you participate in the drafting of this

 5       policy?

 6            A    No.

 7            Q    Do you know what it says?  I mean, are you

 8       generally familiar with what it says?

 9            A    Generally.

10            Q    Do you think there is anything inappropriate

11       or problematic about it?

12            A    Not that I'm aware of.

13            Q    Based on your familiarity with the content of

14       the department's special orders, did you see or hear of

15       anything that happened during the police response to the

16       Stockley protests that you thought did not comply with the

17       special orders?

18                 MS. DUNCAN:  I'm going to object as

19       speculation.  Lack of foundation.  Subject to that, you can

20       answer.

21            A    No.

22                 MS. STEFFAN:  I think that's all I have.  If

23       you don't have any questions, I would ask for a second just

24       to check through my notes.  But if you do have questions,

25       go ahead.
```

JEROME BAUMGARTNER  12/19/2018

```
 1                 MS. DUNCAN:  Could we take a quick break, just
 2     like five minutes?
 3                 (Whereupon, a short break was taken.)
 4                         EXAMINATION
 5     QUESTIONS BY MS. DUNCAN:
 6          Q     You were asked by counsel whether the
 7     preliminary injunction order was disseminated through PAS
 8     and I believe you answered no to that; is that correct?
 9          A     The preliminary injunction for the Ahmad case?
10          Q     Yes.
11          A     Yes.
12          Q     Was it distributed -- Was the preliminary
13     injunction in Ahmad distributed?
14          A     Yes.
15                 MS. DUNCAN:  That's the only follow-up.
16                         EXAMINATION
17     QUESTIONS BY MS. STEFFAN:
18          Q     How was it distributed?
19          A     By the acting chief of police through e-mail
20     department-wide.
21          Q     As an attachment?
22          A     The injunction was attached, yes.
23          Q     Did you receive that e-mail?
24          A     Yes.
25          Q     Was there text in the e-mail or was there just
```

JEROME BAUMGARTNER  12/19/2018

1    an --

2          A    There was text in the e-mail.

3          Q    **Do you recall what it said?**

4          A    Not clearly enough to be able to state it

5    here.

6          Q    **Do you know how long the text of the e-mail**

7    **was?**

8               MS. DUNCAN:  Object as to vague.  Subject to

9    that, you can answer.

10         A    A few sentences.

11         Q    **(By Ms. Steffan) Do you recall when that was**

12   **disseminated through e-mail?**

13         A    I don't.

14         Q    **Did you read it at that time?**

15         A    Yes.

16         Q    **Did you do anything differently in your work**

17   **as a result of having read that preliminary injunction?**

18         A    No.

19         Q    **Do you think the injunction was applicable to**

20   **your office's work?**

21              MS. DUNCAN:  I'm going to object as to vague.

22   Subject to that, you can answer.

23         A    Applicable in a sense that the subject area

24   content may come back to us for some type of policy work

25   eventually.

JEROME BAUMGARTNER  12/19/2018

1          Q     (By Ms. Steffan) Did you discuss the

2    preliminary injunction with anyone after you received it

3    from the chief via e-mail?

4          A     No.

5          Q     You didn't propose any special order

6    amendments or other policy changes as a result of the

7    preliminary injunction; is that correct?

8          A     Yes.

9          Q     To your knowledge, did anyone in your office

10   propose any changes to policies or special orders as a

11   result of the preliminary injunction from the Ahmad case?

12         A     No.

13         Q     To your knowledge, they did not?

14         A     To my knowledge, they did not.

15               MS. STEFFAN:  That's all I have.

16               MS. DUNCAN:  I have no questions.  Sir, you

17   can either waive your signature or read, which entails

18   waiting until the transcript is written out and then you

19   can look over it and make sure all of your answers are

20   correct.  If there is any typos, you need to correct or you

21   can waive your signature.  In this case, I would suggest

22   that you read it.

23               THE WITNESS:  I will read it.

24               MS. STEFFAN:  A PDF, that's all I need.

25               MS. DUNCAN:  Etrans with the exhibits.

JEROME BAUMGARTNER  12/19/2018

```
 1                (Deposition was adjourned at 2:31 p.m.)

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                    CERTIFICATE OF REPORTER
```

JEROME BAUMGARTNER  12/19/2018

```
1              I, Jamie Jo Kinder, CCR No. 842, CSR No.

2     084.003306, do hereby certify that the witness whose

3     testimony appears in the foregoing deposition was duly

4     sworn by me; that the testimony of said witness was taken

5     by me to the best of my ability and thereafter reduced to

6     typewriting under my direction; that I am neither counsel

7     for, related to, nor employed by any of the parties to the

8     action in which this deposition was taken, and further that

9     I am not a relative or employee of any attorney or counsel

10    employed by the parties thereto, nor financially or

11    otherwise interested in the outcome of the action.

12

13                          _____

14                          Certified Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

JEROME BAUMGARTNER  12/19/2018

```
 1                    ALARIS LITIGATION SERVICES

 2   January 3, 2019

 3   Ms. Abby Duncan
     St. Louis City Counselor's Office
 4   1200 Market, City Hall, Room 314
     St. Louis, MO  63103
 5
     IN RE: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
 6        MISSOURI

 7   Dear Ms. Duncan,

 8   Please find enclosed your copies of the deposition of
     JEROME BAUMGARTNER taken on December 19, 2018 in the
 9   above-referenced case. Also enclosed is the original
     signature page and errata sheets.
10

11   Please have the witness read your copy of the

12   transcript, indicate any changes and/or corrections

13   desired on the errata sheets, and sign the signature

14   page before a notary public.

15

16   Please return the errata sheets and notarized

17   signature page within 30 days to our office at 711 N

18   11th Street, St. Louis, MO 63101 for filing.

19

20   Sincerely,

21

22

23   Jamie Jo Kinder, CCR, CSR

24

25   63623
```

JEROME BAUMGARTNER  12/19/2018

Page 48

```
 1                    ERRATA SHEET
      Witness Name: JEROME BAUMGARTNER
 2    Case Name: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
                 MISSOURI
 3    Date Taken: DECEMBER 19, 2018

 4

 5    Page #_____    Line #_____

 6    Should read:  _____

 7    Reason for change: _____

 8

 9    Page #_____    Line #_____

10    Should read:  _____

11    Reason for change: _____

12

13    Page #_____    Line #_____

14    Should read:  _____

15    Reason for change: _____

16

17    Page #_____    Line #_____

18    Should read:  _____

19    Reason for change: _____

20

21    Page #_____    Line #_____

22    Should read:  _____

23    Reason for change: _____

24

25    Witness Signature:  _____
```

JEROME BAUMGARTNER  12/19/2018

```
 1   STATE OF _____)

 2

 3   COUNTY OF _____)

 4

 5   I, JEROME BAUMGARTNER, do hereby certify:

 6          That I have read the foregoing deposition;

 7          That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10          That having made such changes thereon, I

11   hereby subscribe my name to the deposition.

12          I declare under penalty of perjury that the

13   foregoing is true and correct.

14          Executed this _____ day of _____,

15   20___, at _____.

16

17

18

19                          _____

20                          JEROME BAUMGARTNER

21

22                          _____

23                          NOTARY PUBLIC

24   My Commission Expires:

25
```

JEROME BAUMGARTNER 12/19/2018

## A

Abby 4:9 47:3
ability 6:20
  46:5
able 23:8 26:23
  27:8 43:4
above-refere...
  47:9
academic 8:25
  9:8
academy 10:15
  11:2
accept 23:24
access 22:13
  23:2
accreditation
  10:11,12,13,14
  11:1 39:17 40:4
accurate 13:13
  33:13
accurately
  24:14
acknowledge
  23:7 27:21
  28:5 40:1
acknowledg...
  22:15,18,20
  22:24 30:22
  39:9
acronym 22:16
acting 13:18
  42:19
action 46:8,11
active 25:5
activities 17:20
activity 34:17
ad 17:10,11 25:6
added 23:6
adjourned 45:1
affect 6:20
affirmatively
  26:3
afternoon 3:12
  5:14
age 5:10
agencies 9:3

10:13
agency 9:23
agent 20:12
ago 7:1
AGREED 5:2
agreement
  36:18 38:5
ahead 13:1
  41:25
Ahmad 1:6 3:4
  3:19 5:18 42:9
  42:13 44:11
  47:5 48:2
air 6:15
al 1:6 3:4,19
  47:5 48:2
ALARIS 4:14
  47:1
alcohol 6:20
allocate 19:18
  20:18
allocated 19:15
  19:16,19 20:3
allocation 10:4
  19:14 20:1,16
allows 22:21
amended
  28:23 29:11
amending 21:18
Amendment
  36:11 37:11
amendments
  44:6
AMERICAN 4:3
amount 19:23
  19:24
analyses 10:5
analysis 10:1,2
analytic 9:12
and/or 47:12
  49:8
annual 10:7
  17:23
answer 6:7
  26:19 28:3
  32:12,20
  41:20 43:9,22

answered 42:8
answering 6:6
answers 44:19
anticipated
  22:17
app 23:24
appears 13:12
  46:3
applicable
  43:19,23
applied 24:4
apply 9:7 10:19
approximate
  16:2
area 8:25 9:1
  10:17 20:25
  43:23
areas 9:22
  10:16
arothert@aclu...
  4:5
arrangement
  12:3 18:14,17
arrived 31:22
aside 39:24
asked 6:9 38:1
  42:6
asking 17:17
aspects 11:1
assessment 9:2
  10:5,6 19:22
assessments
  8:22
assigned 15:11
assignment
  15:14,15
assistant 12:15
  13:16,17,25
  14:8,10,13
  18:10
assume 6:10
  8:18
assumption
  38:19
attached 33:19
  42:22
attachment

42:21
attempting 10:8
attorney 7:9
  46:9
attorneys 5:17
audit 39:3,25
August 34:7
authorized 38:4
available 17:24
  20:18 23:6
  29:16 36:1
average 28:4
aware 35:17
  39:16 41:12

## B

B 31:1 37:19,19
B-A-U-M-G-A-...
  5:21
back 8:15 16:12
  37:5 43:24
background
  7:20 9:15
  18:23
based 20:17,18
  25:4 27:24
  28:6 29:9
  38:7 41:13
basis 9:18 11:23
  15:9 17:5,22
  26:12 36:10
Baumgartner
  1:15 2:8,9 3:10
  5:4,9,14,20
  13:1,3 29:23
  29:25 47:8
  48:1 49:5,20
beginning 41:3
behalf 1:15 5:11
behavioral 9:14
belabor 33:8
believe 13:18
  14:7 27:2 42:8
best 40:16,18
  46:5
better 18:4
big 11:5 32:17

biggest 25:8
bit 35:18
bottom 40:7
break 6:14,14,16
  42:1,3
brief 12:14,16
broad 9:22

## C

C 4:1 40:7
CALEA 10:13
  11:2 39:22
call 9:25 13:1
  19:6
call-taker 20:12
called 11:18 15:9
  15:10
calls 10:9 20:13
  20:14
Capital 9:4
career 8:25
case 5:23,24
  7:18 28:12,25
  29:1 32:9
  42:9 44:11,21
  47:9 48:2
categories
  20:20
cause 1:7 3:5,17
CCR 1:19 3:15
  4:14 5:5 46:1
  47:23
certain 3:17
  24:4 39:16
CERTIFICATE
  45:25
Certified 3:16
  46:14
certify 46:2
  49:5
chain 13:22
chance 30:1
change 14:15
  48:7,11,15,19
  48:23
changed 14:25
  23:6

JEROME BAUMGARTNER  12/19/2018

changes 21:12
  31:16 44:6,10
  47:12 49:7,10
characteristics
  9:5
chart 13:8,10,14
  13:21 18:16,17
charts 12:24
check 41:24
checking 17:7
  17:10
chief 12:5,15
  13:16,17,25
  14:8,10,13,19
  15:1,1 18:9,9,10
  18:22 38:3,8
  42:19 44:3
chief's 14:7
  18:12 19:2
chiefship 14:22
choice 26:20
chosen 38:4
CIT 25:13
city 1:9 3:7,14
  3:20 4:9,10
  5:18 8:17
  29:21 36:18
  47:3,4,5 48:2
CIVIL 4:3
civilian 8:3
  15:23 16:1,5
  25:10
clarify 6:10
clarity 30:21
clearly 43:4
click 23:8 24:1
coded 10:21
Colonel 12:15,19
  13:15 14:11
come 9:13,13
  18:13,14,25
  20:13 26:13
  43:24
comes 20:12
coming 18:12
command 10:2
  13:22 17:13,21

18:1 24:14,19
  26:9
commander
  18:4,13
Commanders
  27:8
commenced 5:1
commission
  10:12 25:10,10
  49:24
commissioned
  7:25 15:13,19
  15:25 16:13,18
  17:21 25:12
  26:10 33:5
  35:19
commissioner
  13:19
communicati...
  10:15 11:2
  20:11
completed 24:4
comply 41:16
comprises 9:23
computer 22:10
connection
  23:9
considerably
  32:25
construction
  22:7
consulting 8:14
contactors 9:6
contacts 9:6
content 21:25
  22:5 31:19
  33:25 38:20
  41:13 43:24
continuously
  8:9
conversation
  19:6
convey 18:5
copies 22:11
  47:8
copy 47:11
corner 38:4

40:8
correct 8:1,2
  19:12 20:23
  21:5 26:22
  29:8 30:14,20
  31:12 33:6,24
  35:5 37:6
  39:22 42:8
  44:7,20,20
  49:9,13
corrections
  47:12
correctly 12:6
  25:11 33:23
  37:13 39:4,5
correspond
  25:1
counsel 5:3,3
  7:8 42:6 46:6
  46:9
Counselor's 4:9
  47:3
count 32:23
COUNTY 49:3
couple 6:4 13:7
  18:7 25:6
court 1:1 3:1,16
  3:18 4:13 6:5
  28:12 37:1,14
  37:15 46:14
covering 11:23
  21:23
created 13:14
  21:14 25:7
  29:11 34:11,21
  39:11
crime 10:18,19
  11:3
CSR 1:19 3:15
  4:14 5:5 46:1
  47:23
current 9:11 14:5
  14:19 18:14,16
  32:7
currently 11:25
  12:1,3 15:4,5
  17:1 29:20

32:21

_____
                 D
_____
D 2:1 41:3
D.C 9:5
data 10:2,21
  19:19
date 12:8,9
  30:10 48:3
dated 13:10
dates 32:8
day 3:11,13
  49:14
day-to-day 9:18
  17:5,6
days 47:17
deadline 27:20
  27:22
Dear 47:7
December 1:16
  3:11 12:7 47:8
  48:3
decide 21:20
  24:11 35:8
decided 35:19
  38:2
decides 24:12
decision 14:15
  14:18,20 19:17
  19:18 22:25
  24:14,19 38:7
declaration 7:1
  30:9,13,19,21
  31:17 33:12
  36:20 37:13
declare 49:12
Defendant 1:10
  3:8,21 4:8 5:3
Defendant's
  40:7 41:3
degree 8:19
demonstrate
  39:20
department
  7:15 8:4,7,17
  10:3 11:12,17
  12:5 17:13,21

17:23 20:22
  22:2,21 24:21
  24:22,22
  29:20 32:1
  37:1,3 39:15
department's
  10:12 22:14,15
  41:14
department-...
  42:20
departments
  9:20 22:4,22
  25:5 39:13,18
depend 21:22
  35:2
deposed 5:22
deposes 5:11
deposition 1:15
  2:8,9 3:10 5:1
  5:4 6:1,24 7:6
  13:3 29:23
  45:1 46:3,8
  47:8 49:6,8,11
derived 22:5
described 11:1
  24:14
desired 47:13
detached 15:8
  15:9,10,14,19
  16:14,19
determining
  19:15
develop 38:18
developed
  21:14 22:21
  32:7
dichotomous
  26:21
difference
  38:13
different 18:18
  18:19 19:1,6
  26:2,4
differently
  43:16
direction 46:6
directive 33:15

JEROME BAUMGARTNER 12/19/2018

33:23,25
37:14,22 38:4
38:13,15,15,20
38:25
directives 24:17
26:9 36:4
38:11
directly 14:6
18:9,12,15 19:1
director 9:16
31:24
directory 25:5
disciplined
28:7
discuss 44:1
disseminate
22:8 28:21
38:5
disseminated
23:1,21 25:9
27:6,10,19
28:17 33:4,16
33:20 34:3,8
34:10,14,19,24
35:5,8,14,17
35:20 36:4,7
36:10,15 37:6
37:10,15,16,20
37:23 38:2,10
38:11 42:7
43:12
dissemination
35:23
disseminations
26:4 34:6
dissertation
8:18
dissertations
8:16
distinct 9:24
distinction 25:8
distribute
22:22
distributed
23:11 25:12,17
25:19,24 26:7
26:11 30:11,11

42:12,13,18
distribution
36:8
distributions
26:13
District 1:1,1 3:1,1
3:18,18
districts 20:17
25:2
Division 1:2 3:2
3:19
doctorate 7:21
8:11,19
document
12:22,23
22:25 23:2,12
23:21 24:7,10
25:18,20
26:23 27:5,19
29:22 30:6
36:7
documents
6:25 22:23
24:5,11,21,23
27:10,25 28:5
36:7,9,13
37:10
Dodson 18:9
doing 8:15 17:8
18:1,5 21:15
28:7
downloading
23:24
drafting 21:17
40:13 41:4
driven 22:1
drugs 6:19
due 17:1
duly 46:3
Duncan 2:5 4:9
7:8 17:14
26:18 28:2
31:9,23 32:11
32:19 41:18
42:1,5,15 43:8
43:21 44:16
44:25 47:3,7

duties 10:25
11:5 14:25
duty 17:1

_____ E _____

E 2:1 4:1,1
e-mail 17:9 19:6
23:5,8 25:24
27:22 42:19
42:23,25 43:2
43:6,12 44:3
e-mails 26:2
earlier 5:16
19:10 31:6
33:6 36:17
earn 8:11
Eastern 1:1,2 3:1
3:2,18,19
educational
7:20
effective 12:9
eight 33:22
34:12
either 20:9
22:3 23:7
26:20 27:9
40:24 44:17
electronic
22:10
electronically
22:12 23:13
Eleventh 4:15
employed 32:1
46:7,10
employee 8:3
46:9
employees
15:23
employment
8:6 11:16
enclosed 47:8
47:9
encompasses
11:7
endeavors
20:19
enforced 40:17

enforcement
9:3 10:13,15
ensure 23:20
23:22 39:3
entails 44:17
entered 28:12
entire 25:19
27:9
Eric 12:4
errata 47:9,13
47:16 48:1
essentially 8:22
10:25 11:19,22
17:3 22:7
et 1:6 3:4,19
47:5 48:2
Etrans 44:25
event 20:1
events 7:18
32:8
eventual 10:22
eventually
43:25
exactly 12:20
16:3,9 36:16
EXAMINATION
2:3 5:12 42:4
42:16
examine 20:10
22:3
examined 3:11
5:10 9:5
example 17:22
20:11 23:23
25:2
exception 27:8
27:12 39:25
exclude 15:25
Executed 49:14
executive 10:1
Exhibit 2:8,9,15
13:2,3 29:23
30:1 33:12
37:19,19 40:7
41:3
exhibits 2:7
44:25

exist 31:22 32:2
existence 30:9
existing 11:20
21:24
experience
27:24 28:6
experts 22:1,5
Expires 49:24
Explain 39:5
expressly 5:7
extended 11:22

_____ F _____

factors 20:14
fair 6:11 14:22
27:3 32:24
fall 16:5,8
familiar 41:8
familiarity 41:13
far 13:20
fashion 23:11
38:12
FBI 10:19,19
federal 9:6
10:23
feel 12:10
female 16:23
figure 32:4
filing 47:18
financially
46:10
find 18:3 47:8
fine 6:14 16:3
first 11:15 23:10
31:1 36:11 37:11
40:10
five 30:25 42:2
focused 19:22
focuses 9:25
follow-up 42:15
Following
37:25
force 25:2,13
31:2,8,11,14,17
32:25
foregoing 46:3
49:6,13

JEROME BAUMGARTNER  12/19/2018

forenoon 3:13
Forgive 38:1
form 49:7
formal 17:7
formally 21:12
foundation 41:19
four 25:21 26:2 26:4,15 35:18
frequently 18:25 20:12
front 13:6
function 18:18 24:3
functions 19:24 21:15
funnel 21:15
funneled 24:17
further 46:8

**G**

gathering 19:19
generally 6:1 9:1 27:25 28:5 41:8,9
getting 15:13
give 17:20,25
given 19:24,25 20:13,15 30:10
glitches 39:6
go 6:4,16 13:1 23:9 24:15 38:17 41:25
goal 10:9
goes 13:20 24:15
going 5:18 9:25 12:22 13:6 28:2 29:22 31:9,23 32:11 41:18 43:21
Good 5:14
gotten 16:6
government 10:23
graduate 9:3
ground 6:4

groupings 25:4
groups 25:6,8
guess 25:20 37:19
guideline 36:23

**H**

Hall 3:14 4:10 47:4
handed 30:2
handle 19:23
hanging 6:15
happen 29:3
happened 9:4 38:25 41:15
happening 12:10
happens 19:21 23:16 27:5
harassment 25:13
hard 22:11
Hayden 15:1
head 6:8 11:8 26:3
headquarters 19:8
Health 8:17
hear 41:14
held 7:17 11:19
Hello 5:15
help 17:2
hey 36:23
hire 12:8,8
hired 11:21 12:5
hoc 17:10,11 25:6
home 8:15 15:14
host 10:4 19:6
hours 3:12
hundred 23:18

**I**

identification 13:4 29:24
Illinois 3:15
inaccurate

30:18
inappropriate 40:20,25 41:10
incident 20:1
include 21:5,21
including 11:2 15:6,8
incorporated 21:13 38:20 39:1
incorporates 37:18
incorrect 13:21
indicate 47:12
indicated 38:3
indicating 23:5
individual 10:6 20:6 36:19
individuals 27:9 27:11 36:19
information 18:5 35:7
infrequently 20:8,9
initially 8:14 24:16
injunction 28:13 28:24 29:7 42:7,9,13,22 43:17,19 44:2 44:7,11
instance 28:10
intended 23:2
interact 17:4
interactions 36:15
interest 8:25 9:1
interested 46:11
interface 23:3
interim 11:23
interval 40:5
intervals 20:15
intranet 22:14
introduced 5:16
inventorying

19:16
involves 21:24 25:8
issue 7:18 21:22
issued 24:16

**J**

J-E-R-O-M-E 5:20
Jamie 1:19 3:15 4:14 5:5 46:1 47:23
January 12:10,11 33:17 47:2
Jerome 1:15 3:10 5:4,9,20 47:8 48:1 49:5 49:20
Jessie 4:3 5:16
Jo 1:19 3:15 4:14 5:5 46:1 47:23
job 8:16 9:8,11
journalists 36:15
July 8:8 34:11

**K**

keep 13:5
key 25:20
kind 9:24 10:1,7 18:22,24 19:23 22:3,7 22:18
Kinder 1:19 3:15 4:14 5:5 46:1 47:23
know 10:4,8,8 14:3,12,18,20 18:21 23:8 25:25 28:7,12 29:10,14 32:6 33:8,9 35:1,8 35:14,21,22 39:21 41:7 43:6
knowledge 29:4,5,9 32:1

40:16,18 44:9 44:13,14

**L**

label 29:25
lack 18:3 41:19
large 22:4
larger 16:6
Larson 12:4,12 14:4,13 17:4,8 18:15,17,21,22
late 11:21
law 9:3 10:13,14
lawful 5:10
learned 9:7
leave 11:22
left 11:21 38:3
legal 7:21
legislators 9:6
lengthy 38:17
let's 6:5 12:1 15:5,25 19:2
level 10:1 20:1,1 24:14
leverage 18:23
LIBERTIES 4:3
Lieutenant 16:22
limited 17:1
Line 48:5,9,13 48:17,21
listed 13:7 20:20
LITIGATION 4:14 47:1
little 35:18
located 19:7 22:13
long 6:13 12:19 12:21 32:10 43:6
longer 13:24
look 12:25 18:15 18:23 30:25 33:11,22 34:16 37:21 40:6 44:19

JEROME BAUMGARTNER  12/19/2018

looked 6:25
20:16
Looking 37:18
looks 12:23
13:21
lot 16:10 18:11
22:4
Louis 1:9 3:7,13
3:14,20 4:4,9
4:10,15 5:18
8:15,17 47:3,4
47:5,18 48:2
lower 11:13,14

**M**

main 10:25 11:5
19:11
maintained
22:9,12
maintains 25:6
major 12:4,4,12
14:1,3,6,13 17:4
17:8 18:15,19
making 19:17,17
MALEEHA 1:6
3:4,19 47:5
48:2
manage 10:2
21:10 22:7
managed 10:14
management
10:1 20:21
manager 7:16
9:17 11:20
manages 21:8
marked 13:3
29:23
Market 3:14
4:10 47:4
master 7:21
matter 22:1,5
mean 9:19 21:11
31:10,24 39:5
39:6 41:7
means 21:12
38:15
measurement

10:8
mechanism
17:19
medical 11:21
17:2
medication 6:19
meeting 17:9
member 29:18
mentioned 31:5
message 36:14
36:23
Microsoft 25:5
mid 12:11
minutes 42:2
Missouri 1:1,9
3:1,7,15,17,18
3:20 4:3 7:23
47:6 48:2
MO 3:14 4:4,10
4:15 47:4,18
model 22:3
month 27:15
31:19 35:20
monthly 25:9,12
25:17,18 26:7
26:12 31:10,12
32:6 33:4
35:19,22 36:4
36:10 37:7
months 7:1 8:16
moved 18:6,9
multiple 26:20
39:13

**N**

N 2:1 4:1 47:17
name 5:19
23:15,17 48:1
48:2 49:11
narrow 9:21
Nebraska 7:22
necessarily
35:6 38:17
40:4
necessary
19:23 49:9
need 6:14 20:10

22:2 23:12
35:7 44:20,24
needs 20:11
22:6 27:21
38:16
neither 46:6
new 12:5 21:13
23:24 29:6
nods 26:3
North 4:15
notarized 47:16
notary 5:5 47:14
49:23
notes 41:24
notice 36:14
37:9
November
34:21
number 9:3
11:19 16:3 18:6
19:1 20:13,17

**O**

o'clock 3:12,13
O'Toole 12:15
12:19 13:15
14:11,13
object 17:14
26:18 28:2
31:9,23 32:11
41:18 43:8,21
Objection 32:19
occasionally
15:13 22:2
27:18
occurred 36:16
October 16:13
29:10 34:6
offhand 27:1
31:15 32:13
35:1
office 4:9 10:24
11:6,8 12:13
13:20 14:7,12
14:25 15:3,22
16:2,6,14 17:4
17:8,12,20,24

18:1,4,6,10,12
19:3,10,17
20:2,25 21:3
21:8,16,17,20
28:20 31:22
32:3 39:3
40:22 44:9
47:3,17
office's 43:20
officer 8:1 10:6
16:21
officers 15:25
16:13,18 20:17
20:18 26:10
39:16,21 40:1
officials 8:23
okay 6:12 12:12
13:20 15:18,22
17:19 23:15
24:1,11 33:11
34:2,13 38:1
40:6,19
old 7:12
Olive 4:4
once 24:7 37:8
ones 26:25
opened 24:7
opening 24:9
opportunities
9:2
opposed 25:10
order 21:14,21
21:23 25:19
26:23 29:11,19
32:17 33:1,24
34:1,2,17 35:8
35:11,12 36:25
37:1,1,3,16,25
38:14,18,21,23
39:1 40:11,14
40:20,24 41:4
42:7 44:5
orders 21:8,11,13
21:18,18,24,24
21:25 22:9
24:15 26:8,9
28:23 29:6,16

30:10,11 33:3
33:4 36:20,21
41:14,17 44:10
organizational
12:24 14:5,16
18:16,18
original 47:9
originally 7:23
34:11
originate 38:8
outcome 46:11

**P**

P 4:1,1
p.m 5:1 45:1
page 2:2 23:10
30:1 31:3 32:14
32:15,16,23
40:6,10 47:9
47:14,17 48:5
48:9,13,17,21
pages 30:5
paper 30:2
paragraph
30:25 33:11
33:22 34:6,12
34:16 37:18
part 7:1 8:18 9:7
20:21 34:1
36:20
participate
40:13 41:4
participates
21:17
particular 19:24
19:24 20:11
21:23 27:11
30:10 38:11
parties 46:7,10
PAS 22:16 23:1
23:4,6,7,8,9
23:20 24:2,12
24:15,16,18,19
24:20 26:12
27:10,20 28:5
28:17,21 30:12
30:22 33:17

JEROME BAUMGARTNER 12/19/2018

34:19,24
35:15 36:2,7
37:15 38:5
39:3,10,20
42:7
password 23:18
23:19
PDF 44:24
penalty 49:12
pending 3:17
people 8:15
27:17,25 28:5
percent 23:18
performance
10:5,6,7
period 12:14
13:17
periodically
20:15,16
periods 12:16
perjury 49:12
permanent
15:12 36:23
38:22
person 13:24
26:22 27:5,21
37:20
personnel
25:12 33:5
35:19
phone 19:5
piece 22:20
27:2
place 38:16
placed 18:18
places 22:13
Plaintiff 1:15
Plaintiffs 1:7 3:5
3:20 4:2 5:3
5:11
plaintiffs' 5:17
planner 11:18
planning 7:16
9:16,17,23,24
10:25 19:12
20:21
platform 23:9

please 6:9 47:8
47:11,16
point 16:1 33:8
38:19
police 7:14 8:3
8:7 9:4,20
10:20 11:12,16
11:18 12:15
13:18 15:1 17:13
17:21,22 19:8
20:22 32:1
34:17 37:1,3
38:3 39:13,15
41:15 42:19
policies 10:3
17:3,3 18:24
20:22 21:7
22:3,3,6
23:10 25:9
39:16 44:10
policy 21:4,23
22:15,18,20
25:13,13,15
26:25 30:22
31:2,8,12,14,17
32:2,5,6,10
32:25 40:1
41:5 43:24
44:6
portion 24:21
31:10 35:11
position 7:14,17
11:11,13,14,15
11:20 13:25
15:12 20:13
31:24 32:8
possible 35:10
precise 16:3
preliminary
28:13,24 29:7
42:7,9,12
43:17 44:2,7,11
preparation 7:5
prepare 6:23
7:3
presented
26:22

press 23:15
previously 5:22
12:23
primarily 15:22
Prior 12:12,14
private 8:14
probably 6:13
9:11 11:7 23:23
24:13
problematic
40:20,24 41:11
procedure 21:4
procedures
10:3 20:22
21:7
process 21:14
22:8 38:17,18
produce 17:12
produced 3:11
5:10
produces 17:23
project 20:9
projects 18:11
20:19
propose 44:5
44:10
protests 29:9
29:12 35:16
36:11 37:11
41:16
psychological
9:13
psychology
7:21
public 5:5 8:22
29:16,18 47:14
49:23
publically 17:24
purpose 39:16
40:4
pursuit 25:15,16
put 38:16
putting 39:24

**Q**

question 6:9,11
6:15,16 22:17

questions 2:4,5
2:6 5:13 13:7
26:21,21,22
26:24 41:23
41:24 42:5,17
44:16
quick 6:4 12:22
42:1
quickly 28:4
38:16
quite 18:21
quotes 31:2

**R**

R 4:1
Rarely 9:12
reaccreditation
39:22 40:2
reach 10:9
read 10:21
27:25 28:15
33:23 43:14,17
44:17,22,23
47:11 48:6,10
48:14,18,22
49:6
real 12:22
really 9:14 16:2
19:22 22:1,5
24:19 28:4
38:15
reason 39:18
48:7,11,15,19
48:23
reasonable
27:25
reasons 11:21
17:2 25:7
recall 16:12
31:15 32:13,17
37:12 43:3,11
receipt 22:23
22:24 24:6
27:21 36:8
39:8
receive 42:23
received 44:2

recipient 23:2
23:20
recipients
22:24
recognize 30:5
recommenda...
21:4 38:7
recommenda...
20:3,4,5 21:1
38:10
recommended
29:3 36:3
record 5:19 6:6
recording 34:17
39:8
redisseminated
35:13
reduced 46:5
referenced
33:16
references
34:5,16
reflected 37:19
regard 26:8
regarding 36:15
38:10
region 22:22
Regis 22:21
39:11
regular 17:12,22
20:4,4 26:12
40:5
regularly 17:5
17:25 20:8
24:24 27:14
37:6
relate 8:21 9:10
37:10
related 36:10
46:7
relates 9:11
relative 46:9
relatively 12:14
12:16
remains 33:13
remember 6:21
12:6,8,20 16:9

JEROME BAUMGARTNER 12/19/2018

27:1 32:22
36:16 38:9
reminder 35:11
36:14,14,23
36:24 37:9
render 49:9
report 11:24
12:2,4,13,19
13:24,25 14:4
17:23 18:16,20
18:20 27:8,12
39:25 40:22
reported 18:9
reporter 2:15
3:16 4:13 5:6
6:6 45:25
46:14
reporting 10:18
10:20,22 11:3
12:12 13:15
14:6 17:20
18:7,10,21
reports 10:20
14:12 17:12,15
40:3
request 19:3
20:10 22:2
27:15,17
29:20
requested
20:10 28:20
requests 18:11
18:13,25
require 24:4
requires 24:3
27:2
research 7:16
9:12,15,17,23
9:24 10:1,6,25
19:12 20:21
reserved 5:7
resource 10:4
19:14
resources 19:15
19:18,19,23
respond 6:10,16
response 10:9

41:15
responsibilities
19:11
rest 24:5
restraining
37:25
result 18:11
28:24 29:7,11
35:15 43:17
44:6,11
retained 2:15
return 47:16
review 10:7 17:2
18:24 22:8
23:7,12 28:5
38:17
reviewed 23:21
revised 24:17
35:2,4
revisions 21:25
right 11:3,9 12:7
13:8,11,16 14:1
15:20 21:8
24:8 25:17
26:7 28:10
29:7 30:3,16
30:23 33:13
37:15,16 39:11
39:17 40:11
right-hand 40:8
risk 9:1
road 38:21
role 14:6 16:25
Room 3:14 4:10
47:4
rules 6:4 10:20
run 27:8,12,17
39:25 40:3,4
Rushing 16:22

―――――― S ――――――
S 4:1
sake 40:5
sample 22:3
saying 6:8 20:7
25:22 33:23
35:9

says 5:11 30:22
31:1,11 41:7,8
school 9:4
science 9:14
scope 9:22,22
screen 37:21
scroll 23:25
second 13:6
41:23
secondary 10:11
section 9:25
33:24 34:1,2,7
40:10
sections 32:22
32:22
see 13:20 23:3
27:9 30:18
31:2 34:5
37:21 40:19
41:14
seeking 39:21
40:2
seen 12:23,24
23:23 30:13
segment 36:21
send 24:11,20
24:23
sense 19:20
43:23
sent 17:2 24:18
31:10,12 35:11
sentences
43:10
separate 9:23
10:16,21 25:22
32:22
September 7:18
13:10,14 16:12
29:10
service 10:10
SERVICES 4:14
47:1
set 10:17 20:17
25:9 26:20,21
36:19
sets 18:23
sexual 25:13

shaking 6:8
SHEET 48:1
sheets 30:2
47:9,13,16
shop 10:14
short 42:3
shorter 32:25
shorthand 5:4,5
show 12:22
23:10 29:22
39:15,25
sign 23:10,12,13
24:8,9 26:23
27:6,7 28:1
47:13
signature 5:7
44:17,21 47:9
47:13,17 48:25
signed 7:1 24:6
27:11 30:16
similar 24:1
Sincerely 47:20
Sir 44:16
situation 15:17
20:7
six 33:11 37:18
skill 18:23
skills 9:12,12
smaller 16:6,7
software 22:19
22:21 36:1
39:7,24
somebody 19:3
35:12
sorry 37:17
sort 10:9 19:11,16
20:6 30:2
sorts 20:19
sources 19:1
special 21:8,10
21:13,13,18,18
21:21,24 22:9
24:15 26:8,9
28:23 29:6,11
29:16,18 32:17
33:1,3,4,24
34:1,2,17 38:14

38:21,23 39:1
40:11,14,19,24
41:3,14,17 44:5
44:10
specialized
25:7
specialty 8:24
specific 20:15
22:13 26:25
38:9
specifically 27:1
27:23 33:10
speculation
28:3 41:19
spell 5:19
spent 20:14
spoke 7:7
sporadically
19:22
St 1:9 3:7,13,14
3:20 4:4,9,10
4:15 5:18 8:15
8:17 47:3,4,5
47:18 48:2
staff 10:2,18
15:3,13,19 16:1
16:5,8 17:13,21
18:1 26:10
27:18 35:12
36:3,8
staffed 15:22
Staffing 20:12
standards
10:20
start 11:12 12:1
15:5
started 11:11,14
11:16 12:10
35:22 36:2
state 3:16 5:19
10:18,19,22
43:4 49:1
stated 27:22
statement
25:14 31:2,8
31:12,14,17,21
32:5,6,10,25

33:12,16
36:24
statements
32:2
States 1:1 3:1,18
status 17:1
Steffan 2:4,6
4:3 5:13,17 7:9
13:5 17:16
26:24 28:6
29:25 31:11,25
32:14,24
41:22 42:17
43:11 44:1,15
44:24
stemmed 36:18
STIPULATED
5:2
Stockley 35:15
41:16
Street 4:4,15
47:18
structure 14:6
14:16
studies 7:22
subgroups
24:23 25:1,3
subject 22:1,5
28:3 32:12,19
41:19 43:8,22
43:23
Subpart 31:1
subscribe 49:11
subsections
9:24
substance 49:8
suggest 44:21
suggested
36:10 37:10
suggestions
36:6
Suite 4:4
summaries
32:2 33:6,9
summarize
10:24
summary 25:18

25:19,22 31:5
32:10
sure 23:18 28:9
44:19
sworn 3:11 5:10
46:4
system 10:21
22:15,18,20
23:1,4,20
24:2,5,12,15
24:16,18,19,20
25:4,5 27:20
28:18,21 30:12
30:22,22
33:17 34:19,25
35:15,23
37:15 38:6
39:3,10,20

---

**T**

tactical 19:25
take 6:6,13,14
30:25 33:11
33:22 38:18
42:1
taken 1:15 5:4
6:19 42:3 46:4
46:8 47:8
48:3
talk 6:5 7:5
talked 35:18
talking 15:17
30:23
technically
18:19 24:9
tell 19:4 22:6
temporarily
15:14
temporary 15:9
33:15,23,25
37:14 38:15
Ten 16:4
term 15:11 31:2
terminal 22:10
terms 17:7
23:24,25 39:8
test 24:4 26:13

26:17 27:6
33:19
testified 19:10
19:14 33:5
testify 6:20
testimony 46:3
46:4
text 39:1 42:25
43:2,6
thereon 49:10
thereto 46:10
thing 10:7
things 6:21 9:21
10:10 12:9
18:14,24 25:11
25:21 26:6,11
35:18,20 36:4
39:21
think 9:14 11:23
14:5 17:22
18:22 19:7
23:17 28:10
33:3,5 35:3
36:18 37:8
40:3,20,23
41:10,22 43:19
Thinking 16:12
third 10:17
thought 41:16
threat 8:22
three 9:23 10:16
10:25 19:11
27:2,3 33:3
34:13
time 11:20 12:15
12:17 13:13,15
13:18,22,24
16:14,15 27:25
37:6 43:14
times 10:9 18:6
20:13 34:7,13
title 9:16
titled 34:17
today 6:20
told 40:23
top 38:3
topic 21:22

topics 9:13
25:20
total 32:22
touching 18:25
training 9:8
10:15
transcribed 5:6
transcript 44:18
47:12
transcripts@a ...
4:17
true 31:12 49:9
49:13
truthfully 6:21
try 6:5
trying 16:2 32:4
turn 41:2
two 11:18,19
22:13 34:7
type 23:15
43:24
typewriting 5:6
46:6
typos 44:20

---

**U**

U.S 9:4
uh-huh 6:8
40:9
understand 6:1
6:9,17 7:25
17:16 25:11
37:13
understood 6:11
undertakes 11:6
undertook 11:15
uniform 10:18
11:3
UNION 4:3
unit 11:19 16:19
16:25 18:8
19:7,25 20:11
27:9,24
United 1:1 3:1,17
units 9:20 12:4
25:2
University 7:22

unsigned 23:10
updates 17:3,25
use 10:22 15:11
23:8 25:13
31:1,8,11,14,16
32:25 39:20
Usually 38:19

---

**V**

v 47:5 48:2
vague 17:14
26:18 31:9,23
32:11,19 43:8
43:21
varies 26:25
variety 9:21
10:5 20:14
various 25:7
verbally 6:7
verdict 35:15
versus 5:18
view 29:18
violence 9:1
Vonda 16:22
vs 1:8 3:6

---

**W**

waiting 44:18
waive 44:17,21
walk 19:3
want 36:16
wanted 18:22
Washington 9:5
way 17:7 19:5
24:20,23 36:7
38:11
ways 19:6
39:23
we're 18:7,19
web 23:9
web-based
23:9
weekly 17:9,9
witness 3:10 5:7
26:3 44:23
46:2,4 47:11
48:1,25

JEROME BAUMGARTNER  12/19/2018

word 18:4
words 19:17
work 8:14 9:2,13
　10:1,2 16:1
　18:20,21 19:21
　19:24 21:14,24
　43:16,20,24
worked 8:9
working 39:4,5
workload 19:22
　20:10
workloads 20:3
　20:18
works 6:2
　40:23
write 32:3 38:19
writes 31:8
writing 22:7
written 31:21
　33:9 40:7
　44:18
wrong 30:19
wrote 31:14,17
　33:9
www.alaris.us
　4:16

---

**X**

X 2:1

---

**Y**

Yeah 12:1 15:5
year 12:20
years 18:7,8
yes-no 26:21

---

**Z**

---

**0**

084-00306
　3:15
084.003306
　1:19 46:2

---

**1**

1 2:8 13:2,3
1-01 32:18,21
　33:1,24 34:1,2

---

40:11
1-06 34:17 41:4
1:22 3:12 5:1
10 16:5,10,10
　34:6
11 34:16
1130 4:4
11th 47:18
12 16:11
1200 3:14 4:10
　47:4
13 2:8 32:21
　34:1,2,7 40:10
19 47:8 48:3
19th 1:16 3:11

---

**2**

2 2:9 29:23
　30:1,1 33:12
2:31 3:13 45:1
20 49:15
2003 8:12,13
2005 8:8,13
2006 35:25
　36:2
2013 34:22
2014 11:21
2015 33:17 34:11
2016 11:23 34:6
2017 7:18 12:7
　13:10,14 16:6,8
　16:13 29:10
　34:7 36:17,17
2018 1:16 3:12
　47:8 48:3
2019 47:2
280-3376 4:16
29 2:9

---

**3**

3 47:2
30 47:17
314 3:14 4:5,10
　47:4

---

**4**

4:17-cv-2455- ...

---

1:8 3:6
42 2:5,6
44 7:13

---

**5**

5 2:4

---

**6**

63101 4:4,15
　47:18
63103 4:10 47:4
63623 47:25
669-3420 4:5

---

**7**

711 4:15 47:17
7th 33:17

---

**8**

800 4:16
842 1:19 3:15
　46:1

---

**9**

906 4:4