

St. Louis Metropolitan Police Department - Annual Report to the Community - 8