```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MISSOURI

 3                    EASTERN DIVISION

 4

 5   MALEEHA AHMAD,           )
                              )
 6        Plaintiffs,         )
                              )
 7   vs.                      )    Civil Action No.
                              )
 8   CITY OF ST. LOUIS,       )    4:17-cv-2455 CDP
     MISSOURI,                )
 9                            )
          Defendant.          )
10
                         *  *  *  *  *
11

     JESSICA LANGFORD,)
12                            )
          Plaintiff,)
13                            )
     vs.                      )    Civil Action No.
14                            )
     CITY OF ST. LOUIS,       )    4:18-cv-2037 CAS
15   MISSOURI,                )
                              )
16        Defendant.)

17

18

19

20

21           DEPOSITION OF ANN CHANCE

22        TAKEN ON BEHALF OF THE PLAINTIFFS

23               MARCH 7, 2019

24

25
```

ANN CHANCE  3/7/2019

```
 1                   I N D E X

 2                   WITNESSES

 3  ALL WITNESSES     PAGE

 4  For Plaintiffs

 5    ANN CHANCE

 6       Examination by Mr. Rothert          6
         Examination by Mr. Dierker         71
 7

 8

 9                   EXHIBITS

10  NO.              DESCRIPTION          PAGE

11  Exhibit 1  Third Amended Rule
               30(b)(6) Deposition Notice    11
12
    Exhibit 2  Special Event Permits web
13             page                          14

14  Exhibit 3  Newspaper article:  How To
               Host A DIY Show, Step One:
15             Contact Ann Chance            19

16  Exhibit 4  Special Event Consolidated
               Application                   20
17
    Exhibit 5  Street Closing Application
18             For Special Events           21

19  Exhibit 6  Special Event Permit Forms
               from website                  24
20
    Exhibit 7  Street Permit Application
21             from website                  25

22  Exhibit 8  Blocking Right of Way
               Permits from website          25
23
    Exhibit 9  Documents from 1/8/2019
24             Women's March meeting         33

25
```

ANN CHANCE  3/7/2019

```
 1                        EXHIBITS

 2    NO.                DESCRIPTION              PAGE

 3    Exhibit 10 Messages Re: Women's March
                  Logistics                        39
 4
      Exhibit 11 Correspondence from the
 5               2017 Women's March                42

 6    Exhibit 12 Documents Re:  Special
                 Event Permits for August 29,
 7               2017, Board Agenda                63

 8

 9

10

11    (Exhibits attached to transcript.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MISSOURI
 3                   EASTERN DIVISION
 4   MALEEHA AHMAD,          )
                             )
 5        Plaintiffs,        )
                             )
 6   vs.                     )    Civil Action No.
                             )
 7   CITY OF ST. LOUIS,      )    4:17-cv-2455 CDP
                             )
 8        Defendant.         )
                           * * * * *
 9   JESSICA LANGFORD,)
                       )
10        Plaintiff,)
                       )
11   vs.                     )    Civil Action No.
                             )
12   CITY OF ST. LOUIS,      )    4:18-cv-2037 CAS
     MISSOURI,               )
13                           )
          Defendant.)
14
15             DEPOSITION OF WITNESS, ANN CHANCE,
16   produced, sworn and examined on the 7th day of
17   March, 2019, between the hours of eight o'clock in
18   the forenoon and six o'clock in the afternoon of
19   that day, at the City of St. Louis Law Department,
20   Room 314, City Hall, St. Louis, Missouri, before
21   Tara Schwake, a Registered Professional Reporter,
22   Certified Realtime Reporter, Certified Shorthand
23   Reporter (IL), Certified Court Reporter (MO), and
24   Notary Public within and for the State of Missouri.
25
```

ANN CHANCE  3/7/2019

```
 1                    APPEARANCES
 2   FOR THE PLAINTIFFS:
 3         ACLU OF MISSOURI
 4         906 Olive Street, Suite 1130
 5         St. Louis, Missouri  63101
 6         (314) 669-3420
 7         by:  Mr. Anthony Rothert
 8              Ms. Jessie Steffan
 9         arothert@aclu-mo.org
10         jsteffan@aclu-mo.org
11   FOR THE DEFENDANT:
12         CITY OF ST. LOUIS LAW DEPARTMENT
13         Room 314, 1200 Market Street
14         St. Louis, Missouri  63103
15         (314) 622-4652
16         by:  Judge Robert Dierker
17              Ms. Amy Raimondo
18         dierkerr@stlouis-mo.gov
19   COURT REPORTER:
20         TARA SCHWAKE, CRR, RPR, CCR, CSR
21         Alaris Litigation Services
22         711 North 11th Street
23         St. Louis, Missouri  63101
24         (314) 644-2191
25         transcripts@alarislitigation.us
```

ANN CHANCE  3/7/2019

```
 1              IT IS HEREBY STIPULATED AND AGREED by

 2   and between Counsel for Plaintiffs and Counsel for

 3   Defendant that this deposition may be taken by Tara

 4   Schwake, Notary Public and Certified Realtime

 5   Reporter, thereafter transcribed into typewriting,

 6   with the signature of the witness being expressly

 7   waived.

 8                   ANN CHANCE,

 9   of lawful age, having been produced, sworn, and

10   examined on the part of Plaintiffs, testified as

11   follows:

12                   * * * * *

13       (Deposition commenced at 1:03 p.m.)

14                   EXAMINATION

15   QUESTIONS BY MR. ROTHERT:

16       Q    Good afternoon.  Could you state your

17   name for the record, please?

18       A    Ann Chance.

19       Q    Ms. Chance, my name is Tony Rothert,

20   and I am one of the attorneys for plaintiffs in

21   some various cases that you're here for on

22   deposition today, it was nice to meet you earlier.

23            Have you ever been deposed before?

24       A    No.

25       Q    Okay.  Let me explain just a few
```

ANN CHANCE  3/7/2019

1    ground rules.  This is really a deposition where

2    we're just seeking information, so I hope that it

3    will be very conversation-like, but if you -- it

4    would be useful if you'd let me finish asking any

5    questions before you answer them.

6           A      Sure.

7           Q      And if you don't understand a

8    question, you can ask me to rephrase it or explain,

9    and I'll be happy to do that.

10          A      Okay.

11          Q      You can take a break any time you

12   need one.  Just let us know.  I would like you to

13   answer whatever question is pending before you --

14   before you take a break, but any time you need one

15   and as many as you need is fine.

16          A      Okay.

17          Q      Are you taking any medications that

18   would impair your ability to remember anything

19   today?

20          A      No.

21          Q      Did you do anything to prepare for

22   today's deposition?

23          A      In what way?  Yes, I got together the

24   stuff that they asked me to get together.  For

25   information.

ANN CHANCE  3/7/2019

```
 1        Q     All right.  Did you do anything else?
 2   Did you have any meetings with anyone to prepare?
 3   Or --
 4        A     No.  I came a little early to talk to
 5   Bob about what we were going to do today, being as
 6   how I've never done this before.
 7        Q     Right.  But you didn't have any
 8   meetings with anyone else?
 9        A     No.
10        Q     Okay.  That's fine.  This is not a
11   gotcha question.  Just asking.  And did you gather
12   some documents in preparation for today's
13   deposition?
14        A     Yes.
15        Q     Okay.  Are those the ones that are in
16   front of you?
17        A     Yeah.  Do you want to know what they
18   are?
19        Q     Well, if I could look?
20        A     There's two copies of this because I
21   wasn't sure how many people --
22        Q     Sure.  That's okay.  All right.  We
23   will make sure we go through these before we're
24   done.
25        A     Okay.
```

ANN CHANCE  3/7/2019

 1        **Q      Can you tell us where you work?**

 2        A      Here at City Hall, Room 416.

 3        **Q      And how long have you worked in City**

 4   **Hall?**

 5        A      Twelve years in January.  Last

 6   January.

 7        **Q      What's your job title?**

 8        A      My civil service title is special

 9   events program executive.

10        **Q      Has that been your job title the**

11   **entire time you've worked here?**

12        A      Yes.

13        **Q      Can you describe what your job duties**

14   **are?**

15        A      Certainly.  I am the Office of

16   Special Events with the City of St. Louis.  And

17   what I do is basically work with anyone who wants

18   to have an event in public space in the City of St.

19   Louis.  So that would be streets and parks

20   basically.

21        **Q      Okay.**

22        A      And that's for your -- there's other

23   things that I do as well, but I don't know that

24   they mean anything to this.

25        **Q      Why don't you just tell us what else**

ANN CHANCE  3/7/2019

1   **you do.**

2        A     Okay.  I do all of the rental of City

3   Hall, the rotunda, for anything and all the

4   scheduling and keep the calendar for that.  I keep

5   the calendar for all events in the City.  I am on

6   various committees and boards, depending upon

7   what's going on.  All of it related to events, of

8   course, and I also handle the charitable giving

9   program for the City of St.  Louis.  I know.

10  Doesn't fit, does it?  And our office also handles

11  the meeting -- meetings and scheduling for the 1520

12  Market meeting rooms.

13       **Q     Is 1520 Market an address?**

14       A     It is, and it's right up the street.

15  It's City Hall West.  I don't know what else I'd --

16  it's -- yes.

17       **Q     That's fine.  That's enough.  So how**

18  **many people besides you work in the Office of**

19  **Special Events?**

20       A     One, my secretary, Kathy Bess.

21       **Q     Now, you were elected the Riverfront**

22  **Times favorite geezer; is that right?  Is that you?**

23       A     That's me.  That was years ago.  I

24  don't know what year it was.

25       **Q     2011; that sound right?**

ANN CHANCE  3/7/2019

```
 1        A     Could be.  I don't know.

 2        Q     Do you know what caused --

 3        A     I thought it was funny, but...

 4        Q     I think it's funny too.  Do you know

 5   what you did to earn that?

 6        A     No.  My involvement with, I mean, I

 7   guess just because I do what I do and I deal with

 8   everybody.

 9        Q     Okay.  I'm going to find the

10   deposition notice here somewhere.  My files were in

11   order and now they're not, so there will be a

12   little bit of shuffling.

13              (Exhibit 1 marked for identification

14   by the court reporter.)

15        Q     (BY MR. ROTHERT)  I'm handing you

16   what's been marked as Exhibit 1, and I've provided

17   a copy to Mr. Dierker.  My guess is you have not

18   seen this before.

19              Have you seen this before?

20        A     No.

21        Q     All right.  This is the notice for

22   this deposition.  If you could turn to the second

23   page?  And where it says number 3, "The City of St.

24   Louis's policies and/or practices concerning the

25   issuance of a permit for a protest."
```

ANN CHANCE  3/7/2019

```
 1          A     Okay.

 2          Q     Do you see that?

 3          A     Mm-hmm.

 4          Q     Do you understand that you're

 5   designated today to testify on behalf of the City

 6   as to that topic?

 7          A     Mm-hmm.

 8          Q     You have to say yes.

 9          A     Yes.  Yes.  Sorry.

10          Q     And you are prepared to testify on

11   behalf of the City with regard to topic 3 today?

12          A     Yes.

13          Q     Can you tell me what policies the

14   City of St. Louis has in effect today concerning

15   the issuance of a permit for a protest?

16          A     None.  There are no policies for

17   permits for protests.

18          Q     Okay.  Are there any ways short of a

19   policy to get a permit for a protest?

20          A     Certainly.  If -- I mean, we don't

21   differentiate between a protest and a kid's

22   birthday party.  If it takes place in public space,

23   closing a street, using a park, and they request a

24   permit, we work with them.

25          Q     And how -- what's the first thing
```

ANN CHANCE  3/7/2019

1    someone does for a protest if they wanted to have a

2    permit?  What would they have to do?

3          A    If they come to me and say we want to

4    get a permit to have a protest, I would say to

5    them, when and where do you want to do this?  And

6    make sure that the calendar is clear and that we

7    don't already -- you know, like they're not wanting

8    to do a protest down Market on the day we do the

9    St. Patrick's Day Parade, for, instance, because

10   it's already booked.  That's first thing we do.  If

11   they want to be in a park, I verify the fact that

12   the park is available.

13             At that point, I generally get an

14   email address or, if they come in to the office, I

15   give them a permit packet and then I sit down and

16   go over it with them.  Otherwise, I do it by email

17   or on the phone.

18             If they look it over and they have

19   questions, then we address it at that point.

20        Q    You mentioned that the first step is

21   they come to you.  How do people know to come to

22   you?

23        A    Well, a lot of people go on the City

24   website and there is a page for the Office of

25   Special Events.  It's under O for office.  Not S,

ANN CHANCE  3/7/2019

1    but they do, they look it up because they feel like

2    what they're doing is a special event.

3                 Sometimes they will call the Park

4    Department first or the Street Department and then

5    they refer them to me and then I go over it with

6    them.

7                 Sometimes they come to City Hall and

8    just look at the directory and see there's an

9    Office of Special Events and they walk in the door.

10   So any number of ways.

11                (Exhibit 2 marked for identification

12   by the court reporter.)

13        **Q     (BY MR. ROTHERT)  I'm going to hand**

14   **you what has been marked as Exhibit 2, and I've**

15   **already provided a copy to Mr. Dierker.**

16        A     This is off of our page.

17        **Q     Does this look like -- is this --**

18        A     Similar.

19        **Q     -- your web page, what's on your web**

20   **page currently?**

21        A     Yes, it does look like what's on the

22   web page.

23        **Q     Okay.  Has this been updated**

24   **recently?  Or do you know?**

25        A     I don't think so, no.  There may be

ANN CHANCE  3/7/2019

 1   slight changes in things from the Health Department

 2   or another department but nothing that I've

 3   changed.  Not recently anyway.

 4        **Q     And when you say "recently," do you**

 5   **mean within the last -- how long?**

 6        A     Recently would be within the last

 7   year.

 8        **Q     Who makes the changes, if there are**

 9   **changes to the website?**

10        A     Say, I send an email to IT and say, I

11   need you to change the wording on something.  It's

12   only happened once in these years, but, and then

13   they go in and do it.  And then if there are other

14   changes -- like if the Health Department, right now

15   I'm trying to get them to change something.  I send

16   them an email, then they go to IT and work through

17   the process.

18        **Q     At the bottom of the first page of**

19   **this, do you see where it says "Events That Need to**

20   **Follow This Process"?**

21        A     Yes.

22        **Q     Listed there are "Parades; Street,**

23   **Runs and/or Walks; Cycling Races or Rides;**

24   **Festivals, Street Fairs, Outdoor Concerts; and**

25   **Other large public events."  And then it says that**

ANN CHANCE  3/7/2019

```
 1      "The process does apply to these events and you
 2   will need to follow this process to obtain a
 3   permit."
 4           A      Mm-hmm.
 5           Q      Is that accurate?
 6           A      Yes.
 7           Q      So would someone know from this that
 8   this would be the process to follow for if they
 9   wanted to have a permit for a protest?  Or --
10           A      Well, yes.  They should.  I can't say
11   that because I don't know how people think.  But I
12   would say yes.  They would look at, in my mind,
13   they would look at it and say "Other large public
14   events, oh, that sounds like us."  So they would
15   call.
16           Q      How much does it, if someone was
17   applying for a permit from a protest -- for a
18   protest, how much does that cost?
19           A      Well, if they do it in a timely
20   manner, it's $25 and it's a processing fee to my
21   office.  And that's all that is.  Then after that,
22   there are other fees.  There would be the park fee,
23   the street fee, that kind of thing.  If they have
24   food, there would be health permits involved.
25                  They would have many other expenses
```

ANN CHANCE  3/7/2019

1    that would be involved in this.  They have to have

2    insurance, they have to have security for the

3    route, that kind of thing.  But that's not what

4    you're asking.  You're asking the fee for this.

5    It's a $25 processing fee if it is done in a timely

6    manner.

7              If it's too short a time, then we

8    charge $100 for the processing fee.  We don't do

9    that very often because, generally, if it's

10   somebody that's doing something for the first time,

11   they don't know and we try to work with them on it.

12        Q     What does timely manner mean?

13        A     More than 30 days.  Preferably 90.

14        Q     And you can waive the $25 fee; is

15   that right?

16        A     Hmm.

17        Q     You used to waive it?

18        A     I don't waive it.

19        Q     Did you used to waive it?

20        A     I don't, no.  Other departments can

21   waive, some other departments can waive.  Excise

22   can't waive their fees and Health Department can't

23   waive theirs.  Streets and parks, they can waive

24   their fees.

25              What I can do is either -- is charge

ANN CHANCE  3/7/2019

1    the 25 or charge the 100.  And I'm not saying that

2    I've never waived a fee, but I -- it's not in my

3    head that I've done that.

4         **Q     So if I wanted to have a, like a**

5    **large band party, like a punk rock band party at my**

6    **house in the City, would that -- I'd have to pay**

7    **that fee?**

8         A     No.

9         **Q     Why wouldn't I have to do it?**

10        A     It's on private property.

11        **Q     What if I wanted to do it in a park?**

12        A     Then you get a park permit and you

13   would then abide by the rules of the park and you

14   would get a special event permit.  Well, it

15   depends.  Is it a private party?  Your birthday

16   party, your kid's birthday party?  Then it's just

17   strictly a park fee.

18             And then they would go over with you,

19   the Park Department would say, okay, you're going

20   to have a band, you're going to have amplified

21   sound, this is the rule, you know, we have a curfew

22   of -- I don't even know what it is.

23             MR. ROTHERT:  I'm going to mark

24   Exhibit 3, please.

25             (Exhibit 3 marked for identification

ANN CHANCE  3/7/2019

1    by the court reporter.)

2         **Q      (BY MR. ROTHERT)   I'm going to hand**

3    **you what's been marked as Exhibit 3, which I have**

4    **handed to Mr. Dierker, and this is a newspaper**

5    **article and there is a quote attributed to you**

6    **there about permits, about the permit, about the**

7    **fourth paragraph.**

8              **It says, "Ignore the $25 application**

9    **fee.  Chance says she doesn't collect it."  Quote,**

10   **"'I have the ability to collect one, but I don't,'**

11   **she says.  The application is really more like a**

12   **checklist" --**

13        A      And you know what?  In 2011, I

14   didn't.  We didn't even have this form in 2011.

15        **Q      Okay.  So when did you start**

16   **collecting the fee?**

17        A      When the City IT Department and the

18   people that worked on it create -- got City Works,

19   which is a program on our -- in our system that we

20   can put this and -- put this form and send it out

21   to the departments in the City for approvals.  And

22   we actually had a permitting process that made

23   sense.

24              Before that, I didn't charge people

25   for something.  I did the same thing but it was

ANN CHANCE  3/7/2019

1   very rough.  I mean, it was around the edges and

2   there were -- it was -- it was a different time.

3   It wasn't -- we weren't online yet, none of that

4   had happened yet.

5        **Q    So do you know approximately, you've**

6   **kinda described when, but do you know approximately**

7   **what year you would have started collecting the**

8   **fee?**

9        A    I'm going to say, because this was

10  special event permit STL 15, so I would say

11  probably 2014.

12           MR. ROTHERT:  Let's go ahead and mark

13  this as an exhibit and we'll talk about that.

14           (Exhibit 4 marked for identification

15  by the court reporter.)

16       **Q    (BY MR. ROTHERT)  I'm handing you**

17  **back Exhibit 4.  I don't have a copy to give Mr.**

18  **Dierker.**

19       A    I have two.

20       **Q    This is one of the documents you**

21  **brought here today; correct?**

22       A    Yes.  These are the -- there's

23  actually two different -- there's this, these pages

24  here.  This is the Special Event Consolidated

25  Application and this is what you fill out.  You can

ANN CHANCE  3/7/2019

1    do this online, you can download it, fill it out,

2    and actually apply online yourself.  Or you can

3    download it, fill it out, and send it to me and

4    I'll put it on, in the system for you, but it all

5    goes into the City Works system.  So this is the

6    Special Event Application.

7              Along with that, if you are going to

8    be in the street, either closing the street for a

9    block party type thing or having a run or parade or

10   that kind of thing, then this is the Street

11   Application that also gets submitted.  So there are

12   two separate documents.

13             MR. ROTHERT:  Let's tear off that

14   last page and make it its own exhibit then, okay?

15             (Exhibit 5 marked for identification

16   by the court reporter.)

17        Q    (BY MR. ROTHERT)  So Exhibit 4 is the

18   Consolidated Application?

19        A    Correct.

20        Q    Okay.  Now I'm handing you back

21   Exhibit 5 and that used to be on the back of

22   Exhibit 4, but that's the separate, if you are

23   having a street closing?

24        A    Yes.  If you're doing a street

25   closing.

ANN CHANCE  3/7/2019

```
1          Q      Now, the special, the type of permits
2    you give out, there are different types; right?
3    Like there's a festival permit, a street fair
4    permit?
5          A      I only process the Special Event
6    Application.  It goes into the City Works system
7    and is pushed out, dispatched, to the various
8    departments that are involved.  So if they are
9    having food, if they have tents, if they have a
10   stage, if they have temporary electric, if they
11   have anything else, then it goes to those
12   departments.
13               And all those questions are asked in
14   here.  Are you serving alcohol?  Blah, blah, blah.
15   Are you having animals?  Then it goes to the
16   various departments.  They all issue their own
17   permit.  I do not issue those permits, I don't
18   collect that money, I don't waive the fees or not
19   waive the fees.  But they all do.
20               In order for that to happen, this
21   goes out, they approve, it all ends up in the Board
22   of Public Service and one overall festival permit
23   is issued once all -- everything is met.  If they
24   have their park permit, if they have their
25   insurance in, if they got their street permit.
```

ANN CHANCE  3/7/2019

```
 1          Q       Okay.

 2          A       But those are not issued by me.

 3          Q       So do you issue anything?

 4          A       No.

 5          Q       You just facilitate the issuance?

 6          A       I herd the cats and I facilitate.

 7          Q       And what are the different -- you

 8   mentioned a festival permit.  What other types of

 9   permits are there that are issued?

10          A       All the kinds that I -- not through

11   -- not me, but --

12          Q       Through the City.

13          A       Park permit, street permit, health

14   permits, which include -- it's food.  Or if there

15   are animals involved, there's that, that kind of

16   thing.  They also look at the porta-potties and the

17   sanitation, that's all done through the Health

18   Department.

19                  Excise, which is alcohol.  Any time

20   there's alcohol served, sold, whatever, at an

21   event.  The Building Division gets involved if

22   there are tents over 800 square feet, if there is

23   temporary electric, if there is a stage.  That kind

24   of thing.

25                  Anyway, then the Building Division,
```

ANN CHANCE  3/7/2019

Page 24

1   they also have -- Building Division is also fire

2   safety, so they get involved when there are food

3   trucks or propane heaters and a tent, like we just

4   had with Mardi Gras, might have with St. Pat's, all

5   of that kind of stuff.

6               And those permits are all issued

7   based on what the applicant wants or needs for

8   their event.

9               (Exhibit 6 marked for identification

10  by the court reporter.)

11        Q     (BY MR. ROTHERT)  Handing you what's

12  been marked as Exhibit 6, and I have provided a

13  copy to Mr. Dierker, is this also the -- part of

14  the website for the Special Event Permit page?

15        A     They are not permits that I give but

16  they are permits that you could possibly need to

17  have to do your event.  And not all events

18  obviously have all permits.

19        Q     What kind of the permits listed here

20  would you be asking for if you were having a just a

21  protest?

22        A     A protest?

23        Q     Mm-hmm.

24        A     If you are asking to close the

25  street, you get a street permit.

ANN CHANCE  3/7/2019

1      **Q      So that would be the Street/Run and**
2  **Walks permit?**
3      A      Mm-hmm.  Run and Walk Parade.  It's
4  actually a parade permit but they're all the same
5  permit.
6      **Q      Would you -- is that then -- what**
7  **departments would you send that to?**
8      A      Police Department, Fire Department,
9  Street Department.
10      **Q      Now, the Street Department has its**
11  **own permit application process; right?**
12      A      Yes.  That's what this is.
13          MR. DIERKER:  By "this" you're
14  referring to Exhibit 5?
15      A      Oh, I'm referring to Exhibit 5.
16          MR. ROTHERT:  If you can mark these
17  two, please?
18          (Exhibits 7 and 8 marked for
19  identification by the court reporter.)
20      **Q      (BY MR. ROTHERT)  Does a protest on**
21  **the sidewalk, does that also go to the Street**
22  **Department?**
23      A      No.
24      **Q      Who does it go to?**
25      A      Nobody.  If you're not blocking the

ANN CHANCE  3/7/2019

```
 1   public right of way, you can walk on the sidewalk
 2   just like anybody else.
 3        Q     What if you're going to have a
 4   protest on the sidewalk?
 5        A     Doesn't matter as long as you're not
 6   blocking the public right of way.  And people, I
 7   have -- I have people -- it happens all the time.
 8   I mean, it's -- there's a rare week that goes by
 9   that we don't have somebody walking on the sidewalk
10   with signs or handing out information or whatever,
11   but as long as they don't block the public right of
12   way and they're -- and if they call me and I talk
13   to them about it, I just always remind them to let
14   people pass, don't touch anybody, don't step into
15   traffic, don't step into the street, pick up your
16   trash, mind your manners basically.  But you don't
17   need a permit to walk on the sidewalk.
18        Q     What kind of permit -- let's say
19   you're expecting a group so you might clog the
20   sidewalk.  What kind of -- what permit would you --
21        A     No.
22        Q     There isn't one?
23        A     Hmm-mm.
24        Q     You have it say it out loud.
25        A     No, there is not one.
```

ANN CHANCE  3/7/2019

1          Q     Thank you.   I'm going to hand you

2    what is marked Exhibit 7.   I just gave Mr. Dierker

3    Exhibit 7 and 8.

4                Is this the Street Department

5    blocking the right of the way permit?

6          A     Mm-hmm.

7          Q     Page?

8          A     Mm-hmm.

9          Q     You have to say yes.

10         A     Yes.   It does look like it.   Yes, it

11   does.

12         Q     And now I'm going to hand you Exhibit

13   8, and is that the other part of the blocking the

14   roadway page from the website?

15         A     It appears to be.   And I don't think

16   they have had any real changes lately either.   No

17   real changes.

18         Q     So when -- go ahead.   Do you have

19   something to say?

20         A     Yes.   There could be -- on this,

21   under Fees, there could be some changes.   I don't

22   know what they are but there could be.

23         Q     On Exhibit 8?

24         A     On Exhibit 8, on the page where it

25   says Fees.

ANN CHANCE  3/7/2019

1          Q      Okay.  That may have been updated
2    recently --
3          A      It may have been updated, yes.
4          Q      All right.  So if -- do you need a
5    permit for the street -- for any part of the street
6    or just the right of way?
7          A      You need a permit for -- well, to --
8    to -- to the Street Department, from curb lane to
9    curb lane is public right of way.  Blocking.  So
10   yes, the curb lane, and it has a different fee than
11   the traffic lanes.  Curb lanes are $20 a block;
12   traffic lanes are $30 a block.  And then along with
13   that you have the meter fees, if you're in a
14   metered area, which most of downtown is.
15         Q      So if your festival is using a block,
16   you also have to pay the fees for the meters on the
17   block?
18         A      Yes, you do.
19         Q      Now, if you could look at Exhibit 7?
20         A      Mm-hmm.
21         Q      The type of permits here, it lists
22   seven types of permits; correct?
23         A      That's what it looks like.  Well.
24   You're looking at step 1 through 6.
25         Q      Yeah.

ANN CHANCE  3/7/2019

1          A    Bike rack doesn't really have a

2    permit.  It's just a request to rent it.  That's

3    not a permit that's issued.  Blocking, yes.

4    Driveway, yes.  Excavation, yes.  Overdimensional

5    Vehicle, yeah, that's like a motor home or a big

6    truck that you want to park on the street, yes.

7    Residential Block Party, yes, is a permit.

8    Sidewalk, "Constructing a sidewalk or re-" -- yes.

9    Yep.

10               Those are permits.  Except for the --

11   except for the bike rack.  You just apply to rent

12   it and use it.  It doesn't actually require a

13   permit.

14        **Q    So which of these kinds of permits**

15   **would you get if you wanted to have a protest in a**

16   **street?**

17        A    In the street?

18        **Q    Yeah.  And shut down the street.**

19        A    You would get -- well, let's see.

20   You would get a blocking permit, and it would be

21   under special event -- it would actually be --

22        **Q    Can you mention what exhibit you have**

23   **in your hand?**

24        A    I have Exhibit 5.

25        **Q    Yes.**

ANN CHANCE  3/7/2019

```
 1        A     And you apply to the Street
 2   Department, and you are -- does your event include
 3   a parade, walk, run?  Yes.  All of those are
 4   questions that are asked on here.
 5              And then it also, on this
 6   application, they want to know the route.  Or if
 7   you're just blocking a street, what street are you
 8   blocking?  Let's just say Market.  You're going to
 9   block Market from Tucker to 14th and have a street
10   festival.
11        Q     How does one get that application?
12        A     It's applied through my department
13   along with the Consolidated Special Event
14   Application, so that we have all the information on
15   who it is, when it is, where it is, all of the
16   elements of the event.  It is then put into the
17   City Works system and dispatched to any department
18   that might be involved.
19        Q     All right.  On Exhibit 7, which is
20   the website for the Street Department for a
21   blocking permit, it describes that as "Blocking any
22   part of the right of way with construction
23   equipment, dumpsters, moving vans, storage
24   containers, et cetera, or requesting special
25   parking/no parking for a limited time (non-event
```

ANN CHANCE  3/7/2019

1    related.)"  Is that right?

2         A    Yes.  I've never issued a street

3    permit in my life.  So I know what they say.  I

4    don't know how.  I know this.  This is a special

5    event street permit for a festival or walk, run,

6    parade.  That's what I know.

7         Q    Are block parties handled through

8    your department?  Or just --

9         A    No.  If they're neighborhood block

10   parties, they are handled by the Street Department

11   straight up.  They don't come through me.  And that

12   includes like national night out, back to school

13   kind of activities that are in neighborhoods, block

14   parties.

15            Sometimes, when it's at a church or a

16   school, they -- it will turn into a special event

17   because they are putting rides and food and

18   porta-potties and Lord only knows what all in the

19   street.  It then goes past a simple neighborhood

20   block party and becomes a special event, and at

21   that point then it's pushed to my office and the

22   applicant is asked to fill out the proper forms.

23        Q    And -- and who would it be who says,

24   oh, now you need to go to special events?  Would

25   that be the --

1        A      Usually it's the Street Department.

2   They look at what's requested and say, oops, this

3   looks like a special event, shove it over to Ann,

4   she'll take care of it.

5        **Q      Do you know how many times has**

6   **someone filed or requested a Special Event Permit**

7   **just for a protest?  Not a festival, not -- just a**

8   **protest?**

9        A      Has actually applied?

10       **Q      Yes.**

11       A      I think once.

12       **Q      Okay.  Do you recall when?**

13       A      Yeah.  This year.  The Women's March.

14   In 2019.  They came to me last fall and said we are

15   reconfiguring our march and we want it to be more

16   informational and have a different focus so we

17   would like to get the permits that we need to walk

18   from Aloe Plaza to Kaufman Park and set up an area

19   in the park with a stage and vendors.

20       **Q      So they were also having tents and**

21   **vendors this year?**

22       A      Yes.

23       **Q      They had not done that in the past;**

24   **correct?**

25       A      Not like that, no.

ANN CHANCE  3/7/2019

1     Q     And the permit they were issued was a

2  festival permit; correct?

3     A     Yes, it was.

4     Q     Did you bring that with you?

5     A     I brought everything with me.

6           MR. ROTHERT:  Let's mark that as an

7  exhibit and then talk about it.

8           (Exhibit 9 marked for identification

9  by the court reporter.)

10    Q     (BY MR. ROTHERT)  We've marked whole

11  folder as an exhibit.  I'll hand you Exhibit 9 and

12  I don't have any idea what's in it so let's figure

13  it out together.  How about you put those in

14  chronological order.

15    A     This is informational.  This is from

16  a meeting.

17          Okay.  Here's what we got.  We have

18  this -- we had a meeting with the police and the

19  organizers of the 2019 Women's March.  And this is

20  the little sign in sheet.  At that meeting we

21  discussed the fact that they wanted to get a permit

22  this year and what they needed to do.  Okay?  These

23  are the people that were at the meeting.

24    Q     All right.

25    A     With that being said, they went back

ANN CHANCE  3/7/2019

1    and filled out Consolidated Special Event

2    Application, which looks like this.

3         **Q      Okay.**

4         A    Okay?

5         **Q      How many pages is that?**

6         A    Four.  Okay?  It wasn't real -- there

7    wasn't a real lot of information in it because it

8    -- this was pretty early on.  This on the 8th of

9    January, even though it seems like it was like

10   pushed right against the wall for them, that's, you

11   know, there -- that this was --

12        **Q      Well, the event was the 18th of**

13   **January?**

14        A    19th, yeah.

15        **Q      So this was not more than 30 days in**

16   **advance, or 90?**

17        A    No.  It wasn't even close.  But we --

18   you know, I worked with them.

19        **Q      It worked?**

20        A    Yes.

21        **Q      Okay.**

22        A    And then Megan filled out this Street

23   Application.

24        **Q      Who is Megan?**

25        A    Megan Fennell is the -- was the

ANN CHANCE  3/7/2019

Page 35

1    organizer this year and a year ago.  Okay?  So this

2    is the Street Application that goes along with the

3    Special Event Application.  Along with that she had

4    her little maps, the map of the route and the map

5    of the ending area; okay?  That was put into the

6    City Works system and sent out to the

7    departments --

8         Q      Okay.

9         A      -- for approval.  Which they did.  It

10   went to the Street Department, the Police

11   Department, the Fire Department, the Building

12   Division, and the Health Department.  And they all

13   approved.  There were some delays because they had

14   a hard time getting insurance because it was so

15   expensive, but they ended up getting it and the

16   permit was issued.

17              And but anyway, this is then the

18   Special Event Permit issued from the Board of

19   Public Service for the Women's March 2019, January

20   19, 2019.  And on here it has that.

21        Q      So this letter dated January 15,

22   2019, is the permit?

23        A      Yep.

24        Q      Okay.

25        A      So there you are.  And all this is,

ANN CHANCE  3/7/2019

1   is I just printed this off because we needed to

2   have what streets were actually going to be closed.

3   I just needed to see it and I just stuck it in

4   here.

5        **Q     All right.  So all the departments**

6   **approved this one?**

7        A     Yes.  There was no reason not to.

8        **Q     So what grounds would there be for**

9   **any department to not approve a permit?**

10       A     Well, the park permit, Park

11  Department, that was the delay.  They, initially,

12  they did not approve because they didn't have any

13  insurance.  And so once they got -- that would be a

14  reason.  If you don't -- if they don't have

15  insurance, they don't -- the Parks Department does

16  not issue a permit.

17       **Q     Okay.  And do you need that only if**

18  **you're using a park?**

19       A     Only if you're using a park.  We

20  asked for insurance for everything.  For -- for any

21  -- anybody is using and getting a permit, we ask

22  for insurance.  But the Park Department, it's

23  actually written into their permit that they must

24  have insurance.

25       **Q     So if you can't get insurance, then**

ANN CHANCE  3/7/2019

1    **you can't have an event?**

2         A      They will say no.  You can have an

3    event.  You just don't get a permit.

4         **Q      Is that -- that's for the park.   If**

5    **it's outside of a park, would you be able to have a**

6    **permit?**

7         A      Mm-hmm.

8         **Q      You have to answer out loud.**

9         A      Yes.  Yes.  If it's outside of a park

10   and we don't have their insurance, they could be

11   issued a permit and still have their events.

12        **Q      Okay.  What other basis would there**

13   **be for denying a permit?**

14        A      I have never had one denied so I

15   don't know what that would be.  I guess -- you

16   know, I guess like the Street Department, the

17   Street Department could look, let's say, at a bike

18   race and they'd look at the route and, oops, right

19   in the middle of the route there's a big

20   construction -- Ameren is digging up the street and

21   there's going to be a big hole in the street and

22   even though they could put a plate over it, it

23   would be dangerous to run a bike race there.  So

24   they could say, oop, no, you can't do this.

25                   Or you have to change the route

ANN CHANCE  3/7/2019

Page 38

```
 1   because this is a dangerous route.  So that would
 2   be I guess -- it's never happened, so.
 3            Q      Okay.  And the -- do you know who at
 4   the Police Department decides whether to approve --
 5            A      Police or streets?
 6            Q      Police.
 7            A      Police is, there's a -- there is a
 8   department in the Police Department called
 9   Operational Planning.  Operational Planning has two
10   officers that handle it, and they are the ones that
11   do all the details for events and that sort of
12   thing.  Not just our special events but anything
13   like big funerals in the City, if the president
14   comes or whatever, they're the ones.  And that is
15   Greg Mueller and Amber Gottschall, and they were
16   both at this particular meeting.
17            Q      Very good.  So --
18            A      And they are the ones that do the
19   approval of this stuff.
20            Q      And do you know -- they've never not
21   approved one?  The Police Department?
22            A      Never not approved one.  They
23   sometimes are slow and they ask a lot of questions,
24   but it's all for good reason.
25            Q      Now, in Exhibit 9 here, this was the
```

ANN CHANCE  3/7/2019

```
 1    Women's March --
 2         A     This year.
 3         Q     -- permit process for 2019?
 4         A     Correct.
 5         Q     There was a Women's March in 2018 as
 6    well?
 7         A     Yes.  They did not ask for a permit.
 8         Q     Okay.
 9         A     They did get a -- I don't have a copy
10    of it because it's not my park.
11         Q     Okay.
12         A     They did have a permit from the
13    National Park System to use Luther Ely, E-l-y,
14    Smith Park, which is, the entrance now, the
15    entrance to the arch grounds.  They had an
16    organizer that year.  Her name was Laura.  These
17    are emails that we exchanged starting in January.
18              MR. ROTHERT:  Let's mark them as an
19    exhibit.
20              (Exhibit 10 marked for identification
21    by the court reporter.)
22         Q     (BY MR. ROTHERT)  I'm going to hand
23    this back to you.  This is Exhibit 10 now.
24         A     All right.
25         Q     Go ahead and describe what they are.
```

ANN CHANCE  3/7/2019

```
 1          A      Their, the Women's March in 2018,
 2    their logistics organizer was Laura Lowry, and she
 3    sent me an email on the 8th of January.  Seems to
 4    kind of be a pattern; right?  She just went over a
 5    few things.  She went over what the route should
 6    be.  I then answered her back.
 7                 They gather at Aloe Plaza across from
 8    Union Station.  They walk to 4th, turn on 4th, they
 9    enter the Luther Ely Smith Park.  The National Park
10    System will issue them a First Amendment permit and
11    I gave her Victoria Dugan at the National Park
12    System, her name and information.
13                 She, Laura, came and met with me.
14    She did not ask for a permit.  She did, in her
15    initial email, comment on the fact that part of the
16    planning committee did not want the police
17    involved.  We went over that again, that obviously
18    is not an option.  On my part.  I can't say they
19    can or cannot be, and that's it.  Because they did
20    not ask for permits and they had already had one
21    march and they were in -- everybody was fine in
22    with it and they just went ahead and did what they
23    did the year before.
24          Q      In 2017 they had also had a march?
25          A      In 2017 they had a march.  They did
```

ANN CHANCE  3/7/2019

```
 1    not ask for permits then either.
 2            Q      Okay.  Now, let's go back to 2018.
 3            A      Okay.
 4            Q      Did they need a permit?  I mean,
 5    obviously -- they didn't need it because they had
 6    their march without it.
 7            A      No, they don't.
 8            Q      But should they have had a permit?
 9            A      Probably, because it got -- it was
10    big.  The weather ended up being decent.  It was
11    too big to stay on the sidewalk.  So it probably
12    would have been wise for them to get a parade
13    permit.  The police seemed to, and you can see from
14    any of these emails, that they seemed, the police
15    seemed to feel that they can handle it, you know.
16    If it ends up that they're too big to stay on the
17    sidewalk, that they can handle it.  So.
18                   I mean, it's not my call.  I would
19    have -- if they would have asked me, I would have
20    suggested a permit.
21            Q      Okay.  Did they ask you in 2017 for
22    the Women's March if they needed a permit, do you
23    know?
24            A      Not until the very end.
25            Q      All right.
```

ANN CHANCE  3/7/2019

 1          A     And that's only after --

 2          **Q     Even later than the ten days before?**

 3          A     Oh, yeah.  This was like -- we --

 4     these guys in 2017, different people involved, this

 5     was a gal named Valerie Brinkman, and there was

 6     another gal named Sarah, I believe.  And we had

 7     different -- Operational Planning.  They -- anyway,

 8     this is 2017.  They did not get a permit.

 9               MR. ROTHERT:  Okay.  Could we --

10     let's mark this as an exhibit so we don't forget.

11               (Exhibit 11 marked for identification

12     by the court reporter.)

13          **Q     (BY MR. ROTHERT)  Handing you back**

14     **what's now Exhibit 11.  This is your correspondence**

15     **from the 2017 Women's March?**

16          A     Yes.  Which started in December.  The

17     day after Christmas.

18          **Q     Okay.**

19          A     And they -- I asked the police, when

20     it looked like it was going to get big -- you know,

21     this was our first experience with any of this.  Up

22     until now we were all pretty innocent.  So I asked

23     the police what I should do.  They have agreed to

24     stay on the sidewalk and obey the traffic signals,

25     blah, blah, blah, you know, that kind of thing.  I

ANN CHANCE  3/7/2019

1   then asked the Operational Planning, "it appears to

2   be growing in size, I feel I should try to get

3   someone's attention" --

4          **Q      Operational Planning is in the Police**

5   **Department?**

6          A      It's the police, yes.  "It is a First

7   Amendment deal so we generally don't issue permits;

8   but if we have to close streets, it would require a

9   permit, security, et cetera.  Some direction would

10  be great."  That was me to the police.

11         **Q      And they said?**

12         A      And they said, "Thank you, Ann.  We

13  will monitor the situation."  I said, "What does

14  that mean?"

15             They said, "The Chief is aware of the

16  march.  We are standing by and monitoring all

17  events planned for the day.  I do not have anything

18  further."

19             Okay.  I mean, what am I going to

20  say?  So what I did do, however, on my own, is go

21  back to Valerie and say, you know, "I had a nice

22  talk," blah, blah, blah.  "I am attaching some

23  information.  Still waiting to hear from SLMPD on

24  street closings and a permit.  I am attaching the

25  Special Event Permit Application and the Street

ANN CHANCE  3/7/2019

1    Application," and then I also gave them some

2    traffic control companies that would help them

3    block the street, porta-potty companies, private

4    security.  I gave them all that information,

5    thinking that if they felt like I did, like this

6    thing was going to really be big and maybe needed

7    some assistance in containing, for public safety is

8    my thought, I don't want anybody to get hurt.  So I

9    then sent them, and this was on the 4th of January.

10   And there you go.  That's it.

11           So did they ask me?  No.  Did I

12   suggest it?  Yes.  And they were very nice.

13       **Q      Do you know, has anyone ever applied**

14   **for a permit to protest outside Planned Parenthood**

15   **on Forest Park and Boyle?**

16       A      All the time.

17       **Q      They protest there, yes.  You've seen**

18   **them protest there?**

19       A      Oh, heavens, yes.

20       **Q      Does that require a permit?**

21       A      Depends.  We have issued permits for

22   street closing.  Last year I had -- last year was

23   some sort of anniversary year, I think, if I

24   recall.  Wasn't it of Roe versus Wade thing or

25   something?

ANN CHANCE  3/7/2019

1            Anyway, last year I had two opposing

2    groups; one for, once against, whatever.  And I

3    said, you know what you guys, you can't all be in

4    the same place at the same time.  It's a recipe for

5    disaster and let's just not do this.

6            So I met with them separately and

7    yes, we did.  We issued two street closing permits;

8    one on one side of the street, one side of the

9    parkway, and one on the other.  So, and they had

10   their -- and it was set up so that they were within

11   whatever the area was, and I don't recall exactly.

12   I think that's Sarah up there, but regardless, and

13   so yes.

14            Normally they don't because they

15   never leave the sidewalk, you know.  They just hang

16   out up there.

17        **Q     Okay.  Now, the -- so that was**

18   **planned in advance?  That that --**

19        A     Oh, yeah.  They knew -- it was -- I

20   think it was the anniversary date of Roe versus

21   Wade, but I could be wrong.  It was something.

22        **Q     So did they contact you?**

23        A     Mm-hmm.  And again, I think in the

24   case of the Coalition for Life people, the

25   anti-abortion people, they looked online and went

ANN CHANCE  3/7/2019

```
 1    to the website and contacted me through that.  The
 2    other side, I think they just know because they --
 3    they're -- I don't know.  I don't remember that.
 4         Q     So who would have issued those
 5    permits, do you know?  For that Roe versus Wade
 6    anniversary?
 7         A     The Street Department.  And they did
 8    not get a special event, they didn't -- no Special
 9    Event Application, didn't go through the Board of
10    Public Service.  It did come through me, I put it
11    in the system, so that the Police Department and
12    the Street Department and the Fire Department.
13              And you may wonder why I always
14    include fire, because if they're going to block the
15    street, they need to know.  And if there's anything
16    that's -- our Fire Department is also our emergency
17    medical system, and so they always need to be aware
18    when things like this happen.
19         Q     Is there any time limit on how long,
20    once an application has been made for a Special
21    Event Permit, for the approvals to come?
22         A     I would wish I could say, yeah, and
23    they all abide by it, but the answer is no.
24         Q     Okay.  There's no like --
25         A     I would like it as soon, you know,
```

ANN CHANCE  3/7/2019

1   within a short amount of time.  It even spells it

2   out somewhere, you know, what we would like our

3   timeline to be.

4        **Q      But it's not?**

5        A      But it's not.  No.

6        **Q      And what would someone do -- would**

7   **there be any recourse if a Special Event Permit was**

8   **denied?**

9        A      I am assuming, you know, I haven't

10  read -- I am assuming yes.  I'm guessing that they

11  would have -- be able to question why, and then be

12  able to take it to whatever department denied it

13  and appeal would be my guess, so, but I don't know

14  because it's never happened.

15       **Q      So I -- I know there's only been the**

16  **one Special Event Permit for a protest, so maybe**

17  **this doesn't -- maybe you don't know the answer to**

18  **this.  But how far, if someone was going to have a**

19  **protest, what's the shortest time in advance that**

20  **they could apply for a Special Event Permit?**

21       A      Well, obviously, it's less -- these

22  are 30 days out.  And that's pushing it.

23       **Q      Okay.**

24       A      But, you know, any -- people have

25  come to me to get a permit within 24, 48 hours, and

ANN CHANCE  3/7/2019

1  I just have to be very truthful with them and tell

2  them that I can't, my department cannot do anything

3  about it.  That they can attempt to go to the

4  Street Department and see whether they can deal

5  directly with streets, if that's what it involves;

6  or parks, if that's what it involves.  If it's less

7  than 24, 48 hours.  I -- there's just nothing I, my

8  department can do about it.

9        **Q      So if there was a spontaneous event,**

10  **let's say, God forbid, a war starts tonight and**

11  **someone wanted to have a march to protest that.**

12  **Would there be any way to get a permit for a**

13  **protest tonight?  Or would you --**

14        A      I would say if they came to me and it

15  was legitimately, you know, I would work with them

16  with the Street Department and the Police

17  Department.  Would it come through the Office of

18  Special Events?  No.  Because there is no way that

19  we could do that.  Time wise.  I just know better.

20              Now, can we pick up the phone or put

21  together a real quick meeting, kind of get it done

22  that way?  I would say certainly, yes, that's very

23  possible.  It's never happened, however.

24        **Q      I would like to ask you about some**

25  **protests that have happened in the City of St.**

ANN CHANCE  3/7/2019

```
 1    Louis and ask if you know if any of them have had
 2    permits.  If you know.
 3         A    Okay.
 4         Q    I will go most recently first.  And
 5    if you don't know, feel free to tell me you don't
 6    know.  All right?
 7         A    Okay.
 8         Q    There was a #protectmueller protest
 9    at Kiener Plaza on November 8 of 2018.
10         A    They did not have a permit.
11         Q    There was a --
12         A    Was it at Kiener?  It wasn't at
13    Kiener.
14         Q    Where was it?
15         A    It was at Luther Ely Smith Park and
16    they did have a permit.  That #protectmueller,
17    Mueller, whatever his name is, they -- that was
18    through the National Park System and every 15 days
19    they would renew their request for permit.  And I
20    know that because I -- because of what you're
21    asking me, and we didn't -- they did not -- they
22    were not in Kiener Plaza.
23              I mean, they may have spilled over
24    there, I don't know that, but they didn't have a
25    permit for Kiener because that's our property, but
```

ANN CHANCE  3/7/2019

```
 1   they were -- they did for the Luther Ely Smith
 2   Park.
 3          Q      Now, do you know -- and this is if
 4   you know.  The -- the -- the federal parks -- the
 5   federal government has a permit system for First
 6   Amendment events?
 7          A      Yes, they do.  They are free.  They
 8   are -- yes.  Yes, they do.
 9          Q      Can you tell me what you -- will you
10   educate me about everything you know about them?
11                 MR. DIERKER:  Is that to get ready
12   for your next lawsuit?
13                 MR. ROTHERT:  I don't know.
14          A      Their -- the First Amendment actions
15   that take place on the National Park go through
16   their permit office which is run by Victoria Dugan
17   now.  And there is a multipage permit application.
18   I should have -- I actually have some.
19                 All of these, up until the Women's
20   March of this year, all of these marches and so
21   forth have been ending up on the National Park
22   ground and then Victoria issues them a permit.
23                 Now, the thing about it is that they
24   have very specific areas that they can be in.  Very
25   specific.  I mean, they don't actually fence them
```

ANN CHANCE  3/7/2019

Page 51

1    off but they, you know, they tell them exactly

2    where they can be and when they can be there and

3    that's all spelled out in this permit.

4              They -- and that's why I know about

5    this, the #protectmueller thing, is because they

6    told -- they, the protest people, told the police

7    that they had an unending permit issued to them by

8    the National Park System.  That's really not true.

9              What they had was a request that went

10   in and it had to be renewed every 15 days and then

11   during the time period, if they were going to

12   utilize the permit, then they would complete the

13   permit process and the Park Department would issue

14   them the permit.

15        Q    (BY MR. ROTHERT)  Okay.  For a

16   specific day?

17        A    For a specific day, specific time,

18   specific location.  It's all very specific.

19        Q    Does the City of St. Louis have any

20   way to get a -- a similar way to get a permit

21   without a specific date or time?

22        A    No.

23        Q    Do you know if there was a permit for

24   the protest in July 2018 on Washington Avenue

25   outside the Marriott when the vice president

1    visited?

2         A    No permit.

3         Q    Do you know if there was a permit for

4    the protest of the family separation policy in June

5    2018 across from the Dome?

6         A    No.

7         Q    No permit?

8         A    Not that I know of.  Nothing through

9    my office.

10        Q    In 2017, do you know if there was a

11   permit for the protest in July at the Workhouse,

12   City Workhouse?

13        A    There was no permit.

14        Q    In April of 2017, April 22, 2017, do

15   you know if there was a permit for the March for

16   Science?

17        A    No, there was no permit.  They --

18   well, there was on the Arch grounds, but they

19   didn't have a street permit.

20        Q    But they did march on the streets,

21   didn't they?

22        A    No.

23        Q    Sidewalks only?

24        A    Sidewalks only.  And they had some

25   water stations in the parks on the way but they

ANN CHANCE  3/7/2019

Page 53

```
 1   were very orderly.  Not that you care.
 2           Q       Scientists.
 3           A       Scientists.  They were very orderly,
 4   yes.  There were a lot of kids at that march.
 5           Q       All right.  Do you know, in February
 6   of 2017, there was a protest against the
 7   immigration-related executive orders of the
 8   president, and that was Care of Missouri's protest,
 9   do you know if they had a permit?
10           A       No permit.
11           Q       On February 25, 2017, there was a --
12           A       Do you know how old I am?
13           Q       Oh, you're doing great.  You've
14   remembered everything so far.  Do you remember
15   there being, on February 25, I think it coincided
16   with Mardi Gras actually, there being an LGBTQ
17   rally march?
18           A       I remember a lot about that one
19   because I -- the -- I spoke with them on the phone
20   and we -- and I worked with the police because it
21   was the day of the Mardi Gras parade, and we were
22   very, very concerned that we didn't have enough
23   police to -- you know, depending upon how big this
24   might get or be with the parade going on.  So I
25   tried to work with the LGBTQ guys to at least look
```

ANN CHANCE  3/7/2019

 1   at the time of day so that we had an opportunity to

 2   be able to move police from down in Soulard.

 3              As I recall, they were actually at

 4   the old courthouse, is where their rally ended.

 5        **Q    By the way, there was a march as**

 6   **well?**

 7        A    They, you know, they -- they never

 8   asked me specifically about a march.  They just

 9   wanted to do this.  And we talked about it, talked

10   to them several times, and someone actually from

11   the ACLU called me about that particular event and

12   I explained to him exactly what I am just

13   explaining to you.

14        **Q    I think it was me.**

15        A    Was it you?

16        **Q    I believe it was.  It's nice to meet**

17   **you in person.  I'm glad we were able to clear up**

18   **that confusion.**

19        A    Yeah, and then I would -- if it was

20   you, then you will recall that that's exactly what

21   I told you is that, you know, I -- my suggestion

22   was, I said to you what I said to them, why don't

23   you either choose a different time of day, or go be

24   part of the Mardi Gras parade and you got a huge

25   audience.

ANN CHANCE 3/7/2019

1           But that, I don't know -- I don't

2   even remember exactly what happened.  I actually

3   think that they changed their day.

4           **Q      Okay.**

5           MR. DIERKER:  When are you available

6   for deposition?

7           MR. ROTHERT:  I don't remember -- any

8   time.

9           **Q      (BY MR. ROTHERT)  Okay.  And do you**

10  **-- so if they weren't going to be -- they were**

11  **planning on being in the street?  Do you know, why**

12  **were -- why were you involved, if you remember?**

13          A      Because he called me.  And because I

14  know -- I don't know that I know the guy but I know

15  his brother who is part of Pride and I work with

16  him on the Black Pride, the Black Pride event, and

17  then the Pride St. Louis event.

18          So that's why.  He knows me.  So he

19  called and said what do I do, and I said, oh, my

20  gosh terrible day.  Don't do it on that day.

21          **Q      Do you remember, do you know who that**

22  **was?  Or who his brother was?**

23          A      I'd have to go look in my -- I don't

24  remember the name.  If I think of it, it'll pop in

25  my head and I'll tell.

ANN CHANCE  3/7/2019

Page 56

```
 1          Q      Just shout it out.

 2          A      I will.

 3          Q      But they did not get a Special Event

 4   Permit for that?

 5          A      No.  No.  They did not.

 6          Q      I'm going to go back a year earlier.

 7   Do you know if there was a Special Event Permit for

 8   the November 29, 2016, protest?  It was a fight for

 9   a $15 minimum wage in streets on Hampton and other

10   locations.  Did they have a permit, do you know?

11          A      No.  Hmm-mm.

12          Q      Do you know if there was a permit for

13   the November 13, 2016, anti -- there was an anti --

14   I mean, there was an anti-Trump protest that

15   marched from City Garden to the Justice Center.  Do

16   you know if there was a permit for that?

17          A      No.  There was no permit.

18          Q      Do you know if there was a permit for

19   a Black Lives Matter protest in the Central West

20   End in September 2016?

21          A      No, there wasn't.  I don't remember

22   that, so I don't -- no.  There was no permit

23   issued, no.

24          Q      What about for a -- well, any -- were

25   there -- were there -- in 2016 there were several
```

ANN CHANCE  3/7/2019

1    Black Lives Matter protests in the City.  Were

2    there Special Event Permits for any of those?

3          A     No, there were not.

4          Q     Have you ever worked with a group

5    that sometimes protests in Missouri called Westboro

6    Baptist Church?

7          A     No.

8          Q     Are you aware of them having protests

9    in the City of St. Louis?

10         A     Yes.

11         Q     Have they ever had a Special Event

12   Permit?  Or a --

13         A     No.

14         Q     Are you aware of a group, I believe

15   it's called START, but a protest of a group that

16   protests elephants at circuses and has had protests

17   in St. Louis?

18         A     Yes.

19         Q     Yes?

20         A     Yes.

21         Q     Yes, you're aware of them?

22         A     Yes, I am aware of them.

23         Q     And they have had protests in St.

24   Louis?

25         A     Yes.

ANN CHANCE  3/7/2019

 1        Q      Have they ever had a Special Event
 2    Permit for their protests?
 3        A      No.
 4        Q      Do you know of a protest, and we're
 5    going way back now.  February of 2013 there was a
 6    protest of Patriot Coal.  Do you remember --
 7        A      Yes.
 8        Q      Do you remember that one?
 9        A      Yes.
10        Q      See, you have a very good memory.
11        A      Because I talked to the miners.
12        Q      So that was in 2013?
13        A      I know it was quite some time ago.
14        Q      I believe it was February 2013.  Did
15    they have a Special Event Permit for their protest?
16        A      Well, going back to these dates, we
17    didn't issue Special Event Permits then, but they
18    did call me and come to me and they did -- they
19    didn't walk in the street.  They were pretty much
20    on the sidewalk and they went to the Federal
21    Building but they ended up in Kiener Plaza across
22    from the Peabody Building and they did have a
23    permit, for the park.
24        Q      So that was before Special Event
25    Permits?

ANN CHANCE  3/7/2019

```
 1          A      Yes.  We were in the process of
 2   building this permit system at that point.
 3          Q      So that would have been from the
 4   Parks Department, not from you?
 5          A      Yes.  Not from me.
 6          Q      And were you involved in -- speaking
 7   of Kiener Plaza, there were some protests there in
 8   2012.  Do you remember those?
 9          A      The Occupy protests, and I was not
10   involved, again, because there were -- well, they
11   didn't ask for a permit.  They didn't get a permit.
12          Q      Okay.  So my understanding is, if
13   you're going to have a protest on a sidewalk,
14   you're good, you don't need a permit, you can't
15   even get a permit; is that right?
16          A      Right.  Well, I mean, right.  I mean,
17   there's no permit to issue.  Because that's pretty
18   -- you can't do that.  You can't make people get a
19   permit to walk on the sidewalk.
20                 MR. ROTHERT:  Okay.  If we could take
21   just a moment so I can touch base with my
22   colleague?
23                 MR. DIERKER:  Sure.
24                 (Off the record.)
25          Q      (BY MR. ROTHERT)  Who -- who is the
```

ANN CHANCE  3/7/2019

1      **person at the Streets Department that approves when**

2      **you put things through a Special Event Permit?**

3              A       Street?

4              **Q       Street?**

5              A       Who approves at Streets?

6              **Q       Yes.**

7              A       The person?

8              **Q       Yes.  If you know.**

9              A       His name is -- right now his name is

10     Zach Fortune.  That's who does approval right now.

11     It has changed many times over the years but right

12     now that's who it is.

13             **Q       Is there any kind of criteria that**

14     **you know of that the Streets Department uses to**

15     **decide to approve or not approve?**

16             A       Yes.  They, I mean, I don't know that

17     it's written but they look at the area, the purpose

18     of the closing, and the safety and security of the

19     area.  Who's going to close the streets.  Who's

20     going to -- what is the detour plan to get traffic

21     around the area.  What company are you using so we

22     know they know how it's going to be barricaded and

23     done.  Is the street safe for use, you know, does

24     Ameren have a big hole in the middle of the street

25     and what are they going to do about it.  All of

ANN CHANCE  3/7/2019

Page 61

```
 1    that kind of thing.
 2         Q     If someone is closing the street for
 3    a special event, do they have to -- who does the
 4    actual closing?  Like the putting up the barriers?
 5         A     They do.  Well, usually -- actually,
 6    yes.  The organizer is responsible for closing the
 7    street.  They are also responsible for No Park --
 8    putting the No Parking signs up so that you don't
 9    have cars parked on your route or in the middle of
10    your event.  And there are rules about that and you
11    need to get them up a minimum of 24 hours ahead of
12    time, that sort of thing.
13              They are -- the organizer is
14    responsible for the security, for making sure that
15    the route is secure and that plan has been approved
16    by both the Street Department and the Police
17    Department.  It's their responsibility.
18              The permit that you get from the
19    Street Department is given to you based on the fact
20    that you have said that you're going to do this and
21    that this is who is doing it.
22         Q     I believe you said you don't know if
23    there are written criteria?  There might just be --
24         A     I've never -- I don't think it's on
25    here.
```

ANN CHANCE  3/7/2019

1          **Q**      **You're looking at Exhibit Number?**

2          A     5.  I am look at Exhibit Number 5.

3          **Q**      **You're getting very good at this.**

4          A     I'm a quick learner.  No.  It

5    doesn't.  It just says -- it just asks for "Name

6    and contact information of traffic control company

7    preparing your signage and detour plan."  It asks

8    for the streets.  But there's nothing written on

9    here.

10         **Q**      **Are you aware of any criteria that**

11   **the Operational Planning Department of the Police**

12   **Department uses in deciding whether to approve**

13   **permits?**

14         A     It's a Police Department and no, I am

15   not.

16         **Q**      **You mentioned traffic control**

17   **companies.  What are those?  Never really heard of**

18   **them before.**

19         A     Traffic control companies are

20   companies that have equipment, barricades, signage,

21   that controls traffic when you block the street.

22   When you're out driving and you come up and you see

23   the blinking lights and those are all put out there

24   by a traffic control company, and there's a plan

25   that goes along with that.  That they -- they work

ANN CHANCE  3/7/2019

```
 1    with the organizer to create the detour plan so
 2    that if you drive -- if you're coming down and
 3    there's a parade down Market and you're coming on
 4    14th Street and you're right there by the
 5    Enterprise Center, there's all these signs that the
 6    road is closed, there should be signage that says
 7    go this way to get out or away.
 8              And that's done by what is -- there
 9    is actually a company called Traffic Control, but
10    they are all called Warning Lights, Traffic
11    Control, TraMar, all of those.  Those are traffic
12    control companies.
13         Q    All right.
14         A    See, you learned something.
15         Q    Thank you.
16              MR. ROTHERT:  One last exhibit.
17              (Exhibit 12 marked for identification
18    by the court reporter.)
19         Q    (BY MR. ROTHERT)  I'm going to hand
20    you what's been marked as Exhibit 12.  And I
21    apologize for -- it's cut off a little bit, but
22    that's really the City counselor's fault because we
23    got them from them.  I'm going to give a copy to
24    Mr. Dierker.
25              Well, first of all, do you know what
```

ANN CHANCE  3/7/2019

1    this is?

2           A     Oh, I know exactly what it is.

3           Q     **Can you explain what it is, please?**

4           A     Page by page?

5           Q     **Um, yes.  Page 1.**

6           A     This is, page 1 of Exhibit 12, is a

7    referral letter to the Board of Public Service for

8    events that have been approved by all of the proper

9    departments and now are going to the Board of

10   Public Service for final approval and get their

11   festival permit.

12          Q     **Okay.  So after everything gets**

13   **approved -- is that true for all Special Event**

14   **Permits, they get approved by all of the**

15   **departments and then go to the Board of Public**

16   **Service?**

17          A     Correct.

18          Q     **And then the Board of Public Service,**

19   **do they meet in person?**

20          A     Yes, they do.

21          Q     **How often --**

22          A     Yes, at 1:45 every Tuesday in Room

23   208.  And their secretary, Cherise Thomas, handles

24   it.  And they have a president.  His name is Rich

25   Bradley.  And every department, that all my special

ANN CHANCE  3/7/2019

1    events go to any of them, they are, all of those

2    department heads plus a few more, are on the Board

3    of Public Service.  So everybody gets eyes on it.

4         **Q      All right.  And do you know what**

5    **criteria they use?  Do they have any written**

6    **criteria for --**

7         A      Just what's in the permit

8    application.  They've already seen it before they

9    get to the BPS meeting.  The only -- we've never

10   had one denied but I guess the only thing would be

11   is if there was some drastic change in the actual

12   physical space that the event was going to be in or

13   some catastrophic something that would preclude the

14   event taking place.

15        **Q      All right.**

16        A      Okay?

17        **Q      Page 2.  Do you know what that is?**

18        A      This is a copy of this.  This, page 2

19   is a copy of page 1.

20        **Q      All right.  Being faxed to someone?**

21        A      Right.  I don't have any idea who,

22   though.

23        **Q      Do you know who?**

24        A      I'm going to look and see.

25        **Q      Looks like 9 is probably to get an**

ANN CHANCE  3/7/2019

 1   **outside line.**

 2        A     Yeah.

 3        **Q       612-1696.**

 4        A     That could be my fax number.  That's

 5   mine.

 6        **Q       So this is someone faxing it to you?**

 7        A     That's somebody -- she faxed it up to

 8   us apparently.

 9        **Q       All right.  Page 3.**

10        A     You want me to keep going?

11        **Q       Yes, please.**

12        A     All right.  This -- okay.  So this is

13   the actual permit for the Free Speech Festival,

14   Free Speech Zone Festival in Kaufman and Poelker

15   Park, which is on page number 1 of exhibit number

16   12, it is the first item.

17        **Q       All right.  Now, this seems to be**

18   **forever; right?  It says, "Beginning August 24,**

19   **2017, and for an undetermined length of time."**

20        A     Yeah.  I believe that now it has been

21   -- I think that they -- I think they gave it up.

22   I'm not positive.

23        **Q       So could still be in effect maybe?**

24        A     I doubt it but it could be, I guess.

25   I don't know.  I don't remember.

ANN CHANCE  3/7/2019

 1          Q      So this is a permit for a park?  Or

 2     for -- is Kaufman --

 3          A      Kaufman and Poelker Park are the two

 4     parks directly across from City Hall between Market

 5     and Pine, Tucker and 13th, and Chestnut runs down

 6     the middle.

 7          Q      Okay.

 8          A      And the police thought that if they

 9     designated an area for people to protest, that it

10     would -- I think it was a public safety thing.

11     That they thought that it would be easier to keep

12     them safe.  And then there would be no reason --

13     you know, we wouldn't have this issue of having to

14     keep people out of the street.  Is what my

15     understanding is.

16          Q      All right.  So what was your

17     involvement in this one?

18          A      They applied.

19          Q      Who is "they"?

20          A      The police.  For a Special Event

21     Permit to declare a festival zone, which is this

22     letter right here.  I don't know what page this is,

23     though.  Page 4.  It is a letter that is sent from

24     me, because I sent out the Special Event

25     Application, to the departments and got the

ANN CHANCE  3/7/2019

1    approvals back, as you can see from the Park

2    Department, Police Department, Street Department,

3    to have this Free Speech Zone declared a festival

4    zone, Kaufman and Poelker Park, and then it

5    describes -- do you want me to read that?

6         Q    No, that's fine.  All right.  And so

7    this was just a few days before -- they applied a

8    few days before they needed it?

9         A    Um, you know, I don't know.  I don't

10   remember.  Yeah.  My guess would be yes.

11        Q    It says August 28 is when you sent it

12   out and they wanted it August 24, so.

13        A    Yes.

14        Q    Okay.  So since it was so short, did

15   they have to pay the $100 fee or just the $25 fee?

16        A    Just 25.

17        Q    Okay.  And do you know who paid that?

18        A    I don't know.  Somebody came in and

19   paid it.

20        Q    All right.  If you could turn to page

21   -- the eighth page which is the application?  Does

22   this look like the application that was filled

23   snout?

24        A    Yep.  It was Mike Deeba.  That's who

25   did it.  Captain Deeba.

ANN CHANCE  3/7/2019

1      **Q      He came to your office and did this,**
2  **or what happened?**

3      A      He did not come to my office.  He did
4  it and sent it to me by email.

5      **Q      And then someone came later with the**
6  **check?  Did someone come later with the check?**

7      A      Yes.  I think it was Captain Deeba,
8  actually.  Or it could have been cash.  We take
9  cash.  Some departments do not.  We do.

10      **Q      All right.  And do they indicate on**
11  **here -- where do they indicate their insurance on**
12  **this?**

13      A      Well, you know, because it's a City
14  -- City agency dealing with the City, we may not
15  have had them.  They -- we don't -- self-insured,
16  we don't have insurance.  I mean we do, but, you
17  know, not like that.

18      **Q      Now, do you know if this area that's**
19  **described here, these two parks, were they**
20  **accessible to the public on September 15, do you**
21  **know?**

22      A      Mm-hmm.  Yes, they were.

23      **Q      Now, would they -- they had fencing**
24  **around them, though; correct?**

25      A      We had, yes.  Well, we had bike rack

ANN CHANCE  3/7/2019

1    around them, but they were very open, you know.  It

2    was -- the bike rack was on the -- on the grass,

3    like we do any festival.

4         **Q**    **Okay.**

5         A    So, but they were -- they were -- it

6    was open on 13th Street, it was open on Chestnut.

7    So.  Chestnut runs right down the middle between

8    the two parks and 13th is on the west end.

9         **Q**    **So there would have been two openings**

10   **but otherwise, they were --**

11        A    Both ends of 13th Street and -- which

12   then is then both ends of Chestnut between Tucker

13   and 13th.  And the bike rack kinda ran around the

14   perimeter, if I remember right.  I didn't really

15   pay all that much attention but...

16        **Q**    **Did -- were there any signs telling**

17   **people where the entrances were or what it --**

18        A    I have no idea.  My guess is probably

19   not but I'm only guessing.

20        **Q**    **And has this ever been -- so this was**

21   **called a Safe Free Speech Zone.  Had that ever been**

22   **applied for before?**

23        A    No.

24        **Q**    **And since has it been?**

25        A    No.

ANN CHANCE  3/7/2019

1           MR. ROTHERT:  I have no further

2    questions.  Mr. Dierker may have some questions for

3    you.  I don't know.

4                    EXAMINATION

5    QUESTIONS BY MR. DIERKER:

6         **Q     With regard to sidewalks, if a -- an**

7    **event proponent makes an inquiry of you and**

8    **indicates that the march or other event will**

9    **completely block the sidewalk, hypothetically, from**

10   **14th Street to Tucker on the north side, would you**

11   **-- what, if any, advice would you give them about**

12   **permits?**

13        A    As long as they were on the sidewalk

14   and didn't step into or impede traffic in the

15   public right of way of the street and they let

16   people pass, they can stand on the sidewalk all

17   day.

18        **Q     Okay.  My question is, if they**

19   **contemplated that they would completely block the**

20   **sidewalk --**

21        A    You could get a -- there is a permit

22   that the Street Department can issue.  Let's see,

23   what is it called.  It's called -- it's like when

24   you have a sidewalk cafe thing and people put stuff

25   out on the sidewalk.  But it doesn't really --

ANN CHANCE  3/7/2019

1  because people are moving and they can move around.

2      Q      And I think you referred to the

3  abortion protests incidents.  Was that 2018?

4      A      I don't remember.  It doesn't seem

5  like it was all that long ago.

6      Q      Well, in any event --

7      A      Yeah, there were two of them; one on

8  each side of the street.

9      Q      And the permit process in that

10  situation was referred exclusively to the Streets

11  Department; is that correct?

12      A      Yes.

13      Q      And why was that?

14      A      Because all they were doing was

15  blocking the street and we felt like the best thing

16  to do would be to give them a permit, let them

17  block the street.  And then as it turned out the

18  one side didn't use it anyway because they didn't

19  go in the street, but they -- that, we felt like it

20  defined their specific space and would kind of keep

21  them separated.

22      Q      And in the operation of your office,

23  do you differentiate among events based on the

24  subject matter of the event?

25      A      No.  I mean, other than just trying

ANN CHANCE  3/7/2019

 1    to -- not really.  I mean, it has to do with the

 2    components of the event.  Do they have food and

 3    beverage and more than what the event is about.

 4          Q      Did you say opponents of the event?

 5                 MR. ROTHERT:  Components.

 6          A      Components.  Logistics of the event.

 7    What all do they have.

 8                 MR. DIERKER:  Okay.  I have nothing

 9    further.

10                 MR. ROTHERT:  I have nothing further.

11                 MR. DIERKER:  Okay.  Miss Chance, you

12    can read the deposition and make corrections if you

13    feel corrections are warranted, or you can waive

14    signature and rely on the accuracy of the court

15    reporter.  I recommend that you waive signature.

16                 THE WITNESS:  Okay.

17                 MR. ROTHERT:  You're waiving?

18                 MR. DIERKER:  We'll waive.

19                 (Wherein, the taking of the instant

20    deposition ceased at 2:45 p.m.)

21                 (By agreement between Counsel and

22    with the consent of the witness, the signature is

23    expressly waived.)

24

25                 CERTIFICATE OF REPORTER

ANN CHANCE  3/7/2019

1              I, TARA SCHWAKE, a Registered

2    Professional Reporter and Notary Public within and

3    for the State of Missouri, do hereby certify that

4    the witness whose testimony appears in the

5    foregoing deposition was duly sworn by me; that the

6    testimony of said witness was taken by me to the

7    best of my ability and thereafter reduced to

8    typewriting under my direction; that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to the action in which this deposition was

11   taken, and further that I am not a relative or

12   employee of any attorney or counsel employed by the

13   parties thereto, nor financially or otherwise

14   interested in the outcome of the action.

15

16

17

18   _____

19   Notary Public in and for

20   The State of Missouri

21

22

23

24

25

ANN CHANCE  3/7/2019

---

**A**

abide 18:13
    46:23
ability 7:18 19:10
    74:7
able 37:5 47:11
    47:12 54:2,17
abortion 72:3
accessible
    69:20
accuracy 73:14
accurate 16:5
ACLU 5:3 54:11
action 1:7,13 4:6
    4:11 74:10,14
actions 50:14
activities 31:13
actual 61:4
    65:11 66:13
address 10:13
    13:14,19
advance 34:16
    45:18 47:19
advice 71:11
afternoon 4:18
    6:16
age 6:9
agency 69:14
Agenda 3:7
ago 10:23 35:1
    58:13 72:5
agreed 6:1
    42:23
agreement
    73:21
ahead 20:12
    27:18 39:25
    40:22 61:11
AHMAD 1:5 4:4
Alaris 5:21
alcohol 22:14
    23:19,20
Aloe 32:18 40:7
Amber 38:15
Amended 2:11
Amendment

40:10 43:7
    50:6,14
Ameren 37:20
    60:24
amount 47:1
amplified 18:20
Amy 5:17
and/or 11:24
    15:23
animals 22:15
    23:15
Ann 1:21 2:5,15
    4:15 6:8,18
    32:3 43:12
anniversary
    44:23 45:20
    46:6
answer 7:5,13
    37:8 46:23
    47:17
answered 40:6
Anthony 5:7
anti 56:13,13
anti-abortion
    45:25
anti-Trump
    56:14
anybody 26:2
    26:14 36:21
    44:8
anyway 15:3
    23:25 35:17
    42:7 45:1
    72:18
apologize 63:21
apparently
    66:8
appeal 47:13
APPEARANC...
    5:1
appears 27:15
    43:1 74:4
applicant 24:7
    31:22
application 2:16
    2:17,20 19:8,11
    20:25 21:6,11

21:18 22:6
    25:11 30:6,11
    30:14 34:2,23
    35:2,3 43:25
    44:1 46:9,20
    50:17 65:8
    67:25 68:21
    68:22
applied 30:12
    32:9 44:13
    67:18 68:7
    70:22
apply 16:1 21:2
    29:11 30:1
    47:20
applying 16:17
approval 35:9
    38:19 60:10
    64:10
approvals 19:21
    46:21 68:1
approve 22:21
    36:9,12 38:4
    60:15,15 62:12
approved 35:13
    36:6 38:21,22
    61:15 64:8,13
    64:14
approves 60:1
    60:5
approximately
    20:5,6
April 52:14,14
arch 39:15
    52:18
area 28:14
    32:18 35:5
    45:11 60:17,19
    60:21 67:9
    69:18
areas 50:24
arothert@aclu...
    5:9
article 2:14 19:5
asked 7:24
    22:13 30:4
    31:22 36:20

41:19 42:19,22
    43:1 54:8
asking 7:4 8:11
    17:4,4 24:20
    24:24 49:21
asks 62:5,7
assistance 44:7
assuming 47:9
    47:10
attached 3:11
attaching 43:22
    43:24
attempt 48:3
attention 43:3
    70:15
attorney 74:12
attorneys 6:20
attributed 19:5
audience 54:25
August 3:6
    66:18 68:11,12
available 13:12
    55:5
Avenue 51:24
aware 43:15
    46:17 57:8,14
    57:21,22
    62:10

---

**B**

back 20:17
    21:20,21 31:12
    33:25 39:23
    40:6 41:2
    42:13 43:21
    56:6 58:5,16
    68:1
band 18:5,5,20
Baptist 57:6
barricaded
    60:22
barricades
    62:20
barriers 61:4
base 59:21
based 24:7
    61:19 72:23

basically 9:17
    9:20 26:16
basis 37:12
Beginning
    66:18
behalf 1:22 12:5
    12:11
believe 42:6
    54:16 57:14
    58:14 61:22
    66:20
Bess 10:20
best 72:15 74:7
better 48:19
beverage 73:3
big 29:5 37:19
    37:21 38:13
    41:10,11,16
    42:20 44:6
    53:23 60:24
bike 29:1,11
    37:17,23
    69:25 70:2,13
birthday 12:22
    18:15,16
bit 11:12 63:21
Black 55:16,16
    56:19 57:1
blah 22:14,14,14
    42:25,25,25
    43:22,22,22
blinking 62:23
block 21:9 26:11
    28:11,12,15,17
    29:7 30:9 31:7
    31:9,13,20
    44:3 46:14
    62:21 71:9,19
    72:17
blocking 2:22
    25:25 26:6
    27:5,13 28:9
    29:3,20 30:7
    30:8,21,21
    72:15
Board 3:7 22:21
    35:18 46:9

ANN CHANCE  3/7/2019

64:7,9,15,18
65:2
boards 10:6
Bob 8:5
booked 13:10
bottom 15:18
Boyle 44:15
BPS 65:9
Bradley 64:25
break 7:11,14
bring 33:4
Brinkman 42:5
brother 55:15
  55:22
brought 20:21
  33:5
building 23:21
  23:25 24:1
  35:11 58:21,22
  59:2

_____
          C
cafe 71:24
calendar 10:4,5
  13:6
call 14:3 16:15
  26:12 41:18
  58:18
called 38:8
  54:11 55:13,19
  57:5,15 63:9
  63:10 70:21
  71:23,23
Captain 68:25
  69:7
care 32:4 53:1,8
cars 61:9
CAS 1:14 4:12
case 45:24
cases 6:21
cash 69:8,9
catastrophic
  65:13
cats 23:6
caused 11:2
CCR 5:20
CDP 1:8 4:7

ceased 73:20
Center 56:15
  63:5
Central 56:19
certainly 9:15
  12:20 48:22
CERTIFICATE
  73:25
Certified 4:22
  4:22,23 6:4
certify 74:3
cetera 30:24
  43:9
Chance 1:21 2:5
  2:15 4:15 6:8
  6:18,19 19:9
  73:11
change 15:11,15
  37:25 65:11
changed 15:3
  55:3 60:11
changes 15:1,8
  15:9,14 27:16
  27:17,21
charge 17:8,25
  18:1 19:24
charitable 10:8
check 69:6,6
checklist 19:12
Cherise 64:23
Chestnut 67:5
  70:6,7,12
Chief 43:15
choose 54:23
Christmas 42:17
chronological
  33:14
church 31:15
  57:6
circuses 57:16
City 1:8,14 4:7
  4:12,19,20
  5:12 9:2,3,16
  9:18 10:2,5,9
  10:15 11:23
  12:5,11,14
  13:23 14:7

18:6 19:17,18
19:21 21:5
22:6 23:12
30:17 35:6
38:13 48:25
51:19 52:12
56:15 57:1,9
63:22 67:4
69:13,14,14
civil 1:7,13 4:6,11
  9:8
clear 13:6 54:17
clog 26:19
close 24:24
  34:17 43:8
  60:19
closed 36:2
  63:6
closing 2:17
  12:23 21:8,23
  21:25 44:22
  45:7 60:18
  61:2,4,6
closings 43:24
Coal 58:6
Coalition 45:24
coincided 53:15
colleague
  59:22
collect 19:9,10
  22:18
collecting 19:16
  20:7
come 13:3,14,21
  13:21 14:7 31:11
  46:10,21
  47:25 48:17
  58:18 62:22
  69:3,6
comes 38:14
coming 63:2,3
commenced
  6:13
comment 40:15
committee
  40:16
committees

10:6
companies
  44:2,3 62:17
  62:19,20
  63:12
company 60:21
  62:6,24 63:9
complete 51:12
completely 71:9
  71:19
components
  73:2,5,6
concerned
  53:22
concerning
  11:24 12:14
Concerts 15:24
confusion 54:18
consent 73:22
Consolidated
  2:16 20:24
  21:18 30:13
  34:1
Constructing
  29:8
construction
  30:22 37:20
contact 2:15
  45:22 62:6
contacted 46:1
containers
  30:24
containing 44:7
contemplated
  71:19
control 44:2
  62:6,16,19,24
  63:9,11,12
controls 62:21
conversation-...
  7:3
copies 8:20
copy 11:17 14:15
  20:17 24:13
  39:9 63:23
  65:18,19
correct 20:21

21:19 28:22
32:24 33:2
39:4 64:17
69:24 72:11
corrections
  73:12,13
corresponde...
  3:4 42:14
cost 16:18
counsel 6:2,2
  73:21 74:9,12
counselor's
  63:22
course 10:8
court 1:1 4:1,23
  5:19 11:14 14:12
  19:1 20:15
  21:16 24:10
  25:19 33:9
  39:21 42:12
  63:18 73:14
courthouse
  54:4
create 19:18
  63:1
criteria 60:13
  61:23 62:10
  65:5,6
CRR 5:20
CSR 5:20
curb 28:8,9,10
  28:11
curfew 18:21
currently 14:20
cut 63:21
Cycling 15:23

_____
          D
D 2:1
dangerous
  37:23 38:1
date 45:20
  51:21
dated 35:21
dates 58:16
day 4:16,19 13:8
  13:9 42:17

ANN CHANCE  3/7/2019

43:17 51:16,17
53:21 54:1,23
55:3,20,20
71:17
**days** 17:13 34:15
42:2 47:22
49:18 51:10
68:7,8
**deal** 11:7 43:7
48:4
**dealing** 69:14
**December**
42:16
**decent** 41:10
**decide** 60:15
**decides** 38:4
**deciding** 62:12
**declare** 67:21
**declared** 68:3
**Deeba** 68:24
68:25 69:7
**Defendant** 1:9
1:16 4:8,13 5:11
6:3
**defined** 72:20
**delay** 36:11
**delays** 35:13
**denied** 37:14
47:8,12 65:10
**denying** 37:13
**department**
4:19 5:12 14:4
14:4 15:1,2,14
17:22 18:19
19:17 23:18
25:8,8,9,10
25:22 27:4
28:8 30:2,12
30:17,20 31:8
31:10 32:1
35:10,11,11,12
36:9,11,15,22
37:16,17 38:4
38:8,8,21 43:5
46:7,11,12,12
46:16 47:12
48:2,4,8,16,17

51:13 59:4
60:1,14 61:16
61:17,19 62:11
62:12,14
64:25 65:2
68:2,2,2 71:22
72:11
**departments**
17:20,21 19:21
22:8,12,16
25:7 35:7
36:5 64:9,15
67:25 69:9
**depending** 10:6
53:23
**depends** 18:15
44:21
**deposed** 6:23
**deposition** 1:21
2:11 4:15 6:3
6:13,22 7:1,22
8:13 11:10,22
55:6 73:12,20
74:5,10
**describe** 9:13
39:25
**described** 20:6
69:19
**describes** 30:21
68:5
**DESCRIPTION**
2:10 3:2
**designated**
12:5 67:9
**details** 38:11
**detour** 60:20
62:7 63:1
**Dierker** 2:6 5:16
11:17 14:15 19:4
20:18 24:13
25:13 27:2
50:11 55:5
59:23 63:24
71:2,5 73:8,11
73:18
**dierkerr@stlo ...**
5:18

**different** 20:2
20:23 22:2
23:7 28:10
32:16 42:4,7
54:23
**differentiate**
12:21 72:23
**digging** 37:20
**direction** 43:9
74:8
**directly** 48:5
67:4
**directory** 14:8
**disaster** 45:5
**discussed**
33:21
**dispatched**
22:7 30:17
**DISTRICT** 1:1,2
4:1,2
**Division** 1:3 4:3
23:21,25 24:1
35:12
**DIY** 2:14
**documents**
2:23 3:6 8:12
20:20 21:12
**doing** 14:2 17:10
21:24 53:13
61:21 72:14
**Dome** 52:5
**don't,'** 19:10
**door** 14:9
**doubt** 66:24
**download** 21:1,3
**downtown**
28:14
**drastic** 65:11
**drive** 63:2
**Driveway** 29:4
**driving** 62:22
**Dugan** 40:11
50:16
**duly** 74:5
**dumpsters**
30:23
**duties** 9:13

**E**

**E** 2:1
**E-l-y** 39:13
**earlier** 6:22
56:6
**early** 8:4 34:8
**earn** 11:5
**easier** 67:11
**EASTERN** 1:2,3
4:2,3
**edges** 20:1
**educate** 50:10
**effect** 12:14
66:23
**eight** 4:17
**eighth** 68:21
**either** 17:25
21:8 27:16 41:1
54:23
**elected** 10:21
**electric** 22:10
23:23
**elements** 30:16
**elephants** 57:16
**Ely** 39:13 40:9
49:15 50:1
**email** 13:14,16
15:10,16 40:3
40:15 69:4
**emails** 39:17
41:14
**emergency**
46:16
**employed** 74:9
74:12
**employee** 74:12
**ended** 35:15
41:10 54:4
58:21
**ends** 22:21
41:16 70:11,12
**enter** 40:9
**Enterprise** 63:5
**entire** 9:11
**entrance** 39:14
39:15

**entrances** 70:17
**equipment**
30:23 62:20
**et** 30:24 43:9
**event** 2:12,16,19
3:6 9:18 14:2
18:14 20:10,24
21:6 22:5
23:21 24:8,14
24:17 29:21
30:2,13,16
31:5,16,20
32:3,6 34:1,12
35:3,18 37:1,3
43:25 46:8,9
46:21 47:7,16
47:20 48:9
54:11 55:16,17
56:3,7 57:2,11
58:1,15,17,24
60:2 61:3,10
64:13 65:12,14
67:20,24 71:7
71:8 72:6,24
73:2,3,4,6
**events** 2:18 9:9
9:16 10:5,7,19
13:25 14:9
15:19,25 16:1
16:14 24:17
31:24 37:11
38:11,12 43:17
48:18 50:6
64:8 65:1
72:23
**everybody** 11:8
40:21 65:3
**exactly** 45:11
51:1 54:12,20
55:2 64:2
**Examination**
2:6,6 6:14 71:4
**examined** 4:16
6:10
**Excavation**
29:4
**exchanged**

39:17
Excise 17:21
  23:19
exclusively
  72:10
executive 9:9
  53:7
exhibit 2:11,12
  2:14,16,17,19
  2:20,22,23
  3:3,4,6 11:13
  11:16 14:11,14
  18:24,25 19:3
  20:13,14,17
  21:14,15,17,21
  21:22 24:9,12
  25:14,15 27:2
  27:3,12,23,24
  28:19 29:22
  29:24 30:19
  33:7,8,11,11
  38:25 39:19
  39:20,23
  42:10,11,14
  62:1,2 63:16
  63:17,20 64:6
  66:15
Exhibits 2:9 3:1
  3:11 25:18
expecting
  26:19
expenses 16:25
expensive
  35:15
experience
  42:21
explain 6:25
  7:8 64:3
explained 54:12
explaining
  54:13
expressly 6:6
  73:23
eyes 65:3

————
F
————
facilitate 23:5,6

fact 13:11 33:21
  40:15 61:19
fair 22:3
Fairs 15:24
fall 32:14
family 52:4
far 47:18 53:14
fault 63:22
favorite 10:22
fax 66:4
faxed 65:20
  66:7
faxing 66:6
February 53:5
  53:11,15 58:5
  58:14
federal 50:4,5
  58:20
fee 16:20,22,23
  17:4,5,8,14
  18:2,7,17 19:9
  19:16 20:8
  28:10 68:15,15
feel 14:1 41:15
  43:2 49:5
  73:13
fees 16:22
  17:22,24
  22:18,19 27:21
  27:25 28:13
  28:16
feet 23:22
felt 44:5 72:15
  72:19
fence 50:25
fencing 69:23
Fennell 34:25
festival 22:3,22
  23:8 28:15
  30:10 31:5
  32:7 33:2
  64:11 66:13,14
  67:21 68:3
  70:3
Festivals 15:24
fight 56:8
figure 33:12

filed 32:6
files 11:10
fill 20:25 21:1,3
  31:22
filled 34:1,22
  68:22
final 64:10
financially 74:13
find 11:9
fine 7:15 8:10
  10:17 40:21
  68:6
finish 7:4
fire 24:1 25:8
  35:11 46:12,14
  46:16
first 12:25 13:10
  13:20 14:4
  15:18 17:10
  40:10 42:21
  43:6 49:4
  50:5,14 63:25
  66:16
fit 10:10
focus 32:16
folder 33:11
follow 15:20
  16:2,8
follows 6:11
food 16:24 22:9
  23:14 24:2
  31:17 73:2
forbid 48:10
foregoing 74:5
forenoon 4:18
Forest 44:15
forever 66:18
forget 42:10
form 19:14,20
forms 2:19
  31:22
forth 50:21
Fortune 60:10
Four 34:6
fourth 19:7
free 49:5 50:7
  66:13,14 68:3

70:21
front 8:16
funerals 38:13
funny 11:3,4
further 43:18
  71:1 73:9,10
  74:11

————
G
————
gal 42:5,6
Garden 56:15
gather 8:11 40:7
geezer 10:22
generally 13:13
  17:9 43:7
getting 35:14,15
  36:21 62:3
give 13:15 20:17
  22:2 24:15
  63:23 71:11
  72:16
given 61:19
giving 10:8
glad 54:17
go 8:23 13:16
  13:23 14:5
  15:13,16 18:18
  20:12 25:21
  25:24 27:18
  31:24 39:25
  41:2 43:20
  44:10 46:9
  48:3 49:4
  50:15 54:23
  55:23 56:6
  63:7 64:15
  65:1 72:19
God 48:10
goes 21:5 22:6
  22:11,15,21
  26:8 31:19
  35:2 62:25
going 8:5 10:7
  11:9 14:13 18:19
  18:20,23 19:2
  20:9 21:7
  26:3 27:1,12

30:8 36:2
37:21 39:22
42:20 43:19
44:6 46:14
47:18 51:11
53:24 55:10
56:6 58:5,16
59:13 60:19
60:20,22,25
61:20 63:19
63:23 64:9
65:12,24
66:10
good 6:16 38:17
  38:24 58:10
  59:14 62:3
gosh 55:20
gotcha 8:11
Gottschall
  38:15
government
  50:5
Gras 24:4 53:16
  53:21 54:24
grass 70:2
great 43:10
  53:13
Greg 38:15
ground 7:1
  50:22
grounds 36:8
  39:15 52:18
group 26:19
  57:4,14,15
groups 45:2
growing 43:2
guess 11:7,17
  37:15,16 38:2
  47:13 65:10
  66:24 68:10
  70:18
guessing 47:10
  70:19
guy 55:14
guys 42:4 45:3
  53:25

ANN CHANCE  3/7/2019

Hall 4:20 9:2,4 10:3,15 14:7 67:4
Hampton 56:9
hand 14:13 19:2 27:1,12 29:23 33:11 39:22 63:19
handed 19:4
handing 11:15 20:16 21:20 24:11 26:10 42:13
handle 10:8 38:10 41:15,17
handled 31:7,10
handles 10:10 64:23
hang 45:15
happen 22:20 46:18
happened 15:12 20:4 38:2 47:14 48:23 48:25 55:2 69:2
happens 26:7
happy 7:9
hard 35:14
head 18:3 55:25
heads 65:2
health 15:1,14 16:24 17:22 23:13,17 35:12
hear 43:23
heard 62:17
heaters 24:3
heavens 44:19
help 44:2
herd 23:6
Hmm 17:16
Hmm-mm 26:23 56:11
hole 37:21 60:24
home 29:5

hope 7:2
Host 2:14
hours 4:17 47:25 48:7 61:11
house 18:6
huge 54:24
hurt 44:8
hypothetically 71:9

I
idea 33:12 65:21 70:18
identification 11:13 14:11 18:25 20:14 21:15 24:9 25:19 33:8 39:20 42:11 63:17
Ignore 19:8
IL 4:23
immigration-r... 53:7
impair 7:18
impede 71:14
incidents 72:3
include 13:4 30:2 46:14
includes 31:12
indicate 69:10 69:11
indicates 71:8
information 7:2 7:25 26:10 30:14 34:7 40:12 43:23 44:4 62:6
informational 32:16 33:15
initial 40:15
initially 36:11
innocent 42:22
inquiry 71:7
instance 13:9
instant 73:19

insurance 17:2 22:25 35:14 36:13,15,20 36:22,24,25 37:10 69:11,16
interested 74:14
involved 16:24 17:1 22:8 23:15,21 24:2 30:18 40:17 42:4 55:12 59:6,10
involvement 11:6 67:17
involves 48:5,6
issuance 11:25 12:15 23:5
issue 22:16,17 23:3 36:16 40:10 43:7 51:13 58:17 59:17 67:13 71:22
issued 22:23 23:2,9 24:6 29:3 31:2 33:1 35:16,18 37:11 44:21 45:7 46:4 51:7 56:23
issues 50:22
it'll 55:24
item 66:16

J
January 9:5,6 34:9,13 35:19 35:21 39:17 40:3 44:9
JESSICA 1:11 4:9
Jessie 5:8
job 9:7,10,13
jsteffan@aclu... 5:10
Judge 5:16
July 51:24 52:11

June 52:4
Justice 56:15

K
Kathy 10:20
Kaufman 32:18 66:14 67:2,3 68:4
keep 10:4,4 66:10 67:11,14 72:20
kid's 12:21 18:16
kids 53:4
Kiener 49:9,12 49:13,22,25 58:21 59:7
kind 16:23 17:3 21:10 23:15,23 24:5,19 26:18 26:20 31:13 40:4 42:25 48:21 60:13 61:1 72:20
kinda 20:6 70:13
kinds 23:10 29:14
knew 45:19
know 7:12 8:17 9:23 10:9,15 10:24 11:1,2,4 13:7,21 14:24 16:7,11 17:11 18:21,22 19:13 20:5,6 27:22 30:6 31:3,4,4 31:6 32:5 34:11,18 37:15 37:16 38:3,20 41:15,23 42:20,25 43:21 44:13 45:3,15 46:2,3 46:5,15,25 47:2,9,13,15,17 47:24 48:15 48:19 49:1,2,5

49:6,20,24 50:3,4,10,13 51:1,4,23 52:3 52:8,10,15 53:5,9,12,23 54:7,21 55:1,11 55:14,14,14,14 55:21 56:7,10 56:12,16,18 58:4,13 60:8 60:14,16,22 60:22,23 61:22 63:25 64:2 65:4,17 65:23 66:25 67:13,22 68:9 68:9,17,18 69:13,17,18,21 70:1 71:3
knows 31:18 55:18

L
lane 28:8,9,10
lanes 28:11,11,12
LANGFORD 1:11 4:9
large 15:25 16:13 18:5
lately 27:16
Laura 39:16 40:2,13
Law 4:19 5:12
lawful 6:9
lawsuit 50:12
learned 63:14
learner 62:4
leave 45:15
legitimately 48:15
length 66:19
let's 20:12 21:13 26:18 29:19 30:8 33:6,12 37:17 39:18 41:2 42:10 45:5 48:10

ANN CHANCE  3/7/2019

| | | | | |
|---|---|---|---|---|
| 71:22 | 5:12,14,23 | 10:12,13 13:8 | mine 66:5 | 46:17 59:14 |
| letter 35:21 | 9:16,19 10:9 | 30:8,9 63:3 | miners 58:11 | 61:11 |
| 64:7 67:22,23 | 12:14 49:1 | 67:4 | minimum 56:9 | needed 33:22 |
| LGBTQ 53:16 | 51:19 55:17 | Marriott 51:25 | 61:11 | 36:1,3 41:22 |
| 53:25 | 57:9,17,24 | matter 26:5 | Missouri 1:2,8 | 44:6 68:8 |
| life 31:3 45:24 | Louis's 11:24 | 56:19 57:1 | 1:15 4:2,12,20 | needs 24:7 |
| lights 62:23 | Lowry 40:2 | 72:24 | 4:24 5:3,5,14 | neighborhood |
| 63:10 | Luther 39:13 | mean 9:24 11:6 | 5:23 57:5 | 31:9,19 |
| limit 46:19 | 40:9 49:15 | 12:20 15:5 | 74:3,20 | neighborhoods |
| limited 30:25 | 50:1 | 17:12 20:1 | Missouri's 53:8 | 31:13 |
| line 66:1 | _____ | 26:8 41:4,18 | Mm-hmm 12:3,7 | neither 74:8 |
| listed 15:22 | **M** | 43:14,19 | 16:4 24:23 | never 8:6 18:2 |
| 24:19 | making 61:14 | 49:23 50:25 | 25:3 27:6,8 | 31:2 37:14 |
| lists 28:21 | MALEEHA 1:5 | 56:14 59:16,16 | 28:20 37:7 | 38:2,20,22 |
| Litigation 5:21 | 4:4 | 60:16 69:16 | 45:23 69:22 | 45:15 47:14 |
| little 8:4 11:12 | manner 16:20 | 72:25 73:1 | MO 4:23 | 48:23 54:7 |
| 33:20 35:4 | 17:6,12 | medical 46:17 | moment 59:21 | 61:24 62:17 |
| 63:21 | manners 26:16 | medications | money 22:18 | 65:9 |
| Lives 56:19 57:1 | map 35:4,4 | 7:17 | monitor 43:13 | newspaper 2:14 |
| location 51:18 | maps 35:4 | meet 6:22 | monitoring | 19:4 |
| locations 56:10 | march 1:23 2:24 | 54:16 64:19 | 43:16 | nice 6:22 43:21 |
| logistics 3:3 | 3:3,5 4:17 | meeting 2:24 | motor 29:5 | 44:12 54:16 |
| 40:2 73:6 | 32:13,15 33:19 | 10:11,12 33:16 | move 54:2 72:1 | night 31:12 |
| long 9:3 15:5 | 35:19 39:1,5 | 33:18,20,23 | moving 30:23 | non-event |
| 26:5,11 46:19 | 40:1,21,24,25 | 38:16 48:21 | 72:1 | 30:25 |
| 71:13 72:5 | 41:6,22 42:15 | 65:9 | Mueller 38:15 | Normally 45:14 |
| look 8:19 13:18 | 43:16 48:11 | meetings 8:2,8 | 49:17 | north 5:22 71:10 |
| 14:1,8,17,21 | 50:20 52:15 | 10:11 | multipage 50:17 | Notary 4:24 6:4 |
| 16:12,13 23:16 | 52:20 53:4,17 | Megan 34:22 | | 74:2,19 |
| 27:10 28:19 | 54:5,8 71:8 | 34:24,25 | _____ | notice 2:11 11:10 |
| 32:2 37:17,18 | marched 56:15 | memory 58:10 | **N** | 11:21 |
| 53:25 55:23 | marches 50:20 | mention 29:22 | N 2:1 | November 49:9 |
| 60:17 62:2 | Mardi 24:4 | mentioned | name 6:17,19 | 56:8,13 |
| 65:24 68:22 | 53:16,21 | 13:20 23:8 | 39:16 40:12 | number 11:23 |
| looked 42:20 | 54:24 | 62:16 | 49:17 55:24 | 14:10 62:1,2 |
| 45:25 | mark 18:23 | Messages 3:3 | 60:9,9 62:5 | 66:4,15,15 |
| looking 28:24 | 20:12 25:16 | met 22:23 | 64:24 | |
| 62:1 | 33:6 39:18 | 40:13 45:6 | named 42:5,6 | _____ |
| looks 28:23 | 42:10 | meter 28:13 | national 31:12 | **O** |
| 32:3 34:2 | marked 11:13,16 | metered 28:14 | 39:13 40:9,11 | O 13:25 |
| 65:25 | 14:11,14 18:25 | meters 28:16 | 49:18 50:15,21 | o'clock 4:17,18 |
| Lord 31:18 | 19:3 20:14 | middle 37:19 | 51:8 | obey 42:24 |
| lot 13:23 34:7 | 21:15 24:9,12 | 60:24 61:9 | need 7:12,14,15 | obtain 16:2 |
| 38:23 53:4,18 | 25:18 27:2 | 67:6 70:7 | 15:11,19 16:2 | obviously 24:18 |
| loud 26:24 37:8 | 33:8,10 39:20 | Mike 68:24 | 24:16 26:17 | 40:17 41:5 |
| Louis 1:8,14 4:7 | 42:11 63:17,20 | mind 16:12 | 28:4,7 31:24 | 47:21 |
| 4:12,19,20 5:5 | Market 5:13 | 26:16 | 32:17 36:17 | Occupy 59:9 |
| | | | 41:4,5 46:15 | office 9:15 10:10 |

ANN CHANCE  3/7/2019

| | | | | |
|---|---|---|---|---|
| 10:18 13:14,24 | oops 32:2 37:18 | paid 68:17,19 | 18:5,15,16,16 | 43:9,24,25 |
| 13:25 14:9 | open 70:1,6,6 | parade 13:9 | 21:9 29:7 | 44:14,20 |
| 16:21 31:21 | openings 70:9 | 21:9 25:3,4 | 31:20 | 46:21 47:7,16 |
| 48:17 50:16 | operation | 30:3 31:6 | pass 26:14 71:16 | 47:20,25 |
| 52:9 69:1,3 | 72:22 | 41:12 53:21,24 | Pat's 24:4 | 48:12 49:10,16 |
| 72:22 | Operational | 54:24 63:3 | Patrick's 13:9 | 49:19,25 50:5 |
| officers 38:10 | 38:9,9 42:7 | Parades 15:22 | Patriot 58:6 | 50:16,17,22 |
| oh 16:14 25:15 | 43:1,4 62:11 | paragraph 19:7 | pattern 40:4 | 51:3,7,12,13,14 |
| 31:24 42:3 | opponents 73:4 | Parenthood | pay 18:6 28:16 | 51:20,23 52:2 |
| 44:19 45:19 | opportunity | 44:14 | 68:15 70:15 | 52:3,7,11,13,15 |
| 53:13 55:19 | 54:1 | park 12:23 13:11 | Peabody 58:22 | 52:17,19 53:9 |
| 64:2 | opposing 45:1 | 13:12 14:3 | pending 7:13 | 53:10 56:4,7 |
| okay 6:25 7:10 | option 40:18 | 16:22 18:11,12 | people 8:21 | 56:10,12,16,17 |
| 7:16 8:10,15 | order 11:11 | 18:13,17,19 | 10:18 13:21,23 | 56:18,22 |
| 8:22,25 9:21 | 22:20 33:14 | 22:24 23:13 | 16:11 19:18,24 | 57:12 58:2,15 |
| 10:2 11:9 12:1 | orderly 53:1,3 | 29:6 32:18,19 | 26:6,7,14 | 58:23 59:2,11 |
| 12:18 14:23 | orders 53:7 | 36:10,10,18,19 | 33:23 42:4 | 59:11,14,15,17 |
| 18:19 19:15 | organizer 35:1 | 36:22 37:4,5 | 45:24,25 | 59:19 60:2 |
| 21:14,20 23:1 | 39:16 40:2 | 37:9 39:10,13 | 47:24 51:6 | 61:18 64:11 |
| 28:1 32:12 | 61:6,13 63:1 | 39:14 40:9,9 | 59:18 67:9,14 | 65:7 66:13 |
| 33:17,22 34:3 | organizers | 40:11 44:15 | 70:17 71:16,24 | 67:1,21 71:21 |
| 34:4,6,21 35:1 | 33:19 | 49:15,18 50:2 | 72:1 | 72:9,16 |
| 35:5,8,24 | outcome 74:14 | 50:15,21 51:8 | perimeter 70:14 | permits 2:12,22 |
| 36:17 37:12 | Outdoor 15:24 | 51:13 58:23 | period 51:11 | 3:6 12:17 |
| 38:3 39:8,11 | outside 37:5,9 | 61:7 66:15 | permit 2:19,20 | 16:24 19:6 |
| 41:2,3,21 42:9 | 44:14 51:25 | 67:1,3 68:1,4 | 11:25 12:15,19 | 22:1,17 23:9 |
| 42:18 43:19 | 66:1 | parked 61:9 | 12:24 13:2,4 | 23:14 24:6,15 |
| 45:17 46:24 | overall 22:22 | parking 30:25 | 13:15 16:3,9,17 | 24:16,18,19 |
| 47:23 49:3,7 | Overdimensi … | 61:8 | 18:12,14 19:6 | 28:21,22 |
| 51:15 55:4,9 | 29:4 | parking/no | 20:10 22:3,4 | 29:10,14 32:17 |
| 59:12,20 | | 30:25 | 22:17,22,24 | 40:20 41:1 |
| 64:12 65:16 | **P** | parks 9:19 17:23 | 22:25 23:8,13 | 43:7 44:21 |
| 66:12 67:7 | p.m 6:13 73:20 | 36:15 48:6 | 23:13 24:14 | 45:7 46:5 |
| 68:14,17 70:4 | packet 13:15 | 50:4 52:25 | 24:25 25:2,4 | 49:2 57:2 |
| 71:18 73:8,11 | page 2:3,10,13 | 59:4 67:4 | 25:5,11 26:17 | 58:17,25 |
| 73:16 | 3:2 11:23 | 69:19 70:8 | 26:18,20 27:5 | 62:13 64:14 |
| old 53:12 54:4 | 13:24 14:16,19 | parkway 45:9 | 28:5,7 29:2,3 | 71:12 |
| Olive 5:4 | 14:20,22 15:18 | part 6:10 24:13 | 29:7,13,20 | permitting |
| once 15:12 | 21:14 24:14 | 27:13 28:5 | 30:21 31:3,5 | 19:22 |
| 22:23 32:11 | 27:7,14,24 | 30:22 40:15 | 32:6 33:1,2,21 | person 54:17 |
| 36:13 45:2 | 64:4,4,5,6 | 40:18 54:24 | 35:16,18,22 | 60:1,7 64:19 |
| 46:20 | 65:17,18,19 | 55:15 | 36:9,10,16,21 | phone 13:17 |
| ones 8:15 38:10 | 66:9,15 67:22 | particular 38:16 | 36:23 37:3,6 | 48:20 53:19 |
| 38:14,18 | 67:23 68:20 | 54:11 | 37:11,13 39:3,7 | physical 65:12 |
| online 20:3 21:1 | 68:21 | parties 31:7,10 | 39:12 40:10,14 | pick 26:15 |
| 21:2 45:25 | pages 20:23 | 31:14 74:10,13 | 41:4,8,13,20 | 48:20 |
| oop 37:24 | 34:5 | party 12:22 18:5 | 41:22 42:8 | Pine 67:5 |

place 12:22
  45:4 50:15
  65:14
Plaintiff 1:12
  4:10
plaintiffs 1:6,22
  2:4 4:5 5:2
  6:2,10,20
plan 60:20
  61:15 62:7,24
  63:1
planned 43:17
  44:14 45:18
planning 38:9,9
  40:16 42:7
  43:1,4 55:11
  62:11
plate 37:22
Plaza 32:18
  40:7 49:9,22
  58:21 59:7
please 6:17
  18:24 25:17
  64:3 66:11
plus 65:2
Poelker 66:14
  67:3 68:4
point 13:13,19
  31:21 59:2
police 25:8
  33:18 35:10
  38:4,5,6,7,8
  38:21 40:16
  41:13,14 42:19
  42:23 43:4,6
  43:10 46:11
  48:16 51:6
  53:20,23
  54:2 61:16
  62:11,14 67:8
  67:20 68:2
policies 11:24
  12:13,16
policy 12:19
  52:4
pop 55:24
porta-potties

23:16 31:18
porta-potty
  44:3
positive 66:22
possible 48:23
possibly 24:16
practices 11:24
preclude 65:13
Preferably 17:13
preparation
  8:12
prepare 7:21
  8:2
prepared 12:10
preparing 62:7
president 38:13
  51:25 53:8
  64:24
pretty 34:8
  42:22 58:19
  59:17
Pride 55:15,16
  55:16,17
printed 36:1
private 18:10,15
  44:3
probably 20:11
  41:9,11 65:25
  70:18
process 15:17
  15:20 16:1,2,8
  19:22 22:5
  25:11 39:3
  51:13 59:1
  72:9
processing
  16:20 17:5,8
produced 4:16
  6:9
Professional
  4:21 74:2
program 9:9
  10:9 19:19
propane 24:3
proper 31:22
  64:8
property 18:10

49:25
proponent 71:7
protectmueller
  49:8,16 51:5
protest 11:25
  12:15,19,21 13:1
  13:4,8 16:9,17
  16:18 24:21,22
  25:20 26:4
  29:15 32:7,8
  44:14,17,18
  47:16,19 48:11
  48:13 49:8
  51:6,24 52:4
  52:11 53:6,8
  56:8,14,19
  57:15 58:4,6
  58:15 59:13
  67:9
protests 12:17
  48:25 57:1,5,8
  57:16,16,23
  58:2 59:7,9
  72:3
provided 11:16
  14:15 24:12
public 4:24 6:4
  9:18 12:22
  15:25 16:13
  22:22 26:1,6
  26:11 28:9
  35:19 44:7
  46:10 64:7,10
  64:15,18 65:3
  67:10 69:20
  71:15 74:2,19
punk 18:5
purpose 60:17
pushed 22:7
  31:21 34:10
pushing 47:22
put 19:20,20
  21:4 30:16
  33:13 35:5
  37:22 46:10
  48:20 60:2
  62:23 71:24

putting 31:17
  61:4,8

—————————
Q
—————————
question 7:8,13
  8:11 47:11 71:18
questions 6:15
  7:5 13:19
  22:13 30:4
  38:23 71:2,2,5
quick 48:21
  62:4
quite 58:13
quote 19:5,9

—————————
R
—————————
race 37:18,23
Races 15:23
rack 29:1,11
  69:25 70:2,13
Raimondo 5:17
rally 53:17 54:4
ran 70:13
rare 26:8
re- 29:8
read 47:10 68:5
  73:12
ready 50:11
real 27:16,17
  34:6,7 48:21
really 7:1 19:11
  29:1 44:6 51:8
  62:17 63:22
  70:14 71:25
  73:1
Realtime 4:22
  6:4
reason 36:7,14
  38:24 67:12
recall 32:12
  44:24 45:11
  54:3,20
recipe 45:4
recommend
  73:15
reconfiguring
  32:15

record 6:17
  59:24
recourse 47:7
reduced 74:7
refer 11:5
referral 64:7
referred 72:2,10
referring 25:14
  25:15
regard 12:11
  71:6
regardless
  45:12
Registered 4:21
  74:1
related 10:7 31:1
  74:9
relative 74:11
rely 73:14
remember 7:18
  46:3 53:14,18
  55:2,7,12,21
  55:24 56:21
  58:6,8 59:8
  66:25 68:10
  70:14 72:4
remembered
  53:14
remind 26:13
renew 49:19
renewed 51:10
rent 29:2,11
rental 10:2
rephrase 7:8
reporter 4:21
  4:22,23,23
  5:19 6:5 11:14
  14:12 19:1
  20:15 21:16
  24:10 25:19
  33:9 39:21
  42:12 63:18
  73:15,25 74:2
request 12:23
  29:2 49:19
  51:9
requested 32:2

32:6
requesting 30:24
require 29:12 43:8 44:20
**Residential** 29:7
responsibility 61:17
responsible 61:6,7,14
**Rich** 64:24
rides 15:23 31:17
right 2:22 8:1,7 8:22 10:14,22 10:25 11:21 15:14 17:15 22:2 25:11 26:1,6,11 27:5 28:4,6,9 30:19,22 31:1 33:24 34:10 36:5 37:18 39:24 40:4 41:25 49:6 53:5 59:15,16 59:16 60:9,10 60:11 63:4,13 65:4,15,20,21 66:9,12,17,18 67:16,22 68:6 68:20 69:10 70:7,14 71:15
**Riverfront** 10:21
road 63:6
roadway 27:14
**Robert** 5:16
rock 18:5
**Roe** 44:24 45:20 46:5
**Room** 4:20 5:13 9:2 64:22
rooms 10:12
**Rothert** 2:6 5:7 6:15,19 11:15 14:13 18:23

19:2 20:12,16 21:13,17 24:11 25:16,20 33:6 33:10 39:18 39:22 42:9,13 50:13 51:15 55:7,9 59:20 59:25 63:16 63:19 71:1 73:5 73:10,17
rotunda 10:3
rough 20:1
route 17:3 30:6 35:4 37:18,19 37:25 38:1 40:5 61:9,15
**RPR** 5:20
rule 2:11 18:21
rules 7:1 18:13 61:10
run 21:9 25:3 30:3 31:5 37:23 50:16
runs 15:23 67:5 70:7

### S

**S** 13:25
safe 60:23 67:12 70:21
safety 24:2 44:7 60:18 67:10
sanitation 23:17
**Sarah** 42:6 45:12
saying 18:1
says 11:23 15:19 15:25 19:8,9,11 27:25 31:23 62:5 63:6 66:18 68:11
scheduling 10:4 10:11
school 31:12,16
**Schwake** 4:21 5:20 6:4 74:1

**Science** 52:16
**Scientists** 53:2 53:3
second 11:22
secretary 10:20 64:23
secure 61:15
security 17:2 43:9 44:4 60:18 61:14
see 12:2 14:8 15:19 29:19 36:3 41:13 48:4 58:10 62:22 63:14 65:24 68:1 71:22
seeking 7:2
seen 11:18,19 44:17 65:8
self-insured 69:15
send 15:10,15 19:20 21:3 25:7
sense 19:23
sent 35:6 40:3 44:9 67:23,24 68:11 69:4
separate 21:12 21:22
separated 72:21
separately 45:6
separation 52:4
**September** 56:20 69:20
served 23:20
service 9:8 22:22 35:19 46:10 64:7,10 64:16,18 65:3
**Services** 5:21
serving 22:14
set 32:18 45:10
seven 28:22
she'll 32:4

sheet 33:20
short 12:18 17:7 47:1 68:14
shortest 47:19
**Shorthand** 4:22
shout 56:1
shove 32:3
**Show** 2:14
shuffling 11:12
shut 29:18
side 45:8,8 46:2 71:10 72:8,18
sidewalk 25:21 26:1,4,9,17,20 29:8,8 41:11,17 42:24 45:15 58:20 59:13 59:19 71:9,13 71:16,20,24 71:25
sidewalks 52:23,24 71:6
sign 33:20
signage 62:7 62:20 63:6
signals 42:24
signature 6:6 73:14,15,22
signs 26:10 61:8 63:5 70:16
similar 14:18 51:20
simple 31:19
sit 13:15
situation 43:13 72:10
six 4:18
size 43:2
slight 15:1
**SLMPD** 43:23
slow 38:23
**Smith** 39:14 40:9 49:15 50:1
snout 68:23
sold 23:20

somebody 17:10 26:9 66:7 68:18
someone's 43:3
soon 46:25
**Sorry** 12:9
sort 38:11 44:23 61:12
**Soulard** 54:2
sound 10:25 18:21
sounds 16:14
space 9:18 12:22 65:12 72:20
speaking 59:6
special 2:12,16 2:18,19 3:6 9:8,16 10:19 13:25 14:2,9 18:14 20:10,24 21:6 22:1,5 24:14 29:21 30:13,24 31:4 31:16,20,24 32:3,6 34:1 35:3,18 38:12 43:25 46:8,8 46:20 47:7,16 47:20 48:18 56:3,7 57:2,11 58:1,15,17,24 60:2 61:3 64:13,25 67:20,24
specific 50:24 50:25 51:16,17 51:17,18,18,21 72:20
specifically 54:8
**Speech** 66:13 66:14 68:3 70:21
spelled 51:3
spells 47:1

ANN CHANCE  3/7/2019

spilled 49:23
spoke 53:19
spontaneous 48:9
square 23:22
St 1:8,14 4:7,12
    4:19,20 5:5,12
    5:14,23 9:16
    9:18 10:9 11:23
    12:14 13:9
    24:4 48:25
    51:19 55:17
    57:9,17,23
stage 22:10
    23:23 32:19
stand 71:16
standing 43:16
start 19:15 57:15
started 20:7
    42:16
starting 39:17
starts 48:10
state 4:24 6:16
    74:3,20
STATES 1:1 4:1
Station 40:8
stations 52:25
stay 41:11,16
    42:24
Steffan 5:8
step 2:14 13:20
    26:14,15
    28:24 71:14
STIPULATED
    6:1
STL 20:10
storage 30:23
straight 31:11
street 2:17,20
    5:4,13,22
    10:14 12:23
    14:4 15:22,24
    16:23 21:8,8
    21:10,23,24
    22:3,25 23:13
    24:25,25
    25:9,10,21

26:15 27:4
28:5,5,8 29:6
29:16,17,18
30:1,7,7,9,20
31:2,5,10,19
32:1 34:22
35:2,10 37:16
37:17,20,21
43:24,25 44:3
44:22 45:7,8
46:7,12,15
48:4,16 52:19
55:11 58:19
60:3,4,23,24
61:2,7,16,19
62:21 63:4
67:14 68:2
70:6,11 71:10
71:15,22 72:8
72:15,17,19
Street/Run 25:1
streets 9:19
17:23 36:2
38:5 43:8
48:5 52:20
56:9 60:1,5,14
60:19 62:8
72:10
strictly 18:17
stuck 36:3
stuff 7:24 24:5
38:19 71:24
subject 72:24
submitted 21:11
suggest 44:12
suggested
41:20
suggestion
54:21
Suite 5:4
sure 7:6 8:21,22
8:23 13:6
59:23 61:14
sworn 4:16 6:9
74:5
system 19:19
21:4,5 22:6

30:17 35:6
39:13 40:10,12
46:11,17 49:18
50:5 51:8
59:2

———————
T
take 7:11,14 32:4
47:12 50:15
59:20 69:8
taken 1:22 6:3
74:6,11
takes 12:22
talk 8:4 20:13
26:12 33:7
43:22
talked 54:9,9
58:11
Tara 4:21 5:20
6:3 74:1
tear 21:13
tell 9:1,25 12:13
48:1 49:5
50:9 51:1
55:25
telling 70:16
temporary
22:10 23:23
ten 42:2
tent 24:3
tents 22:9
23:22 32:20
terrible 55:20
testified 6:10
testify 12:5,10
testimony 74:4
74:6
Thank 27:1
43:12 63:15
theirs 17:23
thereto 74:13
they'd 37:18
thing 12:25
13:10 16:23
17:3 19:25
21:9,10 23:16
23:24 38:12

42:25 44:6,24
50:23 51:5
61:1,12 65:10
67:10 71:24
72:15
things 9:23 15:1
40:5 46:18
60:2
think 11:4 14:25
16:11 27:15
32:11 44:23
45:12,20,23
46:2 53:15
54:14 55:3,24
61:24 66:21,21
67:10 69:7
72:2
thinking 44:5
Third 2:11
Thomas 64:23
thought 11:3
44:8 67:8,11
time 7:11,14 9:11
17:7,10 20:2
23:19 26:7
30:25 35:14
44:16 45:4
46:19 47:1,19
48:19 51:11,17
51:21 54:1,23
55:8 58:13
61:12 66:19
timeline 47:3
timely 16:19 17:5
17:12
times 10:22
32:5 54:10
60:11
title 9:7,8,10
today 6:22 7:19
8:5 12:5,11,14
20:21
today's 7:22
8:12
told 51:6,6
54:21
tonight 48:10,13

Tony 6:19
topic 12:6,11
touch 26:14
59:21
traffic 26:15
28:11,12 42:24
44:2 60:20
62:6,16,19,21
62:24 63:9,10
63:11 71:14
TraMar 63:11
transcribed 6:5
transcript 3:11
transcripts@a ...
5:25
trash 26:16
tried 53:25
truck 29:6
trucks 24:3
true 51:8 64:13
truthful 48:1
try 17:11 43:2
trying 15:15
72:25
Tucker 30:9
67:5 70:12
71:10
Tuesday 64:22
turn 11:22 31:16
40:8 68:20
turned 72:17
Twelve 9:5
two 8:20 20:19
20:23 21:12
25:17 38:9
45:1,7 67:3
69:19 70:8,9
72:7
type 21:9 22:1
28:21
types 22:2 23:8
28:22
typewriting 6:5
74:8

———————
U
Um 64:5 68:9

ANN CHANCE  3/7/2019

understand 7:7 12:4
understanding 59:12 67:15
undetermined 66:19
unending 51:7
Union 40:8
UNITED 1:1 4:1
updated 14:23 28:1,3
use 29:12 39:13 60:23 65:5 72:18
useful 7:4
uses 60:14 62:12
usually 32:1 61:5
utilize 51:12

**V**

Valerie 42:5 43:21
vans 30:23
various 6:21 10:6 22:7,16
Vehicle 29:5
vendors 32:19 32:21
verify 13:11
versus 44:24 45:20 46:5
vice 51:25
Victoria 40:11 50:16,22
visited 52:1
vs 1:7,13 4:6,11

**W**

Wade 44:24 45:21 46:5
wage 56:9
waiting 43:23
waive 17:14,17 17:18,19,21,21 17:22,23,23

22:18,19 73:13 73:15,18
waived 6:7 18:2 73:23
waiving 73:17
walk 14:9 25:3 26:1,17 30:3 31:5 32:17 40:8 58:19 59:19
walking 26:9
Walks 15:23 25:2
wall 34:10
want 8:17 13:3,5 13:11 29:6 30:6 32:15 40:16 44:8 66:10 68:5
wanted 13:1 16:9 18:4,11 29:15 33:21 48:11 54:9 68:12
wanting 13:7
wants 9:17 24:7
war 48:10
Warning 63:10
warranted 73:13
Washington 51:24
wasn't 8:21 20:3 34:6,7,17 44:24 49:12 56:21
water 52:25
way 2:22 7:23 26:1,6,12 27:5 28:6,9 30:22 48:12,18,22 51:20,20 52:25 54:5 58:5 63:7 71:15
ways 12:18 14:10
we'll 20:13 73:18

we're 7:2 8:23 58:4
we've 33:10 65:9
weather 41:10
web 2:12 14:19 14:19,22
website 2:19,21 2:22 13:24 15:9 24:14 27:14 30:20 46:1
week 26:8
went 33:25 35:10 40:4,5 40:17,22 45:25 51:9 58:20
weren't 20:3 55:10
west 10:15 56:19 70:8
Westboro 57:5
wise 41:12 48:19
wish 46:22
witness 4:15 6:6 73:16,22 74:4,6
WITNESSES 2:2,3
Women's 2:24 3:3,5 32:13 33:19 35:19 39:1,5 40:1 41:22 42:15 50:19
wonder 46:13
wording 15:11
work 9:1,17 10:18 12:24 15:16 17:11 48:15 53:25 55:15 62:25
worked 9:3,11 19:18 34:18,19 53:20 57:4
Workhouse

52:11,12
Works 19:18 21:5 22:6 30:17 35:6
wouldn't 18:9 67:13
written 36:23 60:17 61:23 62:8 65:5
wrong 45:21

**X**

X 2:1

**Y**

yeah 8:17 28:25 29:5,18 32:13 34:14 42:3 45:19 46:22 54:19 66:2,20 68:10 72:7
year 10:24 15:7 20:7 32:13,21 33:22 35:1,1 39:2,16 40:23 44:22,22,23 45:1 50:20 56:6
years 9:5 10:23 15:12 60:11
Yep 29:9 35:23 68:24

**Z**

Zach 60:10
zone 66:14 67:21 68:3,4 70:21

**0**

**1**

1 2:11 11:13,16 28:24 64:5,6 65:19 66:15
1/8/2019 2:23
1:03 6:13
1:45 64:22

10 3:3 39:20,23
100 17:8 18:1 68:15
11 2:11 3:4 42:11 42:14
1130 5:4
11th 5:22
12 3:6 63:17,20 64:6 66:16
1200 5:13
13 56:13
13th 67:5 70:6,8 70:11,13
14 2:13
14th 30:9 63:4 71:10
15 20:10 35:21 49:18 51:10 56:9 69:20
1520 10:11,13
18th 34:12
19 2:15 35:20
19th 34:14

**2**

2 2:12 14:11,14 65:17,18
2:45 73:20
20 2:16 28:11
2011 10:25 19:13 19:14
2012 59:8
2013 58:5,12,14
2014 20:11
2016 56:8,13,20 56:25
2017 3:5,7 40:24,25 41:21 42:4,8 42:15 52:10,14 52:14 53:6,11 66:19
2018 39:5 40:1 41:2 49:9 51:24 52:5 72:3
2019 1:23 4:17

ANN CHANCE  3/7/2019

32:14 33:19
35:19,20,22
39:3
**208** 64:23
**21** 2:18
**22** 52:14
**24** 2:19 47:25
48:7 61:11
66:18 68:12
**25** 2:21,22
16:20 17:5,14
18:1 19:8 53:11
53:15 68:15,16
**28** 68:11
**29** 3:6 56:8

---
### 3
**3** 2:14 11:23 12:11
18:24,25 19:3
66:9
**30** 17:13 28:12
34:15 47:22
**30(b)(6)** 2:11
**314** 4:20 5:6,13
5:15,24
**33** 2:24
**39** 3:3

---
### 4
**4** 2:16 20:14,17
21:17,22
67:23
**4:17-cv-2455**
1:8 4:7
**4:18-cv-2037**
1:14 4:12
**416** 9:2
**42** 3:5
**48** 47:25 48:7
**4th** 40:8,8 44:9

---
### 5
**5** 2:17 21:15,21
25:14,15
29:24 62:2,2

---
### 6

**6** 2:6,19 24:9,12
28:24
**612-1696** 66:3
**622-4652** 5:15
**63** 3:7
**63101** 5:5,23
**63103** 5:14
**644-2191** 5:24
**669-3420** 5:6

---
### 7
**7** 1:23 2:20
25:18 27:2,3
28:19 30:19
**71** 2:6
**711** 5:22
**7th** 4:16

---
### 8
**8** 2:22 25:18
27:3,13,23,24
49:9
**800** 23:22
**8th** 34:8 40:3

---
### 9
**9** 2:23 33:8,11
38:25 65:25
**90** 17:13 34:16
**906** 5:4