```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF MISSOURI

 3

 4     MALEEHA AHMAD,              )
                                   )
 5            Plaintiff,           )
                                   )
 6     vs.                        )    Civil Action No.
                                   )
 7     CITY OF ST. LOUIS,          )    4:17-cv-2455 CDP
                                   )
 8            Defendant.           )

 9

10

11

12

13

14

15

16               DEPOSITION OF JOSHUA BECHERER

17           TAKEN ON BEHALF OF THE PLAINTIFF

18                  FEBRUARY 28, 2019

19

20

21

22

23

24                                   Exhibit W

25
```

JOSHUA BECHERER  2/28/2019

```
 1                      I N D E X

 2                      WITNESSES

 3   ALL WITNESSES                          PAGE

 4   For Plaintiff

 5     JOSHUA BECHERER

 6         Examination by Ms. Steffan          5

 7         Examination by Mr. Laird          100

 8         Re-Examination by Ms. Steffan    108

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JOSHUA BECHERER  2/28/2019

Page 3

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF MISSOURI

 3

 4   MALEEHA AHMAD,              )
                                 )
 5        Plaintiff,             )
                                 )
 6   vs.                         )    Civil Action No.
                                 )
 7   CITY OF ST. LOUIS,          )    4:17-cv-2455 CDP
                                 )
 8        Defendant.             )

 9

10

11                 DEPOSITION OF WITNESS, JOSHUA

12   BECHERER, produced, sworn and examined on the 28th

13   day of February, 2019, between the hours of eight

14   o'clock in the forenoon and six o'clock in the

15   afternoon of that day, at the City of St. Louis Law

16   Department, Room 314, City Hall, St. Louis,

17   Missouri, before Tara Schwake, a Registered

18   Professional Reporter, Certified Realtime Reporter,

19   Certified Shorthand Reporter (IL), Certified Court

20   Reporter (MO), and Notary Public within and for the

21   State of Missouri.

22

23

24

25
```

JOSHUA BECHERER  2/28/2019

```
 1    APPEARANCES

 2    FOR THE PLAINTIFF:

 3         ACLU OF MISSOURI

 4         906 Olive Street, Suite 1130

 5         St. Louis, Missouri  63101

 6         (314) 669-3420

 7         by:  Ms. Jessie Steffan

 8         jsteffan@aclu-mo.org

 9    FOR THE DEFENDANT:

10         CITY OF ST. LOUIS LAW DEPARTMENT

11         Room 314, City Hall

12         St. Louis, Missouri  63103

13         (314) 622-4652

14         by:  Mr. Brandon Laird

15              Assistant City Counselor

16              Ms. Amy Raimondo

17         lairdb@stlouis-mo.gov

18    COURT REPORTER:

19         TARA SCHWAKE, CRR, RPR, CCR, CSR

20         Alaris Litigation Services

21         711 North 11th Street

22         St. Louis, Missouri  63101

23         (314) 644-2191

24         1-800-280-DEPO

25         transcripts@alarislitigation.us
```

JOSHUA BECHERER  2/28/2019

```
 1               IT IS HEREBY STIPULATED AND AGREED by

 2    and between Counsel for Plaintiff and Counsel for

 3    Defendant that this deposition may be taken by Tara

 4    Schwake, Notary Public and Certified Realtime

 5    Reporter, thereafter transcribed into typewriting,

 6    with the signature of the witness being expressly

 7    waived.

 8                    JOSHUA BECHERER,

 9    of lawful age, having been produced, sworn, and

10    examined on the part of Plaintiff, testified as

11    follows:

12                    *  *  *  *  *

13        (Deposition commenced at 9:36 a.m.)

14                    EXAMINATION

15    QUESTIONS BY MS. STEFFAN:

16        Q    Good morning, sir.  I have introduced

17    myself earlier, but my name is Jessie Steffan and

18    I'm one of the plaintiff's attorneys in the case of

19    Ahmad versus the City of St. Louis which is the

20    case you're being deposed for today.

21        A    Okay.

22        Q    If you could please give your full

23    name for the record?

24        A    Joshua Daniel Becherer.

25        Q    B-e-c-h-e-r-e-r?
```

JOSHUA BECHERER  2/28/2019

```
 1          A     Yes, ma'am.

 2          Q     You have testified in court before?

 3          A     Yes, ma'am, I have.

 4          Q     And have you been deposed before?

 5          A     Yes, ma'am.

 6          Q     When is the last time you were

 7   deposed?

 8          A     I don't know exactly.  More than a

 9   year.

10          Q     Okay.  Then I'm going to go over just

11   a few quick ground rules so that we share an

12   understanding of how the deposition will go.

13          A     Okay.

14          Q     I'd ask you to try to respond

15   verbally rather than shaking your head or saying

16   "mm-hmm" or "unh-uh" so that the court reporter can

17   take a record.

18          A     Yes, ma'am.

19          Q     If you don't understand a question

20   that I'm asking, please say so.  If you go ahead

21   and answer, I will presume that you understood what

22   I asked.

23          A     Okay.

24          Q     We can take a break at any time

25   unless there is a question hanging out in the air
```

JOSHUA BECHERER  2/28/2019

```
 1    that needs to be answered.  In that situation, I'd
 2    ask that you answer the question and then we can go
 3    on break.
 4         A    Okay.
 5         Q    I'm going to try not to talk over you
 6    while you're responding; if you would please try
 7    not to talk over me while I'm asking questions.
 8         A    Okay.
 9         Q    Have you taken any medication or
10    drugs that could affect your ability to testify
11    truthfully today?
12         A    No, ma'am.
13         Q    And do you have any health conditions
14    that affect your ability to remember or testify
15    truthfully?
16         A    No, ma'am.
17         Q    You are a former SWAT officer for the
18    St. Louis Metropolitan Police Department; is that
19    correct?
20         A    Yes.
21         Q    Your DSM was 7667?
22         A    Yes, ma'am.
23         Q    Did you have a call sign?
24         A    I did, it was 7120.
25         Q    You started working at the police
```

```
 1     department in August of 2007; is that right?

 2          A     Yes, ma'am.

 3          Q     When did you join the SWAT?

 4          A     In 2011, in either May or June.

 5          Q     Before that you were a detective?

 6          A     Yes, ma'am.

 7          Q     That's otherwise known as

 8     intelligence?

 9          A     I was in the special operations unit.

10     The intelligence unit is a separate unit.

11          Q     Got it.  What did you do in the

12     special operations unit, just very briefly?

13          A     I was a narcotics detective.

14          Q     You have since left the police

15     department; is that right?

16          A     Yes, ma'am, I have.

17          Q     Were you terminated?

18          A     I was not.

19          Q     Did you quit?

20          A     Yes.

21          Q     When was your last day?

22          A     February -- I think it was officially

23     February 28th of last year.

24          Q     2018?

25          A     Yes.
```

JOSHUA BECHERER  2/28/2019

1        Q        Why did you quit?

2        A        Personal reasons.

3        Q        Related to your employment or not

4    related to your employment?

5        A        Both.

6        Q        What were the reasons related to your

7    employment?

8        A        I guess I don't understand your

9    question.

10        Q        There was something about your

11    employment that prompted you to quit; is that

12    right?

13        A        No.  No, there wasn't actually

14    anything negative about my employment that prompted

15    me to quit.

16        Q        Okay.  So you quit for reasons

17    unrelated to the conditions of your work; is that

18    right?

19        A        That's correct, yes.

20        Q        Okay.  Other than speaking with

21    counsel for the city which I'm not going to ask you

22    about, did you do anything to prepare for today's

23    deposition?

24        A        I did not.

25        Q        Have you ever been sued?

JOSHUA BECHERER  2/28/2019

```
 1        A      As a policeman, yes.
 2        Q      When have you been sued as a police
 3   officer?
 4        A      I was sued as a part of the lawsuits
 5   from the original Ferguson protests.
 6        Q      Other than that occasion, have you
 7   been sued in your capacity as police officer?
 8        A      Not that I recall, no.
 9        Q      When you are talking about the
10   lawsuits from the Ferguson protests, are you
11   referring to the case, Devereux?
12        A      I don't know what the actual case was
13   in particular.  I mean, I never had to -- I just
14   got told I was a part of that; I never did any
15   depositions or anything at all for it ever other
16   than being informed that I was a part of that
17   lawsuit.  So I don't know what the actual name on
18   it was.
19        Q      Got you.  Do you know what the
20   allegations were about?
21        A      That I -- I believe the allegations
22   were that we fired on reporters I think is what it
23   was.  With, you know, like gas and stuff like that,
24   not with actual firearm weapons.
25        Q      Do you know what the result was of
```

JOSHUA BECHERER  2/28/2019

 1    that lawsuit?

 2           A     I do not, no.

 3           Q     Do you know whether there was an

 4    investigation into your actions at that protest?

 5           A     I do not know if there was or not.

 6    If there was, I have never been informed of it.

 7           Q     You don't know if Internal Affairs

 8    investigated what you did at that protest?

 9           A     I do not.

10           Q     And you don't know whether the force

11    investigative unit investigated what you did at

12    that protest?

13           A     They didn't exist then, so I don't

14    think they would have later down the road.

15           Q     Did anyone within the police

16    department interview you after the fact to ask you

17    questions about what you did at that protest?

18           A     No, ma'am.

19           Q     Were you ever disciplined for what

20    you did at that protest?

21           A     No, ma'am.

22           Q     Have you ever been disciplined for

23    using force at a protest?

24           A     No, ma'am.

25           Q     Just estimated, could you estimate

JOSHUA BECHERER  2/28/2019

1    how many protests you worked as either a detective

2    or as a SWAT officer during your tenure at the

3    police department?

4         A     You mean like as far as separate --

5    do you mean like days spent at protests or source

6    -- actual separate protest events themselves?

7         Q     Yeah, it's a hard question to answer.

8         A     A lot.  I've worked every single

9    protest that there has been since the original

10   Ferguson up until when I left in February, so I

11   mean, I -- that's a lot.  At least ten.

12        Q     Okay.  So between -- when you say

13   "the original" protest, you're talking about after

14   Mike Brown was killed?

15        A     Yes, ma'am.

16        Q     So that's 2014 to 2018?

17        A     Yes, ma'am.

18        Q     You worked a lot of protests?

19        A     Every single one of them that's been

20   in the city, yes.

21        Q     And you were a SWAT officer that

22   whole time?

23        A     Yes, ma'am, I was.

24        Q     You had to do some training to become

25   a member of SWAT; is that right?

**JOSHUA BECHERER  2/28/2019**

```
 1          A      Yes, ma'am.

 2          Q      Did you have any training on protests

 3   or civil disobedience?

 4          A      We did -- we took part in the -- all

 5   the CDT training even though we're not members of

 6   the CDT team, but we take part in that training so

 7   that would be the only actual protest training I

 8   have had.

 9          Q      Is that training primarily about

10   formations?

11          A      That's correct, yes.

12          Q      Did you do that training one time or

13   more than one time?

14          A      Multiple.

15          Q      Was the training substantially

16   similar each time or did things change about it?

17          A      For the most part, at my level, it

18   was all the same.

19          Q      And when you say at your "level," you

20   mean as a police officer?

21          A      Correct.  You know, I -- I am aware

22   that, you know, commanders and all that do separate

23   training for all this but I have never been a part

24   of that.  So just at my ground level being a

25   policeman, it was always all the same kind of
```

JOSHUA BECHERER  2/28/2019

```
 1    stuff.
 2          Q     And just so I'm clear, you went to
 3    the police academy; is that right?
 4          A     Yes, ma'am, I did.
 5          Q     And you started your employment with
 6    the St. Louis Metropolitan Police Department as a
 7    probationary officer, as everyone does; right?
 8          A     Yes, ma'am.
 9          Q     And then you became a police officer?
10          A     Yes, ma'am.
11          Q     And you stayed a police officer
12    during your tenure?
13          A     Correct.
14          Q     You said that you've worked many
15    protests, perhaps every single protest since 2014
16    until February of 2018?
17          A     Correct.
18          Q     Did somebody tell you to go to those
19    protests and work at those protests?
20          A     Well, I mean, SWAT was always
21    directed to work those protests, so yes, we were
22    directed to be there.
23          Q     And what was the mission of SWAT at
24    protests?  What were you trying to do?
25          A     In the beginning -- so when I say
```

JOSHUA BECHERER  2/28/2019

```
 1    beginning, I mean during the original Ferguson
 2    after the Mike Brown event, our purpose -- we were
 3    essentially what I would call the main effort
 4    because at that time they didn't have CDT teams out
 5    there and there really was no kind of -- at least
 6    that I was aware of, there was really no precedent
 7    of how to handle those types of situations.  So the
 8    SWAT teams were out there to deploy gas and -- and
 9    do a CDT role, make arrests, disperse crowds, all
10    of those things.
11              And then as it changed over the
12    years, as they, you know -- I don't know who set
13    forth these guidelines but as more guidelines got
14    set forth as to how you needed to respond to
15    protests, SWAT took a lot more of a back seat role.
16    So the past few years we have been just on scene in
17    case they needed either an officer rescue like if a
18    CDT officer got pulled into the crowd or something.
19    We were the contingency rescue team for that or if
20    one of the commanders wanted chemical munitions to
21    be deployed, then we were on scene to do that.
22              But aside from those two roles, the
23    past few years we've just more or less stood around
24    behind the CDT team and waited to be used for
25    something.
```

JOSHUA BECHERER  2/28/2019

1       Q       And how big is SWAT?

2       A       When I was there it was 18 to 20

3  officers, three sergeants, and one lieutenant.  We

4  were never at full staff so that's why I say 18 to

5  20.

6       Q       20 would be full staff?

7       A       20 would be full staff, yes, ma'am.

8  I'm pretty sure the number, including myself, was

9  18 officers at the time.

10      Q       And one of your sergeants would have

11  been an administrative sergeant?

12      A       That's correct.

13      Q       I think you just used the term

14  "chemical munitions," what does that mean?

15      A       Chemical munitions is any type of --

16  any type of projectile that the team uses that

17  emits, you know, either a smoke or a gas that is

18  uncomfortable to the skin and eyes and lungs and

19  all that stuff.  So that's what I consider a

20  chemical -- chemical munitions.  We're also

21  responsible for impact munitions which are your

22  bean bag rounds and rubber bullets and things like

23  that.  And then, I guess, just your typical mace

24  would also be, at least in my opinion, would be

25  considered a chemical munition as well.

JOSHUA BECHERER  2/28/2019

1        **Q      As a member of SWAT what training did**
2     **you have on the use of chemical munitions?**
3        A     The training I had was how to operate
4     all of the launching systems which are the gas guns
5     that fire the munitions, and then trained in the
6     difference between the different types of munitions
7     that are out there because there's a whole array of
8     different types of chemical munitions and what you
9     would actually -- the difference between what you
10    would use them for and what types of situations.
11    And then I was trained in, you know, the legal
12    aspects of using them.  I would say that's probably
13    about it.
14       **Q      I think you just said, and correct me**
15    **if I'm wrong, that you received some training in**
16    **the types of situations you would use different**
17    **munitions in; is that right?**
18       A     Correct.  Yes, ma'am.
19       **Q      Can you describe more about what you**
20    **mean by that?**
21       A     There's certain gases and chemicals
22    that are made for like inside of structures.  So if
23    we were to have like a barricaded gunman or
24    something, we would use a different type of
25    chemical munition than what we would use at a

JOSHUA BECHERER  2/28/2019

Page 18

```
 1   protest, which is an open air environment and
 2   you're not trying to get that chemical munition
 3   through like a glass window or something like that.
 4   The launching systems are all the same for those
 5   munitions but there's -- I mean, I don't even know
 6   how many different types of chemical munitions
 7   there are.  There's so many you could talk about
 8   them all day.
 9        Q    Do you have a general sense of how
10   many different types of chemical munitions the
11   police department has?  I mean, is it a dozen or
12   less or a dozen or more?
13        A    I would say a dozen or more, yes.  I
14   don't even know if the department has chemical
15   munitions outside of the SWAT Team's chemical
16   munitions.  I mean, I don't know if the armory or
17   anyone else even deals with stuff like that, but
18   for the team we had at least a dozen different
19   types.
20        Q    And I think you said that you got
21   training in the different kind of launching
22   mechanisms, the different gas guns that you would
23   use to launch the projectiles; is that right?
24        A    Yes, ma'am.
25        Q    How many of those launching
```

JOSHUA BECHERER  2/28/2019

```
 1   mechanisms did the SWAT Team have?
 2        A     There's two separate ones.
 3        Q     I think that you said that you were
 4   trained in the legal aspects of using chemical
 5   munitions; is that right?
 6        A     Yes, ma'am.
 7        Q     What do you mean by that?
 8        A     What I mean -- it's been a few years
 9   since actually took the training, but what I
10   remember from it is, you know, there's only -- like
11   when you're firing some of these munitions, there's
12   certain ways they have to be fired in order to not
13   injure people and obviously, if you fired them
14   incorrectly and injured individuals, then you would
15   find yourself, you know -- if you did it
16   intentionally, then you would find yourself liable
17   for whatever type of damages come along with that.
18   I remember that part being a period of the
19   instruction.
20            That's about all I remember from it,
21   but I know there was a legal part of the classroom
22   instruction.
23        Q     Is that an instruction put on by CTS?
24        A     Yes, it is.  Now, that's not what I
25   attended.  I attended one that was put on by our
```

JOSHUA BECHERER  2/28/2019

1  CTS guys.  There's -- so the SWAT Team has guys --

2  a couple guys that are -- their main duty on the

3  team is to be the gas guys.  They will go to the

4  actual CTS course, which is a train-the-trainer

5  course, and then they come back to us and they

6  train us.

7          So I didn't go to an actual CTS class

8  myself; I was trained by the guys that did.

9      **Q     How many times have you deployed**

10 **chemical munitions at a protest?  You, personally.**

11     A     I don't think I have ever deployed

12 any chemical munitions at a protest.  I was always

13 a less-than-lethal guy, which means I carried one

14 of the orange shotguns that I'm sure you've seen in

15 photographs, and I was responsible for deploying

16 the impact munitions like the sock rounds and the

17 rubber bullets.

18     **Q     What is a sock round?**

19     A     A sock round, it's called that

20 because it looks like a little kid's sock,

21 basically.  It's contained in what looks like a

22 shotgun shell and, when that shotgun shell is

23 fired, this sock filled with lead powder comes out

24 and, you know, it hurts; it's meant to bruise you

25 and knock you down.  But it's made of that -- like

JOSHUA BECHERER  2/28/2019

```
 1    that powder contained in the sock, that way it

 2    won't actually enter your body and kill you or

 3    anything like that.

 4         Q      And sock rounds and rubber bullets

 5    are less-than-lethal weapons; is that right?

 6         A      Yes, ma'am, they are.

 7         Q      How many times have you deployed

 8    less-than-lethal weapons at a protest?

 9         A      Many.  I don't even know a number.  I

10    mean, during -- the majority of that was during the

11    original Ferguson and -- many, many times.  During

12    the Stockley, none at all.  So maybe -- the

13    original Ferguson may have been the only time I

14    did, but there was -- it was many times then.

15         Q      And just so I'm clear, when you say

16    "the original Ferguson," are you talking about

17    protests that took place inside Ferguson the city?

18         A      Yes, ma'am.  I say original Ferguson

19    because then a year later on the anniversary I know

20    they protested again and we staged for all of that,

21    but we were not a part of that, so.

22         Q      So for example, the protest that was

23    in South Grand after Darren Wilson was not

24    indicted --

25         A      Yes, ma'am.
```

JOSHUA BECHERER  2/28/2019

 1      **Q     -- you did work at that protest, but**
 2   **you did not deploy any less-than-lethal --**
 3      A     Not that I remember.  I may have.  I
 4   would have to refresh myself with the after-action
 5   reports which I don't have access to those anymore.
 6   I can't say for certain I did or I didn't.  I don't
 7   have any fresh memory of doing so like I do with
 8   Ferguson and all that.
 9      **Q     But I think you said you do remember**
10   **that you did not deploy any less-than-lethal**
11   **munitions at the Stockley protest; is that right?**
12      A     That's correct.  The guidelines for
13   deploying any type of munition had changed between
14   Ferguson and South Grand to Stockley, and I didn't
15   -- I didn't deploy anything during Stockley.
16      **Q     Are you saying there were two**
17   **changes, or just one change, between Ferguson and**
18   **South Grand?**
19      A     There was just one change it seemed
20   like.  So during Stockley, munitions of any type
21   could only be fired at the discretion of a
22   commander; whereas, during, let's say, the original
23   uprising in Ferguson itself, that was at the
24   officer's discretion dependent upon what you saw.
25   Because you were essentially given permission to

JOSHUA BECHERER  2/28/2019

1    use those munitions once you went out to work and

2    then you used them at your discretion; whereas,

3    now, during Stockley, everything is at the command

4    of a commander.

5            You would find yourself in a lot of

6    hot water if you were out there just firing stuff

7    at your own discretion nowadays.

8        **Q      Do you recall how that changed and**

9    **the guideline was communicated to you?**

10       A      I mean, it was -- it was told

11   directly to us, if that's what you mean.  I don't

12   know if they changed like actual policies or

13   anything like that, that I am unaware of, but we

14   were -- we were directly told by our commander, the

15   change, you know, the entire team was.

16       **Q      In a verbal conversation?**

17       A      Yes, ma'am.

18       **Q      Who was your commander?**

19       A      Tim Sachs.

20       **Q      When did that change happen, do you**

21   **recall?**

22       A      Well, it may have actually -- it may

23   have -- I mean, I distinctly remember conversations

24   with him saying -- saying that, but I think that --

25   I think that probably changed even before he was

JOSHUA BECHERER  2/28/2019

1   the commander, when Lieutenant Steven Dodge was the

2   commander.  I think he was the original one who

3   spoke to us and told us, hey, here's an out; this

4   now is how chemical munitions and impact munitions

5   will be used.

6           But Tim Sachs was -- he was much more

7   authoritative than Lieutenant Dodge.  So I

8   distinctly remember conversations with him that we

9   would only fire at his command.

10      **Q     Is it your understanding that that**

11  **change applied to using mace as well?**

12      A     That was my understanding.

13      **Q     So just so I'm clear, your**

14  **understanding was that you were also only told to**

15  **fire mace at the discretion of a commander once**

16  **that policy changed; is that what you're saying?**

17      A     That was my understanding of it.  I

18  mean, if that's wrong, I don't know, but I didn't

19  even carry mace, most of the SWAT guys didn't, that

20  was more of a CDT thing.  So I could be wrong about

21  that, but that was my -- basically my understanding

22  was you don't fire a single thing in any kind of

23  capacity without a commander's discretion.  I

24  didn't actually read that anywhere but that was my

25  perception of it.

JOSHUA BECHERER  2/28/2019

1          I'm sorry, would you mind handing me

2    one of those glasses?  I'm sorry to interrupt you.

3    Thank you very much.

4          **Q      When you participated in CDT**

5    **training, did that include any training on when to**

6    **use mace?**

7          A      Not that I recall, no.  Most of that

8    training was all focused on formations and how to

9    move in those formations and what the different

10   commands were for those formations.

11         **Q      Did you do an I/LEADS report for your**

12   **use of the less-lethal munitions at the original**

13   **Ferguson protest?**

14         A      I did not, no.  Not that I recall.

15         **Q      Do you know whether you were supposed**

16   **to or not?**

17         A      I don't think I was, no.  The only

18   I/LEADS report that I -- that I can remember

19   writing was when one of the nights we got shot at

20   and some the rounds impacted the BEAR, which is the

21   big armored car, and I wrote that report.  That's

22   the only report I remember being written, period,

23   about any of those things.

24         **Q      And how about SWAT after-action**

25   **reports?  Did you write anything like that?**

JOSHUA BECHERER  2/28/2019

1        A     No, those were, to my knowledge,

2    generally written by the commanders.

3        Q     Do you recall whether you have ever

4    been either required or invited to submit a

5    critique -- an after-action critique following a

6    protest or a civil disobedience event?

7        A     No, I never have been.

8        Q     I'm going to ask you about a few

9    specific protests.  I'm going to go, I think, in

10   reverse chronological order.  I think that would

11   probably be the easiest.  I'm going to start with

12   the Stockley protests and ask you some questions

13   about that.

14       A     Okay.

15       Q     You recall the -- well, if I say

16   September 15, 2017, can we agree that was the day

17   that the verdict was released?

18       A     Yes, ma'am.

19       Q     And you worked that day?

20       A     Yes, ma'am, I did.

21       Q     When did you start work,

22   approximately?

23       A     Morning time, maybe around 8:00 or

24   9:00.

25       Q     Did you know that the verdict was

JOSHUA BECHERER  2/28/2019

1  **going to come out that day?**

2       A    I did not.  We had speculated that it

3  would have come out before that.  And I was on my

4  way to work when it did come out.

5       **Q    You were regularly scheduled anyway?**

6       A    Yeah.  We -- between 8:00 and 9:00 is

7  normally when we came in every day, so that was a

8  -- just a regularly scheduled day and then by the

9  time I got to headquarters from home, the -- you

10  know, it was all over the news and this and that.

11  Because I guess we had anticipated having like, you

12  know, information that it was going to come out, so

13  we were prepared but we didn't have that, at least

14  not at our level.  If they had it above me, I don't

15  know.

16       **Q    Was there an operations plan for that**

17  **event?**

18       A    I'm sure there was.  There normally

19  is.

20       **Q    Is that something that you would have**

21  **seen?  Or is that a command thing?**

22       A    If -- no, that would have --

23  everybody would have seen that.

24       **Q    How is that disseminated to everyone?**

25       A    Generally through email.  If it's not

JOSHUA BECHERER  2/28/2019

```
 1   disseminated through email, then there's hard

 2   copies given to you from your chain of command.

 3         Q       Concentrating on what SWAT did, how

 4   did SWAT prepare for the protests that -- I assume

 5   you anticipated that there could be a protest; is

 6   that right?

 7         A       Yes, ma'am.

 8         Q       How did SWAT prepare for that?

 9         A       Well, for myself, I was assigned to

10   one of the four sniper teams, so in preparation for

11   that, I knew that I was going to be acting in a --

12   I mean, I'm just going to continue to call it a

13   sniper team and a sniper OP, but what we actually

14   do is we're observing the crowd through like our

15   spotting scopes and through binoculars and

16   providing real-time intelligence to our command and

17   to the intelligence division and so on and so

18   forth.

19              So I knew I was going to be out

20   serving in that capacity if there was any protest,

21   so I had scouted out where our OPs were going to

22   be, where we anticipated -- at that time where we

23   anticipated the protesting to be taking place so we

24   had preplanned observation posts already

25   designated.  So me, personally, that was my
```

JOSHUA BECHERER  2/28/2019

1    preparation that I did.

2         **Q     Are you familiar with what a**

3    **documentation team is?**

4         A     Yes, ma'am, I am.

5         **Q     Does SWAT have a documentation team?**

6         A     No.

7         **Q     That's a separate unit; is that**

8    **right?**

9         A     It's a -- at a separate duty given to

10   officers.  I don't know how they select those

11   people to do that but those can be, you know --

12   sometimes I've seen it be intelligence detectives;

13   sometimes I've seen it be just normal uniformed

14   police officers that are assigned that duty.

15        **Q     It is something that a person does in**

16   **addition to their normal duties?**

17        A     Correct.  So they would -- to my

18   understanding, they would document what SWAT was

19   doing, but no, we did not have our own

20   documentation team.

21        **Q     During the Stockley protests your**

22   **commander was Lieutenant Sachs; is that right?**

23        A     That's correct.

24        **Q     You said that you got to work or --**

25   **morning time, around 8:00 or 9:00; is that right?**

JOSHUA BECHERER  2/28/2019

```
 1          A      Yes, ma'am.

 2          Q      What did you do first?

 3          A      When I first got to headquarters, it

 4   was on the news when I came in so we watched it

 5   because even though we had, you know, preplanned

 6   what we were going to do as far as the sniper OPs,

 7   we were told not to go anywhere yet.  So we stayed

 8   at headquarters for quite a while before we were

 9   actually deployed to those OPs, and then once we

10   were given the go-ahead to go get set up, then me

11   and the -- I had three other guys with me.  Then we

12   were -- we went out and set up.

13          Q      And when you say that you were given

14   the go-ahead to do that, is that something that

15   came from Lieutenant Sachs?

16          A      It would have, yes.

17          Q      Where did you end up setting up?

18          A      In City Hall.  I was in the -- I

19   don't recall which exact floor it was but I was on

20   the -- I was facing the courthouses so that's the

21   -- that would have been the southwest corner of

22   that intersection right there of -- is that -- is

23   that Tucker and Market right there?

24          Q      Yes.

25          A      Yeah.  So I was looking at the --
```

JOSHUA BECHERER  2/28/2019

Page 31

```
 1    both of the courthouses.
 2         Q     And what time approximately was it
 3    when you ended up setting up there?
 4         A     Roughly, probably around 11:00 or so.
 5    It was -- I got in place before any protesting --
 6    or even before any crowds, you know, formed, but it
 7    was maybe around 10:00 or 11:00.
 8         Q     How long did you stay there?
 9         A     I was there all day.  I was in this
10    building the whole day.  I moved to a couple
11    different locations but I was in this building all
12    day.
13         Q     Got very familiar with City Hall?
14         A     Yes, that's correct.
15         Q     When did you end the day?
16         A     Um, I don't recall exactly when we
17    were pulled off of -- pulled out of City Hall.  And
18    I'm not sure --
19         Q     Was it still light outside?
20         A     Um, I honestly don't remember.  I
21    mean, we would have been told to leave here once
22    the crowds would have left from here, and I don't
23    -- like I -- I don't -- it's hard to remember what
24    happened what days, you know, because there were
25    many days that things completely went into the
```

JOSHUA BECHERER  2/28/2019

1    night and I don't know if that was that first day

2    or not.  But whenever the crowd left this general

3    area was when I was pulled out of that OP and then

4    would have linked up with the rest of the team.

5           Q     What did you do after that?

6           A     That day, I don't recall.  I don't

7    know if anything happened that night.

8           Q     Did you work at a protest in the

9    Central West End related to the Stockley protests?

10          A     Yes.

11          Q     In the evening?

12          A     Was that the same day?

13          Q     There was a --

14          A     Okay.

15          Q     Yeah, there was a protest in the West

16   End --

17          A     Okay.  So then, yes.  So then I went

18   to that.  I just wasn't sure if that was that same

19   day or not.

20          Q     Okay.

21          A     So we -- do you want me to elaborate

22   on that?  Or --

23          Q     I'll just ask.  What -- what did you

24   do first when you went to the West End?

25          A     When we first went over there, we

JOSHUA BECHERER  2/28/2019

1   were -- all SWAT was staged inside of Forest Park

2   and then our commander went up to the scene when

3   all the stuff was happening with the mayor's house.

4   We were told to stay put for right now.  He was

5   going to go up and assess the scene and see if we

6   were needed because at that time -- like special

7   OPs was the original people that had responded to

8   that.

9          So eventually our commander called

10  for us and we went up there.  By the time we got up

11  there, they had everybody pushed on the other side

12  of Kingshighway into a cul-de-sac.  So there was a

13  CDT line there, and we were there for quite a

14  while.

15      **Q     What were you doing there?**

16      A     Originally, when we got there, we

17  were just -- we were just told to stay put there.

18  They brought the BEAR out to Kingshighway and I

19  don't know if that's Waterman or whatever street

20  that is; whatever street the mayor lives on.  But

21  we were at the Kingshighway end of it and we were

22  just set up there for, you know, quite a while.

23          You know, I know CDT was, you know,

24  telling all those guys to disperse and at some

25  point a couple officers got hit with bricks, and I

JOSHUA BECHERER  2/28/2019

1   guess, I mean, I don't know who made the decision,

2   but after that happened, then they made the

3   decision that we were going to try and clear

4   everyone out of that cul-de-sac.

5           So then, that was when the -- they

6   had the CDT team march all the way down to Euclid

7   and we -- so we followed behind the CDT team as

8   they marched down that cul-de-sac.

9       **Q      Were you, personally, on foot or in**

10  **the BEAR?**

11      A      I was on foot.

12      **Q      And was the BEAR with you?**

13      A      I don't know -- I don't know if the

14  BEAR went -- the BEAR was there at Kingshighway; I

15  don't know if the BEAR went down that cul-de-sac or

16  not because I don't know if they could even get in.

17      **Q      And just so I am clear, are we**

18  **talking the cul-de-sac on the west side of**

19  **Kingshighway or the east side?**

20      A      East side of Kingshighway.  It may

21  not even be a cul-de-sac, but I don't think it went

22  all the way through.  Like once we got up to

23  Euclid, there's like a really ornate stone wall and

24  gate there, so like traffic couldn't turn into

25  there from Euclid.  So I think it was a cul-de-sac;

JOSHUA BECHERER  2/28/2019

1    it may just be a blocked off road there.  I don't

2    know.

3        **Q       Is this south of Maryland?**

4        A     I'm not exactly positive where

5    Maryland is, so.

6        **Q       I don't know how familiar you are**

7    **with the neighborhood.**

8        A     I never actually rode that

9    neighborhood a lot because that's really not a high

10   crime neighborhood so I'm not super familiar with

11   it.

12       **Q       The cul-de-sac or the street that**

13   **doesn't go through, is that a residential street or**

14   **a business street?**

15       A     It was a residential street.

16       **Q       After you were sort of following the**

17   **CDT officers on foot as they were clearing people**

18   **out of that street, what did you do next?**

19       A     We pushed all the way down to Euclid

20   and stayed there for a while.  And then, I guess

21   crowds formed at either end because they -- they

22   told us to -- I guess that's going north on Euclid.

23   They told us to push up north toward Euclid to

24   disperse crowds up there and as we were, you know

25   -- at that point there was not really -- it wasn't

JOSHUA BECHERER  2/28/2019

Page 36

```
 1    really a march like, of a CDT line; it was kind of
 2    a gaggle of officers at that point.
 3              We went north up Euclid and, you
 4    know, after a few blocks that crowd dispersed, so
 5    we just held there for -- it seemed like a while.
 6    I don't know how long it actually was; maybe 20, 30
 7    minutes just to make sure it stayed dispersed.  And
 8    then we went south down Euclid and did the same
 9    thing going south down Euclid to Lindell, and then
10    we held at Lindell for quite a while.
11         Q    You just said, I think, that it was
12    "a gaggle of officers."  Was there a line struck
13    across the street?
14         A    I mean, I think there was but it was
15    just a -- normal officers.  Like at that point --
16    because, like, traditionally, those lines are like
17    the CDT officers with shields and helmets and all
18    that stuff.  I don't recall them being out on -- I
19    could be wrong, but I don't recall them being out
20    on Euclid.  I think it was just kind of a
21    hodgepodge of just officers that were there.
22              Because at that point you had so many
23    units that had responded there because of the mayor
24    saying, you know -- special OPs was there, SWAT was
25    there, district cars were there; there was every
```

JOSHUA BECHERER  2/28/2019

```
1   manner of people there at that point, so.
2        Q      Do you know who the incident
3   commander was at that point?
4        A      I don't, no.  I mean I would -- any
5   name I would say would just be an assumption.  I
6   don't actually know.
7        Q      Were you with other members of SWAT?
8        A      Yes, ma'am, I was.
9        Q      And you, personally, you were kind of
10  behind the line of normal officers; is that right?
11       A      That was when we proceeded down that
12  cul-de-sac and then once we got onto Euclid, the
13  line was basically us, you know, just the gaggle of
14  officers was -- the combination of officers was --
15  we basically formed a line and just kind of walked
16  down Euclid in both directions just in a -- abreast
17  of each other, basically.
18       Q      And what was your goal in, you know,
19  pushing down Euclid?
20       A      We were told to just -- to go down
21  Euclid to disperse the crowd and as we went down
22  Euclid the crowd was dispersing.  Like I said, it
23  got to a point where they were so far ahead of us
24  and you could tell they were breaking up so we were
25  told to hold right there and stay in place.
```

JOSHUA BECHERER  2/28/2019

```
 1                    We waited there for, maybe, 30

 2    minutes and then they told us to go south on

 3    Euclid.  And we did the same thing going south

 4    until we got to Lindell and then we held there for

 5    quite a while.

 6          Q       Who told you to do that?

 7          A       I don't remember offhand.  I would --

 8    probably, Lieutenant Sachs.

 9          Q       Were you told to do that by radio?

10          A       We would have been, yes.  We all wore

11    headsets that ran into our radios and that's where

12    all the direction comes from.  So -- now, there's

13    so many people talking all on this channel, so I

14    don't -- I can't say for certain it was Tim Sachs,

15    but I mean --

16          Q       Yeah.

17          A       -- there's a good chance it was.

18          Q       Do you recall if you were on the

19    TAC-B channel?

20          A       I don't remember what channel it was.

21    I wouldn't be surprised if it was because all those

22    protests are on a recorded channel, and I know

23    TAC-B is recorded, so it probably -- it probably

24    was.

25          Q       Would there have been multiple
```

JOSHUA BECHERER  2/28/2019

1   **channels in use at the same time or is everybody**

2   **who is responding to an incident using the same**

3   **channel?**

4        A    I'm sure there probably was multiple

5   channels in use.  Now, we -- as far as SWAT, we

6   always stayed on the same one which was the same

7   channel that CDT was on.  I mean, I'm sure probably

8   all the different units use different channels and

9   there's probably a primary one, but we were on the

10  primary one.

11       **Q    I think you said you were told to**

12  **push down Euclid in order to disperse the crowd; is**

13  **that right?**

14       A    That's correct.

15       **Q    Do you know why?  Why was the crowd**

16  **supposed to disperse?**

17       A    I mean, at that point they were

18  breaking some storefronts, I think.  And I -- I can

19  just only assume that the -- whoever gave us that

20  -- made that call for us to push down there

21  probably thought they were going to vandalize

22  stuff.

23       **Q    Did you see anybody breaking a**

24  **storefront?**

25       A    I didn't actually see anyone breaking

JOSHUA BECHERER  2/28/2019

1   a storefront.  I remember seeing broken glass and

2   stuff like that, but I didn't actually see them

3   doing it, no.

4        **Q     Do you remember where you saw broken**

5   **glass?**

6        A     I thought it was off of Euclid.  I

7   thought it was on Euclid, yeah.  I mean, again,

8   I've worked so many dang protests that it could be

9   -- the lines could be getting blurred, but I

10  thought there was broken windows off of Euclid at

11  one point as we were going down it.

12       **Q     Do you remember whether there were a**

13  **lot of broken windows, or just one?**

14       A     I don't remember how many.

15       **Q     Tell me if I've got this wrong, but I**

16  **think to summarize what you said, you and the line**

17  **of officers pushed north on Euclid, stayed --**

18  **stayed put for 20 to 30 minutes, and then were told**

19  **to do the same thing and push south on Euclid and**

20  **then you held at Lindell?**

21       A     That's correct.

22       **Q     What did you do after that?**

23       A     So we got down to Lindell and we held

24  there for quite a while.  We were there for so long

25  because there was some guy that kept coming around

JOSHUA BECHERER 2/28/2019

Page 41

```
 1   the corner throwing bricks and like canned
 2   vegetables and all kinds of things at us.  And at
 3   that point Colonel Layshop (phonetic) wanted us to
 4   send officers out and go try and arrest that guy
 5   which we did not think that was a very smart
 6   decision; that wasn't very tactically safe because
 7   at that point they thought some of the officers had
 8   gotten shot at from like an alleyway.  I was not
 9   one of those officers, but I remember hearing that
10   some guys got shot at over here.
11              There was no structure to the way we
12   were when we were down there at Lindell, so me and
13   a couple other guys pushed up to Lindell and we
14   looked down towards the Chase and we made our own
15   decision that we were not going to go chase after
16   that guy and try and arrest him because that was
17   not very tactically safe at that point.  So we
18   essentially disregarded that and came back to where
19   the rest of the guys were at.  I mean, they were
20   only maybe 50 feet behind us, but we weren't trying
21   to go chasing after anybody.  That wasn't a safe
22   thing to be doing, so we just stayed there for a
23   while.
24              And nothing was really going on.  You
25   know, it always seems like it takes a long time for
```

JOSHUA BECHERER  2/28/2019

```
 1   people to make decisions as to what we're going to
 2   do next, so that's why we were just kind of
 3   standing around.  And then we got told to go back
 4   to where we were stationed in Forest Park.
 5        Q     When you were holding at Lindell, was
 6   the BEAR with you at that point?
 7        A     It was on Euclid, yes.  It wasn't
 8   right up at the intersection, it was further back
 9   down but it was on Euclid.  That was how I got back
10   to Forest Park was by riding on the BEAR.
11        Q     You did not deploy any
12   less-than-lethal munitions or chemical munitions in
13   the West End that night; is that right?
14        A     That's correct.
15        Q     Did you see any other officers do so?
16        A     No, I did not.  That night I only had
17   my actual rifle because I had come off the sniper
18   OP and I didn't have any other equipment with me
19   other than my rifle.  So I was more or less just a
20   body walking in the line going up and down.
21        Q     And you didn't see any officers
22   deploy mace; is that right?
23        A     Not that I saw, no.  Now, like when
24   CDT was clashing with those people, they were like
25   right up on them, but we weren't a part of that.
```

JOSHUA BECHERER  2/28/2019

```
 1   And then when we were the ones that were actually
 2   walking that line, there was a great distance
 3   between us and any of those individuals, so I mean,
 4   you wouldn't have even been able to mace them if
 5   you wanted to.
 6        Q     After you went back to Forest Park,
 7   what happened?  Did you stay there a long time?
 8        A     I think we got released from there.
 9        Q     Did you have some kind of debriefing
10   or review of what had happened that day?
11        A     Not that I recall, no.
12        Q     Did you work the next day?
13        A     Yes, ma'am.
14        Q     Were you in, at the Loop that evening
15   for a protest?
16        A     We did go to the Loop.  I don't know
17   if that was that next day or not.  It wasn't during
18   the day, it was at night when I was in the Loop.
19        Q     Let me go back to -- start from the
20   beginning of Saturday, September 16.  Did you come
21   in to work that morning?
22        A     Yes, ma'am.
23        Q     And were there protests or civil
24   disobedience events going on?
25        A     As far as I remember, yes.
```

JOSHUA BECHERER  2/28/2019

1        Q       Where did you go?

2        A       That day, I don't specifically

3   remember where we went.  I would have gone to one

4   of the sniper OPs to overwatch the crowd.  I mean,

5   if you're able to tell me where any of those crowds

6   were, I can probably remember and tell you where I

7   was at, but I just don't.  Like I said, I haven't

8   been able to read any after-actions reports or

9   anything to refresh myself, so I don't specifically

10  remember what was going on that next day.

11       Q       And you said at some point you did

12  respond to the Loop, but that was in the evening?

13       A       That was in the evening, yes.

14       Q       Okay.  Do you remember why you were

15  told to go there?

16       A       We were told that they were going up

17  and down Delmar there, you know, breaking windows

18  and all that stuff.  So we were sent over there --

19  so we went over there and then there was -- so CDT

20  -- I'm pretty sure there was a CDT line that was

21  going down -- going back -- so the way we went in,

22  we were all the way at the far end of the Loop,

23  like towards University City and then when we --

24  when they marched down, I was riding in the

25  passenger seat of the van that we have as it went

JOSHUA BECHERER  2/28/2019

 1   down Delmar going back towards the city.

 2            And then we pushed that crowd all the

 3   way down to the Moonrise Hotel and then we stayed

 4   in place there at the Moonrise Hotel forming a line

 5   for a long time and, you know, the people weren't

 6   really doing much; they were just kind of standing

 7   in the street, hollering at us, but that was really

 8   about it.  And then they eventually all just

 9   dispersed and then we left as well.

10        **Q      Did you see any officers deploy**

11   **chemical munitions at that location?**

12        A     Not that I recall, no.

13        **Q      And I assume you also worked the next**

14   **day, Sunday, September 17?**

15        A     Yes, ma'am.

16        **Q      Did you also start work in the**

17   **morning?**

18        A     Yes, ma'am.

19        **Q      Do you -- I know that you may not**

20   **remember the days, what happened each day and where**

21   **you went each day.  Do you recall where you went**

22   **first?**

23        A     That -- that day I do because that

24   was kind of like the biggest day, so I remember

25   that and that was really our last day of

JOSHUA BECHERER  2/28/2019

```
 1    involvement.  I started that day, I had to go in
 2    early because, you know, whoever -- to my knowledge
 3    there is some type of protest organizer who usually
 4    tells the police department where they're going to
 5    be that day, at least that's the way it's supposed
 6    to work.  And we had been told they were going to
 7    protest at police headquarters that day.
 8                So me and a couple other guys on the
 9    sniper teams had to come in early and get put in
10    our OP because we had -- there was no way to get
11    into our OP through the building; we had to be put
12    up there by the fire department in one of their
13    bucket trucks.  So we came in before the protest
14    started and got put in place by the fire
15    department, and then I spent that whole day there
16    until the crowd had moved on from headquarters.
17    And then we got taken down by the fire department.
18                And then we got told -- then once the
19    crowd re-formed as evening kind of set in, they
20    told us to get back in place.  But we couldn't get
21    back up on that building because, like I said, we
22    had to be put in place by the fire department and
23    the fire department couldn't get through the crowd.
24    So we went to a building across the street from
25    that building and that was all at 18th and Olive.
```

JOSHUA BECHERER  2/28/2019

```
 1        Q      When you use the term "OP," you mean
 2   overwatch position?
 3        A      Yeah, overwatch position or
 4   observation position.
 5        Q      Okay.  And in that -- from your OP
 6   you were relaying information about the crowd to --
 7        A      Correct.
 8        Q      -- intelligence command?
 9        A      I was relaying it to Sergeant Mike
10   Sego (phonetic), who, he was -- he was not one of
11   our snipers but he was -- during -- during that
12   protest, he was assigned to, basically, be the
13   point of contact for all the sniper OPs.  So all
14   the different OPs -- because there's multiple OPs
15   overwatching this whole area, they would all send
16   their information to him and then he would then
17   pass that on to Lieutenant Sachs who would then,
18   you know, he would pass it on to -- I'm not sure
19   who he passes that on to, but essentially, it goes
20   up the chain of command from there.
21        Q      And how do you relay that
22   information?  Is that also by radio?
23        A      Yes, ma'am.
24        Q      Do you know if a recorded channel is
25   used for that?
```

JOSHUA BECHERER  2/28/2019

1        A       Yes, it is.

2        **Q       Do you use the same channel that the**

3     **rest of SWAT and CDT are using in a situation like**

4     **that?**

5        A       In a situation like that, we were not

6     on the -- now, we would monitor the CDT channel on

7     a different radio, but since we needed to be able

8     to pass information quickly and not wait for the

9     air to be free, that was passed on another channel.

10    I think that was passed on MR/K-9, but I could be

11    wrong.  It was a record channel either way.  Like

12    the SWAT was very adamant about whatever channels

13    we used had to be recorded, so.

14       **Q       The first time you were at that OP,**

15    **how long were you there?**

16       A       I was there for many hours.  Six

17    hours, probably, at the first OP.

18       **Q       And how about the second one?**

19       A       The second one, maybe four hours.  We

20    went in there when it was still daylight and we

21    stayed all the way through until nightfall came.

22    And then the protest moved from the front of police

23    headquarters and that was when they proceeded like

24    down Market towards Washington Avenue and all that.

25    And then once they were out of our field of view

JOSHUA BECHERER  2/28/2019

1   which was -- right around the library I'd say was

2   where they were out of our field of view from that

3   OP.  Then we broke that OP down and -- like our

4   cars -- the building we were in at that point,

5   there was a parking garage underneath it and we

6   were parked there, so we broke down all our

7   equipment and went and met up with the team.

8        **Q     I think that you said that what**

9   **motivated you or your commander to put you to that**

10  **second OP was that the crowd had re-formed?**

11       A     That's correct.

12       **Q     Do you know why the crowd re-formed?**

13       A     I do not, no.

14       **Q     Were they in the same place as --**

15       A     Yeah, they went back to the front of

16  police headquarters.  There was people in front of

17  police headquarters the whole time but it was just

18  a very few.  It was a very small number when we

19  left that original OP and that was why we -- that

20  was why we left; there was nothing really going on

21  here anymore and like we had no overhead cover at

22  that OP and we were absolutely cooked, so that was

23  why we finally pulled off.

24       **Q     Do you recall seeing a police vehicle**

25  **back up into the crowd there?**

**JOSHUA BECHERER  2/28/2019**

Page 50

1          A     I don't remember a police vehicle.  I

2     remember a -- I think it was a tan sedan being in

3     the crowd.  And that was at the western edge of the

4     crowd which would have been at 20th and Olive.

5          **Q     Do you know if it was driven by a**

6     **police officer?**

7          A     I do not.  It -- I remember seeing it

8     stopped in the crowd and basically a combination of

9     police officers and protestors engaging that

10    vehicle.  So I think it was just a -- I mean, I --

11    I don't know what -- it wasn't a police vehicle,

12    but I can't also say that it was a protestor

13    either.  For all I know it could have just been

14    somebody who got lost and didn't know they were

15    driving right into a protest.  And I don't know

16    what they ended up doing with that vehicle or any

17    of its occupants, but it was essentially being

18    engaged by the police and the protestors at the

19    same time.

20         **Q     Was that before or after the crowd**

21    **had re-formed?**

22         A     That was before.  That was earlier in

23    the day.

24         **Q     The presence of the vehicle, is that**

25    **the kind of information that you would relay to**

JOSHUA BECHERER  2/28/2019

```
 1    Sergeant Sego?  Or --
 2         A     I did.  I would have relayed it, yes,
 3    but I mean, it was already being dealt with.  Like
 4    the bulk of the information we passed was stuff
 5    that nobody else could see but us.  So we would --
 6    when we're scanning these crowds, we're trying to
 7    identify anyone who we could tell was armed which
 8    there's a lot of people who open carry in these
 9    crowds, so we would report that up, giving a
10    description of the person and what type of weapon
11    we saw them carrying.
12              We would try to identify, you know,
13    anyone that we -- that seemed like they were almost
14    a ringleader, I'll say, you know, kind of -- any of
15    the protestors who might seem to be giving
16    direction to other protestors, we would pass that
17    information up and identify those people.  And then
18    we would also keep track of all the undercovers
19    that were in the crowd and, you know -- because
20    those guys are just kind of out there flapping on
21    their own when they're in those crowds, so we would
22    do the best we could to keep an eye on them.
23         Q     Were any of the people that you
24    identified as ringleaders, like personally known to
25    you already as a person who observes lots of
```

**JOSHUA BECHERER  2/28/2019**

Page 52

 1   **protests?**

 2        A     The only person that I remember

 3   seeing at these protests who I had seen before --

 4   and I don't know what his name is, but there is an

 5   individual who would always -- he would always

 6   bring a rifle to the protests and, you know, he's

 7   well within his rights to do that.  But he was at

 8   that protest with a rifle and I distinctly remember

 9   him being there because we had seen him on numerous

10   occasions at different protests, but I don't know

11   what his name is.

12        **Q     Other than that individual, there was**

13   **no one who was personally known to you?**

14        A     No.

15        **Q     Except, I assume, the undercover**

16   **officers?**

17        A     Yeah, I certainly, obviously, knew

18   who they were, so.

19        **Q     Do you -- when you are relaying**

20   **information about what a crowd is doing or what**

21   **individuals in the crowd are doing, do you -- do**

22   **you relay the kind of conduct that they're engaged**

23   **in?  Does that make sense?**

24        A     If it's something of importance, yes.

25        **Q     Okay.**

JOSHUA BECHERER  2/28/2019

1      A      So, you know, obviously, if we

2    identified an armed individual, I would call up and

3    say, you know, hey, in the western edge of the

4    crowd I have an individual that has a pistol on his

5    hip, and then I would go into a further description

6    of him.  That way, you know, the undercovers could

7    try to identify him and then the other snipers and

8    the other observation posts could try to find him.

9    That way we could all jointly try to keep an eye on

10   that individual.

11             But you end up identifying so many

12   individuals, it's impossible to keep up with all of

13   them as the day goes on because these crowds are so

14   large, they get lost in the crowd easily.

15      **Q      Mm-hmm.  Other than being armed or**

16   **open carrying a weapon, are there other types of**

17   **important conduct that you relay?**

18      A      If we could identify anybody that had

19   any -- anything that looked like water bottles

20   filled with like milk or any of the things like

21   that, then we would pass that up and identify those

22   people.  I mean, really -- that's really about it.

23   Anybody who was carrying like strange items that we

24   didn't even really know what they were, like

25   there's this thing called a sleeping dragon, which

JOSHUA BECHERER  2/28/2019

Page 54

```
 1   I don't even really know what it is.  It's some
 2   type of pipe they put their arms in, I think, and
 3   like lock themselves to it.
 4             So if we saw people carrying strange
 5   items like that, we would pass that up.
 6        Q     What is the significance of a water
 7   bottle filled with milk?
 8        A     Generally that was -- so, like if you
 9   get maced or gassed, you know, the milk is like a
10   -- I guess it soothes the affects of the chemical
11   munitions.  So that was something they wanted
12   passed up because they basically wanted to know,
13   like how -- it's essentially for them; they're
14   gauging how prepared the crowd is for any type of
15   response the police may give.  That's my opinion of
16   why we were told to pass that stuff up.
17        Q     I think you said after you left,
18   after you had broken down that second OP you
19   rejoined the rest of SWAT; is that right?
20        A     That's correct.
21        Q     Where did you go then?
22        A     I'm not sure of the actual numbers of
23   the intersection but we were right there in front
24   of the library was where the team was at and that
25   was where we went and met up with them.  I was in
```

JOSHUA BECHERER  2/28/2019

Page 55

```
 1   my personal Tahoe -- like my police Tahoe that

 2   night as well as the other two snipers.  So we all

 3   went and linked up with the BEAR and the van there.

 4        Q     And where were the protestors at that

 5   point?

 6        A     There was people that they were -- I

 7   assume they were arresting them -- that they

 8   already had in custody there at the library and

 9   then at that point everyone else was -- they had

10   already moved on from that and they were going down

11   Washington Avenue, and CDT was over there dealing

12   with that, but we were -- we were told to stage

13   there at the library.

14        Q     Do you have a sense of what time it

15   was at that point?

16        A     I mean, exactly, no.  Maybe 8:00 or

17   9:00.  It was completely dark at that point so it

18   was later in the evening but I don't know exactly

19   what time.

20        Q     You said there were some people who

21   were in custody near the library?

22        A     Yes, ma'am.

23        Q     Who was arresting them?  Was that

24   SWAT or --

25        A     No, that was CDT.  Like CDT had
```

JOSHUA BECHERER  2/28/2019

1    followed that crowd down Olive until they were out
2    of our view, so yeah, that was all CDT officers.
3    When I got there, SWAT was all sitting in the van
4    and in the BEAR, just sitting there.  We don't
5    actually take part in any of these arrests or
6    anything like that.
7         **Q     Do you know what caused the people to**
8    **be arrested?**
9         A     I don't.
10        **Q     How long did you remain there**
11   **waiting?**
12        A     Quite a while.  We were there -- so
13   we got there, stayed there; CDT was dealing with
14   people on Washington Avenue.  It was quite a while,
15   and --
16        **Q     Let me ask you, how do you know that**
17   **CDT was dealing with people on Washington Avenue?**
18        A     I mean, I think -- I didn't actually
19   see them doing that but I thought -- CDT was not
20   with us.  They were -- and I remember hearing on
21   the radio that people were going down Washington
22   Avenue breaking potted plants and things like that,
23   so I'm assuming CDT was down there dealing with
24   them because there was only a small contingent of
25   CDT officers where we were at.

JOSHUA BECHERER  2/28/2019

Page 57

```
 1              And they weren't -- they were dealing
 2    with the guys that they were arresting.  They
 3    weren't like forming a line or protecting anything
 4    like that.  They were just dealing with those
 5    arrested individuals.
 6         Q     So you stayed at that location for
 7    quite a while?
 8         A     Yes.
 9         Q     What did you do when you left there?
10         A     From there we were told -- from there
11    we were released for the night.  So we were told we
12    could go.  And like I said, I had my personal Tahoe
13    at that point, so myself and another officer left
14    and were going to where his car was at so we could
15    go home.
16              And once we pulled into there to drop
17    him off, it came over the radio that we all had to
18    go back because now there was some kind of crowd
19    forming at the intersection there at Tucker and --
20    is that Tucker and Washington?  There was a crowd
21    forming there so we were all told we had to go
22    back.  So all right.  Well, I guess we'll go back.
23              So we turn around and we go back and
24    we parked on -- at this point, when we got there,
25    like there was tons and tons of vehicles and that
```

JOSHUA BECHERER  2/28/2019

Page 58

1    intersection was just completely crowded.  CDT was

2    already there, in place doing their thing, so we

3    had to park quite a bit back.  I mean, I was parked

4    right about the intersection of Olive and -- Olive

5    and Tucker and I had to walk down there with the

6    other SWAT officers.

7               And they -- at one time they finally

8    got the van up there because, like I said, we were,

9    you know, that -- the van is what's tasked with

10   officer rescue, if they have to rescue somebody.

11   So they eventually got the van up there.  I don't

12   remember if the BEAR came up there or not.

13              And like I said, CDT was already

14   dealing with the mass arrest situation that was

15   going on there when we got back up there because

16   they had never -- I don't know if they had been

17   released or not but it takes a lot for CDT to get

18   out of the area because they have to get picked up

19   by these Bi-State buses and everything.  We left so

20   quickly because we had our own personal vehicles

21   and were just able to burn out, so.

22        Q    **When you parked at Olive and Tucker**

23   **and you walked with other officers to Tucker and**

24   **Washington, was there traffic going down that**

25   **street?**

JOSHUA BECHERER  2/28/2019

1        A     I don't think so, no.  It was mostly

2   all -- where I parked was pretty much all police

3   cars, you know, from every different unit that was

4   there.

5        **Q     And I think you said that by the time**

6   **you got to the Tucker and Washington intersection,**

7   **CDT was already controlling the mass arrests; is**

8   **that right?**

9        A     That's correct.

10       **Q     What did you do at that point?**

11       A     Just stood there, you know.

12       **Q     Do you remember exactly where you**

13  **stood, what part of the intersection?**

14       A     I don't.  I mean, I think we were

15  right in the middle of the intersection because we

16  walked up and, you know -- I'm not proud to say it,

17  but at that point I didn't have the best attitude

18  about what we were doing because I just -- I mean,

19  I wanted to go home and --

20       **Q     You had been released and called**

21  **back.**

22       A     Yeah.  So me and the other officer

23  that I was with just stood there and watched and

24  essentially waited to be released again.  I know

25  that sounds lazy but that's what we did, so.

JOSHUA BECHERER  2/28/2019

```
 1         Q       Were you wearing personal protective
 2    equipment?
 3         A       I would have had my SWAT equipment
 4    on, yes.
 5         Q       And that's a black tactical --
 6         A       Yes, ma'am.
 7         Q       -- gear?
 8         A       Yes.  Black -- blue uniform -- all
 9    navy blue uniform, a black vest, and a black
10    helmet.
11         Q       You were wearing your helmet at that
12    point?
13         A       Yes.
14         Q       Could you observe the arrests that
15    were taking place?
16         A       Yeah.
17         Q       Did you see any officers use chemical
18    munitions?
19         A       Not that I recall, no.
20         Q       When you arrived at the intersection,
21    was there still a sort of gaggle of civilians all
22    in one place, or had some people's arrests been
23    effectuated?
24         A       I don't know if people's arrests had
25    already been -- when we got there, it was already
```

JOSHUA BECHERER  2/28/2019

1   going on.  The parts I specifically remember is I

2   know there was a crowd that had pushed north up

3   towards like that gas station.  And I know there

4   was a line of officers that was like on that far

5   side of that intersection.  You know, they weren't

6   like pursuing those guys, but they were just

7   holding there.  And then there was a group of

8   people that were all seated on the ground with

9   their arms interlocked and officers were basically

10  separating those people and putting them in flex

11  cuffs and all that stuff.

12          So that's the specifics of what I

13  remember from being there.

14      Q    So if I understand what you're saying

15  correctly, there were sort of two groups of

16  civilians, one that was pushing north and another

17  that was seated on the ground?

18      A    By the time I got there, that's

19  correct.  That's what I remember.  If there was

20  people going the other ways, I don't remember

21  seeing them.

22      Q    The people who were pushing north,

23  were they in custody or under control?

24      A    No, they were not right up on CDT.

25  Like they -- they were a good distance.  They were

JOSHUA BECHERER  2/28/2019

Page 62

```
 1   about a block's distance away from CDT and I think,

 2   you know, I can't speak for those people, but I

 3   think they were probably just waiting to see if CDT

 4   was going to pursue them, which they didn't.  And

 5   then after a short period of time those people just

 6   left.

 7        Q     Were those people -- if I use the

 8   term "kettle," do you know what I'm talking about?

 9        A     Yeah, I know it just from the news

10   and everything.  I didn't know what it was prior to

11   that, but yes, I know what you're talking about.

12        Q     Were those people inside the kettle

13   or outside of it?

14        A     They were outside of it.  When we

15   arrived, the only people that were inside of it

16   were those people that were sitting on the ground.

17        Q     So the people who were outside the

18   kettle, they were on the south side of that

19   intersection trying to push north into the

20   intersection; is that what you're saying?  Or

21   they're on the north side?

22        A     Say that again?

23        Q     You came up from the south; is that

24   right?

25        A     That's correct.
```

JOSHUA BECHERER 2/28/2019

1      Q      The civilians that you saw that were

2  outside the kettle, were they on the same side of

3  the intersection as you or --

4      A      No, they were on the far side.  Like

5  when we came up from the south, we were able to

6  just walk right in; like there was nobody on the

7  south side.

8      Q      Is that because the line that had

9  been on the south side was doing the arrests?

10     A      I believe so, yeah.  I don't know

11  specifically what line that was doing the arrests

12  but there wasn't -- as far as I remember, by the

13  time I got there, there wasn't even a line on the

14  south side.  As far as I remember, we were able to

15  walk right up.

16     Q      I think earlier you said that the

17  group of people who was sitting on the ground had

18  their arms interlocked?

19     A      That's correct.

20     Q      Is that with one another?

21     A      Yes.

22     Q      And you saw officers separating them

23  and then flex-cuffing them?

24     A      Mm-hmm.  Correct.

25     Q      Did you see any officer use any force

JOSHUA BECHERER  2/28/2019

1    that you thought was inappropriate?

2         A    No.

3         Q    How many people would you estimate

4    was in that group?

5         A    Quite a few.  I mean -- I mean, it --

6    I'm just taking a shot in the dark, but maybe 30 to

7    50?  It was a big group of people sitting on the

8    ground.

9         Q    You had been released and then told

10   to go back; is that right?

11        A    That's correct.

12        Q    Were you told why you needed to go

13   back?

14        A    I don't know if we were actually told

15   or if we just made the assumption.

16        Q    What assumption did you make?

17        A    I just assumed that they -- the crowd

18   had re-formed and, you know, just there -- I mean,

19   there was numerous times we'd leave locations and

20   have to go back because a crowd had re-formed, so

21   this was the only time we had actually been sent

22   home and told to come back.  But I -- I mean, I

23   assumed that the crowd had come back.

24        Q    What was your -- I understand that

25   you were sort of standing there waiting to get

JOSHUA BECHERER  2/28/2019

1    released again.  What were you supposed to be

2    doing?  Is that what you were supposed to be doing?

3         A    I was given no direction whatsoever

4    other than to go back up there.  The only people I

5    recall being given any kind of direction was --

6    like I said, the van was told to push back up there

7    in case they had to do an officer rescue but other

8    than that, we were given no direction at all.

9         Q    How many officers were there,

10   approximately, at that intersection when you

11   arrived?

12        A    A whole lot.  I couldn't even tell

13   you.  There was policemen everywhere.

14        Q    Did you feel like it was necessary

15   for you to be there?

16        A    No.

17        Q    How long did you stay?

18        A    Not that long.  Maybe 15 minutes.

19        Q    You didn't have any role in carrying

20   out any of the arrests; is that correct?

21        A    No.

22        Q    Or transporting anyone?

23        A    No.

24        Q    Okay.  Did you see the arrestees get

25   placed in prisoner vans?

JOSHUA BECHERER  2/28/2019

1        A      I don't recall if I did that night.

2    I mean, in the past I've seen numerous arrestees be

3    placed in the sheriff's vans and the cruiser vans,

4    but I don't know if I did that night or not.

5        **Q      Do you recall whether you saw**

6    **arrestees get photographed?**

7        A      I don't recall.  Like I said, same

8    answer, you know, I've seen it happen.  I don't

9    know if it was that night or other nights.

10       **Q      Mm-hmm.  When you are doing**

11   **observation and relaying information, do you relay**

12   **information about who is recording -- what**

13   **civilians are recording?**

14       A      Not really because pretty much

15   everyone's recording, it seems like, so that wasn't

16   something that was really important for us.  I

17   don't know if that's something undercovers would

18   have been passing up, but not us.  We were more --

19   our focus was more on the safety aspects and the

20   stuff we would pass up, you know.  Like I said, the

21   weapons and then anybody that seemed like an actual

22   crowd organizer, you know, those are the things we

23   would pass up.

24       **Q      Is it important to know who the**

25   **organizers are for officer safety?**

JOSHUA BECHERER  2/28/2019

 1         A      I mean, I think -- so yeah, just
 2   because then -- so if you can identify that person
 3   and then you're tracking that person, it's just --
 4   it -- it helps give you a better sense of what they
 5   might be doing next.  So, like, you know, not
 6   necessarily for me, but, like, the information we
 7   would pass that would eventually make its way to
 8   the undercovers that were in the crowd so they
 9   could go seek that person out.
10              I mean, they, to my knowledge -- like
11   those undercovers, they actually -- they're in the
12   crowd asking questions about, hey, where are we
13   going next, stuff like that.  That's the next step
14   in formulating the information.  We, more or less,
15   just start -- we're like the preliminary -- like,
16   hey, that guy seems like an organizer.  So then
17   information goes back up, comes back down,
18   undercovers try to go make contact with that
19   person, and then their information goes up and so
20   on and so forth.
21              So to answer your question, it's a
22   safety aspect in the sense of trying to anticipate
23   their next moves.  Because if we can do that, it
24   just it makes us safe; it makes the geographical
25   location safe if we can get officers in the area

JOSHUA BECHERER  2/28/2019

Page 68

```
 1   before things might go get destroyed or anything
 2   like that, you know.
 3        Q     Mm-hmm.  You said, I think, that you
 4   stayed at the Tucker and Washington intersection
 5   about 15 minutes, a short time?
 6        A     Yeah, it seemed like it.  I mean,
 7   most of the other locations we had been -- we were
 8   there for an extended period of time.  We weren't
 9   at the Tucker and Washington for very long.  It may
10   have been longer than 15 minutes but it wasn't much
11   longer than that.
12        Q     What did you do after that?
13        A     Went home.
14        Q     Did you just walk back to your
15   vehicle and drive away?
16        A     Correct.
17        Q     Did you go to any kind of debriefing
18   or after-action review of Sunday the 17th?
19        A     No.
20        Q     Were you invited to do so?
21        A     No, I wasn't.
22        Q     I think I asked you this some time
23   ago, but you weren't invited to submit a written
24   narrative or critique of what happened?
25        A     No, I wasn't.
```

JOSHUA BECHERER  2/28/2019

```
 1          Q     I'm going to ask you some questions
 2    about some other protests.
 3          A     Okay.
 4                MS. STEFFAN:  Do y'all want to take a
 5    break?
 6                MR. LAIRD:  This is a good time to
 7    take a break.
 8                (Off the record.)
 9          Q     (BY MS. STEFFAN)  I told you I was
10    going to ask you about some other protests now.
11    Just one general question about the Stockley
12    protests first, did you see any other officers
13    deploy chemical agents during those protests?
14          A     No.  Not that I recall.
15          Q     Did you work a protest in August of
16    2015 following the shooting death of Mansur
17    Ball-Bey in the Fountain Park neighborhood?
18          A     Yes.  Yes, I did.
19          Q     Did you see chemical munitions get
20    deployed at that protest?
21          A     Yes.
22          Q     Did you yourself deploy any chemical
23    munitions at that protest?
24          A     No.
25          Q     What munitions did you see get
```

JOSHUA BECHERER  2/28/2019

1    deployed?

2         A    I don't know what they were --

3         Q    **Generally?**

4         A    Yeah, I don't know what they were

5    specifically.  What I recall happening was at one

6    point -- at one point one of the commanders said

7    that they wanted the BEAR to deploy chemical

8    munitions and the way the BEAR does that is it

9    drives out, essentially, towards the crowd and

10   launches chemical munitions.  I was out amongst the

11   crowd at that time and got gassed myself so I don't

12   -- I don't know what they were actually deploying,

13   but it was all -- I mean, it was tear gas of some

14   sort.  Tear gas comes in a lot of different forms

15   but it was tear gas of some sort.

16        Q    **You were out among the crowd at that**

17   **point?**

18        A    Correct.

19        Q    **Do you know what motivated the**

20   **decision to deploy chemical munitions?**

21        A    I don't know specifically, no.  I

22   mean, I obviously can speculate as to what drove

23   that decision, but I don't specifically know.

24        Q    **What did you see the crowd doing that**

25   **would have justified the deployment of chemical**

JOSHUA BECHERER  2/28/2019

1    **munitions?**

2         A      Throwing bricks and -- I mean, at

3    some point even grabbing officers.  That protest

4    was a very different situation than what I have

5    seen in other protests since.  Like there was no

6    CDT line.  What the department had put out there

7    was a line of just normal uniformed officers that

8    they had called from districts from all over the

9    city, and those guys were completely unprepared for

10   the clash that happened with that crowd.

11              Because of all the protests I have

12   been a part of outside of the shootings that

13   happened in the Ferguson protest, that was the most

14   violent protest I had seen.  Now, it was a very

15   short duration but during that short duration it

16   was exceedingly violent.  They were point blank

17   throwing bricks at those uniformed coppers.  At one

18   point I know a female officer got grabbed and

19   pulled towards the crowd.

20              There was, essentially, very little

21   order, it seemed like to me, and that was how I

22   ended up out amongst the crowd.  Because at one

23   point we were given -- there was nobody that really

24   seemed like they were overall in charge.  We were

25   given direction to push the crowd one certain way

JOSHUA BECHERER  2/28/2019

Page 72

1    and we pushed them up to Page and Walton.  And then

2    we pushed them north up Walton and that's where I

3    was at when the BEAR -- I saw the BEAR go behind me

4    deploying the chemical munitions.

5              So I don't know who made that

6    decision to deploy the chemical munitions and I

7    can't say specifically what drove them to make that

8    decision, but I can only assume it was the violence

9    of the crowd.

10        Q     You saw the BEAR go by on Page?

11        A     Yeah, it was on Page.

12        Q     Did you see chemical munitions get

13   deployed anywhere but on Page?

14        A     No.  If they did, I don't -- I don't

15   have any knowledge of it because I -- I mean, I was

16   there at that intersection, you know -- it

17   obviously went and was at some, you know, at most

18   -- it was out of my sight for most of it.

19        Q     Did you hear a warning that chemical

20   munitions were about to be deployed?

21        A     I believe so, yeah.  I mean, that was

22   standard procedure for us even in the beginning

23   when there really was no precedent as to what you

24   were supposed to do.  Even in Ferguson we told

25   them, hey, we're going to deploy chemical munitions

JOSHUA BECHERER  2/28/2019

```
 1    if you don't leave.
 2           Q      Did you hear a dispersal order?
 3           A      Yes.  That's almost -- that -- the
 4    dispersal order is given so much from the BEAR,
 5    it's almost a continual thing, you know.  You
 6    generally only issue a very short pause between
 7    each dispersal order.
 8           Q      So you heard the BEAR give a
 9    dispersal order on Page?
10           A      Yeah, like we had an actual guy who
11    that was his responsibility was to continually give
12    that dispersal order.
13           Q      Who was that guy?
14           A      Jason Chambers.  For that particular
15    protest, that's who it was.
16           Q      He drives the BEAR?
17           A      He drives the BEAR, yeah.  That's why
18    it was -- it essentially falls -- giving the
19    dispersal order essentially falls on whoever's
20    driving the BEAR.  So that's why it was him because
21    that was his duty, was the BEAR driver back then.
22           Q      What does the dispersal order sound
23    like?
24           A      You know, it basically says it -- you
25    know, I'm just summarizing because it's been a
```

JOSHUA BECHERER  2/28/2019

1    while since I heard it, but it's you're unlawfully

2    assembling, you know, based upon whatever ordinance

3    it may be because there's been a lot of times where

4    they've said what actual ordinance or law they're

5    breaking and you must disperse or you're going to

6    face arrest and you could also face chemical

7    munitions, you know.  Some combination of all that.

8         **Q     You've heard the dispersal order a**

9    **lot; right?**

10        A     Yes, ma'am.

11        **Q     I know it's been a while at this**

12   **point?**

13        A     Yes.

14        **Q     What does disperse mean to you?**

15        A     To me, I mean, leave the area.  No

16   longer congregate.  And all the individuals,

17   whether they leave together or individually, they

18   just leave the area and quit doing whatever it is

19   that they were -- they were congregating doing in

20   the first place, whether it's blocking traffic or

21   being violent against the police or -- that's what

22   it means to me.

23        **Q     One straggly question about the**

24   **Stockley protest.  Do you have a sense of whether**

25   **the protests were legal or illegal?**

JOSHUA BECHERER  2/28/2019

 1              MR. LAIRD:  Objection, calls for a
 2    legal conclusion.  You can answer.
 3         A    I mean, I --
 4         **Q    If you don't know that's fine.**
 5         A    I really don't know, you know.  You
 6    know, maybe I should have put more thought into
 7    things like that but I really don't.  I mean, I'm
 8    just a cop and I was kind of just doing what I was
 9    tasked to do, you know.
10              I mean, sure, as far as like the
11    municipal ordinances they're breaking of impeding
12    the flow of traffic and things like that, yeah,
13    they're very clearly breaking those laws, but I
14    didn't really give any deeper thought into any of
15    it.
16         **Q    During your tenure with the police**
17    **department did you get training on the First**
18    **Amendment?**
19         A    I'm sure I did, yeah.
20         **Q    After you left the academy did you**
21    **get any training on the first amendment?**
22         A    I probably did.  Not that I
23    specifically remember, but, I mean, we do
24    continuing education training every year, so it
25    varies, the topics that it's over.

JOSHUA BECHERER  2/28/2019

Page 76

```
 1         Q      Do you know if you were told one way
 2    or another if people have a first amendment right
 3    to protest?
 4         A      I mean, they do.  People absolutely
 5    have a right to protest.  I know that from not even
 6    having to be told.
 7         Q      Do you know if people ever have a
 8    right to protest on a street?
 9         A      Specifically, I don't know, but I
10    mean, we would, we would block those streets off
11    for them and allow them to be there doing that, you
12    know.  And in my experience it seemed like to me
13    what usually led to those arrests was not just the
14    simple, hey, you're in the street, that's it; it
15    was the, you've been here for so long doing this,
16    and then the crowd ended up getting violent or
17    either conducting property damage which then led
18    to, okay, now everybody's got to leave.  And then
19    they wouldn't leave so that's why they would be
20    arrested.
21              But it's, you know -- very few times
22    were these crowds ever just like, hey, we're just
23    randomly in the street.  Those streets were blocked
24    off for them and they were allowed to be there.  No
25    one was trying make them go anywhere right away.
```

JOSHUA BECHERER  2/28/2019

1    It wasn't until like damage would start occurring

2    and things like that.

3         **Q      Do you know who makes the decision of**

4    **what streets to block off?**

5         A      I don't.

6         **Q      You didn't make that decision?**

7         A      Oh, no.  That's many levels above me.

8         **Q      Based on your experience as a SWAT**

9    **officer, in particular your experience observing**

10   **crowds, if one person is causing property damage,**

11   **does that affect the protest right of another**

12   **person?**

13              MR. LAIRD:  Objection to form.  You

14   can answer.

15        A      Okay.  I mean, I'll try to answer

16   that as best I can.  I mean, once the property

17   damage starts occurring, whether it's by one

18   individual or numerous, that's when I've always

19   seen it be to where, yeah, then they want everybody

20   to leave.  And I can only assume that's because

21   they don't know what's going to happen from there.

22              So it's like a blanket everyone has

23   to go.  And of course, there's absolutely people in

24   these crowds who are causing no problems and

25   they're just exercising their rights to protest

JOSHUA BECHERER  2/28/2019

Page 78

```
 1   peacefully, you know what I mean?  That's --
 2   there's definitely a lot of those people out there
 3   that are not doing anything wrong.  So there's the
 4   few bad apples that turn it into a bad situation
 5   for everybody.
 6        Q     I think you earlier said that a
 7   dispersal order is telling people to leave the
 8   area; is that right?
 9        A     Correct.
10        Q     How far does the person have to go to
11   comply with the dispersal order?
12        A     That, I really have no idea.  If
13   there is an actual set parameter, I am unaware of
14   it.
15        Q     If you think back to the time when
16   you were in the line of officers that was pushing
17   people first north and then south on Euclid in the
18   West End, you were trying to disperse those people;
19   yeah?
20        A     I mean, they were pretty far ahead of
21   us so we were essentially just following their
22   path, making sure they didn't come back down and
23   like break anything.  Like the -- whatever damage
24   may have been caused there -- and I may be
25   confusing damage from the Delmar or Wash Ave with
```

JOSHUA BECHERER  2/28/2019

Page 79

```
 1   Euclid.  I just remember seeing damage during these
 2   protests and there are so many of them it's hard to
 3   pinpoint exactly what is what.
 4            It is my belief that our intent there
 5   -- because we weren't going to try and lock these
 6   people.  My intent was that we were pushing out
 7   there to keep them from coming back.  Because they
 8   were already gone.  Like we were never like --
 9   there's a lot of incidents in protests where these
10   guys are face to face.  We were never face to face
11   with those people on Euclid.  They were very far
12   ahead of us.
13        Q    And how long does a person need to
14   leave the area in order to comply with the
15   dispersal order?  When can they come back?
16        A    I honestly don't know.
17        Q    Did you work at a protest in May of
18   2015 near Jennifer Joyce's house in Holly Hills?
19        A    No.  I was not a part of that.  I do
20   remember it, but I wasn't a part of it.  I don't
21   even know if we were working that day, I just heard
22   about it.
23        Q    By "we," do you mean SWAT?
24        A    Yeah, I don't even know if SWAT was
25   working.
```

JOSHUA BECHERER 2/28/2019

1       **Q      Did you work at a protest in December**
2   **of 2014 near old police headquarters?**
3       A      I don't recall.  I very well could
4   have.  I don't remember.  I've been to protests at
5   old police headquarters, yes, but I don't know if
6   it was then.
7       **Q      Sure.  Thinking back to what you**
8   **remember about working protests at old police**
9   **headquarters, did you ever see any officers deploy**
10  **chemical munitions at those -- at that protest or**
11  **those protests?**
12      A      Not that I recall right now.  I mean,
13  I -- like I said, a lot of this stuff I would have
14  to reread these police reports to, you know, to be
15  refreshed.
16      **Q      And you didn't write any --**
17      A      No, I didn't.  I mean, I know that
18  all these are documented but I didn't write any of
19  them that were -- like I said, the only thing I
20  ever remember writing was when the BEAR was shot in
21  the original Ferguson protest.
22      **Q      Do you remember if you were ever**
23  **asked by a report writer for information to be used**
24  **in the report?  It's a complicated question.**
25      A      I mean, I know after the original

JOSHUA BECHERER  2/28/2019

Page 81

```
 1   Ferguson, you know -- I mean, I know Lieutenant
 2   Dodge asked us to, you know, inform him as best we
 3   could specifics that we remembered about when we
 4   deployed -- for me, personally, deployed impact
 5   rounds because that was my duty.  And then he asked
 6   the gas guys, can you tell me specifics of when you
 7   remember you deployed gas.  And that was such a
 8   rampant -- maybe not rampant's the word, but it was
 9   just going on so much that there was no way to
10   track what was going on during those original days
11   of the protests.
12               And I think that's what led to the
13   way it is now and was during Stockley to where
14   nothing can be deployed without a commander's
15   say-so, and then that's all on the recorded net
16   which helps document what was deployed and where.
17   But as far as actually submitting something
18   official in writing, no, I never did that for
19   anything.  It was mostly like, hey, what do you
20   remember, and you tell them and that was it.
21        Q    I understand that you don't recall
22   deploying any less lethal or impact rounds after
23   original Ferguson; is that right?
24        A    Correct.
25        Q    Was there anything put in place after
```

JOSHUA BECHERER  2/28/2019

Page 82

```
 1    Ferguson that would have allowed you to keep track
 2    of what you had deployed?
 3         A    Just the same thing of it, like it
 4    would have to be at a commander's discretion.
 5         Q    Did you -- I think you did say
 6    earlier that you worked the protests at South
 7    Grand?
 8         A    Yes, ma'am.
 9         Q    From what I understand, there were
10    protests both in October and in November of 2014 in
11    that area.  Do you recall that?
12         A    Mm-hmm.  I do.
13         Q    Do you remember how many protests you
14    worked in that area?
15         A    Not specifically, no.  I mean, I know
16    there was the night that the officer -- the
17    district officers got surrounded there, which we
18    were -- we didn't get to go to part of that.  They
19    held us in reserve a block away.
20              I specifically remember that because
21    we were very frustrated that we didn't get to go
22    because those officers were being completely
23    overwhelmed, and the chain of command was so
24    worried about the appearance of SWAT being there
25    that we had to just sit and listen to it on the
```

JOSHUA BECHERER  2/28/2019

Page 83

```
 1   radio.

 2                 And then I don't know if it was the

 3   same night or the following night, but the team did

 4   deploy chemical munitions on South Grand and I was

 5   present for that.  But like I said, I don't

 6   remember if that was the same -- I don't know if

 7   that's all the same night or separate nights.  But

 8   they were all in the same location, like right

 9   there at Arsenal and South Grand and all that.

10        Q     You may have anticipated my next

11   question.  Do you remember where the district

12   officers got surrounded, was that at that

13   intersection?

14        A     I think that was at Arsenal and South

15   Grand.

16        Q     So where was SWAT at that time?

17        A     We were sitting on a parking lot of a

18   church north on Grand about two or three blocks, so

19   we were right there.  We absolutely could have

20   helped those officers but we were told to stand

21   down and stay in place.

22        Q     And I think you said you don't recall

23   if it was that night or the following night but at

24   some point SWAT was allowed to deploy and use

25   chemical munitions?
```

JOSHUA BECHERER  2/28/2019

1       A      That's correct.  At one point Chief

2   Dotson at that time -- like, I remember being -- he

3   was like -- okay.  Like go gas it.  Because he was

4   very apprehensive about doing it.  But I

5   specifically remember him, at least on that night

6   on South Grand, he was the one that gave that

7   command to gas.

8       **Q      Did he tell you why?**

9       A      I mean, not me.  This was a

10  conversation between him and Lieutenant Dodge that

11  I was present for, but he wasn't actually speaking

12  to me.  They were already breaking windows and

13  everything on South Grand, so I mean, I would

14  assume it was to stop the property damage.

15      **Q      And where were the munitions**

16  **deployed?**

17      A      Out of the BEAR.

18      **Q      At the Grand and Arsenal**

19  **intersection?**

20      A      Well, going -- it was going up and

21  down, so basically, that was the start point was

22  Grand and Arsenal.  And then we would travel down

23  -- we would travel down Grand.  I don't remember

24  what -- I don't remember exactly what the

25  turnaround street was but we traveled a great

JOSHUA BECHERER  2/28/2019

Page 85

```
 1   distance until you were past like the shops and the
 2   we would turn around and go back.  And basically,
 3   it was a slow process of going back and forth up
 4   and down Grand, deploying chemical munitions toward
 5   any of the crowds that were still around, which it
 6   took numerous trips up and down Grand before they
 7   were all fully dispersed.  But then they were
 8   finally.
 9        Q      How could you tell that people were
10   fully dispersed?
11        A      They just weren't in the area
12   anymore.  When it began, both sides of the street
13   were completely lined with people.  And that was a
14   time when I do remember witnessing people break
15   windows and things such as that.  And those were
16   the people that, you know, were being engaged by
17   the chemical munitions.  And then after a few trips
18   up and down South Grand, then there just wasn't
19   anyone on Grand anymore other than the police.
20        Q      Did the BEAR ever deploy munitions on
21   Arsenal?
22        A      I don't think we ever went up and
23   down Arsenal.  I mean, I could be wrong.  I was
24   inside the BEAR so that -- you can't really -- you
25   can't really see a whole lot outside of the BEAR.
```

JOSHUA BECHERER  2/28/2019

1    Like there's just little portholes and little

2    windows.  So I don't know if we ever went up and

3    down Arsenal or not.  It was primarily all Grand.

4         **Q     And when you say the munitions were**

5    **deployed out of the BEAR, is that with one of the**

6    **launching systems?**

7         A     With launching systems and as well

8    with just dropping -- like there's handheld gas as

9    well.  It kind of looks like a little grenade

10   canister, I guess, if you will.  So those would be

11   deployed out of the portholes.  You basically just

12   pull the pin and drop it out of the porthole and it

13   lands right there on the street.  It doesn't

14   actually go towards anybody, but those handheld

15   canisters, they emit a lot more gas than the launch

16   stuff does, so those were commonly used during

17   those trips in the BEAR.

18        **Q     Were you deploying chemical**

19   **munitions?**

20        A     No, I was the impact guy so I would

21   have had my -- I was standing by ready to engage

22   anybody with an impact round that would have needed

23   to have been engaged.

24        **Q     The munitions that were launched**

25   **rather than just dropped, are they done from inside**

JOSHUA BECHERER  2/28/2019

Page 87

```
 1    the BEAR?

 2          A     Correct.

 3          Q     Okay.  I think you said you can't see

 4    very well out of the BEAR from the inside?

 5          A     You can see but it's not like -- like

 6    as far as knowing where you're always at --

 7    especially me, like I wasn't one of the dudes on

 8    the windows.  Like the dudes that are actually

 9    engaging with those weapon systems, they're on the

10    portholes which have a window above it.  Like I'm

11    at the interior of the BEAR standing, holding onto

12    the rail, waiting to be called to one of the

13    portholes.

14                So for me and the other impact guys

15    that were on the interior of the BEAR, like at

16    center line, it's hard to know where you're at

17    other than looking out the back door which stands

18    open.

19          Q     And if I understand correctly, there

20    was sort of a bench step around the inside?

21          A     Correct.  The way we would stack that

22    inside that BEAR was, the gas guys were kneeling on

23    that bench, looking out the portholes, and then the

24    impact guys -- there was a center rail.  We would

25    stand and hold on to that rail and if there was a
```

JOSHUA BECHERER  2/28/2019

1   need -- like sometimes there would be a sergeant in

2   the BEAR who was directing where stuff needed to

3   go.  And if an impact round was needed versus a gas

4   round, they would tap one of us and tell us where

5   to go and what to look for and if we could see it,

6   we'd engage it.

7        **Q     Were you -- was the SWAT Team trying**

8   **to launch the munitions toward anything in**

9   **particular, or just out?**

10       A     I mean, with the launchers, I would

11  assume they're probably just launching it, they're

12  launching them out towards crowds.  The handheld

13  stuff, like the porthole is so small you can't even

14  fit your hand out to throw it.  You literally, like

15  -- you pull the pin and push it out the porthole

16  so it falls right down.  But the handhelds emit a

17  whole lot of gas, so even if it's a distance from

18  the crowd, that gas is going to go towards them

19  because it emits so much.  I hope that answers your

20  question.

21       **Q     I think so.  I'm trying to figure out**

22  **if the goal was just to deploy munitions widely so**

23  **there was a lot of gas and smoke?**

24       A     Correct.  That's my belief that that

25  was the intent.

JOSHUA BECHERER  2/28/2019

Page 89

```
 1          Q      And if you had needed to engage a
 2   specific person, you, as an impact guy, might have
 3   been doing that; is that right?
 4          A      That was my role.
 5          Q      Okay.
 6          A      So if they -- like the people who
 7   could see better, like if they would see people --
 8   because there would literally be like guys -- in
 9   Ferguson we'd be going up and down West Florissant;
10   there would be guys just hunkered down, literally
11   lighting Molotov cocktails and stuff like that.
12   And they'd say, hey there.  And so these would be
13   the people that I would engage.
14          Q      Did you work at a protest near the
15   QuikTrip at the intersection of Vandeventer and
16   Chouteau?
17          A      Mm-hmm.
18          Q      What did you do there?
19          A      There -- as far as I remember, you
20   know, we were -- I mean, we basically got sent up
21   there to arrest the people that were there.  Which
22   I know -- I mean, I am a pretty sure there was a
23   mass arrest made there at least, you know, more
24   than a few people.  And when we were there, you
25   know, we were flex-cuffing people and that was a
```

JOSHUA BECHERER  2/28/2019

1   time when I was escorting people into like the

2   cruiser vans and stuff like that.

3          Q       Did you see any officers use any

4   chemical agents at that protest?

5          A       I remember people being maced there

6   but I don't -- I mean, it's been so long now, I

7   don't remember who did any of it, but I do remember

8   it in that occurrence.  Because that was a time

9   where we were the ones having to go hands-on with

10  those people.  So I do remember people getting

11  maced.  I'd just have to read a report to know who

12  it was.

13         Q       Do you remember any handheld or

14  launched munitions used at that protest?

15         A       I don't think we did there, no,

16  because we were -- in that occurrence we were sent

17  up there to actually lock those people up, which is

18  not what SWAT normally does, and I don't know why

19  they directed us to do that versus anyone else that

20  night.

21         Q       The people who were maced, were they

22  maced by SWAT or someone else?

23         A       I mean, I think by SWAT, but I could

24  be wrong.

25         Q       Do you remember why chemical agents

JOSHUA BECHERER  2/28/2019

1    were used?

2           A     I don't, no.

3           Q     Did you work during a protest before

4    Ferguson in 2012 near the Compton Hills Reservoir

5    at Grand and 44?  Would have been protesting

6    related to the Occupy movement?

7           A     I mean, if SWAT was there, I would

8    have been there.  I don't remember it but I would

9    have been there if SWAT -- if SWAT was there, I was

10   there.

11          Q     Earlier you mentioned the impeding

12   the flow municipal ordinance?

13          A     Mm-hmm.

14          Q     Are you familiar with that ordinance?

15          A     For the most part, yes.

16          Q     Do you know whether it applies on

17   sidewalks?

18          A     Once you're on the sidewalk, no, it

19   shouldn't apply anymore.

20          Q     If a person -- so based on your

21   training as a police officer and your familiarity

22   with that ordinance, if a person is standing in the

23   street and is told to disperse and they go to the

24   sidewalk, have they complied with a dispersal order

25   at that point?

JOSHUA BECHERER  2/28/2019

Page 92

```
 1        A      In my opinion, yeah.
 2        Q      Did you ever receive any training on
 3   the impeding traffic ordinance?
 4        A      Not specifically, no.
 5        Q      How about the unlawful assembly
 6   ordinance?  Did you receive any training on it?
 7        A      Not specifically, no.  I mean, those
 8   are all things they would mention when you're at
 9   CDT training and stuff like that, but I don't
10   recall anything that was tailored specifically
11   towards that.
12        Q      You were not a member of CDT but you
13   attended training as a member of SWAT; right?
14        A      Correct.  Yes, ma'am.
15        Q      Do you remember why CDT was created?
16        A      Well, what I -- from my understanding
17   of, it there was always a CDT team but they didn't
18   really -- they didn't do anything.  Like they were
19   never called out to anything.  If there was
20   something that would happen in -- like prior to
21   Ferguson, then the SWAT Team would just go handle
22   it.
23               And then after Ferguson and they saw
24   -- like Ferguson was essentially all handled by
25   SWAT teams, and obviously that was not well
```

JOSHUA BECHERER  2/28/2019

Page 93

```
 1   received, so then, it's my belief that that was why
 2   they ramped up the CDT program.  Because prior to
 3   that there wasn't anybody that was like
 4   specifically assigned to run those teams and
 5   conduct that training.  And, obviously, that all
 6   changed and they made those assigned duties and,
 7   you know, I think it was just all, like I said,
 8   because they didn't want SWAT teams dealing with
 9   that.
10        Q    CDT is a lot bigger than SWAT; right?
11        A    Oh, absolutely.
12        Q    Does CDT use launched munitions?
13        A    They do not, no.  That's why we're
14   there.  So if they have the need for it, we would
15   be the ones to do that.
16        Q    But CDT does use mace; right?
17        A    They do, yes.
18        Q    Every officer is issued mace; yeah?
19        A    As far as I know, yes.
20        Q    Did you receive any training on when
21   it is appropriate to use mace?
22        A    I mean, in the academy, yes.
23        Q    Based on that training, what is your
24   understanding of when it is appropriate to use
25   mace?
```

JOSHUA BECHERER  2/28/2019

1          A      I mean, it -- it could be any number

2    of reasons.  You know, generally, if it's, you

3    know, you're trying to subdue some type of

4    combative or resistant subject, you know, you would

5    mace them in order to make them more focused on

6    their eyes and their face that's now burning, and

7    then that takes their attention away from trying to

8    aggress the police officer and then it's easier to

9    put them in handcuffs.

10          **Q      Did you receive any training on when**

11    **it is appropriate to use mace in a protest context?**

12          A      Not that I recall, no.  I mean, I

13    think it was all just, you know -- any of the mace

14    training I personally have had was just your

15    general, hey, you're a policeman; here's how to use

16    mace.  I don't -- the CDT team, they very well may

17    do specific training like that but I was not a part

18    of it.

19          **Q      Did you ever hear officers say "whose**

20    **streets, our streets" during the Stockley protests?**

21          A      I heard about it.  I didn't hear it

22    in person but I, of course, heard all about it.

23          **Q      Who did you hear about it from?**

24          A      I mean, it was in the paper and then

25    everybody was talking about it.

JOSHUA BECHERER  2/28/2019

1      **Q      People at the department were talking**
2  **about it?**

3      A      Correct.

4      **Q      Did command staff talk about it?**

5      A      Not to me, no.  I mean, it was, you
6  know -- what I heard about it was just the banter
7  between just coppers of like going, well, that was
8  a stupid move, you know, so -- policemen are very
9  critical of other policemen if you don't know that.
10  That was my extent of hearing about it.

11      **Q      Did you have any kind of like roll**
12  **call the morning of the 15th of the first day of**
13  **the verdict?**

14      A      No, just that -- we just gathered --
15  SWAT just gathered at headquarters like we did
16  every normal day.  We don't have a formal roll call
17  like CDT team probably did.

18      **Q      Is that gathering attended by the**
19  **SWAT commander?**

20      A      Yes.

21      **Q      Is that when they give you sort of**
22  **instructions for the day?**

23      A      Correct.

24      **Q      And you had a gathering like that all**
25  **three mornings of that weekend; is that right?**

JOSHUA BECHERER  2/28/2019

```
 1        A      Yes, ma'am.

 2        Q      Did you work at the Women's March in

 3   January 2017?

 4        A      Not that I recall.

 5        Q      Have you ever worked at an event

 6   called the Women's March?

 7        A      We did -- I don't know if it was a

 8   Women's March or not.  I remember there was some

 9   type of march where we had to set up an OP for just

10   to give intel of where they were going.  And I

11   don't know if that was specifically a Women's March

12   or what that was a march for, but it was definitely

13   a march; it wasn't a protest.

14        Q      Is there a difference between a

15   protest and a march?

16        A      The marches are -- basically, they're

17   doing just that.  They assemble briefly and then

18   the whole crowd walks down the street and goes a

19   few different ways and then it's basically over.

20   With, you know, there's no -- like, at least from

21   what I saw, there's no lasting gathering like the

22   protests were.  And none of those marches were ever

23   violent or anything like that.  They weren't

24   breaking anything or -- not that I saw.

25        Q      When you say "none of those marches,"
```

JOSHUA BECHERER  2/28/2019

1    what are you referring to exactly?

2         A     I mean, like I've seen them quite a

3    few times as a policeman, whether I was in a SWAT

4    capacity or in special OPs, when we would have to

5    drive around the perimeters of the marches.  I

6    don't specifically remember what the marches were

7    for but I mean, I was at a few of them and those

8    were all peaceful events.

9         Q     Do you know if there was a march in

10   the West End after the Stockley verdict was

11   released?

12        A     Not that I -- a march?  Not that I

13   recall, no.  Only time I -- the only thing I

14   remember in the Central West End was that one night

15   we were there on Euclid.

16        Q     Mm-hmm.  How about -- thinking back

17   to 2015 and the protest that happened after Mansur

18   Ball-Bey's death, do you know if there was a march

19   then?

20        A     Not that I recall, no.

21        Q     Are you familiar with the preliminary

22   injunction that the court issued in this case,

23   Ahmad versus City of St. Louis?

24        A     I don't know.  I don't know what

25   you --

JOSHUA BECHERER  2/28/2019

Page 98

```
 1        Q     Are you familiar with the court order
 2   that was issued in Ahmad?
 3        A     Like saying you couldn't -- I don't
 4   know if it is about Ahmad, but I remember when the
 5   courts said that you couldn't either mace or gas
 6   people anymore, I mean -- is that what you're
 7   talking about?
 8        Q     I'm trying to understand --
 9        A     I'm trying to understand too.  I
10   don't -- I don't know what -- who it pertained to.
11   I mean, the first time I had ever heard the Ahmad
12   name was when I got subpoenaed for this.  But I do
13   remember -- and I don't know if it was when I was
14   still on the department or not when they were, you
15   know, when some federal judge, I thought, said, no,
16   you can't just use gas like that anymore.  At least
17   that's what I thought it pertained to.
18        Q     The thing that you're familiar with
19   that you're describing, is that something that
20   happened recently or some years ago?
21        A     I mean, I thought it was within a
22   year.  Not necessarily -- it wasn't like all the
23   way back in '15 or anything like that.
24        Q     How did you learn about it?
25        A     Just word of mouth.  I mean, that's
```

JOSHUA BECHERER  2/28/2019

```
 1    all I remember hearing about it.  I never read any

 2    actual documentation about it.

 3         Q     After the Stockley protests, did you

 4    receive any communications from command staff about

 5    how things had gone?

 6         A     No, I didn't.

 7         Q     Did you ever get any training or

 8    counseling about protests where -- using chemical

 9    agents?

10         A     No, I didn't.  You're talking about

11    after the Stockley?

12         Q     Yes.

13         A     No.

14               MS. STEFFAN:  I think I'm finished;

15    although, I'd like a couple minutes just to check

16    through my notes.  If you have anything, please go

17    ahead.

18               MR. LAIRD:  I think it would be a

19    good time to take a break.  Can I talk to you for a

20    second?

21               THE WITNESS:  Sure.

22               (Off the record.)

23               MS. STEFFAN:  Do you want me to go

24    first?

25               MR. LAIRD:  Sure.
```

JOSHUA BECHERER  2/28/2019

```
 1          Q     (BY MS. STEFFAN)  I just have a
 2    couple more additional questions, sort of, global
 3    questions.  Thinking back to all of the protests
 4    that you've worked at during your tenure with the
 5    police department, did you ever see any other
 6    officer use unnecessary force at a protest?
 7          A     No, not that I actually saw, no.
 8          Q     Did you hear about that?
 9          A     I mean, I've heard, obviously, all
10    the things that have been in the media and just all
11    the rumor mills that go along with all that stuff
12    being in the media, of course.  I've heard that,
13    but not that I specifically saw myself, no.
14          Q     Did you ever see any officer
15    retaliate against a protestor?
16          A     No.
17                MS. STEFFAN:  That's all I have.
18                      EXAMINATION
19    QUESTIONS BY MR. LAIRD:
20          Q     Okay.  I am just going to have a few,
21    kind of, follow-up questions.
22          A     Okay.
23          Q     You mentioned when you were up on the
24    -- at the OPs, both on City Hall and when you were
25    by the police headquarters, your job was to then,
```

JOSHUA BECHERER  2/28/2019

Page 101

```
 1    basically, report behavior that you saw for the
 2    safety of the officers on the ground?
 3         A     Correct.
 4         Q     Would this include anything that you
 5    saw that would be property damage?
 6         A     Correct.
 7         Q     Let's start on the 15th.  You were at
 8    City Hall all day; right?
 9         A     Yes.
10         Q     During the daytime?
11         A     Yes.
12         Q     From that vantage point, did you see
13    anybody in the crowd engage in any property
14    destruction?
15         A     Yes.  When the crowd was at --
16    towards old headquarters, at Clark and Tucker they
17    were destroying a police car there, so we, of
18    course, passed that information up and then, you
19    know -- then CDT arrived.
20         Q     Did you see -- did you see anybody in
21    the crowd throwing any objects towards police
22    officers that day?
23         A     Yes, once the -- at that
24    intersection, once the CDT team arrived, there were
25    individuals throwing water bottles and glass
```

JOSHUA BECHERER  2/28/2019

 1   bottles and rocks at the CDT line.

 2        **Q      Had the CDT officers engaged with the**

 3   **protestors at all before anything was thrown at**

 4   **them?**

 5        A     No, they were just forming up, you

 6   know.

 7        **Q      From your vantage point at City Hall**

 8   **that afternoon, did you hear dispersal orders being**

 9   **given?**

10        A     Yes.

11        **Q      How many times?**

12        A     Numerous minutes.  You know, it gets

13   to a point where the dispersal order is almost a

14   repeating thing; they are just continually --

15   continually broadcasting it.

16        **Q      And then I'll ask the same question.**

17   **Moving forward then to Sunday when you were up on**

18   **the OPs by police headquarters, did you witness any**

19   **property destruction that time on that occasion?**

20        A     On that occasion, no.  I was just --

21   I was made aware of the property destruction

22   because I could hear it being broadcast on the

23   radio, but I didn't actually see any property

24   destruction that day.

25        **Q      And did you see anybody, any**

JOSHUA BECHERER  2/28/2019

1   **protestors throwing any objects at police from**

2   **police headquarters on Sunday?**

3        A     Not that I recall, no.

4        **Q     Then you said later that night after**

5   **you had been initially released -- this is still**

6   **Sunday the 17th -- you had been initially released**

7   **and then told to come back?**

8        A     Correct.

9        **Q     Where did you report to?**

10       A     We went back to -- I went back to

11   where we had originally been, which was by the

12   library.  And I don't even remember who directed us

13   down Tucker from there but they said -- somebody

14   said, hey, everybody's down at Washington and

15   Tucker.

16            So I kept driving past the -- the

17   library and got down into the crowd of cars, all

18   police vehicles at -- that were on Tucker and I

19   parked right there at Olive and Tucker and walked

20   down from there because there were so many cars,

21   you couldn't drive down there.

22       **Q     And at the time, this encircling**

23   **tactic we've been calling kettling, was it ongoing,**

24   **were officers pushing into the crowd at this**

25   **moment, or it was completed when you left?**

JOSHUA BECHERER  2/28/2019

```
 1        A     I didn't see any officers pushing
 2   into the crowds.  Like I said, there was -- like we
 3   could just walk up from the south; there wasn't
 4   like a line of people.  The line of officers that
 5   were to the north, they were just watching that
 6   crowd that was up towards that gas station that's
 7   up there.
 8              Then there was the clump of people
 9   seated on the ground over towards -- I think that's
10   -- there's a pizza place on that corner and then
11   there was various other people that were just kind
12   of walking around the middle of the intersection.
13   And, you know, they were more or less just being,
14   dude, just get out of here.  Everybody was focusing
15   on those people that were sitting down.  There were
16   a lot of people there that were just being told
17   like a simple, dude, just get out of here.  Just
18   go.
19        Q     So not police officers, just other
20   people?
21        A     Just other people in general, you
22   know, because it -- when we got there, the focus
23   was on -- it seemed like all the CDT officers,
24   their focus was on the people that were sitting on
25   the ground with their arms interlocked.
```

JOSHUA BECHERER  2/28/2019

 1      **Q      With each other?  Their arms, the**
 2  **people on the ground --**
 3      A      Yeah, I mean, that was like -- they
 4  were, you know -- that's like the -- I guess that's
 5  one of their tactics, you know, they'll like sit
 6  down and just interlock their arms and it's not
 7  like a violent tactic by any means, but it just
 8  makes it more difficult for them to be separated
 9  and placed in flex cuffs and stuff like that.
10      **Q      Were they still issuing dispersal**
11  **orders when you arrived?**
12      A      I mean, I thought so.  I guess they
13  could have stopped.  I could be remembering it
14  wrong but it seemed like -- like I said before, it
15  seemed like the dispersal order is -- once they
16  start giving it, it seems like they never stop; it
17  just goes and goes and goes.
18      **Q      We talked about what it means to**
19  **disperse a little bit.  If you're in a -- if you're**
20  **-- if you're giving a dispersal order to a group of**
21  **protestors on the street and a couple of them move**
22  **over to the sidewalk from the street, would you**
23  **consider that having dispersed?**
24      A      If they're being told to disperse the
25  area, which is what they're being told to do during

JOSHUA BECHERER  2/28/2019

Page 106

1    the dispersal orders, no, I wouldn't consider that

2    complying.  Now, if they're being told they're

3    impeding the flow of traffic and those things, then

4    that would be complying with that, but not with the

5    general dispersal order that's given, commonly.

6          **Q     Then just very briefly, we talked**

7    **about the protests that were happening at Page and**

8    **Walton prior to the Stockley protests?**

9          A    Yes.

10         **Q     You mentioned that things like bricks**

11   **were being thrown at officers?**

12         A    Yes.

13         **Q     Was anything else being thrown that**

14   **night?**

15         A    They were making Molotov cocktails.

16   They didn't actually throw any of them but they

17   were making them.  They were -- one of the -- they

18   were further back in the intersection and there was

19   a crowd of people that were filling the bottles,

20   and you could see them lighting them but none were

21   actually thrown at officers.  That was squashed

22   before it escalated to that level.  And they were

23   throwing bottles and -- it was primarily rocks and

24   bottles.

25         **Q     Okay.  When you're up -- as an**

JOSHUA BECHERER  2/28/2019

1    **example, when you're in City Hall and you're**

2    **looking down on Friday the 15th, in your -- and**

3    **you're giving your reports of what it is you're**

4    **seeing, are you giving -- is it -- so for example,**

5    **if you're seeing things being thrown at officers,**

6    **you're reporting that?**

7         A     Correct.  I'm reporting that and I'm

8    saying -- giving a description of who did it.

9         **Q     Okay.  Was it happening at a clip**

10   **that you could describe each person who was**

11   **throwing objects?**

12        A     I mean, for the most part, yes.  And

13   then you got to think there's multiple sniper OPs

14   where -- there's other snipers giving descriptions

15   too.  So we would almost section off the crowds,

16   you know, to where I was going to watch the western

17   edge.  Let's say, I was going to watch the western

18   edge of the crowd, so I would just be reporting

19   everything I saw on the western edge of the crowd;

20   and another guy would be responsible for the center

21   of the crowd; and another guy would have the

22   eastern edge.

23             But yeah, I tried to be as detailed

24   as possible.  That did little to stop it from

25   happening again.  If you didn't pass up a detailed

JOSHUA BECHERER  2/28/2019

1   description of who it was throwing it, then the

2   information was kind of worthless.  That doesn't

3   mean they were able to apprehend all those people,

4   because they certainly weren't, but they would make

5   that effort to apprehend those people.

6        **Q      Okay.**

7              MR. LAIRD:  I don't have anything

8   further.

9              MS. STEFFAN:  I just have a couple

10  follow-ups from the questions.

11        A    Sure.

12                    RE-EXAMINATION

13  QUESTIONS BY MS. STEFFAN:

14        **Q      You described seeing some people**

15  **destroying a police car near Park and Tucker?**

16        A    Yes, ma'am.

17        **Q      That's when you were in your OP?**

18        A    Yes.

19        **Q      How many people were destroying the**

20  **police car?**

21        A    I mean, I only remember one

22  specifically.  There was somebody standing on the

23  hood, stomping out the windshield, and then there

24  was a crowd around it, but it's -- I -- like we're

25  looking into these crowds with all our observation

JOSHUA BECHERER  2/28/2019

Page 109

1    devices, but when they're mixed in with this huge

2    crowd like this, it's hard to see what one

3    individual person is doing.  Now, like -- because

4    there's tons of times stuff's thrown into a crowd

5    and I can't determine who did it.

6              Now, some people will have themselves

7    out from the crowd while they're throwing stuff, so

8    they can get like a running throw.  Those are

9    people that are easy to -- so to answer your

10   question, the only person I remember seeing

11   actually destroy it was the person who was standing

12   on the hood.  I don't know if they apprehended that

13   person or not.  And I don't know if there was

14   anyone else ground level around it destroying it

15   because the crowd around the police car was just

16   too heavy to be able to tell.

17        Q    Could you estimate the size of the

18   crowd around the police car?

19        A    30 to 50 people, probably.  It was a

20   good size crowd.

21        Q    Is that the kind of -- like, do you

22   have training on estimating crowd sizes?

23        A    I mean, no, not specifically, no.

24        Q    When you are in an OP, are you

25   recording video?

JOSHUA BECHERER  2/28/2019

```
 1        A     No.

 2        Q     You have other observation equipment;

 3   right?

 4        A     Correct.

 5        Q     What do you have?

 6        A     So we have our primary -- our primary

 7   tool -- now, we're not actually allowed to be on

 8   it, but our sniper rifle with the sniper scope on

 9   it, that's our primary tool.  That would be set up

10   on a tripod and it's there to be used if we had to

11   go to a lethal type situation.

12            Now, we're not actually allowed to

13   observe the crowd through that because then you're

14   actively pointing a weapon at a crowd that's not

15   necessarily hostile yet.  So we have to observe

16   from our spotting scopes, which is another scope

17   that is on a tripod and that's all it is is a site.

18   And then there's also binoculars to be used by the

19   -- like the guys that are not on the spotting

20   scopes, they are using binoculars.

21        Q     So your equipment is sort of

22   magnifying equipment?

23        A     Yes, ma'am.  And the only thing that

24   really limits that equipment is like the density of

25   the crowd, if you will.  That's why I say, there's
```

JOSHUA BECHERER  2/28/2019

1    parts where the crowd is so thick that you can see

2    there's something going on, but it's -- even with

3    that magnification power, it's hard to say what is

4    actually happening just because the crowd is so

5    dense.

6         **Q      Mm-hmm.  I think you said that at the**

7    **protest in 2015 at Walton and Page there were**

8    **people making Molotov cocktails?**

9         A      Yes, there were.

10        **Q      Is that something you saw?**

11        A      Yes.

12        **Q      Was that on Page?**

13        A      They were at the intersection.

14        **Q      Like Page and Walton?**

15        A      Yeah.  So they -- when that clash was

16   going on, we were, at least when that incident

17   happened, we were not actually in the intersection;

18   we were a ways back, going eastbound down Page, and

19   those guys -- so I don't know how familiar with

20   that intersection you are, but there's like a

21   vacant field right there at the -- that would be

22   the southeast corner of the intersection -- and

23   they were in that field next to like a large dead

24   tree.  And that's where they were.

25               Like they were all on their knees;

JOSHUA BECHERER  2/28/2019

1   you could see them, they were filling the bottles,

2   they were trying to light the wicks, and they never

3   actually got to the stage of throwing them because

4   they were dispersed, but that's where they were at

5   when they were doing that.

6        **Q      You said that on the 15th, so the day**

7   **that the Stockley verdict was issued, you heard**

8   **many dispersal orders to the point where it had**

9   **gotten to be a repeating thing?**

10       A      Yeah, I mean, they're just -- they're

11  continually -- once they start giving it, they are

12  continually giving it.

13       **Q      And is that at -- was that when you**

14  **were in your OP?**

15       A      That was both at the OP and then, you

16  know, on the ground over -- when we were over on

17  Euclid.

18       **Q      Okay.**

19       A      As well as, you know -- well, I guess

20  -- yeah.  So then that goes -- so -- yeah.  So the

21  15th, yes.  So from the OP, you know, point in

22  times I definitely remember hearing that was when

23  they were like over here by police headquarters and

24  then, again, like I said, on Euclid and in that

25  cul-de-sac.

JOSHUA BECHERER  2/28/2019

1      Q     When you heard those repeating

2  dispersal orders from the OP, could you tell what

3  the basis for the orders was?

4      A     I mean -- I mean, really, by the

5  time, at least in both of those encounters, like

6  the crowd had become violent at both of those times

7  because, you know -- obviously, I already talked

8  about the stuff that was going on here in front of

9  police headquarters and then -- so when they were

10  in that cul-de-sac prior to us being told to push

11  them down towards Euclid, they had thrown some

12  stuff at the CDT officers.

13          And I know one female got injured and

14  some other guy got injured.  And that was what

15  basically started the whole, you need to disperse.

16  So I would assume it was just because of those --

17  because it had turned into a violent situation

18  versus just the protesting.

19      Q     Okay.  At -- so concentrating on the

20  conduct of the crowd that you could see from your

21  OP, I think you just said that the crowd had turned

22  violent; is that right?

23      A     When they were over here?

24      Q     Yes.

25      A     Yes.  When they were over here by old

JOSHUA BECHERER  2/28/2019

1   police headquarters, it had turned violent.  They

2   were not violent when they were in front of the

3   courts building.  The crowd that was over here

4   destroying the police car and then CD -- so like we

5   saw that and there was no CDT on the ground.

6           We reported that up and then CDT came

7   to that location and was getting off the buses and

8   that's when people started throwing stuff at them.

9   And as they're forming a line, you know, and

10  getting into their formations, they're having all

11  this stuff thrown at them.  So there was dispersal

12  orders going on there and that was when I saw it

13  getting violent down here.

14      **Q     I'm trying to understand, when you**

15  **say the crowd is "getting violent," are you talking**

16  **about throwing things?**

17      A     Yes, ma'am.  That's what I consider

18  getting violent.

19      **Q     And the person standing on the police**

20  **car?**

21      A     Yes.

22      **Q     Did you see the BRT, the Bike**

23  **Response Team, when you were at your OP?**

24      A     Yeah, they were here -- they were at

25  the old police headquarters.

JOSHUA BECHERER  2/28/2019

Page 115

1        Q      What did you see them do?

2        A      I don't really recall.  I mean, I

3    know they were there.  Because they do all kinds of

4    goofy things on their bikes that, you know -- and I

5    remember seeing them like forming a line with their

6    bikes and stuff, but that's about all I

7    specifically remember seeing them do.

8              Because the -- it seemed like the

9    real clash between protestors was with the CDT

10   team.  There may have been some type of clash with

11   the bikes, I just don't know about it.

12       Q      I think you said -- so thinking back

13   to the kettle or the encircling technique -- we all

14   know what that means at this point -- earlier you

15   had said that there were -- when you arrived at

16   that scene, there were a group of civilians sitting

17   on the ground, right, and then there were some

18   civilians engaging with the north line?

19       A      Yes.

20       Q      And I think, now, you've said also

21   there were some civilians walking about?

22       A      Yeah, there were just -- there were

23   just a handful of people that -- they weren't doing

24   anything.  They were just kind of there.  And they

25   were being told, like, just get out of here, you

JOSHUA BECHERER  2/28/2019

1    know.  They weren't -- like they weren't aggressing

2    anyone, they weren't standing, like -- like that --

3    the people that were on the ground, like that's

4    their passive/aggressive way of we're not going to

5    leave.  Like they sit down and interlock arms.

6    Those people like -- they go into that, like

7    prepared to go to jail.  They know they're going to

8    go to jail for that.

9           These other people walking around, it

10   wasn't very many, just a handful.  I can't speak

11   for what they were doing, but, I mean, they could

12   have just been onlookers or maybe they were

13   protestors and didn't want to get in trouble.  They

14   weren't doing anything to anybody; they were just

15   there, still in the intersection.  They were told

16   to just get out of there.

17       Q     Had they come up from the south like

18   you had?

19       A     No, I doubt it.  I didn't see them

20   come up from the south.  They were -- they were

21   there when I got there.

22       Q     Okay.

23       A     It was all police to the south so I

24   don't think anybody would have come up from there.

25       Q     Okay.  And were they arrested?

JOSHUA BECHERER  2/28/2019

Page 117

```
 1        A      No, not that I saw, no.
 2        Q      Did you see them leave?
 3        A      Yeah.
 4        Q      Where did they go?
 5        A      Just the people I remember seeing
 6   leave, they went eastbound down Washington.  Like I
 7   said, it was just a small amount of people.
 8        Q      I think you said a handful.  Do you
 9   mean like five or ten?
10        A      Yeah.  Yeah.  The concentration --
11   what it seemed to me like the police were focused
12   on was that group of people sitting on the ground,
13   and that was a large group and, you know, they --
14   that was what they seemed to be dealing with.
15        Q      I think you said that when you had
16   gotten released and then told to come back to that
17   intersection, you came with another officer?
18        A      Yes.
19        Q      Who was the other officer?
20        A      Nick Manasco.  He was who I was -- I
21   was with him because I was giving him a -- once we
22   got originally released, I was taking him back to
23   his car.  So we were just together when we came
24   back because we ended up not getting his car
25   because we got called back.  So that was how we
```

JOSHUA BECHERER  2/28/2019

1    ended up walking up to the intersection together.

2         Q     **And did he essentially do what you**

3    **did, sort of stand around and wait to be told what**

4    **to do?**

5         A     We just stood there, yeah.

6         Q     **Did you or Officer Manasco tell those**

7    **handful of civilians to get out of there?**

8         A     No, we didn't tell them anything.

9    And I don't even know who it was.  I just vaguely

10   remember them being directed to just leave, like

11   they weren't, you know -- they weren't --  nobody

12   was trying to arrest them or anything like that.

13        Q     **You -- as part of your SWAT uniform,**

14   **you're issued a helmet; is that right?**

15        A     Yes, ma'am.

16        Q     **Is that your personal helmet?**

17        A     Yes.

18        Q     **Does it have some kind of a**

19   **identification number on it?**

20        A     On the helmet?

21        Q     **Yeah.**

22        A     No, on our helmets we just wear our

23   blood type and then, like I had my name on it but I

24   don't have -- it doesn't have any identification

25   numbers or anything.

**JOSHUA BECHERER  2/28/2019**

 1          Q      Is your name like printed on it?

 2          A      It's on a nametag.  It Velcros on

 3     there, like a fabric nametag.

 4          Q      Are you familiar with the CDT

 5     equipment?

 6          A      For the most part, yeah.

 7          Q      And there are CDT helmets as well?

 8          A      Yes, they have a different type of

 9     helmet, but yes.

10          Q      Did their helmets have identification

11     numbers?

12          A      I don't think so.  I think they just

13     wore their identification on their vest.  I could

14     be wrong about that, but I don't recall ever seeing

15     anybody's name on their helmets.  That was just the

16     SWAT -- the unit's rule; you had to have your name

17     on your helmet, so that was why we did that.

18          Q      Do you know whether CDT officers have

19     their own personal helmets or whether the equipment

20     is shared?

21          A      I mean, it's -- well, each officer

22     should be issued a set of CDT equipment for them.

23     Like they wouldn't share it with another officer;

24     that would just be theirs for the time they're on

25     the CDT team, to my understanding, anyway.

JOSHUA BECHERER  2/28/2019

     1                    MS. STEFFAN:  I think that's all I

     2      have.

     3                    MR. LAIRD:  Nothing further.

     4                    THE REPORTER:  Signature?

     5                    MR. LAIRD:  So you have the right to

     6      review the transcript, look it over, and if you

     7      think that there's anything that's been transcribed

     8      improperly or anything like that, you can have that

     9      corrected.

    10                    THE WITNESS:  I'll waive it.

    11                    THE REPORTER:  What format do you

    12      like your transcripts in?

    13                    MR. LAIRD:  E-tran.

    14                    MS. STEFFAN:  E-tran.

    15                    (Wherein, the taking of the instant

    16      deposition ceased at 12:03 p.m.)

    17                    (By agreement between Counsel and

    18      with the consent of the witness, the signature is

    19      expressly waived.)

    20

    21

    22

    23

    24

    25

JOSHUA BECHERER  2/28/2019

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4             I, TARA SCHWAKE, a Registered
 5    Professional Reporter and Notary Public within and
 6    for the State of Missouri, do hereby certify that
 7    the witness whose testimony appears in the
 8    foregoing deposition was duly sworn by me; that the
 9    testimony of said witness was taken by me to the
10    best of my ability and thereafter reduced to
11    typewriting under my direction; that I am neither
12    counsel for, related to, nor employed by any of the
13    parties to the action in which this deposition was
14    taken, and further that I am not a relative or
15    employee of any attorney or counsel employed by the
16    parties thereto, nor financially or otherwise
17    interested in the outcome of the action.
18
19
20    _____
21             Notary Public in and for
22             The State of Missouri
23
24
25
```

JOSHUA BECHERER  2/28/2019

**A**

a.m 5:13
ability 7:10,14
 121:10
able 43:4 44:5
 44:8 48:7
 58:21 63:5,14
 108:3 109:16
abreast 37:16
absolutely
 49:22 76:4
 77:23 83:19
 93:11
academy 14:3
 75:20 93:22
access 22:5
ACLU 4:3
acting 28:11
action 1:6 3:6
 121:13,17
actions 11:4
actively 110:14
actual 10:12,17
 10:24 12:6
 13:7 20:4,7
 23:12 42:17
 54:22 66:21
 73:10 74:4
 78:13 99:2
adamant 48:12
addition 29:16
additional
 100:2
administrative
 16:11
Affairs 11:7
affect 7:10,14
 77:11
after-action
 22:4 25:24
 26:5 68:18
after-actions
 44:8
afternoon 3:15
 102:8
age 5:9

agents 69:13
 90:4,25 99:9
aggress 94:8
aggressing
 116:1
ago 68:23
 98:20
agree 26:16
AGREED 5:1
agreement
 120:17
ahead 6:20
 37:23 78:20
 79:12 99:17
Ahmad 1:4 3:4
 5:19 97:23
 98:2,4,11
air 6:25 18:1
 48:9
Alaris 4:20
allegations
 10:20,21
alleyway 41:8
allow 76:11
allowed 76:24
 82:1 83:24
 110:7,12
amendment
 75:18,21 76:2
amount 117:7
Amy 4:16
anniversary
 21:19
answer 6:21 7:2
 12:7 66:8
 67:21 75:2
 77:14,15 109:9
answered 7:1
answers 88:19
anticipate
 67:22
anticipated
 27:11 28:5,22
 28:23 83:10
anybody 39:23
 41:21 53:18,23
 66:21 86:14

86:22 93:3
 101:13,20
 102:25 116:14
 116:24
anybody's
 119:15
anymore 22:5
 49:21 85:12,19
 91:19 98:6,16
anyway 27:5
 119:25
appearance
 82:24
APPEARANC...
 4:1
appears 121:7
apples 78:4
applied 24:11
applies 91:16
apply 91:19
apprehend
 108:3,5
apprehended
 109:12
apprehensive
 84:4
appropriate
 93:21,24 94:11
approximately
 26:22 31:2
 65:10
area 32:3 47:15
 58:18 67:25
 74:15,18 78:8
 79:14 82:11,14
 85:11 105:25
armed 51:7
 53:2,15
armored 25:21
armory 18:16
arms 54:2 61:9
 63:18 104:25
 105:1,6 116:5
array 17:7
arrest 41:4,16
 58:14 74:6
 89:21,23

118:12
arrested 56:8
 57:5 76:20
 116:25
arrestees
 65:24 66:2,6
arresting 55:7
 55:23 57:2
arrests 15:9
 56:5 59:7
 60:14,22,24
 63:9,11 65:20
 76:13
arrived 60:20
 62:15 65:11
 101:19,24
 105:11 115:15
Arsenal 83:9,14
 84:18,22
 85:21,23 86:3
aside 15:22
asked 6:22
 68:22 80:23
 81:2,5
asking 6:20 7:7
 67:12
aspect 67:22
aspects 17:12
 19:4 66:19
assemble 96:17
assembling
 74:2
assembly 92:5
assess 33:5
assigned 28:9
 29:14 47:12
 93:4,6
Assistant 4:15
assume 28:4
 39:19 45:13
 52:15 55:7
 72:8 77:20
 84:14 88:11
 113:16
assumed 64:17
 64:23
assuming

56:23
assumption
 37:5 64:15,16
attended 19:25
 19:25 92:13
 95:18
attention 94:7
attitude 59:17
attorney 121:15
attorneys 5:18
August 8:1
 69:15
authoritative
 24:7
Ave 78:25
Avenue 48:24
 55:11 56:14,17
 56:22
aware 13:21
 15:6 102:21

**B**

B-e-c-h-e-r-e-r
 5:25
back 15:15 20:5
 41:18 42:3,8,9
 43:6,19 44:21
 45:1 46:20,21
 49:15,25
 57:18,22,22
 57:23 58:3,15
 59:21 64:10,13
 64:20,22,23
 65:4,6 67:17
 67:17 68:14
 73:21 78:15
 78:22 79:7,15
 80:7 85:2,3
 87:17 97:16
 98:23 100:3
 103:7,10,10
 106:18 111:18
 115:12 117:16
 117:22,24,25
bad 78:4,4
bag 16:22
Ball-Bey 69:17

JOSHUA BECHERER  2/28/2019

Ball-Bey's 97:18
banter 95:6
barricaded 17:23
based 74:2
  77:8 91:20
  93:23
basically 20:21
  24:21 37:13,15
  37:17 47:12
  50:8 54:12
  61:9 73:24
  84:21 85:2
  86:11 89:20
  96:16,19 101:1
  113:15
basis 113:3
bean 16:22
BEAR 25:20
  33:18 34:10,12
  34:14,14,15
  42:6,10 55:3
  56:4 58:12
  70:7,8 72:3,3
  72:10 73:4,8
  73:16,17,20,21
  80:20 84:17
  85:20,24,25
  86:5,17 87:1,4
  87:11,15,22
  88:2
Becherer 1:16
  2:5 3:12 5:8
  5:24
began 85:12
beginning
  14:25 15:1
  43:20 72:22
BEHALF 1:17
behavior 101:1
belief 79:4
  88:24 93:1
believe 10:21
  63:10 72:21
bench 87:20,23
best 51:22
  59:17 77:16

81:2 121:10
better 67:4
  89:7
Bi-State 58:19
big 16:1 25:21
  64:7
bigger 93:10
biggest 45:24
Bike 114:22
bikes 115:4,6,11
binoculars
  28:15 110:18
  110:20
bit 58:3 105:19
black 60:5,8,9
  60:9
blank 71:16
blanket 77:22
block 76:10
  77:4 82:19
block's 62:1
blocked 35:1
  76:23
blocking 74:20
blocks 36:4
  83:18
blood 118:23
blue 60:8,9
blurred 40:9
body 21:2
  42:20
bottle 54:7
bottles 53:19
  101:25 102:1
  106:19,23,24
  112:1
Brandon 4:14
break 6:24 7:3
  69:5,7 78:23
  85:14 99:19
breaking 37:24
  39:18,23,25
  44:17 56:22
  74:5 75:11,13
  84:12 96:24
bricks 33:25
  41:1 71:2,17

106:10
briefly 8:12
  96:17 106:6
bring 52:6
broadcast
  102:22
broadcasting
  102:15
broke 49:3,6
broken 40:1,4
  40:10,13 54:18
brought 33:18
Brown 12:14
  15:2
BRT 114:22
bruise 20:24
bucket 46:13
building 31:10,11
  46:11,21,24,25
  49:4 114:3
bulk 51:4
bullets 16:22
  20:17 21:4
burn 58:21
burning 94:6
buses 58:19
  114:7
business 35:14
————————
C
call 7:23 15:3
  28:12 39:20
  53:2 95:12,16
called 20:19
  33:9 53:25
  59:20 71:8
  87:12 92:19
  96:6 117:25
calling 103:23
calls 75:1
canister 86:10
canisters 86:15
canned 41:1
capacity 10:7
  24:23 28:20
  97:4
car 25:21 57:14

101:17 108:15
  108:20 109:15
  109:18 114:4
  114:20 117:23
  117:24
carried 20:13
carry 24:19 51:8
carrying 51:11
  53:16,23 54:4
  65:19
cars 36:25 49:4
  59:3 103:17
  103:20
case 5:18,20
  10:11,12 15:17
  65:7 97:22
caused 56:7
  78:24
causing 77:10
  77:24
CCR 4:19
CD 114:4
CDP 1:7 3:7
CDT 13:5,6 15:4
  15:9,18,24
  24:20 25:4
  33:13,23 34:6
  34:7 35:17
  36:1,17 39:7
  42:24 44:19
  44:20 48:3,6
  55:11,25,25
  56:2,13,17,19
  56:23,25 58:1
  58:13,17 59:7
  61:24 62:1,3
  71:6 92:9,12
  92:15,17 93:2
  93:10,12,16
  94:16 95:17
  101:19,24
  102:1,2 104:23
  113:12 114:5,6
  115:9 119:4,7
  119:18,22,25
ceased 120:16
center 87:16,24

107:20
Central 32:9
  97:14
certain 17:21
  19:12 22:6
  38:14 71:25
certainly 52:17
  108:4
CERTIFICATE
  121:2
Certified 3:18,19
  3:19 5:4
certify 121:6
chain 28:2
  47:20 82:23
Chambers
  73:14
chance 38:17
change 13:16
  22:17,19 23:15
  23:20 24:11
changed 15:11
  22:13 23:8,12
  23:25 24:16
  93:6
changes 22:17
channel 38:13
  38:19,20,22
  39:3,7 47:24
  48:2,6,9,11
channels 39:1,5
  39:8 48:12
charge 71:24
chase 41:14,15
chasing 41:21
check 99:15
chemical 15:20
  16:14,15,20,20
  16:25 17:2,8
  17:25 18:2,6
  18:10,14,15
  19:4 20:10,12
  24:4 42:12
  45:11 54:10
  60:17 69:13,19
  69:22 70:7,10
  70:20,25 72:4

JOSHUA BECHERER  2/28/2019

72:6,12,19,25
74:6 80:10
83:4,25 85:4
85:17 86:18
90:4,25 99:8
**chemicals** 17:21
**Chief** 84:1
**Chouteau** 89:16
**chronological**
26:10
**church** 83:18
**city** 1:7 3:7,15,16
4:10,11,15 5:19
9:21 12:20
21:17 30:18
31:13,17 44:23
45:1 71:9
97:23 100:24
101:8 102:7
107:1
**civil** 1:6 3:6 13:3
26:6 43:23
**civilians** 60:21
61:16 63:1
66:13 115:16,18
115:21 118:7
**Clark** 101:16
**clash** 71:10
111:15 115:9,10
**clashing** 42:24
**class** 20:7
**classroom** 19:21
**clear** 14:2 21:15
24:13 34:3,17
**clearing** 35:17
**clearly** 75:13
**clip** 107:9
**clump** 104:8
**cocktails** 89:11
106:15 111:8
**Colonel** 41:3
**combative** 94:4
**combination**
37:14 50:8
74:7
**come** 19:17
20:5 27:1,3,4

27:12 42:17
43:20 46:9
64:22,23
78:22 79:15
103:7 116:17
116:20,24
117:16
**comes** 20:23
38:12 67:17
70:14
**coming** 40:25
79:7
**command** 23:3
24:9 27:21
28:2,16 47:8
47:20 82:23
84:7 95:4
99:4
**commander**
22:22 23:4,14
23:18 24:1,2
24:15 29:22
33:2,9 37:3
49:9 95:19
**commander's**
24:23 81:14
82:4
**commanders**
13:22 15:20
26:2 70:6
**commands**
25:10
**commenced**
5:13
**commonly**
86:16 106:5
**communicated**
23:9
**communicati ...**
99:4
**completed**
103:25
**completely**
31:25 55:17
58:1 71:9
82:22 85:13
**complicated**

80:24
**complied** 91:24
**comply** 78:11
79:14
**complying**
106:2,4
**Compton** 91:4
**concentrating**
28:3 113:19
**concentration**
117:10
**conclusion**
75:2
**conditions** 7:13
9:17
**conduct** 52:22
53:17 93:5
113:20
**conducting**
76:17
**confusing**
78:25
**congregate**
74:16
**congregating**
74:19
**consent** 120:18
**consider** 16:19
105:23 106:1
114:17
**considered**
16:25
**contact** 47:13
67:18
**contained**
20:21 21:1
**context** 94:11
**contingency**
15:19
**contingent**
56:24
**continual** 73:5
**continually**
73:11 102:14,15
112:11,12
**continue** 28:12
**continuing**

75:24
**control** 61:23
**controlling** 59:7
**conversation**
23:16 84:10
**conversations**
23:23 24:8
**cooked** 49:22
**cop** 75:8
**copies** 28:2
**coppers** 71:17
95:7
**corner** 30:21
41:1 104:10
111:22
**correct** 7:19
9:19 13:11,21
14:13,17 16:12
17:14,18 22:12
29:17,23 31:14
39:14 40:21
42:14 47:7
49:11 54:20
59:9 61:19
62:25 63:19
63:24 64:11
65:20 68:16
70:18 78:9
81:24 84:1
87:2,21 88:24
92:14 95:3,23
101:3,6 103:8
107:7 110:4
**corrected** 120:9
**correctly** 61:15
87:19
**counsel** 5:2,2
9:21 120:17
121:12,15
**counseling**
99:8
**Counselor** 4:15
**couple** 20:2
31:10 33:25
41:13 46:8
99:15 100:2
105:21 108:9

**course** 20:4,5
77:23 94:22
100:12 101:18
**court** 1:1 3:1,19
4:18 6:2,16
97:22 98:1
**courthouses**
30:20 31:1
**courts** 98:5
114:3
**cover** 49:21
**created** 92:15
**crime** 35:10
**critical** 95:9
**critique** 26:5,5
68:24
**crowd** 15:18
28:14 32:2
36:4 37:21,22
39:12,15 44:4
45:2 46:16,19
46:23 47:6
49:10,12,25
50:3,4,8,20
51:19 52:20,21
53:4,14 54:14
56:1 57:18,20
61:2 64:17,20
64:23 66:22
67:8,12 70:9
70:11,16,24
71:10,19,22,25
72:9 76:16
88:18 96:18
101:13,15,21
103:17,24
104:6 106:19
107:18,19,21
108:24 109:2
109:4,7,15,18
109:20,22
110:13,14,25
111:1,4 113:6,20
113:21 114:3,15
**crowded** 58:1
**crowds** 15:9
31:6,22 35:21

JOSHUA BECHERER  2/28/2019

35:24 44:5
51:6,9,21
53:13 76:22
77:10,24 85:5
88:12 104:2
107:15 108:25
**CRR** 4:19
cruiser 66:3
90:2
**CSR** 4:19
**CTS** 19:23 20:1
20:4,7
cuffs 61:11 105:9
cul-de-sac
33:12 34:4,8
34:15,18,21,25
35:12 37:12
112:25 113:10
custody 55:8,21
61:23

**D**

D 2:1
damage 76:17
77:1,10,17
78:23,25 79:1
84:14 101:5
damages 19:17
dang 40:8
Daniel 5:24
dark 55:17 64:6
Darren 21:23
day 3:13,15 8:21
18:8 26:16,19
27:1,7,8 31:9
31:10,12,15
32:1,6,12,19
43:10,12,17,18
44:2,10 45:14
45:20,21,23
45:24,25 46:1
46:5,7,15
50:23 53:13
79:21 95:12,16
95:22 101:8
101:22 102:24
112:6

daylight 48:20
days 12:5 31:24
31:25 45:20
81:10
daytime 101:10
dead 111:23
dealing 55:11
56:13,17,23
57:1,4 58:14
93:8 117:14
deals 18:17
dealt 51:3
death 69:16
97:18
debriefing 43:9
68:17
December 80:1
decision 34:1,3
41:6,15 70:20
70:23 72:6,8
77:3,6
decisions 42:1
deeper 75:14
Defendant 1:8
3:8 4:9 5:3
definitely 78:2
96:12 112:22
Delmar 44:17
45:1 78:25
dense 111:5
density 110:24
department
3:16 4:10 7:18
8:1,15 11:16
12:3 14:6 18:11
18:14 46:4,12
46:15,17,22
46:23 71:6
75:17 95:1
98:14 100:5
dependent
22:24
deploy 15:8
22:2,10,15
42:11,22 45:10
69:13,22 70:7
70:20 72:6,25

80:9 83:4,24
85:20 88:22
deployed 15:21
20:9,11 21:7
30:9 69:20
70:1 72:13,20
81:4,4,7,14,16
82:2 84:16
86:5,11
deploying
20:15 22:13
70:12 72:4
81:22 85:4
86:18
deployment
70:25
deposed 5:20
6:4,7
deposition 1:16
3:11 5:3,13
6:12 9:23
120:16 121:8
121:13
depositions
10:15
describe 17:19
107:10
described
108:14
describing
98:19
description
51:10 53:5
107:8 108:1
descriptions
107:14
designated
28:25
destroy 109:11
destroyed 68:1
destroying
101:17 108:15
108:19 109:14
114:4
destruction
101:14 102:19
102:21,24

detailed 107:23
107:25
detective 8:5,13
12:1
detectives
29:12
determine
109:5
Devereux 10:11
devices 109:1
difference 17:6
17:9 96:14
different 17:6,8
17:16,24 18:6
18:10,18,21,22
25:9 31:11
39:8,8 47:14
48:7 52:10
59:3 70:14
71:4 96:19
119:8
difficult 105:8
directed 14:21
14:22 90:19
103:12 118:10
directing 88:2
direction 38:12
51:16 65:3,5,8
71:25 121:11
directions 37:16
directly 23:11,14
disciplined 11:19
11:22
discretion
22:21,24 23:2
23:7 24:15,23
82:4
disobedience
13:3 26:6
43:24
dispersal 73:2
73:4,7,9,12,19
73:22 74:8
78:7,11 79:15
91:24 102:8,13
105:10,15,20
106:1,5 112:8

113:2 114:11
disperse 15:9
33:24 35:24
37:21 39:12,16
74:5,14 78:18
91:23 105:19
105:24 113:15
dispersed 36:4
36:7 45:9
85:7,10
105:23 112:4
dispersing
37:22
disregarded
41:18
disseminated
27:24 28:1
distance 43:2
61:25 62:1
85:1 88:17
distinctly 23:23
24:8 52:8
district 1:1,2 3:1
3:2 36:25
82:17 83:11
districts 71:8
division 28:17
document
29:18 81:16
documentation
29:3,5,20
99:2
documented
80:18
Dodge 24:1,7
81:2 84:10
doing 22:7
29:19 33:15
40:3 41:22
45:6 50:16
52:20,21
56:19 58:2
59:18 63:9,11
65:2,2 66:10
67:5 70:24
74:18,19 75:8
76:11,15 78:3

JOSHUA BECHERER  2/28/2019

84:4 89:3
96:17 109:3
112:5 115:23
116:11,14
door 87:17
Dotson 84:2
doubt 116:19
dozen 18:11,12
18:13,18
dragon 53:25
drive 68:15
97:5 103:21
driven 50:5
driver 73:21
drives 70:9
73:16,17
driving 50:15
73:20 103:16
drop 57:16
86:12
dropped 86:25
dropping 86:8
drove 70:22
72:7
drugs 7:10
DSM 7:21
dude 104:14,17
dudes 87:7,8
duly 121:8
duration 71:15
71:15
duties 29:16
93:6
duty 20:2 29:9
29:14 73:21
81:5

—————
E
E 2:1
E-tran 120:13,14
earlier 5:17
50:22 63:16
78:6 82:6
91:11 115:14
early 46:2,9
easier 94:8
easiest 26:11

easily 53:14
east 34:19,20
eastbound
111:18 117:6
eastern 1:2 3:2
107:22
easy 109:9
edge 50:3 53:3
107:17,18,19
107:22
education
75:24
effectuated
60:23
effort 15:3 108:5
eight 3:13
either 8:4 12:1
15:17 16:17
26:4 35:21
48:11 50:13
76:17 98:5
elaborate 32:21
email 27:25
28:1
emit 86:15
88:16
emits 16:17
88:19
employed
121:12,15
employee
121:15
employment
9:3,4,7,11,14
14:5
encircling
103:22 115:13
encounters
113:5
ended 31:3
50:16 71:22
76:16 117:24
118:1
engage 86:21
88:6 89:1,13
101:13
engaged 50:18

52:22 85:16
86:23 102:2
engaging 50:9
87:9 115:18
enter 21:2
entire 23:15
environment
18:1
equipment
42:18 49:7
60:2,3 110:2
110:21,22,24
119:5,19,22
escalated
106:22
escorting 90:1
especially 87:7
essentially 15:3
22:25 41:18
47:19 50:17
54:13 59:24
70:9 71:20
73:18,19 78:21
92:24 118:2
estimate 11:25
64:3 109:17
estimated 11:25
estimating
109:22
Euclid 34:6,23
34:25 35:19
35:22,23 36:3
36:8,9,20
37:12,16,19,21
37:22 38:3
39:12 40:6,7
40:10,17,19
42:7,9 78:17
79:1,11 97:15
112:17,24 113:11
evening 32:11
43:14 44:12,13
46:19 55:18
event 15:2 26:6
27:17 96:5
events 12:6
43:24 97:8

eventually 33:9
45:8 58:11
67:7
everybody
27:23 33:11
39:1 77:19
78:5 94:25
104:14
everybody's
76:18 103:14
everyone's
66:15
exact 30:19
exactly 6:8
31:16 35:4
55:16,18 59:12
79:3 84:24
97:1
Examination
2:6,7 5:14
100:18
examined 3:12
5:10
example 21:22
107:1,4
exceedingly
71:16
exercising
77:25
exist 11:13
experience
76:12 77:8,9
expressly 5:6
120:19
extended 68:8
extent 95:10
eye 51:22 53:9
eyes 16:18 94:6

—————
F
fabric 119:3
face 74:6,6
79:10,10,10,10
94:6
facing 30:20
fact 11:16
falls 73:18,19

88:16
familiar 29:2
31:13 35:6,10
91:14 97:21
98:1,18 111:19
119:4
familiarity 91:21
far 12:4 30:6
37:23 39:5
43:25 44:22
61:4 63:4,12
63:14 75:10
78:10,20 79:11
81:17 87:6
89:19 93:19
February 1:18
3:13 8:22,23
12:10 14:16
federal 98:15
feel 65:14
feet 41:20
female 71:18
113:13
Ferguson 10:5
10:10 12:10
15:1 21:11,13,16
21:17,18 22:8
22:14,17,23
25:13 71:13
72:24 80:21
81:1,23 82:1
89:9 91:4
92:21,23,24
field 48:25 49:2
111:21,23
figure 88:21
filled 20:23
53:20 54:7
filling 106:19
112:1
finally 49:23
58:7 85:8
financially
121:16
find 19:15,16
23:5 53:8
fine 75:4

JOSHUA BECHERER  2/28/2019

finished 99:14
fire 17:5 24:9,15
   24:22 46:12
   46:14,17,22,23
firearm 10:24
fired 10:22
   19:12,13 20:23
   22:21
firing 19:11 23:6
first 30:2,3 32:1
   32:24,25
   45:22 48:14
   48:17 69:12
   74:20 75:17,21
   76:2 78:17
   95:12 98:11
   99:24
fit 88:14
five 117:9
flapping 51:20
flex 61:10 105:9
flex-cuffing
   63:23 89:25
floor 30:19
Florissant 89:9
flow 75:12 91:12
   106:3
focus 66:19
   104:22,24
focused 25:8
   94:5 117:11
focusing 104:14
follow-up
   100:21
follow-ups
   108:10
followed 34:7
   56:1
following 26:5
   35:16 69:16
   78:21 83:3,23
follows 5:11
foot 34:9,11
   35:17
force 11:10,23
   63:25 100:6
foregoing 121:8

forenoon 3:14
Forest 33:1 42:4
   42:10 43:6
form 77:13
formal 95:16
format 120:11
formations
   13:10 25:8,9
   25:10 114:10
formed 31:6
   35:21 37:15
former 7:17
forming 45:4
   57:3,19,21
   102:5 114:9
   115:5
forms 70:14
formulating
   67:14
forth 15:13,14
   28:18 67:20
   85:3
forward 102:17
Fountain 69:17
four 28:10 48:19
free 48:9
fresh 22:7
Friday 107:2
front 48:22
   49:15,16
   54:23 113:8
   114:2
frustrated 82:21
full 5:22 16:4,6
   16:7
fully 85:7,10
further 42:8
   53:5 106:18
   108:8 120:3
   121:14

—————— G ——————
gaggle 36:2,12
   37:13 60:21
garage 49:5
gas 10:23 15:8
   16:17 17:4

18:22 20:3
61:3 70:13,14
70:15 81:6,7
84:3,7 86:8,15
87:22 88:3,17
88:18,23 98:5
98:16 104:6
gases 17:21
gassed 54:9
   70:11
gate 34:24
gathered 95:14
   95:15
gathering 95:18
   95:24 96:21
gauging 54:14
gear 60:7
general 18:9
   32:2 69:11
   94:15 104:21
   106:5
generally 26:2
   27:25 54:8
   70:3 73:6
   94:2
geographical
   67:24
getting 40:9
   76:16 90:10
   114:7,10,13,15
   114:18 117:24
give 5:22 54:15
   67:4 73:8,11
   75:14 95:21
   96:10
given 22:25
   28:2 29:9
   30:10,13 65:3
   65:5,8 71:23
   71:25 73:4
   102:9 106:5
giving 51:9,15
   73:18 105:16
   105:20 107:3
   107:4,8,14
   112:11,12 117:21
glass 18:3 40:1

40:5 101:25
glasses 25:2
global 100:2
go 6:10,12,20
   7:2 14:18 20:3
   20:7 26:9
   30:7,10 33:5
   35:13 37:20
   38:2 41:4,15
   41:21 42:3
   43:16,19 44:1
   44:15 46:1
   53:5 54:21
   57:12,15,18,21
   57:22,23
   59:19 64:10,12
   64:20 65:4
   67:9,18 68:1
   68:17 72:3,10
   76:25 77:23
   78:10 82:18,21
   84:3 85:2
   86:14 88:3,5
   88:18 90:9
   91:23 92:21
   99:16,23
   100:11 104:18
   110:11 116:6,7,8
   117:4
go-ahead 30:10
   30:14
goal 37:18
   88:22
goes 47:19
   53:13 67:17,19
   96:18 105:17
   105:17,17
   112:20
going 6:10 7:5
   9:21 26:8,9,11
   27:1,12 28:11
   28:12,19,21
   30:6 33:5
   34:3 35:22
   36:9 38:3
   39:21 40:11
   41:15,24 42:1

42:20 43:24
44:10,16,21,21
45:1 46:4,6
49:20 55:10
56:21 57:14
58:15,24 61:1
61:20 62:4
67:13 69:1,10
72:25 74:5
77:21 79:5
81:9,10 84:20
84:20 85:3
88:18 89:9
95:7 96:10
100:20 107:16
107:17 111:2,16
111:18 113:8
114:12 116:4,7
good 5:16 38:17
   61:25 69:6
   99:19 109:20
goofy 115:4
gotten 41:8
   112:9 117:16
grabbed 71:18
grabbing 71:3
Grand 21:23
   22:14,18 82:7
   83:4,9,15,18
   84:6,13,18,22
   84:23 85:4,6
   85:18,19 86:3
   91:5
great 43:2
   84:25
grenade 86:9
ground 6:11
   13:24 61:8,17
   62:16 63:17
   64:8 101:2
   104:9,25
   105:2 109:14
   112:16 114:5
   115:17 116:3
   117:12
group 61:7
   63:17 64:4,7

JOSHUA BECHERER  2/28/2019

105:20 115:16
117:12,13
groups 61:15
guess 9:8 16:23
27:11 34:1
35:20,22
54:10 57:22
86:10 105:4,12
112:19
guideline 23:9
guidelines 15:13
15:13 22:12
gunman 17:23
guns 17:4 18:22
guy 20:13
40:25 41:4,16
67:16 73:10,13
86:20 89:2
107:20,21
113:14
guys 20:1,1,2,3
20:8 24:19
30:11 33:24
41:10,13,19
46:8 51:20
57:2 61:6 71:9
79:10 81:6
87:14,22,24
89:8,10 110:19
111:19

**H**

Hall 3:16 4:11
30:18 31:13,17
100:24 101:8
102:7 107:1
hand 88:14
handcuffs 94:9
handful 115:23
116:10 117:8
118:7
handheld 86:8
86:14 88:12
90:13
handhelds
88:16
handing 25:1

handle 15:7
92:21
handled 92:24
hands-on 90:9
hanging 6:25
happen 23:20
66:8 77:21
92:20
happened
31:24 32:7
34:2 43:7,10
45:20 68:24
71:10,13 97:17
98:20 111:17
happening 33:3
70:5 106:7
107:9,25 111:4
hard 12:7 28:1
31:23 79:2
87:16 109:2
111:3
head 6:15
headquarters
27:9 30:3,8
46:7,16 48:23
49:16,17 80:2
80:5,9 95:15
100:25 101:16
102:18 103:2
112:23 113:9
114:1,25
headsets 38:11
health 7:13
hear 72:19 73:2
94:19,21,23
100:8 102:8
102:22
heard 73:8 74:1
74:8 79:21
94:21,22 95:6
98:11 100:9,12
112:7 113:1
hearing 41:9
56:20 95:10
99:1 112:22
heavy 109:16
held 36:5,10

38:4 40:20
40:23 82:19
helmet 60:10,11
118:14,16,20
119:9,17
helmets 36:17
118:22 119:7,10
119:15,19
helped 83:20
helps 67:4 81:16
hey 24:3 53:3
67:12,16
72:25 76:14
76:22 81:19
89:12 94:15
103:14
high 35:9
Hills 79:18 91:4
hip 53:5
hit 33:25
hodgepodge
36:21
hold 37:25
87:25
holding 42:5
61:7 87:11
hollering 45:7
Holly 79:18
home 27:9
57:15 59:19
64:22 68:13
honestly 31:20
79:16
hood 108:23
109:12
hope 88:19
hostile 110:15
hot 23:6
Hotel 45:3,4
hours 3:13
48:16,17,19
house 33:3
79:18
huge 109:1
hunkered 89:10
hurts 20:24

**I**

I/LEADS 25:11
25:18
idea 78:12
identification
118:19,24
119:10,13
identified 51:24
53:2
identify 51:7,12
51:17 53:7,18
53:21 67:2
identifying 53:11
IL 3:19
illegal 74:25
impact 16:21
20:16 24:4
81:4,22 86:20
86:22 87:14
87:24 88:3
89:2
impacted
25:20
impeding 75:11
91:11 92:3
106:3
importance
52:24
important 53:17
66:16,24
impossible
53:12
improperly
120:8
inappropriate
64:1
incident 37:2
39:2 111:16
incidents 79:9
include 25:5
101:4
including 16:8
incorrectly
19:14
indicted 21:24
individual 52:5

52:12 53:2,4
53:10 77:18
109:3
individually
74:17
individuals
19:14 43:3
52:21 53:12
57:5 74:16
101:25
inform 81:2
information
27:12 47:6,16
47:22 48:8
50:25 51:4,17
52:20 66:11,12
67:6,14,17,19
80:23 101:18
108:2
informed 10:16
11:6
initially 103:5,6
injunction
97:22
injure 19:13
injured 19:14
113:13,14
inside 17:22
21:17 33:1
62:12,15
85:24 86:25
87:4,20,22
instant 120:15
instruction
19:19,22,23
instructions
95:22
intel 96:10
intelligence 8:8
8:10 28:16,17
29:12 47:8
intent 79:4,6
88:25
intentionally
19:16
interested
121:17

interior 87:11,15
interlock 105:6
116:5
interlocked
61:9 63:18
104:25
Internal 11:7
interrupt 25:2
intersection
30:22 42:8
54:23 57:19
58:1,4 59:6,13
59:15 60:20
61:5 62:19,20
63:3 65:10
68:4 72:16
83:13 84:19
89:15 101:24
104:12 106:18
111:13,17,20,22
116:15 117:17
118:1
interview 11:16
introduced 5:16
investigated
11:8,11
investigation
11:4
investigative
11:11
invited 26:4
68:20,23
involvement
46:1
issue 73:6
issued 93:18
97:22 98:2
112:7 118:14
119:22
issuing 105:10
items 53:23
54:5

___

J

jail 116:7,8
January 96:3
Jason 73:14

Jennifer 79:18
Jessie 4:7 5:17
job 100:25
join 8:3
jointly 53:9
Joshua 1:16 2:5
3:11 5:8,24
Joyce's 79:18
jsteffan@aclu...
4:8
judge 98:15
June 8:4
justified 70:25

___

K

keep 51:18,22
53:9,12 79:7
82:1
kept 40:25
103:16
kettle 62:8,12
62:18 63:2
115:13
kettling 103:23
kid's 20:20
kill 21:2
killed 12:14
kind 13:25 15:5
18:21 24:22
36:1,20 37:9
37:15 42:2
43:9 45:6,24
46:19 50:25
51:14,20
52:22 57:18
65:5 68:17
75:8 86:9
95:11 100:21
104:11 108:2
109:21 115:24
118:18
kinds 41:2 115:3
Kingshighway
33:12,18,21
34:14,19,20
kneeling 87:22
knees 111:25

knew 28:11,19
52:17
knock 20:25
know 6:8 10:12
10:17,19,23,25
11:3,5,7,10
13:21,22 15:12
15:12 16:17
17:11 18:5,14,16
19:10,15,21
20:24 21:9,19
23:12,15 24:18
25:15 26:25
27:10,12,15
29:10,11 30:5
31:6,24 32:1,7
33:19,22,23
33:23,23 34:1
34:13,13,15,16
35:2,6,24
36:4,6,24
37:2,6,13,18
38:22 39:15
41:25 43:16
44:17 45:5,19
46:2 47:18,24
49:12 50:5,11
50:13,14,15
51:12,14,19
52:4,6,10 53:1
53:3,6,24 54:1
54:9,12 55:18
56:7,16 58:9
58:16 59:3,11
59:16,24
60:24 61:2,3
61:5 62:2,8,9
62:10,11 63:10
64:14,18 66:4
66:8,9,17,20
66:22,24 67:5
68:2 70:2,4,12
70:19,21,23
71:18 72:5,16
72:17 73:5,24
73:25 74:2,7
74:11 75:4,5,5

75:6,9 76:1,5
76:7,9,12,21
77:3,21 78:1
79:16,21,24
80:5,14,17,25
81:1,1,2 82:15
83:2,6 85:16
86:2 87:16
89:20,22,23
89:25 90:11,18
91:16 93:7,19
94:2,3,4,13
95:6,8,9 96:7
96:11,20 97:9
97:18,24,24
98:4,10,13,15
101:19 102:6
102:12 104:13
104:22 105:4
105:5 107:16
109:12,13
111:19 112:16,19
112:21 113:7,13
114:9 115:3,4,11
115:14 116:1,7
117:13 118:9,11
119:18
knowing 87:6
knowledge 26:1
46:2 67:10
72:15
known 8:7
51:24 52:13

___

L

Laird 2:7 4:14
69:6 75:1
77:13 99:18
99:25 100:19
108:7 120:3,5
120:13
lairdb@stloui...
4:17
lands 86:13
large 53:14
111:23 117:13
lasting 96:21

launch 18:23
86:15 88:8
launched 86:24
90:14 93:12
launchers 88:10
launches 70:10
launching 17:4
18:4,21,25
86:6,7 88:11
88:12
law 3:15 4:10
74:4
lawful 5:9
laws 75:13
lawsuit 10:17 11:1
lawsuits 10:4,10
Layshop 41:3
lazy 59:25
lead 20:23
learn 98:24
leave 31:21
64:19 73:1
74:15,17,18
76:18,19 77:20
78:7 79:14
116:5 117:2,6
118:10
led 76:13,17
81:12
left 8:14 12:10
31:22 32:2
45:9 49:19,20
54:17 57:9,13
58:19 62:6
75:20 103:25
legal 17:11 19:4
19:21 74:25
75:2
less-lethal
25:12
less-than-lethal
20:13 21:5,8
22:2,10 42:12
let's 22:22 101:7
107:17
lethal 81:22
110:11

JOSHUA BECHERER  2/28/2019

level 13:17,19,24
  27:14 106:22
  109:14
levels 77:7
liable 19:16
library 49:1
  54:24 55:8,13
  55:21 103:12
  103:17
lieutenant 16:3
  24:1,7 29:22
  30:15 38:8
  47:17 81:1
  84:10
light 31:19 112:2
lighting 89:11
  106:20
limits 110:24
Lindell 36:9,10
  38:4 40:20
  40:23 41:12,13
  42:5
line 33:13 36:1
  36:12 37:10,13
  37:15 40:16
  42:20 43:2
  44:20 45:4
  57:3 61:4 63:8
  63:11,13 71:6,7
  78:16 87:16
  102:1 104:4,4
  114:9 115:5,18
lined 85:13
lines 36:16 40:9
linked 32:4
  55:3
listen 82:25
literally 88:14
  89:8,10
Litigation 4:20
little 20:20
  71:20 86:1,1,9
  105:19 107:24
lives 33:20
location 45:11
  57:6 67:25
  83:8 114:7

locations 31:11
  64:19 68:7
lock 54:3 79:5
  90:17
long 31:8 36:6
  40:24 41:25
  43:7 45:5
  48:15 56:10
  65:17,18 68:9
  76:15 79:13
  90:6
longer 68:10,11
  74:16
look 88:5 120:6
looked 41:14
  53:19
looking 30:25
  87:17,23 107:2
  108:25
looks 20:20,21
  86:9
Loop 43:14,16
  43:18 44:12
  44:22
lost 50:14 53:14
lot 12:8,11,18
  15:15 23:5
  35:9 40:13
  51:8 58:17
  65:12 70:14
  74:3,9 78:2
  79:9 80:13
  83:17 85:25
  86:15 88:17
  88:23 93:10
  104:16
lots 51:25
Louis 1:7 3:7,15
  3:16 4:5,10,12
  4:22 5:19 7:18
  14:6 97:23
lungs 16:18

_____

M

ma'am 6:1,3,5
  6:18 7:12,16
  7:22 8:2,6,16

11:18,21,24
  12:15,17,23
  13:1 14:4,8,10
  16:7 17:18
  18:24 19:6
  21:6,18,25
  23:17 26:18
  26:20 28:7
  29:4 30:1 37:8
  43:13,22
  45:15,18
  47:23 55:22
  60:6 74:10
  82:8 92:14
  96:1 108:16
  110:23 114:17
  118:15
mace 16:23
  24:11,15,19
  25:6 42:22
  43:4 93:16,18
  93:21,25 94:5
  94:11,13,16
  98:5
maced 54:9
  90:5,11,21,22
magnification
  111:3
magnifying
  110:22
main 15:3 20:2
majority 21:10
making 78:22
  106:15,17 111:8
MALEEHA 1:4
  3:4
Manasco 117:20
  118:6
manner 37:1
Mansur 69:16
  97:17
march 34:6 36:1
  96:2,6,8,9,11
  96:12,13,15
  97:9,12,18
marched 34:8
  44:24

marches 96:16
  96:22,25
  97:5,6
Market 30:23
  48:24
Maryland 35:3
  35:5
mass 58:14
  59:7 89:23
mayor 33:20
  36:23
mayor's 33:3
mean 10:13 12:4
  12:5,11 13:20
  14:20 15:1
  16:14 17:20
  18:5,11,16 19:7
  19:8 21:10
  23:10,11,23
  24:18 28:12
  31:21 34:1
  36:14 37:4
  38:15 39:7,17
  40:7 41:19
  43:3 44:4 47:1
  50:10 51:3
  53:22 55:16
  56:18 58:3
  59:14,18 64:5
  64:5,18,22
  66:2 67:1,10
  68:6 70:13,22
  71:2 72:15,21
  74:14,15 75:3
  75:7,10,23
  76:4,10 77:15
  77:16 78:1,20
  79:23 80:12
  80:17,25 81:1
  82:15 84:9,13
  85:23 88:10
  89:20,22
  90:6,23 91:7
  92:7 93:22
  94:1,12,24
  95:5 97:2,7
  98:6,11,21,25

100:9 105:3,12
  107:12 108:3
  108:21 109:23
  112:10 113:4,4
  115:2 116:11
  117:9 119:21
means 20:13
  74:22 105:7
  105:18 115:14
meant 20:24
mechanisms
  18:22 19:1
media 100:10,12
medication 7:9
member 12:25
  17:1 92:12,13
members 13:5
  37:7
memory 22:7
mention 92:8
mentioned 91:11
  100:23 106:10
met 49:7 54:25
Metropolitan
  7:18 14:6
middle 59:15
  104:12
Mike 12:14 15:2
  47:9
milk 53:20 54:7
  54:9
mills 100:11
mind 25:1
minutes 36:7
  38:2 40:18
  65:18 68:5,10
  99:15 102:12
mission 14:23
Missouri 1:2 3:2
  3:17,21 4:3,5
  4:12,22 121:6
  121:22
mixed 109:1
mm-hmm 6:16
  53:15 63:24
  66:10 68:3
  82:12 89:17

JOSHUA BECHERER  2/28/2019

| | | | | |
|---|---|---|---|---|
| 91:13 97:16 111:6 | 71:1 72:4,6,12 72:20,25 74:7 | 81:18 92:19 99:1 105:16 | **Objection** 75:1 77:13 | 33:25 35:17 36:2,12,15,17 |
| **MO** 3:20 | 80:10 83:4,25 | 112:2 | **objects** 101:21 | 36:21 37:10,14 |
| **Molotov** 89:11 | 84:15 85:4,17 | **news** 27:10 | 103:1 107:11 | 37:14 40:17 |
| 106:15 111:8 | 85:20 86:4,19 | 30:4 62:9 | **observation** | 41:4,7,9 42:15 |
| **moment** 103:25 | 86:24 88:8 | **Nick** 117:20 | 28:24 47:4 | 42:21 45:10 |
| **monitor** 48:6 | 88:22 90:14 | **night** 32:1,7 | 53:8 66:11 | 50:9 52:16 |
| **Moonrise** 45:3 | 93:12 | 42:13,16 43:18 | 108:25 110:2 | 56:2,25 58:6 |
| 45:4 | | 55:2 57:11 | **observe** 60:14 | 58:23 60:17 |
| **morning** 5:16 | **N** | 66:1,4,9 82:16 | 110:13,15 | 61:4,9 63:22 |
| 26:23 29:25 | **N** 2:1 | 83:3,3,7,23 | **observes** 51:25 | 65:9 67:25 |
| 43:21 45:17 | **name** 5:17,23 | 83:23 84:5 | **observing** | 69:12 71:3,7 |
| 95:12 | 10:17 37:5 | 90:20 97:14 | 28:14 77:9 | 78:16 80:9 |
| **mornings** | 52:4,11 98:12 | 103:4 106:14 | **obviously** 19:13 | 82:17,22 |
| 95:25 | 118:23 119:1,15 | **nightfall** 48:21 | 52:17 53:1 | 83:12,20 90:3 |
| **motivated** 49:9 | 119:16 | **nights** 25:19 | 70:22 72:17 | 94:19 101:2,22 |
| 70:19 | **nametag** 119:2 | 66:9 83:7 | 92:25 93:5 | 102:2 103:24 |
| **mouth** 98:25 | 119:3 | **normal** 29:13,16 | 100:9 113:7 | 104:1,4,19,23 |
| **move** 25:9 95:8 | **narcotics** 8:13 | 36:15 37:10 | **occasion** 10:6 | 106:11,21 107:5 |
| 105:21 | **narrative** 68:24 | 71:7 95:16 | 102:19,20 | 113:12 119:18 |
| **moved** 31:10 | **navy** 60:9 | **normally** 27:7 | **occasions** | **official** 81:18 |
| 46:16 48:22 | **near** 55:21 | 27:18 90:18 | 52:10 | **officially** 8:22 |
| 55:10 | 79:18 80:2 | **north** 4:21 | **occupants** | **Oh** 77:7 93:11 |
| **movement** 91:6 | 89:14 91:4 | 35:22,23 36:3 | 50:17 | **okay** 5:21 6:10 |
| **moves** 67:23 | 108:15 | 40:17 61:2,16 | **Occupy** 91:6 | 6:13,23 7:4,8 |
| **Moving** 102:17 | **necessarily** | 61:22 62:19,21 | **occurrence** | 9:16,20 12:12 |
| **MR/K-9** 48:10 | 67:6 98:22 | 72:2 78:17 | 90:8,16 | 26:14 32:14,17 |
| **multiple** 13:14 | 110:15 | 83:18 104:5 | **occurring** 77:1 | 32:20 44:14 |
| 38:25 39:4 | **necessary** | 115:18 | 77:17 | 47:5 52:25 |
| 47:14 107:13 | 65:14 | **Notary** 3:20 5:4 | **October** 82:10 | 65:24 69:3 |
| **municipal** 75:11 | **need** 79:13 88:1 | 121:5,21 | **offhand** 38:7 | 76:18 77:15 |
| 91:12 | 93:14 113:15 | **notes** 99:16 | **officer** 7:17 10:3 | 84:3 87:3 |
| **munition** 16:25 | **needed** 15:14,17 | **November** | 10:7 12:2,21 | 89:5 100:20 |
| 17:25 18:2 | 33:6 48:7 | 82:10 | 13:20 14:7,9,11 | 100:22 |
| 22:13 | 64:12 86:22 | **nowadays** 23:7 | 15:17,18 50:6 | 106:25 107:9 |
| **munitions** 15:20 | 88:2,3 89:1 | **number** 16:8 | 57:13 58:10 | 108:6 112:18 |
| 16:14,15,20,21 | **needs** 7:1 | 21:9 49:18 | 59:22 63:25 | 113:19 116:22 |
| 17:2,5,6,8,17 | **negative** 9:14 | 94:1 118:19 | 65:7 66:25 | 116:25 |
| 18:5,6,10,15,16 | **neighborhood** | **numbers** 54:22 | 71:18 77:9 | **old** 80:2,5,8 |
| 19:5,11 20:10 | 35:7,9,10 | 118:25 119:11 | 82:16 91:21 | 101:16 113:25 |
| 20:12,16 22:11 | 69:17 | **numerous** 52:9 | 93:18 94:8 | 114:25 |
| 22:20 23:1 | **neither** 121:11 | 64:19 66:2 | 100:6,14 117:17 | **Olive** 4:4 46:25 |
| 24:4,4 25:12 | **net** 81:15 | 77:18 85:6 | 117:19 118:6 | 50:4 56:1 |
| 42:12,12 45:11 | **never** 10:13,14 | 102:12 | 119:21,23 | 58:4,4,22 |
| 54:11 60:18 | 11:6 13:23 16:4 | | **officer's** 22:24 | 103:19 |
| 69:19,23,25 | 26:7 35:8 | **O** | **officers** 16:3,9 | **once** 23:1 24:15 |
| 70:8,10,20 | 58:16 79:8,10 | **o'clock** 3:14,14 | 29:10,14 | 30:9 31:21 |

JOSHUA BECHERER  2/28/2019

ordinance 74:2
 74:4 91:12,14
 91:22 92:3,6
ordinances
 75:11
organizer 46:3
 66:22 67:16
organizers
 66:25
original 10:5
 12:9,13 15:1
 21:11,13,16,18
 22:22 24:2
 25:12 33:7
 49:19 80:21
 80:25 81:10
 81:23
originally 33:16
 103:11 117:22
ornate 34:23
outcome 121:17
outside 18:15
 31:19 62:13,14
 62:17 63:2
 71:12 85:25
overall 71:24
overhead 49:21
overwatch 44:4
 47:2,3
overwatching
 47:15
overwhelmed
 82:23

_____ P _____

p.m 120:16
Page 2:3 72:1
 72:10,11,13
 73:9 106:7
 111:7,12,14,18
paper 94:24
parameter
 78:13
park 33:1 42:4
 42:10 43:6
 58:3 69:17
 108:15

34:22 37:12
 46:18 48:25
 57:16 77:16
 91:18 101:23
 101:24 105:15
 112:11 117:21
ones 19:2 43:1
 90:9 93:15
ongoing 103:23
onlookers
 116:12
OP 28:13 32:3
 42:18 46:10,11
 47:1,5 48:14,17
 49:3,3,10,19
 49:22 54:18
 96:9 108:17
 109:24 112:14
 112:15,21 113:2
 113:21 114:23
open 18:1 51:8
 53:16 87:18
operate 17:3
operations 8:9
 8:12 27:16
opinion 16:24
 54:15 92:1
OPs 28:21 30:6
 30:9 33:7
 36:24 44:4
 47:13,14,14
 97:4 100:24
 102:18 107:13
orange 20:14
order 19:12
 26:10 39:12
 71:21 73:2,4,7
 73:9,12,19,22
 74:8 78:7,11
 79:14,15 91:24
 94:5 98:1
 102:13 105:15
 105:20 106:5
orders 102:8
 105:11 106:1
 112:8 113:2,3
 114:12

parked 49:6
 57:24 58:3,22
 59:2 103:19
parking 49:5
 83:17
part 5:10 10:4,14
 10:16 13:4,6,17
 13:23 19:18,21
 21:21 42:25
 56:5 59:13
 71:12 79:19,20
 82:18 91:15
 94:17 107:12
 118:13 119:6
participated
 25:4
particular 10:13
 73:14 77:9
 88:9
parties 121:13,16
parts 61:1 111:1
pass 47:17,18
 48:8 51:16
 53:21 54:5,16
 66:20,23 67:7
 107:25
passed 48:9,10
 51:4 54:12
passenger
 44:25
passes 47:19
passing 66:18
passive/aggr...
 116:4
path 78:22
pause 73:6
peaceful 97:8
peacefully 78:1
people 19:13
 29:11 33:7
 35:17 37:1
 38:13 42:1,24
 45:5 49:16
 51:8,17,23
 53:22 54:4
 55:6,20 56:7

56:14,17,21
 61:8,10,20,22
 62:2,5,7,12,15
 62:16,17 63:17
 64:3,7 65:4
 76:2,4,7 77:23
 78:2,7,17,18
 79:6,11 85:9
 85:13,14,16
 89:6,7,13,21
 89:24,25 90:1
 90:5,10,10,17
 90:21 95:1
 98:6 104:4,8
 104:11,15,16
 104:20,21,24
 105:2 106:19
 108:3,5,14,19
 109:6,9,19
 111:8 114:8
 115:23 116:3,6
 116:9 117:5,7
 117:12
people's 60:22
 60:24
perception
 24:25
perimeters
 97:5
period 19:18
 25:22 62:5
 68:8
permission
 22:25
person 29:15
 51:10,25 52:2
 67:2,3,9,19
 77:10,12 78:10
 79:13 89:2
 91:20,22
 94:22 107:10
 109:3,10,11,13
 114:19
personal 9:2
 55:1 57:12
 58:20 60:1
 118:16 119:19

personally
 20:10 28:25
 34:9 37:9
 51:24 52:13
 81:4 94:14
pertained 98:10
 98:17
phonetic 41:3
 47:10
photographed
 66:6
photographs
 20:15
picked 58:18
pin 86:12 88:15
pinpoint 79:3
pipe 54:2
pistol 53:4
pizza 104:10
place 21:17
 28:23 31:5
 37:25 45:4
 46:14,20,22
 49:14 58:2
 60:15,22
 74:20 81:25
 83:21 104:10
placed 65:25
 66:3 105:9
Plaintiff 1:5,17
 2:4 3:5 4:2
 5:2,10
plaintiff's 5:18
plan 27:16
plants 56:22
please 5:22
 6:20 7:6
 99:16
point 33:25
 35:25 36:2,15
 36:22 37:1,3
 37:23 39:17
 40:11 41:3,7,17
 42:6 44:11
 47:13 49:4
 55:5,9,15,17
 57:13,24

JOSHUA BECHERER  2/28/2019

59:10,17 60:12
70:6,6,17 71:3
71:16,18,23
74:12 83:24
84:1,21 91:25
101:12 102:7,13
112:8,21 115:14
pointing 110:14
police 7:18,25
8:14 10:2,7
11:15 12:3
13:20 14:3,6,9
14:11 18:11
29:14 46:4,7
48:22 49:16
49:17,24 50:1
50:6,9,11,18
54:15 55:1
59:2 74:21
75:16 80:2,5
80:8,14 85:19
91:21 94:8
100:5,25
101:17,21
102:18 103:1,2
103:18 104:19
108:15,20
109:15,18
112:23 113:9
114:1,4,19,25
116:23 117:11
policeman 10:1
13:25 94:15
97:3
policemen
65:13 95:8,9
policies 23:12
policy 24:16
porthole 86:12
88:13,15
portholes 86:1
86:11 87:10,13
87:23
position 47:2,3
47:4
positive 35:4
possible 107:24

posts 28:24
53:8
potted 56:22
powder 20:23
21:1
power 111:3
precedent 15:6
72:23
preliminary
67:15 97:21
preparation
28:10 29:1
prepare 9:22
28:4,8
prepared 27:13
54:14 116:7
preplanned
28:24 30:5
presence
50:24
present 83:5
84:11
presume 6:21
pretty 16:8
44:20 59:2
66:14 78:20
89:22
primarily 13:9
86:3 106:23
primary 39:9,10
110:6,6,9
printed 119:1
prior 62:10
92:20 93:2
106:8 113:10
prisoner 65:25
probably 17:12
23:25 26:11
31:4 38:8,23
38:23 39:4,7
39:9,21 44:6
48:17 62:3
75:22 88:11
95:17 109:19
probationary
14:7
problems 77:24

procedure
72:22
proceeded
37:11 48:23
process 85:3
produced 3:12
5:9
Professional
3:18 121:5
program 93:2
projectile 16:16
projectiles
18:23
prompted 9:11
9:14
property 76:17
77:10,16 84:14
101:5,13
102:19,21,23
protecting 57:3
protective 60:1
protest 11:4,8,12
11:17,20,23
12:6,9,13 13:7
14:15 18:1
20:10,12 21:8
21:22 22:1,11
25:13 26:6
28:5,20 32:8
32:15 43:15
46:3,7,13
47:12 48:22
50:15 52:8
69:15,20,23
71:3,13,14
73:15 74:24
76:3,5,8 77:11
77:25 79:17
80:1,10,21
89:14 90:4,14
91:3 94:11
96:13,15 97:17
100:6 111:7
protested 21:20
protesting
28:23 31:5
91:5 113:18

protestor 50:12
100:15
protestors 50:9
50:18 51:15,16
55:4 102:3
103:1 105:21
115:9 116:13
protests 10:5,10
12:1,5,18 13:2
14:15,19,19,21
14:24 15:15
21:17 26:9,12
28:4 29:21
32:9 38:22
40:8 43:23
52:1,3,6,10
69:2,10,12,13
71:5,11 74:25
79:2,9 80:4,8
80:11 81:11
82:6,10,13
94:20 96:22
99:3,8 100:3
106:7,8
proud 59:16
providing 28:16
Public 3:20 5:4
121:5,21
pull 86:12 88:15
pulled 15:18
31:17,17 32:3
49:23 57:16
71:19
purpose 15:2
pursue 62:4
pursuing 61:6
push 35:23
39:12,20
40:19 62:19
65:6 71:25
88:15 113:10
pushed 33:11
35:19 40:17
41:13 45:2
61:2 72:1,2
pushing 37:19
61:16,22 78:16

79:6 103:24
104:1
put 19:23,25
33:4,17 40:18
46:9,11,14,22
49:9 54:2 71:6
75:6 81:25
94:9
putting 61:10

**Q**

question 6:19
6:25 7:2 9:9
12:7 67:21
69:11 74:23
80:24 83:11
88:20 102:16
109:10
questions 5:15
7:7 11:17 26:12
67:12 69:11
100:2,3,19,21
108:10,13
quick 6:11
quickly 48:8
58:20
QuikTrip 89:15
quit 8:19 9:1,11
9:15,16 74:18
quite 30:8
33:13,22
36:10 38:5
40:24 56:12
56:14 57:7
58:3 64:5
97:2

**R**

radio 38:9
47:22 48:7
56:21 57:7
83:1 102:23
radios 38:11
rail 87:12,24,25
Raimondo 4:16
rampant 81:8
rampant's 81:8

JOSHUA BECHERER  2/28/2019

ramped 93:2
ran 38:11
randomly 76:23
Re-Examinati ...
   2:8 108:12
re-formed 46:19
   49:10,12 50:21
   64:18,20
read 24:24
   44:8 90:11
   99:1
ready 86:21
real 115:9
real-time 28:16
really 15:5,6
   34:23 35:9,25
   36:1 41:24
   45:6,7,25
   49:20 53:22
   53:22,24 54:1
   66:14,16 71:23
   72:23 75:5,7
   75:14 78:12
   85:24,25
   92:18 110:24
   113:4 115:2
Realtime 3:18
   5:4
reasons 9:2,6
   9:16 94:2
recall 10:8 23:8
   23:21 25:7,14
   26:3,15 30:19
   31:16 32:6
   36:18,19 38:18
   43:11 45:12,21
   49:24 60:19
   65:5 66:1,5,7
   69:14 70:5
   80:3,12 81:21
   82:11 83:22
   92:10 94:12
   96:4 97:13,20
   103:3 115:2
   119:14
receive 92:2,6
   93:20 94:10

99:4
received 17:15
   93:1
record 5:23
   6:17 48:11
   69:8 99:22
recorded 38:22
   38:23 47:24
   48:13 81:15
recording 66:12
   66:13,15
   109:25
reduced 121:10
referring 10:11
   97:1
refresh 22:4
   44:9
refreshed 80:15
Registered 3:17
   121:4
regularly 27:5,8
rejoined 54:19
related 9:3,4,6
   32:9 91:6
   121:12
relative 121:14
relay 47:21
   50:25 52:22
   53:17 66:11
relayed 51:2
relaying 47:6,9
   52:19 66:11
released 26:17
   43:8 57:11
   58:17 59:20
   59:24 64:9
   65:1 97:11
   103:5,6 117:16
   117:22
remain 56:10
remember 7:14
   19:10,18,20
   22:3,9 23:23
   24:8 25:18,22
   31:20,23 38:7
   38:20 40:1,4
   40:12,14 41:9

43:25 44:3,6
   44:10,14
   45:20,24 50:1
   50:2,7 52:2,8
   56:20 58:12
   59:12 61:1,13
   61:19,20 63:12
   63:14 75:23
   79:1,20 80:4,8
   80:20,22 81:7
   81:20 82:13
   82:20 83:6,11
   84:2,5,23,24
   85:14 89:19
   90:5,7,7,10,13
   90:25 91:8
   92:15 96:8
   97:6,14 98:4
   98:13 99:1
   103:12 108:21
   109:10 112:22
   115:5,7 117:5
   118:10
remembered
   81:3
remembering
   105:13
repeating
   102:14 112:9
   113:1
report 25:11,18
   25:21,22 51:9
   80:23,24
   90:11 101:1
   103:9
reported 114:6
reporter 3:18,18
   3:19,20 4:18
   5:5 6:16 120:4
   120:11 121:2,5
reporters 10:22
reporting 107:6
   107:7,18
reports 22:5
   25:25 44:8
   80:14 107:3
required 26:4

reread 80:14
rescue 15:17,19
   58:10,10 65:7
reserve 82:19
Reservoir 91:4
residential
   35:13,15
resistant 94:4
respond 6:14
   15:14 44:12
responded 33:7
   36:23
responding 7:6
   39:2
response 54:15
   114:23
responsibility
   73:11
responsible
   16:21 20:15
   107:20
rest 32:4 41:19
   48:3 54:19
result 10:25
retaliate 100:15
reverse 26:10
review 43:10
   68:18 120:6
riding 42:10
   44:24
rifle 42:17,19
   52:6,8 110:8
right 8:1,15 9:12
   9:18 12:25
   14:3,7 17:17
   18:23 19:5
   21:5 22:11
   28:6 29:8,22
   29:25 30:22
   30:23 33:4
   37:10,25
   39:13 42:8,13
   42:22,25 49:1
   50:15 54:19
   54:23 57:22
   58:4 59:8,15
   61:24 62:24

63:6,15 64:10
   74:9 76:2,5,8
   76:25 77:11
   78:8 80:12
   81:23 83:8,19
   86:13 88:16
   89:3 92:13
   93:10,16
   95:25 101:8
   103:19 110:3
   111:21 113:22
   115:17 118:14
   120:5
rights 52:7
   77:25
ringleader 51:14
ringleaders
   51:24
road 11:14 35:1
rocks 102:1
   106:23
rode 35:8
role 15:9,15
   65:19 89:4
roles 15:22
roll 95:11,16
Room 3:16 4:11
Roughly 31:4
round 20:18,19
   86:22 88:3,4
rounds 16:22
   20:16 21:4
   25:20 81:5,22
RPR 4:19
rubber 16:22
   20:17 21:4
rule 119:16
rules 6:11
rumor 100:11
run 93:4
running 109:8

_____

S

Sachs 23:19
   24:6 29:22
   30:15 38:8,14
   47:17

JOSHUA BECHERER  2/28/2019

safe 41:6,17,21
67:24,25
safety 66:19,25
67:22 101:2
Saturday 43:20
saw 22:24 40:4
42:23 51:11
54:4 63:1,22
66:5 72:3,10
92:23 96:21
96:24 100:7
100:13 101:1,5
107:19 111:10
114:5,12 117:1
say-so 81:15
saying 6:15
22:16 23:24
23:24 24:16
36:24 61:14
62:20 98:3
107:8
says 73:24
scanning 51:6
scene 15:16,21
33:2,5 115:16
scheduled 27:5
27:8
Schwake 3:17
4:19 5:4 121:4
scope 110:8,16
scopes 28:15
110:16,20
scouted 28:21
seat 15:15
44:25
seated 61:8,17
104:9
second 48:18
48:19 49:10
54:18 99:20
section 107:15
sedan 50:2
see 33:5 39:23
39:25 40:2
42:15,21 45:10
51:5 56:19
60:17 62:3

63:25 65:24
69:12,19,25
70:24 72:12
80:9 85:25
87:3,5 88:5
89:7,7 90:3
100:5,14
101:12,20,20
102:23,25
104:1 106:20
109:2 111:1
112:1 113:20
114:22 115:1
116:19 117:2
seeing 40:1
49:24 50:7
52:3 61:21
79:1 107:4,5
108:14 109:10
115:5,7 117:5
119:14
seek 67:9
seen 20:14
27:21,23
29:12,13 52:3
52:9 66:2,8
71:5,14 77:19
97:2
Sego 47:10 51:1
select 29:10
send 41:4 47:15
sense 18:9
52:23 55:14
67:4,22 74:24
sent 44:18
64:21 89:20
90:16
separate 8:10
12:4,6 13:22
19:2 29:7,9
83:7
separated
105:8
separating
61:10 63:22
September
26:16 43:20

45:14
sergeant 16:11
47:9 51:1 88:1
sergeants 16:3
16:10
Services 4:20
serving 28:20
set 15:12,14
30:10,12
33:22 46:19
78:13 96:9
110:9 119:22
setting 30:17
31:3
shaking 6:15
share 6:11
119:23
shared 119:20
shell 20:22,22
sheriff's 66:3
shields 36:17
shooting 69:16
shootings 71:12
shops 85:1
short 62:5 68:5
71:15,15 73:6
Shorthand 3:19
shot 25:19 41:8
41:10 64:6
80:20
shotgun 20:22
20:22
shotguns 20:14
side 33:11 34:18
34:19,20 61:5
62:18,21 63:2
63:4,7,9,14
sides 85:12
sidewalk 91:18
91:24 105:22
sidewalks 91:17
sight 72:18
sign 7:23
signature 5:6
120:4,18
significance
54:6

similar 13:16
simple 76:14
104:17
single 12:8,19
14:15 24:22
sir 5:16
sit 82:25 105:5
116:5
site 110:17
sitting 56:3,4
62:16 63:17
64:7 83:17
104:15,24
115:16 117:12
situation 7:1
48:3,5 58:14
71:4 78:4
110:11 113:17
situations 15:7
17:10,16
six 3:14 48:16
size 109:17,20
sizes 109:22
skin 16:18
sleeping 53:25
slow 85:3
small 49:18
56:24 88:13
117:7
smart 41:5
smoke 16:17
88:23
sniper 28:10,13
28:13 30:6
42:17 44:4
46:9 47:13
107:13 110:8,8
snipers 47:11
53:7 55:2
107:14
sock 20:16,18
20:19,20,23
21:1,4
somebody
14:18 50:14
58:10 103:13
108:22

soothes 54:10
sorry 25:1,2
sort 35:16 60:21
61:15 64:25
70:14,15
87:20 95:21
100:2 110:21
118:3
sound 73:22
sounds 59:25
source 12:5
south 21:23
22:14,18 35:3
36:8,9 38:2,3
40:19 62:18
62:23 63:5,7
63:9,14 78:17
82:6 83:4,9,14
84:6,13 85:18
104:3 116:17
116:20,23
southeast
111:22
southwest
30:21
speak 62:2
116:10
speaking 9:20
84:11
special 8:9,12
33:6 36:24
97:4
specific 26:9
89:2 94:17
specifically
44:2,9 61:1
63:11 70:5,21
70:23 72:7
75:23 76:9
82:15,20 84:5
92:4,7,10 93:4
96:11 97:6
100:13 108:22
109:23 115:7
specifics 61:12
81:3,6
speculate

JOSHUA BECHERER 2/28/2019

70:22
speculated 27:2
spent 12:5 46:15
spoke 24:3
spotting 28:15 110:16,19
squashed 106:21
St 1:7 3:7,15,16 4:5,10,12,22 5:19 7:18 14:6 97:23
stack 87:21
staff 16:4,6,7 95:4 99:4
stage 55:12 112:3
staged 21:20 33:1
stand 83:20 87:25 118:3
standard 72:22
standing 42:3 45:6 64:25 86:21 87:11 91:22 108:22 109:11 114:19 116:2
stands 87:17
start 26:11,21 43:19 45:16 67:15 77:1 84:21 101:7 105:16 112:11
started 7:25 14:5 46:1,14 113:15 114:8
starts 77:17
State 3:21 121:6 121:22
STATES 1:1 3:1
station 61:3 104:6
stationed 42:4
stay 31:8 33:4

33:17 37:25
43:7 65:17
83:21
stayed 14:11 30:7 35:20 36:7 39:6 40:17,18 41:22 45:3 48:21 56:13 57:6 68:4
Steffan 2:6,8 4:7 5:15,17 69:4,9 99:14 99:23 100:1,17 108:9,13 120:1 120:14
step 67:13 87:20
Steven 24:1
STIPULATED 5:1
Stockley 21:12 22:11,14,15,20 23:3 26:12 29:21 32:9 69:11 74:24 81:13 94:20 97:10 99:3,11 106:8 112:7
stomping 108:23
stone 34:23
stood 15:23 59:11,13,23 118:5
stop 84:14 105:16 107:24
stopped 50:8 105:13
storefront 39:24 40:1
storefronts 39:18
straggly 74:23
strange 53:23 54:4
street 4:4,21

33:19,20
35:12,13,14,15
35:18 36:13
45:7 46:24
58:25 76:8,14
76:23 84:25
85:12 86:13
91:23 96:18
105:21,22
streets 76:10,23 77:4 94:20,20
struck 36:12
structure 41:11
structures 17:22
stuff 10:23 14:1 16:19 18:17 23:6 33:3 36:18 39:22 40:2 44:18 51:4 54:16 61:11 66:20 67:13 80:13 86:16 88:2,13 89:11 90:2 92:9 100:11 105:9 109:7 113:8,12 114:8 114:11 115:6
stuff's 109:4
stupid 95:8
subdue 94:3
subject 94:4
submit 26:4 68:23
submitting 81:17
subpoenaed 98:12
substantially 13:15
sued 9:25 10:2 10:4,7
Suite 4:4
summarize 40:16
summarizing 73:25
Sunday 45:14

68:18 102:17
103:2,6
super 35:10
supposed 25:15 39:16 46:5 65:1,2 72:24
sure 16:8 20:14 27:18 31:18 32:18 36:7 39:4,7 44:20 47:18 54:22 75:10,19 78:22 80:7 89:22 99:21 99:25 108:11
surprised 38:21
surrounded 82:17 83:16
SWAT 7:17 8:3 12:2,21,25 14:20,23 15:8 15:15 16:1 17:1 18:15 19:1 20:1 24:19 25:24 28:3,4,8 29:5 29:18 33:1 36:24 37:7 39:5 48:3,12 54:19 55:24 56:3 58:6 60:3 77:8 79:23,24 82:24 83:16 83:24 88:7 90:18,22,23 91:7,9,9 92:13 92:21,25 93:8 93:10 95:15,19 97:3 118:13 119:16
sworn 3:12 5:9 121:8
systems 17:4 18:4 86:6,7 87:9

**T**

TAC-B 38:19,23
tactic 103:23 105:7
tactical 60:5
tactically 41:6,17
tactics 105:5
Tahoe 55:1,1 57:12
tailored 92:10
take 6:17,24 13:6 56:5 69:4,7 99:19
taken 1:17 5:3 7:9 46:17 121:9,14
takes 41:25 58:17 94:7
talk 7:5,7 18:7 95:4 99:19
talked 105:18 106:6 113:7
talking 10:9 12:13 21:16 34:18 38:13 62:8,11 94:25 95:1 98:7 99:10 114:15
tan 50:2
tap 88:4
Tara 3:17 4:19 5:3 121:4
tasked 58:9 75:9
team 13:6 15:19 15:24 16:16 18:18 19:1 20:1 20:3 23:15 28:13 29:3,5 29:20 32:4 34:6,7 49:7 54:24 83:3 88:7 92:17,21 94:16 95:17 101:24 114:23 115:10 119:25

JOSHUA BECHERER  2/28/2019

| | | | | |
|---|---|---|---|---|
| 28:10 46:9<br>92:25 93:4,8<br>**tear** 70:13,14,15<br>**technique**<br>115:13<br>**tell** 14:18 37:24<br>40:15 44:5,6<br>51:7 65:12<br>81:6,20 84:8<br>85:9 88:4<br>109:16 113:2<br>118:6,8<br>**telling** 33:24<br>78:7<br>**tells** 46:4<br>**ten** 12:11 117:9<br>**tenure** 12:2<br>14:12 75:16<br>100:4<br>**term** 16:13 47:1<br>62:8<br>**terminated** 8:17<br>**testified** 5:10<br>6:2<br>**testify** 7:10,14<br>**testimony** 121:7<br>121:9<br>**Thank** 25:3<br>**theirs** 119:24<br>**thereto** 121:16<br>**they'd** 89:12<br>**thick** 111:1<br>**thing** 24:20,22<br>27:21 36:9<br>38:3 40:19<br>41:22 53:25<br>58:2 73:5<br>80:19 82:3<br>97:13 98:18<br>102:14 110:23<br>112:9<br>**things** 13:16<br>15:10 16:22<br>25:23 31:25<br>41:2 53:20<br>56:22 66:22<br>68:1 75:7,12 | 77:2 85:15<br>92:8 99:5<br>100:10 106:3<br>106:10 107:5<br>114:16 115:4<br>**think** 8:22<br>10:22 11:14<br>16:13 17:14<br>18:20 19:3<br>20:11 22:9<br>23:24,25<br>24:2 25:17<br>26:9,10 34:21<br>34:25 36:11,14<br>36:20 39:11,18<br>40:16 41:5<br>43:8 48:10<br>49:8 50:2,10<br>54:2,17 56:18<br>59:1,5,14 62:1<br>62:3 63:16<br>67:1 68:3,22<br>78:6,15 81:12<br>82:5 83:14,22<br>85:22 87:3<br>88:21 90:15<br>90:23 93:7<br>94:13 99:14,18<br>104:9 107:13<br>111:6 113:21<br>115:12,20<br>116:24 117:8,15<br>119:12,12 120:1<br>120:7<br>**thinking** 80:7<br>97:16 100:3<br>115:12<br>**thought** 39:21<br>40:6,7,10 41:7<br>56:19 64:1<br>75:6,14 98:15<br>98:17,21<br>105:12<br>**three** 16:3 30:11<br>83:18 95:25<br>**throw** 88:14<br>106:16 109:8 | **throwing** 41:1<br>71:2,17 101:21<br>101:25 103:1<br>106:23 107:11<br>108:1 109:7<br>112:3 114:8,16<br>**thrown** 102:3<br>106:11,13,21<br>107:5 109:4<br>113:11 114:11<br>**Tim** 23:19 24:6<br>38:14<br>**time** 6:6,24<br>12:22 13:12,13<br>13:16 15:4 16:9<br>21:13 26:23<br>27:9 28:22<br>29:25 31:2<br>33:6,10 39:1<br>41:25 43:7<br>45:5 48:14<br>49:17 50:19<br>55:14,19 58:7<br>59:5 61:18<br>62:5 63:13<br>64:21 65:8,8<br>68:22 69:6<br>70:11 78:15<br>83:16 84:2<br>85:14 90:1,8<br>97:13 98:11<br>99:19 102:19<br>103:22 113:5<br>119:24<br>**times** 20:9 21:7<br>21:11,14 64:19<br>74:3 76:21<br>97:3 102:11<br>109:4 112:22<br>113:6<br>**today** 5:20 7:11<br>**today's** 9:22<br>**told** 10:14 23:10<br>23:14 24:3,14<br>30:7 31:21<br>33:4,17 35:22<br>35:23 37:20 | 37:25 38:2,6<br>38:9 39:11<br>40:18 42:3<br>44:15,16 46:6<br>46:18,20<br>54:16 55:12<br>57:10,11,21<br>64:9,12,14,22<br>65:6 69:9<br>72:24 76:1,6<br>83:20 91:23<br>103:7 104:16<br>105:24,25<br>106:2 113:10<br>115:25 116:15<br>117:16 118:3<br>**tons** 57:25,25<br>109:4<br>**tool** 110:7,9<br>**topics** 75:25<br>**track** 51:18 81:10<br>82:1<br>**tracking** 67:3<br>**traditionally**<br>36:16<br>**traffic** 34:24<br>58:24 74:20<br>75:12 92:3<br>106:3<br>**train** 20:6<br>**train-the-train** ...<br>20:4<br>**trained** 17:5,11<br>19:4 20:8<br>**training** 12:24<br>13:2,5,6,7,9,12<br>13:15,23 17:1,3<br>17:15 18:21<br>19:9 25:5,5,8<br>75:17,21,24<br>91:21 92:2,6,9<br>92:13 93:5,20<br>93:23 94:10<br>94:14,17 99:7<br>109:22<br>**transcribed** 5:5<br>120:7 | **transcript** 120:6<br>**transcripts**<br>120:12<br>**transcripts@a** ...<br>4:25<br>**transporting**<br>65:22<br>**travel** 84:22,23<br>**traveled** 84:25<br>**tree** 111:24<br>**tried** 107:23<br>**tripod** 110:10,17<br>**trips** 85:6,17<br>86:17<br>**trouble** 116:13<br>**trucks** 46:13<br>**truthfully** 7:11,15<br>**try** 6:14 7:5,6<br>34:3 41:4,16<br>51:12 53:7,8,9<br>67:18 77:15<br>79:5<br>**trying** 14:24<br>18:2 41:20<br>51:6 62:19<br>67:22 76:25<br>78:18 88:7,21<br>94:3,7 98:8,9<br>112:2 114:14<br>118:12<br>**Tucker** 30:23<br>57:19,20 58:5<br>58:22,23<br>59:6 68:4,9<br>101:16 103:13<br>103:15,18,19<br>108:15<br>**turn** 34:24<br>57:23 78:4<br>85:2<br>**turnaround**<br>84:25<br>**turned** 113:17,21<br>114:1<br>**two** 15:22 19:2<br>22:16 55:2<br>61:15 83:18 |

JOSHUA BECHERER  2/28/2019

type 16:15,16
17:24 19:17
22:13,20 46:3
51:10 54:2,14
94:3 96:9
110:11 115:10
118:23 119:8
types 15:7 17:6
17:8,10,16 18:6
18:10,19 53:16
typewriting 5:5
121:11
typical 16:23

**U**

Um 31:16,20
unaware 23:13
78:13
uncomfortable
16:18
undercover
52:15
undercovers
51:18 53:6
66:17 67:8,11
67:18
underneath
49:5
understand
6:19 9:8 61:14
64:24 81:21
82:9 87:19
98:8,9 114:14
understanding
6:12 24:10,12
24:14,17,21
29:18 92:16
93:24 119:25
understood
6:21
unh-uh 6:16
uniform 60:8,9
118:13
uniformed
29:13 71:7,17
unit 8:9,10,10,12
11:11 29:7 59:3

unit's 119:16
UNITED 1:1 3:1
units 36:23
39:8
University
44:23
unlawful 92:5
unlawfully 74:1
unnecessary
100:6
unprepared
71:9
unrelated 9:17
uprising 22:23
use 17:2,10,16
17:24,25
18:23 23:1
25:6,12 39:1,5
39:8 47:1 48:2
60:17 62:7
63:25 83:24
90:3 93:12,16
93:21,24 94:11
94:15 98:16
100:6
uses 16:16
usually 46:3
76:13

**V**

vacant 111:21
vaguely 118:9
van 44:25 55:3
56:3 58:8,9,11
65:6
vandalize 39:21
Vandeventer
89:15
vans 65:25
66:3,3 90:2
vantage 101:12
102:7
varies 75:25
various 104:11
vegetables 41:2
vehicle 49:24
50:1,10,11,16

50:24 68:15
vehicles 57:25
58:20 103:18
Velcros 119:2
verbal 23:16
verbally 6:15
verdict 26:17,25
95:13 97:10
112:7
versus 5:19
88:3 90:19
97:23 113:18
vest 60:9 119:13
video 109:25
view 48:25
49:2 56:2
violence 72:8
violent 71:14,16
74:21 76:16
96:23 105:7
113:6,17,22
114:1,2,13,15,18
vs 1:6 3:6

**W**

wait 48:8 118:3
waited 15:24
38:1 59:24
waiting 56:11
62:3 64:25
87:12
waive 120:10
waived 5:7
120:19
walk 58:5 63:6
63:15 68:14
104:3
walked 37:15
58:23 59:16
103:19
walking 42:20
43:2 104:12
115:21 116:9
118:1
walks 96:18
wall 34:23
Walton 72:1,2

106:8 111:7,14
want 32:21 69:4
77:19 93:8
99:23 116:13
wanted 15:20
41:3 43:5
54:11,12 59:19
70:7
warning 72:19
Wash 78:25
Washington
48:24 55:11
56:14,17,21
57:20 58:24
59:6 68:4,9
103:14 117:6
wasn't 9:13
32:18 35:25
41:6,21 42:7
43:17 50:11
63:12,13 66:15
68:10,21,25
77:1 79:20
84:11 85:18
87:7 93:3
96:13 98:22
104:3 116:10
watch 107:16,17
watched 30:4
59:23
watching 104:5
water 23:6
53:19 54:6
101:25
Waterman
33:19
way 21:1 27:4
34:6,22 35:19
41:11 44:21,22
45:3 46:5,10
48:11,21 53:6
53:9 67:7
70:8 71:25
76:1 81:9,13
87:21 98:23
116:4
ways 19:12

61:20 96:19
111:18
we'll 57:22
we're 13:5
16:20 28:14
42:1 51:6,6
67:15 72:25
76:22 93:13
108:24 110:7
110:12 116:4
we've 15:23
103:23
weapon 51:10
53:16 87:9
110:14
weapons 10:24
21:5,8 66:21
wear 118:22
wearing 60:1,11
weekend 95:25
went 14:2 23:1
30:12 31:25
32:17,24,25
33:2,10 34:14
34:15,21 36:3
36:8 37:21
43:6 44:3,19
44:21,25
45:21,21
46:24 48:20
49:7,15 54:25
55:3 68:13
72:17 85:22
86:2 103:10,10
117:6
weren't 41:20
42:25 45:5
57:1,3 61:5
68:8,23 79:5
85:11 96:23
108:4 115:23
116:1,1,2,14
118:11,11
west 32:9,15,24
34:18 42:13
78:18 89:9
97:10,14

JOSHUA BECHERER  2/28/2019

western 50:3
  53:3 107:16,17
  107:19
whatsoever
  65:3
whoever's
  73:19
wicks 112:2
widely 88:22
Wilson 21:23
window 18:3
  87:10
windows 40:10
  40:13 44:17
  84:12 85:15
  86:2 87:8
windshield
  108:23
witness 3:11 5:6
  99:21 102:18
  120:10,18 121:7
  121:9
WITNESSES
  2:2,3
witnessing
  85:14
Women's 96:2
  96:6,8,11
word 81:8
  98:25
wore 38:10
  119:13
work 9:17 14:19
  14:21 22:1 23:1
  26:21 27:4
  29:24 32:8
  43:12,21 45:16
  46:6 69:15
  79:17 80:1
  89:14 91:3
  96:2
worked 12:1,8
  12:18 14:14
  26:19 40:8
  45:12 82:6,14
  96:5 100:4
working 7:25

79:21,25 80:8
worried 82:24
worthless 108:2
wouldn't 38:21
  43:4 76:19
  106:1 119:23
write 25:25
  80:16,18
writer 80:23
writing 25:19
  80:20 81:18
written 25:22
  26:2 68:23
wrong 17:15
  24:18,20
  36:19 40:15
  48:11 78:3
  85:23 90:24
  105:14 119:14
wrote 25:21

## X

X 2:1

## Y

y'all 69:4
yeah 12:7 27:6
  30:25 32:15
  38:16 40:7
  47:3 49:15
  52:17 56:2
  59:22 60:16
  62:9 63:10
  67:1 68:6 70:4
  72:11,21 73:10
  73:17 75:12,19
  77:19 78:19
  79:24 92:1
  93:18 105:3
  107:23 111:15
  112:10,20,20
  114:24 115:22
  117:3,10,10
  118:5,21 119:6
year 6:9 8:23
  21:19 75:24
  98:22

years 15:12,16
  15:23 19:8
  98:20

## Z

## 0

## 1

1-800-280-D...
  4:24
10:00 31:7
100 2:7
108 2:8
11:00 31:4,7
1130 4:4
11th 4:21
12:03 120:16
15 26:16 65:18
  68:5,10 98:23
15th 95:12 101:7
  107:2 112:6,21
16 43:20
17 45:14
17th 68:18 103:6
18 16:2,4,9
18th 46:25

## 2

20 16:2,5,6,7
  36:6 40:18
2007 8:1
2011 8:4
2012 91:4
2014 12:16 14:15
  80:2 82:10
2015 69:16
  79:18 97:17
  111:7
2017 26:16 96:3
2018 8:24 12:16
  14:16
2019 1:18 3:13
20th 50:4
28 1:18
28th 3:12 8:23

## 3

30 36:6 38:1
  40:18 64:6
  109:19
314 3:16 4:6,11
  4:13,23

## 4

4:17-cv-2455
  1:7 3:7
44 91:5

## 5

5 2:6
50 41:20 64:7
  109:19

## 6

622-4652 4:13
63101 4:5,22
63103 4:12
644-2191 4:23
669-3420 4:6

## 7

711 4:21
7120 7:24
7667 7:21

## 8

8:00 26:23
  27:6 29:25
  55:16

## 9

9:00 26:24
  27:6 29:25
  55:17
9:36 5:13
906 4:4