UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 4:17-cv-2455 CDP |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendants. | ) |

**MOTION OF DEFENDANT CITY OF ST. LOUIS FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND DISMISS IN EXCESS OF PAGE LIMITATIONS**

COMES NOW Defendant City of St. Louis, pursuant to Local Rule 7-4.01, and respectfully moves for leave to file the attached Memorandum in Support of Motion to Dissolve Preliminary Injunction and Dismiss (Exhibit 1 hereto), in excess of the 15-page limitation.  In support, the City states that this action raises serious and significant issues regarding federal equity jurisprudence, and the extensive record is being supplemented by additional materials filed in support of the Motion to Dissolve.  Defendant has endeavored to brief the issues as succinctly as possible, but defendant respectfully submits that the scope of the issues and the record warrants the memorandum submitted.  This motion is made in good faith; the added length should work no prejudice to plaintiff and will not impose an unnecessary burden on the Court.

Accordingly, defendant City requests (1) leave to file the attached memorandum consisting of 39 pages; (2) that the clerk be directed to docket the attached Memorandum as filed.

Respectfully submitted,

JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564MO
Associate City Counselor
Abby Duncan 67766MO
Assistant City Counselor
Megan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956