```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

MALEEHA AHMAD, et al.,          )
                                )
    Plaintiffs,               ) Case No. 4:17-cv-2455-CDP
                                )
v.                              )
                                )
CITY OF ST. LOUIS,              )
                                )

    NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION TO
                  DISSOLVE AND DISMISS

Defendant gives notice that it is filing herewith the following exhibits, consisting of flash drive, DVDs, and external drive containing video exhibits in support of defendant's motion to dissolve preliminary injunction and dismiss:

Exhibits C and V--flash drive containing Exhibit C, video excerpts of protest activity during daylight 9/15/17, and Exhibit V, video excerpts of incident at Page and Walton in 2015;

Exhibit D--DVD containing video excerpts of protest activity during night of 9/15/17;

Exhibit E--DVD containing video excerpts of protest activity during 9/17/17;

Exhibit F--DVD containing video excerpts of protest activity during 9/17/17;

Exhibit G--external drive containing compilation of videos of protest activity, September-October 2017.

    Defendant certifies that copies of the foregoing have been or will be served on counsel for plaintiffs concurrently with the filing hereof.

                                    Respectfully submitted,
                                    JULIAN L. BUSH
                                    CITY COUNSELOR

                                    /s/ Robert H. Dierker
                                    Robert H. Dierker 23671MO
                                    Associate City Counselor
                                    dierkerr@stlouis-mo.gov
                                    Brandon Laird 65564MO
                                    Associate City Counselor
                                    Abby Duncan 67766MO
                                    Assistant City Counselor
                                    Megan Bruyns 69987MO
                                    Assistant City Counselor
                                    Amy Raimondo 71291MO
                                    Assistant City Counselor
                                    1200 Market St.
                                    City Hall, Rm 314
                                    St. Louis, MO 63103
                                    314-622-3361
                                    Fax 314-622-4956