```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


MALEEHA AHMAD, et al.,      )
                            )
     Plaintiffs,            ) Case No. 4:17-cv-2455-CDP
                            )
v.                          )
                            )
CITY OF ST. LOUIS,          )
                            )
```

MOTION TO SEAL EXHIBITS AND RE-FILE

Pursuant to Local Rule 83-13.05 and E.D.Mo. Administrative Procedures for CM/ECF Section VI, defendant requests that certain depositions filed as exhibits to the Motion to Dissolve Preliminary Injunction and to Dismiss [doc. 126], specifically Documents ECF Nos. 126-12, 126-13, and 126-14, be sealed with leave to substitute properly redacted copies of said documents.  In support of this motion, defendant states that counsel overlooked certain matters in the exhibits that should have been redacted (i.e., dates of birth, home addresses of plaintiffs) pursuant to Local Rule 2.17.  Counsel regrets the inconvenience to the parties and the Court.

WHEREFORE, defendant respectfully requests that the aforementioned documents 126-12, 126-13, and 126-14 be sealed and that leave be granted to file properly redacted exhibits forthwith.

Respectfully submitted,
JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564MO
Associate City Counselor
Abby Duncan 67766MO
Assistant City Counselor
Megan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956