U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al.,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ST. LOUIS, et al.,<br>    Defendants. | Case No. 4:17-cv-02455-CDP<br><br>The Honorable Catherine D. Perry |

## ENTRY OF APPEARANCE

COMES NOW Laurence D. Mass and enters his appearance in the above-captioned matter as co-counsel for Intervenor National Lawyers Guild on its Motion to Intervene.

Respectfully submitted,

 /s/  Laurence D. Mass
Laurence D. Mass    MBN 30977
230 South Bemiston, Suite 1200
St. Louis, MO 63105
(314) 862-3333, Ext. 20 Phone
(314) 862-0605 Facsimile
laurencedmass@att.net

Attorney for Intervenor

## CERTIFICATE OF SERVICE

It is hereby certified that on this  1st  day of April 2019, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

 /s/ Laurence D. Mass
Laurence D. Mass,  MBN 30977