UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 2455 CDP |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the motions to quash subpoenas served on Keith Rose and Scott Kampas. Having reviewed defendant's opposition to the motions to quash, and given the fact that Scott Kampas has been identified as a person with personal knowledge of the underlying events in plaintiffs' Rule 26 disclosures,

**IT IS HEREBY ORDERED** that the motions to quash [131, 132] are granted only as follows: the subpoenas are quashed as to the request for production of documents only, but in all other respects the motions are denied and defendant may depose Keith Rose and Scott Kampas.

**IT IS FURTHER ORDERED** that the consent motion for extension of time [140] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2019.