UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) Case No. 4:17-cv-2455-CDP |
| v. | ) |
| CITY OF ST. LOUIS, | ) |

MOTION FOR LEAVE TO FILE REDACTED DEPOSITION EXHIBITS

Defendant previously filed certain exhibits in support of its Motion to Dissolve Preliminary Injunction and to Dismiss [doc. 126], specifically Documents ECF Nos. 126-12, 126-13, and 126-14, but inadvertently failed to redact the exhibits pursuant to rules of court. The Court sealed those exhibits, and defendant now seeks to substitute properly redacted copies of said documents, consisting of Exhibits L, M and N to the Motion to Dissolve/Dismiss.

WHEREFORE, defendant respectfully requests that the attached redacted exhibits L, M and N be filed as part of the record.

Respectfully submitted,
JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564MO

```
                              Associate City Counselor
                              Abby Duncan 67766MO
                              Assistant City Counselor
                              Megan Bruyns 69987MO
                              Assistant City Counselor
                              Amy Raimondo 71291MO
                              Assistant City Counselor
                              1200 Market St.
                              City Hall, Rm 314
                              St. Louis, MO 63103
                              314-622-3361
                              Fax 314-622-4956
```