IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

MALEEHA AHMAD, et al,     )
                          )
          Plaintiffs,     )
                          )
vs.                       )  No. 4:17-CV-2455 CDP
                          )
CITY OF ST. LOUIS,        )
                          )
          Defendant.      )

Deposition of MALEEHA AHMAD
taken on behalf of the Defendant
January 30, 2019

INDEX

Questions By:                    Page:

MR. LAIRD                        5, 65
MS. STEFFAN                        64

Reporter:  Sara Alice Masuga, CSR, CCR
IL CSR No. 084-002993  MO CCR No. 1012

MASUGA REPORTING SERVICE
2033 HIAWATHA AVENUE
ST. LOUIS, MO  63143-1215

Exhibit L

1                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF MISSOURI
2

3        MALEEHA AHMAD, et al,      )
                                    )
4                   Plaintiffs,     )
                                    )
5        vs.                        )   No. 4:17-CV-2455 CDP
                                    )
6        CITY OF ST. LOUIS,         )
                                    )
7                   Defendant.      )

8

9    APPEARANCES:

10

     On Behalf of the Plaintiff:
11

12           ACLU
             By Jessie Steffan, Esq.
13           906 Olive Street
             Suite 1130
14           St. Louis, MO  63101

15

16   On Behalf of the Defendant:

17

             City Counselor's Office
18           By Brandon Laird, Esq.
             Abby Duncan, Esq.
19           1200 Market Street
             City Hall Room 314
20           St. Louis, MO  63103

21

22   Also Present:  Ms. Claire Rucker

23

24

25

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          IT IS STIPULATED AND AGREED by and between

2     counsel for Plaintiffs and counsel for Defendant that the

3     deposition of MALEEHA AHMAD may be taken pursuant to the

4     Federal Rules of Civil Procedure, by and on behalf of the

5     Defendant on January 30, 2019, at the offices of the

6     ACLU, 906 Olive Street, St. Louis, Missouri, before me,

7     Sara Alice Masuga, Certified Court Reporter and Certified

8     Shorthand Reporter; that the issuance of notice is waived

9     and that this deposition may be taken with the same force

10    and effect as if all Federal Rules had been complied

11    with.

12          IT IS FURTHER STIPULATED AND AGREED that the

13    signature of the deponent is waived.

14

15

16

17

18

19

20

21

22

23

24

25

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1                     EXHIBIT INDEX
           Exhibit:                              Page:
 2

 3    Defendant's Exhibit Ahmad A........................22
      (Second Amended Complaint for Prospective Relief)
 4

 5    Defendant's Exhibit Ahmad B........................42
      (Twitter Tweets and other Messaging, Pl-000001
 6     through Pl-000020)

 7

      Defendant's Exhibit Ahmad C........................52
 8    (Defendant's First Set of Interrogatories Directed
       to Plaintiff Maleeha Ahmad)
 9

10    (Exhibits attached.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          MALEEHA AHMAD produced, sworn, and examined as a
 2    witness on behalf of the Defendant testified as follows
 3    commencing at 9:10 a.m.:
 4
 5                 E X A M I N A T I O N
 6    BY MR. LAIRD:
 7
 8          Q.   Good morning.
 9          A.   Morning.
10          Q.   Could I please have your state your full name
11    for the record?
12          A.   Maleeha Ahmad.
13          Q.   And my name is Brandon Laird.  I'm one of the
14    City's -- or one of the attorneys representing the City.
15    Have you ever given a deposition before?
16          A.   I have not.
17          Q.   Okay.  So, before we get started, then there's
18    just sort of a few ground rules I'd like to sort of lay
19    out.  First of all, as you can see, we have a court
20    reporter who's taking down what we're saying.  It's
21    difficult if we're both talking at the same time, so --
22    and I know that as we get going, it kind of -- there'll
23    be times where I sort of, like, pause in the middle of a
24    question or you'll know where my question is going, but
25    just for the clear record, if you could wait and let me
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1  ask my full question.  The same thing will happen
 2  probably on the -- on the other end.  You'll have a
 3  second of thought and I'll think you're done and you're
 4  not.  And, so, I'll do my best to let you finish
 5  completely your answer if you'll let me finish mine.
 6          A.    (Nodding.)
 7          Q.    Also, because we have a court reporter and a
 8  transcript, "huh-uhs" and "uh-huhs" and head nods don't
 9  translate very well to a written transcript, so we'll
10  need -- if the answer is a "yes" or a "no," we'll need a
11  "yes" or a "no."  I may catch that a few times and ask
12  you about it.  I'm not doing anything more than just
13  making sure that I understand for the record that the
14  answer was a "yes" or a "no."  If I ask a question that's
15  unclear or you don't understand what I'm asking, I'm not
16  trying to play, like, a guessing game.  If you don't
17  understand my question, ask me to rephrase it.  If you do
18  understand what I'm asking -- If you do answer the
19  question, then I'll under- -- I'll assume you understood
20  my question; is that fair?
21          A.    Yeah.
22          Q.    Okay.  At -- Also, at any time if you need to
23  take a break, that's fine.  This isn't an endurance test.
24  The only thing that I'll ask is that, if I've asked you a
25  question, that you answer the question and then we can
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   take a break.
 2               Can I get your date of birth?
 3       A.    ████████████████.
 4       Q.    And where is your current address?
 5       A.    ██████████████████████████████
     ██████████████.
 7       Q.    And how long have you been there, roughly?
 8       A.    A year and a half.
 9       Q.    Where were you at before that?
10       A.    I lived close to WashU.
11       Q.    Okay.  And where did you go to high school?
12       A.    Augusta, Georgia.
13       Q.    Okay.  And do you have any college?
14       A.    It was in Augusta, Georgia, as well.
15       Q.    Okay.  Anything beyond undergraduate?
16       A.    Graduate school at WashU.
17       Q.    What's your -- Let's start with undergrad.
18   What's your undergrad degree or degrees in?
19       A.    Psychology and art.
20       Q.    And then postgraduate?
21       A.    Master's of Public Health.
22       Q.    Okay.  Do you have any other certifications or
23   anything else?
24       A.    Yoga teacher training.
25       Q.    Any other education you've had beyond your
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   Master's?
 2          A.    No.
 3          Q.    Okay.  Where are you currently employed?
 4          A.    AmeriCorps VISTA.
 5          Q.    And how long have you been there?
 6          A.    Last March.
 7          Q.    March of 2018?
 8          A.    That's correct.
 9          Q.    And before that, where were you?
10          A.    Working temp jobs and then school, nonprofit.
11   I worked at a nonprofit organization in between grad
12   school.  And then taking part-time jobs here and there.
13          Q.    When did you graduate undergrad?
14          A.    When?
15          Q.    Yes, year.
16          A.    2013.
17          Q.    And did you take any time between
18   undergraduate and grad school?
19          A.    Yes.
20          Q.    How much time?
21          A.    A year.
22          Q.    Okay.  Is that the one year gap that you were
23   talking about?
24          A.    (Shaking head.)
25          Q.    Okay.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.    No, I was looking after, helping my sister --
 2          Q.    Okay.
 3          A.    -- with her kids that year in between.
 4          Q.    Okay.  So, you were in Georgia then?
 5          A.    No, I was in Florida then.
 6          Q.    Okay.  And when did you graduate from WashU?
 7          A.    2017, December.
 8          Q.    Okay.  Okay.  And you said you worked a little
 9    bit for a nonprofit organization?
10          A.    (Nodding.)
11          Q.    What nonprofit?
12          A.    Project Peanut Butter.
13          Q.    What do they do?
14          A.    Give ready-to-use therapeutic food for
15    malnourished children.
16          Q.    Okay.
17          A.    And they develop it in the countries that they
18    disburse it in.
19          Q.    Okay.  How did you -- You're currently being
20    represented by the ACLU; correct?
21          A.    That's correct.
22          Q.    In this lawsuit that we're here for?
23          A.    That's correct.
24          Q.    How did you come to be represented, was it a
25    referral or?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1              MS. STEFFAN:  I'm going to object to the
 2         extent that you're calling for privileged
 3         information, communications with her attorneys.
 4         Don't respond about that.  Otherwise you can answer.
 5         Q.   And just to be clear, I'm not looking for any
 6    conversations you've had with any lawyer representing you
 7    at the ACLU.
 8         A.   I don't remember how we got in touch with one
 9    another.
10         Q.   Have you ever worked with the ACLU before?
11         A.   No.
12         Q.   Have you ever -- Has the ACLU ever represented
13    you in any previous lawsuit?
14         A.   No.
15         Q.   Have you ever donated to the ACLU?
16         A.   Not that I can recall.
17         Q.   Are you aware of an organization called the
18    Arch City Defenders?
19         A.   Yes.
20         Q.   How do you know of them?
21         A.   Through graduate school.
22         Q.   And what would be -- Like, how through
23    graduate school did you learn of them?
24         A.   The social work program is housed with the
25    public health program and we learned about a lot of
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

 1   organizations in St. Louis.

 2          Q.   Do you know anybody in the Arch City Defenders

 3   leadership?

 4          A.   I don't know their leadership.  I might know

 5   someone in the leadership, but I don't know if...

 6          Q.   That's fair.  Michael-John Voss, do you know

 7   him?

 8          A.   No.

 9          Q.   Blake Strode?

10          A.   I've heard of his name.

11          Q.   Sima Atri?

12          A.   Yes, I know her.

13          Q.   How do you know her?

14          A.   Mutual friends.

15          Q.   Have you ever done any work with Arch City

16   Defenders before?

17          A.   No.

18          Q.   Have they ever represented you in any previous

19   suit?

20          A.   No.

21          Q.   Have you ever donated to them?

22          A.   No.

23          Q.   Do you know who Megan Green is?

24          A.   Yes.

25          Q.   How do you know her?  How do you know who she

 1  is?

 2          A.   I know of her through her role in politics,

 3  policy politics.

 4          Q.   Do you know her personally?

 5          A.   No.  I've met her a few times.

 6          Q.   And these have just been sort of like

 7  political fundraising type things?

 8          A.   Or at social events through mutual people.  We

 9  have not had extended conversation.

10          Q.   Okay.  Have you had any contact with her about

11  this case?

12          A.   Not that I can recall.

13          Q.   So, now I'm going to move to a little bit of,

14  I guess, protest history and at this point I'm looking

15  for anything prior to September 15, 2017, so any

16  questions that I'm asking, it'd be before the -- the

17  Jason Stockley verdict protests.  Prior to that, had you

18  attended any protests in the St. Louis area?

19          A.   Yes.

20          Q.   Moving backwards, starting with September 15,

21  2017, moving backwards, when had been the most previous

22  protest you had attended?

23          A.   In St. Louis?

24          Q.   Yes.

25          A.   I can't remember the last protest I attended

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1   before September 15, 2017, other than 2014 for the

2   Darren Wilson verdict.  There may have been protests in

3   between that I can't recall currently.

4           Q.   Between 2014 and September of '17?

5           A.   Yes.

6           Q.   Okay.  And where were you protesting when you

7   were out for the Darren Wilson -- I guess this is the

8   grand jury verdict?

9           A.   That's correct.

10          Q.   Okay.

11          A.   I was in Ferguson first and then went to Tower

12  Grove.

13          Q.   Okay.  The park?

14          A.   That area or Arsenal and Grand area.

15          Q.   Okay.  When you were at Ferguson -- Let me ask

16  this:  Would this have all been in the same day or over a

17  couple of days?

18          A.   This was all that same night.

19          Q.   Okay.

20          A.   And I believe I did attend protests

21  potentially afterwards.  I can't remember, honestly.

22          Q.   Okay, that's fair.

23               Without worrying about the time frame and the

24  dates, can you recall any other protests that you were at

25  prior to the Stockley protest dealing with police or

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   police brutality?
 2          A.   I can't recall anything off the top of my
 3   head --
 4          Q.   Okay.
 5          A.   -- but that does not mean that I wasn't.  I
 6   don't' remember.
 7          Q.   Any other protests of any nature that you
 8   recall?
 9          A.   Not that I can recall.
10          Q.   Okay.  So, starting then with -- So, the 2014,
11   the Darren Wilson verdict, you started in Ferguson?
12          A.   That is correct.
13          Q.   Did you have any interaction with any of the
14   law enforcement officers when you were in -- when you
15   were protesting in Ferguson?
16          A.   No.
17          Q.   Were you pepper-sprayed or anything in
18   Ferguson?
19          A.   Not in Ferguson.
20          Q.   And then at some point, you made your way to
21   the Tower Grove area?
22          A.   That is correct.
23          Q.   Did you have any interactions with law
24   enforcement officers at Tower Grove?
25          A.   I was teargassed.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          Q.    By police?
 2          A.    That is correct.
 3          Q.    Had you spoken to or heard from any police --
 4   I'll ask that -- That was going to be a compound
 5   question.  I'll ask it individually.
 6                Had you spoken to any police officers in the
 7   Tower Grove area prior to being teargassed?
 8          A.    No, I was on the sidewalk.  I wasn't actively
 9   on the street.
10          Q.    Okay.  And, so, you were -- it was in the
11   Arsenal and Grand area?
12          A.    That is correct.
13          Q.    So, were there protestors then on either
14   Arsenal or Grand --
15          A.    There were.
16          Q.    -- on the streets?
17          A.    There were.
18          Q.    Okay.  And were you then on the sidewalk --
19   Where -- Where -- Where in the area would you have been?
20   I'm just trying to get a picture of.
21          A.    Between Grand -- Or between Arsenal and
22   Juniata on Grand.
23          Q.    Okay.  So, you would have just been there on
24   the sidewalk, people would have been in the street?
25          A.    (Nodding.)
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1        Q.    And then did you hear any warnings or anything
2   from police officers?
3        A.    No.
4        Q.    Did you hear any orders to disperse or to move
5   back or anything like that?
6        A.    No.
7        Q.    Did you see any police officers before the
8   teargas was administered?
9        A.    Yes, they had blocked off the street.
10        Q.    Had blocked off Arsenal?
11        A.    Grand.
12        Q.    Okay.  Oh, Grand, that makes more sense.
13        A.    On the Juniata side.
14        Q.    Okay.  Had you -- Okay.  The officers that you
15   saw that night, were they equipped in -- with shields and
16   batons?
17        A.    I had -- That night in Ferguson or that night
18   in -- on Grand?
19        Q.    On Grand.
20        A.    They were far away.  I cannot recall.
21        Q.    Okay.
22        A.    I can recall something, but I'm not
23   particularly sure at this moment.
24        Q.    Did you see any officers amongst the
25   protestors in any way or were they just kind of in the

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   distance off on -- off the perimeter?
 2         A.   I was on the sidewalk, faced away from the
 3   officers --
 4         Q.   Okay.
 5         A.   -- and talking to someone.
 6         Q.   And I know I'm asking some detail here about
 7   something that occurred about five years ago, but like
 8   you say you were facing away from the officers.  Where
 9   were the officers at, where would you have been facing,
10   either one so we can kind of get a picture of?
11         A.   Away from Juniata.
12         Q.   Okay.
13         A.   I -- I was looking at Juniata at one point,
14   but then I --
15         Q.   Okay.
16         A.   -- turned away from Juniata and was looking
17   closer towar- -- I was looking towards Arsenal on Grand.
18   I was on the sidewalk in between Bread Co. and FedEx.
19         Q.   Okay.  Okay.  Did you hear -- Let me rephrase
20   that.  Did you see any -- anything being thrown at this
21   particular protest?
22         A.   I did not see anything.
23         Q.   Did you see any -- Not the -- Did you see any
24   evidence of any property damage at this particular
25   protest?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.   Not happening while I was there.

2          Q.   Did you see something that had occurred

3    that -- You didn't see the window break, for example, but

4    did you see, like, a broken window or broken planter or

5    something?

6          A.   I do recall a broken window.

7          Q.   Do you recall seeing any -- Other than

8    officers, do you recall seeing any equipment, like an

9    armored vehicle or anything?

10         A.   I do vaguely recall an armored vehicle.

11         Q.   Okay.  And you said that they administered

12   teargas that night?

13         A.   Without warning, yes.

14         Q.   Was there any pepper-spraying or anything else

15   or just the teargas?

16         A.   I just knew about teargas.  There may have

17   been pepper spray.  I am unaware.

18         Q.   You never were pepper-sprayed?

19         A.   No, I was teargassed.

20         Q.   Okay.  Were you arrested that night?

21         A.   No.

22         Q.   Were you in any way held by police at all,

23   either -- either with handcuffs or with some kind of a

24   plastic tie or something?

25         A.   No.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1         Q.   Okay.  Did you end up having to seek any
2    medical attention as a result of the teargassing?
3         A.   No, but I could not breathe, even with using
4    my sweater as a protection on my face.  And I couldn't
5    see, either.  I had to hold onto someone.
6         Q.   Okay.  And you mentioned -- or you asked at
7    one point for a clarification, so I'm going to go back.
8    When you were in Ferguson, at that time, had you seen any
9    officers that were dressed in any sort of riot protection
10   gear?
11        A.   Yes.
12        Q.   Where in Ferguson were you at?
13        A.   I do not recall.
14        Q.   Did you at any point go to the St. Louis
15   County Courthouse and protest outside of that in Clayton?
16        A.   No.  Actually, I do not remember -- No, that
17   was not during that time.
18        Q.   Have you protested outside the County
19   Courthouse at any time?
20        A.   I don't remember where in Clayton.  I do not
21   believe it was the County Courthouse.  I think it was
22   closer to Roy Blunt's office, but we were not in the
23   streets.
24        Q.   You were --
25        A.   That -- That was just -- I cannot remember

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1   what year or month that was, but it was after 2014.  It

2   might have been 2016.

3          Q.   Was the purpose to protest Roy Blunt?

4          A.   I believe it was immigration or the Muslim

5   ban.  I believe it was in regards to the Muslim ban.

6          Q.   Okay.  And the idea was to be outside

7   Senator Blunt's office?

8          A.   Yes.

9          Q.   Okay.  Have you done any protest -- Have you

10  participated in the Women's Marches?

11         A.   Yes.

12         Q.   Which ones?

13         A.   In D.C. in 2016 was the first one, right?  Or

14  was 2017 the first one?

15         Q.   I believe it would have been 2017.

16         A.   Then 2017 --

17         Q.   Okay.

18         A.   -- was the D.C. Women's March and 2018 in

19  St. Louis.

20         Q.   Have you enga- -- Have you done any marching

21  or protesting at the MSI Workhouse?

22         A.   No.

23         Q.   Did you do any of the protesting -- I know

24  some of this is going to be now after September 15, but

25  any -- any protesting for the Mansur Ball-Bey shooting?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.   No.
 2          Q.   Any protesting in relation to -- And this
 3    would be a broad question, but any -- outside of the
 4    Muslim ban, any protesting of President Trump?
 5          A.   Not that I can recall.
 6          Q.   Anything about the minimum wage?
 7          A.   No.
 8          Q.   Justice for Isaiah, meaning Isaiah Hammett?
 9          A.   No.
10          Q.   Any protesting related to LGBTQ?
11          A.   Not that I can recall in St. Louis.
12          Q.   Anywhere else have you done, like outside of
13    St. Louis?
14          A.   Back home in Georgia in 2010 maybe.
15          Q.   When you were engaged in those -- in that
16    protest, did you experience any force used by the police
17    at that time?
18          A.   No.
19          Q.   And other than the 2014 activity you just
20    described in Ferguson and then in the Tower Grove area,
21    any protesting related to Black Lives Matter?
22          A.   Not that I can recall.
23          Q.   Okay.  So, now we're going to move to
24    September 15 of '17.  This would have been the morning of
25    the Stockley verdict.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1              MR. LAIRD:  And let's go ahead and mark this
 2       as Exhibit One -- A.
 3              (At this point, Defendant's Exhibit Ahmad A
 4              was marked for identification.)
 5              (Questions by Mr. Laird)
 6       Q.    I'm going to hand you now what's been marked
 7    as Exhibit A.  Do you recognize this as the Second
 8    Amended Complaint?
 9       A.    Yes.
10       Q.    Have you seen this before?
11       A.    Yes.
12       Q.    If I could direct you to Page 3, Paragraph 17
13    there, it has a list of locations and days on which it
14    alleges chemical agents were deployed.  Going through (a)
15    through (g), could you identify which of these locations
16    you were at that weekend?
17       A.    Location (a), Clark and Tucker Avenue.  Close
18    to location (g), but I was not there when the chemical
19    agents were deployed.
20       Q.    So, starting with location (a), Clark and
21    Tucker, on Friday afternoon?
22       A.    Yes.
23       Q.    When did you arrive -- Well, let me ask you
24    this:  When did -- When did you decide to head to the
25    downtown area to protest?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.   A little before noon, I believe.

2          Q.   Okay.  And where did you go first?

3          A.   Maybe a block away from Clark and Tucker or

4    that might have been the intersection of Clark and

5    Tucker.  I cannot recall exactly.

6          Q.   So, you went to that general area first?

7          A.   Uh-huh.  Yes.

8          Q.   Thank you.  And that would have been right

9    around noon, maybe a little before?

10         A.   Yes.

11         Q.   Why did you go to that location?

12         A.   I believe people were already there.

13         Q.   How did you learn that people were already

14   there?

15         A.   I cannot recall.  My friend who I was with

16   knew people there, I believe.

17         Q.   When you arrived, were any -- were there

18   protestors in the street?

19         A.   Yes.

20         Q.   Were the streets already blocked off?

21         A.   Yes.

22         Q.   Who had blocked them off?

23         A.   The police, I believe.

24         Q.   And how were they blocking them, were they

25   putting up, like, orange cones?  Using the police

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   vehicles?  How were they blocked, if you recall?

 2         A.   I cannot recall.

 3         Q.   That afternoon, did you stay in the Clark and

 4   Tucker area maybe within a few blocks or did you -- did

 5   you leave that area at any time?

 6         A.   I might have been further south on Tucker when

 7   I initially got there.

 8         Q.   Okay.

 9         A.   And then we walked towards Clark, so north.

10         Q.   And --

11         A.   One or tw- -- Within one block, one or two

12   blocks.  Not any further than that.

13         Q.   What -- How far -- Let me ask a better

14   question.  Which streets had been blocked off by police?

15         A.   I cannot recall the exact streets.  That's why

16   I'm having difficulty --

17         Q.   Okay.

18         A.   -- trying to picture in my head.  If I were

19   there, I could tell you exactly, but I can't recall from

20   the mental map.

21         Q.   That's fair.  How big, estimating, of a

22   radius, like two to three blocks in either direction or

23   more or less?

24         A.   Two blocks maximum in either direction.  I did

25   not walk a lot --
```

1         Q.    Okay.

2         A.    -- in several directions.  Maybe I walked one

3    and a half or one to two blocks in either direction, but

4    nothing more than that that I can recall.

5         Q.    And I know that at some point at least some of

6    the protestors kind of left and started -- sort of

7    marched through downtown.  Did you march with them at

8    all?

9         A.    No, I did not.

10        Q.    Why did you end up walking towards the Tucker

11   and Clark intersection?

12        A.    As I stated earlier, people were already

13   there.

14        Q.    So, when you arrived and you would have been

15   maybe a block or so away from Clark, you just kind of

16   would have -- there would already been people at that

17   intersection and that's what drew you to them?

18        A.    Either people were already there or we walked,

19   the people moved towards the intersection.  I cannot

20   recall exactly the sequence of events.

21        Q.    At Tucker and Clark, were there buses parked

22   there?

23        A.    I do not remember when the buses arrived.

24        Q.    Okay.  Do you recall seeing the buses arrive?

25   Were they there when you arrived at the intersection or

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1   did they show up after you got there I guess is really

2   what I'm asking.

3          A.   I cannot recall.

4          Q.   At this point in time when you made your way

5   to Tucker and Clark, had you seen -- had you seen very

6   many police officers in that area?

7          A.   When I arrived, no.

8          Q.   Did that change?

9          A.   Yes.

10         Q.   When?

11         A.   I do not remember how far into the afternoon

12  or after my arrival that officers in riot gear showed up,

13  but I do remember them showing up and the tensions

14  increased.  It was a peaceful protest beforehand and...

15         Q.   Did they do or say anything when the offi- --

16  The officers, did they do or say anything when they

17  arrived or was it just that they arrived and then

18  tensions increased?

19         A.   I cannot remember if they said anything.  I'm

20  assuming they did, but I cannot remember.

21         Q.   Where do you recall seeing the officers in

22  riot gear located?

23         A.   In front of the engine -- like the engine

24  house/Police Academy, whatever those cross street -- or

25  those intersections are, Clark and something else, before

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   the bridge.  I remember them there in between that
 2   intersection.
 3           Q.   Do you recall how many buses you saw?
 4           A.   Maybe two.
 5           Q.   Did the officers arrive on those buses?
 6           A.   I cannot recall.
 7           Q.   Okay.  The officers in riot gear, did you
 8   notice them take any -- make any aggressive actions
 9   towards the protestors?
10           A.   Depends on your definition of aggressive.
11           Q.   Fair enough.  Did you see anything that you
12   felt was aggressive?
13           A.   Police officers showing up in riot gear when
14   it's a peaceful protest, yes, I feel that's aggressive.
15           Q.   Beyond showing up, had they done anything?
16   So, showing up in riot gear leading to an escalation, and
17   then did they do anything after that?
18           A.   After macing everyone --
19           Q.   No.
20           A.   -- or before the macing?
21           Q.   Before the macing.
22           A.   Not that I can recall.
23           Q.   Okay.  Were there any occasions that you saw
24   police -- any police officers detaining any individual
25   protestors prior to the pepper-praying?
```

```
 1          A.    Not that I can recall.
 2          Q.    Did you see -- I know you didn't see how they
 3   arrived, but did you see police officers trying to get
 4   back on the buses at any point?
 5          A.    I did not see them trying to get back on the
 6   buses.
 7          Q.    The officers that you saw, you said they were
 8   kind of in front of the Academy, sort of down -- down
 9   Clark a little bit, would they have been -- like, would
10   the buses have been between you and where you saw the
11   officers?
12          A.    The officers were scattered along Tucker.
13   This must have been before buses arrived, I guess --
14          Q.    Okay.
15          A.    -- because I remember seeing the officers and
16   then I remember the buses being there.  I do not remember
17   the in-between.
18          Q.    Okay.  So, when they were scattered along
19   Tucker, they weren't in any sort of particular formation
20   that you noticed?
21          A.    They were close together, but I do not know
22   police formations, so...
23          Q.    Were they in a line?
24          A.    Yes.
25          Q.    Okay.  And when you say they were -- was along
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1    Tucker, how would it -- at an intersection?  Were they
 2    just on the sidewalk?  What are we -- we looking at?
 3         A.   I remember they were on the sidewalk.  They
 4    may have been on the street, as well.  I cannot remember
 5    exactly.
 6         Q.   Were they sort of coming across the street,
 7    like blocking the street, or were they just lined up
 8    along the sidewalk?
 9         A.   I don't remember.
10         Q.   At this point, had you seen anybody throw
11    anything at the police?
12         A.   I did not.
13         Q.   Any water bottles or rocks?
14         A.   I did not.
15         Q.   Had you seen anybody throw anything at any
16    building or anything?
17         A.   I did not.
18         Q.   Had you noticed any property damage?
19         A.   No.
20         Q.   Okay.  Did you hear anybody make any threats
21    to any of the officers?
22         A.   Not that I can recall.
23         Q.   Okay.  Did you notice any protestors trying to
24    speak to officers?
25         A.   Yes.
```

1          Q.    Where did you see that?

2          A.    On Tucker where the officers were, protestors

3    were talking to them.

4          Q.    Were they trying to speak to the individuals

5    who were sort of lined up in the riot gear or were they

6    trying to talk to somebody who -- were they trying to

7    talk to somebody else?

8          A.    I believe the ones in riot gear.

9          Q.    Would they have been in close proximity to the

10   officers in the riot gear?

11         A.    Depends on the definition of close proximity.

12   There was enough distance there's -- I remember a -- a

13   little bit of distance, but I cannot remember exactly how

14   much that distance was.

15         Q.    Just a few feet?  Three, four, five feet;

16   something like that?

17         A.    Yeah.

18         Q.    Outside of an arm's length?

19         A.    From what I can remember, yes.  Someone might

20   have gotten closer at some point, but I was not, like,

21   right at the front line at all points in time or most

22   points in time.

23         Q.    So, where would you then, I guess, have been

24   most of the time?

25         A.    I was closer to more the, like -- I'm also

```
 1  short, so -- shorter than some people.  I was not on the
 2  outskirts, complete outskirts.  I could still have a -- I
 3  had a good view --
 4          Q.   Huh-uh.
 5          A.   -- but I can't see exact details.
 6          Q.   Okay.  So, you --
 7          A.   But closer to -- I can't remember if that's
 8  Clark and Tucker or what that street is.  On Tucker, just
 9  for clarification purposes --
10          Q.   Yeah.
11          A.   -- if we're going on Tucker south towards
12  downtown, there's the bridge, there's that first street,
13  and then there's that second street.  What's the first
14  street and what's that second street?
15              MS. DUNCAN:  Spruce.
16              THE WITNESS:  First -- First is Spruce?
17              MS. DUNCAN:  And then Clark.
18              THE WITNESS:  And then Clark?
19              MS. STEFFAN:  Do you mean heading north?
20              THE WITNESS:  Well, heading towards downtown.
21      Yeah.  So, I was heading --
22              MR. LAIRD:  Okay.
23              THE WITNESS:  -- north.
24              MR. LAIRD:  Okay.
25              THE WITNESS:  Yeah, yeah, yeah.  So, it's
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1        Spruce and then Clark if you're coming away from the
 2        bridge; correct?
 3                MS. DUNCAN:  Correct.
 4                THE WITNESS:  Okay.  Yes.
 5        A.    So, I was closer to Clark.  So --
 6                    (Questions by Mr. Laird)
 7        Q.    Okay.
 8        A.    -- the police officers, they were in between
 9    Spruce and Clark, from what I can remember, on Tucker.
10        Q.    Okay.
11        A.    That U-Haul that's there on that corner --
12                MS. DUNCAN:  Uh-huh.
13        Q.    Okay, I gotcha.
14        A.    -- that's the...
15        Q.    Yeah.  So, if you're facing -- So, if they're
16    between Spruce and Clark, you're facing the officers,
17    City Hall would have been behind you?
18        A.    That's correct.
19        Q.    Okay.
20        A.    And at points, I might have turned around
21    and --
22        Q.    Sure.  So, you prob- -- So, then you were
23    not -- if there's, you know, four or five feet between
24    officers in riot gear or protestors, you would not have
25    been in that first line then of protestors, you would
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1    have been back a little bit?

2         A.   Most points of time, yes.

3         Q.   Okay.  And you don't recall exactly what time

4    it is that you saw the buses arrive or that you saw --

5    that you first noticed the buses?

6         A.   I do not recall.

7         Q.   Did you notice at any time one or more buses

8    attempting to leave the scene, leave the area?

9         A.   I cannot recall when the buses -- if one bus

10   had already left before we were in front of one bus.

11        Q.   Did you notice, were there any police marked

12   vehicles on that street, not the buses, but just like a

13   cruiser or a sedan marked vehicle in that area?

14        A.   I cannot recall.

15        Q.   Okay.  So, then you can't recall if you saw

16   anybody get on top of one of them?

17        A.   No.

18        Q.   Okay.  At some point, did you decide to stand

19   in front of one of the buses?

20        A.   To stop it from moving towards the other

21   protestors, that is correct.

22        Q.   Did you have any reason to believe that the

23   bus was going to move forwards towards the protestors?

24        A.   Yes, 'cause it was faced in that direction.

25        Q.   Had it moved at any point since you had seen

1    it?

2           A.    Not that I can recall, no.  It might have

3    turned a little?  No, not that I can recall, no.

4           Q.    Okay.  How many people were with you in front

5    of the bus?

6           A.    About two to three on either side of me.

7           Q.    So, six to seven?

8           A.    Five to seven.

9           Q.    Five to seven.  In addition to you or five to

10   seven people across the front of the bus including you?

11          A.    That is correct --

12          Q.    Okay.

13          A.    -- five to seven people including me.

14          Q.    And were you facing the bus or facing with

15   your back to the bus?

16          A.    I was facing with my back to the bus.

17          Q.    And at this point, you had been facing --

18   you're now facing towards City Hall direction?

19          A.    Correct; towards --

20          Q.    Okay.

21          A.    -- Clark away from Spruce.

22          Q.    Okay.  Do you know then if anybody began to

23   try to -- So, you guys were in a line in front of the

24   bus?

25          A.    That is correct.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1      Q.   Do you know if -- if that line then extended
2   around either side of the bus?
3      A.   I could not see on either side of me, so no.
4      Q.   And then you wouldn't know if anybody got
5   behind the bus?
6      A.   I was not aware.
7      Q.   How were you guys standing, were you just next
8   to each other shoulder to shoulder?  Locked arms?
9      A.   We were arms locked around each other through
10  each other.
11     Q.   And how was that -- did somebody -- how was
12  that organized, did somebody make a decision?  Somebody
13  holler out, "Block the bus?"  Did you talk to anybody
14  before you did it?
15     A.   I cannot remember.  I just remember us
16  standing in front of the bus and locking arms with one
17  another.
18     Q.   What I'm going to do, I'm going to -- I'm
19  going to back us up a little bit and sort of a broader
20  question.  Do you recall if there was any organization at
21  the protesting in general?  Was there anybody or group of
22  people who seemed to kind of organizing the protesting on
23  the 15th?
24     A.   Not that I can recall.
25     Q.   How long were you standing in front of the

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1  bus?
 2          A.   I do not remember.
 3          Q.   Would it have been less than 30 minutes?
 4          A.   I'm guessing so.
 5          Q.   At some point that afternoon, you were
 6  pepper-sprayed?
 7          A.   That is correct.
 8          Q.   Where were you when you were pepper-sprayed?
 9          A.   I was in front of the bus with substantial
10  distance between me and the bus.
11          Q.   When you say "substantial distance," what do
12  you -- what do you mean?
13          A.   Few feet.
14          Q.   Okay.  Again, more than an arm's length --
15          A.   Yes.
16          Q.   -- between you and the bus?
17          A.   Uh-huh.  We made a conscious decision to not
18  touch the bus.
19          Q.   Was that communicated by somebody, did they
20  say, "Don't touch the bus," or?
21          A.   In our line, I remember someone saying, "Don't
22  touch the bus," or, you know, "Stay away from the bus."
23          Q.   Up until you had gotten in front of the bus,
24  had you had any interaction with any police officers that
25  afternoon?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.   No.
 2          Q.   Do you recall, as best you can, how long you
 3   were at the -- at the protest before -- how long it was
 4   when you got -- how long you had been there when you
 5   decided to get in front of the bus?
 6          A.   Maybe an hour, hour and a half.  I do not
 7   remember exact time.
 8          Q.   So, in that time, you had not had any
 9   interaction with police officers?
10          A.   No, I did not.
11          Q.   Once you got in front of the bus, did any
12   police officer try to talk to you?
13          A.   Not until they were a foot away from me.
14          Q.   And what -- what -- how many officers were
15   there?
16          A.   I remember more than five.
17          Q.   What did they say?
18          A.   "Get out of the way," or, "Move."
19          Q.   Would these officers have been in riot
20   protective gear?
21          A.   They were bicycle officers.
22          Q.   Okay.  And they said, "Get out of the way,"
23   or, "Move"?
24          A.   Yes, a foot away from us.
25          Q.   Were they -- How many were there, you say
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1   about more than five?

2          A.   That is correct.

3          Q.   Did they say anything more than, "Get out of

4   the way"?

5          A.   No.

6          Q.   Did they say, "Get out of the way of the bus,"

7   or anything or just, "Get out of the way"?

8          A.   "Get out of the way."  They might have said,

9   "Move," but they did not say to where or -- and -- or get

10  out of the way of the bus.  I do not remember the word

11  "bus" being yelled at all.

12         Q.   Okay.  How many times did they tell you to get

13  out of the way?

14         A.   Once or twice, but they were a foot away, so

15  there wasn't much time to get out of the way.

16         Q.   Are you saying there wasn't much space to move

17  because they were blocking you?

18         A.   There wasn't -- It's not -- They did not say,

19  "Get out of the way," when they were, you know, more than

20  ten feet away or tell us where to go.  They just said,

21  "Get out of the way."

22         Q.   And then what happened?

23         A.   I had wrapped my scarf around my face when I

24  saw the bicycle officers coming and they -- we lin- --

25  our arms were linked.  They yelled, "Get out of the way."

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1    The police officers used their bikes to -- as --

 2    essentially as weapons and tried to break our fence or

 3    link and then used pepper spray to -- or used mace to get

 4    the full impact on our faces.  My head was down and they

 5    still tried to get a full impact on my face.

 6         Q.   So, when you say they used their bikes to try

 7    to break the link, were they trying to push their bikes

 8    between your arms?

 9         A.   Forcefully, yes.

10         Q.   And then after when that didn't work, then

11    they went to the mace?

12         A.   I do not remember if they were still using the

13    bikes as some or using mace, but all I remember is myself

14    being maced right after that.

15         Q.   Okay.  Then what happened?

16         A.   They left us on the street and other

17    protestors came to our aid to help us 'cause we were all

18    screaming in pain.

19         Q.   So, you're still on the street, protestors --

20    other protestors come to assist you?

21         A.   That is correct.

22         Q.   And then what happens?

23         A.   I remember someone saying to pull me over to

24    the shade because I was in the sun and the mace was --

25    the sun was burning my face even more.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1      Q.   So, you went to the shade, they moved you to
2  the shade?
3      A.   That is correct.
4      Q.   Would this have been still in the street?
5      A.   On the sidewalk.
6      Q.   Okay.  Then what happened once you got to the
7  sidewalk?
8      A.   Milk of Magnesia was poured on my face.
9      Q.   When you were blocking the bus, the seven --
10 five to seven of you across, were there other protestors
11 in the area?
12     A.   In the area, yes.
13     Q.   How many -- How many do you think would have
14 been -- I'm going to try to define this somewhat.  How
15 many -- How many do you think would have been sort of in
16 your general area?
17     A.   What do you mean by "area"?
18     Q.   So, when you're blocking the bus, are you a
19 few feet away from the intersection of Tucker and Clark?
20     A.   That is correct.
21     Q.   Between you and the intersection.
22     A.   A handful, but then I see -- I remember seeing
23 more than a handful in the intersection that were
24 spersed (sic) throughout -- dispersed throughout the
25 intersection.  I can't remember how many.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
1          Q.   When you say "a handful," do you mean ten or
2    more?
3          A.   More than ten.
4          Q.   More than 20?
5          A.   Between the intersection or at the
6    intersection?
7          Q.   Between you and the intersection.
8          A.   I can't remember exactly, to be honest --
9          Q.   Okay.
10         A.   -- how many were actually at the intersection
11   and how many were between us -- me and the intersection.
12         Q.   If you include the intersection, can you give
13   a guess as to how many people you thought might have been
14   there?
15         A.   At least 30.
16         Q.   And you don't know if there were people at all
17   or how many there would have been on the sides of the bus
18   or behind the bus?
19         A.   That is correct.
20         Q.   Okay.  When the Milk of Magnesia was used,
21   were you already on the sidewalk?
22         A.   I believe they poured it on my face right
23   away.
24         Q.   Okay.
25         A.   And then they poured more on my face on the
```

```
 1   sidewalk.
 2         Q.   Was anything other than Milk of Magnesia used?
 3         A.   Maybe some wipes.
 4         Q.   Okay.  When you arrived down at the area to
 5   begin with, did you come with, like, a bottle of water or
 6   anything?
 7         A.   No, water was being handed out.
 8              MR. LAIRD:  Okay.  Let's mark this as B.
 9              (At this point, Defendant's Exhibit Ahmad B
10              was marked for identification.)
11                  (Questions by Mr. Laird)
12         Q.   I'm handing you what has been marked as
13   Exhibit B.  That picture that's marked, and at the bottom
14   you'll see -- sort of bottom right-ish, you'll see a
15   Pl-000001, when was that taken?  Do you recog- -- Let me
16   ask you this:  Do you recognize that picture?
17         A.   I recognize this, yes.
18         Q.   When was this photo taken?
19         A.   After the sidewalk and sitting down for a
20   while.
21         Q.   Okay.  So, some time had passed between the
22   mace and this photo?
23         A.   Yes, not a lot of time, but some time, yes.
24         Q.   Maybe ten minutes?
25         A.   At least ten minutes.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          Q.   Okay.  And then if you could turn to Page 3.
2     Sorry.  The first page -- let me go back -- one more
3     question.  That is you in that photograph, yes?
4          A.   That is correct.
5          Q.   And the stuff you could see on your face, is
6     that the Milk of Magnesia?
7          A.   Yes, and on my clothing.
8          Q.   Okay.  Okay.  And that building behind you, do
9     you know what that building is?
10         A.   I think that's the engine --
11         Q.   Okay.
12         A.   -- house, the station.
13         Q.   Okay.  Okay, now, if I could have you turn to
14    Page 3.  Is that also a picture of you?
15         A.   Yes.
16         Q.   When was that taken?
17         A.   This was before the mace.
18         Q.   Okay.  And what is in your hand, the left
19    hand?
20         A.    Ice tea.  I believe I had gotten it from
21    Kayak's.
22         Q.   Okay.  And is that -- do you recognize that
23    building that you're in front of you?
24         A.   Yes.
25         Q.   Do you know what building it is?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.   I'm trying to remember.  Is that the old City
 2   Hall or the old -- I know -- I know what the building is.
 3   It's on Tucker --
 4          Q.   Okay.
 5          A.   -- going towards Clark on the left-hand side.
 6          Q.   Okay.
 7          A.   But I do not remember the exact name.
 8          Q.   Okay.
 9          A.   Or maybe that's not, actually.  I recognize
10   the building.  I can't remember the exact location of the
11   building.
12          Q.   You were on Tucker at this point; does that
13   feel right?
14          A.   Yes.
15          Q.   Okay.  How long after you were pepper- -- How
16   long after you were maced did you stay at the protest?
17          A.   Maybe an hour and a half.
18          Q.   So, it would have been -- So, you stayed at
19   the protest for about another hour and a half and you
20   went home?
21          A.   Yes.
22          Q.   So, you would have been down there for maybe
23   four hours?
24          A.   I was there till about 3:30, I believe.
25          Q.   Okay.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.   -ish.
 2          Q.   So, if you got down there a little bit before
 3   noon, you were there for maybe three and a half hours --
 4          A.   That is correct.
 5          Q.   -- ish?  Did you -- While you were down there
 6   at all, did you notice anybody throwing anything?
 7          A.   I did not.
 8          Q.   Did you notice anybody damaging any property?
 9          A.   I did not.
10          Q.   Did you see the remnants of any property
11   damage, like not see somebody break the planter, but see
12   a broken planter?
13          A.   No, I did not.
14          Q.   Any broken windows?
15          A.   Nope.
16          Q.   Okay.  Did you do any additional protest --
17   enga- -- participate in any additional protesting on the
18   15th?
19          A.   No.
20          Q.   Did you do any protesting on the 16th, which
21   would have been Saturday?
22          A.   No.
23          Q.   How about the 17th?
24          A.   Yes.
25          Q.   Where were you at on the 17th?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.     Downtown.

2          Q.     And this would have been, going back to

3     Exhibit One, Paragraph 17, this would have been location

4     (g)?

5          A.     Close to there, but not there.  I had left

6     before people had gotten to Tucker and Washington Avenue.

7          Q.     Okay.  When did you arrive -- Or when did you,

8     yeah, arrive at the protesting that day?

9          A.     Maybe 8:30.  I stayed for only half an hour.

10    And as we were walking through the streets, I got a sixth

11    sense that something was about to go wrong and, so, I

12    left.

13         Q.     So, you got there about 8:30.  In September,

14    was it dark yet?

15         A.     Yes.

16         Q.     Okay.

17         A.     So, it may have been after 8:30.

18         Q.     Okay.  And where did you arrive at initially?

19         A.     I remember us being in front of, is it the old

20    Police Academy that's right there?  Downtown.

21         Q.     Okay.  And were people marching or -- or

22    standing in intersections?  What were they doing?

23         A.     They were congregated in front of the old

24    Police Academy.

25         Q.     And, so, at some point, did they begin

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1    marching?

2          A.    Yes.

3          Q.    How did you learn to go to that location?

4          A.    I believe through Twitter.

5          Q.    Did it appear to you when you were there that

6    there was anybody who was -- anybody or any group of

7    people who were sort of in charge or organizing?

8          A.    Not that I can recall.

9          Q.    And were they -- they were congregating in

10   front of the old Police Academy.  Were they in the

11   streets at all or were they just on sidewalks?

12         A.    They were on the streets.

13         Q.    Okay.  And then they began marching in the

14   direction of Tucker and Washington?

15         A.    Yes.  I'm not exactly sure where.  I remember

16   us passing in front of or close to the library.  We left

17   shortly after.

18         Q.    Okay.  That may not have been the direct

19   route, but that's --

20         A.    Yes.

21         Q.    -- generally, okay, where they were heading?

22   And you left shortly after you passed the library?

23         A.    Yes.

24         Q.    Were streets blocked off that night, as well?

25         A.    I didn't see any traffic.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          Q.   Did you -- When you were down there, did you
 2    see any officers?
 3          A.   No.
 4          Q.   Did you see any marked police vehicles?
 5          A.   No.  When we were leaving, yes.
 6          Q.   Where did you see them?
 7          A.   I cannot recall.
 8          Q.   What did you -- How many -- Well, what did you
 9    see when you were leaving as far as police presence goes?
10          A.   Minimal, but I saw police officers had blocked
11    off streets.  I don't remember what streets they had
12    blocked off.
13          Q.   So, the officers you saw would not have been
14    in riot gear?
15          A.   The ones I saw, no.
16          Q.   Okay.
17          A.   Actually, I didn't see any -- I don't
18    remember.  I remember thinking are those officers or are
19    those security, but I do remember also car -- police
20    marked vehicles.  So, the people in uniform I'm not sure.
21          Q.   Okay.
22          A.   Can I take a break and use the restroom?
23          Q.   Yes, that's fine.
24               (At this point, there was a break taken from
25               10:20 a.m. to 10:27 a.m.)
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          Q.   We are back from a quick break and you
2     understand you're still under oath?
3          A.   Yes.
4          Q.   You mentioned on Saturday, you and a friend
5     went down to the pro- -- not Saturday.  Friday night --
6     Friday morning, noon-ish, you and a friend went down to
7     the protesting?
8          A.   That's correct.
9          Q.   Who is the friend?
10         A.   Lindy Drew.
11         Q.   Okay.  And did you go with anybody on Sunday
12    night?
13         A.   Yes, Ellis Ballard and Stephanie Skis.
14         Q.   And when you guys all left -- when you left,
15    did you-all leave together or did you leave on your own?
16         A.   We left together.
17         Q.   Okay.  And that was just because you had, I
18    think you called it a sixth sense, it's not because you
19    saw anything necessarily that caused you to feel that you
20    needed to leave, right?
21         A.   No, it was a sixth sense and it was minutes
22    before the kettling.
23         Q.   At any point in that weekend, were you
24    arrested by police?
25         A.   No.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          Q.    Were you detained in any way while being
2     confined with handcuffs or zip ties or anything?
3          A.    No.
4          Q.    Okay.  Did you -- Have you engaged, since
5     Sunday, September 17, have you engaged in any additional
6     protesting of the Stockley verdict?
7          A.    I did Monday morning.
8          Q.    Where was that at?
9          A.    In front of that Union Station, like, hotel,
10    that park area.
11         Q.    When in the day did that occur?
12         A.    7:00 a.m.
13         Q.    How long were you there?
14         A.    Maybe an hour and a half.
15         Q.    So, you would have been out of there by 8:30,
16    nine o'clock?
17         A.    Uh-huh, that is correct.
18         Q.    About how many people were there?
19         A.    I cannot recall the exact number.  Over 50.
20         Q.    Did you notice any police presence there?
21         A.    I cannot recall.  They might have blocked off
22    a street.
23         Q.    Did you notice any officers wearing riot
24    protection gear that day?
25         A.    No.

 1         Q.   Did you see anybody get pepper-sprayed or
 2    maced?
 3         A.   No.
 4         Q.   Did you see anybody get arrested?
 5         A.   No.
 6         Q.   Did any officers give any orders to move out
 7    or disperse or anything like that?
 8         A.   No.
 9         Q.   Any other protesting that you engaged in for
10    the Stockley verdict?
11         A.   Not that I can recall.
12         Q.   Other than the friends that you went with --
13    We'll start this on Friday.  Other than the friend you
14    went with, did you recognize anybody at the protesting?
15         A.   Yes.
16         Q.   Who all did you recognize?
17         A.   Adelaide Lancaster.  Toni.  Can't remember her
18    last name.  Maybe some other people.  I cannot remember
19    off the top of my head.
20         Q.   Adelaide Lancaster, how do you know her?
21         A.   Through We Stories.
22         Q.   What is We Stories?
23         A.   It's a nonprofit organization.
24         Q.   And Toni, whose last name you can't remember,
25    male or female?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
1         A.    Ma- -- Female.

2         Q.    How do you know her?

3         A.    Yoga teacher training.

4         Q.    Okay.  I might have --

5               MR. LAIRD:  Let's mark this Exhibit C.

6               (At this point, Defendant's Exhibit Laird C

7               was marked for identification.)

8                    (Questions by Mr. Laird)

9         Q.    I'm handing you what's been marked as Exhibit

10   C.  Do you recognize these as your responses to

11   Interrogatories, questions that the defense had sent to

12   you?

13        A.    That is correct.

14        Q.    And if you flip to the last page of this

15   Exhibit C, is that your signature?

16        A.    Yes.

17        Q.    Okay.  Could I have you go to -- The pages

18   aren't numbered.  It's question 7.  I guess it's about

19   Page 10.

20        A.    Uh-huh.

21        Q.    I'll give you a few minutes to read through

22   those names, but are there any additional names that you

23   can think of today that would have any knowledge as to

24   your allegations?

25        A.    I don't believe Toni is on here.
```

1        Q.    Okay.

2        A.    I forgot to add her to the list.  And there

3   might have been other names, but that I cannot recall

4   right now.

5        Q.    Okay.  If you go to the second page of the

6   list, most of the way down, three from the bottom, it

7   says, "Sam Unknown."  Would you be able to remember Sam's

8   last name now?

9        A.    No.

10       Q.    Okay.  And then same question on -- you flip

11  one page over, the last name says, "Unknown."  As you're

12  sitting here today, can you still not remember --

13       A.    No.

14       Q.    -- that person's -- Okay.

15             So, now I'm going to have a list of people

16  we're going to go through.  I'll just ask whether or not

17  you know any of these individuals.  Fareed Alston?

18       A.    Name sounds familiar.

19       Q.    Rasheen Aldridge?

20       A.    Through mutual friends as an acquaintance,

21  barely.  If I am thinking of the right person.

22       Q.    And would this be just through, like, social

23  engagements or through other protesting?

24       A.    We -- Social engagements.  We met in passing.

25       Q.    Okay.  Brian Baude?

```
1          A.   No.

2          Q.   Amir Brandy?

3          A.   No.

4          Q.   Crystal Brown?

5          A.   No.

6          Q.   Emily Davis?

7          A.   No.

8          Q.   Heather De Mian?

9          A.   That sounds familiar.

10         Q.   I believe she does some livestreaming.

11              MS. STEFFAN:  De Mian?

12         Q.   De Mian?

13              MS. STEFFAN:  (Nodding.)

14         A.   She sounds fa- -- Her name sounds familiar.  I

15    might have heard her name.

16         Q.   Okay.

17         A.   Maybe met her briefly, but not that I can

18    recall.

19         Q.   Fair enough.  Darryl Gray?

20         A.   Barely.

21         Q.   And how so?  I know barely, but...

22         A.   We have mutual friends.

23         Q.   Okay.  Mark Gullett?

24         A.   No.

25         Q.   Calvin Kennedy?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.    No.

 2          Q.    Lindsay Laird?

 3          A.    No.

 4          Q.    Andre Roberts?

 5          A.    Maybe.

 6          Q.    Derek Laney?

 7          A.    No.

 8          Q.    Alex Nelson?

 9          A.    No.

10          Q.    Iris Nelson?

11          A.    No.

12          Q.    Dillan Newbold?

13          A.    No.

14          Q.    Mario Ortega?

15          A.    No.

16          Q.    Christopher Robertson?

17          A.    No.

18          Q.    Keith Rose?

19          A.    Yes, may- -- Yes.

20          Q.    How do you know Keith?

21          A.    From -- I remember him from the protest, but

22    barely.

23          Q.    Okay.  Is that the only place you know him

24    from?

25          A.    Yes.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          Q.   Why do you remember him from the protest?
 2          A.   I remember seeing him at the -- at the -- my
 3   court case, at the hearing.
 4          Q.   So, you remember him from the hearing, not
 5   specifically from being at the protest?
 6          A.   Yes, yes.
 7          Q.   Okay.  Demetrius Thomas?
 8          A.   No.
 9          Q.   And Jonathan Ziegler?
10          A.   No.
11          Q.   Okay.  When you were there on -- We'll start
12   this on Friday, the 15th.  Did you know any of the police
13   officers you saw that day?
14          A.   No.
15          Q.   How about then on Sunday, the 17th, did you
16   recognize any of the officers?
17          A.   No.
18          Q.   Okay.  Did you at any point -- I believe this
19   would have been on the 15th -- engage in any attempt to
20   block Highway 40?
21          A.   No.
22          Q.   Okay.  If I could have you go back to Exhibit
23   B.  And go to Page 17.  Yeah, at the bottom, it'll say
24   Pl --
25          A.   Okay.  Thank you.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          Q.    -- dash.

 2          A.    Yes.

 3          Q.    Okay.  So, I know that you testified that you

 4    did not see, when you were there, any particular

 5    property -- property damage; is that correct?

 6          A.    That is correct.

 7          Q.    Did you see -- Are you aware that any property

 8    damage occurred during the protesting on Friday?

 9          A.    Not while I was there, no.

10          Q.    Okay.  Are you -- Are you aware that any

11    occurred at all that day?

12          A.    I do not remember, to be honest.

13          Q.    Okay.  So, I'm looking at is -- this appears

14    to be a text message on Page 17.  Is this a message that

15    you sent?

16          A.    Yes.

17          Q.    I'm looking at that third paragraph.

18          A.    Yes.

19          Q.    It says, "I don't condone the violence," in

20    parentheses, "(the rioting)"?

21          A.    Yes.

22          Q.    To what are you referring?

23          A.    I'm using her language, language that she

24    would understand.

25          Q.    And who is "she"?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.   Shannon Marie.

2          Q.   Is that the person you're speaking to at this

3     time or texting at this time?

4          A.   Messaging, yes.

5          Q.   Messaging?  Okay.

6          A.   I was not talking about that specific day.

7          Q.   Okay.  Was there anything specific you were

8     referring to?

9          A.   No, just what's displayed on the media.

10         Q.   Okay.  Since the -- I think you said you did

11    protest on the 18th, the Monday morning after the

12    Stockley verdict?

13         A.   That is correct.

14         Q.   And you haven't -- you've done no protesting

15    of the Stockley verdict since then?

16         A.   Not that I can recall.

17         Q.   Did you do anything the next couple of weeks

18    later in front of Busch Stadium?

19         A.   No.

20         Q.   Okay.  Have you engaged in any protest --

21    protesting since the 18th for any reason?

22         A.   The Women's March.  It's not a protest, but.

23    And I may have something else, but not that I can recall.

24         Q.   Okay.  There was no interaction at all with

25    officers at the Women's March, was there, by you?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.    No.

2          Q.    You weren't pepper-sprayed or anything at the

3    Women's March?

4          A.    No.

5          Q.    Have you been pepper-sprayed at all since the

6    15th of September?

7          A.    No.

8          Q.    When you were maced on September 15 of 2017,

9    did the officers, did they engage in any physical contact

10   with you?  Were you grabbed or pushed or anything by

11   officers?

12         A.    I was not grabbed.

13         Q.    Were you hit by the officers' -- one of the

14   officers' bicycles?

15         A.    I was not, no.  I saw other people being hit.

16         Q.    After you were maced, was there any physical

17   contact with the officers?

18         A.    No, they left us on the street.

19         Q.    Okay.  But they didn't -- After -- After they

20   maced you, they didn't push you or move you somewhere

21   else?

22         A.    No, they...

23         Q.    And then other than the Women's March, there's

24   been no other protesting or demonstration that you've

25   been involved in since September of '17?

 1          A.   Not that I can recall.

 2          Q.   Why not?

 3          A.   Several reasons.

 4          Q.   What are those reasons?

 5          A.   My therapist told me to take a break until I

 6     process fully 'cause the mere sight of cops sends me

 7     sometimes into anxiety attacks.

 8          Q.   Did you have the same reaction after

 9     teargassing in 2014?

10          A.   My anxiety had definitely increased around

11     police presence, yes.

12          Q.   Are there any other reasons you have not

13     engaged in any protesting since September of 2017 other

14     than the Women's March?

15          A.   No.

16          Q.   On Sunday, September 17, I know you left

17     before the encircling happened, but did you witness any

18     of it?

19          A.   No.

20          Q.   Okay.  How did you learn about it?

21          A.   Twitter.

22          Q.   And was it from individuals posting about it

23     or was it from, like, an organization's Twitter account?

24     What was it?

25          A.   I can't recall.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
1          Q.    Okay.  And did you say that you learned to go
2     to that location on Sunday night through Twitter, as
3     well?
4          A.    That's correct.
5          Q.    Do you recall who would have sent the tweets
6     that led you, that gave you that information?
7          A.    No.
8          Q.    Did you seek any medical attention after
9     you -- after the macing on Friday, the 15th?
10         A.    No medical attention, no.
11         Q.    You didn't go to the hospital or anything?
12         A.    No.
13         Q.    And did you seek any in the days that followed
14    for the macing, for the injuries caused by the macing?
15         A.    No.
16         Q.    Other than the buses that you stood in front
17    of you on the -- or the bus that you stood in front of on
18    Friday, the 15th, were you engaged in any attempt to
19    block traffic that day?
20         A.    No.
21         Q.    Did you see anybody else attempt to block
22    traffic?
23         A.    No.  I remember them letting emergency
24    responders and ambulance through.
25         Q.    The protestors did?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1          A.    Uh-huh, earlier in the day.
 2          Q.    And by the time you got there, police had
 3   already blocked off a couple of roads; is that correct?
 4          A.    That is correct.
 5          Q.    Did you hear anybody declare the assembly an
 6   unlawful assembly?
 7          A.    Not that I can recall.
 8          Q.    And you never heard any orders to disperse?
 9          A.    Not that I can recall.
10          Q.    Okay.
11          A.    Other than what I had mentioned prior.
12                MR. LAIRD:  Okay.  I'm just about done.  I'm
13          just going to go through my notes real quick, so can
14          we take a quick break?
15                MS. STEFFAN:  Sure.
16                (At this point, there was a break taken from
17                10:53 a.m. to 11:04 a.m.)
18                    (Questions by Mr. Laird)
19          Q.    So, these are mostly just going to be some
20   follow-ups on some things from before.  You mentioned
21   after you got maced on the 15th, you did not seek any
22   medical attention.  Did you seek any other type of
23   attention?
24          A.    Yes.
25          Q.    What did you seek?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

1          A.    Therapy.

2          Q.    And how long after the incident did you seek

3    it out?

4          A.    I was in therapy beforehand, but I saw my

5    therapist more frequently after the incident.

6          Q.    And you mentioned that you thought the

7    officers in riot gear appearing -- or just arriving in

8    riot gear at the peaceful protest was an aggressive

9    tactic.  Did anything happen after that that made the

10   protest no longer peaceful?

11         A.    No, it was still a peaceful protest.

12         Q.    And I may have asked you this before, so if I

13   did, I apologize that I'm doubling up on these questions,

14   but the officers came when you were in front of the bus

15   and they asked you -- the bike officers arrived and they

16   asked you to move or get out of the way I think is what

17   they said.  Did you make any attempt to get out of the

18   way?

19         A.    No.

20              MR. LAIRD:  Okay.  All right, that's all that

21        I have.

22              MS. STEFFAN:  Okay.  I just have a couple of

23        questions.

24              THE WITNESS:  Okay.

25

```
 1              E X A M I N A T I O N
 2   BY MS. STEFFAN:
 3
 4        Q.   When -- So, thinking back to when you were
 5   standing in front of the bus in the line on September 15,
 6   2017, what were you trying to do; what was your goal?
 7        A.   The bus not going towards the protestors.
 8        Q.   Did you consider that to be blocking traffic?
 9        A.   No.
10        Q.   Earlier, you were asked some questions about
11   participating in the Women's March --
12        A.   Yes.
13        Q.   -- is that correct?
14        A.   Yes.
15        Q.   And I think you said you participated in the
16   2017 Women's March in D.C. and the 2018 Women's March in
17   St. Louis; is that right?
18        A.   Yes.
19        Q.   And I think you said that the Women's March
20   was not a protest or not the same kind of protest as the
21   Stockley verdict protest; is that right?
22        A.   Yes.
23        Q.   What did you mean by that?
24        A.   That it wasn't -- The Women's March was a
25   socially accepted -- acceptable protest, so it's not like
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

```
 1   a protest in that sense or it wasn't a protest against
 2   police brutality.
 3            Q.   It was a different subject?
 4            A.   Different subject and a socially acceptable
 5   one.
 6            MS. STEFFAN:   Okay.   That's all I have.
 7
 8                      FURTHER EXAMINATION
 9   BY MR. LAIRD:
10
11            Q.   The Women's March, would you -- would you
12   describe that as a more organized protest or
13   demonstration than what you participated in on -- for the
14   Stockley -- the Stockley protest?
15            A.   Depends on your definition of organized.
16            Q.   Was there a leadership group that set it up?
17            A.   Yes.
18            Q.   And it had a define -- I mean, it was a march
19   through St. Louis; correct?   I'm referring to the 2018
20   march.
21            A.   Yes.
22            Q.   And it had a defined path of where you were
23   going from start to finish?
24            A.   Yes.
25            Q.   And were there -- was there anything that
```

1    occurred at the finish of the march?

2         A.    There were speeches.

3         Q.    And were those planned out?

4         A.    Yes.

5              MR. LAIRD:  Okay.  I have no further

6    questions.

7              MS. STEFFAN:  So, now you have the opportunity

8    to either review the transcript that the court

9    reporter has taken down for errors, including

10   typographical errors, or you can waive your

11   signature and presume that the court reporter has

12   taken down everything correctly.  It is your choice.

13             THE WITNESS:  I'll give my signature.

14             MS. STEFFAN:  Do you mean you'll what?

15             THE WITNESS:  I'll give my sig- -- Like the

16   second option.

17             MS. STEFFAN:  Okay, great.  We'll waive.

18   Thank you.

19             (Deposition adjourned at 11:09 a.m.)

20                  (SIGNATURE WAIVED)

21

22

23

24

25

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of MALEEHA AHMAD taken on 01/30/2019

C E R T I F I C A T E


        I, Sara Alice Masuga, Certified Shorthand
Reporter and Certified Court Reporter within and for the
States of Illinois and Missouri, DO HEREBY CERTIFY that
pursuant to agreement between counsel that on January 30,
2019, at the offices of the ACLU, 906 Olive Street,
St. Louis, Missouri, there appeared before me the
aforementioned witness, and having been duly sworn to
tell the whole truth, was examined, and the examination
was taken down in shorthand by me and afterwards
transcribed upon the computer, and said transcription is
herewith returned.

        IN WITNESS WHEREOF, I have hereunto subscribed my
name this 10th day of February, 2019.




                    _____
                     Sara Alice Masuga, CSR, CCR
                       IL CSR No. 084-002993
                       MO CCR No. 1012