```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF MISSOURI


    MALEEHA AHMAD, et al,      )
                               )
             Plaintiffs,       )
                               )
    vs.                        )  No. 4:17-CV-2455 CDP
                               )
    CITY OF ST. LOUIS,         )
                               )
             Defendant.        )


          Deposition of WILLIAM PATRICK MOBLEY
            taken on behalf of the Defendant
                  January 28, 2019


                       INDEX
        Questions By:                      Page:

        MS. DUNCAN                           5
```

```
        Reporter:  Sara Alice Masuga, CSR, CCR
        IL CSR No. 084-002993  MO CCR No. 1012



            MASUGA REPORTING SERVICE
              2033 HIAWATHA AVENUE
            ST. LOUIS, MO  63143-1215
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF MISSOURI
 2

 3      MALEEHA AHMAD, et al,      )
                                   )
 4                  Plaintiffs,    )
                                   )
 5      vs.                        )  No. 4:17-CV-2455 CDP
                                   )
 6      CITY OF ST. LOUIS,         )
                                   )
 7                  Defendant.     )

 8

 9   APPEARANCES:

10
     On Behalf of the Plaintiff:
11
             ACLU
12           By Anthony E. Rothert, Esq.
13           906 Olive Street
             Suite 1130
14           St. Louis, MO  63101

15

16   On Behalf of the Defendant:

17
             City Counselor's Office
18           By Abby Duncan, Esq.
             Megan G. Bruyns, Esq.
19           1200 Market Street
             City Hall Room 314
20           St. Louis, MO  63103

21

22

23

24

25
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          IT IS STIPULATED AND AGREED by and between

 2   counsel for Plaintiffs and counsel for Defendant that the

 3   deposition of WILLIAM PATRICK MOBLEY may be taken

 4   pursuant to the Federal Rules of Civil Procedure, by and

 5   on behalf of the Defendant on January 28, 2019, at the

 6   offices of the ACLU, 906 Olive Street, St. Louis,

 7   Missouri, before me, Sara Alice Masuga, Certified Court

 8   Reporter and Certified Shorthand Reporter; that the

 9   issuance of notice is waived and that this deposition may

10   be taken with the same force and effect as if all Federal

11   Rules had been complied with.

12          IT IS FURTHER STIPULATED AND AGREED that the

13   signature of the deponent is reserved.

14

15

16

17

18

19

20

21

22

23

24

25
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1                          EXHIBIT INDEX
          Exhibit:                                   Page:
 2

 3    Defendant's Exhibit B................................54
      (Declaration of W. Patrick Mobley)
 4

 5    Defendant's Exhibit C................................55
      (Cell Phone Screenshots of Text Message from
 6     W. Patrick Mobley to Gilbert Mobley, Plaintiff 00774)

 7
      (Exhibits attached.)
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          WILLIAM PATRICK MOBLEY produced, sworn, and

 2   examined as a witness on behalf of the Defendant

 3   testified as follows commencing at 2:04 p.m.:

 4

 5                 E X A M I N A T I O N

 6   BY MS. DUNCAN:

 7

 8       Q.   Could you state and spell your name for the

 9   record, sir?

10       A.   William Patrick Mobley, M-o-b -- as in boy --

11   l-e-y.

12       Q.   I just introduced myself to you, sir.  My name

13   is Abby Duncan.  I work for the City of St. Louis.  I'm

14   one of the attorneys on this case.  This is Meg Bruyns.

15   She's also one of the attorneys on this case.

16            Have you ever given your deposition before?

17       A.   No.

18       Q.   Have you represented people who've given

19   depositions before?

20       A.   Yes.

21       Q.   Okay.  How many times would you have sat in on

22   a depo would you say?

23       A.   Two or three times at the most.

24       Q.   Okay, okay.  'Cause I understand you're an

25   attorney, right?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.   Yes.
 2          Q.   Okay.  Is deposition work not a big part of
 3     what you do?
 4          A.   No.
 5          Q.   Okay.  Okay.  Well, just to kind of go over
 6     some ground rules.  Sara is our court reporter.  She's
 7     taking down everything that we say, so all of your
 8     answers should be verbal.  Any "nuh-uhs" or "huh-uhs,"
 9     they don't translate onto the record.  Also, if you'd be
10     sure not to talk over me, I'll try not to talk over you.
11     It makes for a cleaner record.  And then finally, if I
12     ask you anything that's worded funny or that you don't
13     understand, if you'll just let me know and I'll rephrase.
14     Otherwise I'll assume that if you've answered a question
15     I've asked, that you under the question; is that fair?
16          A.   Yes.
17          Q.   I want to start off with just some background
18     information.  Could you tell me your date of birth?
19          A.   ███████████ .
20          Q.   Okay.  And your address?
21          A.   ████████████████     ███████████████ .
22          Q.   And is that in the city?
23          A.   Yes.
24          Q.   Okay.  I want to talk a little bit about your
25     educational background.  Where did you go to high school?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    Davenport Central High School in Davenport,
 2    Iowa.
 3          Q.    And where did you go for undergrad?
 4          A.    University of Michigan.
 5          Q.    And what about for graduate school?
 6          A.    I went to law school at the University of
 7    Michigan.
 8          Q.    When did you graduate there?
 9          A.    December, 2010.
10          Q.    Any other graduate studies other than law
11    school?
12          A.    No.  Well, I did get a little bit of graduate
13    credit when I did Teach For America.  I don't remember
14    what school it was from, but I had to have a certain
15    amount of credit to teach for two years and I got that.
16          Q.    Okay.
17          A.    I didn't earn a degree, though.
18          Q.    Okay.  So, whatever certification you
19    needed --
20          A.    Yeah.
21          Q.    -- for Teach For America?  Okay.  Where are
22    you currently employed?
23          A.    Legal Services of Eastern Missouri.
24          Q.    And what do you do for them?
25          A.    I am the Program Director of Legal Advocacy
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   for Adults with Mental Illness.
 2          Q.   And how long have you been in that position?
 3          A.   Since July 1, 2013, so going on six years.
 4          Q.   Okay.  And what did you do before that?
 5          A.   I was a Skadden Fellow and a staff attorney in
 6   the Children's Legal Alliance.
 7          Q.   And how long did you do that for?
 8          A.   Almost two years.
 9          Q.   So, from 2011 to 2013 --
10          A.   Yes.
11          Q.   -- roughly?  Before that, did you do anything
12   professionally?
13          A.   Immediately before that, I was in law school.
14   Before I went to law school, I taught in St. Louis public
15   schools for two years.
16          Q.   Okay.  Where did you teach, what school?
17          A.   Columbia Elementary.
18          Q.   And was that with your Teach For America --
19          A.   Yes.
20          Q.   -- thing?  I want to ask you maybe some of
21   your affiliations with certain organizations.  Have you
22   ever worked with the ACLU before?
23          A.   I was a legal intern at the ACLU in 2009, the
24   summer of 2009.
25          Q.   And was that the ACLU here in the city --
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    Yes.

 2          Q.    -- or --

 3          A.    Yeah.

 4          Q.    Okay.

 5          A.    And I'm currently on the ACLU Legal Committee.

 6          Q.    What is the Legal Committee --

 7          A.    It's --

 8          Q.    -- is that like the board or something?

 9          A.    It's a subcommittee of the board that approves

10    the cases that the legal staff will take on.

11          Q.    Okay.  How many people are on that board?

12          A.    I don't know the answer to that.

13          Q.    Okay.  So, the -- the Committee votes on what

14    cases the ACLU will take on?

15          A.    Yes.

16          Q.    So, did you vote on this particular case?

17          A.    No.

18          Q.    Okay.  Other than this case, has the ACLU ever

19    represented you in any other lawsuits?

20          A.    No.

21          Q.    How long have you been on this Legal

22    Committee?

23          A.    Since 2013.

24          Q.    How often do you-all meet?

25          A.    Once a month.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1      Q.   Who are some of the other Committee members on
2  this Committee?
3      A.   Denise Field from WashU, Brad Pierce, who's a
4  local attorney, Thomas Durphy is a local attorney.  Those
5  are the folks whose first and last names I know, I think.
6      Q.   Okay.  There may be others --
7      A.   Yeah.
8      Q.   -- but those are the only ones you know?  Have
9  you ever donated money to the ACLU?
10     A.   Yes.
11     Q.   When's the last time you donated money to
12 them?
13     A.   I have an ongoing contribution, monthly
14 contribution.
15     Q.   And how much is that for?
16     A.   My partner set it up, so I don't know the
17 monthly amount.
18     Q.   Okay.  And your partner is?
19     A.   Jacki Langum, L-a-n-g-u-m.
20     Q.   Name sounds familiar.  Does she work at Legal
21 Services?
22     A.   She did.
23     Q.   Okay.
24          MS. BRUYNS:  I think she works for Arch City
25     Defenders.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1                    MS. DUNCAN:  Oh, yeah.
 2                        (Questions by Ms. Duncan)
 3         Q.   Does she work for Arch City?
 4         A.   Yes.
 5         Q.   There we go.  Thank you.  That's where I
 6    recently saw it.  And that was going to be my next
 7    question, whether you knew of the organization Arch City
 8    Defenders.
 9         A.   I do.
10         Q.   Okay.  And what position does she hold in Arch
11    City Defenders?
12         A.   She's the Director of Advocacy.
13         Q.   Is she an attorney?
14         A.   Yes.
15         Q.   And what is your -- do you have any regular
16    interaction with Arch City Defenders apart from your
17    relationship with Miss Langum?
18         A.   No.
19         Q.   Do you know other members of leadership in
20    that organization?
21         A.   Yes.
22         Q.   Do you interact with them socially?
23         A.   Yes.
24         Q.   Have you ever hired Arch City Defenders to
25    represent you?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    No.
 2          Q.    Ever donated money to Arch City Defenders?
 3          A.    Yes.
 4          Q.    Okay.  And is that also on a monthly basis?
 5          A.    No.
 6          Q.    Okay.  How much money would you say you've
 7    donated to that organization?
 8          A.    Probably 200 or 250 dollars over the past few
 9    years.
10          Q.    Do you know who Megan Green is?
11          A.    Yes.
12          Q.    And how do you know her?
13          A.    She's an alderwoman.
14          Q.    Is she your alderwoman?
15          A.    No.
16          Q.    What have been your interactions with her?
17          A.    I don't think that I've ever personally
18    interacted with her.  I know who she is because she's in
19    government and I've -- like I watched the debate that she
20    participated in this weekend.
21          Q.    Okay.  What was the debate?  What debate was
22    that?
23          A.    President of the Board of Aldermen.
24          Q.    Oh, okay.  Yeah, that's right.  She's running
25    for that.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1              Have you had any contact with her about this
 2     case?
 3          A.   No.
 4          Q.   Okay.  I want to talk some about your protest
 5     history.  As we sit here today, what's the most recent
 6     protest you've attended?
 7          A.   The most recent protest that I attended was
 8     the one in question.
 9          Q.   Okay.  On September 17 --
10          A.   Yes.
11          Q.   -- 2017?
12          A.   Correct.
13          Q.   Okay.  Before that, what other protests had
14     you partaken in?
15          A.   I was there the day -- during the daytime
16     immediately after the verdict.  I don't know what day
17     that was on.
18          Q.   Okay.  September 15?
19          A.   Yes.
20          Q.   Okay.
21          A.   And I participated in other protests in the
22     city and county.  I'm not sure I could list all of them.
23          Q.   Okay.  How many of them would you say?
24          A.   Probably between eight and 12.
25          Q.   Okay.  And what were -- what were some of the
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1   causes that were that you were protesting those eight to
2   12 times?
3        A.   Usually some kind of -- Well, there -- many of
4   them were related to the Ferguson uprising.  Many around
5   the Mike Brown shooting.  And I -- I -- I don't remember
6   exactly every single one.  I would say that most of them
7   related to Ferguson or other civil rights issues.
8        Q.   Okay.  Are most of them involving
9   officer-involved shootings?
10       A.   Yes.
11       Q.   Okay.  What about protests, like Justice for
12  Isaiah, have you ever participated in a protest?
13       A.   No.
14       Q.   Okay.  What about Ball-Bey?
15       A.   No.
16       Q.   Okay.  Before September 15, 2017, do you
17  remember the last protest that you attended --
18       A.   It would have been --
19       Q.   -- prior to that?
20       A.   It would have been the one on September 15.
21       Q.   Okay.  But before then?
22       A.   No, I don't remember what the last one was.
23       Q.   And these eight to 12 protests, these take
24  place over what time span?
25       A.   From 2014 to the present.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1          Q.   Okay.  And at these protests, excluding the

2    ones that we're going to talk about, the September 17 and

3    September 15, at these other eight to 12 protests that

4    you've attended, what -- what protest activity did you

5    participate in, what were some of the things that you did

6    when you were protesting?

7          A.   Mostly marching and chanting.

8          Q.   Okay.  And what did you chant?

9          A.   All kinds of things.  "Whose streets?  Our

10   streets."  The -- I can't remember how it begins, but it

11   ends with, "All we have to lose is our chains."  And then

12   usually just whatever the crowd was chanting.  I don't

13   remember any other specific ones.

14         Q.   Okay.  Do you remember chanting, "Fuck the

15   police"?

16         A.   No.

17         Q.   At these other eight to 12 -- Well, where --

18   where were these eight to 12 protests located?

19         A.   Mostly in the City of St. Louis.  Some of them

20   in Ferguson and some elsewhere in the county.

21         Q.   For the ones that took place in the city,

22   where did those protests take place; do you remember

23   specifically?

24         A.   Mostly downtown.

25         Q.   Okay.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1          A.   And I -- I was in the Central West End one
2    time that I can remember.
3          Q.   Okay.  And this was all during the
4    Michael Brown Ferguson protest --
5          A.   Yes.
6          Q.   -- time?  Did you see any teargas, mace, or
7    pepper spray deployed at those protests?
8          A.   No.
9          Q.   Was there a police presence at those protests?
10         A.   Yes.
11         Q.   Any other prior protests that you've been
12   involved in, whether Black Lives Matter, Women's Marches,
13   LGBTQ, the MSI Workhouse protest?
14         A.   I did go to a rally for the Close the
15   Workhouse campaign.  Actually, I guess I didn't think of
16   that as a protest, but that's happened subsequent to --
17   to this, to --
18         Q.   Okay.
19         A.   -- since September 15 or 17 --
20         Q.   Okay.
21         A.   -- 2017.  There was one rally.  I don't
22   remember which downtown building it was in front of, but
23   I attended that.
24         Q.   Okay.  And this was after the events of the
25   weekend of September 15 --
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    Yes.
 2          Q.    -- 2017?
 3          A.    Yes.
 4          Q.    Okay.  You said this was downtown.  Do you
 5    remember when this was exactly?
 6          A.    It was the day of the Veiled Prophet parade.
 7          Q.    Veiled Prophet?
 8          A.    Yes.
 9          Q.    I have no idea when that would be.
10                MS. DUNCAN:  Do you have any i- -- Do you
11      know?
12                MS. BRUYNS:  Is it summer?  It's summer.
13          A.    Yeah, it was in the summer.
14                   (Questions by Ms. Duncan)
15          Q.    Okay.  So, this would have been summer of '18
16    then?
17          A.    Yes.
18          Q.    Okay.  I feel bad that I don't know what that
19    is.
20                MR. ROTHERT:  Don't.
21                MS. DUNCAN:  Okay.
22                   (Questions by Ms. Duncan)
23          Q.    What -- What activity -- what protesting
24    activity did you participate in at the MSI rally?
25          A.    It was standing on the sidewalk and listening
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    to speakers.

2         Q.    Okay.  Was there a police presence at those

3    protests or at that protest?

4         A.    Yes, although it seemed mostly to be for the

5    parade.

6         Q.    Okay.  This Veiled Prophet parade?

7         A.    Yes.

8         Q.    Okay.  Any mace, teargas, pepper spray

9    deployed at that rally?

10        A.    No.

11        Q.    What speakers were there at the MSI rally?

12        A.    I'm fairly sure that Kayla Reed would have

13   spoken.

14        Q.    Okay.

15        A.    There was one speaker who was someone who had

16   been detained in the Workhouse.  I don't remember her

17   name.  Those are the two speakers that I remember.  There

18   very likely were others that I don't remember.

19        Q.    Sure.  Okay.  Any other protest?  I'm just

20   going to throw a few out there just to kind of jog your

21   memory.  The Fight For 15?  It's a minimum wage one.

22        A.    No.

23        Q.    VonDerrit Myers?

24        A.    No.

25        Q.    Okay.  I want to get into the weekend of

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1   September 15, 2017, which is why you're here.  You

2   mentioned two dates.  You mentioned September the 15th

3   and then September the 17th; is that right?

4        A.   Yes.

5        Q.   Okay.  What happened on September the 15th?

6   Well, let me ask you this first:  How did you hear about

7   the Stockley verdict?

8        A.   I was watching for it and I'm sure I saw it.

9   I was in Kansas City at the time because I was there for

10  a Missouri Bar meeting --

11       Q.   Okay.

12       A.   -- and I remember the verdict coming down and

13  I got a notification on my phone.  I don't remember what

14  news source.

15       Q.   Okay.  Do you remember what time of the day it

16  was?

17       A.   In the morning.

18       Q.   And what was your reaction to the verdict?

19       A.   I thought it was an injustice.

20       Q.   And what, if anything, did you do in response

21  to the verdict?

22       A.   That day I rode home with a friend of mine

23  from Kansas City to St. Louis and I did go onto Tucker

24  that day after I got back from Kansas City.

25       Q.   Okay.  And what time did you return from

1    Kansas City?

2          A.    It was in the afternoon.  Early afternoon I

3    would guess.

4          Q.    And when you say that you went to Tucker, do

5    you mean like Tucker and Clark, down by the courthouses,

6    or --

7          A.    Yeah, I didn't --

8          Q.    -- Tucker and Market?

9          A.    -- get as -- I didn't get as far as Tucker and

10   Clark.

11         Q.    Okay.

12         A.    I was coming out of Christ Church Cathedral

13   and walked down to Tucker and I don't remember how far

14   down I got, but I know I wasn't down as far as Clark.

15         Q.    Okay.  Christ Church Cathedral, is that where

16   the Arch City Defenders are located?

17         A.    That's where it used to be.

18         Q.    Okay.  Was it at --

19         A.    It was then --

20         Q.    -- that time?

21         A.    -- yes.

22         Q.    Okay.  Okay.  And you said you went --

23               MR. ROTHERT:  Don't -- Excuse me.

24               MS. DUNCAN:  I'm sorry?

25               MR. ROTHERT:  Don't talk over her.  Let her

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1            get the question out.

2                    THE WITNESS:  Okay.

3                    MR. ROTHERT:  Thank you.

4                    (Questions by Ms. Duncan)

5            Q.   So, you walked from Cwist Chur- -- Christ

6       Church Cathedral to Tucker, towards Tucker -- along

7       Tucker for the protest; is that right?

8            A.   Correct.

9            Q.   Okay.  Did you walk there with anyone else?

10           A.   I assume that Jacki Langum was with me --

11           Q.   Okay.

12           A.   -- but I don't remember in particular her

13      being with me.

14           Q.   Okay.  Anyone else?

15           A.   Not that I walked there with.

16           Q.   Okay.  At what point do you join -- Well, let

17      me ask you this:  Were there other protestors there as

18      you were walking along Tucker?

19           A.   Yes.

20           Q.   How many would you say?

21           A.   In the hundreds --

22           Q.   Okay.

23           A.   -- but I couldn't say any more precisely than

24      that.

25           Q.   Okay.  Where -- Did you end up staying at any

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   particular location or were you wandering along Tucker
 2   or --
 3        A.   I -- I'm Sorry.  I think I walked up and down
 4   Tucker.
 5        Q.   Okay.  Between the intersections of which
 6   streets?
 7        A.   I would say Pine and I think I got not quite
 8   to Market.
 9        Q.   Okay.  And there were hundreds of people in
10   that area?
11        A.   I think so.
12        Q.   Okay.  Was there a police presence?
13        A.   Yes.
14        Q.   Okay.  What were you doing as -- as you were
15   there?
16        A.   Walking up and down the street and observing.
17        Q.   Okay.  Were you chanting anything?
18        A.   No.
19        Q.   And what did you observe?
20        A.   Mostly I -- As I recall, Tucker was shut down
21   and, so, it was mostly people milling about.  I don't
22   remember whether there were any chants or anything like
23   that.
24        Q.   Okay.  At what -- Did you say at what time
25   that you arrived there?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1          A.    Late afternoon --

2          Q.    Okay.

3          A.    -- by my best estimation.

4          Q.    And did you do anything else besides walk up

5    and down Tucker between Pine and Market observing people?

6          A.    I talked to folks.

7          Q.    Do you know who you talked to?

8          A.    The only person that I remember talking to is

9    Brendan Roediger.

10         Q.    And Brandon Roedi- -- Brandon (sic) Roediger

11   is a professor at SLU Law?

12         A.    Yes.

13         Q.    Okay.  And do you have any other affiliations

14   with SLU Law?

15         A.    I'm a part-time adjunct there, although I'm

16   not teaching this semester.  I taught last semester.

17         Q.    What do you teach?

18         A.    A section of civil practice.

19         Q.    Okay.  I guess, what do you teach specifically

20   in regards to civil practice?

21         A.    We go through a set of skills beginning with

22   client/witness interviews up through arguing motions all

23   stuff in between.  Depo prep.  They do briefs --

24         Q.    Uh-huh.

25         A.    -- and basically taking a case over the course

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   of a semester from the client interview through to
 2   arguing a motion.
 3            Q.   Okay.  And who is your supervisor?
 4            A.   Brendan Roediger.
 5            Q.   Okay.  How long have you been teaching at SLU
 6   Law under Brandon (sic) Roediger?
 7            A.   Just one semester.
 8            Q.   That's the only time you did it was just that
 9   one time?
10            A.   Yes.  And I should say it's Brendan --
11            Q.   Sorry.
12            A.   -- with an "e" -- that's okay -- for your
13   benefit.
14            Q.   Yeah.  We just hired a guy who's named
15   Brandon.  They sound the same.
16                 What police activity -- You said that people
17   were milling about, the other protestors were?
18            A.   Yes.
19            Q.   And they were chanting?
20            A.   I don't remember.
21            Q.   Okay.  Anything else you remember about the
22   protestors --
23            A.   No.
24            Q.   -- and their activity?
25            A.   (Shaking head.)
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          Q.   No?

 2          A.   No.

 3          Q.   Okay.  What, if anything, do you remember

 4    about police actions?

 5          A.   I think I said that I -- as I recall, Tucker

 6    was closed and, so, I presume it was the police who had

 7    done that.

 8          Q.   Do you know why they had done that?

 9          A.   No.

10          Q.   Okay.

11          A.   And I don't -- I mean, I know I saw police

12    officers, but I don't think I even saw any interactions

13    between protestors and police officers.

14          Q.   So, at the point that you were out at Tucker

15    in late afternoon of September 15, 2017, you didn't see

16    any mace, pepper spray, or -- or teargas being deployed

17    by police officers; is that right?

18          A.   That's right.

19          Q.   Okay.  Anything else that you remember

20    observing or seeing on September 15?

21          A.   No.

22          Q.   Okay.  How long did you stay in that area for

23    to protest?

24          A.   My best estimate would be about 60 minutes.

25          Q.   Okay.  So, you're there from late afternoon to
```

1   what, early evening; is that fair?

2         A.   Probably more accurate late afternoon to later

3   in the afternoon.

4         Q.   Okay.

5         A.   I -- It was --

6         Q.   So, like 4:00 or 5:00?

7         A.   Yeah, it was sunny when I got there and sunny

8   when I left.

9         Q.   Okay.  And after you left, where did you go?

10        A.   Home.

11        Q.   And did you participate in any other

12   protesting activities on September 15, 2017?

13        A.   No.

14        Q.   Okay.  Any activity you participated in on

15   September 16, 2017?  That would have been that Saturday.

16        A.   I think that that is when I was in the Central

17   West End.

18        Q.   Okay.

19        A.   And at that, I was handing out water.

20        Q.   Where -- What specific location in the Central

21   West End would you have been at?

22        A.   We -- The group was walking up Skinker and I

23   don't remember if it turned on Delmar or which direction.

24   I had parked a ways away and walked with a bucket of

25   water or bin full of bottles of water and, so, I was

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   mostly behind any protest that was happening.
 2        Q.   Okay.  And what time did you arrive at the
 3   Skinker location?  Is this on Skinker and -- and Delmar?
 4        A.   It's south of Delmar --
 5        Q.   Okay.
 6        A.   -- that I first saw the group.  I would say
 7   maybe roughly Forest -- north of Forest Park.
 8        Q.   Okay.
 9        A.   And I would have arrived there that was
10   sometime in the evening.
11        Q.   Okay.  Would you say six o'clock?
12        A.   Six o'clock or later.
13        Q.   Okay.  And you mentioned the group that was
14   there.  Were you with a group?
15        A.   Yes.
16        Q.   Okay, what group were you with?
17        A.   I don't -- It wasn't anything official.  It
18   was a group that had organized to support the protestors.
19   So, like I said, I had a big bin full of bottled water.
20        Q.   Okay.  How many protestors were at that
21   Skinker location in the evening of the 16th?
22        A.   I think, again, maybe roughly 200.
23        Q.   Okay.
24        A.   That's a very rough estimate.
25        Q.   Sure.  And you said you and a couple of other
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    people had organized to aid the protestors or would you

2    say that?  Assist them?  Help them?  How would you --

3           A.    Yes.

4           Q.    -- describe it?

5           A.    Yeah, we were handing out water.  I think

6    maybe some folks had snacks.

7           Q.    Okay.  And what other people were you with?

8           A.    The only person whose name I remember is

9    Kennard Williams and I was not with him at the protest.

10   I was with him at the meet-up spot before we went down to

11   the protest.

12          Q.    And where did you-all meet up before the

13   protest?

14          A.    It was in north city and I don't remember.

15   I -- I think -- I think it was a church --

16          Q.    Okay.

17          A.    -- but I do not remember exactly where it was.

18          Q.    How many people assembled there?

19          A.    Ten.

20          Q.    Okay.  Was it organized by a particular group

21   or organization that put that on?

22          A.    Not that I know of.

23          Q.    Okay.  Kennard Williams, who -- how -- how do

24   you know him?

25          A.    He's a friend.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1        Q.   Okay.  How do you know him?
2        A.   I think that I would have met him either
3    through -- probably met him through Arch City Defenders.
4        Q.   Okay.  Does he work there?
5        A.   No.
6        Q.   Do you know where he works?
7        A.   To my knowledge, he doesn't have a job right
8    now.  At that time, he worked at MORE.
9        Q.   Anyone else you remember handing out water
10   with on September 16?
11       A.   I don't know anyone's name.
12       Q.   Okay.  And how long did you stay at that
13   location in the Central West End?
14       A.   We were moving around a lot --
15       Q.   Okay.
16       A.   -- so I don't remember how long we stood
17   there, but then we were just handing out water to anybody
18   who needed it.
19       Q.   Okay.  And did people approach you or you
20   approach them or both?
21       A.   I would say both.
22       Q.   Okay.  Who purchased the water to hand out?
23       A.   I don't know.
24       Q.   Okay.  I may have already asked you this.
25   Sorry, it's been a long day.  Did you say how long that

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    you stayed there?

2         A.   We didn't stay at the intersection where the

3    group was for very long.  I think the group started

4    moving north and I was probably out that night for three

5    or four hours.

6         Q.   Okay.  Along with handing out bottled water,

7    were you chanting?

8         A.   No.

9         Q.   Were you holding any signs?

10        A.   No.

11        Q.   Okay.  And then after being there for three or

12   four hours, where did you go?

13        A.   Home.

14        Q.   Did you participate in any other protesting

15   activity on September 16, 2017?

16        A.   No.

17        Q.   When you were at the Central West End location

18   on Skinker, what were some of the things that you

19   observed protestors doing?

20        A.   I remember people holding signs.  I'm

21   confident they were chanting, although I don't remember

22   what, and I recall seeing a group of protestors move

23   north on Skinker.

24        Q.   Okay.  Did you observe any protestors throwing

25   water bottles at the police?

```
 1          A.   No.
 2          Q.   Did you observe any protestors throwing rocks
 3    at police?
 4          A.   No.
 5          Q.   Did you observe any protestors throwing
 6    concrete blocks at police?
 7          A.   No.
 8          Q.   Did you observe any protestors verbally
 9    threatening police?
10          A.   No.
11          Q.   What police activity did you observe on
12    September 16, if any?
13          A.   Their presence.
14          Q.   Okay.  Any macing, pepper spray, teargas
15    deployed that you saw?
16          A.   No.
17          Q.   Let's move to September the 17th.  What
18    protesting activities did you participate in on
19    September 17?
20          A.   I drove there with Kennard Williams and we
21    joined a group that was in front of Police Headquarters
22    on Olive and --
23          Q.   At about what time was that?
24          A.   This would have been late afternoon.
25          Q.   Okay.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1          A.    Maybe early evening.  It was -- I think I
2   remember the sun kind of starting to go down.
3          Q.    Okay.
4          A.    The purpose of my being there was to support
5   the protestors.  I had a bottle of Milk of Magnesia and
6   water.
7          Q.    Okay.
8          A.    And when the protest moved toward downtown,
9   Kennard and I didn't go with them.  We followed it quite
10  a distance.
11         Q.    Okay.  As I understand it, the protests that
12  happened at Police Headquarters kind of went away from
13  Police Headquarters to SLU and then back around to
14  Headquarters; is that fair?
15         A.    I don't know about back to Headquarters.  I
16  know that it left Police Headquarters heading downtown.
17  And that -- I don't remember ever seeing a group after
18  that.
19         Q.    Okay.  At Police Headquarters, how many
20  protestors would you say you saw there?
21         A.    Probably, rough estimate, 200 again.
22         Q.    Okay.  Did you see any police, in the late
23  afternoon of 17, did you see any police deploy teargas,
24  pepper spray, or mace at that time?
25         A.    No.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    Q.   Okay.  You said that there was a group of
2  people that proceeded to head downtown?
3    A.   Yes.
4    Q.   Okay.  And that you did not go downtown with
5  them?
6    A.   Not with them, no.  At a considerable
7  distance, we wal- -- we walked in that direction.
8    Q.   Okay.  Would this have been about still the
9  late afternoon or are we getting into evening at that
10  point?
11    A.   Probably into early evening by then.
12    Q.   Okay.  Early evening 5:00 to 6:00-ish?
13    A.   That sounds right.  Maybe 6:00 to 7:00.
14    Q.   And what activity did you observe when you
15  followed the group downtown?
16    A.   It was out of my sight.
17    Q.   Okay.  Did you hear any windows being broken?
18    A.   No.
19    Q.   Did you hear any planters being destroyed?
20    A.   No.
21    Q.   Did you use any of the equipment that you had
22  brought to assist protestors on the 17th, the Milk of
23  Magnesium (sic) and water?
24    A.   No.
25    Q.   After you moved towards downtown, what -- what

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    happened; how long were you in that downtown area?

2         A.   So, by the time that I made it downtown, I

3    don't remember there being any group of protestors.  I

4    walked around for 30 minutes to an hour --

5         Q.   Okay.

6         A.   -- and then I was on my way back to the car

7    when I was detained.

8         Q.   Okay.  And when you were walking around for 30

9    minutes to an hour, what -- what were you doing?

10        A.   I was just looking around.

11        Q.   Did you observe anything in particular by way

12   of protests or police?

13        A.   I saw a lot of police.  Some of them on bikes

14   kind of staging.  There was one street that was blocked

15   off, I don't remember which, but I turned when I got to

16   there.  And there were non-police on the streets, but

17   there wasn't any group, there wasn't any protest that I

18   remember seeing.

19        Q.   Okay.  Where was your car located?

20        A.   It was I think a block north of Market, north

21   of Union Station.

22        Q.   So, you made your way then from downtown to

23   your car?

24        A.   Yes.

25        Q.   And would this be about at 7:00 p.m. or what

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   time frame would you give this?
 2          A.   I think it wa- -- it would have been more like
 3   8:00.
 4          Q.   Okay.
 5          A.   8:00 or 9:00.
 6          Q.   And were you walking with Kennard?
 7          A.   No.
 8          Q.   Okay.  At what point did he -- did you go your
 9   separate ways with Kennard?
10          A.   He went ahead of me to get closer to the group
11   when we were going downtown.
12          Q.   Okay.  So, would you say he was a part of that
13   group that went downtown?
14          A.   I couldn't say.
15          Q.   Okay.  At that point, though, you had kind of
16   split off?
17          A.   Yes.
18          Q.   Okay.  So, do you reach your car at about 8:00
19   p.m.?
20          A.   No.
21          Q.   Tell me what happened as you made your way
22   back to your car.
23          A.   I had crossed Tucker and was heading west on
24   Pine.  And I think in front of the second building on
25   that block, I saw two young people being arrested and
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1    began to film it.
 2             Q.    Okay.  How old were these young people?
 3             A.    I would say 18 or 19 years old.
 4             Q.    Okay.  And you said that you began to film it?
 5             A.    Correct.
 6             Q.    Why did you do that?
 7             A.    Because I was interested to see what would
 8    happen.
 9             Q.    Okay.  Did you observe police officers at that
10    location?
11             A.    Yes.
12             Q.    How many?
13             A.    Six to eight.
14             Q.    Okay.  And were they all interacting with
15    these two young people?
16             A.    No.
17             Q.    Okay.  How many officers were interacting with
18    the two young people?
19             A.    When I saw them, I think that they were
20    sitting -- I know they were sitting on the curb and I
21    don't remember whether there were any officers actually
22    interacting with them.
23             Q.    Okay.  So, when you took your camera -- I
24    assume it was your cell phone?
25             A.    Yes.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1            Q.    Okay.  When you took out your cell phone to
 2     film them, you were filming them sitting on the curb?
 3            A.    Yes.
 4            Q.    Okay.  And what happened after that?
 5            A.    So, I was on the north side of Pine.  They
 6     were on the south side of Pine.  And shortly after I had
 7     got my camera out and began to film, a police officer in
 8     a white shirt and a helmet came and took my phone from
 9     me.
10            Q.    Do you know what the officer's name was?
11            A.    No.
12            Q.    Did he say anything to you or did he just take
13     your phone?
14            A.    He just took my phone.
15            Q.    Okay.  How did you respond to that?
16            A.    I don't quite remember.  I don't -- I was
17     stunned and I don't think that I said anything until that
18     the white shirt officer had handed my phone to a
19     plainclothes officer who was using my phone and I said
20     please don't access my phone.  I think that was the first
21     thing that I said --
22            Q.    Uh-huh.
23            A.    -- in -- in all of this.  And I don't remember
24     whether I had given that officer my driver's license yet
25     or not.  I gave it to the white shirt at some point he
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   asked for it.  He told me that someone named Mosley was
 2   wanted for a crime and, so, he had to run my name through
 3   the database and it's Mobley.
 4        Q.   Right.  Had they -- they asked you your name
 5   beforehand?
 6        A.   I don't remember.
 7        Q.   So, the white shirt officer comes to you and
 8   asks for your phone, you give it to him, and then at that
 9   point, the red shirt officer tries to access your phone;
10   is that your testimony?
11        A.   He didn't ask for my phone.  He just took it.
12        Q.   He took it, okay.
13        A.   And, yes, then the white shirt handed it to
14   the plainclothes officer, who was wearing a red polo
15   shirt and a bulletproof vest and that was the officer who
16   accessed my phone.
17        Q.   Okay.  And then you told the plainclothesed
18   officer not to access your phone, and what did he say
19   back?
20        A.   He said, "Why would I use your phone?  I have
21   my own fucking phone."
22        Q.   Okay.  And then what happened?
23        A.   Then I was ordered to sit on the curb with my
24   legs in front of me, which I did.  I complied with all
25   their orders.  As I was sitting there, I had a number of
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1    interactions with officers.  One of them came and yelled

 2    at me that he was going to arrest me for property

 3    destruction and resisting arrest and then another officer

 4    whispered something to him and he walked away without

 5    saying anything else to me.

 6         Q.   Did you know whether or not property damage

 7    was occurring in the downtown area?

 8         A.   I had seen broken windows and planters when I

 9    was walking around.

10         Q.   So, is that a "yes" then --

11         A.   Yes.

12         Q.   -- you knew that that was happening?

13         A.   Yes.

14         Q.   Okay.  How many broken planters did you see?

15         A.   Maybe four.

16         Q.   Do you remember at what locations you saw

17    that?

18         A.   I'm almost certain that the broken window --

19    maybe broken windows and planters that I saw were on

20    Wash. Ave.

21         Q.   Okay.  How many broken windows did you see?

22    You said about four planters, right?

23         A.   Yeah, I think.  I remember in particular one

24    window being broken, but I don't think that that was the

25    only one I saw.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          Q.   Okay.  And this was all along Wash. Ave.?
 2          A.   As I recall.  I'm not a hundred percent
 3    certain.
 4          Q.   Sure.  So, then after one of the officers said
 5    something about property damage, what happened?
 6          A.   At some point, the -- and I don't remember
 7    whether this was before or after I got yelled at that I
 8    was going to be arrested, the plainclothes officer
 9    crouched down beside me.  He asked me whether I had been
10    downtown breaking windows and I said, "No."  And he said,
11    "Well, we'll just take you to jail and find somebody
12    who'll say that you did."  He searched my bag without my
13    consent.  Asked whether I had a hammer, and I did not.
14          Q.   Did you tell him you did not?
15          A.   Yes.  And then I -- I don't remember whether I
16    had any other interactions with police officers before I
17    got my driver's license back.  When I did get it back,
18    the squad officer I think who had run my -- my ID through
19    the system came and gave it to the plainclothes officer
20    who still had my phone, and he knelt down next to me and
21    he said, "You're going to take this and put it in your
22    wallet, you're going to get your phone, and you're going
23    to walk away.  And if you so much as turn around, I'll
24    arrest you because I'm not in the mood."
25          Q.   Okay.  And did you comply with those orders?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1          A.   Yes.
2          Q.   And at that point, did you make your way to
3     the car?
4          A.   Yes.
5          Q.   And then what happened?
6          A.   Then I went home.  Kennard -- It was Kennard's
7     car and he took me home.  I don't remember if I had to
8     wait there or not.
9          Q.   Okay.  During your interactions with police at
10    that location -- It would have been Tucker and Pine --
11         A.   Yes.
12         Q.   -- where this happened, right?
13         A.   Yes.
14         Q.   At that location, was any mace, pepper spray,
15    or teargas deployed against you?
16         A.   No.
17         Q.   Were any of those agents deployed against the
18    two young people who were there?
19         A.   Not that I saw.
20         Q.   Okay.  What was happening with the young
21    people as you were interacting with -- with police, were
22    they still sitting on the curb?
23         A.   As far as I can recall.  I kind of lost track
24    of them once I was having to deal with the police on my
25    own.  So, I don't remember seeing them drive away, so I
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    assume that they were still on the curb.
2         Q.   Okay.  Do you know what -- Do you have any
3    context of why they were sitting on the curb, what caused
4    them to be sitting on the curb?
5         A.   No.
6         Q.   Okay.  When you saw them on the curb, were
7    they handcuffed?
8         A.   Yes.
9         Q.   Okay.  Were you ever handcuffed?
10        A.   No.
11        Q.   Okay.  Anything else about the events on
12   September 17 that you remember that we haven't discussed?
13        A.   When I got my phone back, the video that I had
14   been taking had been deleted.
15        Q.   Okay.  And this is the video you took of the
16   two young people on the curb?
17        A.   Yes.
18        Q.   Do you remember how long that video lasted?
19        A.   It was under a minute, I think, before the
20   officer took my phone.
21        Q.   Anything else we haven't discussed about
22   September 17?
23        A.   No, not that I can recall.
24        Q.   Did you participate in any protesting
25   activities on September 29, 2017, near Busch Stadium?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1       A.    No.

2       Q.    Okay.  Did you participate in any other

3   protest activity regarding the Stockley verdict other

4   than what we discussed?

5       A.    No.

6       Q.    Did you experience any exposure to mace,

7   pepper spray, or teargas the weekend of September 15?

8       A.    No.

9       Q.    And I believe that your testimony was that you

10  didn't see any protestors get maced, pepper-sprayed, or

11  teargassed that weekend, either; correct?

12      A.    That's correct.

13      Q.    At either of the events that you attended on

14  the weekend of September 15, did you hear any protestors

15  making violent threats towards police officers?

16      A.    No.

17      Q.    And at any point during that weekend, did you

18  see water bottles being thrown at police?

19      A.    No.

20      Q.    Did you see rocks being thrown at police?

21      A.    No.

22      Q.    What about broken concrete towards police?

23      A.    No.

24      Q.    Did you witness any property damage by

25  protestors or demonstrators?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    No.
 2          Q.    Okay.  You mentioned the planters and the
 3   broken windows.  Do you know how they became broken?
 4          A.    No.
 5          Q.    When you were participating in protesting
 6   activities on September 15, 16, I guess, as well, and the
 7   17th, did you recognize any other protestors?
 8          A.    I probably did.  I don't remember anyone
 9   specific.
10          Q.    Okay.  Do you -- Would you have recognized any
11   of the legal observers that were out there?
12          A.    Did I -- Sorry, can you repeat the question?
13          Q.    Sure.  Did you recognize any legal observers
14   that were out protesting or with -- amongst the
15   protestors that weekend?
16          A.    No, I don't recall seeing anyone in a green
17   hat that I recognized.
18          Q.    Okay.  At any point during your protesting
19   activities that weekend, did you hear any dispersal
20   orders?
21          A.    As I was walking west, this was, I think,
22   before I crossed Tucker --
23          Q.    Is this on the 16th?  17th?
24          A.    This was on the 17th.
25          Q.    Okay.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1        A.    Sorry.
 2        Q.    That's fine.
 3        A.    I was walking west and there were large
 4   vehicles going up and down Tucker giving dispersal
 5   orders.
 6        Q.    And how were they giving dispersal orders,
 7   were they shouting?  Did they have, what are those,
 8   foghorns?
 9        A.    There was a megaphone.
10        Q.    Okay, there you go.
11        A.    Sure.
12        Q.    Okay.
13        A.    Yeah, it was coming out of the trucks and it
14   was amplified somehow.
15        Q.    Okay.  And did you see protestors, in fact,
16   disperse in compliance with that order?
17        A.    There were very few people on the street when
18   I saw that, so I didn't see anyone comply or not comply.
19        Q.    Okay.  How many times would you say you heard
20   a dispersal order on September 17?
21        A.    Two or three.
22        Q.    And this was around what time?
23        A.    My best guess is 9:00 p.m.
24        Q.    What specifically did you hear?
25        A.    Best I can recall, it was, "You're engaged in
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    an unlawful assembly.  You're ordered to disperse.  If

2    you don't disperse, you may be subject to the deployment

3    of chemical agents."

4         Q.   Okay.

5         A.   "Or arrest."  I think they probably said, "Or

6    arrest."

7         Q.   Okay.  And did you hear that same phrase or

8    sayings two or three times?

9         A.   Yes.

10        Q.   Okay.  When you saw the protestors heading

11   towards downtown, did you see protestors in the street?

12        A.   Yes.

13        Q.   Were they blocking traffic or interfering with

14   traffic, I guess?

15        A.   I don't think so.  My recollection is that

16   Olive was blocked off and I only saw folks on Olive.

17        Q.   You don't remember seeing any vehicular

18   traffic?

19        A.   No, there was no traffic.

20        Q.   Okay.  I think that you said that -- Well, let

21   me ask you.  How did you find out about the protests on

22   September 15 that they were happening?

23        A.   Well, I assumed that after a not guilty

24   verdict there would be something and I probably talked to

25   Jacki 'cause her office was downtown.  I don't remember

1    in particular how I found out.

2         Q.   Okay.  What about on September the 16th at the

3    Central West End, how did you find out about that?

4         A.   I think it must have been from Kennard because

5    he was involved in organizing the place where we all met.

6         Q.   Okay.  And what about on the 17th?

7         A.   Kennard, as well.  I rode there with him.

8         Q.   Okay.  Do you know how he found out about

9    them?

10        A.   No.

11        Q.   When you were participating in protesting

12   activities, were you in the street?

13        A.   Yes, on Olive.

14        Q.   And on what day would that have been?

15        A.   On the 17th.  And I may have been on Tucker

16   and not on the sidewalk on the 15th, but there was no

17   traffic.  And on the 16th, I think that the group had

18   assembled on Skinker and I don't know -- I mean, there

19   was no traffic again and I probably was on Skinker at

20   some point.

21        Q.   When you say "there was no traffic," does that

22   just mean that there weren't a lot of cars?

23        A.   There were zero cars moving on Skinker.

24        Q.   Okay.  When you say that there were dispersal

25   orders, did they -- what specific words were used when

1  they said that?  The police said that this was an
2  unlawful assembly and then they -- did they say -- did
3  they use the word "disperse" or did they say, "Leave the
4  area"?
5        A.   I don't remember.
6        Q.   I'm going to throw out some names and I just
7  want to see if you recognize the name.
8        A.   (Nodding.)
9        Q.   Fareed Alston?
10       A.   No.
11       Q.   Rasheen Aldridge?
12       A.   Yes.
13       Q.   How do you know Rasheen Aldridge?
14       A.   He's a Democratic committeeman.  I've seen him
15  speak at political events.
16       Q.   Okay.  Any other interactions you've had with
17  him other than that?
18       A.   No.
19       Q.   How about Brian Baude?
20       A.   No.
21       Q.   Amir Brandy?
22       A.   No.
23       Q.   Crystal Brown?
24       A.   No.
25       Q.   Emily Davis?

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1          A.    No.
2          Q.    Heather De Mian?
3          A.    No.
4          Q.    Alison Dreith?
5          A.    I recognize the name.  She is, as I recall,
6     the Director -- she works for Planned Parenthood and I
7     know her name from that.  I don't recall ever speaking to
8     her.
9          Q.    Ever or just at these --
10         A.    Ever.
11         Q.    -- events?  Okay.  What about Darryl Gray?
12         A.    Do not recognize it.
13         Q.    We've talked about Megan Green.  Mark Gullett?
14         A.    Don't recognize.
15         Q.    Calvin Kennedy?
16         A.    Don't recognize.
17         Q.    Lindsay Laird?
18         A.    I do not recognize.
19         Q.    Andre Roberts?
20         A.    Do not recognize that name.
21         Q.    Derek Laney?
22         A.    No.
23         Q.    Iris Nelson?
24         A.    No.
25         Q.    Alex Nelson?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1          A.   No.

2          Q.   Dillan Newbold?

3          A.   It occurs to me I've heard that name before,

4     but I have no idea where or how.

5          Q.   Okay.  Mario Ortega?

6          A.   No.

7          Q.   Christopher Robertson?

8          A.   No.

9          Q.   Keith Rose?

10         A.   I know Keith.

11         Q.   How do you know Keith Rose?

12         A.   I've met him at protests as well as various

13    events.

14         Q.   Okay.  And what other protests do you remember

15    seeing him at?

16         A.   The one I can remember in particular was in

17    the county.  It would have been in August, 2015.  Other

18    than that, I assume if I was at a protest, I saw Keith,

19    but I don't remember specifically which ones.

20         Q.   Okay.  And the one on August of '15, was that

21    involving Michael Brown --

22         A.   Yes.

23         Q.   -- protest?  And you said you've seen him at

24    other events.  What other events would those have been?

25         A.   I know I saw him at an Arch City event and,

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   so, it's fundraising or political events.
 2           Q.   Do you interact with him socially?
 3           A.   No.
 4           Q.   Do you remember seeing him the weekend of
 5   September 15?
 6           A.   I don't recall seeing him.
 7           Q.   Okay.  What about Demetrius Thomas?
 8           A.   I don't recognize that name.
 9           Q.   Jonathan Ziegler?
10           A.   I've heard the name somewhere.  If it's the
11   person I'm thinking of, then he testified at the same
12   preliminary injunction hearing that I did.
13           Q.   Right.  Do you know of his -- his streaming
14   site, WebZ -- RebZ?
15           A.   I know that that's -- I know it exists.
16           Q.   Okay.  Have you ever viewed anything on there
17   before?
18           A.   Only what I saw in court on that day.
19           Q.   Sure, okay.  Have you seen any of these people
20   since the protests?
21           A.   Can I amend my answer to --
22           Q.   Yeah.
23           A.   I may have watched one -- one stream on RebZ's
24   site.
25           Q.   Okay.
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.   I don't remember where it was from, but I
 2    recall, I think, doing that one time.
 3          Q.   Okay.  Was that --
 4          A.   And --
 5          Q.   Sorry.  Go ahead.
 6          A.   It was -- And I honestly don't remember when
 7    it was, either.  I just wanted to make sure that I got
 8    that on the record --
 9          Q.   Sure.
10          A.   -- 'cause I'm sure I had watched it once, but
11    I don't remember where he was or what was going on.
12          Q.   Do you remember whether it was before or after
13    the Stockley verdict protests?
14          A.   I do not.
15          Q.   Okay.  Was it about the Stockley verdict
16    protests?
17          A.   I don't remember.
18          Q.   Did you recognize specifically any police
19    officers the weekend of September the 15th?
20          A.   Recognize people as police officers or police
21    officers that I knew?
22          Q.   Yeah, police officers that you knew.
23          A.   I did not.
24          Q.   Okay.  Did you observe or witness the Highway
25    40 blockage on September the 15th?
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1        A.   No.
 2        Q.   Have you ever applied for a permit to protest?
 3        A.   No.
 4        Q.   The weekend of September 15, do you recall
 5   hearing that there was a free speech zone --
 6        A.   No.
 7        Q.   -- designated for protestors?
 8        A.   No, I don't recall that.
 9        Q.   Do you know of any other officer-involved
10   shootings since the Stockley verdict?
11        A.   Yes.
12        Q.   And were you involved in any protests related
13   to those incidences?
14        A.   No.
15        Q.   You said since this incident, you've protested
16   at an MSI rally downtown?
17        A.   Yes.
18        Q.   Okay.  Any other protest that you've
19   participated in after the weekend of September 15, 2017?
20        A.   No.
21        Q.   I want to draw your attention to --
22             MS. DUNCAN:  We can mark this as, I guess, B
23        maybe.
24             (At this point, an off-the-record discussion
25             was had.)
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1                    (At this point, Defendant's Exhibit Mobley B
 2                    was marked for identification.)
 3                    (Questions by Ms. Duncan)
 4          Q.   Okay.  I'm showing you what's been marked as
 5   Defendant's Deposition Exhibit Mobley B.  Okay.  And do
 6   you recognize that?
 7          A.   Yes.
 8          Q.   Okay.  And is that the Declaration that you
 9   drafted or someone helped you draft in preparation for
10   the preliminary injunction hearing in this case?
11          A.   Yes.
12          Q.   Okay.  And as I understand it, and it may be
13   on there -- yeah, you can go ahead and look at it -- you
14   say in there that you had heard that pepper spray or gas,
15   teargas or mace was used the weekend of September 15?
16          A.   Yes.
17          Q.   Okay.  And how did you hear that?
18          A.   I don't remember specifically.  Through news
19   coverage and talking to people who knew.
20          Q.   Okay.  "News coverage" being the newspaper or
21   TV?
22          A.   It --
23          Q.   Both?
24          A.   Most likely the newspaper, but online.
25          Q.   Okay.  And when do you remember hearing about
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1   that?
2           A.    Immediately afterwards.  Maybe the next day.
3           Q.    So, that Saturday, Sunday, Monday maybe?
4           A.    Yes.
5           Q.    Okay.  Did you observe anything regarding an
6   encirclement tactic or what some have called kettling on
7   the evening of September 17?
8           A.    No.
9           Q.    That's all I'm going to use for that one.  I
10  want to put something else in front of you.  We received
11  some production from Plaintiffs in this matter.  One of
12  the things we received are screenshots, I believe, from
13  your cell phone.  Did you provide that to your attorney?
14          A.    Yes.
15          Q.    Okay.
16                MS. DUNCAN:  We can mark this Mobley C, I
17      guess.
18                (At this point, Defendant's Exhibit Mobley C
19                was marked for identification.)
20                  (Questions by Ms. Duncan)
21          Q.    And I'll represent to you that this is
22  actually a screenshot of a series of screenshots that we
23  received.
24          A.    (Nodding.)
25          Q.    This one in particular is labeled Plaintiff
```

 1   00774.  And the side caption is, I think, Mobley

 2   Screenshot 8 or something like that.

 3            A.   (Nodding.)

 4            Q.   And these messages were sent to a Gilbert M.

 5   Who is Gilbert M.?

 6            A.   He's my uncle.

 7            Q.   Okay.  What's his last name, Mobley?

 8            A.   Yes.

 9            Q.   Okay.  Makes sense.  And is he affiliated with

10   any kind of newspaper or press, media in any way?

11            A.   No.

12            Q.   Okay.  In one of the screenshots, you tell him

13   not to say anything or use your name in anything.  Did

14   you mean in his interaction with other people?

15            A.   Yes.

16            Q.   Okay.  And I wanted to show you this and you

17   can read through it.  This is Defendant's Exhibit C,

18   Mobley C.  Do you recog- -- Sorry.  Are you finished

19   reading it?

20            A.   Yes.

21            Q.   And does that accurately depict what you

22   texted to your uncle?

23            A.    I don't remember texting it, but I assume it

24   does.

25            Q.   Okay.  You have no reason to dispute --

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1          A.    No.
 2          Q.    -- that you sent that to him?
 3          A.    (Shaking head.)
 4          Q.    Do you remember when you sent that to him?
 5          A.    No, I don't.
 6          Q.    Okay.  And in the screenshot, is it true that
 7    you describe the police as murderers?
 8          A.    I see that I say they murder people.
 9          Q.    Okay.  And do you describe them as terrorists?
10          A.    Yes.
11          Q.    Okay.  And do you say that you wish their
12    bodies were thrown in cages and tortured?
13          A.    I see that I say their bodies should be thrown
14    in the same cages where they throw millions and millions
15    of other people's bodies, but there's nothing about
16    torture.
17          Q.    Okay.  Does it suffice to say you're not a big
18    fan of the police?
19          A.    No.
20          Q.    You would or would not agree with that?
21          A.    I would agree with that.
22          Q.    Is that an accurate portrayal of how you felt
23    whenever you sent that to your uncle?
24          A.    Yes.
25          Q.    Is that an accurate portrayal of how you feel
```

1   today?

2        A.   I've calmed down some.  I'm not as angry as I

3   was when I sent it.

4        Q.   But the sentiment behind it --

5        A.   Yes.

6        Q.   Let me finish that entire question 'cause I

7   didn't.  The sentiment behind it is the, correct, as how

8   you feel today?

9        A.   I think the Department should be abolished.  I

10  no longer believe that they should be thrown in cages.

11       Q.   Okay.  Fair enough.

12            Prior to the incident on September 17, 2017,

13  had you had any other run-ins with the police or

14  interactions with police?

15       A.   Which police?

16       Q.   St. Louis PD.

17       A.   I called an officer in 2012 or 2013 because of

18  my car had been broken into in the Central West End.

19  Other than that, I don't remember any interactions with

20  the SLMPD.

21       Q.   Okay.  You have -- Have you been arrested by

22  SLMPD before?

23       A.   No.

24       Q.   Okay.  Been charged with any crime by SLMPD?

25       A.   No.

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1          Q.    Interacted with them in a capac- -- Have you

2     interacted with them in a capacity through Legal

3     Services?

4          A.    Yes.

5          Q.    And in what capacity?

6          A.    I can say that they were interacting with a

7     client of mine and that's all I can say due to

8     attorney-client privilege.

9          Q.    Okay, that's fair.

10               Anything about that interaction with your

11     client that caused you to have a negative perspective on

12     the SLMPD?

13          A.    Yes.

14               MS. DUNCAN:  Can we take just a minute to

15          compare notes and then I'll come back in?

16               (At this point, there was a break taken from

17               3:12 p.m. to 3:21 p.m.)

18                    (Questions by Ms. Duncan)

19          Q.    I just have a few follow-up for you, sir.  You

20     said that on September 16 you went to Police Headquarters

21     with some Milk of Magnesia; is that right?

22          A.    On September 17.

23          Q.    That was the 17th?

24          A.    Yes.

25          Q.    Okay.  And why did you bring Milk of Magnesia

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1    with you on the 17th?

2          A.    Because it's used to treat exposure to pepper

3    spray and teargas.

4          Q.    Did you anticipate that teargas and pepper

5    spray would be used that day?

6          A.    I didn't know whether they would.

7          Q.    Okay.  I want to narrow in on when you knew

8    that either mace, pepper spray, or teargas was being

9    deployed.  I know that you said a -- you learned it the

10   day after.  Did you learn it the day after September 15?

11         A.    I think so, yes.

12         Q.    Okay.  So, then you would have learned about

13   it on September the 16th; correct?

14         A.    That -- Yes, that's approximately correct.

15         Q.    Okay.  And you still went out on September the

16   16th to Police Headquarters; is that right?

17         A.    I went to Police Headquarters on the 17th?

18         Q.    I'm sorry.  You went to Central West End on

19   the 16th?

20         A.    Yes.

21         Q.    Okay.  And you did that even though you knew

22   that mace, pepper spray, or teargas was deployed the day

23   before?

24         A.    Yes.

25         Q.    Okay.  And then did you know whether or not

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1   there was mace, pepper spray, or teargas deployed on the

2   16th?

3        A.   I do not know.

4        Q.   Okay.  Do you remember -- This may be the same

5   question.  Do you remember hearing about teargas or mace

6   or pepper spray being deployed on the 16th?

7        A.   No.

8        Q.   Okay.  So, on the seven- -- September 17, you

9   would have known that either on September 15 or 16

10  teargas, mace, or pepper spray had been deployed during

11  these protests; is that fair?

12       A.   Yes, I wouldn't know what, necessarily, I

13  don't think, but I knew that there had been chemical

14  agents used.

15       Q.   Okay.  And that did not deter you from going

16  out those three days; is that correct?

17       A.   Correct.

18            MS. DUNCAN:  Okay.  I have no further

19       questions at this time.

20            MR. ROTHERT:  Okay, we'll review and sign.

21            (Deposition adjourned at 3:24 p.m.)

22                 (SIGNATURE RESERVED)

23

24

25

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
 1   STATE OF                    )
                                 ) SS
 2   COUNTY OF                   )

 3

 4        I, WILLIAM PATRICK MOBLEY, do hereby state that

 5   the foregoing statements are true and correct to the best

 6   of my knowledge and belief.

 7

 8

 9

10

11        _____
                WILLIAM PATRICK MOBLEY
12

13

14

15        Subscribed and sworn to before me this _____ day

16   of _____, 2019.

17

18

19

20        _____
                   NOTARY PUBLIC
21

22
     My Commission Expires:
23

24

25
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

```
1                    DEPOSITION CORRECTION SHEET
                    DEPOSITION OF WILLIAM PATRICK MOBLEY
2

3        In Re:  MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
         No. 4:17-CV-2455 CDP
4

5        Page:   Line:        Should Read:
         Reason:
6
         Page:   Line:        Should Read:
7        Reason:

8        Page:   Line:        Should Read:
         Reason:
9
         Page:   Line:        Should Read:
10       Reason:

11       Page:   Line:        Should Read:
         Reason:
12
         Page:   Line:        Should Read:
13       Reason:

14       Page:   Line:        Should Read:
         Reason:
15
         Page:   Line:        Should Read:
16       Reason:

17       Page:   Line:        Should Read:
         Reason:
18
         Page:   Line:        Should Read:
19       Reason:

20

21       _____
                    SIGNATURE OF DEPONENT
22

23

24

25
```

MALEEHA AHMAD, et al v. CITY OF ST. LOUIS
Deposition of WILLIAM PATRICK MOBLEY taken on 01/28/2019

1              C E R T I F I C A T E

2

3          I, Sara Alice Masuga, Certified Shorthand

4     Reporter and Certified Court Reporter within and for the

5     States of Illinois and Missouri, DO HEREBY CERTIFY that

6     pursuant to agreement between counsel that on January 28,

7     2019, at the offices of the ACLU, 906 Olive Street,

8     St. Louis, Missouri, there appeared before me the

9     aforementioned witness, and having been duly sworn to

10    tell the whole truth, was examined, and the examination

11    was taken down in shorthand by me and afterwards

12    transcribed upon the computer, and said transcription is

13    herewith returned.

14          IN WITNESS WHEREOF, I have hereunto subscribed my

15    name this 9th day of February, 2019.

16

17

18

19

20

21          _____
             Sara Alice Masuga, CSR, CCR
22             IL CSR No. 084-002993
               MO CCR No. 1012

23

24

25

```
                    MASUGA REPORTING SERVICE
                      2033 Hiawatha Avenue
                     St. Louis, MO  63143-1215
                         (314)680-2424


February 9, 2019


ACLU
Attn:  Anthony E. Rothert, Esq.
906 Olive Street
Suite 1130
St. Louis, MO  63101
In Re: MALEEHA AHMAD, et al vs. CITY OF ST. LOUIS
No. 4:17-CV-2455 CDP


Dear Mr. Rothert:


Enclosed herewith, please find your copy of the
deposition transcript of WILLIAM PATRICK MOBLEY taken in
the above-styled matter along with the original signature
page of same.
Please have the deponent read your copy of the
transcript, note any corrections to be made, sign the
original signature page, have the deponent's signature
notarized where indicated, and return the signed
signature page and correction sheets to Ms. Duncan for
proper filing of the original transcript with the Court.


Thank you for your attention to this matter.


Sincerely,


MASUGA REPORTING SERVICE



Sara Alice Masuga, CSR, CCR


cc:  Ms. Duncan
```