1              IN THE UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
3

4     MALEEHA AHMAD, et al.,          )
                                      )
5          Plaintiffs,                )
                                      )
6      v.                             ) Case No. 4:17-cv-2455-CDP
                                      )
7     CITY OF ST. LOUIS, MISSOURI,    )
                                      )
8          Defendant.                 )

9

10             DEPOSITION OF LAWRENCE O'TOOLE

11          TAKEN ON BEHALF OF THE PLAINTIFF

12                    APRIL 17, 2019

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          INDEX

2                                                    PAGE

3                      EXAMINATIONS

4    Examination by Mr. Praiss                        5

5

6                       EXHIBITS

7    Exhibit 1    Operations plan                     10

8    Exhibit 2    First page of operations plan       11

9    Exhibit 3    After action critique               14

10   Exhibit 4    Email                               21

11   Exhibit 5    Training course lesson plan         39

12   Exhibit 6    PowerPoint presentation             40

13   Exhibit 7    ACLU demonstration guidelines       42

14   Exhibit 8    Section IV of Special Order 1-01     51

15   Exhibit 9    Declaration                         51

16

17

18   (Exhibits attached.)

19

20

21

22

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3

 4      MALEEHA AHMAD, et al.,         )
                                       )
 5           Plaintiffs,               )
                                       )
 6        v.                           ) Case No. 4:17-cv-2455-CDP
                                       )
 7      CITY OF ST. LOUIS, MISSOURI,   )
                                       )
 8           Defendant.                )

 9

10                      DEPOSITION OF WITNESS, LAWRENCE

11      O'TOOLE, produced, sworn, and examined on April 17,

12      2019, between the hours of 10:00 a.m. and 12:00 p.m.

13      of that day at Saint Louis City Hall, 1200 Market

14      Street, Room 314, Saint Louis, Missouri, before

15      Susan J. Pybas, CCR No. 1446(T), within the state of

16      Missouri, in a certain cause now pending before the

17      United States District Court, Eastern District of

18      Missouri, Eastern Division, wherein Maleeha Ahmad,

19      et al. are the Plaintiffs; City of Saint Louis,

20      Missouri is the Defendant.

21

22

23

24

25
```

```
 1                        APPEARANCES

 2     FOR THE PLAINTIFFS:

 3     Omri Praiss, Esquire
       ACLU OF MISSOURI FOUNDATION
 4     406 West 34th Street, Suite 420
       Kansas City, Missouri  64111
 5     816.470.9938
       opraiss@aclu-mo.org
 6

 7     FOR THE DEFENDANT:

 8     Robert Dierker, Esquire
       Abby Duncan, Esquire
 9     ST. LOUIS CITY COUNSELOR'S OFFICE
       1200 Market Street, Room 314
10     Saint Louis, Missouri  63103
       314.622.4800
11     relyst@stlouis-mo.gov

12     CERTIFIED COURT REPORTER:

13     Susan J. Pybas, CCR No. 1446(T)
       ALARIS LITIGATION SERVICES
14     711 North 11th Street
       Saint Louis, Missouri  63101
15     314.644.2191

16

17

18

19

20

21

22

23

24

25
```

LAWRENCE O'TOOLE  4/17/2019

```
 1                   IT IS HEREBY STIPULATED AND

 2     AGREED by and between counsel for the Plaintiffs and

 3     counsel for the Defendant that this deposition may

 4     be taken by Susan J. Pybas, CCR, No. 1446(T), a

 5     Certified Court Reporter, thereafter transcribed

 6     into typewriting, with the signature of the witness

 7     being expressly requested.

 8                   LAWRENCE O'TOOLE,

 9     of lawful age, having been produced, sworn, and

10     examined on the part of the Plaintiffs,

11     testified as follows:

12                       * * * * *

13       (Starting time of the deposition:  10:09 a.m.)

14                       * * * * *

15                     EXAMINATION

16     BY MR. PRAISS:

17         Q.    Good morning, Colonel O'Toole.

18         A.    Good morning.

19         Q.    My name is Omri Praiss.  I just introduced

20     myself before the deposition.  I'm one of the

21     attorneys for the plaintiffs in the case of Ahmad

22     vs. the City of Saint Louis.

23             Are you familiar with that case?

24         A.    You know, just that you filed a lawsuit,

25     you know.
```

```
 1              Q.    Okay.  Have you ever been deposed?

 2              A.    I have.

 3              Q.    You have.  Okay.  How many times?

 4              A.    Through my career, a number of times.

 5              Q.    A number of times.

 6                    Just very briefly, I'm going to ask the

 7    questions today.  It's very important that you give

 8    me a chance to complete my questions.  Please

 9    refrain from interrupting me, and, also, I'll do the

10    same, not interrupt you, when you're answering.

11    Otherwise, it's very hard for the court reporter.

12                    Is that acceptable?

13              A.    Yes.

14              Q.    Okay.  And try and always respond orally,

15    not with "uh-huh" so that there's something on the

16    record.

17              A.    Yes.

18              Q.    Thank you.

19                    Are you under any medication that in any

20    way impairs your ability to provide complete and

21    truthful answers today?

22              A.    No.  I'm taking Flonase.

23              Q.    Okay.  You understand you're under oath

24    and subject to penalty of perjury?

25              A.    I do.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.    Wonderful.
 2                For the record, could you state your name?
 3          A.    Lawrence O'Toole.
 4          Q.    Okay.  Other than speaking with your
 5    attorneys, did you do anything to prepare for
 6    today's deposition?
 7          A.    No.
 8          Q.    Okay.  What is your current rank?
 9          A.    A lieutenant colonel.
10          Q.    Okay.  And how long have you had that
11    rank?
12          A.    I was promoted to lieutenant colonel in
13    2013, and I was promoted to assistant chief in 2015.
14          Q.    Who do you currently report to?
15          A.    Commissioner John Hayden.
16          Q.    Okay.  What was your rank in
17    September/October of 2017?
18          A.    I was the interim commissioner.
19          Q.    And what does that mean, to be the
20    "interim commissioner"?
21          A.    Chief Sam Dotson left in April.  I was
22    the -- I was the assistant chief then, and I was
23    named by the mayor as the interim chief to handle
24    all the affairs of the police department.
25          Q.    Okay.  So you were -- as interim
```

LAWRENCE O'TOOLE  4/17/2019

1    commissioner -- first of all, you used the term

2    "interim commissioner" and "interim chief."  Are

3    they synonymous?

4         A.   Yes.

5         Q.   Okay.  As the interim chief, you were the

6    highest police officer --

7         A.   Correct.

8         Q.   For St. Louis Metropolitan Police

9    Department; is that correct?

10         A.   Correct.

11         Q.   How long did you serve as -- in the

12    position of interim chief?

13         A.   April of 2017 to December of 20 -- of

14    2017.

15         Q.   Okay.  You were the, so to speak, the

16    interim chief of police during the entire time of

17    the Stockley protest?

18         A.   That's correct.

19         Q.   Gotcha.  Okay.

20              And at that time, did you report to

21    anyone --

22         A.   I --

23         Q.   -- as interim chief?

24         A.   -- I would report to the public safety

25    director.

LAWRENCE O'TOOLE  4/17/2019

 1          Q.   And who was that?

 2          A.   At that time, it was the acting public

 3     director, Charlene Deeken.

 4          Q.   Okay.  How long have you been employed at

 5     the St. Louis Metropolitan Police Department?

 6          A.   I've been employed since January of 1984.

 7          Q.   Okay.  In the fall of 2017, during the

 8     time period of the Stockley protest, you were

 9     named -- you were described as "Cruiser 1."  Is that

10     correct?

11          A.   Yeah, that would be correct.

12          Q.   Okay.  What does that mean?

13          A.   Those -- when you get on the -- on the

14     police radio to -- you're given call -- referred to

15     as "call signs," and my call sign is -- the -- the

16     commissioner's call sign is Cruiser 1.  The

17     assistant chief is Cruiser 2 and so forth, and then

18     the -- the numbers would get bigger as you go.

19          Q.   Gotcha.  Thank you.

20          Colonel O'Toole, do you have in front of

21     you what's been marked as Deposition Exhibit 1?

22          (WHEREIN, Exhibit 1 was marked for

23     identification by the court reporter.)

24          A.   I do.

25          Q.   Okay.  Could you identify this document

LAWRENCE O'TOOLE  4/17/2019

```
 1      for the record?
 2           A.    (Reviewed document.)   This is the document
 3      produced by our operational planning unit, and it's
 4      dated September 27th of 2017 and the subject is
 5      "Civil Disobedience Response Operations Plan."
 6           Q.    Now, we know that the Stockley verdict
 7      came down on September 15th, correct?
 8           A.    Correct.
 9           Q.    Was this prepared before or after the
10      Stockley verdict was -- came down?
11           A.    It would have been -- I -- I would've
12      thought that -- I don't know the exact dates, but
13      all the planning and -- that we had prior to the
14      Stockley.
15           Q.    Is the date that's on here -- it shows
16      September 27th, 2017.
17           A.    Uh-huh.
18           Q.    That's inaccurate; is that correct?
19           A.    That's correct, yes.
20           Q.    Okay.  And the correct -- what's the right
21      date that should be on there?
22                 MR. DIERKER:  Is it all right if I
23      hand him that?
24           A.    The one that I've been handed is September
25      14th.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1    BY MR. PRAISS:

 2           Q.   Okay.

 3                MR. PRAISS:  Why don't we mark that

 4    as Exhibit 2, please.

 5                (WHEREIN, Exhibit 2 was marked for

 6    identification by the court reporter.)

 7    by MR. PRAISS

 8           Q.   So you've been handed now Exhibit 2.

 9           Am I correct that's just the first page of

10    the operations plan?

11           A.   (Reviewed document.)  Correct.

12           Q.   Okay.  And what's the date that shows on

13    that one?

14           A.   September 14th, 2017.

15           Q.   Okay.  So am I correct that the opinions

16    -- operations plan was issued literally one day

17    before the verdict came down?

18           A.   Correct.

19           Q.   Okay.  Do you know who was responsible for

20    preparing this document?

21           A.   I believe -- I'll look here to see if

22    there's a name on the back of it.

23           Q.   Why don't I make it easy for you.  If you

24    go to Bates No. City 461.

25           A.   Yes.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.   Do you see your signature at the very
 2     bottom of this --
 3          A.   I do.  Yes, I do.
 4          Q.   And it's fair to say that you had an
 5     opportunity to review this operations plan before
 6     you signed off and approved it?
 7          A.   Correct.
 8          Q.   Okay.  I assume the City doesn't prepare
 9     this from scratch but there's actually a form that
10     is used on occasion and just updated for the
11     specific major event that they're concerned about.
12          A.   Correct.  We have major events throughout
13     the city, throughout the year.
14          Q.   Okay.
15          A.   And our operational planning unit, their
16     -- their -- that's their responsibility is -- is to
17     plan these details because of all the manpower that
18     takes place, and -- and it's pretty much just a
19     format, yes, sir.
20          Q.   All right.  So is it fair to say that that
21     -- to a large extent, the format is identical from
22     one major event to another in terms of the
23     operations plan document with the exception of maybe
24     some of the information about which groups of
25     officers will be at which location?
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          A.    They're -- they're pretty similar, yes.
 2          Q.    Okay.  If I could direct you to the second
 3    page of this document, Bates No. 417.  You see it's
 4    got a heading, "Critique," at the top?
 5          A.    Correct.
 6          Q.    I'll read it into the record.  The first
 7    sentence says, "Special order SL 5-21 requires all
 8    commanders and supervisors assigned to this detail
 9    to complete and submit MPD FORM OPP-43(10-07) major
10    event-after action critique."
11                Did I read that correctly?
12          A.    Yes.
13          Q.    Wonderful.
14                Are you familiar with what's described
15    here as a "major event-after action critique"?
16          A.    Yes.
17          Q.    Okay.  I assume you're familiar also with
18    this requirement under the special order that all
19    commanders and supervisors assigned to this
20    particular operations plan would be required to
21    submit a major event-after action critique, correct?
22          A.    Correct.
23          Q.    And what's the reason why that's an
24    important requirement?
25          A.    Well, it's so that we can improve these --
```

LAWRENCE O'TOOLE  4/17/2019

```
 1    these details.  As -- as you -- as you can imagine,

 2    because of all the types of details that go on

 3    throughout the city, a -- a lot of times there's not

 4    much critique at all because, you know, the number

 5    of these details we do every year.

 6         Q.   But to the extent there's what I would

 7    call "lessons learned after a major event," the

 8    purpose, would you agree with me, of that major

 9    event-after action critique is to improve and learn

10    from mistakes that may have happened?

11         A.   Yes.

12              (WHEREIN, Exhibit 3 was marked for

13    identification by the court reporter.)

14         Q.   I think you've been handed Exhibit 3; is

15    that correct?

16         A.   Correct.

17         Q.   Okay.  I'll represent to you -- strike

18    that.

19              Do you see this is a major event-after

20    action critique that was submitted in connection

21    with the Stockley protest?

22         A.   (Reviewed document.)  I -- yes, sir, the

23    civil disobedience response from 9/15 through 9/24.

24         Q.   Yeah.  And if you go to the second page,

25    do you see that this one was submitted by Eric
```

LAWRENCE O'TOOLE  4/17/2019

1      Larson?

2           A.   Yes, I do.

3           Q.   Okay.  Does that concern you if I

4      represented to you -- strike that.

5                I'll represent to you that this major

6      event-after action critique submitted by Mr. Larson

7      is the only one that was submitted after the

8      Stockley protest, and my question to you, does it

9      concern you knowing that at the time you were the

10     interim chief of police that no other commanders or

11     supervisors who were assigned to the Stockley

12     protest complied with the special order and

13     submitted such a critique?

14          A.   It doesn't surprise me because of all --

15     of everything that we were already discussing after

16     the events of the Stockley.

17          Q.   When you say, "all the things we were

18     discussing afterwards," what are you referring to?

19          A.   Well, besides a critique, there's --

20     when -- when we look at things, for actually almost

21     every major incident that may not even have a -- a

22     detail written for it, is we would look at a

23     critical incident review, and then take a look at

24     these and see if there's any lessons learned.

25                And -- and in -- in something like this,

LAWRENCE O'TOOLE  4/17/2019

Page 16

```
 1    where we have officers who are injured,
 2    particularly, it -- it may not be that simple as
 3    "Hey, this is what you need to do."
 4           In fact, a critique may be we need to sit
 5    down and have a very long discussion and
 6    after-action review of -- of this entire incident.
 7        Q.   Was there such an after-action review
 8    undertaken after the Stockley verdict that you
 9    participated in?
10        A.   Well, we -- we spoke on a daily basis
11    of -- of things that were going on, planned events
12    and officers' response.  So it was going on on -- on
13    a daily -- daily while we have all -- all the active
14    protests going on.  Then, of course, we came through
15    that to even more with the litigation that was
16    involved that it would be even -- even more so.
17        Q.   Put aside litigation, sir, Mr. O'Toole.
18    What I'm trying to figure out is we know that
19    there's a requirement that's on page 2 of this
20    operations plan that you signed off on that requires
21    all commander supervisors to submit this form, as
22    you said, so we can improve how we do things --
23        A.   Right.
24        Q.   -- in the police department, and we know
25    that Mr. Larson's the only one who did it.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1        A.    Right.

 2        Q.    And you're telling me it doesn't surprise

 3   you that much because other things were done, and

 4   I'm trying to understand with specifics what was

 5   done.

 6              Can you identify to me any communications

 7   that you issued at the time you were interim chief

 8   up until December 27th, 2017, which outlined here's

 9   what I would call "lessons learned and ways we can

10   improve" that were communicated to all police

11   officers?

12        A.    The -- what I would tell you is that this

13   particular incident -- I don't think you could

14   critique this particular incident, what happened

15   over this -- in a -- in a matter of a pay -- on a

16   page.  So I think that when you take into --

17   everything that was taken into account in this

18   particular action, this -- this -- this detail, as

19   we refer to these things, and especially when we

20   have so many other agencies that were assisting us

21   as well, that it -- that it wouldn't be covered in

22   this type of a critique.

23              So I would tell you that the plan while I

24   was the interim was that we would have a complete

25   and total after-action report done, you know, once
```

LAWRENCE O'TOOLE  4/17/2019

1    we had -- had the time to do so.

2         Q.   Sir, I'm looking for just a simple

3    yes-or-no answer to a simple question, if I could.

4    That is are you aware of any documents created after

5    the Stockley protest while you were the interim

6    chief that, as you said, "provide a complete and

7    total after-action review of what transpired there"?

8         A.   Can I qualify my answer more than a yes or

9    a no?

10        Q.   Of course.

11        A.   So my -- my answer is I am unaware of any

12   completed reports.

13        Q.   During the time that you were the interim

14   chief, are you aware of anything, any draft reports

15   that people had started working on, as you said,

16   that would provide a complete and total after-action

17   review?

18        A.   Reports, no.  Again, that, "Hey, we would

19   be prepared to do this when -- when we had time to

20   sit down and the dust settled to do this," but there

21   were no -- so and I guess to answer your question

22   specifically, there were no written reports.

23        Q.   Did you instruct anyone to begin that

24   process after the Stockley protest, i.e. to

25   document, investigate what transpired and put

**LAWRENCE O'TOOLE  4/17/2019**

 1    together some kind of a complete and total

 2    after-action report?

 3         A.   Well, we document our actions in -- in

 4    police reports if there's an arrest.  So we document

 5    it that way.  We would then down sit down and -- and

 6    discuss these things in -- in a meeting and then

 7    prepare the documents if we needed.

 8              So no, I have not seen any -- any drafts

 9    or -- or any of that.

10         Q.   I apologize.  My question must be

11    inartful.  Again, I'm going to ask the same question

12    because I don't think you heard me.

13              Did you, while you were interim chief,

14    request from anybody below you to begin preparing

15    some sort of report that would evaluate what

16    transpired in the Stockley protest and provide kind

17    of lessons learned?

18         A.   The only thing that I said was that we

19    will do a complete and total after-action report

20    in -- in -- in the future.

21         Q.   Did you instruct anyone to begin that

22    process?

23         A.   No.

24         Q.   Okay.  Is there a reason why you didn't

25    instruct someone to begin that while you were

**LAWRENCE O'TOOLE  4/17/2019**

 1    interim chief after the Stockley protest?

 2         A.   There was still too much going on to --

 3    to -- to say that we were ready to do it.  This

 4    was -- we were learning daily.

 5         Q.   Okay.  You agree with me by now "the dust

 6    has settled," as you used that phrase a few minutes

 7    ago?

 8         A.   Yes, I -- I -- as regarding this -- the

 9    protest.  Yes.

10         Q.   Okay.

11         A.   The -- the -- the the dust has settled.

12         Q.   To your knowledge, has the chief of

13    police, since December 28th, 2017, issued a request

14    whereby the police department is preparing a report

15    that evaluates and investigates what transpired in

16    the Stockley protest and lessons learned?

17         A.   We -- the chief, I believe, has had two

18    different action reports given by Lieutenant

19    Jemerson of our squad team regarding protests and

20    activities of protests and -- and how they were

21    handled.

22              To say that they were specific to the

23    Stockley, I would say that they were not specific to

24    the Stockley case.

25         Q.   Okay.  To your knowledge, has the City to

LAWRENCE O'TOOLE  4/17/2019

1    date prepared what you contemplated, and that is a

2    complete and total evaluation, after-action report

3    of the Stockley protest?

4        A.   I have not seen one, no.

5        Q.   Okay.  Colonel O'Toole, you've been handed

6    what's been marked as Exhibit 4.  Do you have that

7    in front of you?

8             (WHEREIN, Exhibit 4 was marked for

9    identification by the court reporter.)

10       A.   I do.

11       Q.   Do you recognize this as an email that you

12   sent out on November 16th, 2017?

13       A.   (Reviewed document.)  I do.

14       Q.   And this was sent out to, am I correct,

15   all police officers within the St. Louis

16   Metropolitan Police Department?

17       A.   Correct.

18       Q.   And you attached -- do you recall the

19   preliminary injunction that was issued by the Court

20   in this matter?

21       A.   I -- I -- I -- I attached it.  I -- I'm

22   not going to be able to tell you verbatim everything

23   in there, but, yes.

24       Q.   I would never ask you.

25            I'm just saying you see there's an

LAWRENCE O'TOOLE  4/17/2019

1   attachment.  It identifies an attachment, and then

2   you describe it as the Ahmad preliminary injunction;

3   do you see?

4        A.   Correct.

5        Q.   And you state here, and I'll quote you.

6        A.   Uh-huh.

7        Q.   It says, "It is important to familiarize

8   yourself with the order of preliminary injunction

9   issued by United States District Judge Catherine D.

10  Perry on November 15th, 2017.  Should you have any

11  questions or concerns, please follow up with your

12  immediate supervisors."

13       Do you see that?

14       A.   (Reviewed document.)  I do.

15       Q.   Okay.  Other than this email that you

16  sent, any other communications to all police

17  officers with respect to the preliminary injunction

18  issued by the Court?

19       A.   Not that -- not that I recall.

20       Q.   Other than this email, did you or anybody

21  on your behalf send any emails to the police

22  officers explaining to them how the Court's

23  preliminary injunction order impacted their work on

24  a daily basis?

25       A.   I -- I believe we had a -- a briefing from

LAWRENCE O'TOOLE  4/17/2019

```
 1    our -- our city counselor, Christine Hodzic --
 2    Hodzic.
 3         Q.    Hodzic?
 4         A.    Hodzic, H-o-d-z-i-c.
 5               I believe she gave a -- a briefing about
 6    the ruling at our -- what we call our "senior
 7    command," where, you know, those -- those commanders
 8    who are responsible for the officers were in
 9    attendance and -- and they were -- she briefed us on
10    that and we -- we were able to ask questions and so
11    forth.
12         Q.    Okay.  The meeting you described took
13    place just with senior command, correct?
14         A.    Correct.
15         Q.    How many people would you say qualify in
16    senior command that participated at that meeting?
17         A.    All -- all captains and above.  Maybe a
18    select number of lieutenants.
19         Q.    Approximately how many would that be?
20         A.    Oh.  There's six district captains, a few
21    additional -- maybe ten, maybe a few additional
22    sergeants or lieutenants.  Probably a few.  So five.
23    The colonels.  So there were probably, you know, 20
24    or 25 commanders.
25         Q.    Okay.  And how many police officers in the
```

LAWRENCE O'TOOLE  4/17/2019

```
 1      St. Louis Metropolitan Police Department in total?

 2           A.   In total?

 3           Q.   Yeah.

 4           A.   We have 1,200.  I'll roughly say that.

 5           Q.   Okay.  All right.  And so my question is

 6      focusing about those, the 1,200 --

 7           A.   Yes.

 8           Q.   -- the total number --

 9           A.   Sure.

10           Q.   -- they were not present at the meeting

11      you just described, correct?

12           A.   No.

13           Q.   And what I'm trying to understand is other

14      than the email that you sent on November 16th, 2017,

15      are you aware of any communication sent to the 1,200

16      or so police officers providing them with more

17      specific kind of instructions and guidance how the

18      order may impact their day-to-day work in responding

19      to a protest, for example?

20           A.   Well, when you send out an order like

21      this --

22           Q.   Yeah.

23           A.   -- to all personnel, okay, the expectation

24      is that those captains who are -- who control our

25      districts will -- and our lieutenants who are
```

**LAWRENCE O'TOOLE  4/17/2019**

1    actually over the command of -- of the platoons,

2    when they go to roll call, the expectation is -- is

3    that they will talk about this at roll call and

4    bring this up.  And, again, that's the time for the

5    officers to know about this.

6          And so that's what -- in an organization

7    where you delegate down to -- to -- to everyone to

8    be familiar with this, then that's what you're

9    expecting to be done.  You know, at roll call is

10   where it's normally gone over.

11        **Q.   Okay.  Just to make clear, though, other**

12   **than this one email that you sent to all police**

13   **officers, no other communication was sent to the**

14   **1,200 or so police officers providing them with any**

15   **guidance in writing with respect to the preliminary**

16   **injunction order issued by the Court.  Is that a**

17   **fair statement?**

18        A.   I think that's a fair statement.

19        **Q.   Okay.  And are you aware, sir -- strike**

20   **that.**

21          **Have you ever seen anything in writing**

22   **created by anyone at a commander or supervisor level**

23   **that provides guidance to police officers with**

24   **respect to the preliminary injunction order?**

25        A.   Can you rephrase that?

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.    Sure.  Have you yourself seen anything in

 2     a written document whereby some instructions or

 3     guidance is provided to police officers with respect

 4     to the order issued by the Court?

 5          A.    No, I have not.

 6          Q.    Are you familiar with a Templeton

 7     settlement from a few years ago?

 8          A.    I mean, in -- in general.

 9          Q.    And you're familiar that after the City

10     entered into the Templeton settlement, there was a

11     temporary directive issued by the City, Metropolitan

12     Police Department?

13          A.    Yes.

14          Q.    Is there a reason why a temporary

15     directive was not entered or issued following the

16     Court's order in this case?

17          A.    Well, I -- I think --

18               MR. DIERKER:  I'm going to object to

19     that question.  I think that invades the

20     attorney-client work product privilege, and I'll

21     instruct him not to answer.

22               MR. PRAISS:  Fair enough.

23     BY MR. PRAISS:

24          Q.    Sir, in front of you, you should have both

25     Exhibit No. 1, which is the operations plan that you
```

**LAWRENCE O'TOOLE 4/17/2019**

```
 1      signed off on in connection with the Stockley
 2      protests --
 3          A.   Yes.
 4          Q.   -- and we've established, I think, the
 5      date on that should be September 14th, I believe,
 6      correct?
 7          A.   14th.
 8          Q.   And we also have Exhibit 4, which is an
 9      email you sent to all police officers on
10      November 16th --
11          A.   Yes.
12          Q.   -- dealing with the order issued by the
13      Court.
14               Other than these two written documents,
15      are you aware of any other written communications
16      that you've had, including any particular emails,
17      that in any way addressed the Stockley protests?
18          A.   I'm not aware of any other emails, no.
19          Q.   Is it your testimony -- do you use a
20      computer regularly?
21          A.   I do.
22          Q.   Do you communicate with people using
23      email?
24          A.   I do.
25          Q.   Okay.  Because it seems odd to me that
```

LAWRENCE O'TOOLE  4/17/2019

1     considering you were their interim chief during a

2     critical time period where we had a major event --

3     I'm trying to understand, is it your recollection

4     you had no communications with anyone below you who

5     reported to you about the Stockley protests and

6     about how things were being handled, things of that

7     nature?

8          A.   Is your question that I had no

9     communication with them or I had no written

10    communication with them?

11         Q.   I consider -- email, I consider a

12    communication.

13         A.   Right.  Okay.

14         Q.   And my question to you is do you recall

15    any email communications with anybody, subordinates,

16    while you were interim chief that dealt with the

17    Stockley protests other than the email shown in

18    Exhibit 4?

19         A.   No, I'm not aware of -- of any emails, no.

20         Q.   Okay.  If you go back to Exhibit 1, the

21    operations plan, and on the second page, again, on

22    Bates No. 417 refers to Lieutenant Colonel Cardinal

23    Gerald Leyshock, who's going to serve as the

24    incident commander for any situation occurring

25    during the day watch?  Do you see that?

LAWRENCE O'TOOLE  4/17/2019

```
 1          A.    (Reviewed document.)  Yes, I do.
 2          Q.    Okay.  What's the difference between a day
 3     watch versus an afternoon watch -- and I'm not even
 4     sure if there is an evening watch -- just so I'm
 5     clear?
 6          A.    Under the police department, we refer to
 7     the day watch, and the day -- because of our shifts
 8     and stuff, our day watch is typically 7:00 to 3:00.
 9     Our afternoon watch is typically 3:00 to 11:00, and
10     our night watch would be 11:00 to 7:00.
11          Q.    Okay.  Do you recall who was the incident
12     commander at the time, let's say, of the kettle that
13     occurred on Sunday, September 17th?
14          A.    Are you referring to the incident on
15     Washington Avenue and -- and Tucker?
16          Q.    The mass arrest that occurred around 11:30
17     at night.
18          A.    Okay.
19          Q.    At night, yes.
20          A.    Lieutenant Colonel Leyshock was there.
21          Q.    Okay.  Was he the incident commander at
22     that time?
23          A.    I believe so, yes.
24          Q.    Okay.  What does it mean to be the
25     "incident commander"?
```

LAWRENCE O'TOOLE  4/17/2019

1      A.   He is -- he's in charge of the -- of the

2  whole operation.  He'll make those decisions out

3  there on the street, and he'll -- he'll handle

4  everything that's happening.

5      **Q.   Before Colonel Leyshock made decisions as**

6  **the incident commander, did he have to run them by**

7  **you on a regular basis?**

8      A.   We would have communications, telephone

9  communications.

10     **Q.   Right.**

11     A.   He would keep me up to breast [sic], up to

12  -- up -- up to -- you know, what's going on and

13  that.  He would not necessarily have to run any of

14  those decisions by me.  That's why he's the incident

15  commander --

16     **Q.   Okay.**

17     A.   -- and -- that -- that's why he -- he's

18  there.  But he keeps me, you know, up to date with

19  -- with the developments going on.

20     **Q.   So while he keeps you abreast of what's**

21  **happening, the ultimate responsibility for handling**

22  **the situation is his as the incident commander.  Is**

23  **that a fair statement?**

24     A.   That's correct.

25     **Q.   Okay.  As incident commander, was, for**

LAWRENCE O'TOOLE  4/17/2019

Page 31

1     example, Colonel Leyshock responsible for declaring

2     unlawful assembly or issuing dispersal orders?

3          A.   That -- that would be under his purview,

4     yes --

5          Q.   Okay.

6          A.   -- that he have people in that -- in those

7     positions to do that, yes.

8          Q.   Okay.  At any time, did Colonel Leyshock

9     actually communicate with you and get your approval

10    before he issued, let's say, a dispersal order or

11    declared unlawful assembly, or did you just defer to

12    him to handle those situations based on the

13    circumstance he saw on the ground?

14         A.   I would defer to him for -- for those

15    because he's there, so I -- I can't make that

16    decision since I -- he's -- I'm not seeing what he's

17    seeing.  So you -- you have to have confidence in

18    your commanders.  That's how they get in -- in that

19    -- those positions to -- to handle that.  So, yes.

20         Q.   Okay.  If I could direct your attention to

21    page Bates No. City 422.

22         A.   Okay.  422, yes.

23         Q.   The very top of that page is a sentence

24    that states, "All commanders should be cognizant

25    that our ability to assist those persons who wish to

LAWRENCE O'TOOLE  4/17/2019

Page 32

1       lawfully exercise their constitutional right could

2       be impinged by the criminal conduct of others."

3               You see that sentence?

4       A.    (Reviewed document.)  I do.

5       Q.    Okay.  Could you -- what do you understand

6       that sentence to mean?

7       A.    We want -- our No. 1 responsibility is to

8       allow those people to exercise their constitutional

9       rights.  All officers take an oath to uphold the

10      Constitution of the United States, but we know that

11      in protests -- not just in St. Louis but throughout

12      different areas of the country -- that there are

13      those people who have other motives, other intents

14      other than to peacefully exercise their -- their

15      constitutional rights.  And we have to be aware of

16      that, and that's what we're trying to tell them in

17      this statement.

18      Q.    Okay.  And when it says here that the --

19      "Those persons who wish to lawfully exercise their

20      constitutional rights could be impinged by the

21      criminal conduct of others," could you give me an

22      example -- and specifically, let's say, with the

23      Stockley protests -- where you believe that took

24      place, where there was criminal conduct by some

25      people which impinged on the constitutional rights

LAWRENCE O'TOOLE  4/17/2019

 1    of others?

 2         A.   Well, I believe that we had officers who

 3    were injured who were -- bricks -- were hit with

 4    bricks, with other objects.  We had windows that

 5    were broken.  So there was criminal conduct that --

 6    that went on.

 7              And, you know, that that -- in other

 8    words, we don't want to reflect on everybody who's

 9    protesting.  So that's what we're -- we're -- we're

10    trying to -- to make officers aware of.

11         Q.   Okay.  So in a situation where, let's say,

12    you have a few people who are acting in a violent

13    manner, would you agree with me that it's preferable

14    to simply try and arrest those individuals rather

15    then impinge on the constitutional rights of

16    everybody else who's acting peacefully?

17         A.   If -- if we can, yeah, absolutely.  If we

18    can confine it to those individuals who are

19    violating the law, then -- then arrest those people

20    who are responsible for violating the law.

21         Q.   Okay.  With respect to Exhibit 1, though,

22    the operational plan that we looked at, who was that

23    sent out to?

24         A.   This would be sent out to -- all the

25    commanders who were on this detail would receive

Case: 4:17-cv-02455-CDP   Doc. #: 154-2   Filed: 04/29/19   Page: 34 of 113 PageID #: 3820

```
 1    this.
 2         Q.   Okay.  At the very end of it, if you go
 3    to, like, towards to -- I'll direct you to a
 4    specific page, Bates No. 482.
 5              Do you see there's a reference there to
 6    different state offenses?
 7         A.   (Reviewed document.)  Yes.
 8         Q.   And there's one for, like, unlawful
 9    assembly, rioting, refusal to disperse on that page?
10         A.   Correct.
11         Q.   What is the reason for including the
12    different types of state offenses as part of this
13    document?
14         A.   Well, it's not just this document but
15    other details.  We would include what would be
16    the -- the -- the offenses that you would probably
17    come across in that detail.
18              As an example, like, Mardi Gras detail, we
19    would probably include in that detail urinating in
20    public, under underage drinking, etc.  So these are
21    the type of offenses that the chances -- there's a
22    chance that the officers may encounter them.
23         Q.   Okay.  You've been on the police force for
24    many years, right, in one capacity or another?
25         A.   Yes, I have.
```

LAWRENCE O'TOOLE  4/17/2019

1          Q.   Okay.  During that time period, as best

2     that you can recall, what training do you recall was

3     provided with respect to things such as declaring an

4     unlawful assembly or -- let's just start with that

5     one?

6          A.   You know, every officer goes through the

7     police academy and they receive, you know, the

8     training in -- in handling crowds, mobs, etc.  So --

9     and -- and, of course, through the years, you've

10    seen different types of protests, activity that's --

11    that had changed and different rulings that have

12    come across and even changes in ordinances and --

13    and state law.  So it's -- it's those type that

14    people are updated maybe during -- during additional

15    continuing education classes that they may bring it

16    up.

17               The popularity in the last several years,

18    particularly of -- of CDT -- what we refer to as

19    "civil disobedience teams" -- not just here in

20    St. Louis but throughout the country where they've

21    had all these different protests with, you know,

22    political conventions and -- and all these things

23    that hey, now they've taken that a step further and

24    they've -- they've done different training.

25               And then we have -- years ago, it was

LAWRENCE O'TOOLE  4/17/2019

Page 36

```
 1    every officer on the department, you know, is -- is
 2    -- was trained in how to handle a CD, civil
 3    disobedience.
 4            And now it's more that we have what we
 5    call "teams," and those officers who are assigned to
 6    those teams receive that additional training.  So
 7    you may have officers who are in the district who
 8    haven't received any real additional training
 9    because they're not on the civil disobedience team.
10    So those officers who are on the civil disobedience
11    team would -- would have training, would be issued
12    equipment and -- and so forth.  And so it's -- it's
13    evolved.
14            So the answer to your question, from when
15    I first started, it has really involved -- evolved
16    through the years.
17        Q.   Okay.  And I appreciate that it's evolved
18    over many years.  I want to try and get a little
19    more specific.
20            Do you agree, first of all, with the
21    proposition that training police officers is
22    critical for them to do their job correctly?
23        A.   Absolutely.
24        Q.   Okay.  And that lack of training can
25    result in inappropriate behavior by police officers?
```

LAWRENCE O'TOOLE  4/17/2019

 1          A.    Yes.

 2          Q.    Okay.  You agree with me, for example,

 3     that training police officers on the appropriate

 4     circumstances when they can or cannot use chemical

 5     agents is critical in order to ensure that they use

 6     them appropriately?

 7          A.    All -- all their equipment, they need to

 8     be trained on, yes.

 9          Q.    Okay.  And, you know, I'm not talking

10     about how to use their equipment but when to use it.

11             Do you agree with me, sir, that it's

12     critical that police officers are trained about the

13     circumstance when they can or cannot use chemical

14     agents?

15          A.    Yes.

16          Q.    And do you agree with me that failure to

17     train police officers on when they can or cannot use

18     chemical agents can invariably lead to situations

19     where they're going to use it inappropriately?

20          A.    There's that possibility.

21          Q.    Okay.  Do you agree with me that any

22     police officer has the discretion, assuming the

23     appropriate facts are there, to declare an unlawful

24     assembly, correct?

25          A.    Well, you know, an unlawful assembly,

**LAWRENCE O'TOOLE  4/17/2019**

```
 1    normally, that -- that type of a decision would be
 2    made more at a supervisory level.
 3         Q.   Right.  But the reality is that,
 4    currently, there is no -- there's no written rule
 5    that the police department has that prohibits a
 6    police officer at any rank from declaring an
 7    unlawful assembly if he or she believes the relevant
 8    facts are established?
 9         A.   Well, the -- actually, probably in our
10    rules would show that the officer would be -- would
11    be better to call his sergeant who's responsible for
12    that area, yes.
13         Q.   Are you aware of any specific rules?
14    Because I've not seen any that deal with unlawful
15    assembly, who can declare it and under what
16    circumstances.
17         A.   Well, specifically regarding that, no, but
18    just under the normal patrol type of duties that an
19    officer would contact his supervisor.
20         Q.   Am I correct there's nothing written to
21    provide guidance to an officer with respect to when
22    to declare an unlawful assembly?
23         A.   I -- I -- I don't -- I can't recall off
24    the top of my head, no.
25         Q.   Okay.  We've covered a couple topics,
```

LAWRENCE O'TOOLE  4/17/2019

```
 1    unlawful assembly, use of chemical agents, and we've

 2    agreed that critical -- that the training is

 3    critical to ensure that those things are done

 4    correctly.

 5         A.   We've agreed that training is critical.

 6         Q.   Okay.  Let me show you a few exhibits, if

 7    I may.

 8              (WHEREIN, Exhibit 5 was marked for

 9    identification by the court reporter.)

10         Q.   Okay.  Mr. O'Toole, I'll hand a document

11    that's been marked as Exhibit 5, which is dated

12    around September 2014.  It's -- indicates that it's

13    for the civil disobedience team and instructor is

14    Sergeant Randy Jemerson.

15              And have you ever seen this document

16    before today?

17         A.   (Reviewed document.)  No.

18         Q.   Okay.  Do you agree with me it's just a

19    two-page document that provides an outline of what

20    appears to be materials that Randy Jemerson uses for

21    a course that takes about 14 hours?

22         A.   It's titled "Training Course Lesson Plan."

23         Q.   Okay.  But it -- and this just has a

24    specific learning objective; do you see that?

25         A.   I see that.
```

**LAWRENCE O'TOOLE  4/17/2019**

1      Q.   Okay.  But we don't have much detail

2   behind this document.  It's only two pages with some

3   bullets, correct?

4      A.   Yes.

5      Q.   Okay.  Have you ever seen any underlying

6   documents used by Sergeant Jemerson or anybody else

7   in training the civil disobedience team?

8      A.   No, I have not seen any -- any of the

9   documents.

10      Q.   Okay.  O'Toole, you've been handed what's

11   been marked as Exhibit 6.  Please take as much time

12   as you need just to flip through this exhibit.

13          (WHEREIN, Exhibit 6 was marked for

14   identification by the court reporter.)

15      Q.   I'm just going to ask you a few very

16   high-level questions about this.

17      A.   (Reviewed document.)  Okay.

18      Q.   Have you ever seen this document before?

19      A.   I -- I believe this is a PowerPoint

20   presentation that was given by the city counselors,

21   or -- or Christine -- I think it was Christine

22   Hodzic.

23      Q.   Okay.  And were you present at this

24   presentation?

25      A.   I believe so, yes.

LAWRENCE O'TOOLE  4/17/2019

```
 1              Q.   Okay.  Am I correct this presentation
 2       wasn't provided to all 1,200 police officers?
 3              A.   No.
 4              Q.   Okay.
 5              A.   Not that I'm aware of.
 6              Q.   Okay.  And you wouldn't consider this
 7       document to be a -- training materials that were
 8       disseminated to all police officers?
 9              A.   No.  The -- the -- the presentation I was
10       at was all senior commanders --
11              Q.   Okay.
12              A.   -- and -- and those commanders with the
13       civil disobedience teams, yes.
14              Q.   Are you aware to what extent the
15       commanders that were present at this meeting
16       generated written documents afterwards where they
17       explained certain information that's included here
18       like the 1,200 police officers?
19              A.   Well, I'm not aware of anything that was
20       written, no.
21              Q.   Okay.  I'll give you another exhibit, if I
22       may.
23                   Have you ever seen this document before?
24                   (WHEREIN, Exhibit 7 was marked for
25       identification by the court reporter.)
```

LAWRENCE O'TOOLE  4/17/2019

1      Q.   Let me just begin.  Have you ever seen

2   this document before?

3      A.   (Reviewed document.)  I believe I -- I --

4   I saw this that were given out to -- literature that

5   was given out to the protesters.

6      Q.   Which -- are you suggesting the whole

7   document was given out to protestors or no?

8      A.   No, no.  I think just -- I think these --

9   just these general guidelines, I believe.

10      Q.   When you say "general guidelines," what

11   are you referring to?

12      A.   Just the first page.

13      Q.   Okay.  The first page has actually got the

14   ACLU --

15      A.   Yes.

16      Q.   -- on it?

17      A.   Yes.

18      Q.   So that's just the -- the first two pages

19   are "Know Your Rights, Demonstration and Protest

20   from the ACLU."  Is that a fair statement?

21      A.   Yes.

22      Q.   Okay.  What about the balance of it?  Do

23   you recognize the balance of Exhibit 7, and if so,

24   could you identify it?

25      A.   (Reviewed document.)  And your question is

1    again?

2        **Q.    Just do you recognize the balance of**

3    **Exhibit 7, not including the first two pages that we**

4    **just discussed?**

5        A.    Okay.   (Reviewed document.)

6                MR. DIERKER:   Off the record.

7            (WHEREIN, after an off-the-record

8    discussion, the proceedings resumed as follows, to

9    wit:)

10        A.    Glancing through this, this looks like

11    this is a -- a -- a lesson plan as part of training

12    for civil disobedience that was prepared by Sergeant

13    Rossomanno and Sergeant Jefferson.

14    BY MR. PRAISS:

15        **Q.    And what leads you to conclude that this**

16    **was prepared by them for civil disobedience?**

17        A.    Well, looking at City 3623, which is

18    attached as a document, it says, "Lesson plan

19    developed and prepared by Sergeant Brian Rossomanno

20    and Sergeant Randy Jemerson."

21        **Q.    You're looking at 3623, correct?**

22        A.    3623.

23        **Q.    Gotcha.**

24                **Do you know if that was prepared before or**

25    **after the Stockley protests?**

LAWRENCE O'TOOLE  4/17/2019

```
 1          A.   Well, if -- if these are the summaries
 2     that are also attached, it talks about days one and
 3     two of the detail, so it would have been prepared
 4     afterwards.
 5          Q.   Okay.  And with that in mind, sir, again,
 6     you should have several exhibits in front of you
 7     that we started with, what's marked as Exhibit 5,
 8     which is a two-page document.
 9          A.   Yes.
10          Q.   Other than this two-page document, sir,
11     are you aware of any written training materials
12     generated by anyone in the St. Louis Metropolitan
13     Police Department that, among other things,
14     addressed issues such as the use of chemical agents,
15     when it's appropriate or not, that were created
16     before the Stockley protests?
17          A.   The use of chemical munitions -- is that
18     your question -- before Stockley?
19          Q.   My question -- I'll just ask it again.
20               My question is other than this two-page
21     document, which has been marked as Exhibit 5, are
22     you aware of any written documents that you would
23     characterize as training materials that among other
24     things provide guidance to police officers regarding
25     when it's appropriate to use chemical agents that
```

LAWRENCE O'TOOLE  4/17/2019

Page 45

```
 1     were created prior to the Stockley protests?
 2          A.   We have our -- our regular orders for
 3     officers, and those are orders -- those -- about
 4     that.  So that's what I'm familiar with.
 5               As far as training regarding chemical
 6     munitions, that would have to be better answered
 7     from the -- the training staff at the academy.
 8          Q.   I appreciate that, but, again, I'm looking
 9     at you today and I want to make sure I get your
10     understanding, especially since you were the interim
11     chief at a critical time period during the Stockley
12     protests.
13               As of that time when you were the interim
14     chief, my question are you aware -- strike that.
15               Sitting here today, other than the fact
16     that the St. Louis Metropolitan Police Department
17     has special orders, correct --
18          A.   Yes.
19          Q.   -- and just for the record, there's
20     special order, I believe, 1-01 Section IV that deals
21     with handheld pepper mace -- are you familiar with
22     that one?
23          A.   You know, I'm going to take your word for
24     it that that's the exact order, that it's codified
25     to that, but, yes, we have a special order that
```

**LAWRENCE O'TOOLE  4/17/2019**

Page 46

1    addresses that.

2         Q.    And there's a special order 1-01 Section

3    XIII that deals with the use of chemical agents with

4    respect to the dispersal of crowds.

5              Are you familiar with that one?

6         A.    Yes.

7         Q.    Okay.  Separate and apart from the special

8    order, sir --

9         A.    Right.

10         Q.    -- my question again is other than this

11    two-page document, Exhibit 5, are you aware of any

12    training materials that were provided to all 1,200

13    officers at any time prior to the Stockley protests

14    that are in writing that among other things explain

15    when it's appropriate or not appropriate to use

16    chemical agents?

17         A.    Training materials, no.

18         Q.    Thank you.

19              Let's now look a little bit more in detail

20    about Exhibit 7.  If you go -- you pointed me before

21    to Bates No. 3623, and this is the one that is

22    titled Civil Disobedience Team Training Lesson Plan;

23    do you recall?

24              I'll let you catch up.

25         A.    (Reviewed document.)  Yes.

LAWRENCE O'TOOLE  4/17/2019

```
 1            Q.    And this was developed and prepared, as
 2      you indicated, by Sergeant Brian Rossomanno and
 3      Sergeant Randy Jemerson, correct?
 4            A.    Correct.
 5            Q.    And you've testified based on your review
 6      that you believe that it was created after the
 7      Stockley protest, correct?
 8            A.    Correct.
 9            Q.    Okay.  If you look at the next page, it
10      talks again about the course that has a 16-hour
11      block of instruction for two consecutive days of
12      training; do you see that?
13            A.    (Reviewed document.)  I do.
14            Q.    And in day 1, it talks about formation and
15      movements and shield/baton tactics; do you see that?
16            A.    (Reviewed document.)  I do.
17            Q.    And then it lays in day two arrest teams,
18      react to fire, and large-scale moving situations; do
19      you see that?
20            A.    (Reviewed document.)  I do.
21            Q.    And then what follows on Bates No. 3625 to
22      3627 is kind of an outline; do you see that?
23            A.    (Reviewed document.)  I do.
24            Q.    Okay.  Look at that outline, sir.  Do you
25      see anything that in their two-day course in any way
```

**LAWRENCE O'TOOLE  4/17/2019**

 1    deals with when it's appropriate or not appropriate

 2    to use chemical agents?

 3              I just want to make sure I didn't miss

 4    something.

 5       A.   (Reviewed document.)  I don't see -- I

 6    don't see anything codified in their objectives that

 7    specifically deals with pepper spray.

 8       Q.   Okay.  Am I correct, when you look at this

 9    outline, you do not see any reference to chemical

10    agents or pepper spray or anything of the sort

11    referenced here, correct?

12       A.   The only thing that I -- that I see is a

13    gas mask with carrying case.  That's -- that's the

14    only -- only thing that makes any reference to that.

15       Q.   Okay.  Do you agree with me, sir, there's

16    no reference to a discussion during this -- strike

17    that.

18              Do you agree with me, sir, that as part of

19    this civil disobedience team training lesson plan,

20    there's no direct reference to chemical agents and

21    their use?

22       A.   (Reviewed document.)  In this lesson plan,

23    correct.

24       Q.   Okay.  And do you agree with me, sir, that

25    in this civil disobedience team training lesson

LAWRENCE O'TOOLE  4/17/2019

```
 1     plan, there's no reference to declaring unlawful

 2     assembly or issuing dispersal orders?

 3          A.   (Reviewed document.) I see under "crowd

 4     management and intervention," on page 3631,

 5     strategies to -- you know, to escalate and

 6     de-escalate, disperse unlawful crowds, arrest

 7     individuals who fail to -- to disperse.  I see that

 8     listed there.

 9          Q.   Do you see anything about what I'm

10     focusing on?  That's training about when it's

11     appropriate to issue a dispersal order, sir, in this

12     outline?

13          A.   What's your question again?

14          Q.   Yes.  My question -- I had two components

15     to it so I'm going to break them into two.

16               Again, first of all, we've established

17     there's nothing in the outline that deals with

18     chemical agents, correct?

19          A.   Actually, if you look at page 3632 --

20          Q.   I'm catching up with you.  Yeah.

21          A.   -- at the bottom there, it says, "If

22     approved, deploy less lethal munitions to defend

23     officers or to -- to disperse a crowd."

24          Q.   Okay.

25          A.   That -- that's listed there.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1        Q.   Other than that, do you see any other
 2   reference to when it's appropriate or not
 3   appropriate to use --
 4        A.   I --
 5        Q.   -- let's say, handheld pepper spray in
 6   dealing with protesters?
 7        A.   I -- for the first time going over this
 8   document, I -- I haven't been able to see that.
 9        Q.   Okay.  Do you see anywhere going through
10   this document any references to when it's
11   appropriate to declare an unlawful assembly?
12        A.   (Reviewed document.)  Just going through
13   here, I don't see anything listed in here about the
14   orders that you spoke about.
15        Q.   Thank you.  And when you say "orders,"
16   you're referring to unlawful assembly or issuing --
17        A.   Dispersal orders is how -- I believe how
18   you --
19        Q.   And on declaring unlawful assembly?
20        A.   Right.
21        Q.   Both of those?
22        A.   Right.
23        Q.   You don't see any reference to them?
24        A.   I -- not through the glance that I've
25   taken.
```

LAWRENCE O'TOOLE  4/17/2019

 1           Q.   Okay.  Okay.

 2                (WHEREIN, Exhibits 8 and 9 were marked for

 3      identification by the court reporter.)

 4           Q.   You've been handed two exhibits.  One

 5      is -- Exhibit 8 and Exhibit 9.

 6                Do you have both of them in front of you?

 7           A.   I do.

 8           Q.   Okay.  Exhibit 8, do you recognize that as

 9      Section IV of Special Order 1-01?

10           A.   (Reviewed document.)  I do.

11           Q.   And it's the one that deals with use of

12      non-deadly force pepper mace?

13           A.   Correct.

14           Q.   And Exhibit 9, have you ever seen that

15      document before?

16           A.   I have not.

17           Q.   Okay.  I'll represent to you it's a

18      declaration that was -- by Jerome Baumgartner that

19      was filed in this litigation by the City.

20                I want to focus you in particular on -- I

21      believe it's Exhibit C to it.  Do you have Exhibit

22      C?

23           A.   I do.

24           Q.   And am I correct this is Section XIII of

25      Special Order 1-01?

LAWRENCE O'TOOLE  4/17/2019

```
1        A.    (Reviewed document.)  Correct.
2        Q.    And this one deals with the deployment of
3   chemical agents for crowd dispersal; do you see
4   that?
5        A.    I see that.
6        Q.    Okay.  Do you agree with me that both of
7   these special orders were in effect at the time of
8   the Stockley protests?
9        A.    Yes.
10       Q.    And these are important sections of
11  Special Order 1-01 that specifically deal with the
12  use of -- broadly, I'd say "chemical agents,"
13  including handheld pepper spray, correct?
14       A.    The one deals specifically with the -- the
15  pepper spray, and the other order deals with the
16  deployment of chemical agent for crowd disbursement.
17       Q.    Have you ever seen any training materials?
18  And I've asked you indirectly, but I'm now asking
19  you by showing you these exhibits in front of you.
20       A.    Right.
21       Q.    Now that you have Exhibits 8 and 9 before
22  you, am I correct there's no other special orders
23  that deal with chemical agents that you're aware of?
24       A.    (Reviewed document.)  I -- I think these
25  would be the ones that probably cover it.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.   Have you ever seen any training materials
 2    in writing that provide guidance to police officers
 3    about when it's appropriate to use chemical agents
 4    that in any way interpret and guide with respect to
 5    Section IV and Section XIV of Special Order 1-01?
 6               Let me ask it again.
 7          A.   Okay.
 8          Q.   Have you ever seen any training materials
 9    in writing that address what is provided in Section
10    IV and Section XIII of Special Order 1-01?
11          A.   (Reviewed document.)  Have I seen training
12    materials regarding the use of pepper spray?  Is
13    that your --
14          Q.   No.  My question is broader, sir.
15               Have you seen at any time training
16    materials that address the requirements set forth in
17    Section IV and Section XIII of Special Order 1-01?
18          A.   I can't say that I've seen the specific
19    training materials.  Everything's covered in -- in
20    this order, it appears, yes.
21          Q.   My question:  Have you ever seen any such
22    training materials?
23          A.   I -- I -- I can't -- I don't recall.
24          Q.   You're not -- sitting here today, am I
25    correct you're not aware of any such written
```

LAWRENCE O'TOOLE  4/17/2019

Page 54

1     training documents because you've never seen them?

2          A.   Right.

3          Q.   Is that an accurate statement?

4          A.   I -- I -- I -- I think what I'm -- what

5     I'm trying to say is all officers have been trained

6     in pepper spray and the use of pepper spray, and

7     you're asking if I've seen actual documents about

8     this.  And I -- what I'm trying to say is, you know,

9     I've had -- received -- received the training.  If

10    there were actual documents, I -- I -- I don't

11    recall.

12         Q.   Okay.  And that's what I'm trying to

13    figure out is, very simply, if such documents exist

14    -- I wish we -- I'd like to know if you've seen

15    them.  If you haven't seen them, just --

16         A.   Yeah.  I -- you know, I mean, all officers

17    are trained.  It -- you know, it's -- it's -- it's

18    really -- I could give you written material on how

19    to ride a bike, but it's best if I just take you out

20    there, you know, and show you how to ride a bike.

21         Q.   Is it your testimony that, similar to

22    riding a bike, it's not necessary to put the

23    training materials with respect to the use of

24    chemical agents as set forth in Section IV and

25    Section XIII of Special Order 1-01 in writing, that

**LAWRENCE O'TOOLE  4/17/2019**

Page 55

1     that's not necessary?

2          A.   Well, I -- I -- I think we -- we have it

3     spelled out here, in writing here.

4          Q.   Okay.  And my question is, again, you've

5     said many times now and your answer is that you --

6     the officers are trained.

7          A.   Uh-huh.

8          Q.   And my question is are you aware of

9     anything in writing that's provided to the officers

10    that really explains when it's appropriate to use

11    chemical agents consistent with the requirements of

12    these two special orders?

13         A.   My answer is -- is no.  My -- what I've

14    seen in writing is -- is regarding the pepper spray

15    itself.

16         Q.   And when you say, "the pepper spray

17    itself," you're referring to special -- the two

18    special orders that we're looking at?

19         A.   No.  I'm talk -- talking about, you know,

20    the -- the -- what the manufacturer would say about

21    distance and -- and so forth.

22         Q.   Other than what the manufacturer says

23    about, you know, how to use their product, my

24    question is have you ever seen anything in writing

25    from the City that explains what the City believes

LAWRENCE O'TOOLE  4/17/2019

Page 56

```
 1      are its policies with respect to the use of chemical

 2      agents?

 3           A.    No.

 4           Q.    Thank you.

 5                 You're familiar with Section IV and

 6      Section XIII of the special order, I assume?

 7           A.    Yes.

 8           Q.    Did you receive training on them?

 9           A.    Yes.

10           Q.    When was the last time you received

11      training on them?

12           A.    You know, it's -- we -- all officers are

13      required with our -- our use of force policies that

14      we do a monthly review of our -- of our training

15      with our use of force.  So it's -- I've -- I've read

16      these at different times throughout my career, yes.

17           Q.    Okay.  And Section IV of Special Order

18      1-01 specifically deals with pepper mace, correct?

19           A.    Correct.

20           Q.    Do you understand that that's referring to

21      handheld pepper spray?

22           A.    This order is (reviewed document) -- it

23      actually -- when you say, "handheld pepper spray,"

24      can you define what you consider "handheld pepper

25      spray"?
```

LAWRENCE O'TOOLE  4/17/2019

 1          Q.    Absolutely.

 2                My understanding is that all police

 3     officers are provided handheld pepper spray.

 4          A.    Right.

 5          Q.    Okay.  Separate and apart from that, am I

 6     correct that the police department also has what's

 7     called -- described as high-capacity extended range

 8     OC spray that's issued to sergeants, correct?

 9          A.    Yeah, and that -- that's a handheld as

10     well.

11          Q.    Okay.  And let's -- when I say,

12     "handheld," I'm referring to the handheld small

13     device that's given to every police officer.

14          A.    Okay.

15          Q.    Okay?

16          A.    All right.

17          Q.    And I will distinguish that from the

18     high-capacity extended range OC spray.  Okay?

19          A.    Okay.

20          Q.    Okay.  Is it your understanding that

21     Section IV of Special Order 1-01 specifically deals

22     with what we've now agreed is handheld pepper spray?

23          A.    Well, I -- but in the purpose under the

24     order, it says "To establish procedures relating to

25     the use of (1) Def-Tec Mark IV 'First Defense'

**LAWRENCE O'TOOLE  4/17/2019**

1    pepper spray; and (2) any other pepper mace products

2    containing," you know, the OC approved by the

3    department.  So both those devices are -- contain

4    that and are approved.

5         So that -- I'm not -- I'm just trying to

6    understand your question.  Are you talking just

7    about the small -- smaller one or -- or -- or the --

8    the larger one?

9         **Q.   Okay.  So is it your understanding having**

10   **-- based on your reading of the purpose set forth in**

11   **Section IV of Special Order 1-01 that both the**

12   **handheld pepper spray that all police officers are**

13   **provided as well as the high-capacity extended range**

14   **OC spray fall within the scope of Section IV of**

15   **Special Order 1-01?**

16        A.   Yes.

17        **Q.   Okay.  Now, if we look at Section XIII of**

18   **Special Order 1-01, do you see the purpose here is**

19   **to outline a policy for the deployment of chemical**

20   **agents for crowd dispersal?**

21        A.   (Reviewed document.)  I was giving the --

22   the order.  What --

23             MR. PRAISS:  Do you have a copy of it

24   that's been marked?

25             MR. DIERKER:  I handed it to him

LAWRENCE O'TOOLE  4/17/2019

Page 59

 1    because mine was open.

 2                  THE WITNESS:  Yeah.

 3                  MR. PRAISS:  Oh.

 4                  MR. DIERKER:  Of the order, he's got

 5    it out.

 6         A.   I'm sure --

 7    BY MR. PRAISS:

 8         Q.   **You have it?**

 9         A.   I'm sure it's here somewhere.

10         Q.   **Okay.**

11         A.   So your question again.

12         Q.   **Okay.  My question is -- are you looking**

13    **at Section XIII of Special Order 1-01 right now?**

14         A.   I have Section XIII, yes.

15         Q.   **Okay.  And the purpose, it says, "is to**

16    **outline a policy for the deployment of chemical**

17    **agents for crowd dispersal."**

18              **Do you see that?**

19         A.   (Reviewed document.)  Yes.  Yes.

20         Q.   **And if you look under Section A, chemical**

21    **agent equipment, it has bullet 1 that identifies**

22    **different types of what appear to be chemical**

23    **agents; do you see that?**

24         A.   What page are you on?

25         Q.   **Same page.**

 1      A.    Same page.  Okay.  All right.  I -- okay,
 2   extended range of -- all right.
 3      Q.    **Could you read for yourself Section 1**
 4   **there that begins with "Mobile reserve/special**
 5   **weapons"?**
 6      A.    A, is that what you're referring to, "A:
 7   chemical agent equipment"?
 8      Q.    **Yes.**
 9      A.    Number 1?  Okay.
10      Q.    **I'm asking you just to read that.**
11      A.    Okay.  All right.
12      Q.    **Take your time.**
13      A.    (Reviewed document.)  I've -- I've read A,
14   chemical agent equipment, No. 1, yes.
15      Q.    **Okay.  Not having had the opportunity to**
16   **read the pertinent parts of Section XIII of Special**
17   **Order 1-01, I -- my question to you is -- strike**
18   **that.**
19           **Is it your understanding that Section XIII**
20   **of Special Order 1-01 covers both the use of**
21   **handheld pepper spray as well as the high-capacity**
22   **extended range OC spray?**
23      A.    (Reviewed document.) I -- I -- I believe
24   so, yes.
25      Q.    **Okay.  So you believe both of them fall**

LAWRENCE O'TOOLE  4/17/2019

Page 61

 1    within the scope of Section XIII of Special Order

 2    1-01?

 3         A.   It -- it -- it seems that they're talking

 4    more the extended range here in No. 2, high-capacity

 5    extended range, but, yes.

 6         Q.   Okay.  Do you recall ever receiving

 7    specific training about the kind of issue I'm asking

 8    you, and that is what type of chemical agents fall

 9    within the scope of the different special order

10    sections we're looking at?

11         A.   I -- I don't understand your question.

12         Q.   Okay.  My question is do you recall at any

13    time receiving training with respect to what

14    chemical agents fit within the scope of Section IV

15    of Special Order 1-01 versus Section XIII of Special

16    Order 1-01?

17         A.   Well, we're -- we're only issued one --

18    one type of -- of OC spray.

19         Q.   Well, you told me -- you told me that you

20    believe both the handheld pepper spray as well as

21    the high-capacity extended range OC spray fit within

22    the scope of both of these sections, correct?

23         A.   Yes.  Yes.

24         Q.   And for example, sergeants have authority

25    to use high-capacity extended range OC spray,

**LAWRENCE O'TOOLE  4/17/2019**

 1     correct?

 2          A.    Correct.

 3          Q.    Okay.  My question is are you aware of any

 4     training that sergeants are provided -- strike that.

 5                Are you aware of any training that police

 6     officers receive when they -- with respect to your

 7     interpretation that handheld pepper spray fits

 8     within the scope of Section XIII of Special Order

 9     1-01?

10          A.    The -- the type of training that officers

11     receive is -- they would be -- have the opportunity

12     to use an inert pepper spray to -- to show the

13     distance and the -- and the different -- you know,

14     how a stream versus the -- the larger fogger, how

15     they work.  So that would be the training.

16          Q.    Okay.  And I understand there's training

17     about how to use the product.

18          A.    Okay.

19          Q.    You spray and you watch the distance it

20     goes.

21          A.    Right, right.

22          Q.    My question is different.

23                Are you aware of training that the police

24     department provides all police officers who are

25     issued handheld pepper spray explaining to them that

1    the use of handheld pepper spray falls within the
2    scope of Section XIII of Special Order 1-01?
3         A.   You know, the only training is -- is --
4    that they would receive during their -- their --
5    their -- their pepper spray training to go over how
6    you would use it and when to use it in any -- in any
7    situation, so, yes.
8         Q.   Do you know, for a fact, sitting here
9    today, sir, whether there's training that explains
10   to the police officers that they are allowed to use
11   handheld pepper spray in -- for purposes of crowd
12   dispersal pursuant to Section XIII of Section Order
13   1-01?
14        A.   Sergeants or above can use the -- the
15   larger, yeah.
16        Q.   I'm not talking about the larger one, sir.
17        A.   Oh.
18        Q.   I'm talking about the handheld spray.
19        A.   Oh, the handheld.
20        Q.   Yes.  Let's go back.  I'm sorry to belabor
21   the point.
22        A.   Oh.  Right.
23        Q.   You testified that you understand that
24   handheld pepper spray --
25        A.   Uh-huh.

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.    -- falls within the scope of Section XIII
 2     of Special Order 1-01, correct?
 3          A.    Yeah.  I mean to outline a policy for the
 4     deployment of chemical agents for crowd control;
 5     that's the purpose.
 6          Q.    I understand that's the purpose.
 7          A.    Yes.
 8          Q.    I can read that as well.
 9          A.    Right.
10          Q.    No disrespect.
11          A.    No, no.  I understand.  I -- I want to
12     answer your question.
13          Q.    I know.
14          A.    I -- I just -- I'm trying to get to what
15     you're -- you're --
16          Q.    Let me start over again, sir.
17                Correct me if I'm wrong, but you've
18     testified that your understanding is that handheld
19     pepper spray falls within the scope of Section XIII
20     of Special Order 1-01, correct?
21          A.    Yes, they talk about chemical agents, yes.
22          Q.    Yes.  But, specifically, you believe
23     handheld pepper spray falls within the scope of this
24     provision, correct?
25          A.    Yes.
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          Q.   Okay.  And we've established that all
 2    1,200 police officers or thereabout received
 3    handheld pepper spray as part of their equipment,
 4    correct?
 5          A.   Correct.
 6          Q.   And my question is very specific:  Are you
 7    aware of any training provided to the police
 8    officers that explains to them that the handheld
 9    pepper spray that they've been issued can be used
10    for crowd dispersal pursuant to Section XIII of
11    Special Order 1-01?
12          A.   No, I'm not aware of any training that
13    they would use the handheld ones for crowd
14    disbursement.
15          Q.   Okay.  What is the Real Time Crime Center?
16          A.   Real Time Crime Center is -- is a unit
17    within the police department that analyzes, reviews,
18    investigates all the different types of video
19    footage from cameras throughout the city that are
20    cameras that belong to the -- to the police
21    department, that belong to the City.  Some cameras
22    belong to the State.  Some of the cameras that --
23    that come in are owned by private entities.
24               And so all those cameras feed in to the
25    Real Time Crime Center.  I believe there's about 700
```

LAWRENCE O'TOOLE  4/17/2019

1    cameras at this point, and the -- those officers who

2    are assigned there to the Real Time Crime Center

3    monitor those cameras.  It's -- a number of these

4    cameras also have LPR capabilities, license plate

5    recognition capability, and so they would also

6    monitor the alerts from the LPR system.  If there's

7    any type of a crime that goes on involving a vehicle

8    or suspect, maybe in an area where there is a

9    camera, they would direct their attention to that

10   area to see if there's a camera that would possibly

11   capture that, and -- and -- and so they do a lot of

12   our -- our technology-related things.

13        **Q.    Okay.  Am I correct you were at the Real**

14   **Time Crime Center on the weekend of the Stockley**

15   **protests, September 15th, 16th, and 17th?**

16        A.    Yes, I was.

17        **Q.    Okay.  Do you recall who else was with you**

18   **there?**

19        A.    There was a lot of people there.

20        **Q.    Was Governor Eric Greitens there with you?**

21        A.    He wasn't there at all time.  I think he

22   -- he just stopped in to visit, right.

23        **Q.    What role, if any, did he play --**

24        A.    He --

25        **Q.    -- at the Real Time Crime Center?**

LAWRENCE O'TOOLE  4/17/2019

1     A.   He played no -- no role, other than as an

2   observer.  We had a -- a number of -- of people who

3   stopped in to observe what was going on.

4     **Q.   Did you have any conversations with the**

5   **governor at any time about the events?**

6     A.   Actually, you got to greet the governor

7   when he comes in, so I greeted him.  He had no

8   operational role, but -- but he -- his people from

9   the State, you know, were there and they were

10   assisting the police department and the City.

11     **Q.   Okay.  Was the mayor present?**

12     A.   Yes.

13     **Q.   What role did she play at the Real Time**

14   **Crime Center?**

15     A.   She was an observer.  I mean, we would

16   take time to explain events that were going on,

17   particularly those events that affected her

18   property, so but she was there as -- as an observer.

19     **Q.   Okay.  How about Lieutenant Colonel**

20   **Leyshock?  Was he there?**

21     A.   No.

22     **Q.   He was on the ground?**

23     A.   He was on the street, yes.

24     **Q.   Gotcha.**

25       **How about Lieutenant Tim Sachs?**

LAWRENCE O'TOOLE  4/17/2019

```
 1        A.    No.

 2        Q.    He was on the streets?

 3        A.    On the street.

 4        Q.    How about Captain Michael Deeba?

 5        A.    Deeba was on the street and in the Real

 6   Time Crime Center both.

 7        Q.    Okay.  Were you actually giving orders

 8   from the Real Time Crime Center to Lieutenant

 9   Colonel Leyshock?

10        A.    I wasn't so much giving him orders.  I

11   was -- he was giving me the briefing on the

12   situation.

13             Again, as I spoke earlier, that he's the

14   incident commander.  He sees everything that's

15   there.  I'm actually there because I have all the

16   resources with me.  So if he's in a place or if I

17   can see monitoring the cameras, he's going to be in

18   need of some additional resources, maybe the fire

19   department or --or EMS or additional people who

20   are -- who are in a -- manpower that may be a stage

21   at an area that I can move manpower toward him to

22   facilitate any -- any of those things.

23             If he says, "Hey, I'm really shorthanded,

24   I need another squad," I can take a look and I can

25   see that and I can do that where -- where he can
```

LAWRENCE O'TOOLE  4/17/2019

1    stay focused on -- on handling his job there.

2         Q.    Okay.  So your role more was proving

3    support based on the additional resources you had

4    available at the Real Time Crime Center, but

5    ultimately the -- in terms of making a determination

6    and issuing orders, that was the responsibility of

7    Lieutenant Colonel Leyshock?

8         A.    Lieutenant Colonel Leyshock would, at

9    least, in a -- "Hey, you know, we got this and we

10   got a crowd and we are going to end up making

11   arrests," that type of a conversation.

12             And then, "Okay, fine.  Have we taken the

13   proper steps, what -- do you need any more resources

14   in order to do this," etc.

15        Q.    But at no time did you give Lieutenant

16   Colonel Leyshock orders about how to respond to the

17   protest.  Is that a fair statement?

18        A.    No, that's his job.  Yes.

19        Q.    Okay.  Do you know who mans the

20   building-mounted cameras at the Real Time Crime

21   Center?

22        A.    I -- you have to be a little more --

23        Q.    Yeah?

24        A.    I don't understand your question.

25        Q.    Sure.  It's not the best.

LAWRENCE O'TOOLE 4/17/2019

1        **But I've seen videos where it's clear**
2  **somebody is zooming in and zooming out at different**
3  **events, and so I'm trying to understand, who does**
4  **that?**
5        A.   They're -- they're -- the Real Time Crime
6  Center has capability to do some zooming on cameras.
7  But because there's a lot of cameras that are fed in
8  there whether or not they have the ability to zoom
9  in on all the cameras, that's -- that's a question I
10  -- I don't have the technical expertise.
11       **Q.   But to the extent they have it, who's the**
12  **people that are doing that?  Do you know?**
13       A.   Those -- those are the officers who are
14  assigned to the Real Time Crime Center.
15       **Q.   Okay.**
16       A.   Police officers, detectives.
17       **Q.   So police officers are the ones who are**
18  **manning that and making determination to zoom in or**
19  **zoom out?**
20       A.   Yes.  Yes.
21       **Q.   Okay.**
22       A.   Or they -- or they -- if they have a
23  particular -- you know, if we're looking at
24  something on -- on one of the screens and we see
25  that, we can ask them, "Can you zoom in on that?"

LAWRENCE O'TOOLE  4/17/2019

1     Q.   Okay.  Am I correct that shortly before

2     the Stockley protests, you went to the St. Louis

3     Police Officers Association meeting?

4     A.   I've been to the Police Officer

5     Association meeting before, yes.

6     Q.   Okay.  Okay.  Do you recall going to that

7     meeting and throwing guns on the table?

8     A.   No.  What -- what -- what -- what guns

9     would I throw on the table?

10     Q.   I'm just asking if you recall --

11     A.   No.

12     Q.   -- throwing guns on the tables?

13     A.   I don't throw guns on -- on tables.

14     Q.   Okay.  Okay.  Do you recall that early in

15     the morning of September 18th, 2017, you held a

16     press conference?

17     A.   Okay.  Yes.

18     Q.   Okay.  Do you recall that during that

19     press conference, you stated that you were proud

20     that, and I quote, "the police owned the night" the

21     previous day?

22     A.   Yeah.

23     Q.   Okay.  When you said "the police owned the

24     night," what did you mean by that?

25     A.   Well, the -- the context in which I -- I

**LAWRENCE O'TOOLE  4/17/2019**

```
 1    said that -- and I was actually criticized by some

 2    people -- it certainly wasn't meant to -- to insult

 3    anybody.

 4            But, you know, throughout this event, you

 5    know, this isn't just -- you know, we had a number

 6    of protests going on.  We had a number of officers.

 7    We have property damage that's going on in the

 8    Central West End and property damage that is going

 9    on downtown.

10            So it was just meant to say, "Hey, you

11    know what?  We took control of -- of this.  We

12    didn't allow -- you know, when the property damage

13    started, we moved in and -- and -- and -- and -- and

14    tried to -- to take control of the situation to

15    minimize the type of damage that was done."

16            So it was -- it was meant in that context.

17        Q.   Okay.  But you did use the phrase, "the

18    police owned the night," correct?

19        A.   I did.

20        Q.   Okay.  And that was just a day after the

21    police had chanted "Whose streets?  Our streets."

22    Isn't that correct?

23        A.   I don't know the -- the timeframe there,

24    but some of officers chanted that, yes.

25        Q.   Were you involved in that chant?
```

LAWRENCE O'TOOLE  4/17/2019

Page 73

```
 1            A.    No, I was not involved in that.

 2            Q.    Okay.  Okay.  Am I correct you don't

 3     believe it was appropriate for the officers to -- it

 4     was at least, at a minimum, unprofessional to chant

 5     "Whose streets?  Our street"?

 6            A.    It's -- absolutely.

 7            Q.    Okay.  Did you address with the commanders

 8     who were responsible for the chant "Whose streets?

 9     Our Streets" at any time?

10            A.    I did.

11            Q.    And what commanders did you address that

12     with?

13            A.    Lieutenant Colonel Leyshock.

14            Q.    Okay.  Was he the one responsible for that

15     chant?

16            A.    He was the incident commander.  All those

17     officers were under his control.

18            I -- I -- Lieutenant Colonel Leyshock was

19     not responsible for it, but I can assure you he knew

20     quite well that I was not happy with that type of

21     behavior.

22            Q.    You indicated in an interview at one point

23     that those commanders had already taken corrective

24     action; do you recall that?

25            A.    Yes.
```

LAWRENCE O'TOOLE  4/17/2019

1      Q.   Okay.  Am I correct now, though, that no

2   police officers were ever disciplined for chanting

3   "Whose streets?  Our Streets"?

4      A.   I -- I'd -- I'd -- I'd left that

5   determination up to Colonel Leyshock to -- to -- to

6   look at that and see if there was sufficient to --

7   to do a -- what we call an employee misconduct

8   report or if he wanted to handle it at -- at a, you

9   know, a -- another -- at a lower level.

10      Q.   To your knowledge, did Lieutenant Colonel

11   Leyshock ever reprimand anybody involved in the

12   chant "Whose streets?  Our streets"?

13      A.   Just so we're both talking the same

14   language, Lieutenant Colonel Leyshock did not

15   prepare an employee misconduct report, that I'm

16   aware of.

17      Q.   Okay.

18           (WHEREIN, after an off-the-record

19   discussion, the proceedings resumed as follows, to

20   wit:)

21      Q.   At that press conference, you also

22   indicated that a group of criminals had set out to

23   break windows and destroy property on the evening of

24   September 17th, 2017.  Do you recall that?

25      A.   Yes.

LAWRENCE O'TOOLE 4/17/2019

```
1          Q.   Okay.  And then you said, and I quote,
2     "Tonight those criminals are in jail."  Do you
3     recall that?
4          A.   Yes.
5          Q.   Okay.  And then you said -- the next thing
6     you said was "Tonight we made more than 80 arrests."
7     Do you recall that?
8          A.   Yes.
9          Q.   Okay.  Is it fair to say that the majority
10    of the arrests that were made on September 17th were
11    not for vandalism or property damage but rather
12    failure to disperse?
13         A.   Yes.
14         Q.   Okay.  Did you ever let the audience know
15    that there was the reason people were arrested?
16         A.   I don't -- I -- I -- I don't recall
17    whether -- the specifics, if I said, "Hey, this is
18    what everybody was arrested for."
19         Q.   Okay.
20         A.   However, that would be public information
21    the next day, you know.
22         Q.   Well, the reason I said, because when I
23    listened to that -- your comments, it made it appear
24    like the 80 arrests were all for vandals and
25    property damage when the reality is very few were
```

LAWRENCE O'TOOLE  4/17/2019

```
 1    for that.  The majority were just failure to

 2    disperse, correct?

 3         A.    The majority of them were for, yes.

 4         Q.    Okay.  You also stated that "We

 5    confiscated at least five weapons," correct?

 6         A.    That's what I said, yes.

 7         Q.    Isn't it true that many citizens in

 8    Missouri lawfully can carry weapons?

 9         A.    That is true, yes.

10         Q.    Okay.  And, in fact, the weapons that you

11    confiscated were being lawfully carried at the time?

12         A.    I don't recall the specific of the weapons

13    and the reasons.

14         Q.    Okay.  Okay.  Okay.  Are you aware of

15    anybody that was -- with respect to the five weapons

16    that were confiscated, are you aware of any

17    specifics that that individual did not have a right

18    to carry at the time?

19         A.    I don't recall any of that information.

20         Q.    Okay.  Am I correct one of them was, in

21    fact, lawfully carried by an active-duty member of

22    the military?  Do you recall that?

23         A.    No.

24         Q.    Okay.  Do you recall on September 28th,

25    2017, you had an interview with Art Holliday of
```

LAWRENCE O'TOOLE  4/17/2019

```
 1     KSDK?

 2          A.   I -- I had a number of interviews.

 3          Q.   Okay.

 4          A.   Okay.

 5          Q.   Do you recall in that interview

 6     Mr. Holliday asked you about "kettling."  Do you

 7     recall that?

 8          A.   No.  No.

 9          Q.   No.

10               And you -- do you recall telling him that

11     "That's not a practice that we have"?

12          A.   We don't.

13          Q.   Okay.  As far as you know, is that the

14     only time the St. Louis Police Department has used

15     what's been described as "kettle" in this case,

16     situation?

17          A.   We have never -- I had to look up the

18     term.

19          Q.   Okay.

20          A.   To give you an idea how much -- and I've

21     been on for a few years.  Never heard that term

22     before.

23          Q.   Okay.  Am I correct that Lieutenant

24     Colonel Leyshock was the one who came up with that

25     idea?
```

LAWRENCE O'TOOLE  4/17/2019

Page 78

```
1          A.    I don't know that that's true or not.
2          Q.    Okay.  Did you instruct him or anybody on
3    the ground -- strike that.
4                On September 17th, 2017, when you were at
5    the Real Time Crime Center, did you have
6    communication with Lieutenant Colonel Leyshock about
7    his use of what's been described as a "kettle" to
8    bring officers from four different directions and
9    corner people in the middle?
10         A.    I didn't direct Lieutenant Colonel
11   Leyshock on the ground.  I -- I'm not in a position
12   to tell him tactics to use --
13         Q.    Okay.
14         A.    -- so, no.
15         Q.    Well, am I correct that Lieutenant Colonel
16   Leyshock would have been the one, then, who would
17   have come up with the idea or the one that approved
18   of the idea at a minimum?
19         A.    At -- at a minimum, those -- all those
20   officers at that detail are under -- under his
21   command, and he has other commanders who were there.
22   And so his commanders would be in charge of -- of --
23   of that situation and dealing with it.
24               But -- but I -- I do not know, nor do I
25   believe, that anyone would have given any type of
```

LAWRENCE O'TOOLE  4/17/2019

Page 79

1    an -- of an order like that to -- to as you -- you

2    used the term.  I don't use the term "kettle," but

3    what's been described as that.

4         Q.    Putting aside the use of the word "kettle"

5    --

6         A.    Right.

7         Q.    -- my point is am I correct that on the

8    ground, Lieutenant Colonel Leyshock, as the incident

9    commander, was the one who approved the use of

10   bringing officers from four different directions to

11   basically trap the people in the middle?

12        A.    Colonel Leyshock, as the incident

13   commander, he's in charge of -- of that entire

14   incident and he would oversee that entire incident,

15   yes.

16        Q.    Subsequent to September 17th, 2017, have

17   you had any conversations with Lieutenant Colonel

18   Leyshock about the propriety of that approach, of

19   how he handled it?

20        A.    It -- I -- I -- I guess I don't understand

21   your question.  What -- what do you mean?

22        Q.    Well, after September 17th, 2017, have you

23   had any conversations, meetings with Lieutenant

24   Colonel Leyshock where you expressed any concerns

25   about the approach that he came up with to deal with

**LAWRENCE O'TOOLE  4/17/2019**

```
 1    the protesters that evening at 11:30 at night?
 2         A.   We've had conversations a -- about the
 3    incident and what went on and how we handled it, and
 4    we've had those conversations.
 5         Q.   Do you think the incident -- the approach
 6    taken by Lieutenant Colonel Leyshock was
 7    appropriate?
 8         A.   I think that the totality of all -- of
 9    everything that happened down there in -- in -- in
10    trying to minimize the -- the damage to property and
11    injuries to officers and civilians that I -- I -- I
12    think he handled it, yes.
13         Q.   Do you think he handled it well?
14         A.   I think under the circumstances, yeah.
15    Hindsight 20/20 --
16         Q.   Well, I --
17         A.   -- but I think given what he's given
18    and -- and -- and the facts that he's faced with
19    there, he has to make a decision and he made a
20    decision.
21         Q.   Okay.  Do you recall in the conversation,
22    the interview you had with Art Holliday, you said
23    that all the information about kettling would come
24    out during investigation; do you recall that?
25         A.   Yes.
```

LAWRENCE O'TOOLE  4/17/2019

1       Q.   Okay.  Again, are you aware of any

2   investigation into the kettle that's been conducted

3   at any time since September 17th, 2017?

4       A.   The only -- the -- the incident -- the

5   report that was prepared.

6       Q.   Okay.  And when you say "incident report,"

7   which report are you referring to?

8       A.   The -- of -- of that particular incident

9   --

10      Q.   Okay.

11      A.   -- of going on there.

12      Q.   Other than that document, are you aware of

13  any other steps taken by the St. Louis Metropolitan

14  Police Department to really evaluate and study how

15  the police department responded to the protestors on

16  the night of September 17th, 2017?

17      A.   Well, I -- I will tell you that that

18  particular night, there was another incident that --

19  involving one of our officers who was assaulted, and

20  that has since gone to a, you know, federal

21  investigation.  And I testified at a federal grand

22  jury and so I'm -- I can't speak of that.  So I can

23  tell you that that has happened.

24      Q.   Right.  And I understand you're referring

25  to the incident involving Luther Hall, correct?

LAWRENCE O'TOOLE  4/17/2019

```
 1          A.    Correct.

 2          Q.    Okay.  Separate and apart from any

 3    investigation undertaken by the US Attorney's Office

 4    into the Luther Hall incident, are you aware of any

 5    specific steps taken by the St. Louis Metropolitan

 6    Department to investigate the circumstances relating

 7    to the kettle and how it was handled and how it

 8    could be -- could have been handled differently and

 9    better?

10          A.    Well, I -- I think that's why we're

11    sitting here, is to learn lessons learned on this.

12    And so I think that this is ongoing and that we're

13    going to probably learn even more out of this.

14          Q.    Separate and apart from the fact that

15    we're sitting here in, unfortunately, a litigation

16    -- which is not necessarily the best way to get

17    lessons learned always -- my question still is the

18    one I would like an answer.

19                Other than ongoing litigation, are you

20    aware of any specific steps taken by the St. Louis

21    Metropolitan Police Department to investigate and

22    study what transpired on the evening of September

23    17th, 2017, in terms of lessons learned and how

24    things could be done differently and better?

25          A.    I'm not aware of any -- anything as far as
```

LAWRENCE O'TOOLE  4/17/2019

Page 83

```
 1    that has been published as far as lessons learned,
 2    though.
 3         Q.   So you add the word "published," and that
 4    forces me to ask you another question.
 5              So are you aware of any drafts of any
 6    sort?  Make it broader, sir.  Strike that.
 7              Are you aware of any internal
 8    communications since September 17th, 2017, where
 9    people within the St. Louis Metropolitan Police
10    Department are evaluating and investigating lessons
11    learned from the Stockley protests?
12         A.   Now, you made your question pretty broad.
13    So you said "any communication at all."
14              So I would tell you that there has been no
15    official investigation that I am aware of.  Bear
16    that in mind, that there are investigations in the
17    internal affairs division that go on that -- that we
18    may not be privy to.
19         Q.   Okay.  But sitting here today, you're not
20    aware of any investigations that have been conducted
21    by the St. Louis Metropolitan Police Department with
22    respect to lessons learned from the Stockley
23    protests?
24         A.   I'm not aware of any, no.
25         Q.   Okay.  Thank you.
```

LAWRENCE O'TOOLE  4/17/2019

Page 84

```
 1              You had mentioned the Luther Hall incident
 2     sir, do you recall, a few minutes ago?
 3          A.   I did.
 4          Q.   Okay.  To your knowledge, did the
 5     St. Louis Metropolitan Police Department investigate
 6     the actions of Joseph Marcantano in connection with
 7     the Luther Hall incident?
 8          A.   I -- I -- I'm not -- I'm -- I'm not sure.
 9     I don't know.  You gave me a name, and -- and I'm
10     not certain.
11          Q.   For the record, his -- the spelling is
12     M-a-r-c-a-t-n-a-o [sic].
13          A.   Okay.
14          Q.   Do you know Joseph Marcantano?
15          A.   I -- I -- I have heard the name, but I
16     don't -- I -- I -- I'm not so sure I'd know him if
17     he walked in this room.
18          Q.   That's fine.
19              But, again -- so sitting here today,
20     you're not aware of any investigation by the
21     St. Louis Metropolitan Police Department
22     investigating Mr. Marcantano's actions in connection
23     with the Luther Hall incident.  Is that a fair
24     statement?
25          A.   I -- that's a fair statement in that I --
```

LAWRENCE O'TOOLE  4/17/2019

Page 85

```
 1     I'm -- I'm not familiar with everybody who's
 2     involved in -- in that investigation.
 3         Q.    Okay.
 4         A.    He could be one.
 5         Q.    But you don't have knowledge?
 6         A.    I don't have that knowledge.
 7         Q.    That's all I'm asking.
 8               Am I correct that you asked the police
 9     unit leaders to chip in money to replace the camera
10     Luther Hall had been carrying which was destroyed
11     during the incident?
12         A.    No.
13         Q.    You don't recall doing that?
14         A.    I didn't do that.
15         Q.    Okay.  I apologize.  I think I asked that
16     question poorly.
17               Are you aware of anybody asking a --
18     police union leaders to chip in money to replace the
19     camera that Luther Hall had been carrying that
20     evening?
21         A.    No.
22         Q.    Okay.  To your knowledge, did the
23     St. Louis Metropolitan Police Department
24     investigator investigate the officer assault on the
25     homeless man who was arrested along with Mr. Hall?
```

LAWRENCE O'TOOLE  4/17/2019

```
 1          A.   I have no knowledge of that.
 2          Q.   Okay.
 3                    MR. PRAISS:  I have no further
 4     questions.  Thank you very much, yeah, for your
 5     time.
 6                    THE WITNESS:  Thank you.
 7                    MR. DIERKER:  I have no questions.
 8                    Colonel, you have the right to review
 9     the deposition and to make any corrections that you
10     think would be appropriate, or you can rely on the
11     accuracy of the court reporter and waive signature.
12     We would recommend that you just go ahead and waive
13     signature.  That's up to you.
14                    THE WITNESS:  I'll go with your
15     recommendation.
16                    MR. DIERKER:  All right.  Fair
17     enough.
18                    THE WITNESS:  But could I have a copy
19     of it too?
20                    MR. DIERKER:  Oh, we will be happy
21     to.
22                    THE WITNESS:  Yeah.  Okay.
23               (WHEREIN, the proceedings were thereby
24     concluded at 11:51 a.m.)
25                         *  *  *  *  *
```

LAWRENCE O'TOOLE  4/17/2019

```
 1                    CERTIFICATE OF REPORTER

 2

 3                      I, Susan J. Pybas, CCR, No.

 4      1446(T) within the State of Missouri, do hereby

 5      certify that the witness whose testimony appears in

 6      the foregoing deposition was duly sworn by me; that

 7      the testimony of said witness was taken by me to the

 8      best of my ability and thereafter reduced to

 9      typewriting under my direction; that I am neither

10      counsel for, related to, nor employed by any of the

11      parties to the action in which this deposition was

12      taken, and further, that I am not a relative or

13      employee of any attorney or counsel employed by the

14      parties thereto, nor financially or otherwise

15      interested in the outcome of the action.

16

17

18      _____

19      Susan J. Pybas, CCR

20

21

22

23

24

25
```

LAWRENCE O'TOOLE  4/17/2019

**A**

a 3:16 5:4,18,24
5:24 6:2,4,4,5
6:8,13,17,22
6:25 7:3,7,9,9
7:12,15,18,21
8:4,7,10,13,18
8:22,24 9:2,6
9:11,13,24 10:2
10:8,11,17,19
10:24 11:11,14
11:18,21,22,25
12:3,7,9,12,15
12:18,21 13:1,4
13:5,12,15,16
13:21,22,25
14:3,3,7,11,16
14:19,22 15:2
15:13,14,19,19
15:21,21,22,23
16:4,5,10,10,13
16:19,23 17:1
17:12,15,15,15
17:15,22,24
18:2,3,6,8,8,9
18:11,16,18 19:1
19:3,6,18,19
19:23,24 20:2
20:6,8,11,13,14
20:17 21:1,4,10
21:13,17,21
22:4,6,14,19
22:24,25,25
22:25 23:4,5
23:5,14,17,17
23:20,20,21
23:22 24:2,4
24:7,9,12,19
24:20,23
25:16,18,18,22
25:25 26:2,5
26:6,7,8,10,13
26:14,14,17
27:3,7,11,18,19
27:21,24 28:1
28:2,8,11,13,19

29:1,2,6,14,18
29:20,23 30:1
30:7,8,11,17,23
30:24 31:3,6
31:10,14,22,23
32:4,7 33:2,11
33:12,12,17,24
34:3,5,7,10,14
34:21,25 35:6
35:23 36:2,18
36:23 37:1,7
37:15,20,25
38:1,2,5,9,17
38:23,25 39:5
39:6,10,17,18
39:21,22,23
39:25 40:4,8
40:15,17,19,19
40:25 41:3,5,7
41:9,12,19
42:3,8,12,15,17
42:20,21,25
43:5,10,11,11,11
43:17,18,22
44:1,8,9,17
45:2,11,18,23
45:25 46:2,6
46:9,17,19,25
47:4,8,10,13,16
47:20,23 48:5
48:12,12,16,22
49:3,11,13,19
49:21,23,25
50:4,7,12,17
50:20,22,24
51:7,10,13,16
51:17,23 52:1
52:5,9,14,20
52:24 53:7,11
53:18,23 54:2
54:4,16,19,20
54:22 55:2,7
55:13,19 56:3
56:7,9,12,14
56:19,22 57:4
57:9,9,14,16
57:19,23

58:16,19,21,23
59:6,9,11,14,16
59:19,20,24
60:1,6,6,6,9,11
60:13,13,23
61:3,11,17,23
62:2,10,14,18
62:21 63:3,8
63:14,17,19,22
63:25 64:3,3
64:7,9,11,14,21
64:25 65:5,12
65:16,16 66:3
66:7,7,8,10,11
66:16,19,19,21
66:24 67:1,2,2
67:6,12,15,21
67:23 68:1,3,5
68:10,16,20
68:20,24
69:5,8,9,10,11
69:17,18,22
69:22,24
70:5,7,9,13,16
70:20,22,22
71:4,8,11,13,15
71:17,22,25
72:5,6,19,20
72:23 73:1,4,6
73:10,13,16,25
74:4,7,8,9,9
74:13,22,25
75:4,8,13,16
75:20 76:3,6
76:9,12,17,19
76:23 77:2,2
77:4,8,11,12,17
77:20,21 78:1
78:7,10,11,14
78:18,19,19
79:6,12,20
80:2,2,8,14,17
80:19,19,25
81:4,8,11,17,20
81:21 82:1,10
82:15,25
83:12,24 84:2

84:3,8,9,13,15
84:23,25,25
85:4,6,12,14
85:17,21 86:1
86:18 87:12
**a.m** 3:12 5:13
86:24
**Abby** 4:8
**ability** 6:20
31:25 70:8
87:8
**able** 21:22
23:10 50:8
**about** 12:11,24
23:5 24:6
25:3,5 28:5,6
37:10,12 39:21
40:16 42:22
44:2 45:3
46:20 47:10
47:14 49:9,10
50:13,14 53:3
54:7 55:19,20
55:23 58:7
61:7 62:17
63:16,18 64:21
65:25 67:5,19
67:25 68:4
69:16 77:6
78:6 79:18,25
80:2,23
**above** 23:17
63:14
**abreast** 30:20
**absolutely**
33:17 36:23
57:1 73:6
**academy** 35:7
45:7
**acceptable** 6:12
**account** 17:17
**accuracy** 86:11
**accurate** 54:3
**ACLU** 2:13 4:3
42:14,20
**across** 34:17
35:12

**acting** 9:2 33:12
33:16
**action** 2:9 13:10
13:15,21 14:9
14:20 15:6
17:18 20:18
73:24 87:11,15
**actions** 19:3
84:6,22
**active** 16:13
**active-duty**
76:21
**activities** 20:20
**activity** 35:10
**actual** 54:7,10
**actually** 12:9
15:20 25:1
31:9 38:9
42:13 49:19
56:23 67:6
68:7,15 72:1
**add** 83:3
**additional** 23:21
23:21 35:14
36:6,8 68:18
68:19 69:3
**address** 53:9,16
73:7,11
**addressed**
27:17 44:14
**addresses** 46:1
**affairs** 7:24
83:17
**affected** 67:17
**after** 2:9 10:9
14:7 15:7,15
16:8 18:4,24
20:1 26:9 43:7
43:25 47:6
72:20 74:18
79:22
**after-action**
16:6,7 17:25
18:7,16 19:2,19
21:2
**afternoon** 29:3
29:9

LAWRENCE O'TOOLE  4/17/2019

| | | | | |
|---|---|---|---|---|
| **afterwards** | 21:15 22:16 | 24:20 25:6 | 35:7,9,9,11,12 | 81:24 82:2,7,7 |
| 15:18 41:16 | 23:17,17 24:5 | 27:8 29:3,4 | 35:12,13,22 | 82:8,12,12,14 |
| 44:4 | 24:23 25:12 | 32:9,21 34:18 | 35:22,23,25 | 82:21,23,24 |
| **again** 18:18 19:11 | 27:9 31:24 | 35:3 37:23,25 | 36:4,5,12,12 | 83:3,10 84:9,9 |
| 25:4 28:21 | 32:9 33:24 | 38:6,18,21,22 | 36:12,17,18,24 | 86:9,11,12 |
| 43:1 44:5,19 | 35:21,22 | 39:19 43:7 | 37:9,16 38:15 | 87:8,12 |
| 45:8 46:10 | 36:20 37:7,7 | 47:22 50:11 | 39:1,13,15,23 | **another** 12:22 |
| 47:10 49:13,16 | 41:2,8,10 | 54:3 62:12 | 40:23 41:6,12 | 34:24 41:21 |
| 53:6 55:4 | 46:12 49:16 | 66:8 67:1,15 | 41:12 42:19,23 | 68:24 74:9 |
| 59:11 64:16 | 54:5,16 56:12 | 67:18 68:21 | 42:25 43:13 | 81:18 83:4 |
| 68:13 81:1 | 57:2,16 58:12 | 73:22 74:7,15 | 43:15,19,20 | **answer** 18:3,8,11 |
| 84:19 | 60:1,2,11 | 74:18 76:21 | 44:2,5 45:3,9 | 18:21 26:21 |
| **age** 5:9 | 62:24 65:1,18 | 76:25 77:20 | 45:19 46:2,7 | 36:14 55:5,13 |
| **agencies** 17:20 | 65:24 66:21 | 79:1,1 82:18 | 46:21 47:1,1,2 | 64:12 82:18 |
| **agent** 52:16 | 68:15 70:9 | **analyzes** 65:17 | 47:5,14,14,15 | **answered** 45:6 |
| 59:21 60:7,14 | 73:16 75:24 | **and** 3:11,12 5:1,2 | 47:17,18,21 | **answering** 6:10 |
| **agents** 37:5,14 | 78:19 80:8,23 | 5:2,9 6:9,14 | 48:20,24 49:4 | **answers** 6:21 |
| 37:18 39:1 | 83:13 85:7 | 6:14,20,24 | 49:5 50:15,19 | **any** 6:19,19 |
| 44:14,25 46:3 | 86:16 | 7:10,13,19,22 | 51:2,5,11,14,24 | 15:24 17:6 |
| 46:16 48:2,10 | **allow** 32:8 | 8:2,20 9:1,15 | 52:2,10,15,18 | 18:4,11,14 19:8 |
| 48:20 49:18 | 72:12 | 9:17,17 10:3,4 | 52:21 53:4,5 | 19:8,9 22:10 |
| 52:3,12,23 | **allowed** 63:10 | 10:13,20 11:12 | 53:10,17 54:6 | 22:16,21 24:15 |
| 53:3 54:24 | **almost** 15:20 | 12:4,6,10,15,18 | 54:6,8,12,20 | 25:14 27:15,16 |
| 55:11 56:2 | **along** 85:25 | 12:18 13:8,9,19 | 54:24 55:4,5 | 27:17,18 28:15 |
| 58:20 59:17 | **already** 15:15 | 13:23 14:9,24 | 55:8,16,21,21 | 28:19,24 |
| 59:23 61:8,14 | 73:23 | 15:8,12,23,24 | 56:5,17 57:5,9 | 30:13 31:8 |
| 64:4,21 | **also** 6:9 13:17 | 15:25,25 16:5 | 57:11,17 58:1,4 | 36:8 37:21 |
| **ago** 20:7 26:7 | 27:8 44:2 | 16:5,12,24 | 59:15,20 61:8 | 38:6,13,14 |
| 35:25 84:2 | 57:6 66:4,5 | 17:2,3,9,19,25 | 61:24 62:13,13 | 40:5,8,8 44:11 |
| **agree** 14:8 20:5 | 74:21 76:4 | 18:6,16,20,21 | 62:16,19 63:6 | 44:22 46:11,13 |
| 33:13 36:20 | **always** 6:14 | 18:25 19:1,5,5 | 65:1,6,24 66:1 | 47:25 48:9,14 |
| 37:2,11,16,21 | 82:17 | 19:6,16,19 | 66:5,11,11,11,15 | 50:1,10,23 |
| 39:18 48:15,18 | **am** 11:9,15 18:11 | 20:15,16,19,20 | 67:9,10 68:5 | 52:17 53:1,4,8 |
| 48:24 52:6 | 21:14 38:20 | 20:20 21:1,2 | 68:24,25 | 53:15,21,25 |
| **agreed** 5:2 | 41:1 48:8 | 21:14,18 22:1,5 | 69:6,9,10,12 | 58:1 61:12 |
| 39:2,5 57:22 | 51:24 52:22 | 22:5 23:9,9 | 70:2,3,18,24 | 62:3,5 63:6,6 |
| **ahead** 86:12 | 53:24 57:5 | 23:10,10,17,25 | 71:7,20 72:1,8 | 65:7,12 66:7 |
| **Ahmad** 1:4 3:4 | 66:13 71:1 73:2 | 24:5,13,17,25 | 72:13,13,13,13 | 66:23 67:4,5 |
| 3:18 5:21 22:2 | 74:1 76:20 | 25:3,4,6,19 | 72:13,20 73:11 | 68:22,22 |
| **al** 1:4 3:4,19 | 77:23 78:15 | 26:9,20 27:4 | 74:6,23 75:1,1 | 69:13 73:9 |
| **ALARIS** 4:13 | 79:7 83:15 | 27:8 28:5,14 | 75:5,24 76:10 | 76:16,19 |
| **alerts** 66:6 | 85:8 87:9,12 | 28:21 29:3,7,8 | 76:13 77:10,20 | 78:25 79:17 |
| **all** 7:24 8:1 10:13 | **among** 44:13,23 | 29:9,15,15 | 78:8,21,22,23 | 79:23,24 81:1 |
| 10:22 12:17,20 | 46:14 | 30:3,12,17 | 79:14 80:3,3,3 | 81:3,13 82:2,4 |
| 13:7,18 14:2,4 | **an** 12:4 13:23 | 31:9 32:15,16 | 80:10,11,18,18 | 82:20,25 |
| 15:14,17 16:13 | 16:7 19:4 21:11 | 32:18,22 33:7 | 80:18,19 81:6 | 83:5,5,7,13,20 |
| 16:13,21 17:10 | 21:25 22:1 | 33:14 34:8 | 81:14,19,21,22 | 83:24 84:20 |

LAWRENCE O'TOOLE  4/17/2019

86:9 87:10,13
**anybody** 19:14
22:20 28:15
40:6 72:3
74:11 76:15
78:2 85:17
**anyone** 8:21
18:23 19:21
25:22 28:4
44:12 78:25
**anything** 7:5
18:14 25:21
26:1 41:19
47:25 48:6,10
49:9 50:13
55:9,24
82:25
**anywhere** 50:9
**apart** 46:7 57:5
82:2,14
**apologize** 19:10
85:15
**appear** 59:22
75:23
**APPEARANC...**
4:1
**appears** 39:20
53:20 87:5
**appreciate**
36:17 45:8
**approach** 79:18
79:25 80:5
**appropriate**
37:3,23 44:15
44:25 46:15
46:15 48:1,1
49:11 50:2,3,11
53:3 55:10
73:3 80:7
86:10
**appropriately**
37:6
**approval** 31:9
**approved** 12:6
49:22 58:2,4
78:17 79:9
**Approximately**

23:19
**April** 1:12 3:11
7:21 8:13
**are** 3:19 5:23
6:19 8:2 13:14
15:18 16:1 18:4
18:14 23:8
24:15,24,25
25:19 26:6
27:15 29:14
32:12 33:12,18
33:20 34:20
35:14 36:5,7
36:10 37:12
37:23 38:8,13
39:3 41:14
42:6,11,19 44:1
44:2,11,21
45:3,14,21
46:5,11,14
52:10 54:17
55:6,8 56:1,12
57:3 58:3,4,6
58:12 59:12
59:24 62:3,4
62:5,23,24
63:10 65:6,19
65:23 66:2
68:20,20
69:10 70:7,12
70:13,13,17,17
75:2 76:14,16
78:20 81:1,7
81:12 82:4,19
83:5,7,10,16
85:17
**area** 38:12 66:8
66:10 68:21
**areas** 32:12
**around** 29:16
39:12
**arrest** 19:4
29:16 33:14,19
47:17 49:6
**arrested** 75:15
75:18 85:25
**arrests** 69:11

75:6,10,24
**Art** 76:25 80:22
**as** 5:11 7:23,25
8:5,11,23 9:9
9:15,18,21 11:4
13:15 14:1,1,1
16:2,21 17:18
17:21 18:6,15
20:6,8 21:6,11
22:2 28:23
30:5,22,25
34:12,18 35:1
35:3,18 39:11
40:11,11,12
43:8,11,18 44:7
44:14,21,23
45:5,5,13 47:1
48:18 51:8
54:24 57:7,9
58:13,13 60:21
60:21 61:20
61:20 64:8
65:3 67:1,18
67:18 68:13
74:19 77:13,13
77:15 78:7
79:1,3,8,12
82:25,25 83:1
83:1
**aside** 16:17 79:4
**ask** 6:6 19:11
21:24 23:10
40:15 44:19
53:6 70:25
83:4
**asked** 52:18
77:6 85:8,15
**asking** 52:18
54:7 60:10
61:7 71:10 85:7
85:17
**assault** 85:24
**assaulted** 81:19
**assembly** 31:2
31:11 34:9
35:4 37:24,25
38:7,15,22

39:1 49:2
50:11,16,19
36:5 66:2
70:14
**assist** 31:25
**assistant** 7:13
7:22 9:17
**assisting** 17:20
67:10
**Association**
71:3,5
**assume** 12:8
13:17 56:6
**assuming** 37:22
**assure** 73:19
**at** 3:13 8:20 9:2
9:4 12:1,25
13:4 14:4 15:9
15:20,22,23
17:7 23:6,16
24:10 25:3,9
25:22 29:12
29:17,19,21
31:8 33:22
34:2 38:2,6
40:23 41:10,15
43:17,21 45:7
45:9,11 46:13
47:9,24 48:8
49:19,21 52:7
53:15 55:18
56:16 58:17
59:13 61:10,12
66:1,13,21,25
67:5,13 68:21
69:4,8,15,20
70:2,23 73:4
73:4,9,22
74:6,8,8,9,21
76:5,11,18 78:4
78:18,19,19,20
80:1,1 81:3,21
83:13 86:24
**attached** 2:18
21:18,21 43:18

44:2
**attachment** 22:1
22:1
**attendance**
23:9
**attention** 31:20
66:9
**attorney** 87:13
**Attorney's** 82:3
**attorney-client**
26:20
**attorneys** 5:21
7:5
**audience** 75:14
**authority** 61:24
**available** 69:4
**Avenue** 29:15
**aware** 18:4,14
24:15 25:19
27:15,18 28:19
32:15 33:10
38:13 41:5,14
41:19 44:11,22
45:14 46:11
52:23 53:25
55:8 62:3,5
62:23 65:7,12
74:16 76:14,16
81:1,12 82:4
82:20,25
83:5,7,15,20
83:24 84:20
85:17

**B**
**back** 11:22
28:20 63:20
**balance** 42:22
42:23 43:2
**based** 31:12
47:5 58:10
69:3
**basically** 79:11
**basis** 16:10
22:24 30:7
**Bates** 11:24 13:3
28:22 31:21

LAWRENCE O'TOOLE  4/17/2019

34:4 46:21
47:21
**Baumgartner**
51:18
**be** 5:4 7:19 9:11
10:21 12:25
13:20 16:2,4
16:16 17:21
18:19 19:10
21:22 23:19
25:8,9 27:5
29:10,24 31:3
31:24 32:2,15
32:20 33:24
34:15 36:11
37:8 38:1,10,11
39:20 41:7
45:6 52:25
59:22 62:11,15
65:9 68:17,20
69:22 75:20
78:22 82:8,24
83:18 85:4
86:10,20
**Bear** 83:15
**because** 12:17
14:2,4 15:14
17:3 19:12
27:25 29:7
31:15 36:9
38:14 54:1
59:1 68:15
70:7 75:22
**been** 5:9 6:1
9:4,6,21 10:11
10:24 11:8
14:14 21:5,6
34:23 39:11
40:10,11 44:3
44:21 50:8
51:4 54:5
58:24 65:9
71:4 77:15,21
78:7,16 79:3
81:2 82:8 83:1
83:14,20
85:10,19

**before** 3:14,16
5:20 10:9 11:17
12:5 30:5
31:10 39:16
40:18 41:23
42:2 43:24
44:16,18
46:20 51:15
52:21 71:1,5
77:22
**begin** 18:23
19:14,21,25
42:1
**begins** 60:4
**behalf** 1:11 22:21
**behavior** 36:25
73:21
**behind** 40:2
**being** 5:7 28:6
76:11
**belabor** 63:20
**believe** 11:21
20:17 22:25
23:5 27:5
29:23 32:23
33:2 40:19,25
42:3,9 45:20
47:6 50:17
51:21 60:23
60:25 61:20
64:22 65:25
73:3 78:25
**believes** 38:7
55:25
**belong** 65:20
65:21,22
**below** 19:14
28:4
**besides** 15:19
**best** 35:1 54:19
69:25 82:16
87:8
**better** 38:11
45:6 82:9,24
**between** 3:12
5:2 29:2
**bigger** 9:18

**bike** 54:19,20
54:22
**bit** 46:19
**block** 47:11
**both** 26:24
50:21 51:6
52:6 58:3,11
60:20,25
61:20,22 68:6
74:13
**bottom** 12:2
49:21
**break** 49:15
74:23
**breast** 30:11
**Brian** 43:19 47:2
**bricks** 33:3,4
**briefed** 23:9
**briefing** 22:25
23:5 68:11
**briefly** 6:6
**bring** 25:4
35:15 78:8
**bringing** 79:10
**broad** 83:12
**broader** 53:14
83:6
**broadly** 52:12
**broken** 33:5
**building-mou...**
69:20
**bullet** 59:21
**bullets** 40:3
**but** 10:12 12:9
14:6 18:20
21:23 30:18
32:10,11 34:14
35:20 37:10
38:3,17 39:23
40:1 45:8,25
52:18 54:19
57:23 61:5
64:17,22 67:8
67:8,18 69:4
69:15 70:1,7,11
72:4,17,24
73:19 75:11

78:24,24 79:2
80:17 83:19
84:15,19 85:5
86:18
**by** 2:4 5:2,4,16
7:23 9:23 10:3
11:1,6,7 14:13
14:25 15:6
20:5,18 21:9
21:19 22:9,18
25:16,22 26:4
26:11,23 27:12
30:6,14 32:2
32:20,24
36:25 39:9
40:6,14,20
41:25 43:12,14
43:16,19 44:12
47:2 51:3,18
51:19 52:19
58:2 59:7
65:23 71:24
72:1 76:21
80:6 81:13
82:3,5,20
83:21 84:20
87:6,7,10,13

---

**C**

**C** 51:21,22
**call** 9:14,15,15,16
14:7 17:9 23:6
25:2,3,9 36:5
38:11 74:7
**called** 57:7
**came** 10:7,10
11:17 16:14
77:24 79:25
**camera** 66:9,10
85:9,19
**cameras** 65:19
65:20,21,22
65:24 66:1,3,4
68:17 69:20
70:6,5,7,9
**can** 13:25 14:1
16:22 17:6,9

18:8 25:25
33:17,18 35:2
36:24 37:4,13
37:17,18 38:15
56:24 63:14
64:8 65:9
68:17,21,24
68:24,25,25
70:25,25
73:19 76:8
81:22 86:10
**can't** 31:15
38:23 53:18
53:23 81:22
**cannot** 37:4,13
37:17
**capabilities**
66:4
**capability** 66:5
70:6
**capacity** 34:24
**Captain** 68:4
**captains** 23:17
23:20 24:24
**capture** 66:11
**Cardinal** 28:22
**career** 6:4
56:16
**carried** 76:11,21
**carry** 76:8,18
**carrying** 48:13
85:10,19
**case** 1:6 3:6
5:21,23 20:24
26:16 48:13
77:15
**catch** 46:24
**catching** 49:20
**Catherine** 22:9
**cause** 3:16
**CCR** 3:15 4:13
5:4 87:3,19
**CD** 36:2
**CDT** 35:18
**Center** 65:15,16
65:25 66:2,14
66:25 67:14

68:6,8 69:4
69:21 70:6,14
78:5
Central 72:8
certain 3:16
41:17 84:10
certainly 72:2
CERTIFICATE
87:1
Certified 4:12
5:5
certify 87:5
chance 6:8
34:22
chances 34:21
changed 35:11
changes 35:12
chant 72:25
73:4,8,15
74:12
chanted 72:21
72:24
chanting 74:2
characterize
44:23
charge 30:1
78:22 79:13
Charlene 9:3
chemical 37:4
37:13,18 39:1
44:14,17,25
45:5 46:3,16
48:2,9,20
49:18 52:3,12
52:16,23 53:3
54:24 55:11
56:1 58:19
59:16,20,22
60:7,14 61:8
61:14 64:4,21
chief 7:13,21,22
7:23 8:2,5,12
8:16,23 9:17
15:10 17:7 18:6
18:14 19:13
20:1,12,17 28:1
28:16 45:11,14

chip 85:9,18
Christine 23:1
40:21,21
circumstance
31:13 37:13
circumstances
37:4 38:16
80:14 82:6
citizens 76:7
city 1:7 3:7,13,19
4:4,9 5:22
11:24 12:8,13
14:3 20:25
23:1 26:9,11
31:21 40:20
43:17 51:19
55:25,25
65:19,21 67:10
civil 10:5 14:23
35:19 36:2,9
36:10 39:13
40:7 41:13
43:12,16
46:22 48:19
48:25
civilians 80:11
classes 35:15
clear 25:11 29:5
70:1
codified 45:24
48:6
cognizant 31:24
colonel 5:17 7:9
7:12 9:20 21:5
28:22 29:20
30:5 31:1,8
67:19 68:9
69:7,8,16
73:13,18 74:5
74:10,14 77:24
78:6,10,15
79:8,12,17,24
80:6 86:8
colonels 23:23
come 34:17
35:12 65:23
78:17 80:23

comes 67:7
command 23:7
23:13,16 25:1
78:21
commander
16:21 25:22
28:24 29:12
29:21,25 30:6
30:15,22,25
68:14 73:16
79:9,13
commanders
13:8,19 15:10
23:7,24 31:18
31:24 33:25
41:10,12,15
73:7,11,23
78:21,22
comments
75:23
commissioner
7:15,18,20 8:1
8:2
commissioner's
9:16
communicate
27:22 31:9
communicated
17:10
communication
24:15 25:13
28:9,10,12
78:6 83:13
communicatio...
17:6 22:16
27:15 28:4,15
30:8,9 83:8
complete 6:8
6:20 13:9
17:24 18:6,16
19:1,19 21:2
completed
18:12
complied 15:12
components
49:14
computer

27:20
concern 15:3,9
concerned 12:11
concerns 22:11
79:24
conclude 43:15
concluded
86:24
conduct 32:2,21
32:24 33:5
conducted 81:2
83:20
conference
71:16,19 74:21
confidence
31:17
confine 33:18
confiscated
76:5,11,16
connection
14:20 27:1
84:6,22
consecutive
47:11
consider 28:11
28:11 41:6
56:24
considering
28:1
consistent 55:11
Constitution
32:10
constitutional
32:1,8,15,20
32:25 33:15
contact 38:19
contain 58:3
containing 58:2
contemplated
21:1
context 71:25
72:16
continuing
35:15
control 24:24
64:4 72:11,14
73:17

conventions
35:22
conversation
69:11 80:21
conversations
67:4 79:17,23
80:2,4
copy 58:23
86:18
corner 78:9
correct 8:7,9,10
8:18 9:10,11
10:7,8,18,19
10:20 11:9,11
11:15,18 12:7,12
13:5,21,22
14:15,16 21:14
21:17 22:4
23:13,14 24:11
27:6 30:24
34:10 37:24
38:20 40:3
41:1 43:21
45:17 47:3,4,7
47:8 48:8,11
48:23 49:18
51:13,24 52:1
52:13,22
53:25 56:18
56:19 57:6,8
61:22 62:1,2
64:2,17,20,24
65:4,5 66:13
71:1 72:18,22
73:2 74:1 76:2
76:5,20 77:23
78:15 79:7
81:25 82:1
85:8
corrections
86:9
corrective
73:23
correctly 13:11
36:22 39:4
could 7:2 9:25
13:2 17:13 18:3

31:20 32:1,5
32:20,21
42:24 54:18
60:3 82:8,8
82:24 85:4
86:18
counsel 5:2,3
87:10,13
counselor 23:1
COUNSELOR'S
4:9
counselors
40:20
country 32:12
35:20
couple 38:25
course 2:11
16:14 18:10
35:9 39:21,22
47:10,25
court 1:1 3:1,17
4:12 5:5 6:11
9:23 11:6 14:13
21:9,19 22:18
25:16 26:4
27:13 39:9
40:14 41:25
51:3 86:11
Court's 22:22
26:16
cover 52:25
covered 17:21
38:25 53:19
covers 60:20
created 18:4
25:22 44:15
45:1 47:6
crime 65:15,16
65:25 66:2,7
66:14,25
67:14 68:6,8
69:4,20 70:5
70:14 78:5
criminal 32:2,21
32:24 33:5
criminals 74:22
75:2

critical 15:23
28:2 36:22
37:5,12 39:2,3
39:5 45:11
criticized 72:1
critique 2:9 13:4
13:10,15,21
14:4,9,20 15:6
15:13,19 16:4
17:14,22
crowd 49:3,23
52:3,16 58:20
59:17 63:11
64:4 65:10,13
69:10
crowds 35:8
46:4 49:6
Cruiser 9:9,16
9:17
current 7:8
currently 7:14
38:4

———————
D
———————
D 22:9
daily 16:10,13,13
20:4 22:24
damage 72:7,8
72:12,15 75:11
75:25 80:10
date 10:15,21
11:12 21:1 27:5
30:18
dated 10:4 39:11
dates 10:12
day 3:13 11:16
28:25 29:2,7
29:7,8 47:14
47:17 71:21
72:20 75:21
day-to-day
24:18
days 44:2 47:11
de-escalate
49:6
deal 38:14 52:11
52:23 79:25

dealing 27:12
50:6 78:23
deals 45:20
46:3 48:1,7
49:17 51:11
52:2,14,15
56:18 57:21
dealt 28:16
December 8:13
17:8 20:13
decision 31:16
38:1 80:19,20
decisions 30:2
30:5,14
declaration 2:15
51:18
declare 37:23
38:15,22 50:11
declared 31:11
declaring 31:1
35:3 38:6 49:1
50:19
Deeba 68:4,5
Deeken 9:3
Def-Tec 57:25
defend 49:22
Defendant 1:8
3:8,20 4:7 5:3
Defense' 57:25
defer 31:11,14
define 56:24
delegate 25:7
demonstration
2:13 42:19
department
7:24 8:9 9:5
16:24 20:14
21:16 24:1
26:12 29:6
36:1 38:5
44:13 45:16
57:6 58:3
62:24 65:17
65:21 67:10
68:19 77:14
81:14,15 82:6
82:21 83:10,21

84:5,21 85:23
deploy 49:22
deployment
52:2,16 58:19
59:16 64:4
deposed 6:1
deposition 1:10
3:10 5:3,13,20
7:6 9:21 86:9
87:6,11
describe 22:2
described 9:9
13:14 23:12
24:11 57:7
77:15 78:7
79:3
destroy 74:23
destroyed
85:10
detail 13:8
15:22 17:18
33:25 34:17,18
34:19 40:1
44:3 46:19
78:20
details 12:17 14:1
14:2,5 34:15
detectives
70:16
determination
69:5 70:18
74:5
developed
43:19 47:1
developments
30:19
device 57:13
devices 58:3
did 7:5 8:11,20
13:11 16:25
18:23 19:13,21
22:20 30:6
31:8,11 56:8
66:23 67:4,13
69:15 71:24
72:17,19 73:7
73:10,11 74:10

74:14 75:14
76:17 78:2,5
84:3,4 85:22
didn't 19:24
48:3 72:12
78:10 85:14
Dierker 4:8
10:22 26:18
43:6 58:25
59:4 86:7,16
86:20
difference 29:2
different 20:18
32:12 34:6,12
35:10,11,21,24
56:16 59:22
61:9 62:13,22
65:18 70:2
78:8 79:10
differently 82:8
82:24
direct 13:2
31:20 34:3
48:20 66:9
78:10
direction 87:9
directions 78:8
79:10
directive 26:11
26:15
director 8:25
9:3
disbursement
52:16 65:14
disciplined 74:2
discretion
37:22
discuss 19:6
discussed 43:4
discussing
15:15,18
discussion 16:5
43:8 48:16
74:19
disobedience
10:5 14:23
35:19 36:3,9

36:10 39:13
40:7 41:13
43:12,16
46:22 48:19
48:25
dispersal 31:2
31:10 46:4
49:2,11 50:17
52:3 58:20
59:17 63:12
65:10
disperse 34:9
49:6,7,23
75:12 76:2
disrespect
64:10
disseminated
41:8
distance 55:21
62:13,19
distinguish
57:17
district 1:1,2 3:1,1
3:17,17 22:9
23:20 36:7
districts 24:25
division 1:2 3:2
3:18 83:17
do 6:9,25 7:5,14
9:20,24 11:19
12:1,3,3 14:5
14:19,25 15:2
16:3,22 18:1,19
18:20 19:19
20:3 21:6,10,11
21:13,18 22:3
22:13,14 27:19
27:21,22,24
28:14,25 29:1
29:11 31:7
32:4,5 34:5
35:2 36:20
36:22 37:11,16
37:21 39:18
39:24 42:22
43:2,24 46:23
47:12,13,15,16

47:18,20,22
47:23,24 48:9
48:15,18,24
49:9 50:1,9
51:6,7,8,10,21
51:23 52:3,6
56:14,20
58:18,23
59:18,23 61:6
61:12 63:8
66:11,17 68:25
69:13,14,19
70:6,12 71:6
71:14,18 73:24
74:7,24 75:2,7
76:22,24 77:5
77:6,10 78:24
78:24 79:21
80:5,13,21,24
84:2,14 85:14
87:4
document 9:25
10:2,2 11:11,20
12:23 13:3
14:22 18:25
19:3,4 21:13
22:14 26:2
29:1 32:4 34:7
34:13,14 39:10
39:15,17,19
40:2,17,18 41:7
41:23 42:2,3,7
42:25 43:5,18
44:8,10,21
46:11,25 47:13
47:16,20,23
48:5,22 49:3
50:8,10,12
51:10,15 52:1
52:24 53:11
56:22 58:21
59:19 60:13
60:23 81:12
documents 18:4
19:7 27:14
40:6,9 41:16
44:22 54:1,7

54:10,13
does 7:19 9:12
15:3,8 29:24
70:3
doesn't 12:8
15:14 17:2
doing 70:12
85:13
don't 10:12 11:3
11:23 17:13
19:12 33:8
38:23 40:1
48:5,6 50:13
50:23 53:23
54:10 61:11
69:24 70:10
71:13 72:23
73:2 75:16,16
76:12,19 77:12
78:1 79:2,20
84:9,16 85:5
85:6,13
done 17:3,5,25
25:9 35:24
39:3 72:15
82:24
Dotson 7:21
down 10:7,10
11:17 16:5
18:20 19:5,5
25:7 80:9
downtown 72:9
draft 18:14
drafts 19:8 83:5
drinking 34:20
duly 87:6
Duncan 4:8
during 8:16 9:7
18:13 28:1,25
35:1,14,14
45:11 48:16
63:4 71:18
80:24 85:11
dust 18:20 20:5
20:11
duties 38:18

**E**

earlier 68:13
early 71:14
Eastern 1:2,2 3:1
3:2,17,18
easy 11:23
education 35:15
effect 52:7
else 33:16 40:6
66:17
email 2:10 21:11
22:15,20
24:14 25:12
27:9,23 28:11
28:15,17
emails 22:21
27:16,18 28:19
employed 9:4,6
87:10,13
employee 74:7
74:15 87:13
EMS 68:19
encounter
34:22
end 34:2 69:10
72:8
enough 26:22
86:17
ensure 37:5
39:3
entered 26:10
26:15
entire 8:16 16:6
79:13,14
entities 65:23
equipment
36:12 37:7,10
59:21 60:7,14
65:3
Eric 14:25
66:20
escalate 49:5
especially 17:19
45:10
Esquire 4:3,8,8
establish 57:24

established
27:4 38:8
49:16 65:1
et 1:4 3:4,19
etc 34:20 35:8
69:14
evaluate 19:15
81:14
evaluates 20:15
evaluating
83:10
evaluation 21:2
even 15:21 16:15
16:16,16 29:3
35:12 82:13
evening 29:4
74:23 80:1
82:22 85:20
event 12:11,22
14:7 28:2 72:4
event-after
13:10,15,21
14:9,19 15:6
events 12:12
15:16 16:11
67:5,16,17
70:3
ever 6:1 25:21
39:15 40:5,18
41:23 42:1
51:14 52:17
53:1,8,21
55:24 61:6
74:2,11 75:14
every 14:5 15:21
35:6 36:1
57:13
everybody 33:8
33:16 75:18
85:1
everyone 25:7
everything
15:15 17:17
21:22 30:4
68:14 80:9
Everything's
53:19

evolved 36:13
  36:15,17
exact 10:12
  45:24
Examination
  2:4 5:15
EXAMINATIO...
  2:3
examined 3:11
  5:10
example 24:19
  31:1 32:22
  34:18 37:2
  61:24
exception 12:23
exercise 32:1,8
  32:14,19
exhibit 2:7,8,9
  2:10,11,12,13,14
  2:15 9:21,22
  11:4,5,8 14:12
  14:14 21:6,8
  26:25 27:8
  28:18,20
  33:21 39:8,11
  40:11,12,13
  41:21,24
  42:23 43:3
  44:7,21 46:11
  46:20 51:5,5
  51:8,14,21,21
exhibits 2:6,18
  39:6 44:6
  51:2,4 52:19
  52:21
exist 54:13
expectation
  24:23 25:2
expecting 25:9
expertise 70:10
explain 46:14
  67:16
explained 41:17
explaining
  22:22 62:25
explains 55:10
  55:25 63:9

65:8
expressed
  79:24
expressly 5:7
extended 57:7
  57:18 58:13
  60:2,22 61:4
  61:5,21,25
extent 12:21
  14:6 41:14
  70:11

———
F
———
faced 80:18
facilitate 68:22
fact 16:4 45:15
  63:8 76:10,21
  82:14
facts 37:23
  38:8 80:18
fail 49:7
failure 37:16
  75:12 76:1
fair 12:4,20
  25:17,18
  26:22 30:23
  42:20 69:17
  75:9 84:23,25
  86:16
fall 9:7 58:14
  60:25 61:8
falls 63:1 64:1,19
  64:23
familiar 5:23
  13:14,17 25:8
  26:6,9 45:4
  45:21 46:5
  56:5 85:1
familiarize 22:7
far 45:5 77:13
  82:25 83:1
fed 70:7
federal 81:20,21
feed 65:24
few 20:6 23:20
  23:21,22 26:7
  33:12 39:6

40:15 75:25
  77:21 84:2
figure 16:18
  54:13
filed 5:24 51:19
financially 87:14
fine 69:12 84:18
fire 47:18 68:18
first 2:8 8:1 11:9
  13:6 36:15,20
  42:12,13,18
  43:3 49:16
  50:7 57:25
fit 61:14,21
fits 62:7
five 23:22 76:5
  76:15
flip 40:12
Flonase 6:22
focus 51:20
focused 69:1
focusing 24:6
  49:10
fogger 62:14
follow 22:11
following 26:15
follows 5:11
  43:8 47:21
  74:19
footage 65:19
for 4:2,7 5:2,3
  5:21 6:11 7:2,5
  8:8 9:22 10:1
  11:5,19,23
  12:10 14:12
  15:20,22 18:2
  21:8 23:8
  24:19 25:4
  28:24 30:21
  30:25 31:1,14
  31:14 33:20
  34:8,11,23
  36:22 37:2
  38:11 39:8,13
  39:20 40:13
  41:24 43:12,16
  45:2,19,23

47:11 50:7
  51:2 52:3,16
  58:19,20
  59:16,17 60:3
  61:24 63:8,11
  64:3,4 65:10
  65:13 73:3,8
  73:14,19 74:2
  75:11,18,24
  76:1,3 77:21
  84:11 86:4
  87:10
force 34:23
  51:12 56:13,15
forces 83:4
foregoing 87:6
form 12:9 13:9
  16:21
format 12:19,21
formation 47:14
forth 9:17 23:11
  36:12 53:16
  54:24 55:21
  58:10
FOUNDATION
  4:3
four 78:8 79:10
from 6:9 12:9,21
  14:10,23 19:14
  22:25 26:7
  36:14 38:6
  42:20 45:7
  46:7 55:25
  57:5,17 65:19
  66:6 67:8
  68:8 78:8
  79:10 82:2,14
  83:11,22
front 9:20 21:7
  26:24 44:6
  51:6 52:19
further 35:23
  86:3 87:12
future 19:20

———
G
———
gas 48:13

gave 23:5 84:9
general 26:8
  42:9,10
generated 41:16
  44:12
Gerald 28:23
get 9:13,18 31:9
  31:18 36:18
  45:9 64:14
  82:16
give 6:7 32:21
  41:21 54:18
  69:15 77:20
given 9:14
  20:18 40:20
  42:4,5,7 57:13
  78:25 80:17,17
giving 58:21
  68:7,10,11
glance 50:24
Glancing 43:10
go 9:18 11:24
  14:2,24 25:2
  28:20 34:2
  46:20 63:5
  63:20 83:17
  86:12,14
goes 35:6
  62:20 66:7
going 6:6 16:11
  16:12,14 19:11
  20:2 21:22
  26:18 28:23
  30:12,19 37:19
  40:15 45:23
  49:15 50:7,9
  50:12 67:3,16
  68:17 69:10
  71:6 72:6,7,8
  81:11 82:13
gone 25:10
  81:20
Good 5:17,18
got 13:4 42:13
  59:4 67:6
  69:9,10
Gotcha 8:19

LAWRENCE O'TOOLE  4/17/2019

9:19 43:23
67:24
governor 66:20
67:5,6
grand 81:21
Gras 34:18
greet 67:6
greeted 67:7
Greitens 66:20
ground 31:13
67:22 78:3,11
79:8
group 74:22
groups 12:24
guess 18:21
79:20
guidance 24:17
25:15,23 26:3
38:21 44:24
53:2
guide 53:4
guidelines 2:13
42:9,10
guns 71:7,8,12
71:13

**H**

H-o-d-z-i-c 23:4
had 7:10 10:13
12:4 18:1,1,15
18:19 20:17
22:25 27:16
28:2,4,8,9
33:2,4 35:11
35:21 49:14
54:9 60:15
67:2,7 69:3
72:5,6,21
73:23 74:22
76:25 77:2,17
79:17,23 80:2
80:4,22 84:1
85:10,19
Hall 3:13 81:25
82:4 84:1,7,23
85:10,19,25
hand 10:23

39:10
handed 10:24
11:8 14:14 21:5
40:10 51:4
58:25
handheld 45:21
50:5 52:13
56:21,23,24
57:3,9,12,12
57:22 58:12
60:21 61:20
62:7,25 63:1
63:11,18,19,24
64:18,23 65:3
65:8,13
handle 7:23
30:3 31:12,19
36:2 74:8
handled 20:21
28:6 79:19
80:3,12,13
82:7,8
handling 30:21
35:8 69:1
happened 14:10
17:14 80:9
81:23
happening 30:4
30:21
happy 73:20
86:20
hard 6:11
has 20:6,11,12
20:17,25
36:15 37:22
38:5 39:23
42:13 44:21
45:17 47:10
57:6 59:21
70:6 77:14
78:21 80:19
81:20,23 83:1
83:14
have 6:1,2,3
7:10 9:4,20
10:11 12:12
14:10 15:21

16:1,5,13 17:20
17:24 19:8
21:4,6 22:10
24:4 25:21
26:1,5,24 27:8
30:6,8,13 31:6
31:17,17 32:13
32:15 33:12
34:25 35:11
35:25 36:4,7
36:11 39:15
40:1,5,8,18
41:23 42:1
44:3,6 45:2,6
45:25 51:6,14
51:16,21 52:17
52:21 53:1,8,11
53:15,21 54:5
55:2,24
58:23 59:8,14
61:24 62:11
66:4 67:4
68:15 69:12
69:22 70:8,10
70:11,22 72:7
76:17 77:11,17
78:5,16,17,25
79:16,22 82:8
83:20 84:15
85:5,6 86:1,3
86:7,8,18
haven't 36:8
50:8 54:15
having 5:9 58:9
60:15
Hayden 7:15
he 29:21 30:1,6
30:11,13,17,18
30:20 31:6,10
31:13 38:7
66:21,21,22
66:23,24 67:1
67:7,7,8,20
67:22,23 68:2
68:11,14,23,25
73:14,16,19
74:8 78:21

79:14,19,25
80:12,13,19,19
84:17 85:4
he'll 30:2,3,3
he's 30:1,14,17
31:15,16,16
59:4 68:13,16
68:17 79:13
80:17,18
head 38:24
heading 13:4
heard 19:12
77:21 84:15
held 71:15
her 67:17
here 10:15 11:21
13:15 22:5
32:18 35:19
41:17 45:15
48:11 50:13,13
53:24 55:3,3
58:18 59:9
61:4 63:8
82:11,15 83:19
84:19
here's 17:8
hereby 5:1 87:4
hey 16:3 18:18
35:23 68:23
69:9 72:10
75:17
high-capacity
57:7,18 58:13
60:21 61:4,21
61:25
high-level 40:16
highest 8:6
him 10:23 26:21
31:12,14 58:25
67:7 68:10,21
77:10 78:2,12
84:16
Hindsight 80:15
his 30:22 31:3
38:11,19 67:8
69:1,18 73:17
78:7,20,22

84:11
hit 33:3
Hodzic 23:1,2,3
23:4 40:22
Holliday 76:25
77:6 80:22
homeless
85:25
hours 3:12
39:21
how 6:3 7:10
8:11 9:4 16:22
20:20 22:22
23:15,19,25
24:17 28:6
31:18 36:2
37:10 50:17,17
54:18,20
55:23 62:14
62:14,17 63:5
67:19,25 68:4
69:16 77:20
79:19 80:3
81:14 82:7,7
82:23
However 75:20

**I**

I 5:19 6:2,25
7:12,13,18,21
7:22,22 8:22
8:24 9:24
10:11,11,12,22
11:9,15,21,23
12:3,3,8 13:2
13:11,17 14:6,14
14:22 15:2,3
17:9,12,13,16
17:23,23 18:3
18:8,11,21 19:8
19:10,12,18
20:8,8,17,23
21:4,10,13,14
21:21,21,21,21
21:21,24 22:14
22:19,25,25
23:5 25:18

| | | | |
|---|---|---|---|
| 26:5,8,17,17,19 | 73:2,10,18,18 | 64:14,17 65:12 | **immediate** |
| 27:4,5,21,24 | 73:19,20 74:1 | 68:15,23 70:3 | 22:12 |
| 28:8,9,11,11 | 74:4 75:1,16,16 | 71:10 74:15 | **impact** 24:18 |
| 29:1,23 31:14 | 75:16,16,17,22 | 78:11 81:22 | **impacted** 22:23 |
| 31:15,15,16,20 | 75:22 76:6,12 | 82:25 83:24 | **impairs** 6:20 |
| 32:4 33:2 | 76:19,20 77:2 | 84:8,8,8,9,16 | **impinge** 33:15 |
| 34:25 36:15 | 77:2,17,23 | 85:1,1,7 | **impinged** 32:2 |
| 36:17,18 | 78:1,10,11,15 | **I've** 9:6 10:24 | 32:20,25 |
| 38:20,23,23 | 78:24,24,24 | 38:14 50:24 | **important** 6:7 |
| 38:23,23 39:7 | 79:2,7,20,20 | 52:18 53:18 | 13:24 22:7 |
| 39:25 40:8,19 | 79:20,20 | 54:7,9 55:13 | 52:10 |
| 40:19,21,25 | 80:8,11,11,11,14 | 56:15,15 60:13 | **improve** 13:25 |
| 41:1,9,21 42:3 | 80:16,17 81:17 | 60:13 70:1 | 14:9 16:22 |
| 42:3,3,4,8,8,9 | 81:17,21,22,22 | 71:4 77:20 | 17:10 |
| 45:8,9,9,20 | 81:24 82:10,10 | **i.e** 18:24 | **in** 1:1 3:1,16 5:21 |
| 47:13,16,20 | 82:12,18 83:14 | **idea** 77:20,25 | 6:19 7:12,13,16 |
| 47:23 48:3,3 | 83:15 84:3,8,8 | 78:17,18 | 7:21 8:11 9:7 |
| 48:5,5,8,12,12 | 84:9,15,15,15 | **identical** 12:21 | 9:20 12:22 |
| 49:3,7,14 50:4 | 84:15,16,16,25 | **identification** | 14:20 15:25 |
| 50:7,8,8,13,17 | 84:25 85:6,8 | 9:23 11:6 14:13 | 15:25 16:4,9 |
| 50:24 51:7,10 | 85:14,15,15,15 | 21:9 39:9 | 16:24 17:15,15 |
| 51:16,20,20 | 86:1,3,7,18 | 40:14 41:25 | 17:17,21 19:3,3 |
| 51:23,24 52:5 | 87:3,9,12 | 51:3 | 19:6,6,16,20 |
| 52:22,24,24 | **I'd** 52:12 54:14 | **identifies** 22:1 | 19:20,20 |
| 53:11,18,23,23 | 74:4,4,4 84:16 | 59:21 | 20:15 21:7,20 |
| 53:23,23,24 | **I'll** 6:9 11:21 13:6 | **identify** 9:25 | 21:23 23:8,15 |
| 54:4,4,4,4,8 | 14:17 15:5 | 17:6 42:24 | 23:25 24:1,2 |
| 54:10,10,10,14 | 22:5 24:4 | **if** 10:22 11:21,23 | 24:18 25:6,15 |
| 54:16,16,18,19 | 26:20 34:3 | 13:2 14:24 | 25:21 26:1,8,8 |
| 55:2,2,2 56:6 | 39:10 41:21 | 15:3,24 18:3 | 26:16,24 27:1 |
| 57:5,11,17,23 | 44:19 46:24 | 19:4,7 28:20 | 27:17 28:17 |
| 58:21,25 | 51:17 86:14 | 29:4 31:20 | 30:1 31:6,6,17 |
| 59:14 60:1,17 | **I'm** 5:20 6:6,22 | 33:17,17,17 | 31:18,18 32:11 |
| 60:23,23,23 | 16:18 17:4 18:2 | 34:2 38:7 | 32:11,16 33:7 |
| 61:11,11 62:16 | 19:11 21:21,25 | 39:6 41:21 | 33:11,12 34:17 |
| 64:3,6,8,11,11 | 24:13 26:18 | 42:23 43:24 | 34:19,19,24 |
| 64:11,13,14,14 | 27:18 28:3,19 | 44:1,1 46:20 | 35:8,8,12,17 |
| 65:25 66:13 | 29:3,4 31:16 | 47:9 49:19,21 | 35:19 36:2,7 |
| 66:16,21 67:7 | 37:9 40:15 | 54:7,9,13,14,15 | 36:25 37:5 |
| 67:15 68:10,10 | 41:5,19 45:4,8 | 54:19 58:17 | 38:9 40:7 |
| 68:13,15,16,21 | 45:23 49:9,15 | 59:20 64:17 | 44:5,6,12 |
| 68:24,24,24 | 49:20 52:18 | 66:6,10,23 | 46:14,19 47:14 |
| 68:25 69:22 | 54:4,5,8,12 | 68:16,16,23 | 47:17,25,25 |
| 69:24 70:9,10 | 55:19 57:12 | 70:22,23 | 48:6,22,25 |
| 71:1,9,13,20 | 58:5,5 59:6,9 | 71:10 74:6,8 | 49:11,17 50:5 |
| 71:25,25 72:1 | 60:10 61:7 | 75:17 84:16 | 50:13 51:6,19 |
| 72:19,23 73:1 | 63:16,18,20 | **imagine** 14:1 | 51:20 52:7,19 |
| | | | 53:2,4,9,9,16 |
| | | | 53:19,19 54:6 |
| | | | 54:24,25 |
| | | | 55:3,9,14,24 |
| | | | 57:23 58:10 |
| | | | 61:4 63:6,6,11 |
| | | | 65:23,24 |
| | | | 66:8,22 67:3 |
| | | | 67:7 68:5,16 |
| | | | 68:17,20 69:5 |
| | | | 69:9,14 70:2,7 |
| | | | 70:9,18,25 |
| | | | 71:14,25 72:7 |
| | | | 72:13,16,25 |
| | | | 73:1,22 74:11 |
| | | | 75:2 76:7,10 |
| | | | 76:20 77:5,15 |
| | | | 78:9,11,22 |
| | | | 79:11,13 80:9 |
| | | | 80:9,9,21 |
| | | | 82:15,23 |
| | | | 83:16,16 84:6 |
| | | | 84:17,22,25 |
| | | | 85:2,2,9,18 |
| | | | 87:5,11,15 |
| | | | **inaccurate** 10:18 |
| | | | **inappropriate** |
| | | | 36:25 |
| | | | **inappropriately** |
| | | | 37:19 |
| | | | **inartful** 19:11 |
| | | | **incident** 15:21 |
| | | | 15:23 16:6 |
| | | | 17:13,14 28:24 |
| | | | 29:11,14,21,25 |
| | | | 30:6,14,22,25 |
| | | | 68:14 73:16 |
| | | | 79:8,12,14,14 |
| | | | 80:3,5 81:4,6 |
| | | | 81:8,18,25 |
| | | | 82:4 84:1,7,23 |
| | | | 85:11 |
| | | | **include** 34:15,19 |
| | | | **included** 41:17 |
| | | | **including** 27:16 |
| | | | 34:11 43:3 |
| | | | 52:13 |

INDEX 2:1
indicated 47:2
   73:22 74:22
indicates 39:12
indirectly 52:18
individual 76:17
individuals
   33:14,18 49:7
inert 62:12
information
   12:24 41:17
   75:20 76:19
   80:23
injunction 21:19
   22:2,8,17,23
   25:16,24
injured 16:1 33:3
injuries 80:11
instruct 18:23
   19:21,25 26:21
   78:2
instruction 47:11
instructions
   24:17 26:2
instructor 39:13
insult 72:2
intents 32:13
interested
   87:15
interim 7:18,20
   7:23,25 8:2,2
   8:5,12,16,23
   15:10 17:7,24
   18:5,13 19:13
   20:1 28:1,16
   45:10,13
internal 83:7,17
interpret 53:4
interpretation
   62:7
interrupt 6:10
interrupting 6:9
intervention
   49:4
interview 73:22
   76:25 77:5
   80:22

interviews 77:2
into 5:6 13:6
   17:16,17 26:10
   49:15 81:2
   82:4
introduced 5:19
invades 26:19
invariably 37:18
investigate
   18:25 82:6,21
   84:5 85:24
investigates
   20:15 65:18
investigating
   83:10 84:22
investigation
   80:24 81:2,21
   82:3 83:15
   84:20 85:2
investigations
   83:16,20
investigator
   85:24
involved 16:16
   36:15 72:25
   73:1 74:11 85:2
involving 66:7
   81:19,25
is 3:20 5:1,19
   6:12 7:8 8:9
   9:9,15,16,17
   10:2,4,15,18
   10:22,24 12:10
   12:16,16,20,21
   14:9,14,19 15:7
   15:22 16:3,18
   17:12 18:4,11
   19:24 20:14
   21:1 22:7 24:5
   24:13,24 25:2
   25:2,9,16
   26:3,14,25
   27:8,19 28:3,8
   28:14 29:4,8
   29:9 30:1,22
   30:22 31:23
   32:7 34:11 36:1

36:1,21 37:5
38:3,4 39:2,5
39:11,13 40:19
42:20,25
43:11,17 44:8
44:17,20
46:10,21,21
47:22 48:12
50:17 51:5,24
53:9,12,14
54:3,5,8,13,21
55:4,5,8,13,13
55:14,14,24
56:22 57:2
57:20,22
58:9,18 59:12
59:15 60:6,17
60:19 61:8,12
62:3,11,22
63:3,3 64:18
65:6,15,16,16
66:8 69:17
70:2 72:8
75:9,17,25
76:9 77:13
79:7 82:11,12
82:16,17 84:11
84:23
isn't 72:5,22
76:7
issue 49:11 61:7
issued 11:16 17:7
   20:13 21:19
   22:9,18 25:16
   26:4,11,15
   27:12 31:10
   36:11 57:8
   61:17 62:25
   65:9
issues 44:14
issuing 31:2
   49:2 50:16
   69:6
it 5:1 9:2 10:11,15
   10:22 11:22,23
   12:6,20 13:6
   15:8,14,22

16:2,2,12,16
16:25 17:2,21
17:21 19:5
20:3 21:21
22:1,2,7,7
27:19,25 28:3
29:24 32:18
33:18 34:2
35:15,25
36:15 37:10,19
38:15 39:23
40:21 42:16
42:22,24
43:18 44:2,3
44:19 45:24
47:6,9,14,17
49:15,21 51:21
52:25 53:6
53:20 54:17
54:21 55:2
56:22 57:20
57:24 58:9,23
58:25 59:5,8
59:15,21 60:19
61:3,3,3 62:19
63:6,6 70:11
72:2,10,16,16
73:3,3,19 74:8
75:9,23,23
76:7 78:23
79:19,20 80:3
80:12,13 82:7
82:7 83:6
86:19
it's 6:7,11 10:3
   12:4,18 13:3
   13:25 25:10
   33:13 34:14
   35:13,13 36:4
   36:12,12,17
   37:11 39:12,12
   39:18,22 40:2
   44:15,25
   45:24 46:15
   48:1 49:10
   50:2,10 51:11
   51:17,21 53:3

54:17,17,17,19
54:22 55:10
56:12,15 59:9
66:3 69:25
70:1 73:6
its 56:1
itself 55:15,17
IV 2:14 45:20
   51:9 53:5,10
   53:17 54:24
   56:5,17 57:21
   57:25 58:11,14
   61:14

                 J
J 3:15 4:13 5:4
   87:3,19
jail 75:2
January 9:6
Jefferson 43:13
Jemerson
   20:19 39:14
   39:20 40:6
   43:20 47:3
Jerome 51:18
job 36:22 69:1
   69:18
John 7:15
Joseph 84:6,14
Judge 22:9
jury 81:22
just 5:19,24 6:6
   11:9 12:10,18
   18:2 21:25
   23:13 24:11
   25:11 29:4
   31:11 32:11
   34:14 35:4,19
   38:18 39:18
   39:23 40:12
   40:15 42:1,8,9
   42:12,18 43:2
   43:4 44:19
   45:19 48:3
   50:12 54:15,19
   58:5,6 60:10
   64:14 66:22

71:10 72:5,10
72:20 74:13
76:1 86:12

**K**

Kansas 4:4
keep 30:11
keeps 30:18,20
kettle 29:12
77:15 78:7
79:2,4 81:2
82:7
kettling 77:6
80:23
kind 19:1,16
24:17 47:22
61:7
knew 73:19
know 5:24,25
10:6,12 11:19
14:4 16:18,24
17:25 23:7,23
25:5,9 30:12
30:18 32:10
33:7 35:6,7,21
36:1 37:9,25
42:19 43:24
45:23 49:5
54:8,14,16,17
54:20 55:19
55:23 56:12
58:2 62:13
63:3,8 64:13
67:9 69:9,19
70:12,23 72:4
72:5,5,11,12
72:23 74:9
75:14,21 77:13
78:1,24 81:20
84:9,14,16
knowing 15:9
knowledge
20:12,25
74:10 84:4
85:5,6,22
86:1
KSDK 77:1

**L**

lack 36:24
language 74:14
large 12:21
large-scale
47:18
larger 58:8
62:14 63:15,16
Larson 15:1,6
Larson's 16:25
last 35:17 56:10
law 33:19,20
35:13
lawful 5:9
lawfully 32:1,19
76:8,11,21
Lawrence 1:10
3:10 5:8 7:3
lawsuit 5:24
lays 47:17
lead 37:18
leaders 85:9,18
leads 43:15
learn 14:9 82:11
82:13
learned 14:7
15:24 17:9
19:17 20:16
82:11,17,23
83:1,11,22
learning 20:4
39:24
least 69:9 73:4
76:5
left 7:21 74:4
less 49:22
lesson 2:11
39:22 43:11,18
46:22 48:19
48:22,25
lessons 14:7
15:24 17:9
19:17 20:16
82:11,17,23
83:1,10,22
let 39:6 42:1

46:24 53:6
64:16 75:14
let's 29:12 31:10
32:22 33:11
35:4 46:19
50:5 57:11
63:20
lethal 49:22
level 25:22
38:2 74:9
Leyshock
28:23 29:20
30:5 31:1,8
67:20 68:9
69:7,8,16
73:13,18 74:5
74:11,14 77:24
78:6,11,16
79:8,12,18,24
80:6
license 66:4
lieutenant 7:9
7:12 20:18
28:22 29:20
67:19,25 68:8
69:7,8,15
73:13,18 74:10
74:14 77:23
78:6,10,15
79:8,17,23
80:6
lieutenants
23:18,22
24:25
like 15:25
24:20 34:3,8
34:18 41:18
43:10 54:14
75:24 79:1
82:18
listed 49:8,25
50:13
listened 75:23
literally 11:16
literature 42:4
litigation 4:13
16:15,17 51:19

82:15,19
little 36:18
46:19 69:22
location 12:25
long 7:10 8:11
9:4 16:5
look 11:21 15:20
15:22,23
46:19 47:9,24
48:8 49:19
58:17 59:20
68:24 74:6
77:17
looked 33:22
looking 18:2
43:17,21 45:8
55:18 59:12
61:10 70:23
looks 43:10
lot 14:3 66:11,19
70:7
Louis 1:7 3:7,13
3:14,19 4:9,10
4:14 5:22 8:8
9:5 21:15 24:1
32:11 35:20
44:12 45:16
71:2 77:14
81:13 82:5,20
83:9,21 84:5
84:21 85:23
lower 74:9
LPR 66:4,6
Luther 81:25
82:4 84:1,7,23
85:10,19

**M**

M-a-r-c-a-t-n-...
84:12
mace 45:21
51:12 56:18
58:1
made 30:5 38:2
75:6,10,23
80:19 83:12
major 12:11,12

12:22 13:9,15
13:21 14:7,8,19
15:5,21 28:2
majority 75:9
76:1,3
make 11:23
25:11 30:2
31:15 33:10
45:9 48:3
80:19 83:6
86:9
makes 48:14
making 69:5,10
70:18
Maleeha 1:4 3:4
3:18
man 85:25
management
49:4
manner 33:13
manning 70:18
manpower 12:17
68:20,21
mans 69:19
manufacturer
55:20,22
many 6:3 17:20
23:15,19,25
34:24 36:18
55:5 76:7
Marcantano
84:6,14
Marcantano's
84:22
Mardi 34:18
mark 11:3 57:25
marked 9:21,22
11:5 14:12 21:6
21:8 39:8,11
40:11,13 41:24
44:7,21 51:2
58:24
Market 3:13 4:9
mask 48:13
mass 29:16
material 54:18
materials 39:20

41:7 44:11,23
46:12,17 52:17
53:1,8,12,16,19
53:22 54:23
**matter** 17:15
21:20
**may** 5:3 14:10
15:21 16:2,4
24:18 34:22
35:15 36:7
39:7 41:22
68:20 83:18
**maybe** 12:23
23:17,21,21
35:14 66:8
68:18
**mayor** 7:23
67:11
**me** 6:8,9 14:8
15:14 17:2,6
19:12 20:5
27:25 30:11,14
30:18 32:21
33:13 37:2,11
37:16,21 39:6
39:18 42:1
46:20 48:15
48:18,24 52:6
53:6 61:19,19
64:16,17 68:11
68:16 83:4
84:9 87:6,7
**mean** 7:19 9:12
26:8 29:24
32:6 54:16
64:3 67:15
71:24 79:21
**meant** 72:2,10
72:16
**medication** 6:19
**meeting** 19:6
23:12,16 24:10
41:15 71:3,5,7
**meetings** 79:23
**member** 76:21
**mentioned** 84:1
**Metropolitan**

8:8 9:5 21:16
24:1 26:11
44:12 45:16
81:13 82:5,21
83:9,21 84:5
84:21 85:23
**Michael** 68:4
**middle** 78:9
79:11
**military** 76:22
**mind** 44:5 83:16
**mine** 59:1
**minimize** 72:15
80:10
**minimum** 73:4
78:18,19
**minutes** 20:6
84:2
**misconduct**
74:7,15
**miss** 48:3
**Missouri** 1:2,7
3:1,7,14,16,18
3:20 4:3,4,10
4:14 76:8 87:4
**mistakes** 14:10
**Mobile** 60:4
**mobs** 35:8
**money** 85:9,18
**monitor** 66:3,6
**monitoring**
68:17
**monthly** 56:14
**more** 16:15,16
18:8 24:16
36:4,19 38:2
46:19 61:4
69:2,13,22
75:6 82:13
**morning** 5:17,18
71:15
**motives** 32:13
**move** 68:21
**moved** 72:13
**movements**
47:15
**moving** 47:18

**MPD** 13:9
**Mr** 2:4 5:16
10:22 11:1,3,7
15:6 16:17,25
26:18,22,23
39:10 43:6,14
58:23,25
59:3,4,7 77:6
84:22 85:25
86:3,7,16,20
**much** 12:18 14:4
17:3 20:2 40:1
40:11 68:10
77:20 86:4
**munitions** 44:17
45:6 49:22
**must** 19:10
**my** 5:19 6:4,8
9:15 15:8 18:8
18:11,11 19:10
24:5 28:14
38:24 44:19
44:20 45:14
46:10 49:14
53:14,21 55:4
55:8,13,13,23
56:16 57:2
59:12 60:17
61:12 62:3,22
65:6 79:7
82:17 87:8,9
**myself** 5:20

---

### N

**name** 5:19 7:2
11:22 84:9,15
**named** 7:23 9:9
**nature** 28:7
**necessarily**
30:13 82:16
**necessary**
54:22 55:1
**need** 16:3,4
37:7 40:12
68:18,24
69:13
**needed** 19:7

**neither** 87:9
**never** 21:24
54:1 77:17,21
**next** 47:9 75:5
75:21
**night** 29:10,17
29:19 71:20
71:24 72:18
80:1 81:16,18
**no** 1:6 3:6,15
4:13 5:4 6:22
7:7 11:24 13:3
15:10 18:9,18
18:21,22 19:8
19:23 21:4
24:12 25:13
26:5,25 27:18
28:4,8,9,19,19
28:22 31:21
32:7 34:4
38:4,4,17,24
39:17 40:8
41:3,9,20 42:7
42:8,8 46:17
46:21 47:21
48:16,20 49:1
52:22 53:14
55:13,19 56:3
60:14 61:4
64:10,11,11
65:12 67:1,1,7
67:21 68:1
69:15,18 71:8
71:11 73:1 74:1
76:23 77:8,8
77:9 78:14
83:14,24
85:12,21 86:1
86:3,7 87:3
**non-deadly**
51:12
**nor** 78:24 87:10
87:14
**normal** 38:18
**normally** 25:10
38:1
**North** 4:14

**not** 6:10,15 14:3
15:21 16:2 19:8
20:23 21:4,22
22:19,19 24:10
26:5,5,21
27:18 28:19
29:3 30:13
31:16 32:11
34:14 35:19
36:9 37:9
38:14 40:8
41:5,19 43:3
44:15 46:15
48:1,9 50:2
50:24 51:16
53:24,25
54:22 55:1
58:5 60:15
63:16 65:12
69:25 70:8
73:1,19,20
74:14 75:11
76:17 77:11
78:1,11,24
82:16,25
83:18,19,24
84:8,8,10,16
84:20 85:1
87:12
**nothing** 38:20
49:17
**November**
21:12 22:10
24:14 27:10
**now** 3:16 10:6
11:8 20:5
35:23 36:4
46:19 52:18,21
55:5 57:22
58:17 59:13
74:1 83:12
**number** 6:4,5
14:4 23:18
24:8 60:9
66:3 67:2
72:5,6 77:2
**numbers** 9:18

LAWRENCE O'TOOLE   4/17/2019

| | | | | |
|---|---|---|---|---|
| **O** | 28:19,19 29:7 | 71:15 72:6,6,11 | 54:5,16 55:6 | 52:6 53:7 |
| **O'Toole** 1:10 | 29:12 30:1,1,13 | 72:11,14,15,24 | 55:9 56:12 | 54:12 55:4 |
| 3:11 5:8,17 7:3 | 30:20 31:23 | 73:20 74:16 | 57:3 58:12 | 56:17 57:5,11 |
| 9:20 16:17 | 32:2,10,12,15 | 74:22,23 | 62:6,10,24 | 57:14,15,18,19 |
| 21:5 39:10 | 32:21 33:1,10 | 75:10 76:3,12 | 63:10 65:2,8 | 57:20 58:9,17 |
| 40:10 | 33:15 34:2,12 | 76:14,16,19,20 | 66:1 70:13,16 | 59:10,12,15 |
| **oath** 6:23 32:9 | 34:12,21 35:9 | 76:21,25 77:2 | 70:17 71:3 | 60:1,1,9,11,15 |
| **object** 26:18 | 35:10,18,18 | 78:7,18,22,22 | 72:6,24 73:3 | 60:25 61:6,12 |
| **objective** 39:24 | 36:20,24 38:1 | 78:23,25 79:1 | 73:17 74:2 | 62:3,16,18 |
| **objectives** 48:6 | 38:13,18,24 | 79:4,9,13,13,18 | 78:8,20 79:10 | 65:1,15 66:13 |
| **objects** 33:4 | 39:1,19 40:8 | 79:18 80:8,8 | 80:11 81:19 | 66:17 67:11,19 |
| **observe** 67:3 | 41:5,19 42:22 | 81:1,8,8,11,12 | **officers'** 16:12 | 68:7 69:2,12 |
| **observer** 67:2 | 42:23 43:2,11 | 81:16,19,22 | **official** 83:15 | 69:19 70:15,21 |
| 67:15,18 | 44:3,6,11,14,17 | 82:4,13,20,22 | **Oh** 23:20 59:3 | 71:1,6,6,14,14 |
| **OC** 57:8,18 | 44:22 45:13 | 82:23,25 | 63:17,19,22 | 71:17,18,23 |
| 58:2,14 60:22 | 46:3,4,11 47:11 | 83:5,5,7,15,20 | 86:20 | 72:17,20 73:2 |
| 61:18,21,25 | 47:11,22 48:10 | 83:24 84:6 | **okay** 6:1,3,14,23 | 73:2,7,14 74:1 |
| **occasion** 12:10 | 48:18 49:16 | 84:20 85:17 | 7:4,8,10,16,25 | 74:17 75:1,5,9 |
| **occurred** 29:13 | 50:21 51:6,6,9 | 86:1,11,19 87:1 | 8:5,15,19 9:4,7 | 75:14,19 76:4 |
| 29:16 | 51:11,24 52:2 | 87:4,7,8,10,13 | 9:12,25 10:20 | 76:10,14,14,14 |
| **occurring** 28:24 | 52:6,7,10,12 | 87:15 | 11:2,12,15,19 | 76:20,24 77:3 |
| **odd** 27:25 | 52:16,19,23 | **off** 12:6 16:20 | 12:8,14 13:2,17 | 77:4,13,19,23 |
| **of** 1:2,7,10,11 2:8 | 53:5,10,12,17 | 27:1 38:23 | 14:17 15:3 | 78:2,13 80:21 |
| 2:14 3:1,7,10 | 53:25 54:6 | 43:6 | 19:24 20:5,10 | 81:1,6,10 82:2 |
| 3:12,13,15,17 | 54:23,25 | **off-the-record** | 20:25 21:5 | 83:19,25 84:4 |
| 3:19 4:3 5:6,9 | 55:8,11 56:1,6 | 43:7 74:18 | 22:15 23:12 | 84:13 85:3,15 |
| 5:10,13,20,21 | 56:13,14,14,15 | **offenses** 34:6 | 23:25 24:5 | 85:22 86:2 |
| 5:22 6:4,5,24 | 56:17 57:21 | 34:12,16,21 | 24:23 25:11,19 | 86:22 |
| 7:17,24 8:1,12 | 57:25 58:10,11 | **Office** 4:9 82:3 | 27:25 28:13 | **Omri** 4:3 5:19 |
| 8:13,13,13,16 | 58:14,14,17,19 | **officer** 8:6 35:6 | 28:20 29:2,11 | **on** 1:11 3:11 5:10 |
| 8:16 9:6,7,8 | 58:23 59:4,13 | 36:1 37:22 | 29:18,21,24 | 6:15 9:13,13 |
| 9:20 10:4 11:9 | 59:16,22 60:2 | 38:6,10,19,21 | 30:16,25 31:5 | 10:7,15,21 11:12 |
| 11:22 12:2,17 | 60:16,16,20 | 57:13 71:4 | 31:8,20,22 | 11:22 12:10 |
| 12:22,23,24 | 60:20,25 61:1 | 85:24 | 32:5,18 33:11 | 14:2 16:10,11 |
| 12:24 13:3 | 61:1,7,8,9,14 | **officers** 12:25 | 33:21 34:2,23 | 16:12,12,12,14 |
| 14:2,2,3,5,8 | 61:15,15,18,18 | 16:1 17:11 21:15 | 35:1 36:17,24 | 16:19,20 17:15 |
| 15:10,14,15,16 | 61:22,22 62:3 | 22:17,22 23:8 | 37:2,9,21 | 18:15 20:2 |
| 16:6,6,11,11,14 | 62:5,8,8,10 | 23:25 24:16 | 38:25 39:6,10 | 21:12 22:10,21 |
| 16:19 17:15,22 | 62:23 63:1,2 | 25:5,13,14,23 | 39:18,23 40:1 | 22:23 23:9 |
| 18:4,7,10,11,14 | 63:2,11,12 64:1 | 26:3 27:9 | 40:5,10,17,23 | 24:14 27:1,5,9 |
| 19:1,9,15,17 | 64:2,4,19,20 | 32:9 33:2,10 | 41:1,4,6,11,21 | 28:21,21 29:13 |
| 20:12,19,20 | 64:23 65:3,7 | 34:22 36:5,7 | 42:13,22 43:5 | 29:14 30:3,7 |
| 21:3,7 22:8 | 65:10,12,18,22 | 36:10,21,25 | 44:5 46:7 | 30:12,19 31:12 |
| 23:18 24:15,17 | 66:3,7,11,14,19 | 37:3,12,17 41:2 | 47:9,24 48:8 | 31:13 32:25 |
| 25:1,1 26:24 | 67:2,2 68:18 | 41:8,18 44:24 | 48:15,24 | 33:6,8,15,25 |
| 27:15,18 28:6 | 68:22 69:5,6 | 45:3 46:13 | 49:24 50:9 | 34:9,23 36:1,9 |
| | 69:11 70:7,24 | 49:23 53:2 | 51:1,1,8,17 | 36:10 37:3,8 |

37:17 42:16
47:5,21 49:4
49:10 50:19
51:20 54:18
56:8,11 58:10
59:24 66:7,14
67:3,16,22,23
68:2,3,5,11
69:1,1,3 70:6,9
70:24,24,25
71:7,9,12,13,13
72:6,7,9
74:23 75:10
76:24 77:21
78:2,4,11 79:7
80:3 81:11,15
82:11,22 83:17
85:24 86:10
once 17:25
one 5:20 10:24
11:13,16 12:22
14:25 15:7
16:25 21:4
25:12 34:8,24
35:5 44:2
45:22 46:5,21
51:4,11 52:2,14
58:7,8 61:17,18
63:16 70:24
73:14,22
76:20 77:24
78:16,17 79:9
81:19 82:18
85:4
ones 52:25
65:13 70:17
ongoing 82:12
82:19
only 15:7 16:25
19:18 40:2
48:12,14,14
61:17 63:3
77:14 81:4
open 59:1
operation 30:2
operational
10:3 12:15

33:22 67:8
operations 2:7
2:8 10:5 11:10
11:16 12:5,23
13:20 16:20
26:25 28:21
opinions 11:15
OPP-43(10-07)
13:9
opportunity
12:5 60:15
62:11
opraiss@aclu-...
4:5
or 10:9 15:10
18:8 19:9,9
22:11,20
23:22,24
24:16 25:14
25:22 26:2,15
28:9 31:2,10,11
34:24 35:4
37:4,13,17
38:7 40:6,21
40:21 42:7
43:24 44:15
46:15 48:1,10
48:10 49:2,23
50:2,16 58:7,7
58:7 63:14
65:2 66:8
68:16,19,19,19
70:8,18,22,22
74:8 75:11 78:1
78:2,17 86:10
87:12,13,14
orally 6:14
order 2:14 13:7
13:18 15:12
22:8,23 24:18
24:20 25:16
25:24 26:4,16
27:12 31:10
37:5 45:20,24
45:25 46:2,8
49:11 51:9,25
52:11,15 53:5

53:10,17,20
54:25 56:6,17
56:22 57:21
57:24 58:11,15
58:18,22 59:4
59:13 60:17
60:20 61:1,9
61:15,16 62:8
63:2,12 64:2
64:20 65:11
69:14 79:1
orders 31:2
45:2,3,17 49:2
50:14,15,17
52:7,22 55:12
55:18 68:7,10
69:6,16
ordinances
35:12
organization
25:6
other 7:4 15:10
17:3,20 22:15
22:16,20
24:13 25:11,13
27:14,15,18
28:17 32:13,13
32:14 33:4,7
34:15 44:10,13
44:20,23
45:15 46:10,14
50:1,1 52:15
52:22 55:22
58:1 67:1
78:21 81:12,13
82:19
others 32:2,21
33:1
otherwise 6:11
87:14
our 10:3 12:15
19:3 20:19
23:1,1,6,6
24:24,25 29:7
29:8,9,10
31:25 32:7
38:9 45:2,2

56:13,13,14,14
56:15 66:12,12
72:21 73:5,9
74:3,12 81:19
out 16:18 21:12
21:14 24:20
30:2 33:23,24
42:4,5,7 54:13
54:19 55:3
59:5 70:2,19
74:22 80:24
82:13
outcome 87:15
outline 39:19
47:22,24 48:9
49:12,17 58:19
59:16 64:3
outlined 17:8
over 17:15 25:1
25:10 36:18
50:7 63:5
64:16
oversee 79:14
owned 65:23
71:20,23
72:18

——————
P
——————
p.m 3:12
page 2:2,8 11:9
13:3 14:24
16:19 17:16
28:21 31:21,23
34:4,9 42:12
42:13 47:9
49:4,19 59:24
59:25 60:1
pages 40:2
42:18 43:3
part 5:10 34:12
43:11 48:18
65:3
participated
16:9 23:16
particular 13:20
17:13,14,18
27:16 51:20

70:23 81:8,18
particularly 16:2
35:18 67:17
parties 87:11,14
parts 60:16
patrol 38:18
pay 17:15
peacefully
32:14 33:16
penalty 6:24
pending 3:16
people 18:15
23:15 27:22
31:6 32:8,13
32:25 33:12
33:19 35:14
66:19 67:2,8
68:19 70:12
72:2 75:15
78:9 79:11
83:9
pepper 45:21
48:7,10 50:5
51:12 52:13,15
53:12 54:6,6
55:14,16 56:18
56:21,23,24
57:3,22 58:1,1
58:12 60:21
61:20 62:7,12
62:25 63:1,5
63:11,24 64:19
64:23 65:3,9
period 9:8 28:2
35:1 45:11
perjury 6:24
Perry 22:10
personnel
24:23
persons 31:25
32:19
pertinent 60:16
phrase 20:6
72:17
place 12:18
23:13 32:24
68:16

LAWRENCE O'TOOLE  4/17/2019

**PLAINTIFF** 1:11
**plaintiffs** 1:5 3:5
   3:19 4:2 5:2
   5:10,21
**plan** 2:7,8,11
   10:5 11:10,16
   12:5,17,23
   13:20 16:20
   17:23 26:25
   28:21 33:22
   39:22 43:11,18
   46:22 48:19
   48:22 49:1
**planned** 16:11
**planning** 10:3,13
   12:15
**plate** 66:4
**platoons** 25:1
**play** 66:23
   67:13
**played** 67:1
**please** 6:8 11:4
   22:11 40:11
**point** 63:21 66:1
   73:22 79:7
**pointed** 46:20
**police** 7:24 8:6
   8:8,16 9:5,14
   15:10 16:24
   17:10 19:4
   20:13,14 21:15
   21:16 22:16,21
   23:25 24:1,16
   25:12,14,23
   26:3,12 27:9
   29:6 34:23
   35:7 36:21,25
   37:3,12,17,22
   38:5,6 41:2,8
   41:18 44:13,24
   45:16 53:2
   57:2,6,13
   58:12 62:5,23
   62:24 63:10
   65:2,7,17,20
   67:10 70:16,17
   71:3,4,20,23

**press** 71:16,19
   74:21
**pretty** 12:18 13:1
   83:12
**previous** 71:21
**prior** 10:13 45:1
   46:13
**private** 65:23
**privilege** 26:20
**privy** 83:18
**probably** 23:22
   23:23 34:16
   34:19 38:9
   52:25 82:13
**procedures**
   57:24
**proceedings**
   43:8 74:19
   86:23
**process** 18:24
   19:22
**produced** 3:11
   5:9 10:3
**product** 26:20
   55:23 62:17
**products** 58:1
**prohibits** 38:5
**promoted** 7:12
   7:13
**proper** 69:13
**property** 67:18
   72:7,8,12
   74:23 75:11,25
   80:10
**proposition**
   36:21
**propriety** 79:18
**protest** 8:17 9:8
   14:21 15:8,12
   18:5,24 19:16
   20:1,9,16 21:3
   24:19 42:19
   47:7 69:17
**protesters** 42:5
   50:6 80:1
**protesting** 33:9
**protestors** 42:7

**72:18,21 74:2
   77:14 81:14,15
   82:21 83:9,21
   84:5,21 85:8
   85:18,23
**policies** 56:1,13
**policy** 58:19
   59:16 64:3
**political** 35:22
**poorly** 85:16
**popularity** 35:17
**position** 8:12
   78:11
**positions** 31:7
   31:19
**possibility**
   37:20
**possibly** 66:10
**PowerPoint**
   2:12 40:19
**practice** 77:11
**Praiss** 2:4 4:3
   5:16,19 11:1,3,7
   26:22,23
   43:14 58:23
   59:3,7 86:3
**preferable**
   33:13
**preliminary**
   21:19 22:2,8
   22:17,23
   25:15,24
**prepare** 7:5
   12:8 19:7
   74:15
**prepared** 10:9
   18:19 21:1
   43:12,16,19,24
   44:3 47:1 81:5
**preparing** 11:20
   19:14 20:14
**present** 24:10
   40:23 41:15
   67:11
**presentation**
   2:12 40:20,24
   41:1,9

**81:15
**protests** 16:14
   20:19,20 27:2
   27:17 28:5,17
   32:11,23 35:10
   35:21 43:25
   44:16 45:1,12
   46:13 52:8
   66:15 71:2
   72:6 83:11,23
**proud** 71:19
**provide** 6:20
   18:6,16 19:16
   38:21 44:24
   53:2
**provided** 26:3
   35:3 41:2
   46:12 53:9
   55:9 57:3
   58:13 62:4
   65:7
**provides** 25:23
   39:19 62:24
**providing** 24:16
   25:14
**proving** 69:2
**provision** 64:24
**public** 8:24 9:2
   34:20 75:20
**published** 83:1
   83:3
**purpose** 14:8
   57:23 58:10
   58:18 59:15
   64:5,6
**purposes** 63:11
**pursuant** 63:12
   65:10
**purview** 31:3
**put** 16:17 18:25
   54:22
**Putting** 79:4
**Pybas** 3:15 4:13
   5:4 87:3,19

   ————
       **Q**
   ————
**Q** 5:17,19 6:1,3,5

**6:14,18,23 7:1
   7:4,8,10,14,16
   7:19,25 8:5,8
   8:11,15,19,23
   9:1,4,7,12,19
   9:25 10:6,9,15
   10:18,20 11:2,8
   11:12,15,19,23
   12:1,4,8,14,20
   13:2,6,13,17,23
   14:6,14,17,24
   15:3,17 16:7,17
   16:24 17:2
   18:2,10,13,23
   19:10,21,24
   20:5,10,12,25
   21:5,11,14,18
   21:24 22:5,7
   22:15,20 23:3
   23:12,15,19,25
   24:3,5,8,10,13
   24:22 25:11,19
   26:1,6,9,14,24
   27:4,8,12,19
   27:22,25
   28:11,14,20
   29:2,11,16,19
   29:21,24 30:5
   30:10,16,20
   30:25 31:5,8
   31:20,23 32:5
   32:18 33:11,21
   34:2,8,11,23
   35:1 36:17,24
   37:2,9,16,21
   38:3,13,20,25
   39:6,10,18,23
   40:1,5,10,15,18
   40:23 41:1,4,6
   41:11,14,21 42:1
   42:6,10,13,16
   42:18,22 43:2
   43:15,21,23
   44:5,10,19
   45:8,19 46:2,7
   46:10,18 47:1
   47:5,9,14,17,21

47:24 48:8,15
48:24 49:9,14
49:20,24 50:1
50:5,9,15,19
50:21,23 51:1
51:4,8,11,14,17
51:24 52:2,6
52:10,17,21
53:1,8,14,21
53:24 54:3,12
54:21 55:4,8
55:16,22 56:4
56:8,10,17,20
57:1,5,11,15,17
57:20 58:9,17
59:8,10,12,15
59:20,25
60:3,8,10,12
60:15,25 61:6
61:12,19,24
62:3,16,19,22
63:8,16,18,20
63:23 64:1,6,8
64:10,13,16,22
65:1,6,15
66:13,17,20
66:23,25 67:4
67:11,13,19,22
67:24 68:2,4
68:7 69:2,15
69:19,23,25
70:11,15,17,21
71:1,6,10,12,14
71:18,23 72:17
72:20,25 73:2
73:7,11,14,22
74:1,10,17,21
75:1,5,9,14,19
75:22 76:4,7
76:10,14,20
76:24 77:3,5
77:9,13,19,23
78:2,13,15
79:4,7,16,22
80:5,13,16,21
81:1,6,10,12,24
82:2,14 83:3

83:19,25 84:4
84:11,14,18
85:3,5,7,13,15
85:22 86:2
**qualify** 18:8
23:15
**question** 15:8
18:3,21 19:10,11
24:5 26:19
28:8,14 36:14
42:25 44:18
44:19,20
45:14 46:10
49:13,14 53:14
53:21 55:4,8
55:24 58:6
59:11,12 60:17
61:11,12 62:3
62:22 64:12
65:6 69:24
70:9 79:21
82:17 83:4,12
85:16
**questions** 6:7,8
22:11 23:10
40:16 86:4,7
**quite** 73:20
**quote** 22:5
71:20 75:1

— **R** —
**radio** 9:14
**Randy** 39:14,20
43:20 47:3
**range** 57:7,18
58:13 60:2,22
61:4,5,21,25
**rank** 7:8,11,16
38:6
**rather** 33:14
75:11
**react** 47:18
**read** 13:6,11
56:15 60:3,10
60:13,16 64:8
**reading** 58:10
**ready** 20:3

**real** 36:8 65:15
65:16,25 66:2
66:13,25
67:13 68:5,8
69:4,20 70:5
70:14 78:5
**reality** 38:3
75:25
**really** 36:15
54:18 55:10
68:23 81:14
**reason** 13:23
19:24 26:14
34:11 75:15,22
**reasons** 76:13
**recall** 21:18
22:19 28:14
29:11 35:2,2
38:23 46:23
53:23 54:11
61:6,12 66:17
71:6,10,14,18
73:24 74:24
75:3,7,16
76:12,19,22
76:24 77:5,7
77:10 80:21
80:24 84:2
85:13
**receive** 33:25
35:7 36:6
56:8 62:6,11
63:4
**received** 36:8
54:9,9 56:10
65:2
**receiving** 61:6
61:13
**recognition**
66:5
**recognize** 21:11
42:23 43:2
51:8
**recollection**
28:3
**recommend**
86:12

**recommendat...**
86:15
**record** 6:16 7:2
10:1 13:6 43:6
45:19 84:11
**reduced** 87:8
**refer** 17:19 29:6
35:18
**reference** 34:5
48:9,14,16,20
49:1 50:2,23
**referenced**
48:11
**references**
50:10
**referred** 9:14
**referring** 15:18
29:14 42:11
50:16 55:17
56:20 57:12
60:6 81:7,24
**refers** 28:22
**reflect** 33:8
**refrain** 6:9
**refusal** 34:9
**regarding** 20:8
20:19 38:17
44:24 45:5
53:12 55:14
**regular** 30:7
45:2
**regularly** 27:20
**related** 87:10
**relating** 57:24
82:6
**relative** 87:12
**relevant** 38:7
**rely** 86:10
**relyst@stlouis...**
4:11
**rephrase** 25:25
**replace** 85:9,18
**report** 7:14 8:20
8:24 17:25
19:2,15,19
20:14 21:2
74:8,15 81:5,6

81:7
**reported** 28:5
**reporter** 4:12
5:5 6:11 9:23
11:6 14:13 21:9
39:9 40:14
41:25 51:3
86:11 87:1
**reports** 18:12,14
18:18,22 19:4
20:18
**represent** 14:17
15:5 51:17
**represented**
15:4
**reprimand** 74:11
**request** 19:14
20:13
**requested** 5:7
**required** 13:20
56:13
**requirement**
13:18,24 16:19
**requirements**
53:16 55:11
**requires** 13:7
16:20
**reserve/special**
60:4
**resources** 68:16
68:18 69:3,13
**respect** 22:17
25:15,24 26:3
33:21 35:3
38:21 46:4
53:4 54:23
56:1 61:13
62:6 76:15
83:22
**respond** 6:14
69:16
**responded**
81:15
**responding**
24:18
**response** 10:5
14:23 16:12

LAWRENCE O'TOOLE  4/17/2019

responsibility 12:16 30:21 32:7 69:6
responsible 11:19 23:8 31:1 33:20 38:11 73:8,14,19
result 36:25
resumed 43:8 74:19
review 12:5 15:23 16:6,7 18:7,17 47:5 56:14 86:8
reviewed 10:2 11:11 14:22 21:13 22:14 29:1 32:4 34:7 39:17 40:17 42:3,25 43:5 46:25 47:13 47:16,20,23 48:5,22 49:3 50:12 51:10 52:1,24 53:11 56:22 58:21 59:19 60:13 60:23
reviews 65:17
ride 54:19,20
riding 54:22
right 10:20,22 12:20 16:23 17:1 24:5 28:13 30:10 32:1 34:24 38:3 46:9 50:20,22 52:20 54:2 57:4,16 59:13 60:1,2,11 62:21 62:21 63:22 64:9 66:22 76:17 79:6 81:24 86:8,16
rights 32:9,15 32:20,25

33:15 42:19
rioting 34:9
Robert 4:8
role 66:23 67:1 67:8,13 69:2
roll 25:2,3,9
room 3:14 4:9 84:17
Rossomanno 43:13,19 47:2
roughly 24:4
rule 38:4
rules 38:10,13
ruling 23:6
rulings 35:11
run 30:6,13

_____

**S**
Sachs 67:25
safety 8:24
said 16:22 18:6 18:15 19:18 55:5 71:23 72:1 75:1,5,6 75:17,22 76:6 80:22 83:13 87:7
Saint 3:13,14,19 4:10,14 5:22
Sam 7:21
same 6:10 19:11 59:25 60:1 74:13
saw 31:13 42:4
say 12:4,20 15:17 20:3,22 20:23 23:15 24:4 29:12 31:10 32:22 33:11 42:10 50:5,15 52:12 53:18 54:5,8 55:16,20 56:23 57:11 72:10 75:9 81:6
saying 21:25

says 13:7 22:7 32:18 43:18 49:21 55:22 57:24 59:15 68:23
scope 58:14 61:1,9,14,22 62:8 63:2 64:1,19,23
scratch 12:9
screens 70:24
second 13:2 14:24 28:21
Section 2:14 45:20 46:2 51:9,24 53:5 53:5,9,10,17,17 54:24,25 56:5,6,17 57:21 58:11,14 58:17 59:13,14 59:20 60:3,16 60:19 61:1,14 61:15 62:8 63:2,12,12 64:1,19 65:10
sections 52:10 61:10,22
see 11:21 12:1 13:3 14:19,25 15:24 21:25 22:3,13 28:25 32:3 34:5 39:24,25 47:12,15,19,22 47:25 48:5,6 48:9,12 49:3,7 49:9 50:1,8,9 50:13,23 52:3 52:5 58:18 59:18,23 66:10 68:17 68:25 70:24 74:6
seeing 31:16,17
seems 27:25 61:3

seen 19:8 21:4 25:21 26:1 35:10 38:14 39:15 40:5,8 40:18 41:23 42:1 51:14 52:17 53:1,8,11 53:15,18,21 54:1,7,14,15 55:14,24 70:1
sees 68:14
select 23:18
send 22:21 24:20
senior 23:6,13 23:16 41:10
sent 21:12,14 22:16 24:14,15 25:12,13 27:9 33:23,24
sentence 13:7 31:23 32:3,6
Separate 46:7 57:5 82:2,14
September 10:4 10:7,16,24 11:14 27:5 29:13 39:12 66:15 71:15 74:24 75:10 76:24 78:4 79:16,22 81:3 81:16 82:22 83:8
September/O... 7:17
sergeant 38:11 39:14 40:6 43:12,13,19,20 47:2,3
sergeants 23:22 57:8 61:24 62:4 63:14
serve 8:11 28:23
SERVICES 4:13

set 53:16 54:24 58:10 74:22
settled 18:20 20:6,11
settlement 26:7 26:10
several 35:17 44:6
she 23:5,9 38:7 67:13,15,18
shield/baton 47:15
shifts 29:7
shorthanded 68:23
shortly 71:1
should 10:21 22:10 26:24 27:5 31:24 44:6
show 38:10 39:6 54:20 62:12
showing 52:19
shown 28:17
shows 10:15 11:12
sic 30:11 84:12
sign 9:15,16
signature 5:6 12:1 86:11,13
signed 12:6 16:20 27:1
signs 9:15
similar 13:1 54:21
simple 16:2 18:2 18:3
simply 33:14 54:13
since 9:6 20:13 31:16 45:10 81:3,20 83:8
sir 12:19 14:22 16:17 18:2 25:19 26:24 37:11 44:5,10

46:8 47:24
48:15,18,24
49:11 53:14
63:9,16 64:16
83:6 84:2
**sit** 16:4 18:20
19:5
**sitting** 45:15
53:24 63:8
82:11,15 83:19
84:19
**situation** 28:24
30:22 33:11
63:7 68:12
72:14 77:16
78:23
**situations** 31:12
37:18 47:18
**six** 23:20
**SL** 13:7
**small** 57:12 58:7
**smaller** 58:7
**so** 6:15 7:25
8:15 9:17 11:8
11:15 12:20
13:25 16:12,16
16:22 17:16,20
17:23 18:1,11,21
19:4,8 23:10
23:22,23
24:5,16 25:6
25:14 29:4,23
30:20 31:15,17
31:19 33:5,9,11
34:20 35:8,13
36:6,10,12,12
36:14 40:25
42:18,23 44:3
45:4 49:15
55:21 56:15
58:3,5,9 59:11
60:24,25
62:15 63:7
65:24 66:5,11
67:7,18 68:10
68:16 69:2
70:3,17 72:10

72:16 74:13
78:14,22
81:22,22
82:12 83:3,5
83:13,14 84:16
84:19
**some** 12:24 19:1
19:15 26:2
32:24 40:2
65:21,22
68:18 70:6
72:1,24
**somebody** 70:2
**someone** 19:25
**something** 6:15
15:25 48:4
70:24
**somewhere**
59:9
**sorry** 63:20
**sort** 19:15 48:10
83:6
**speak** 8:15
81:22
**speaking** 7:4
**special** 2:14
13:7,18 15:12
45:17,20,25
46:2,7 51:9,25
52:7,11,22
53:5,10,17
54:25 55:12
55:17,18 56:6
56:17 57:21
58:11,15,18
59:13 60:16
60:20 61:1,9
61:15,15 62:8
63:2 64:2,20
65:11
**specific** 12:11
20:22,23
24:17 34:4
36:19 38:13
39:24 53:18
61:7 65:6
76:12 82:5,20

**specifically**
18:22 32:22
38:17 48:7
52:11,14 56:18
57:21 64:22
**specifics** 17:4
75:17 76:17
**spelled** 55:3
**spelling** 84:11
**spoke** 16:10
50:14 68:13
**spray** 48:7,10
50:5 52:13,15
53:12 54:6,6
55:14,16 56:21
56:23,25 57:3
57:8,18,22
58:1,12,14
60:21,22 61:18
61:20,21,25
62:7,12,19,25
63:1,5,11,18,24
64:19,23 65:3
65:9
**squad** 20:19
68:24
**St** 1:7 3:7 4:9
8:8 9:5 21:15
24:1 32:11
35:20 44:12
45:16 71:2
77:14 81:13
82:5,20 83:9
83:21 84:5,21
85:23
**staff** 45:7
**stage** 68:20
**start** 35:4 64:16
**started** 18:15
36:15 44:7
72:13
**Starting** 5:13
**state** 3:15 7:2
22:5 34:6,12
35:13 65:22
67:9 87:4
**stated** 71:19

76:4
**statement** 25:17
25:18 30:23
32:17 42:20
54:3 69:17
84:24,25
**states** 1:1 3:1,17
22:9 31:24
32:10
**stay** 69:1
**step** 35:23
**steps** 69:13
81:13 82:5,20
**still** 20:2 82:17
**STIPULATED**
5:1
**Stockley** 8:17
9:8 10:6,10,14
14:21 15:8,11,16
16:8 18:5,24
19:16 20:1,16
20:23,24 21:3
27:1,17 28:5,17
32:23 43:25
44:16,18 45:1
45:11 46:13
47:7 52:8
66:14 71:2
83:11,22
**stopped** 66:22
67:3
**strategies** 49:5
**stream** 62:14
**street** 3:14 4:4,9
4:14 30:3
67:23 68:3,5
73:5
**streets** 68:2
72:21,21 73:5
73:8,9 74:3,3
74:12,12
**strike** 14:17 15:4
25:19 45:14
48:16 60:17
62:4 78:3
83:6
**study** 81:14

82:22
**stuff** 29:8
**subject** 6:24
10:4
**submit** 13:9,21
16:21
**submitted**
14:20,25 15:6
15:7,13
**subordinates**
28:15
**Subsequent**
79:16
**such** 15:13 16:7
35:3 44:14
53:21,25
54:13
**sufficient** 74:6
**suggesting**
42:6
**Suite** 4:4
**summaries** 44:1
**Sunday** 29:13
**supervisor**
25:22 38:19
**supervisors**
13:8,19 15:11
16:21 22:12
**supervisory**
38:2
**support** 69:3
**sure** 24:9 26:1
29:4 45:9
48:3 59:6,9
69:25 84:8,16
**surprise** 15:14
17:2
**Susan** 3:15 4:13
5:4 87:3,19
**suspect** 66:8
**sworn** 3:11 5:9
87:6
**synonymous**
8:3
**system** 66:6

—————
**T**
—————

LAWRENCE O'TOOLE  4/17/2019

| | | | | |
|---|---|---|---|---|
| table 71:7,9 | ten 23:21 | 20:6,15,22,23 | 48:18,24 49:7 | 78:23,25 79:1 |
| tables 71:12,13 | term 8:1 77:18 | 21:1,6,11,19 | 49:17,25 50:1 | 79:3,7,13,14,18 |
| tactics 47:15 | 77:21 79:2,2 | 22:13,15,19,19 | 50:8,14,24 | 79:25 80:1,8 |
| 78:12 | terms 12:22 | 23:10,16,16,19 | 51:8,11,14,18,18 | 80:9,11,18,23 |
| take 15:23 17:16 | 69:5 82:23 | 24:4,14,24 | 52:4,5,6,11,21 | 80:24 81:5,8 |
| 32:9 40:11 | testified 5:11 | 25:3,12,16,20 | 52:23,23,25 | 81:12,17,17,18 |
| 45:23 54:19 | 47:5 63:23 | 25:23,25 | 53:2,4,9,13,16 | 81:20,22,23 |
| 60:12 67:16 | 64:18 81:21 | 26:9,19,19,25 | 53:18 54:3,21 | 81:23 82:12,12 |
| 68:24 72:14 | testimony 27:19 | 27:5,16,17,25 | 54:25 55:5,10 | 82:14 83:1,3,6 |
| taken 1:11 5:4 | 54:21 87:5,7 | 28:6,8,16,25 | 55:18,25 | 83:14,15,16,16 |
| 17:17 35:23 | than 7:4 18:8 | 29:12,16,22 | 56:13,20 57:2 | 83:17,17,17,20 |
| 50:25 69:12 | 22:15,20 | 30:13,17,23 | 57:5,6,9,17,20 | 84:23,25 |
| 73:23 80:6 | 24:14 25:12 | 31:3,3,6,6,7,15 | 58:4,5,11,12 | 85:2,6,8,13,14 |
| 81:13 82:5,20 | 27:14 28:17 | 31:18,19,23,24 | 59:18,21,23 | 85:15,19,19 |
| 87:7,12 | 32:14 44:10 | 31:25 32:3,6 | 60:4,6,10,18 | 86:1,9,12 87:5 |
| takes 12:18 | 44:20 45:15 | 32:10,12,16,18 | 60:19 61:3,8 | 87:6,9,12 |
| 39:21 | 46:10 50:1 | 32:23 33:2,4 | 61:19 62:4,4,5 | that's 8:18 10:15 |
| taking 6:22 | 55:22 67:1 | 33:5,6,7,7,13 | 62:7,10,15,23 | 10:18,19 11:9 |
| talk 25:3 55:19 | 75:6 81:12 | 33:22,22 34:9 | 62:25 63:4,9 | 12:16 13:23 |
| 64:21 | 82:19 | 34:16,17,19,21 | 63:10,23,23 | 16:19 25:4,6,8 |
| talking 37:9 | Thank 6:18 9:19 | 34:22 35:1,2,4 | 64:8,18,18 | 25:18 30:4,14 |
| 55:19 58:6 | 46:18 50:15 | 35:11,11,13,15 | 65:1,8,8,9,12 | 30:17,24 31:18 |
| 61:3 63:16,18 | 56:4 83:25 | 35:23,23 36:4 | 65:17,19,20,21 | 32:16 33:9 |
| 74:13 | 86:4,6 | 36:6,17,21,24 | 65:22,23 66:7 | 35:10 39:11 |
| talks 44:2 47:10 | that 3:13 5:3,23 | 37:3,5,11,12,16 | 66:9,10,11 | 41:17 42:18 |
| 47:14 | 5:24 6:7,12,15 | 37:20,21 38:1 | 67:16,17 68:13 | 45:4,24 48:13 |
| team 20:19 | 6:19 7:10,19 | 38:1,3,5,5,10 | 68:20,21,25 | 48:13 49:10 |
| 36:9,11 39:13 | 8:9,20 9:1,2,9 | 38:12,14,17,18 | 68:25 69:6,11 | 49:25 54:12 |
| 40:7 46:22 | 9:11,12 10:6,12 | 39:2,2,3,5,12 | 69:17 70:4,7 | 55:1,9 56:20 |
| 48:19,25 | 10:13,18,21,23 | 39:19,20,21 | 70:12,12,18,25 | 57:8,9,13 |
| teams 35:19 | 10:24 11:3,12 | 39:24,25 | 70:25 71:1,6 | 58:24 64:5,6 |
| 36:5,6 41:13 | 11:13,15 12:4,9 | 40:20 41:5,7 | 71:14,18,18,19 | 68:14 69:18 |
| 47:17 | 12:11,17,20,20 | 41:15,19 42:4 | 71:20,24 72:1 | 70:9,9 72:7 |
| technical 70:10 | 13:11,18,25 | 42:4,20 43:3 | 72:8,15,16,20 | 76:6 77:11 78:1 |
| technology-re... | 14:2,8,10,15,18 | 43:12,15,24 | 72:22,24,25 | 81:2 82:10 |
| 66:12 | 14:20,25 15:3 | 44:2,5,7,13,15 | 73:1,11,14,20 | 84:18,25 85:7 |
| telephone 30:8 | 15:4,5,7,9,10 | 44:17,22,23 | 73:20,23,24 | 86:13 |
| tell 17:12,23 | 15:15,21 16:2,8 | 44:25 45:4,6 | 74:1,4,6,15,21 | the 1:1,11 3:1,12 |
| 21:22 32:16 | 16:11,15,15,16 | 45:8,13,14,16 | 74:22,24 75:3 | 3:15,16,19,20 |
| 78:12 81:17,23 | 16:18,20,20 | 45:20,22,24 | 75:7,9,10,15 | 4:2,7 5:2,3,6 |
| 83:14 | 16:25 17:3,7 | 45:24,25,25 | 75:20,23 76:1 | 5:6,10,10,13 |
| telling 17:2 | 17:10,12,16,17 | 46:1,3,5,12,14 | 76:4,7,9,10,15 | 5:20,20,21,21 |
| 77:10 | 17:20,21,21,23 | 46:14,21 47:6 | 76:16,17,17,19 | 5:22 6:6,9,11 |
| Templeton | 17:24 18:4,6,13 | 47:6,10,12,15 | 76:22 77:5,7 | 6:15 7:2,18,19 |
| 26:6,10 | 18:15,16,18,23 | 47:19,22,24 | 77:10,11,13,21 | 7:22,22,23,23 |
| temporary 26:11 | 19:5,9,15,18,18 | 47:25 48:6,12 | 77:23,24 78:1 | 7:24,24 8:1,5 |
| 26:14 | 19:21,25 20:3 | 48:12,14,14,17 | 78:3,15,17,20 | 8:5,11,15,15,16 |

| | | | | |
|---|---|---|---|---|
| 8:17,24 9:2,5 | 32:25 33:15 | 61:20,21,22 | 80:14,18,21,22 | 21:23 23:23 |
| 9:7,7,8,13,13 | 33:19,20,22 | 62:8,10,10,11 | 80:23 81:2,4,4 | 26:10,14 29:4 |
| 9:15,15,16,18 | 33:24 34:2,11 | 62:12,13,13,14 | 81:4,4,8,13,15 | 29:20 30:3,18 |
| 9:18,23 10:1,2 | 34:11,16,16,16 | 62:14,15,17,19 | 81:15,16,25 | 31:15 32:12,24 |
| 10:4,6,9,12,13 | 34:21,21,22 | 62:23 63:1,1,3 | 82:3,4,5,6,7 | 33:5 34:5 |
| 10:13,15,20,20 | 34:23 35:6,7 | 63:10,14,14,16 | 82:14,16,17,20 | 37:23 38:4 |
| 10:24 11:6,9,10 | 35:9,17,17,20 | 63:18,19,21 | 82:22 83:3,9 | 49:8,21,25 |
| 11:12,15,17,22 | 36:1,7,9,10,14 | 64:1,3,5,6,19 | 83:11,16,21,22 | 54:10,20 60:4 |
| 12:1,8,10,13,13 | 36:16,20 37:3 | 64:23 65:7,8 | 84:1,4,6,7,11,11 | 66:2,8,18,19 |
| 12:17,21,22,23 | 37:12,22,22 | 65:13,15,17,18 | 84:15,20,23 | 66:19,20,21 |
| 12:24 13:2,4,6 | 38:3,5,7,9,10 | 65:19,20,20 | 85:8,9,11,18 | 67:9,18,20 |
| 13:6,18,23 | 38:18,24 39:2 | 65:21,22,22 | 85:22,24,24 | 68:15,15 69:1 |
| 14:2,3,4,6,7,13 | 39:9,13 40:7,8 | 65:24 66:1,2 | 86:6,8,9,10,11 | 70:8 72:23 |
| 14:21,22,24 | 40:14,20 41:9 | 66:6,6,13,14 | 86:14,18,22 | 74:6 75:15 |
| 15:7,7,9,9,11,12 | 41:9,9,12,14,18 | 66:14,25 67:4 | 86:23 87:4,5 | 78:21 80:9,19 |
| 15:16,16,17 | 41:25 42:5,6 | 67:5,6,9,10,10 | 87:6,7,7,10,11 | 81:11,18 83:14 |
| 16:8,13,15,24 | 42:12,13,13,18 | 67:11,13,22,23 | 87:13,15,15 | 83:17 |
| 16:25 17:7,12 | 42:18,20,22 | 68:2,3,5,5,8,11 | their 12:15,16,16 | there's 6:15 |
| 17:23,24 18:1 | 42:23 43:2,3 | 68:11,13,15,17 | 22:23 24:18 | 11:22 12:9 14:3 |
| 18:5,5,13,13 | 43:6,8,25 44:1 | 68:18 69:3,4 | 28:1 32:1,8,14 | 14:6 15:19,24 |
| 18:20,24 19:7 | 44:3,12,14,16 | 69:5,6,12,16 | 32:14,19 | 16:19 19:4 |
| 19:11,16,18,20 | 44:17 45:1,7,7 | 69:19,20,25 | 36:22 37:7,10 | 21:25 23:20 |
| 20:1,5,8,11,11,11 | 45:7,10,11,13 | 70:5,8,9,10,11 | 47:25 48:6,21 | 34:5,8,21 |
| 20:11,12,14,16 | 45:15,16,19,24 | 70:11,13,14,17 | 55:23 63:4,4 | 37:20 38:4,20 |
| 20:17,22,24 | 46:3,4,7,13,21 | 70:24 71:2,2,4 | 63:5,5 65:3 | 45:19 46:2 |
| 20:25 21:3,9 | 47:6,9,10 | 71:7,9,12,15 | 66:9 | 48:15,20 49:1 |
| 21:15,18,19 | 48:10,12,13 | 71:20,20,20 | them 22:22 | 49:17 52:22 |
| 22:2,8,17,18 | 49:17,21 50:7 | 71:23,23,25 | 24:16 25:14 | 62:16 63:9 |
| 22:21,22 23:6 | 50:13,24 51:3 | 71:25 72:7,12 | 28:9,10 30:6 | 65:25 66:6,10 |
| 23:8,12,23,25 | 51:11,19 52:2,7 | 72:14,15,17,17 | 32:16 34:22 | 70:7 |
| 24:6,8,10,14 | 52:8,11,14,14 | 72:18,20,23 | 36:22 37:6 | thereabout |
| 24:15,17,23 | 52:14,15,15,25 | 72:23 73:3,7,8 | 43:16 49:15 | 65:2 |
| 25:1,1,2,4,4,13 | 53:12,16,18 | 73:14,16 74:11 | 50:23 51:6 | thereafter 5:5 |
| 25:15,16,24 | 54:6,9,22,23 | 74:13,19,23 | 54:1,15,15 | 87:8 |
| 26:4,4,9,10,11 | 55:6,9,11,14,16 | 75:5,9,10,14 | 56:8,11 60:25 | thereby 86:23 |
| 26:15,19,25 | 55:17,20,20 | 75:15,17,21,22 | 62:25 65:8 | thereto 87:14 |
| 27:1,4,12,12,17 | 55:20,22,25 | 75:24,25 76:1 | 70:25 76:3,20 | these 12:17 |
| 28:5,16,17,20 | 55:25 56:1,6 | 76:3,10,11,12 | then 7:22 9:17 | 13:25 14:1,5 |
| 28:21,23,25 | 56:10 57:6,12 | 76:12,13,15,18 | 15:23 16:14 | 15:24 17:19 |
| 29:2,6,7,7,11 | 57:17,23,23 | 76:22 77:13,14 | 19:5,6 22:1 | 19:6 27:14 |
| 29:12,12,14,16 | 57:25 58:2,2 | 77:17,24 78:3 | 25:8 33:15,19 | 34:20 35:21 |
| 29:21,24 30:1 | 58:7,7,8,10,11 | 78:5,9,11,16,17 | 33:19 35:25 | 35:22 42:8,9 |
| 30:1,3,6,14,19 | 58:13,14,18,19 | 78:17,18 79:2 | 47:17,21 69:12 | 44:1 52:7,10 |
| 30:21,22,22 | 58:21,22 59:2 | 79:2,4,4,7,8,9 | 75:1,5 78:16 | 52:19,24 |
| 31:12,13,23 | 59:4,15,16 | 79:9,11,11,12,18 | there 10:21 16:7 | 55:12 56:16 |
| 32:2,9,10,12 | 60:15,16,20,21 | 79:25 80:1,2 | 18:7,20,22 | 61:22 66:3 |
| 32:18,20,22 | 61:1,4,7,9,9,14 | 80:5,5,8,10,10 | 19:24 20:2 | they 8:3 20:20 |

LAWRENCE O'TOOLE  4/17/2019

20:22,23
23:9 24:10
25:2,3 31:18
35:7,15 37:4,5
37:7,13,17
41:16 62:6,11
62:15 63:4,10
64:21 65:13
66:5,9,11 67:9
70:8,11,22,22
70:22
**they're** 12:11 13:1
13:1 36:9
37:19 61:3
70:5,5
**they've** 35:20
35:23,24,24
65:9
**thing** 19:18
48:12,14 75:5
**things** 15:17,20
16:11,22 17:3
17:19 19:6
28:6,6 35:3
35:22 39:3
44:13,24
46:14 66:12
68:22 82:24
**think** 14:14 17:13
17:16 19:12
25:18 26:17,19
27:4 40:21
42:8,8 52:24
54:4 55:2
66:21 80:5,8
80:12,13,14,17
82:10,12 85:15
86:10
**this** 5:3 9:25
10:2,9 11:20
12:2,5,9 13:3,8
13:18,19 14:19
14:25 15:5,25
16:3,6,19,21
17:12,14,15,17
17:18,18,18,22
18:19,20 20:3

20:8 21:11,14
21:20 22:15
22:20 24:21
25:3,4,5,8,12
26:16 32:17
33:24,25 34:1
34:12,14 39:15
39:23 40:2,12
40:16,18,19,23
41:1,6,15,23
42:2,4 43:10
43:10,11,15
44:10,20
46:10,21 47:1
48:8,16,19,22
48:25 49:11
50:7,10 51:19
51:24 52:2
53:20 54:8
56:22 64:23
66:1 69:9,14
72:4,5,11 75:17
77:15 82:11,12
82:13 84:17
87:11
**those** 9:13 23:7
23:7 24:6,24
30:2,14 31:6
31:12,14,19,25
32:8,13,19
33:14,18,19
35:13 36:5,6
36:10 39:3
41:12 45:3,3
50:21 58:3
65:24 66:1,3
67:17 68:22
70:13,13 73:16
73:23 75:2
78:19,19 80:4
**though** 25:11
33:21 74:1
83:2
**thought** 10:12
**through** 6:4
14:23 16:14
35:6,9 36:16

40:12 43:10
50:9,12,24
**throughout**
12:12,13 14:3
32:11 35:20
56:16 65:19
72:4
**throw** 71:9,13
**throwing** 71:7,12
**Tim** 67:25
**time** 5:13 8:16
8:20 9:2,8
15:9 17:7 18:1
18:13,19 25:4
28:2 29:12,22
31:8 35:1 40:11
45:11,13 46:13
50:7 52:7
53:15 56:10
60:12 61:13
65:15,16,25
66:2,14,21,25
67:5,13,16
68:6,8 69:4
69:15,20 70:5
70:14 73:9
76:11,18 77:14
78:5 81:3 86:5
**timeframe**
72:23
**times** 6:3,4,5
14:3 55:5
56:16
**titled** 39:22
46:22
**to** 6:6,8,20,24
7:5,12,13,14,19
7:23 8:13,15
8:20,24 9:14
9:14 10:13
11:21,24 12:4,5
12:16,20,21,22
13:2,8,9,19,20
14:6,9,17,24
15:4,5,8,11,18
16:3,4,15,18,21
17:4,6,10,19

18:1,3,19,19,20
18:21,23,24
19:11,14,21,25
20:2,3,3,3,12
20:22,22,23
20:25,25
21:14,22,22
22:7,16,17,21
22:22 23:10
24:13,15,19,23
25:2,5,7,7,7,7
25:9,11,12,13
25:15,23,24
26:3,4,18,18
26:21 27:9,25
28:3,5,14,20
28:22,23
29:6,8,9,10,14
29:24 30:6,11
30:11,12,13,18
31:7,11,12,14,17
31:19,19,20,25
31:25 32:6,7,8
32:9,14,15,16
32:19 33:8,10
33:10,14,18,21
33:23,24 34:3
34:3,3,5,9
35:3,18 36:2,5
36:14,18,22
37:5,7,10,10
37:16,18,19,23
38:11,20,21,21
38:22 39:3
39:20 40:12
40:15 41:2,7,8
41:14 42:4,5,7
42:11 43:8,15
44:24,25 45:1
45:6,9,23,25
46:4,12,13,15
46:21 47:18,21
48:2,3,9,14,16
48:20 49:1,5
49:5,7,7,11,15
49:15,22,23
49:23 50:2,3

50:8,10,11,16
50:23 51:17
51:20,21 53:2
53:3,4 54:5,8
54:12,14,19,20
54:21,22,23
55:9,10,17,23
56:1,20 57:8
57:12,13,24,24
58:5,19,25
59:15,22 60:6
60:10,15,17
61:13,25 62:6
62:12,12,12,17
62:25 63:5,6
63:10,10,12,20
64:3,11,14,14
65:7,8,10,20
65:20,21,22
65:24 66:2,9
66:10,22 67:3
67:6,16 68:8
68:17,21 69:10
69:14,16,16,22
70:3,6,8,11,14
70:18 71:2,4,6
72:2,2,10,14
72:14,14 73:3
73:4 74:5,5,5
74:5,6,7,8,10
74:19,22 75:9
75:12,23 76:1
76:15,18 77:17
77:20 78:7,12
78:12 79:1,1,10
79:16,25
80:10,10,11,19
81:7,14,15,20
81:25 82:6,7
82:11,13,16,21
83:4,18,22
84:4 85:9,9,18
85:18,22 86:8
86:9,13,21
87:7,8,10,11
**today** 6:7,21
39:16 45:9,15

LAWRENCE O'TOOLE  4/17/2019

| | | | | |
|---|---|---|---|---|
| 53:24 63:9 | truthful 6:21 | 87:9 | us 17:20 23:9 | vs 5:22 |
| 83:19 84:19 | try 6:14 33:14 | underage | 82:3 | **W** |
| today's 7:6 | 36:18 | 34:20 | use 27:19 37:4 | waive 86:11,12 |
| together 19:1 | trying 16:18 17:4 | underlying 40:5 | 37:5,10,10,13 | walked 84:17 |
| told 61:19,19 | 24:13 28:3 | understand | 37:17,19 39:1 | want 32:7 33:8 |
| Tonight 75:2,6 | 32:16 33:10 | 6:23 17:4 | 44:14,17,25 | 36:18 45:9 |
| too 20:2 86:19 | 54:5,8,12 | 24:13 28:3 | 46:3,15 48:2 | 48:3 51:20 |
| took 23:12 | 58:5 64:14 | 32:5 56:20 | 48:21 50:3 | 64:11 |
| 32:23 72:11 | 70:3 80:10 | 58:6 61:11 | 51:11 52:12 | wanted 74:8 |
| top 13:4 31:23 | Tucker 29:15 | 62:16 63:23 | 53:3,12 54:6 | was 7:12,13,16 |
| 38:24 | two 20:17 27:14 | 64:6,11 69:24 | 54:23 55:10 | 7:18,21,22,22 |
| topics 38:25 | 40:2 42:18 | 70:3 79:20 | 55:23 56:1,13 | 9:1,2,22 10:9 |
| total 17:25 18:7 | 43:3 44:3 | 81:24 | 56:15 57:25 | 10:10 11:5,16 |
| 18:16 19:1,19 | 47:11,17 49:14 | understanding | 60:20 61:25 | 11:19 14:12,20 |
| 21:2 24:1,2,8 | 49:15 51:4 | 45:10 57:2,20 | 62:12,17 63:1 | 14:25 15:7 |
| totality 80:8 | 55:12,17 | 58:9 60:19 | 63:6,6,10,14 | 16:7,12,15 17:4 |
| toward 68:21 | two-day 47:25 | 64:18 | 65:13 72:17 | 17:17,24,24 |
| towards 34:3 | two-page 39:19 | undertaken | 78:7,12 79:2,4 | 19:18 20:2,4 |
| train 37:17 | 44:8,10,20 | 16:8 82:3 | 79:9 | 21:8,14,19 |
| trained 36:2 | 46:11 | unfortunately | used 8:1 12:10 | 25:13 26:10,15 |
| 37:8,12 54:5 | type 17:22 | 82:15 | 20:6 40:6 | 29:11,20,21 |
| 54:17 55:6 | 34:21 35:13 | union 85:18 | 65:9 77:14 | 30:25 32:24 |
| training 2:11 | 38:1,18 61:8,18 | unit 10:3 12:15 | 79:2 | 33:5,22 35:2 |
| 35:2,8,24 | 62:10 66:7 | 65:16 85:9 | uses 39:20 | 35:25 36:2 |
| 36:6,8,11,21 | 69:11 72:15 | United 1:1 3:1,17 | using 27:22 | 39:8 40:13,20 |
| 36:24 37:3 | 73:20 78:25 | 22:9 32:10 | | 40:21 41:9,10 |
| 39:2,5,22 | types 14:2 34:12 | unlawful 31:2,11 | **V** | 41:19,24 42:5 |
| 40:7 41:7 43:11 | 35:10 59:22 | 34:8 35:4 | v 1:6 3:6 | 42:7 43:12,16 |
| 44:11,23 45:5 | 65:18 | 37:23,25 38:7 | vandalism 75:11 | 43:24 47:1,6 |
| 45:7 46:12,17 | typewriting 5:6 | 38:14,22 39:1 | vandals 75:24 | 51:18,19 56:10 |
| 46:22 47:12 | 87:9 | 49:1,6 50:11,16 | vehicle 66:7 | 58:21 59:1 |
| 48:19,25 | typically 29:8,9 | 50:19 | verbatim 21:22 | 66:16,17,19,20 |
| 49:10 52:17 | | unprofessional | verdict 10:6,10 | 67:3,11,15,18 |
| 53:1,8,11,15,19 | **U** | 73:4 | 11:17 16:8 | 67:20,22,23 |
| 53:22 54:1,9 | uh-huh 6:15 | until 17:8 | versus 29:3 | 68:2,5,11,11 |
| 54:23 56:8,11 | 10:17 22:6 | up 17:8 22:11 | 61:15 62:14 | 69:2,6 72:1,10 |
| 56:14 61:7,13 | 55:7 63:25 | 25:4 30:11,11 | very 6:6,7,11 | 72:15,16,16,20 |
| 62:4,5,10,15 | ultimate 30:21 | 30:12,12,18 | 12:1 16:5 31:23 | 73:1,3,4,14,16 |
| 62:16,23 63:3 | ultimately 69:5 | 35:16 46:24 | 34:2 40:15 | 73:18,20 74:6 |
| 63:5,9 65:7,12 | unaware 18:11 | 49:20 69:10 | 54:13 65:6 | 75:6,15,18 |
| transcribed 5:5 | under 6:19,23 | 74:5 77:17,24 | 75:25 86:4 | 76:15,20 |
| transpired 18:7 | 13:18 29:6 | 78:17 79:25 | video 65:18 | 77:24 79:9 |
| 18:25 19:16 | 31:3 34:20 | 86:13 | videos 70:1 | 80:6 81:5,18 |
| 20:15 82:22 | 38:15,18 49:3 | updated 12:10 | violating 33:19 | 81:19 82:7 |
| trap 79:11 | 57:23 59:20 | 35:14 | 33:20 | 85:10,25 87:6 |
| tried 72:14 | 73:17 78:20 | uphold 32:9 | violent 33:12 | 87:7,11 |
| true 76:7,9 78:1 | 78:20 80:14 | urinating 34:19 | visit 66:22 | |

Washington
29:15
wasn't 41:2
66:21 68:10
72:2
watch 28:25
29:3,3,4,7,8,9
29:10 62:19
way 6:20 19:5
27:17 47:25
53:4 82:16
ways 17:9
we 10:6,13 11:3
12:12 13:25
14:5 15:15,17
15:20,22 16:1
16:4,10,10,13
16:14,18,22,22
16:24 17:9,19
17:19,24 18:1
18:18,19 19:3,4
19:5,7,18 20:3
20:4,17 22:25
23:6,10,10
24:4 27:8
28:2 29:6
30:8 32:7,10
32:15 33:2,4,8
33:17,17,22
34:15,18 35:18
35:25 36:4,4
40:1 43:3 44:7
45:2,25 54:14
55:2,2 56:12
56:14 58:17
67:2,15 69:9
69:9,10,12
70:24,25 72:5
72:6,7,11,11,13
74:7 75:6
76:4 77:11,12
77:17 80:3
83:17 86:12
86:20
we're 32:16
33:9,9,9
55:18 61:10,17

61:17 70:23
74:13 82:10,12
82:15
we've 27:4
38:25 39:1,5
49:16 57:22
65:1 80:2,4
weapons 60:5
76:5,8,10,12
76:15
weekend 66:14
well 13:25 15:19
16:10 17:21
19:3 24:20
26:17 33:2
34:14 37:25
38:9,17 41:9
43:17 44:1
55:2 57:10,23
58:13 60:21
61:17,19,20
64:8 71:25
73:20 75:22
78:15 79:22
80:13,16 81:17
82:10
went 33:6 71:2
80:3
were 7:25 8:5
8:15 9:8,9
15:9,11,15,17
16:11 17:3,7,10
17:20 18:5,13
18:21,22 19:13
19:25 20:3,4
20:20,22,23
23:8,9,10,23
24:10 28:1,6
28:16 33:3,3,3
33:5,25 40:23
41:7,15 42:4
44:15 45:1,10
45:13 46:12
51:2 52:7
54:10 66:13
67:9,9,16 68:7
71:19 72:25

73:8,17 74:2
75:10,10,15,24
75:25 76:1,3,11
76:16 78:4,21
86:23
West 4:4 72:8
what 7:8,16,19
9:12 14:6 15:18
16:3,18 17:4,9
17:12,14 18:7
18:25 19:15
20:15 21:1
23:6 24:13
25:6,8 29:24
31:16 32:5,16
33:9 34:11,15
35:2,18 36:4
38:15 39:19
41:14 42:10,22
43:15 45:4
47:21 49:9
53:9 54:4,4,8
54:12 55:13
55:20,22,25
56:24 57:22
58:22 59:22
59:24 60:6
61:8,13 64:14
65:15 66:23
67:3,13 69:13
71:8,8,8,8,24
72:11 73:11
74:7 75:18
76:6 79:21,21
80:3,17 82:22
what's 9:21
10:20 11:12
13:14,23 21:6
29:2 30:12,20
40:10 44:7
49:13 57:6
77:15 78:7
79:3
when 6:10 9:13
15:17,20,20
17:16,19 18:19
18:19 24:20

25:2 32:18
36:14 37:4,10
37:13,17 38:21
42:10 44:15
44:25 45:13
46:15 48:1,8
49:10 50:2,10
50:15 53:3
55:10,16 56:10
56:23 57:11
62:6 63:6
67:7 71:23
72:12 75:22
75:25 78:4
81:6
where 16:1 23:7
25:7,10 28:2
32:23,24
33:11 35:20
37:19 41:16
66:8 68:25
68:25 70:1
79:24 83:8
whereby 20:14
26:2
wherein 3:18
9:22 11:5 14:12
21:8 39:8
40:13 41:24
43:7 51:2
74:18 86:23
whether 63:9
70:8 75:17
which 12:24,25
17:8 26:25
27:8 32:25
39:11 42:6
43:17 44:8,21
71:25 81:7
82:16 85:10
87:11
while 16:13
17:23 18:5
19:13,25 28:16
30:20
who 7:14 9:1
11:19 15:11 16:1

16:25 23:8
24:24,24,25
28:4 29:11
31:25 32:13,19
33:2,3,12,18
33:20,22,25
36:5,7,7,10
38:15 49:7
62:24 66:1,17
67:2 68:19,20
69:19 70:3,13
70:17 73:8
77:24 78:16,21
79:9 81:19
85:25
who's 28:23
33:8,16 38:11
70:11 85:1
whole 30:2
42:6
whose 72:21
73:5,8 74:3,12
87:5
why 11:3,23
13:23 19:24
26:14 30:14,17
82:10
will 12:25 19:19
24:25 25:3
57:17 81:17
86:20
windows 33:4
74:23
wish 31:25
32:19 54:14
wit 43:9 74:20
with 5:6,23 6:15
7:4 12:23
13:14,17 14:8
14:21 15:12
16:15 17:4
20:5 22:8,11
22:17 23:13
24:16 25:8,14
25:15,23 26:3
26:6 27:1,12
27:22 28:4,9

28:10,15,16
30:18,19 31:9
32:22 33:3,4
33:13,21 35:3
35:4,21 36:20
37:2,11,16,21
38:14,21 39:18
40:2 41:12
44:5,7 45:4,21
45:21 46:3,3,5
48:1,7,13,15,18
48:24 49:17
49:20 50:6
51:11 52:2,6,11
52:14,15,23
53:4 54:23
55:11 56:1,5,13
56:15,18
57:22 60:4
61:13 62:6
66:17,20 67:4
68:16 73:7,12
73:20 76:15
76:25 77:24
78:6,17,23
79:17,23,25
79:25 80:18
80:22 83:21
84:6,23 85:1
85:25 86:14
**within** 3:15 21:15
58:14 61:1,9,14
61:21 62:8
63:1 64:1,19
64:23 65:17
83:9 87:4
**witness** 3:10
5:6 59:2 86:6
86:14,18,22
87:5,7
**Wonderful** 7:1
13:13
**word** 45:23
79:4 83:3
**words** 33:8
**work** 22:23
24:18 26:20

62:15
**working** 18:15
**would** 8:24 9:11
9:18 10:11
13:20 14:6,8
15:22 16:16
17:9,12,23,24
18:16,18 19:5
19:15 20:23
21:24 23:15,19
29:10 30:8,11
30:13 31:3,14
33:13,24,25
34:15,15,16,19
36:11,11,11 38:1
38:10,10,10,19
44:3,22 45:6
52:25 55:20
62:11,15 63:4
63:6 65:13
66:5,9,10
67:15 69:8
71:9 75:20
78:16,16,22
78:25 79:14
80:23 82:18
83:14 86:10,12
**would've** 10:11
**wouldn't** 17:21
41:6
**writing** 25:15,21
46:14 53:2,9
54:25 55:3,9
55:14,24
**written** 15:22
18:22 26:2
27:14,15 28:9
38:4,20 41:16
41:20 44:11,22
53:25 54:18
**wrong** 64:17

___ **X** ___

**XIII** 46:3 51:24
53:10,17
54:25 56:6
58:17 59:13,14

60:16,19 61:1
61:15 62:8
63:2,12 64:1
64:19 65:10
**XIV** 53:5

___ **Y** ___

**yeah** 9:11 14:24
24:3,22 33:17
49:20 54:16
57:9 59:2
63:15 64:3
69:23 71:22
80:14 86:4,22
**year** 12:13 14:5
**years** 26:7
34:24 35:9,17
35:25 36:16
36:18 77:21
**yes** 6:13,17 8:4
10:19 11:25
12:3,19 13:1,12
13:16 14:11,22
15:2 18:8 20:8
20:9 21:23
24:7 26:13
27:3,11 29:1,19
29:23 31:4,7
31:19,22 34:7
34:25 37:1,8
37:15 38:12
40:4,25 41:13
42:15,17,21
44:9 45:18,25
46:6,25 49:14
52:9 53:20
56:7,9,16
58:16 59:14,19
59:19 60:8,14
60:24 61:5,23
61:23 63:7,20
64:7,21,21,22
64:25 66:16
67:12,23
69:18 70:20
70:20 71:5,17
72:24 73:25

74:25 75:4,8
75:13 76:3,6,9
79:15 80:12
80:25
**yes-or-no** 18:3
**you** 5:23,24,24
5:25 6:1,3,7,10
6:18,19,23 7:2
7:5,10,14,25
8:1,5,11,15,20
9:4,8,9,13,18
9:19,20,21,25
11:19,23,23
12:1,4,6 13:2,3
13:14 14:1,1,4,8
14:17,19,24,25
15:3,4,5,8,9,9
15:17,18 16:3,8
16:20,22 17:3
17:6,7,7,12,13
17:16,23,25
18:4,5,6,13,14
18:15,23 19:12
19:13,13,14,21
19:24,25 20:5
20:6 21:1,6,7
21:11,11,18,18
21:22,24,25
22:2,3,5,5,10
22:13,15,20
23:7,12,15,23
24:11,14,15,20
25:7,9,12,19
25:21,25 26:1
26:6,24,24
26:25 27:9,15
27:19,22 28:1
28:4,4,5,14,14
28:16,20,25
29:11,14 30:7
30:12,18,20
31:9,11,17,17
32:3,5,5,21,23
33:7,12,13
34:2,3,5,16
35:2,2,6,7,21
36:1,7,20 37:2

37:9,11,16,21
37:25 38:13
39:6,15,18,24
40:5,12,15,18
40:23 41:6,14
41:21,23 42:1
42:6,10,11,23
42:24 43:2,15
43:24 44:6,6
44:11,22,22
45:9,10,13,14
45:21,23 46:5
46:11,18,20,20
46:23,24 47:2
47:6,9,12,15
47:19,22,24
48:8,9,15,18
48:24 49:5,9
49:19,20 50:1
50:9,14,15,15
50:18,23 51:6
51:6,8,14,17
51:20,21 52:3
52:6,17,18,19
52:19,19,21,22
53:1,8,15,21
54:8,15,16,17
54:18,19,20
54:20 55:5,8
55:16,19,23
55:24 56:4,8
56:10,12,20
56:23,24,24
58:2,6,18,23
59:8,12,18,20
59:23,24
60:3,10,17,25
61:6,8,12,19,19
61:19 62:3,5
62:13,19,19,23
63:3,6,8,23
63:23 64:22
65:6 66:13,17
66:17,20 67:4
67:6,9 68:7
69:3,9,13,15
69:19,22

LAWRENCE O'TOOLE  4/17/2019

70:12,23,25
71:2,6,10,14,15
71:18,19,19,23
71:24 72:4,4,5
72:10,12,17,25
73:2,7,11,19,22
73:24 74:8,21
74:24 75:1,2,5
75:6,7,14,21
76:4,10,14,16
76:22,24,25
77:5,6,6,10,10
77:13,20 78:2
78:4,5 79:1,1
79:17,21,22,24
80:5,13,21,22
80:22,24 81:1
81:6,7,12,17
81:20,23 82:4
82:19 83:3,4,5
83:7,12,13,14
83:25 84:1,2
84:9,14 85:5,8
85:13,17 86:4
86:6,8,9,10,12
86:13
**you're** 6:10,23
9:14 13:17 17:2
25:8 26:9
43:21 50:16
52:23 53:24
53:25 54:7
55:17 56:5
60:6 64:15,15
81:24 83:19
84:20
**you've** 11:8 14:14
21:5 27:16
34:23 35:9
40:10 47:5
51:4 54:1,14
55:4 64:17
**your** 6:20 7:2,4
7:8,16 12:1
18:21 20:12,25
22:11,21 27:19
28:3,8 31:9,18

31:20 36:14
42:19,25
44:18 45:9,23
47:5 49:13
53:13 54:21
55:5 57:20
58:6,9,10
59:11 60:12,19
61:11 62:6
64:12,18 69:2
69:24 74:10
75:23 79:21
83:12 84:4
85:22 86:4,14
**yourself** 22:8
26:1 60:3

---

**Z**

**zoom** 70:8,18,19
70:25
**zooming** 70:2,2
70:6

---

**0**

---

**1**

**1** 2:7 9:9,16,21
9:22 26:25
28:20 32:7
33:21 47:14
57:25 59:21
60:3,9,14
**1-01** 2:14 45:20
46:2 51:9,25
52:11 53:5,10
53:17 54:25
56:18 57:21
58:11,15,18
59:13 60:17
60:20 61:2,15
61:16 62:9
63:2,13 64:2
64:20 65:11
**1,200** 24:4,6,15
25:14 41:2,18
46:12 65:2
**10** 2:7

**10:00** 3:12
**10:09** 5:13
**11** 2:8
**11:00** 29:9,10
**11:30** 29:16 80:1
**11:51** 86:24
**11th** 4:14
**12:00** 3:12
**1200** 3:13 4:9
**14** 2:9 39:21
**1446(T)** 3:15
4:13 5:4 87:4
**14th** 10:25 11:14
27:5,7
**15th** 10:7 22:10
66:15
**16-hour** 47:10
**16th** 21:12 24:14
27:10 66:15
**17** 1:12 3:11
**17th** 29:13 66:15
74:24 75:10
78:4 79:16,22
81:3,16 82:23
83:8
**18th** 71:15
**1984** 9:6

---

**2**

**2** 2:8 9:17 11:4,5
11:8 16:19 58:1
61:4
**20** 8:13 23:23
**20/20** 80:15
**2013** 7:13
**2014** 39:12
**2015** 7:13
**2017** 7:17 8:13
8:14 9:7 10:4
10:16 11:14 17:8
20:13 21:12
22:10 24:14
71:15 74:24
76:25 78:4
79:16,22 81:3
81:16 82:23
83:8

**2019** 1:12 3:12
**21** 2:10
**25** 23:24
**27th** 10:4,16
17:8
**28th** 20:13
76:24

---

**3**

**3** 2:9 14:12,14
**3:00** 29:8,9
**314** 3:14 4:9
**314.622.4800**
4:10
**314.644.2191**
4:15
**34th** 4:4
**3623** 43:17,21
43:22 46:21
**3625** 47:21
**3627** 47:22
**3631** 49:4
**3632** 49:19
**39** 2:11

---

**4**

**4** 2:10 21:6,8
27:8 28:18
**4:17-cv-2455-...**
1:6 3:6
**40** 2:12
**406** 4:4
**417** 13:3 28:22
**42** 2:13
**420** 4:4
**422** 31:21,22
**461** 11:24
**482** 34:4

---

**5**

**5** 2:4,11 39:8,11
44:7,21 46:11
**5-21** 13:7
**51** 2:14,15

---

**6**

**6** 2:12 40:11,13

**63101** 4:14
**63103** 4:10
**64111** 4:4

---

**7**

**7** 2:13 41:24
42:23 43:3
46:20
**7:00** 29:8,10
**700** 65:25
**711** 4:14

---

**8**

**8** 2:14 51:2,5,8
52:21
**80** 75:6,24
**816.470.9938**
4:5

---

**9**

**9** 2:15 51:2,5,14
52:21
**9/15** 14:23
**9/24** 14:23