## Page 1

```
1        IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MISSOURI
2                  EASTERN DIVISION
3
4    MALEEHA AHMAD, et al.,      )
                                 )
5        Plaintiffs,             )
                                 )
6        v.                      ) Case No. 4:17-cv-2455-CDP
                                 )
7    CITY OF ST. LOUIS, MISSOURI, )
                                 )
8        Defendant.              )
9
10         DEPOSITION OF GERALD LEYSHOCK
11        TAKEN ON BEHALF OF THE PLAINTIFF
12                 APRIL 17, 2019
13
14
15
16
17
18
19
20                                      Exhibit A
21
22
23
24
25
```

## Page 2

```
1                      INDEX
2                              Page
3                EXAMINATIONS
4    Examination by Mr. Praiss          5
5
6                  EXHIBITS
7    Exhibit 1O  Script for dispersal order   34
8
9
10
11   (Exhibits attached.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1        IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MISSOURI
2                  EASTERN DIVISION
3
4    MALEEHA AHMAD, et al.,      )
                                 )
5        Plaintiffs,             )
                                 )
6        v.                      ) Case No. 4:17-cv-2455-CDP
                                 )
7    CITY OF ST. LOUIS, MISSOURI, )
                                 )
8        Defendant.              )
9
10            DEPOSITION OF WITNESS, GERALD
11   LEYSHOCK, produced, sworn, and examined on April 17,
12   2019, between the hours of 1:00 p.m. and 3:00 p.m.
13   of that day at Saint Louis City Hall, 1200 Market
14   Street, Room 314, Saint Louis, Missouri, before
15   Susan J. Pybas, CCR No. 1446(T), within the state of
16   Missouri, in a certain cause now pending before the
17   United States District Court, Eastern District of
18   Missouri, Eastern Division, wherein Maleeha Ahmad,
19   et al. are the Plaintiffs; City of Saint Louis,
20   Missouri is the Defendant.
21
22
23
24
25
```

## Page 4

```
1                 APPEARANCES
2    FOR THE PLAINTIFFS:
3    Omri Praiss, Esquire
     ACLU OF MISSOURI FOUNDATION
4    406 West 34th Street, Suite 420
     Kansas City, Missouri  64111
5    816.470.9938
     opraiss@aclu-mo.org
6
7    FOR THE DEFENDANT:
8    Robert Dierker, Esquire
     Brandon Laird, Esquire
9    ST. LOUIS CITY COUNSELOR'S OFFICE
     1200 Market Street, Room 314
10   Saint Louis, Missouri  63103
     314.622.4800
11   dierkerr@stlouis-mo.gov
12   CERTIFIED COURT REPORTER:
13   Susan J. Pybas, CCR No. 1446(T)
     ALARIS LITIGATION SERVICES
14   711 North 11th Street
     Saint Louis, Missouri  63101
15   314.644.2191
16
17
18
19
20
21
22
23
24              Exhibit A
25
```

GERALD LEYSHOCK  4/17/2019

## Page 5

1    IT IS HEREBY STIPULATED AND
2    AGREED by and between counsel for the Plaintiffs and
3    counsel for the Defendant that this deposition may
4    be taken by Susan J. Pybas, CCR, No. 1446(T), a
5    Certified Court Reporter, thereafter transcribed
6    into typewriting, with the
7    signature of the witness being expressly requested.
8    GERALD LEYSHOCK,
9    of lawful age, having been produced, sworn, and
10   examined on the part of the Plaintiffs,
11   testified as follows:
12          * * * * *
13   (Starting time of the deposition: 1:05 p.m.)
14          * * * * *
15          EXAMINATION
16   BY MR. PRAISS:
17      Q.  Good afternoon.
18      A.  Good afternoon.
19      Q.  My name is Omri Praiss.  I met you briefly
20   just before the start today.  I'm an attorney, one
21   of the attorneys representing the plaintiffs in the
22   Ahmad vs. The City of St. Louis litigation.
23          Could you state your name for the record?
24      A.  Jerry Leyshock, L-e-y-s-h-o-c-k.
25      Q.  And, Mr. Leyshock, you tell me, what's the

## Page 6

1    best way for me to refer to you?
2       A.  Just call me "Jerry."
3       Q.  Mr. Leyshock or --
4       A.  Just call me "Jerry."
5       Q.  Just "Jerry."  I will try, but it's going
6    to be hard for me.
7       A.  Why?
8       Q.  Because all morning I referred to you as
9    "Lieutenant Colonel Leyshock."
10          Is that the correct title?
11      A.  I am a lieutenant colonel.
12      Q.  Okay.  So --
13      A.  However you want to do it.
14      Q.  Okay.  Have you ever been deposed before
15   today?
16      A.  Yes.
17      Q.  How many times?
18      A.  Oh, a hundred.
19      Q.  Well, sorry to hear that.
20          Very quickly, no different than the other
21   depositions, I'm going to be asking you questions
22   today.
23          Just give me a chance to finish my
24   questions so we're not -- and I'll do the same thing
25   when you're answering, not interrupt you so it's

## Page 7

1    easier for the court reporter.  Is that fair?
2       A.  Yes.
3       Q.  Okay.  If at any time I ask you a question
4    that's not clear for any reason, please ask me to
5    rephrase it.  Otherwise, I'm going to assume you
6    understood it.  Is that fair?
7       A.  Yes, sir.
8       Q.  Okay.  Are you under any medication that
9    impairs your ability to answer truthfully today?
10      A.  No.
11      Q.  And you understand you're under oath and
12   subject to penalty of perjury?
13      A.  Yes.
14      Q.  What, if anything, did you do to prepare
15   for the deposition today?
16      A.  Talked to the judge and Brandon.  I read
17   some of Eric Larson's deposition and talked with
18   our -- our legal counsel embedded at headquarters,
19   Christine Hozic, a little bit.
20      Q.  Okay.  Other than reading Eric Larson's
21   deposition, which I took, I believe, just, like,
22   last week, did you review any other documents?
23      A.  No, I didn't.
24      Q.  Okay.
25      A.  Documents, depositions?

## Page 8

1       Q.  Just any documents?
2       A.  Yeah, I looked at some of our documents
3    from 2017 to refresh my memory.
4       Q.  Okay.  Could you describe to me, the best
5    you can, what documents from 2017 you looked at?
6       A.  I looked at the detail again.  I looked at
7    definitions when it comes to munitions to refresh
8    myself.  I -- I don't know that I did too much more
9    than that.
10      Q.  Okay.  When you mention detail, what are
11   you referring to?
12      A.  The names of most of the officers assigned
13   to the Stockley protest detail.
14      Q.  Okay.  And when you say "definition of
15   munitions," you're referring to chemical agents?
16      A.  Yes.
17      Q.  Okay.  Just briefly describe your
18   educational background because I actually messed up
19   with Mr. Larson.  Didn't ask him that and then found
20   out middle of the deposition that he's actually an
21   attorney.
22      A.  Yeah.
23      Q.  So I -- and I felt terrible about that.
24          So are you an attorney?  Let's start with
25   that.

GERALD LEYSHOCK  4/17/2019

Page 9

1     A.  Yeah.  No, I'm not.
2     Q.  Okay.
3     A.  I got a BA at UMSL for speech
4  communications.
5     Q.  Okay.  Excuse my cough.
6        Briefly, describe your employment
7  background after completing your BA.
8     A.  I was a -- a Teamster for about a year.  I
9  was substitute teaching at Ritner High School, and
10  then I got -- finally got hired by the police
11  department.
12     Q.  When did you get hired by the police
13  department?
14     A.  I came on December 2nd of '79 .
15     Q.  And was that directly to the St. Louis
16  Metropolitan --
17     A.  Yes.
18     Q.  -- Police Department?
19        Let me finish my question.
20     A.  I'm sorry.
21     Q.  That's okay.  This will make it a lot
22  easier for her.
23        So since December of 19 -- did you say '79
24  --
25     A.  Yes, sir.

Page 10

1     Q.  -- you've been with the St. Louis
2  Metropolitan Police Department?
3     A.  (Witness nodded head.)
4     Q.  Okay.  Your title today is?
5     A.  Lieutenant colonel.
6     Q.  Okay.  When did you become lieutenant
7  colonel?
8     A.  Two -- two and a half years ago maybe.
9     Q.  Okay.  At the time of the Stockley
10  protests in the fall of 2017, am I correct you were
11  already lieutenant colonel?
12     A.  Yes.
13     Q.  You said one thing.  You just mentioned
14  that you looked at the definition of chemical
15  munitions.
16     A.  Yes.
17     Q.  Okay.  Do you recall what documents you
18  looked at for those definitions?
19     A.  I think just what we have in our special
20  orders.
21     Q.  Okay.  Do you recall which special orders
22  off the top --
23     A.  No, sir.
24     Q.  Okay.  And what is your understanding the
25  term "chemical agents" includes?

Page 11

1     A.  Well, I didn't look at it specifically
2  like that.  I looked at the difference between
3  handheld mace and -- and things that can be
4  launched.
5     Q.  Okay.
6     A.  So that.  That.
7     Q.  When you say "handheld mace," just to make
8  sure we're on the same page, are you referring to
9  just a handheld device that every officer is
10  provided as part of equipment to carry?
11     A.  Yes, sir.
12     Q.  Okay.  And when you say "launched," what
13  are you referring to?
14     A.  Tear gas or pepper balls.
15     Q.  Are you familiar with the term "fogger"?
16     A.  Yes.
17     Q.  What is a fogger?
18     A.  Well, it's an instrument that would have
19  more propellant than a actual canister of mace.
20     Q.  Okay.  When you use the term "handheld
21  mace," are you including a fogger within that or
22  not?
23     A.  I am not.
24     Q.  Okay.  Can we agree then for purposes of
25  your deposition today when we -- both of us use

Page 12

1  handheld mace, we're just referring to the small
2  canister that's provided to police officers?
3     A.  Yes.
4     Q.  And we'll distinguish that from a fogger,
5  which sprayed out a larger amount of chemical
6  agents, correct?
7     A.  That's right, yes.
8     Q.  Is it your understanding that the chemical
9  within the handheld mace and the fogger is the same?
10     A.  Yes.
11     Q.  Okay.  So there's no difference in
12  chemical, it's simply a difference in how the
13  material, the chemical is deployed?
14     A.  Yes.
15     Q.  Okay.  Have you yourself ever provided
16  training to police officers relating to the use of
17  chemical agents?
18     A.  No.
19     Q.  Okay.  Have you yourself received training
20  relating to the use of chemical agents?
21     A.  Yes.
22     Q.  Okay.  Have you received specific training
23  about under what circumstances it's appropriate to
24  use chemical agents against protesters?
25     A.  Yes.

3 (Pages 9 to 12)

GERALD LEYSHOCK  4/17/2019

| | Page 13 |
|---|---|

1    Q.   Okay.  When was the last time you received
2  that training?
3    A.   May -- maybe in 2017, but I don't -- I'm
4  -- I'm not crystal clear on that, but sometime
5  probably before Stockley.
6    Q.   Okay.  Well, sometime before Stockley is
7  very broad because you started in 1997.
8    A.   Well --
9    Q.   So I'm trying to lock us in a little bit.
10   A.   All right.
11   Q.   If you can.
12   A.   I would -- I would definitely say -- I --
13 I would believe I -- I -- I -- sometime within a
14 year before the Stockley protests.
15   Q.   Do you recall who provided that training?
16   A.   No.
17   Q.   Okay.  Do you recall if that training was
18 mandatory for everybody or just for certain people?
19   A.   It seems to me my recollection is that the
20 Academy provided training for everybody with -- for
21 handheld mace.
22   Q.   Let me stop you right there.  When you say
23 the Academy got trained for handheld mace, you're
24 referring to when officers are going through the
25 Academy to become police officers?

| | Page 14 |
|---|---|

1    A.   No, the Academy staff.
2    Q.   Is that done on a regular basis for all
3  police officers?
4    A.   I think -- I think once a year, officers
5  have training with the Taser and the mace.
6    Q.   Okay.  Are you included in that?  Once a
7  year --
8    A.   Yes.
9    Q.   -- do you go through training?
10   A.   I think so.
11   Q.   You think so?
12   A.   I can't remember.
13   Q.   Well --
14   A.   I think -- I'm sorry.  I can't remember
15 the last time that I did it in 2018, but I may have.
16 I -- I don't remember.
17   Q.   Okay.
18   A.   I believe it's for everybody.
19   Q.   Do you recall ever receiving any
20 handwritten documents or being presented with a
21 PowerPoint in connection with training relating to
22 the use of chemical agents?
23   A.   You're asking me if I -- if I have
24 received that?
25   Q.   I'll break it into two.  It was a compound

| | Page 15 |
|---|---|

1  question.  I object to my own question.
2         Do you recall ever receiving any
3  handwritten materials in connection with any
4  training that you've ever attended with respect to
5  the use of chemical agents?
6    A.   Yes.
7    Q.   Okay.  Do you recall, do you still have
8  that training material?
9    A.   I -- I don't know.  I -- I might, but I --
10 I don't know.
11   Q.   Okay.  Do you recall who prepared those
12 training materials?
13   A.   I would say -- I would think it would be
14 the Academy staff, but I -- again, I -- I can't
15 remember.
16   Q.   Okay.  Do you recall if those training
17 materials that you received, if they actually
18 delineated specific guidelines in terms of when it's
19 appropriate or not appropriate to use chemical
20 agents?
21   A.   Well, we have special orders, and that --
22 that is outlined in our special orders.
23   Q.   But -- and we're going to get -- trust me,
24 we'll cover the special orders in detail.  I'm
25 trying to understand, other than the special orders,

| | Page 16 |
|---|---|

1  if you recall receiving documents that provided
2  guidance about when it's appropriate or not
3  appropriate to use chemical agents?
4    A.   All I remember are the special orders.
5    Q.   Okay.  So other than the special orders,
6  you can't remember any other specific training
7  materials that interpret or guide -- provide
8  guidance with respect to the use of chemical agents?
9    A.   Well, you asked if I received it.
10   Q.   Yeah.
11   A.   I'm aware that in training, CDT training
12 the instructors provide those CDT officers with --
13 with maybe a manual or, if not, some written form
14 explaining some of the things that you're asking me
15 about, but I didn't get one.
16   Q.   Okay.  And the reason I'm asking you is
17 we've asked for those materials.  We've never
18 received them.  So I'm just trying to see if anybody
19 actually remembers seeing them and maybe can help us
20 locate them if they exist.
21         But you don't recall ever receiving
22 training materials about the use of chemical agents
23 yourself?
24   A.   Nothing other than special orders.
25   Q.   Gotcha.

4 (Pages 13 to 16)

GERALD LEYSHOCK  4/17/2019

---

Page 17

1        A.   But I -- I mean, I should think that would
2   be something that you could talk to Rossomanno and
3   Jemerson about.
4        Q.   All right.  Quite true.  They've,
5   hopefully, done that.
6        A.   They -- I'm sorry?
7        Q.   I hope they've done that by now.
8             Let's see.  Have you yourself ever
9   attended any training by Rossomanno or Jemerson, who
10  you just mentioned, with respect to the use of
11  chemical agents?
12       A.   Yes.
13       Q.   Okay.  During those trainings that you
14  attended, were any handouts provided with respect to
15  the use of chemical agents?
16       A.   I -- I think that's what I was referring
17  to earlier.  I thought that there were some handouts
18  for the officers.  I could be wrong.
19       Q.   Okay.  Do you recall if they used a
20  PowerPoint during those presentations?  And I'm
21  focusing specifically about the use of chemical
22  agents.
23       A.   I can't remember.
24       Q.   Okay.  Over the course of your career,
25  have you used chemical agents at any time?

---

Page 18

1        A.   Yes.
2        Q.   Okay.  Let's break it down.
3             Have you ever deployed pepper spray mace
4   using the handheld device?
5        A.   Yes.
6        Q.   Approximately how many times?
7        A.   I -- I've been a policeman almost 40
8   years.  And I -- I don't remember when it came, but
9   I would say five or six times.  I don't believe very
10  much more than that.
11       Q.   Have you ever deployed pepper spray mace
12  at protesters?
13       A.   Yes, one time.
14       Q.   Okay.  Do you recall which protests?
15       A.   No, I -- two -- two times.
16       Q.   Do you recall which protests?
17       A.   At Page and Walton.
18       Q.   What was the second one?
19       A.   And it's possible at one of the protests
20  at headquarters.
21       Q.   Let's start with the incident of Page and
22  Walton.
23             Could you describe the circumstances that
24  caused you to use chemical agents in a protest
25  setting?

---

Page 19

1        A.   So we were -- we had formed a line on Page
2   facing Walton -- which -- which would be facing west
3   -- and we'd already been hit with a ton of rocks at
4   one point.  And then we got that stopped and we were
5   trying to figure out what our next move was.
6             And a -- a woman just became outraged -- a
7   younger woman -- and was threatening my officers at
8   first and then was literally, like -- acted like she
9   was going to attack the officers because people in
10  the crowd were, like, holding her back.  And she had
11  a water bottle in her hand, and at some point,
12  she -- it -- she was pretty confrontational, and
13  they had told her she was going to be under arrest.
14  And I decided to arrest her, and I used my mace when
15  she reared back with the -- the water bottle.
16       Q.   If I understand, at some point during this
17  confrontation, you made the decision to arrest her?
18       A.   Yes.
19       Q.   And at that point, she reared back with a
20  water bottle and a --
21       A.   As I approached her, she moved the water
22  bottle up and I sprayed her.
23       Q.   Again, I'm going to ask you please let me
24  finish my question.
25       A.   Oh, I'm sorry.

---

Page 20

1        Q.   No, it's quite all right.  I -- it's hard
2   because you're anticipating exactly where I'm going.
3   But --
4        A.   All right.
5        Q.   -- it's going to make it a lot easier
6   later.
7        A.   Well, I'm sorry about that.
8        Q.   After you made the decision --
9        A.   I don't want to be a bad witness.
10       Q.   You're doing great.
11            After you made the decision to arrest this
12  woman, if I understood you correctly, she reared
13  back with a water bottle in a threatening manner.
14       A.   Yes.
15       Q.   And at that point, you sprayed her with
16  the pepper spray?
17       A.   Yes.
18       Q.   Okay.  What was -- you mentioned a second
19  incident that you thought occurred in connection
20  with a protest at headquarters.
21       A.   Yes.
22       Q.   Are you sure there was a second incident
23  or not?  You seemed unsure before.
24       A.   I had -- I had my mace out.  I don't -- I
25  really don't remember if -- if I maced somebody or

---

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                        Fax: 314.644.1334

GERALD LEYSHOCK  4/17/2019

---

Page 21

1   not on that one, but I might have.  I don't
2   remember.
3        Q.   Okay.
4        A.   That was a -- that was a -- that was a
5   free-for-all of about a minute in front of
6   headquarters.  So I don't -- I -- I really don't
7   remember if I did or I didn't.  I was ready to.
8        Q.   Okay.  Well, I don't want you to
9   speculate.
10        My question is, sitting here today, do you
11   have -- do you know if you did?  If you actually
12   sprayed someone with pepper spray --
13        A.   No.
14        Q.   -- at headquarters?
15        A.   I don't know for sure.
16        Q.   Okay.  You mentioned, though, there were
17   five or six other times.  So I assume there were
18   other incidents, not in protests, where you've used
19   pepper spray?
20        A.   That's right.
21        Q.   Could you -- was there common
22   circumstances to those?
23        A.   That was men resisting arrest.
24        Q.   So in each of those situations, were
25   individuals also resisting arrest similar to the

---

Page 22

1   lady in the protests?
2        A.   Some of it was -- it -- it -- they weren't
3   at protests, but I have placed somebody under arrest
4   and -- and they wanted to fight and I maced them.
5        Q.   Okay.  You say they resisted arrest or
6   wanted to fight.  What do you -- can you describe
7   that for me?  Were they aggressively acting in a
8   manner that threatened you?
9        A.   Yes.
10        Q.   Any of these situations, did you consider
11   warning the individuals that unless they ceased
12   resisting the arrest that you would resort to
13   spraying them with pepper spray?
14        A.   I don't remember.
15        Q.   You have no recollection of ever warning
16   them, saying, "Sir" or "Ma'am, please stop.  If you
17   don't, I'm going to spray you with pepper spray"?
18        A.   Well, I guarantee you I told them they
19   were under arrest, and then I can't -- I can't
20   remember exactly how it went out.  I -- I may -- I
21   mean, first off, I would -- I should think -- it
22   didn't happen very often, but when I brought my mace
23   out, I should -- have a feeling that the person that
24   was resisting arrest had a feeling they were going
25   to get maced.  So I can't -- I can't -- I don't

---

Page 23

1   remember.
2        Q.   Okay.
3        A.   It's hard for me to even -- those -- some
4   of those incidents are older.  I -- I'd have to sit
5   here and really think about it.
6        Q.   Okay.  Well, let's go talk about the
7   incident at Page and Walton, which is not that far
8   back in time.  That was --
9        A.   That was a --
10        Q.   -- 2015, I believe, August, correct?
11        A.   That's right.
12        Q.   All right.  Do you recall any situation
13   with that, the protester, providing any warning that
14   if she continues to resist in any manner that you
15   were going to deploy chemical agents at her?
16        A.   I -- here's exactly what I recall I told
17   her:  She was under arrest.  That's -- that's all I
18   remember.
19        Q.   Thank you.
20        Have you ever deployed pepper spray mace
21   using what we described as a "fogger," the
22   high-capacity extended range OC spray?
23        A.   No.
24        Q.   Who has permission to deploy pepper spray
25   using the fogger?

---

Page 24

1        A.   Only sergeants on the CDT team had
2   foggers, and it's at their discretion.
3        Q.   Okay.  Do you know if there's specific
4   training provided to those sergeants who are
5   authorized to use a fogger with respect to when they
6   should or shouldn't use it?
7        A.   I think that was covered in training that
8   Sergeants Rossomanno and Jemerson provided.
9        Q.   Okay.  Have you deployed any other
10   chemical agents?  And you mentioned at the
11   beginning, like, pepper balls and tear gas, things
12   like that.
13        A.   No, I haven't.
14        Q.   Okay.  At the bottom of the stack of
15   exhibits that you have in front of you, there are
16   two exhibits that I want you to focus on.  I think
17   they're Exhibit 8 and Exhibit 9.
18        A.   Okay.
19        Q.   Do you have those?
20        A.   Yeah.
21        Q.   Okay.  Let's start with Exhibit 8.
22        Do you recognize that one?
23        A.   (Reviews document.)  Yes.
24        Q.   Okay.  And for the record, am I correct
25   that that's -- this is Section IV Special Order

---

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

GERALD LEYSHOCK  4/17/2019

## Page 25

1  1-01, and it deals with pepper mace?
2      A.  Yes, sir.
3      Q.  This is one of the documents that you
4  reviewed for your deposition today?
5      A.  Yes, sir.
6      Q.  Okay.  And Exhibit 9 --
7      A.  Yes.
8      Q.  -- have you seen it in this form?
9      A.  (Reviews document.)  Yes.
10     Q.  Are you familiar with the declaration that
11  Mr. Baumgartner provided in this litigation?
12     A.  (Reviewed document.)  No, I haven't seen
13  this.
14     Q.  Okay.  If you don't mind --
15     A.  I'm sorry.
16     Q.  That's quite all right.  That's why I
17  wanted to slow you down you.
18         If you look at Exhibit C to this document
19  a few pages in --
20     A.  Okay.
21     Q.  -- Exhibit C, do you see on the top of it,
22  this is Section XIII of Special Order 1-01?
23     A.  (Reviewed document.)  Yes.
24     Q.  And this one deals with deployment of
25  chemical agents for crowd dispersal; am I correct?

## Page 26

1      A.  All right.  Wait a second.  I went to this
2  -- okay.  (Reviews document.)
3         Over here.  Thanks.
4      Q.  Now that you're on the right page, let me
5  ask you my questions again.
6         Are you now looking at Exhibit C to
7  deposition Exhibit 9?
8      A.  Yes.
9      Q.  Okay.  And this is the one -- am I correct
10  this is -- that has Section XIII of Special Order
11  1-01?
12     A.  Yes.
13     Q.  And this one pertains to the deployment of
14  chemical agents for crowd dispersal, correct?
15     A.  Yes.
16     Q.  Did you review this exhibit to prepare for
17  today's deposition?
18     A.  No.
19     Q.  Okay.  So the only -- when you refer that
20  you looked at exhibits dealing with chemical agents,
21  you only looked at Exhibit 8?
22     A.  Yes.
23     Q.  Gotcha.  You were the incident commander
24  for the Stockley protests, correct?
25     A.  Yes, sir.

## Page 27

1      Q.  In your words, what does it mean to be the
2  "incident commander"?
3      A.  Basically, I had the responsibility of
4  directing the police department's actions in
5  response to the protests.
6      Q.  You're familiar that in connection with
7  the Stockley protests, there were incidents where
8  police officers deployed pepper spray using a
9  handheld device at protesters, correct?
10     A.  Yes, sir.
11     Q.  Okay.  When the police officers did so,
12  were they -- were their actions pursuant to Section
13  IV of Special Order 1-01 or Section XIII of Special
14  Order 1-01?
15     A.  (Reviewed document.)  So we're -- we're
16  talking about this special order here, right?
17     Q.  Well, we have two of them, sir.  We have
18  -- again, I'm going to be referring to them.
19     A.  Where's --
20     Q.  Let's -- let me --
21     A.  Where's -- okay.  Four -- you want 4 on
22  this one?
23     Q.  Uh-huh.
24     A.  And what's -- which one on this one?
25     Q.  Thirteen?

## Page 28

1      A.  Yes.
2      Q.  Lieutenant Colonel Leyshock?
3      A.  Yes.
4      Q.  Let me make -- let's make sure the record
5  is clear.
6         In front of you, again, you have two
7  provisions within Special Order 1-01.  You have
8  Section IV, which deals with handheld pepper spray,
9  correct?
10     A.  Yes.
11     Q.  And you have Section XIII, which deals
12  with -- generally with the deployment of chemical
13  agents for crowd dispersal, correct?
14     A.  Yes.
15     Q.  And, again, my question a couple seconds
16  ago to you was that in connection with the Stockley
17  protesters, we know that there's some incidents
18  where police officers deployed chemical agents using
19  a handheld device --
20     A.  Yes.
21     Q.  -- at protesters.
22     A.  Okay.
23     Q.  My question to you is when the police
24  officers used their handheld device to spray at
25  protesters, were they acting pursuant to Section IV

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

GERALD LEYSHOCK  4/17/2019

Page 29

1  or Section XIII of Special Order 1-01?
2      A.  All right.  So here's -- here's the
3  problem I'm having with it.  Section IV, you're
4  talking about this -- this whole area here, A, B, C?
5      Q.  I'm talking the entire Section IV of
6  Special Order 1-01.
7      A.  All right.  Then I'd say they were acting
8  under both.
9      Q.  Under both.
10         And what's the basis for your statement,
11  if I may, just so I understand?
12      A.  Well, if you look at 1-01, "Chemical
13  agents will not be used for the purpose of
14  frightening or punishing individuals for exercising
15  their constitutional rights."  Nobody ever did that
16  so that's No. 1.
17         And then they talk about procedures with
18  pepper mace, and it's -- I guess we could go to C.
19  "Since pepper mace is a method of physical control,
20  it may only be used to overcome resistance to an
21  officer's unlawful authority.  Any arrest in which
22  pepper mace is used will be classified as resisting
23  arrest."  And I think the key there is overcoming
24  resistance.
25         And "An officer may use pepper mace to

Page 30

1  effect a lawful arrest which otherwise lawfully
2  controls a combative, uncooperative person when
3  verbal commands and persuasion have been ineffective
4  in inducing cooperation."
5         So I think they -- they -- and we didn't
6  -- we didn't ever do -- put mace or chemical
7  warnings out to scare somebody because they were
8  protesting, but Section B covers why they would use
9  their pepper mace.
10      Q.  Okay.  Section XIII of Special Order 1-01
11  also has provisions dealing with the use of chemical
12  agents in connection with dispersing crowds; do you
13  see that?
14      A.  (Reviewed document.) I don't see XIII you
15  keep talking about.  Why am I miss -- okay.  Oh,
16  right -- starting right here.
17         And you're saying -- can you say your
18  question again?
19      Q.  Sure.  And, again, Lieutenant Colonel
20  Leyshock, if ever I ask a question that's not clear,
21  remember we established at the beginning just stop
22  me and ask -- I ask -- and even though you're not
23  allowed to ask questions, I'm happy -- I want to
24  make sure we're on the same page.
25         So, again, you're looking right now at

Page 31

1  Section XIII?
2      A.  Yes, I am.
3      Q.  Special Order 1-01.  Under Section C,
4  there, it talks about "restrictions on deployment,"
5  correct?
6      A.  Yes.
7      Q.  And you've referred a couple times to the
8  provision 1 there about not using chemical agents
9  for the purpose of frightening or punishing
10  individuals for exercising their constitutional
11  rights.  Am I correct?
12      A.  Yes.
13      Q.  Do you see there's, under No. 2, there,
14  other provisions dealing with restricting the use of
15  chemical agents to disperse groups unless certain
16  conditions are satisfied, correct?
17      A.  (Reviewed document.)  That's right.
18      Q.  Okay.  Is it your understanding that that
19  provision also applied in connection with the
20  Stockley protests?
21      A.  Absolutely.
22      Q.  Okay.
23         (WHEREIN, after an off-the-record
24  discussion, the proceedings resumed as follows, to
25  wit:)

Page 32

1      Q.  If I understood your testimony correct
2  from the last few minutes ago, it's your
3  understanding that when police officers used
4  handheld pepper spray at protesters during the
5  Stockley protests, their actions were governed both
6  by Section IV of Special Order 1-01 as well as
7  Section XIII of Special Order 1-01; is that correct?
8      A.  Yes, sir.
9      Q.  Okay.  And you understand that there's
10  differences in how -- in the -- strike that.
11         You understand that Section IV and Section
12  XIII impose different requirements and restrictions
13  about the use of handheld pepper spray, correct?
14      A.  Yes, sir.
15      Q.  Okay.  Am I correct that under Section IV,
16  for example, there does not appear to be a specific
17  provision that requires a warning by an officer
18  prior to the use of handheld pepper spray, correct?
19      A.  Yes, sir.
20      Q.  However, under Section XIII of Special
21  Order 1-01, clearly, one of the requirements is that
22  there will be clear and unambiguous warnings being
23  issued stating that chemical agents will be used in
24  connection with the area that's being cleared,
25  correct?

8 (Pages 29 to 32)

GERALD LEYSHOCK  4/17/2019

Page 33

1    A.  Yes.
2        Q.  Okay.  Have you ever issued a dispersal
3    order?
4        A.  I don't think so.
5        Q.  Okay.  Have you ever provided any training
6    with respect to the circumstances when somebody can
7    issue a dispersal order and the manner in which it
8    should be provided?
9        A.  Well, I'll -- here's how I'll answer.  I
10   helped write the -- the actual verbiage for the --
11   the word -- the wording on dispersal so . . .
12       Q.  Okay.  And we're going to look at an
13   exhibit with that in a minute .
14       A.  Okay.
15       Q.  But my question is even beyond just --
16   what you just described, writing the pertinent
17   language, have you trained people about the manner
18   and the circumstance when they should issue a
19   dispersal order?
20       A.  I -- I don't think so.  I had a lot of
21   discussions with Rossomanno and Jemerson about it.
22   I wouldn't say I was "training" them --
23       Q.  Okay.
24       A.  -- just so that we were all on the same
25   page.

Page 34

1        Q.  Do you know if officers in general are
2    provided with training with respect to the
3    circumstance when a dispersal order should be
4    issued?
5        A.  I think that's covered with Jemerson and
6    Rossomanno, but I -- I can't tell you for sure.
7        Q.  Okay.
8        A.  And I'm not exactly sure if the whole
9    department knows it or not.
10       Q.  Okay.
11           (WHEREIN, after an off-the-record
12   discussion, the proceedings resumed as follows, to
13   wit:)
14   BY MR. PRAISS:
15       Q.  Lieutenant Colonel Leyshock, you've been
16   handed what's been marked as Exhibit 10.
17           Do you have that?
18           (WHEREIN, Exhibit 10 was marked for
19   identification by the court reporter.)
20       A.  Yes.
21       Q.  Okay.  And the date of this is
22   September 1st, 2017; do you see that?
23       A.  (Reviewed document.)  Yes.
24       Q.  And it has instructions for the issuance
25   of warning from police officer unlawful assembly; am

Page 35

1    I correct?
2        A.  Yes.
3        Q.  You mentioned a few minutes ago that you
4    prepared a document about dispersal orders.  Is this
5    the document?
6        A.  Yes.
7        Q.  Okay.  Do you recall when you prepared it?
8        A.  I would think pretty close to
9    September 1st of 2017.
10       Q.  Was this done in preparation for the
11   Stockley protests?
12       A.  Yes.
13       Q.  Okay.  Do you know if prior to September
14   1st, 2017, there was anything similar to this in
15   writing?
16       A.  I think we used something very, very
17   similar for the Michael Brown verdict announcement.
18   I think we used something very similar to that -- to
19   this then.
20       Q.  Do you recall if you used something for
21   the Page and Walton protests?
22       A.  Yeah.  Well, we were still using whatever
23   the -- the wording is.  Could have been this same
24   thing.
25           This is just something that I wanted all

Page 36

1    the commanders to have prior to Stockley.  It could
2    very easily be word-for-word what we used in
3    Ferguson, and Page and Walton.
4        Q.  Okay.  Do you still have copies of the
5    ones that were used in the Michael Brown protests or
6    the Page and Walton?
7        A.  I don't have too much stuff left from
8    that.
9        Q.  Okay.
10       A.  So I -- I wouldn't want to say yes.  If
11   you wanted me to get them for you, I don't know if I
12   could.
13       Q.  Okay.  With respect to Exhibit 10, the one
14   dated September 1st, 2017, is it fair to say you
15   didn't create this from scratch but you -- what you
16   believe is you actually used a version that existed
17   already --
18       A.  Yes.
19       Q.  -- and potentially kept it exactly the
20   same or made some changes to it?
21       A.  That's right.
22       Q.  Okay.  Sitting here today, do you recall
23   any specific changes that you made to it?
24       A.  Oh, no, I don't.
25       Q.  Okay.  Did anybody help you in this

9 (Pages 33 to 36)

## GERALD LEYSHOCK  4/17/2019

Page 37

1   process?
2       A.   Yes.
3       Q.   Who helped you?
4       A.   Christine Hodzic.
5       Q.   Okay.  And she is in-house counsel?
6       A.   Yes.
7       Q.   Got you.
8           You know, the dispersal begins by saying,
9   "This is an unlawful assembly."  Am I correct?
10      A.   Yes.
11      Q.   Okay.  And is it fair to say that a
12  predicate to declaring -- strike that.
13          Is it fair to say that a predicate for
14  issuing this dispersal order is that there has to be
15  an unlawful assembly present?
16      A.   Yes.
17      Q.   Okay.  Who makes the determination that
18  the unlawful assembly is taking place?
19      A.   I can make it, but also other commanders
20  could -- could make it and, certainly, Rossomanno
21  and Jemerson could make it.
22      Q.   Is there a certain level you have
23  to be at the police department rank-wise in order to
24  to declare an unlawful assembly, or can anybody in
25  reality make one?

Page 38

1       A.   Anybody in reality could make one.
2       Q.   Okay.  In connection with the Stockley
3   protests, did you at any time make a determination
4   that there was unlawful assembly, or was it other
5   officers on the ground making that determination?
6       A.   Well, I -- I made it at Lake and Waterman
7   --
8       Q.   Okay.
9       A.   -- the minute the policeman got injured.
10      Q.   What about -- do you know what other times
11  the unlawful assemblies were declared in connection
12  with the Stockley protests?
13      A.   I -- I believe the first action in the
14  morning on the 15th, it was declared.  I believe,
15  that in the afternoon, it was declared.  That
16  evening on the 15th at Lake and Waterman it was
17  declared, and -- and then it was declared on the
18  evening of the 17th.
19      Q.   Okay.  And you've identified four
20  different times where unlawful assemblies were
21  declared in connection with the Stockley protests.
22          The only one where you were actually the
23  person declaring an unlawful assembly was on the
24  evening on the 15th at Lake and Waterman, correct?
25      A.   That's right.

Page 39

1       Q.   Do you know who declared it on the morning
2   of the 15th?
3       A.   I mean, I gave permission for it to be
4   done, but I don't know who actually made the
5   announcement.
6       Q.   Do you know who made the announcement on
7   the afternoon of the 15th?
8       A.   I'm pretty sure -- I'm pretty sure on both
9   it was probably Rossomanno or Jemerson.  I really
10  don't think there would have been anybody else.
11      Q.   Okay.  How about on Sunday evening of the
12  17th?
13      A.   That --
14      Q.   Who do you believe declared an unlawful
15  assembly at that point?
16      A.   Both Rossomanno and Jemerson both did, I
17  believe.
18      Q.   Okay.  Going back to Exhibit 10, and this
19  is the -- is it okay if I call this the "script for
20  dispersal order"?
21      A.   That's fine.
22      Q.   Okay.  Again, it begins with "This is an
23  unlawful assembly."  And then after indicating that
24  this is your first order to disperse, it says, "You
25  are hereby ordered to disperse from this area by

Page 40

1   moving" and has in quotes "to the sidewalk and
2   walking (give a clear course of egress)."
3           Do you see that?
4       A.   Yes, sir.
5       Q.   Okay.  Am I correct that the dispersal
6   order script that you prepared does not include any
7   language that specifically instructs individuals how
8   far they have to leave the area in order to be in
9   compliance?
10      A.   That's true.
11      Q.   Okay.  Am I correct that the dispersal
12  order script that you prepared does not include any
13  instructions specifically telling individuals for
14  how long they have to leave the area in order to be
15  compliant?
16      A.   That's true.
17      Q.   Okay.  Are you familiar with the crime of
18  refusal to disperse?
19      A.   I don't -- I don't -- I don't -- I don't
20  know exactly what that means.
21      Q.   All right.
22      A.   There is -- we have -- I don't know that
23  it's exactly how it -- if you show me an ordinance,
24  I can better answer that --
25      Q.   I'll try.

10 (Pages 37 to 40)

GERALD LEYSHOCK  4/17/2019

## Page 41

1    A. -- because I'd have to look at our
2  interference --
3    Q.  That's fine.  It's not that important.
4  I'm just curious.
5    A. -- ordinance.  Impeding the flow of
6  traffic and interference and resisting arrest is all
7  part of refusal to disperse.
8    Q.  Okay.  Let's see.  We've talked now a
9  little bit about the dispersal order, and I think we
10  established that the predicate for it is first there
11  has to be an unlawful assembly, correct?
12    A.  Yes.
13    Q.  Okay.  And you've indicated that in
14  connection with the Stockley protests, at least,
15  there was four specific time periods where
16  Rossomanno and/or Jemerson you believe issued --
17  declared an unlawful assembly, correct?
18    A.  Yes.
19    Q.  Okay.
20    A.  And may -- may I add something?
21    Q.  Okay.
22    A.  I'm not so sure, the more I sit here and
23  think about it, that Lieutenant Sachs, the commander
24  of SWAT, may not -- he may also have issued a
25  declaration on Sunday evening on the 17th that that

## Page 42

1  was an unlawful assembly.
2    Q.  Okay.
3    A.  Or had somebody do it.
4    Q.  I want to focus now about declaring an
5  unlawful assembly, if I could.
6    Have you yourself ever declared an
7  unlawful assembly?
8    A.  I -- I think you asked me that already.
9    Q.  And I apologize if I did.
10    A.  I don't --
11    Q.  I thought I asked you about issuing a
12  dispersal order, not asking about first -- we've
13  established that as a predicate for issuing a
14  dispersal order you have to declare -- you have to
15  find an unlawful assembly.
16    So my question to you is have you ever
17  yourself determined that there was an unlawful
18  assembly?
19    A.  Well, I -- I definitely determined it.
20    Q.  Okay.
21    A.  I typically have somebody do the dispersal
22  orders.  I don't.
23    Q.  Okay.  And I apologize.  I did ask you
24  that before.  So I jumped around from dispersal to
25  unlawful assembly.

## Page 43

1    A.  That's -- that's fine.
2    Q.  My mistake.
3    What I don't believe I've asked you is
4  about training with respect to what constitutes an
5  unlawful assembly.  So let's focus on that.
6    Have you yourself ever provided training
7  to Rossomanno, Jemerson, or anybody else about under
8  what circumstances an unlawful assembly exists?
9    A.  I would -- I -- I would say I -- I don't
10  think I would use the term "train," but we had a lot
11  of discussions, not only with myself and them but
12  also with people from the legal division and them to
13  -- to talk about that.
14    Q.  Okay.  And sitting here today, what would
15  you -- what is your understanding under what
16  circumstances an unlawful assembly exists, somebody
17  is engaged in an unlawful assembly?
18    A.  When there's violent and criminal
19  activity.
20    Q.  Any other, what I would call, "elements or
21  predicates" for someone to be charged with offense
22  of an unlawful assembly?
23    A.  I -- I think that that covers it.
24    Q.  Okay.  Do you understand that people have
25  to reach some kind of an agreement in order to be

## Page 44

1  charged with an offense of unlawful assembly?
2    A.  Yes.  That's part of the language in both
3  the state and city ordinance.
4    Q.  Okay.  So --
5    A.  My stomach's growling.  Sorry about that.
6    Q.  That's quite all right.
7    So I want to make sure if -- I'm trying to
8  get as full as possible just your understanding of
9  what it takes to charge someone with committing the
10  offense of unlawful assembly.
11    Do you agree with me that there has to be
12  some sort of agreement between people to commit an
13  unlawful act?
14    A.  Yes.
15    Q.  And they have to agree to commit that
16  unlawful act with force or violence?
17    A.  Yes.
18    Q.  Okay.  Anything else?
19    A.  (Shook head side to side.)
20    Q.  Okay.
21    A.  I don't know.
22    Q.  Okay.  Let's focus on -- is your answer
23  you can't come up with anything else?
24    A.  I think that covers it.
25    Q.  Okay.  Let's focus on the evening of the

ALARIS LITIGATION SERVICES
www.alaris.us       Phone: 1.800.280.3376       Fax: 314.644.1334

GERALD LEYSHOCK  4/17/2019

Page 45

1    17th, and so I'm talking about Sunday,
2    September 17th in connection -- of 2017 in
3    connection with the Stockley protests.  Okay?
4        A.  Yes, sir.
5        Q.  Okay.  Am I correct that early that
6    evening, there was some property damage that took
7    place downtown?
8        A.  Yes.
9        Q.  Okay.  Am I correct that occurred around
10   between 8:00 and 8:30 in the evening?
11       A.  Yes.
12       Q.  Okay.  To the best of your knowledge, do
13   you recall what location that took place?
14       A.  Around the 900 block of Olive.
15       Q.  And what's the cross -- the 900 block of
16   Olive.  You just answered.
17          Were people arrested in connection with
18   that property damage?
19       A.  I know one young man was arrested.  I
20   don't know how many others.
21       Q.  Okay.  Am I correct that after that
22   property damage that took place around 8:30 p.m. on
23   the 900 block of Olive, there was no other property
24   damage done downtown that evening?
25       A.  No, I don't think that's true.  I think

Page 46

1    that the bikes saw other people doing some
2    destruction of property.
3        Q.  Okay.  And --
4        A.  But I can't testify -- I -- I -- I didn't
5    see it.
6        Q.  Okay.
7        A.  That's my recollection.
8        Q.  Do you recall what time that was?
9        A.  I -- I -- there's -- we have a timeline,
10   and we could obviously work off that.
11          If you're going -- if you want me to go by
12   my memory, I know that there were descriptions
13   coming out of a subject with maybe an orange shirt
14   over his head kicking in windows.  There's about
15   seven different businesses that had their doors or
16   windows shattered, and they were putting out
17   description.  And -- and but, also, after he was
18   arrested, it's my understanding that there was
19   more -- there was -- there was still some more
20   destruction of property or more vandalism.
21       Q.  Okay.  Am I correct that -- you know
22   Timothy Sachs, right?
23       A.  Yes.
24       Q.  Okay.  And he was on the ground at the
25   time, correct, that evening?

Page 47

1        A.  I don't know what "on the ground means."
2        Q.  He was downtown --
3        A.  He was downtown.
4        Q.  -- dealing with the protesters?
5        A.  He was downtown, yes.
6        Q.  Okay.  At the preliminary injunction
7    hearing, he was asked this question.  I'll read it
8    into the record.
9           "Now, you're not aware of any property
10   damage happening in downtown St. Louis after that
11   8:00 to 8:30, are you?"
12          ANSWER:  "No, I'm not."
13       A.  Okay.
14       Q.  Do you have any specific facts to refute
15   his testimony?  Because that's what I'm basing my
16   question to you on.
17       A.  That's fine.
18          I think that I -- seems to me I remember
19   way after this that I was told that there -- the
20   bikes came up on other vandalism:  Planters had been
21   broken, a sofa thrown out in the middle of the
22   street, some things like that.
23       Q.  Okay.  Do you recall what time that was?
24   Because I believe that's before --
25       A.  It was after -- it was after the arrest of

Page 48

1    the individual I mentioned.
2        Q.  Okay.
3        A.  That's my understanding.
4        Q.  Do you know what time that vandalism
5    occurred that you just referred to?
6        A.  I'd say within a half -- this is -- I have
7    had the feeling, in my mind, that it was maybe 30
8    minutes after he was arrested.
9        Q.  Okay.  So somewhere close -- a little
10   after 8:30 is when you believe this other vandalism
11   took place?
12       A.  I'd say so.
13       Q.  Okay.  Let me narrow the window down.
14          Between 9:00 p.m. and, let's say,
15   11:00 p.m., are you aware, sitting here today, of
16   any specific facts of the actual vandalism taking
17   place downtown?
18       A.  I'd say no.
19       Q.  Okay.  Am I correct that either Jemerson
20   or Rossomanno declared an unlawful assembly sometime
21   around 11:00 p.m. that night?
22       A.  Yes.
23       Q.  Okay.  In order to declare an unlawful
24   assembly, am I correct that it's your understanding
25   there has to be articulable facts to support all the

12 (Pages 45 to 48)

GERALD LEYSHOCK  4/17/2019

Page 49

1  elements --
2      A.  Yes.
3      Q.  -- necessary to do so?
4      A.  Yes, sir.
5      Q.  Okay.  And when I use the phrase
6  "articulable facts," you understand that means
7  actually specific facts to support the elements,
8  correct?
9      A.  Yes, sir.
10     Q.  Okay.  You just testified that from
11 9:00 p.m. until 11:00 p.m. on that Sunday --
12     A.  I said -- you said "roughly," and I'd --
13 I'd say -- I'd say it was "roughly."  I -- we can
14 look at a timeline, if you really wanted to know for
15 sure.
16     Q.  Okay.  I'm going with what you remember,
17 your memory is right now.
18     A.  Well, okay.  That's fine.
19     Q.  To the best of your memory, you told me
20 that after approximately 9:00 p.m., you're not aware
21 of any acts of vandalism happening in the city,
22 correct?
23     A.  That's right.  Yes.
24     Q.  So all I'm saying is from approximately
25 two hours from 9:00 to 11:00, sitting here today,

Page 50

1  you can't point me to any specific acts of violence
2  that took place that night?
3      A.  I personally can't, no.
4      Q.  Okay.  We know that around 11:00 p.m. you
5  testified Rossomanno or Jemerson declared an
6  unlawful assembly, correct?
7      A.  Yes.
8      Q.  In order to declare unlawful assembly, you
9  testified before that there would have to be an
10 agreement among individuals to commit an unlawful
11 act with force or violence.  Do you recall that?
12     A.  Yes.
13     Q.  Has Jemerson or Rossomanno explained to
14 you or provided you with specific facts that
15 supported them declaring an unlawful assembly at
16 11:00 o'clock, specifically that there were
17 individuals in the crowd who had reached an
18 agreement to commit an unlawful act with force or
19 violence?
20     A.  Yes.
21     Q.  What specific facts have they told you
22 supported that determination?
23     A.  Major Dan Howard had been dispatched
24 downtown with some detectives and, I believe, a
25 lieutenant to try to help us get an idea of what

Page 51

1  actual businesses had been damaged.  But they were
2  drawn to the area of Locust and Tucker where the
3  bikes were facing an unruly crowd, and Major Howard
4  told me that they were throwing things at the
5  policemen and I believe that's -- this is what
6  precipitated the exact warnings given by Jemerson
7  and Rossomanno.  Things -- they -- they were
8  taunting the officers.  They were belligerent to the
9  officers, but then when they started throwing
10 things, that's when -- that's when that was
11 announced.
12     Q.  What time was this?
13     A.  I'd have to look at the timeline.
14     Q.  Well, I don't have the timeline with me.
15 I'm asking you as best you recall what --
16     A.  Somewhere -- somewhere around this -- any
17 -- I would say somewhere around 10:45 or 11:00.
18     Q.  Okay.
19     A.  It could have been sooner.
20     Q.  How far was this incident that you're
21 referring to with respect to where the kettle took
22 place at 11:30?
23     A.  How far -- first off, you're talking about
24 the arrests.  I -- we didn't do a "kettle."  We --
25 we made "arrests."

Page 52

1      Q.  Okay.  You think that's --
2      A.  So that was at Washington and Tucker.
3      Q.  Right.
4      A.  That's where we made arrests.
5      Q.  11:30 or so, there was a mass arrest at
6  Washington and Tucker, correct?
7      A.  Thank you.  Yes.
8      Q.  Okay.  And --
9      A.  Locust is three blocks south of there,
10 three or four blocks south of there.
11     Q.  Okay.  And if I understand you correctly,
12 it's your testimony and recollection that sometime
13 before 11:00, there was some activity by individuals
14 that caused the declaration of unlawful assembly at
15 that location?
16     A.  Yes, sir.
17     Q.  Okay.  Was there -- am I correct also,
18 subsequently, a separate declaration of unlawful
19 assembly at Washington and Tucker?
20     A.  I don't know -- I don't know where the
21 last warnings were given.  There -- there were
22 warnings coming out every seven, eight, ten minutes
23 by Rossomanno, and I know Jemerson gave some, but
24 I -- I couldn't -- I could not tell you if there was
25 one given there.

13 (Pages 49 to 52)

## Page 53

1      Q.  I'm focusing about the people in the area
2  of Washington and Tucker, let's say between 11:00
3  and 11:30 right before the mass arrest took place.
4  During that time period, are you aware of any facts
5  that suggested there were individuals in that crowd
6  who had reached an agreement to commit an unlawful
7  act with force or violence?
8      A.  Well, most of the people in that crowd
9  started off at Locust and Tucker.  They ended up at
10 Washington and Tucker.
11     Q.  Okay.
12     A.  Same people.
13     Q.  Is there a reason why the police officer
14 didn't simply just arrest those individuals if they
15 could determine who they were rather than conduct a
16 mass arrest of over 100 people?
17     A.  I asked Major Howard if he thought that
18 they could effect arrests, and he said we didn't
19 have enough people --
20     Q.  I'm confused.  You --
21     A.  -- at Locust and Tucker.
22     Q.  Okay.  But, again, I'm focusing about the
23 events at Washington and Tucker before the mass
24 arrest that happened there.  Okay?
25     A.  Well, you -- you're confusing me --

## Page 54

1      Q.  Okay.
2      A.  -- because you said two different things,
3  in my mind.
4      Q.  Yeah.  I apologize.  Let's start over.
5      A.  Let -- let's start over.
6      Q.  Lieutenant Leyshock, let me start over.
7      First of all, my questions right now, I'm
8  focusing about the events that happened immediately
9  before the mass arrest that happened at Washington
10 and Tucker, which in the media has been
11 characterized as part of kettle.  Okay?
12     A.  That's fine.
13     Q.  Okay.  What time did that mass arrest take
14 place, to the best of your knowledge?
15     A.  Maybe around 11:30.
16     Q.  That's -- my question is in the half-hour
17 before that mass arrest at Washington and Tucker,
18 again, was there any articulable facts to support
19 the contention that two individuals or more had
20 reached an agreement to violate -- to commit an
21 unlawful act with force or violence?
22     A.  Yes.
23     Q.  Okay.  And if I understood you correctly,
24 your testimony a few minutes ago in support of that
25 was the fact that some of the individuals who were

## Page 55

1  previously at Locust and Tucker had migrated down to
2  Washington and Tucker; is that correct?
3      A.  Yes.
4      Q.  Okay.  And my question to you is before
5  11:30, rather than conduct a mass arrest where
6  hundreds of people were arrested, why didn't the
7  police officers there simply go in the crowd and
8  arrest the handful of individuals who were the
9  troublemakers?
10     A.  And my answer's the same:  I asked Major
11 Howard if he could effect arrests.  He said we
12 didn't have enough people.
13     Q.  But at some point, you had enough officers
14 there to arrest over 100 people.  When those other
15 officers arrived, why didn't you, again, simply
16 arrest the handful, the three, four, five people
17 that were the troublemakers rather than bringing
18 officers from every direction where you end up with
19 hundreds of officers to arrest hundreds of people,
20 many of whom were just peacefully standing at the
21 corner there?
22     MR. DIERKER:  Objection to form.
23 Argumentative.
24     You may answer.
25 BY MR. PRAISS:

## Page 56

1      Q.  You may answer.
2      A.  All right.  I believe there was quite a
3  few people at Locust and Tucker.  I don't know
4  exactly.  I got the impression there could have been
5  close to 100.  I might be wrong.
6      He said he didn't have enough the people
7  to effect arrest.  We gave an unlawful -- we gave an
8  order that it was an unlawful assembly and everybody
9  had to disperse.
10     Q.  When those people that you mentioned
11 migrated from Locust and Tucker to Washington and
12 Tucker, in the half-hour before the mass arrest that
13 took place at Washington and Tucker, are you aware
14 of any protesters engaged in force or violence
15 against property or against police officers?
16     A.  The -- the ones at Locust at Tucker were
17 throwing things at the policemen.
18     Q.  Were they throwing things at policemen at
19 Washington and Tucker?  Is that your testimony?
20 Again --
21     A.  Which -- testified -- just testified at
22 Locust and Tucker that's where they were throwing
23 stuff.  Now you're asking me what happened at
24 Washington and Tucker?
25     Q.  Again, I think I explained that's all --

14 (Pages 53 to 56)

## GERALD LEYSHOCK  4/17/2019

Page 57

1  I'm surprised we're still confused on it.  I'm only
2  focusing about the events at Washington and Tucker
3  in the, let's say --
4      A.  Okay.
5      Q.  -- half-hour before the mass arrest, sir.
6          And my question to you, in that half-hour,
7  are you aware of any specific facts to support a
8  claim that any of the protesters at Washington and
9  Tucker were acting with force or violence?
10     A.  Okay.  I know that I got hit in the head,
11  my helmet, at Washington and Tucker.  I can't speak
12  for any other officers.  I didn't see other things
13  being thrown at them.
14         But at that point, they had not dispersed,
15  and that's why -- they had not dispersed from the
16  earlier actions that were violence against police
17  officers.  That's where we made the arrest.
18     Q.  Well, the dispersal order was given at
19  Locust and Tucker, correct?
20     A.  That's right.
21     Q.  Okay.  The people at Washington and
22  Tucker, not all of them, were at Locust and Tucker,
23  correct?
24     A.  I don't -- I don't -- I couldn't tell you
25  that.

Page 58

1      Q.  Okay.  Okay.  Was a separate dispersal
2  order given at Washington and Tucker before the mass
3  arrest there?
4      A.  I -- I -- I -- I almost think so, but I
5  really don't know.
6      Q.  Okay.  And in order to issue a dispersal
7  order at Washington and Tucker, there had to be a
8  basis for an unlawful assembly, correct?
9      A.  It would be unlawful -- see, you -- you
10  have your opinion.
11     Q.  Okay.
12     A.  I have my opinion.
13     Q.  Okay.
14     A.  The unlawful assembly had -- was at Locust
15  and Tucker.  We brought officers from different
16  areas, gave people more than ample ways to disperse.
17  They chose not to disperse, and they were all
18  arrested.  That's what happened.
19     Q.  The location of the two things you're
20  talking about are three blocks apart, correct?
21     A.  I'd say around three blocks.
22     Q.  Yeah.  Okay.  I just want to make sure I'm
23  clear in terms of your understanding.
24         You pointed out the fact that you got hit
25  by a bottle, you believe, at Washington and Tucker?

Page 59

1      A.  I don't think it was a bottle.  I think it
2  was more like a rock.  I would have seen a bottle, I
3  believe.
4      Q.  Okay.
5      A.  I couldn't find the rock.
6      Q.  Okay.  Do you know who threw it at you?
7      A.  No, I do not.
8      Q.  Was it a protester?
9      A.  It came out of nowhere.
10     Q.  Okay.  Other than that incident, are you
11  aware of any acts of force or violence by any other
12  protesters from 11:00 to approximately 11:30 before
13  the mass arrest that took place at Washington and
14  Tucker?
15     A.  Not any other acts after Locust and
16  Tucker.
17     Q.  Okay.  And the events at Locust and
18  Tucker, do you recall again approximately when they
19  took place?
20     A.  I think it was somewhere around 11:00.
21  Again, there's a timeline.
22     Q.  Okay.  Is it your understanding that the
23  mere possibility that people may commit an unlawful
24  act with force or violence provides a basis to
25  declare an unlawful assembly?

Page 60

1      A.  Say it again.
2      Q.  Sure.  Is it your understanding that the
3  mere possibility that people may commit an unlawful
4  act with force or violence provide a basis to
5  declare an unlawful assembly?
6      A.  I'm not sure about that.  Is that in -- is
7  that in the statute or ordinance?  I don't remember
8  reading it.
9      Q.  No, I'm asking if that's your
10  understanding.
11     A.  I -- I -- I would tell you, as an incident
12  commander, I wouldn't be declaring an unlawful
13  assembly if there was -- if -- if there -- if there
14  was a possibility, and I don't know what that -- I
15  don't know how -- how you would even describe that.
16     Q.  Okay.
17     A.  You're either throwing bottles at us or
18  you're not.
19     Q.  Okay.
20     A.  If I saw some guys stooped down making
21  Molotov cocktails, before they started lobbing them
22  at us, I would declare unlawful assembly there.
23     Q.  Okay.  But if you had a group of people
24  standing peacefully but you have concern because of
25  prior vandalism that there's a likelihood in your

15 (Pages 57 to 60)

## GERALD LEYSHOCK  4/17/2019

Page 61

1    mind that this group of people may act violently
2    based on what happened hours before, my question to
3    you is does that give you a basis, in your mind, to
4    declare an unlawful assembly?
5        A.  No, it does not.
6        Q.  Okay.  When the unlawful assembly was
7    declared at Locust and Tucker, am I correct that it
8    didn't tell people how far they had to leave the
9    area?
10       A.  That's right.
11       Q.  Am I correct when the unlawful assembly
12   was declared at Locust and Tucker it didn't tell
13   people for how long they had to leave the area,
14   correct?
15       A.  That's right.
16       Q.  Okay.  And to the extent there was a group
17   of people already located at Washington and Tucker
18   at the time that the unlawful assembly was declared
19   at Locust and Tucker, in light of the fact that
20   there's three blocks separating those two locations,
21   would you agree with me that it's exceedingly
22   unlikely that the people at Washington and Tucker
23   would've heard the declaration of the unlawful
24   assembly at that -- knowing that distance?
25       A.  I think you're making an assumption.  I

Page 62

1    don't know that there was anybody at Washington and
2    Tucker when we told the people at Locust and Tucker
3    to disperse.  I don't know who was at Washington and
4    Tucker.
5        Q.  Do you know there was any protesters or
6    other people congregating in that area at the time
7    is my question?
8        A.  I have no idea.
9        Q.  To the extent there were people in that
10   area, do you agree with me, just recognizing the
11   three-block distance you've testified to, it is
12   exceedingly unlikely that any of those people at
13   Washington and Tucker would have heard the
14   declaration of unlawful assembly and a dispersal
15   order three blocks away?
16       A.  They were using --
17           MR. DIERKER:  Object to the form.
18   Excuse me.
19           THE WITNESS:  I'm sorry.
20           MR. DIERKER:  I'll object to the form
21   of the question.  Calls for speculation.
22           You may answer.
23       A.  No.  They were using a bullhorn.  I don't
24   -- I don't know.
25   BY MR. PRAISS:

Page 63

1        Q.  In your experience there, the sound of the
2    bullhorn travels three blocks --
3        A.  I don't know.
4        Q.  -- clearly and unambiguously?
5        A.  I've heard -- I've heard people yelling
6    from three blocks away.
7        Q.  Okay.  Is it your testimony that the use
8    of a bullhorn to declare an unlawful assembly
9    travels clearly and unambiguously three blocks so
10   people would hear it?
11       A.  I -- I don't know.
12       Q.  Okay.  Were any of the people that were
13   acting in a violent manner at Locust and Tucker
14   arrested before they moved -- before the group moved
15   down, as you testified, to Washington and Tucker?
16       A.  No, they were not.
17       Q.  Is there a reason why even a handful of
18   those individuals were not arrested?
19       A.  Yes, sir.
20       Q.  What's that?
21       A.  They -- Major Howard didn't feel like he
22   had enough policeman --
23       Q.  Okay.
24       A.  -- to do it safely.
25       Q.  When you look back at the events that

Page 64

1    happened at the Stockley protests, do you believe
2    that there's any lessons learned?  Things that the
3    police could have done better?
4        A.  You know, I -- I'll simply answer like
5    this:  The dynamics of protests is sort of like the
6    dynamics of a prize fight.  You can prepare all you
7    want, but you -- you have to react to what's thrown
8    your way.
9            I remember the fury and the ugliness of
10   the very first action right out here (indicated),
11   and I remember that at one point, I tried to -- we
12   had four buses of CDT come up and I thought that I
13   could de-escalate the situation by having them
14   leave.  And I got three buses out, and then they
15   surrounded the last bus.  I tried my best to keep
16   police cars out of sight of protesters, but later
17   that afternoon somebody had forgot to move a Tahoe
18   on that corner I'm looking down there, and they came
19   and trashed it.
20           So if I was going to try to do things
21   better, I'd try to keep our policeman away from the
22   protesters as much as I could because they were more
23   bent on taunting or hurling stuff at the officers,
24   including 20-pound landscape stones the night of --
25   that Friday night.  However, we're also -- it's our

16 (Pages 61 to 64)

GERALD LEYSHOCK  4/17/2019

## Page 65

1    job to -- to make sure nobody gets hurt, no innocent
2    people, that there's a -- that we minimize
3    destruction of property and vandalism and try to
4    keep the peace.
5          So I believe that when you ask me the
6    question what could we have done better, did the
7    best I could to try to keep up -- my officers out of
8    the sightlines of these protesters.  I don't know I
9    could have done much better than that.
10          Everything else we did, we had to do.  I
11   wouldn't change a thing.
12         **Q.   Okay.  In terms of the interaction between**
13   **the police and the protesters in connection with**
14   **events of Sunday, September 17th, do you look back**
15   **at that and think there's things that could have**
16   **done -- been done differently or better, and**
17   **especially the use of chemical agents at the**
18   **individuals?**
19         A.   Well, I don't -- I -- I saw -- I saw the
20   synopsis provided to the report describe of -- of --
21   by officers that used their mace.  So -- and I'm --
22   I'm never going to second guess a policeman.  I was
23   -- I wasn't there.  I didn't see what they saw.  So
24   in every instance, we gave ample warning about
25   munitions being -- being imminent.

## Page 66

1          And as far as at Washington and Tucker, I
2    read what those officers wrote.  I wasn't close
3    enough to say anything that would make me think that
4    they didn't act exactly the way they were supposed
5    to act.
6          **Q.   Would you agree with an assessment that**
7    **for all its bad press, the mass arrest that took**
8    **place on Sunday, September 17th went pretty well?**
9          A.   I -- I'll say it like this:  Had everybody
10   dispersed, we wouldn't have made one arrest.  Even
11   the guys that were throwing -- or woman -- whoever
12   was throwing bottles at those officers, we brought
13   all the officers -- we -- they didn't have enough
14   officers to make the arrests safely.
15          So I just said -- Sachs and I talked.  We
16   decided to bring everybody up there.  Everybody had
17   ample time to disperse.  They chose not to.  They
18   were arrested.  That's what we had to do.  They
19   could have easily walked away -- so easily walked
20   away.
21          MR. PRAISS:  Just give me a few
22   minutes.  I may be finished.
23          I have no further questions.
24          MR. DIERKER:  We have no questions.
25          Colonel Leyshock, you have the right

## Page 67

1    to read and review the deposition to make
2    corrections as necessary, and we recommend that you
3    do so.
4          THE WITNESS:  I'll do it.
5          MR. DIERKER:  Okay.  So we'll read
6    and sign.
7          (WHEREIN, the proceedings were thereby
8    concluded at 2:24 p.m.)
9             * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 68

1          CERTIFICATE OF REPORTER
2
3          I, Susan J. Pybas, CCR, No.
4    1446(T) within the State of Missouri, do hereby
5    certify that the witness whose testimony appears in
6    the foregoing deposition was duly sworn by me; that
7    the testimony of said witness was taken by me to the
8    best of my ability and thereafter reduced to
9    typewriting under my direction; that I am neither
10   counsel for, related to, nor employed by any of the
11   parties to the action in which this deposition was
12   taken, and further, that I am not a relative or
13   employee of any attorney or counsel employed by the
14   parties thereto, nor financially or otherwise
15   interested in the outcome of the action.
16
17
18   _____
19   Susan J. Pybas, CCR
20
21
22
23
24
25

17 (Pages 65 to 68)

GERALD LEYSHOCK  4/17/2019

## Page 69

1            ALARIS LITIGATION SERVICES
2
3    April 23, 2019
4
5    Omri Praiss, Esquire
     ACLU OF MISSOURI FOUNDATION
     406 West 34th Street, Suite 420
6    Kansas City, Missouri  64111

7    IN RE: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
     MISSOURI
8
     Dear Mr. Praiss:
9
     Please find enclosed your copies of the deposition of
10  GERALD LEYSHOCK taken on April 17, 2019 in the
     above-referenced case. Also enclosed is the original
11  signature page and errata sheets.

12  Please have the witness read your copy of the
     transcript, indicate any changes and/or corrections
13  desired on the errata sheets, and sign the signature
14  page before a notary public.
15
16  Please return the errata sheets and notarized
17  signature page within 30 days to our office at 711 N
18  11th Street, St. Louis, MO 63101 for filing.
19
20  Sincerely,
21
22
23  Susan J. Pybas
24
25  Enclosures

## Page 71

1    STATE OF _____)
2
3    COUNTY OF _____)
4
5    I, GERALD LEYSHOCK, do hereby certify:
6       That I have read the foregoing deposition;
7       That I have made such changes in form
8    and/or substance to the within deposition as might
9    be necessary to render the same true and correct;
10      That having made such changes thereon, I
11  hereby subscribe my name to the deposition.
12      I declare under penalty of perjury that the
13  foregoing is true and correct.
14      Executed this _____ day of _____,
15  20____, at _____.
16
17
18
19    _____
20    GERALD LEYSHOCK
21
22    _____
23    NOTARY PUBLIC
24  My Commission Expires:
25

## Page 70

1          ERRATA SHEET
     Witness Name: GERALD LEYSHOCK
2    Case Name: MALEEHA AHMAD, et al. v. CITY OF ST. LOUIS,
     MISSOURI
3    Date Taken: APRIL 17, 2019
4
5    Page #_____  Line #_____
6    Should read: _____
7    Reason for change: _____
8
9    Page #_____  Line #_____
10  Should read: _____
11  Reason for change: _____
12
13  Page #_____  Line #_____
14  Should read: _____
15  Reason for change: _____
16
17  Page #_____  Line #_____
18  Should read: _____
19  Reason for change: _____
20
21  Page #_____  Line #_____
22  Should read: _____
23  Reason for change: _____
24
25  Witness Signature: _____

18 (Pages 69 to 71)

**A**

a 3:16 5:4,18,24
6:2,4,7,11,11,13
6:16,18,18,23
7:2,3,7,10,13
7:16,19,23,25
8:2,6,12,16,22
9:1,3,3,8,8,8,8
9:14,17,20,21
9:25 10:3,5,8
10:8,12,16,19
10:23 11:1,6,9
11:11,14,16,17,18
11:19,21,23
12:3,4,5,7,10
12:12,14,18,21
12:25 13:3,8,9
13:10,12,13,16
13:19 14:1,2,4
14:4,6,8,10,12
14:14,18,20,23
14:25 15:6,9
15:13,21 16:4,9
16:11,13,24 17:1
17:6,12,16,19
17:23 18:1,5,7
18:7,13,15,17
18:19,24 19:1,1
19:3,6,6,6,11
19:18,19,20,21
19:25 20:4,5
20:7,9,9,13,13
20:14,17,18,20
20:21,22,24
21:4,4,4,4,5,13
21:15,20,23
22:2,7,9,14,18
22:23,24 23:3
23:9,9,11,16,21
23:23 24:1,5,7
24:13,18,20
24:23 25:2,5
25:7,9,12,15
25:19,20,23
26:1,1,8,12,15
26:18,22,25

27:3,8,10,15
27:19,21,24
28:1,3,10,14,15
28:19,20,22
29:2,4,7,12,19
30:1,2,14,20
31:2,6,7,12,17
31:21 32:8,14
32:16,17,19
33:1,2,4,7,9,13
33:14,18,20
33:20,24 34:3
34:5,8,20,23
35:2,3,4,6,8
35:12,16,22
36:7,10,16,18
36:21,24 37:2
37:4,6,10,11,13
37:16,19,22
38:1,3,6,9,13
38:25 39:3,8
39:13,16,21
40:2,4,10,16
40:19,22 41:1
41:5,8,12,18
41:20,22,24
42:3,8,10,11,13
42:13,19,21
43:1,9,10,18
43:23 44:2,5
44:14,17,19,21
44:24 45:4,8
45:11,14,19,25
46:4,7,9,9,13
46:23 47:1,3,5
47:13,17,21,25
48:3,6,6,9,12
48:18,22 49:2
49:4,9,12,14
49:18,23 50:3
50:7,12,20,23
50:24 51:13,16
51:19,23,24
52:2,4,5,7,9
52:16,18,20
53:8,12,13,15
53:17,21,25

54:2,5,12,15
54:22,24
55:3,5,10
56:2,2,16,21
57:4,7,10,20
57:24 58:1,4,6
58:7,9,12,14
58:21,25 59:1
59:1,2,2,5,7,8
59:9,15,20,21
59:24 60:1,4
60:6,11,14,17
60:20,23,25
61:3,5,10,15,16
61:25 62:8,14
62:16,23,23
63:3,5,8,11,13
63:16,17,17,19
63:21,24 64:4
64:6,17 65:2
65:11,19,22
66:9,21 68:12
69:14
ability 7:9 68:8
about 8:23 9:8
12:23 16:2,15
16:22 17:3,21
20:7 21:5
23:5,6 27:16
29:4,17 30:15
31:4,8 32:13
33:17,21 35:4
38:10 39:11
41:9,23 42:4
42:11,12 43:4,7
43:13 44:5
45:1 46:14
51:23 53:1,22
54:8 57:2
58:20 60:6
65:24
above-refere...
69:10
Absolutely
31:21
Academy 13:20
13:23,25 14:1

15:14
ACLU 4:3 69:5
act 44:13,16
50:11,18 53:7
54:21 59:24
60:4 61:1 66:4
66:5
acted 19:8
acting 22:7
28:25 29:7
57:9 63:13
action 38:13
64:10 68:11,15
actions 27:4,12
32:5 57:16
activity 43:19
52:13
acts 49:21 50:1
59:11,15
actual 11:19
33:10 48:16
51:1
actually 8:18,20
15:17 16:19
21:11 36:16
38:22 39:4
49:7
add 41:20
after 9:7 20:8,11
31:23 34:11
39:23 45:21
46:17 47:10,19
47:25,25 48:8
48:10 49:20
59:15
afternoon 5:17
5:18 38:15
39:7 64:17
again 8:6 15:14
19:23 26:5
27:18 28:6,15
30:18,19,25
39:22 53:22
54:18 55:15
56:20,25
59:18,21 60:1
against 12:24

56:15,15 57:16
age 5:9
agents 8:15
10:25 12:6,17
12:20,24
14:22 15:5,20
16:3,8,22 17:11
17:15,22,25
18:24 23:15
24:10 25:25
26:14,20
28:13,18 29:13
30:12 31:8,15
32:23 65:17
aggressively
22:7
ago 10:8 28:16
32:2 35:3
54:24
agree 11:24
44:11,15 61:21
62:10 66:6
AGREED 5:2
agreement
43:25 44:12
50:10,18 53:6
54:20
Ahmad 1:4 3:4
3:18 5:22 69:7
70:2
al 1:4 3:4,19
69:7 70:2
ALARIS 4:13
69:1
all 6:8 13:10 14:2
16:4 17:4 20:1
20:4 23:12,17
25:16 26:1
29:2,7 33:24
35:25 40:21
41:6 44:6
48:25 49:24
54:7 56:2,25
57:22 58:17
64:6 66:7,13
allowed 30:23
almost 18:7

58:4
already 10:11
  19:3 36:17
  42:8 61:17
also 21:25 30:11
  31:19 37:19
  41:24 43:12
  46:17 52:17
  64:25 69:10
am 6:11 10:10
  11:23 24:24
  25:25 26:9
  30:15 31:2,11
  32:15 34:25
  37:9 40:5,11
  45:5,9,21
  46:21 48:19
  48:24 52:17
  61:7,11 68:9,12
among 50:10
amount 12:5
ample 58:16
  65:24 66:17
an 5:20 8:20
  8:24 11:18
  29:20,25
  31:23 32:17
  33:12 34:11
  37:9,15,24
  38:23 39:14
  39:22 40:23
  41:11,17 42:1,4
  42:6,15,17
  43:4,8,16,17
  43:22,25 44:1
  44:12 46:13
  48:20,23
  50:5,9,10,15
  50:17,18,25
  51:3 53:6,6
  54:20,20
  56:7,7,8 58:8
  59:23,25
  60:3,5,11,12
  61:4,25 63:8
  66:6
and 3:11,12 5:1,2

5:2,9,25 6:24
7:11,11,16,17
8:14,19,23 9:9
9:15 10:8,24
11:3,3,12 12:4
12:9 14:5 15:21
15:23 16:16,19
17:2,20 18:8
18:17,19,21
19:3,4,4,6,7,8
19:10,11,12,14
19:14,19,20,22
20:15 22:4,4
22:4,19 23:5,7
24:2,8,10,11,17
24:24 25:1,6
25:24 26:9,13
27:24 28:11,15
29:10,17,18,23
29:25 30:3,5
30:17,19,22
30:22 31:7
32:9,11,12,22
33:7,12,18,21
34:5,8,21,24
35:21 36:3,3,6
36:19 37:5,11
37:20,21 38:6
38:16,17,17,19
38:24 39:16
39:18,23 40:1
40:1 41:6,6,9
41:13,20,22
42:9,23 43:11
43:12,14,18
44:3,15 45:1
45:10,15 46:3
46:10,16,17,17
46:24 48:14
49:5,12 50:24
51:2,3,5,7
52:2,6,8,11,12
52:19,23 53:2
53:3,9,10,18
53:21,23
54:10,17,23
55:1,2,4,7,10

56:3,8,11,11,13
56:19,22,24
57:2,6,8,11,15
57:19,21,22
58:2,6,7,15,17
58:25 59:13
59:15,17,17
60:14 61:7,12
61:16,17,19,22
62:1,2,3,13,14
63:4,9,13,15
64:9,11,12,14
64:14,18,19
65:3,3,13,15
65:16,21 66:1,1
66:15 67:1,2,6
68:8,12 69:11
69:13,16 71:9
71:13
and/or 41:16
  69:12 71:8
announced
  51:11
announcement
  35:17 39:5,6
answer 7:9
  33:9 40:24
  44:22 47:12
  55:24 56:1
  62:22 64:4
answer's 55:10
answered 45:16
answering 6:25
anticipating
  20:2
any 7:3,4,8,22
  8:1 14:19 15:2
  15:3 16:6 17:9
  17:14,25 22:10
  23:12,13,14
  24:9 29:21
  33:5 36:23
  38:3 40:6,12
  43:20 47:9,14
  48:16 49:21
  50:1 51:16
  53:4 54:18

56:14 57:7,8
  57:12 59:11,11
  59:15 62:5,12
  63:12 64:2
  68:10,13 69:12
anybody 16:18
  36:25 37:24
  38:1 39:10
  43:7 62:1
anything 7:14
  35:14 44:18
  44:23 66:3
apart 58:20
apologize 42:9
  42:23 54:4
appear 32:16
APPEARANC...
  4:1
appears 68:5
applied 31:19
approached
  19:21
appropriate
  12:23 15:19,19
  16:2,3
approximately
  18:6 49:20,24
  59:12,18
April 1:12 3:11
  69:3,10 70:3
are 3:19 7:8
  8:10,24 11:8,13
  11:15,21 13:24
  14:6 16:4
  20:22 23:4
  24:4,15 25:10
  26:6 31:16
  34:1 39:25
  40:17 47:11
  48:15 53:4
  56:13 57:7
  58:20 59:10
area 29:4
  32:24 39:25
  40:8,14 51:2
  53:1 61:9,13
  62:6,10

areas 58:16
Argumentative
  55:23
around 42:24
  45:9,14,22
  48:21 50:4
  51:16,17 54:15
  58:21 59:20
arrest 19:13,14
  19:17 20:11
  21:23,25 22:3
  22:5,12,19,24
  23:17 29:21
  29:23 30:1
  41:6 47:25
  52:5 53:3,14
  53:16,24 54:9
  54:13,17 55:5
  55:8,14,16,19
  56:7,12 57:5
  57:17 58:3
  59:13 66:7,10
arrested 45:17
  45:19 46:18
  48:8 55:6
  58:18 63:14,18
  66:18
arrests 51:24
  51:25 52:4
  53:18 55:11
  66:14
arrived 55:15
articulable
  48:25 49:6
  54:18
as 5:11 6:8 11:10
  19:21 23:21
  29:23 31:24
  32:6,6 34:12
  34:16 42:13
  44:8,8 51:15
  54:11 60:11
  63:15 64:22
  64:22 66:1,1
  67:2 71:8
ask 7:3,4 8:19
  19:23 26:5

GERALD LEYSHOCK  4/17/2019

| | | | | |
|---|---|---|---|---|
| 30:20,22,22 | 29:12 30:21 | **BA** 9:3,7 | 5:20 6:14 13:5 | 41:9 |
| 30:23 42:23 | 30:25 32:4 | **back** 19:10,15,19 | 13:6,14 20:23 | **block** 45:14,15 |
| 65:5 | 33:12 37:23 | 20:13 23:8 | 42:24 47:24 | 45:23 |
| **asked** 16:9,17 | 38:3,6,16,24 | 39:18 63:25 | 50:9 52:13 | **blocks** 52:9,10 |
| 42:8,11 43:3 | 39:15 41:1,14 | 65:14 | 53:3,23 54:9 | 58:20,21 |
| 47:7 53:17 | 46:24 47:6 | **background** | 54:17 55:4 | 61:20 62:15 |
| 55:10 | 49:14 50:15 | 8:18 9:7 | 56:12 57:5 | 63:2,6,9 |
| **asking** 6:21 | 51:4,13,22 | **bad** 20:9 66:7 | 58:2 59:12 | **both** 11:25 29:8 |
| 14:23 16:14,16 | 52:2,5,14,19 | **balls** 11:14 24:11 | 60:21 61:2 | 29:9 32:5 |
| 42:12 51:15 | 53:9,9,21,23 | **based** 61:2 | 63:14,14 69:14 | 39:8,16,16 |
| 56:23 60:9 | 54:9,17 55:1 | **Basically** 27:3 | **beginning** 24:11 | 44:2 |
| **assemblies** | 55:13,20 56:3 | **basing** 47:15 | 30:21 | **bottle** 19:11,15 |
| 38:11,20 | 56:13,16,16,17 | **basis** 14:2 29:10 | **begins** 37:8 | 19:20,22 |
| **assembly** 34:25 | 56:18,18,21,23 | 58:8 59:24 | 39:22 | 20:13 58:25 |
| 37:9,15,18,24 | 57:2,8,11,13,14 | 60:4 61:3 | **BEHALF** 1:11 | 59:1,2 |
| 38:4,23 39:15 | 57:18,21,22 | **Baumgartner** | **being** 5:7 14:20 | **bottles** 60:17 |
| 39:23 41:11,17 | 58:2,7,14,25 | 25:11 | 32:22,24 | 66:12 |
| 42:1,5,7,15,18 | 59:6,13,17 | **be** 5:4 6:6,21 | 57:13 65:25 | **bottom** 24:14 |
| 42:25 43:5,8 | 60:17,22 61:7 | 11:3 15:13 17:2 | 65:25 | **Brandon** 4:8 |
| 43:16,17,22 | 61:12,17,18,19 | 17:18 19:2,13 | **believe** 7:21 | 7:16 |
| 44:1,10 48:20 | 61:22,24 62:1 | 20:9 27:1,18 | 13:13 14:18 | **break** 14:25 |
| 48:24 50:6,8 | 62:2,3,6,12 | 29:13,20,22 | 18:9 23:10 | 18:2 |
| 50:15 52:14,19 | 63:13,25 64:1 | 32:16,22,23 | 36:16 38:13,14 | **briefly** 5:19 8:17 |
| 56:8 58:8,14 | 64:11,23 65:15 | 33:8 34:3 | 39:14,17 41:16 | 9:6 |
| 59:25 60:5,13 | 65:17 66:1,12 | 36:2 37:14,23 | 43:3 47:24 | **bring** 66:16 |
| 60:22 61:4,6 | 67:8 69:17 | 39:3 40:8,14 | 48:10 50:24 | **bringing** 55:17 |
| 61:11,18,24 | 71:15 | 41:11 43:21,25 | 51:5 56:2 | **broad** 13:7 |
| 62:14 63:8 | **attached** 2:11 | 44:11 48:25 | 58:25 59:3 | **broken** 47:21 |
| **assessment** | **attack** 19:9 | 50:9 56:5 | 64:1 65:5 | **brought** 22:22 |
| 66:6 | **attended** 15:4 | 58:7,9 60:12 | **belligerent** 51:8 | 58:15 66:12 |
| **assigned** 8:12 | 17:9,14 | 66:22 71:9 | **bent** 64:23 | **Brown** 35:17 |
| **assume** 7:5 | **attorney** 5:20 | **became** 19:6 | **best** 6:1 8:4 | 36:5 |
| 21:17 | 8:21,24 68:13 | **because** 6:8 | 45:12 49:19 | **bullhorn** 62:23 |
| **assumption** | **attorneys** 5:21 | 8:18 13:7 19:9 | 51:15 54:14 | 63:2,8 |
| 61:25 | **August** 23:10 | 20:2 30:7 41:1 | 64:15 65:7 | **bus** 64:15 |
| **at** 3:13 7:3,18 | **authority** 29:21 | 47:15,24 54:2 | 68:8 | **buses** 64:12,14 |
| 8:2,5,6,6 9:3 | **authorized** 24:5 | 60:24 64:22 | **better** 40:24 | **businesses** |
| 9:9 10:9,14,18 | **aware** 16:11 47:9 | **become** 10:6 | 64:3,21 65:6 | 46:15 51:1 |
| 11:1,2 17:25 | 48:15 49:20 | 13:25 | 65:9,16 | **but** 6:5 13:3,4 |
| 18:12,17,19,20 | 53:4 56:13 | **been** 5:9 6:14 | **between** 3:12 | 14:15 15:9,14 |
| 19:3,7,11,16,19 | 57:7 59:11 | 10:1 18:7 19:3 | 5:2 11:2 44:12 | 15:23 16:15,21 |
| 20:15,20 21:14 | **away** 62:15 | 30:3 34:15,16 | 45:10 48:14 | 17:1 18:8 20:3 |
| 22:3 23:7,15 | 63:6 64:21 | 35:23 39:10 | 53:2 65:12 | 21:1 22:3,22 |
| 24:2,10,14 | 66:19,20 | 47:20 50:23 | **beyond** 33:15 | 30:8 33:15 |
| 25:18 26:6,20 | | 51:1,19 54:10 | **bikes** 46:1 | 34:6 36:15 |
| 26:21 27:9 | **B** | 56:4 65:16 | 47:20 51:3 | 37:19 39:4 |
| 28:21,24 | **B** 29:4 30:8 | **before** 3:14,16 | **bit** 7:19 13:9 | 43:10,11 46:4 |

GERALD LEYSHOCK  4/17/2019

46:17 51:1,9
52:23 53:22
55:13 57:14
58:4 60:23
60:24 64:7,16
**by** 2:4 5:2,4,16
9:10,12 17:7,9
32:6,17 34:14
34:19 37:8
39:25 46:11
51:6 52:13,23
55:25 58:25
59:11 62:25
64:13 65:21
68:6,7,10,13

---

**C**

**C** 25:18,21 26:6
29:4,18 31:3
**call** 6:2,4 39:19
43:20
**Calls** 62:21
**came** 9:14 18:8
47:20 59:9
64:18
**can** 8:5 11:3,24
13:11 16:19
22:6 30:17
33:6 37:19,24
40:24 49:13
64:6
**can't** 14:12,14
15:14 16:6
17:23 22:19,19
22:25,25
34:6 44:23
46:4 50:1,3
57:11
**canister** 11:19
12:2
**career** 17:24
**carry** 11:10
**cars** 64:16
**case** 1:6 3:6
69:10 70:2
**cause** 3:16
**caused** 18:24

52:14
**CCR** 3:15 4:13
5:4 68:3,19
**CDT** 16:11,12
24:1 64:12
**ceased** 22:11
**certain** 3:16
13:18 31:15
37:22
**certainly** 37:20
**CERTIFICATE**
68:1
**Certified** 4:12
5:5
**certify** 68:5 71:5
**chance** 6:23
**change** 65:11
70:7,11,15,19
70:23
**changes** 36:20
36:23 69:12
71:7,10
**characterized**
54:11
**charge** 44:9
**charged** 43:21
44:1
**chemical** 8:15
10:14,25 12:5
12:8,12,13,17
12:20,24
14:22 15:5,19
16:3,8,22 17:11
17:15,21,25
18:24 23:15
24:10 25:25
26:14,20
28:12,18 29:12
30:6,11 31:8,15
32:23 65:17
**chose** 58:17
66:17
**Christine** 7:19
37:4
**circumstance**
33:18 34:3
**circumstances**

12:23 18:23
21:22 33:6
43:8,16
**city** 1:7 3:7,13,19
4:4,9 5:22
44:3 49:21
69:6,7 70:2
**claim** 57:8
**classified** 29:22
**clear** 7:4 13:4
28:5 30:20
32:22 40:2
58:23
**cleared** 32:24
**clearly** 32:21
63:4,9
**close** 35:8 48:9
56:5 66:2
**cocktails** 60:21
**colonel** 6:9,11
10:5,7,11 28:2
30:19 34:15
66:25
**combative** 30:2
**come** 44:23
64:12
**comes** 8:7
**coming** 46:13
52:22
**commander**
26:23 27:2
41:23 60:12
**commanders**
36:1 37:19
**commands**
30:3
**Commission**
71:24
**commit** 44:12,15
50:10,18 53:6
54:20 59:23
60:3
**committing**
44:9
**common** 21:21
**communicatio...**
9:4

**completing** 9:7
**compliance**
40:9
**compliant** 40:15
**compound**
14:25
**concern** 60:24
**concluded** 67:8
**conditions** 31:16
**conduct** 53:15
55:5
**confrontation**
19:17
**confrontational**
19:12
**confused** 53:20
57:1
**confusing**
53:25
**congregating**
62:6
**connection**
14:21 15:3
20:19 27:6
28:16 30:12
31:19 32:24
38:2,11,21
41:14 45:2,3,17
65:13
**consider** 22:10
**constitutes**
43:4
**constitutional**
29:15 31:10
**contention**
54:19
**continues** 23:14
**control** 29:19
**controls** 30:2
**cooperation**
30:4
**copies** 36:4
69:9
**copy** 69:12
**corner** 55:21
64:18
**correct** 6:10

10:10 12:6
23:10 24:24
25:25 26:9,14
26:24 27:9
28:9,13 31:5,11
31:16 32:1,7,13
32:15,18,25
35:1 37:9
38:24 40:5,11
41:11,17 45:5,9
45:21 46:21
46:25 48:19
48:24 49:8,22
50:6 52:6,17
55:2 57:19,23
58:8,20 61:7
61:11,14 71:9,13
**corrections**
67:2 69:12
**correctly** 20:12
52:11 54:23
**cough** 9:5
**could** 5:23 8:4
17:2,18 18:23
21:21 29:18
35:23 36:1,12
37:20,20,21
38:1 42:5
46:10 51:19
52:24 53:15
53:18 55:11
56:4 64:3,13
64:22 65:6,7
65:9,15 66:19
**couldn't** 52:24
57:24 59:5
**counsel** 5:2,3
7:18 37:5
68:10,13
**COUNSELOR'S**
4:9
**COUNTY** 71:3
**couple** 28:15
31:7
**course** 17:24
40:2
**court** 1:1 3:1,17

---

4:12 5:5 7:1
34:19
cover 15:24
covered 24:7
34:5
covers 30:8
43:23 44:24
create 36:15
crime 40:17
criminal 43:18
cross 45:15
crowd 19:10
25:25 26:14
28:13 50:17
51:3 53:5,8
55:7
crowds 30:12
crystal 13:4
curious 41:4

**D**
damage 45:6
45:18,22,24
47:10
damaged 51:1
Dan 50:23
date 34:21 70:3
dated 36:14
day 3:13 71:14
days 69:17
de-escalate
64:13
dealing 26:20
30:11 31:14
47:4
deals 25:1,24
28:8,11
Dear 69:8
December 9:14
9:23
decided 19:14
66:16
decision 19:17
20:8,11
declaration
25:10 41:25
52:14,18 61:23

62:14
declare 37:24
42:14 48:23
50:8 59:25
60:5,22 61:4
63:8 71:12
declared 38:11
38:14,15,17,17
38:21 39:1,14
41:17 42:6
48:20 50:5
61:7,12,18
declaring 37:12
38:23 42:4
50:15 60:12
Defendant 1:8
3:8,20 4:7 5:3
definitely 13:12
42:19
definition 8:14
10:14
definitions 8:7
10:18
delineated
15:18
department 9:11
9:13,18 10:2
34:9 37:23
department's
27:4
deploy 23:15,24
deployed 12:13
18:3,11 23:20
24:9 27:8
28:18
deployment
25:24 26:13
28:12 31:4
deposed 6:14
deposition 1:10
3:10 5:3,13
7:15,17,21
8:20 11:25
25:4 26:7,17
67:1 68:6,11
69:9 71:6,8,11
depositions

6:21 7:25
describe 8:4,17
9:6 18:23
22:6 60:15
65:20
described
23:21 33:16
description
46:17
descriptions
46:12
desired 69:13
destruction
46:2,20 65:3
detail 8:6,10,13
15:24
detectives
50:24
determination
37:17 38:3,5
50:22
determine
53:15
determined
42:17,19
device 11:9 18:4
27:9 28:19,24
did 7:14,22 8:8
9:12,23 10:6
14:15 21:7,11
22:10 26:16
27:11 29:15
36:25 38:3
39:16 42:9,23
54:13 65:6,10
didn't 7:23 8:19
11:1 16:15 21:7
22:22 30:5,6
36:15 46:4
51:24 53:14,18
55:6,12,15
56:6 57:12
61:8,12 63:21
65:23 66:4,13
Dierker 4:8
55:22 62:17
62:20 66:24

67:5
dierkerr@stlo...
4:11
difference 11:2
12:11,12
differences
32:10
different 6:20
32:12 38:20
46:15 54:2
58:15
differently
65:16
directing 27:4
direction 55:18
68:9
directly 9:15
discretion 24:2
discussion
31:24 34:12
discussions
33:21 43:11
dispatched
50:23
dispersal 2:7
25:25 26:14
28:13 33:2,7,11
33:19 34:3
35:4 37:8,14
39:20 40:5,11
41:9 42:12,14
42:21,24
57:18 58:1,6
62:14
disperse 31:15
39:24,25
40:18 41:7
56:9 58:16,17
62:3 66:17
dispersed 57:14
57:15 66:10
dispersing
30:12
distance 61:24
62:11
distinguish 12:4
District 1:1,1 3:1,1

3:17,17
division 1:2 3:2
3:18 43:12
do 6:13,24 7:14
10:17,21 13:15
13:17 14:9,19
15:2,7,7,11,16
17:19 18:14,16
21:10,11 22:6
23:12 24:3,19
24:22 25:21
30:6,12 31:13
34:1,17,22
35:7,13,20
36:4,22 38:10
39:1,6,14 40:3
42:3,21 43:24
44:11 45:12
46:8 47:14,23
48:4 49:3
50:11 51:24
59:6,7,18
62:5,10 63:24
64:1,20 65:10
65:14 66:18
67:3,4 68:4
71:5
document
24:23 25:9,12
25:18,23 26:2
27:15 30:14
31:17 34:23
35:4,5
documents
7:22,25 8:1,2
8:5 10:17
14:20 16:1
25:3
does 27:1 32:16
40:6,12 61:3,5
doing 20:10
46:1
don't 8:8 13:3
14:16 15:9,10
16:21 18:8,9
20:9,24,25
21:1,6,6,8,15

22:14,17,25
25:14 30:14
33:4,20 36:7
36:11,24 39:4
39:10 40:19,19
40:19,19,22
42:10,22 43:3
43:9 44:21
45:20,25 47:1
51:14 52:20
52:20 56:3
57:24,24 58:5
59:1 60:7,14
60:15 62:1,3
62:23,24 63:3
63:11 65:8,19
done 14:2 17:5,7
35:10 39:4
45:24 64:3
65:6,9,16,16
doors 46:15
down 18:2 25:17
48:13 55:1
60:20 63:15
64:18
downtown 45:7
45:24 47:2,3
47:5,10 48:17
50:24
drawn 51:2
duly 68:6
during 17:13,20
19:16 32:4
53:4
dynamics 64:5
64:6

**E**

each 21:24
earlier 17:17
57:16
early 45:5
easier 7:1 9:22
20:5
easily 36:2
66:19,19
Eastern 1:1,2 3:1

3:2,17,18
educational
8:18
effect 30:1
53:18 55:11
56:7
egress 40:2
eight 52:22
either 48:19
60:17
elements 43:20
49:1,7
else 39:10 43:7
44:18,23
65:10
embedded 7:18
employed
68:10,13
employee 68:13
employment
9:6
enclosed 69:9
69:10
Enclosures
69:25
end 55:18
ended 53:9
engaged 43:17
56:14
enough 53:19
55:12,13 56:6
63:22 66:3,13
entire 29:5
equipment 11:10
Eric 7:17,20
errata 69:11,13
69:16 70:1
especially 65:17
Esquire 4:3,8,8
69:4
established
30:21 41:10
42:13
et 1:4 3:4,19
69:7 70:2
even 23:3
30:22 33:15

60:15 63:17
66:10
evening 38:16
38:18,24 39:11
41:25 44:25
45:6,10,24
46:25
events 53:23
54:8 57:2
59:17 63:25
65:14
ever 6:14 12:15
14:19 15:2,4
16:21 17:8 18:3
18:11 22:15
23:20 29:15
30:6,20 33:2
33:5 42:6,16
43:6
every 11:9
52:22 55:18
65:24
everybody
13:18,20 14:18
56:8 66:9,16
66:16
Everything
65:10
exact 51:6
exactly 20:2
22:20 23:16
34:8 36:19
40:20,23
56:4 66:4
Examination
2:4 5:15
EXAMINATIO...
2:3
examined 3:11
5:10
example 32:16
exceedingly
61:21 62:12
Excuse 9:5
62:18
Executed 71:14
exercising

29:14 31:10
exhibit 2:7
24:17,17,21
25:6,18,21
26:6,7,16,21
33:13 34:16,18
36:13 39:18
exhibits 2:6,11
24:15,16
26:20
exist 16:20
existed 36:16
exists 43:8,16
experience 63:1
Expires 71:24
explained 50:13
56:25
explaining 16:14
expressly 5:7
extended
23:22
extent 61:16
62:9

**F**

facing 19:2,2
51:3
fact 54:25
58:24 61:19
facts 47:14
48:16,25 49:6
49:7 50:14,21
53:4 54:18
57:7
fair 7:1,6 36:14
37:11,13
fall 10:10
familiar 11:15
25:10 27:6
40:17
far 23:7 40:8
51:20,23 61:8
66:1
feel 63:21
feeling 22:23
22:24 48:7
felt 8:23

Ferguson 36:3
few 25:19 32:2
35:3 54:24
56:3 66:21
fight 22:4,6
64:6
figure 19:5
filing 69:18
finally 9:10
financially 68:14
find 42:15 59:5
69:9
fine 39:21 41:3
43:1 47:17
49:18 54:12
finish 6:23 9:19
19:24
finished 66:22
first 19:8 22:21
38:13 39:24
41:10 42:12
51:23 54:7
64:10
five 18:9 21:17
55:16
flow 41:5
focus 24:16
42:4 43:5
44:22,25
focusing 17:21
53:1,22 54:8
57:2
fogger 11:15,17
11:21 12:4,9
23:21,25 24:5
foggers 24:2
follows 5:11
31:24 34:12
for 2:7 4:2,7 5:2
5:3,23 6:1,6
7:1,4,15 9:3,8
9:22 10:18
11:24 13:18,18
13:20,20,23
14:2,18 16:17
17:18 21:15
22:7 23:3

GERALD LEYSHOCK  4/17/2019

24:24 25:4
25:25 26:14
26:16,24
28:13 29:10,13
29:14 31:9,10
32:16 33:10
34:6,18,24
35:10,17,20
36:11 37:13
39:3,19 40:13
41:10 42:13
43:21 49:14
57:12 58:8
61:13 62:21
66:7 68:10
69:18 70:7,11
70:15,19,23
force 44:16
  50:11,18 53:7
  54:21 56:14
  57:9 59:11,24
  60:4
foregoing 68:6
  71:6,13
forgot 64:17
form 16:13 25:8
  55:22 62:17
  62:20 71:7
formed 19:1
found 8:19
FOUNDATION
  4:3 69:5
four 27:21 38:19
  41:15 52:10
  55:16 64:12
free-for-all 21:5
Friday 64:25
frightening
  29:14 31:9
from 8:3,5 12:4
  32:2 34:25
  36:7,15 39:25
  42:24 43:12
  49:10,24,25
  55:18 56:11
  57:15 58:15
  59:12 63:6

64:21
front 21:5 24:15
  28:6
full 44:8
further 66:23
  68:12
fury 64:9

——— G ———
gas 11:14 24:11
gave 39:3
  52:23 56:7,7
  58:16 65:24
general 34:1
generally 28:12
GERALD 1:10
  3:10 5:8 69:10
  70:1 71:5,20
get 9:12 15:23
  16:15 22:25
  36:11 44:8
  50:25
gets 65:1
give 6:23 40:2
  61:3 66:21
given 51:6
  52:21,25
  57:18 58:2
go 14:9 23:6
  29:18 46:11
  55:7
going 6:5,21 7:5
  13:24 15:23
  19:9,13,23
  20:2,5 22:17
  22:24 23:15
  27:18 33:12
  39:18 46:11
  49:16 64:20
  65:22
Good 5:17,18
got 9:3,10,10
  13:23 19:4
  37:7 38:9
  56:4 57:10
  58:24 64:14
Gotcha 16:25

26:23
governed 32:5
great 20:10
ground 38:5
  46:24 47:1
group 60:23
  61:1,16 63:14
groups 31:15
growling 44:5
guarantee
  22:18
guess 29:18
  65:22
guidance 16:2,8
guide 16:7
guidelines 15:18
guys 60:20
  66:11

——— H ———
had 19:1,10,13
  20:24,24
  22:24 24:1
  27:3 33:20
  42:3 43:10
  46:15 47:20
  48:7 50:17,23
  51:1 53:6
  54:19 55:1,13
  56:9 57:14,15
  58:7,14 60:23
  61:8,13 63:22
  64:12,17 65:10
  66:9,16,18
half 10:8 48:6
half-hour 54:16
  56:12 57:5,6
Hall 3:13
hand 19:11
handed 34:16
handful 55:8,16
  63:17
handheld 11:3,7
  11:9,20 12:1,9
  13:21,23 18:4
  27:9 28:8,19
  28:24 32:4,13

32:18
handouts 17:14
  17:17
handwritten
  14:20 15:3
happen 22:22
happened
  53:24 54:8,9
  56:23 58:18
  61:2 64:1
happening
  47:10 49:21
happy 30:23
hard 6:6 20:1
  23:3
has 23:24 26:10
  30:11 34:24
  37:14 40:1
  41:11 44:11
  48:25 50:13
  54:10
have 6:14 10:19
  11:18 12:15,19
  12:22 14:5,15
  14:23 15:7,21
  17:8,25 18:3,11
  21:1,11 22:3,15
  22:23 23:4
  23:20 24:9,15
  24:19 25:8
  27:17,17 28:6
  28:7,11 30:3
  33:2,5,17
  34:17 35:23
  36:1,4,7 37:22
  39:10 40:8,14
  40:22 41:1,24
  42:6,14,14,16
  42:21 43:6,24
  44:15 46:9
  47:14 48:6
  50:9,21 51:13
  51:14,19 53:19
  55:12 56:4,6
  58:10,12 59:2
  60:24 62:8,13
  64:3,7 65:6,9

65:15 66:10,13
  66:19,23,24
  66:25 69:12
  71:6,7
haven't 24:13
  25:12
having 5:9 29:3
  64:13 71:10
he 41:24 46:17
  46:24 47:2,3
  47:5,7 48:8
  53:17,18 55:11
  55:11 56:6,6
  63:21
he's 8:20
head 10:3 44:19
  46:14 57:10
headquarters
  7:18 18:20
  20:20 21:6,14
hear 6:19 63:10
heard 61:23
  62:13 63:5,5
hearing 47:7
helmet 57:11
help 16:19
  36:25 50:25
helped 33:10
  37:3
her 9:22 19:10
  19:11,13,14,17
  19:21,22 20:15
  23:15,17
here 21:10 23:5
  26:3 27:16
  29:4 30:16
  36:22 41:22
  43:14 48:15
  49:25 64:10
here's 23:16
  29:2,2 33:9
hereby 5:1
  39:25 68:4
  71:5,11
High 9:9
high-capacity
  23:22

| | | | | |
|---|---|---|---|---|
| him 8:19 | 16:15 17:1,1,1,7 | 46:12,21 47:1 | 15:24 16:11,16 | important 41:3 |
| hired 9:10,12 | 17:16,16,16,17 | 47:18,18,18,19 | 16:18 17:6,20 | impose 32:12 |
| his 46:14 47:15 | 17:18,23 18:7,8 | 47:24 48:1,6 | 19:23,25 20:2 | impression |
| hit 19:3 57:10 | 18:8,9,9,15 | 48:19,24 49:5 | 20:7 22:17 | 56:4 |
| 58:24 | 19:14,14,16,21 | 49:12,13 50:3 | 25:15 27:18 | in 1:1 3:1,16 5:21 |
| Hodzic 37:4 | 19:22 20:1,9 | 50:24 51:5,14 | 29:3,5 30:23 | 10:10,19 12:11 |
| holding 19:10 | 20:12,24,24 | 51:17,24 52:11 | 34:8 39:8,8 | 12:12 13:3,7,9 |
| hope 17:7 | 20:24,24,25 | 52:17,20,20 | 41:4,22 44:7 | 14:6,15,21 15:3 |
| hopefully 17:5 | 21:1,1,6,6,6,7,7 | 52:23,24,24 | 45:1 47:12,15 | 15:18,22,24 |
| hours 3:12 | 21:7,8,15,17 | 52:24 53:17 | 49:16,24 51:15 | 16:11 18:24 |
| 49:25 61:2 | 22:3,4,14,18 | 54:4,23 55:10 | 53:1,20,22 | 19:9,11 20:13 |
| how 6:17 12:12 | 22:18,19,19,20 | 56:2,3,4,5,25 | 54:7 57:1,1 | 20:19 21:5,18 |
| 18:6 22:20 | 22:20,20,21 | 56:25 57:10 | 58:22 60:6,9 | 21:24 22:1,7 |
| 32:10 33:9 | 22:21,22,23 | 57:10,11,12,24 | 62:19 64:18 | 23:8,14 24:7 |
| 39:11 40:7,14 | 22:25,25,25 | 57:24,24 58:4 | 65:21,22 | 24:15 25:8,11 |
| 40:23 45:20 | 23:4,10,16,16 | 58:4,4,4,4,12 | I've 18:7 43:3 | 25:19 27:1,4,6 |
| 51:20,23 | 23:16,17 24:7 | 58:22 59:1,1,2 | 63:5,5 | 28:6,16 29:21 |
| 60:15,15 61:8 | 24:13,16,16,24 | 59:2,5,7,20 | idea 50:25 | 30:4,12 31:19 |
| 61:13 | 25:12,16,25 | 60:7,11,11,11,12 | 62:8 | 32:10,10,23 |
| Howard 50:23 | 26:1,9 27:3 | 60:14,14,20 | identification | 33:7,13 34:1 |
| 51:3 53:17 | 29:11,11,18,23 | 60:22 61:7,11 | 34:19 | 35:10,14 36:2 |
| 55:11 63:21 | 30:5,14,15,20 | 61:25,25 62:3 | identified 38:19 | 36:5,25 37:23 |
| However 6:13 | 30:22,23 31:2 | 62:8,23,24 | if 7:3,14 13:11,17 | 37:24 38:1,2,11 |
| 32:20 64:25 | 31:11 32:1,15 | 63:3,11,11 64:4 | 14:23,23 15:16 | 38:13,15,21 |
| Hozic 7:19 | 33:4,9,20,20 | 64:9,11,11,12,12 | 15:17 16:1,9,13 | 40:1,8,8,14 |
| hundred 6:18 | 33:20,22,22 | 64:14,15,20 | 16:18,20 17:19 | 41:13 43:17,25 |
| hundreds 55:6 | 34:5,6,6 35:1 | 64:22 65:5,7 | 19:16 20:12,25 | 44:2 45:2,2 |
| 55:19,19 | 35:8,16,18,25 | 65:8,8,10,19 | 20:25 21:7,11 | 45:10,17 46:14 |
| hurling 64:23 | 36:7,10,10,11,11 | 65:19,19,19,22 | 21:11 22:16 | 47:10,21 48:7 |
| hurt 65:1 | 36:24 37:9,19 | 65:23,23 66:1 | 23:14 24:3 | 48:23 49:21 |
| | 38:6,6,13,13 | 66:2,9,15,15 | 25:14,18 29:11 | 50:8,17 53:1,5 |
| I | 38:14 39:3,3,4 | 66:22,23 | 29:12 30:20 | 53:8 54:3,10 |
| I 5:19 6:5,8,11 | 39:9,16,19 | 68:3,9,12 71:5 | 32:1 34:1,8 | 54:16,24 55:7 |
| 7:3,16,21,21 | 40:5,11,19,19 | 71:6,7,10,12 | 35:13,20 | 56:12,14 57:3 |
| 7:23 8:2,6,6,8 | 40:19,19,22 | I'd 23:4 29:7 | 36:10,11 39:19 | 57:6,10 58:6 |
| 8:8,8,18,23,23 | 40:24 41:9,20 | 41:1 48:6,12,18 | 40:23 42:5,9 | 58:23 60:6,7 |
| 9:3,8,8,10,14 | 41:22 42:4,5,8 | 49:12,13,13 | 44:7 46:11,11 | 60:25 61:3,19 |
| 10:10,19 11:1,2 | 42:8,9,9,10,11 | 51:13 58:21 | 49:14 52:11,24 | 62:6,9 63:1,13 |
| 11:23 13:3,12 | 42:11,19,19,21 | 64:21 | 53:14,17 54:23 | 65:12,13,24 |
| 13:12,12,13,13 | 42:22,23,23 | I'll 6:24 14:25 | 55:11 60:9,13 | 68:5,11,15 |
| 13:13,13 14:4,4 | 42:24 43:3,9 | 33:9,9 40:25 | 60:13,13,13,20 | 69:7,10 71:7 |
| 14:10,12,14,14 | 43:9,9,9,9,10 | 47:7 62:20 | 60:23 64:20 | in-house 37:5 |
| 14:15,15,16,16 | 43:20,23,23 | 64:4 66:9 | immediately | incident 18:21 |
| 14:18,23,23 | 44:7,21,24 | 67:4 | 54:8 | 20:19,22 23:7 |
| 15:1,9,9,9,9,9 | 45:5,9,19,19 | I'm 5:20 6:21 | imminent 65:25 | 26:23 27:2 |
| 15:10,13,13,14 | 45:21,25,25 | 7:5 9:1,20 13:3 | impairs 7:9 | 51:20 59:10 |
| 15:14,14 16:4,9 | 46:4,4,4,4,9,9 | 13:4,9 14:14 | Impeding 41:5 | 60:11 |

incidents 21:18
23:4 27:7
28:17
include 40:6,12
included 14:6
includes 10:25
including 11:21
64:24
INDEX 2:1
indicate 69:12
indicated 41:13
64:10
indicating
39:23
individual 48:1
individuals
21:25 22:11
29:14 31:10
40:7,13 50:10
50:17 52:13
53:5,14 54:19
54:25 55:8
63:18 65:18
inducing 30:4
ineffective 30:3
injunction 47:6
injured 38:9
innocent 65:1
instance 65:24
instructions
34:24 40:13
instructors 16:12
instructs 40:7
instrument 11:18
interaction
65:12
interested
68:15
interference
41:2,6
interpret 16:7
interrupt 6:25
into 5:6 14:25
47:8
is 3:20 5:1,19
6:10 7:1,6 10:4
10:24 11:9,17

12:8,9,13 13:6
13:19 14:2
15:22 16:16
21:10 23:7
24:25 25:3
25:22 26:9,10
28:5,23 29:19
29:22,23
31:18 32:7,21
33:15 34:21
35:4,23,25
36:14,16 37:5
37:9,11,13,14
37:18,22
39:19,19,22
39:24 40:22
41:6,10 42:16
43:3,15,17
44:22 48:6,10
49:17,24 51:5
52:9 53:13
54:16 55:2,4
56:19 59:22
60:2,6,6 61:3
62:7,11 63:7,17
64:5 69:10
71:13
issuance 34:24
issue 33:7,18
58:6
issued 32:23
33:2 34:4
41:16,24
issuing 37:14
42:11,13
it 5:1 6:13 7:5,6
8:7 9:21 11:1
12:8 13:19
14:15,25,25
15:13 16:9 18:2
18:8 19:12
20:5 22:2,2,2
22:20,21 23:5
24:6 25:1,8,21
27:1 29:3,20
31:4,18 33:7,21
34:9,24 35:7

36:1,14,19,20
36:23 37:11,13
37:19,20,21
38:4,6,14,15
38:16,17 39:1,3
39:9,19,22,24
40:23 41:10
41:23 42:3,19
43:23 44:9,24
46:5 47:7,25
47:25 48:7
49:13 51:19
56:8 57:1
58:9 59:1,1,6
59:8,9,20,22
60:1,2,8 61:5
61:7,12 62:11
63:7,10,24
64:19 66:9
67:4
it's 6:5,25 11:18
12:12,23 14:18
15:18 16:2
18:19 20:1,1,5
23:3 24:2
29:18 32:2
40:23 41:3
46:18 48:24
52:12 61:21
64:25
its 66:7
IV 24:25 27:13
28:8,25 29:3
29:5 32:6,11
32:15

J
J 3:15 4:13 5:4
68:3,19 69:23
Jemerson 17:3
17:9 24:8
33:21 34:5
37:21 39:9,16
41:16 43:7
48:19 50:5,13
51:6 52:23
Jerry 5:24 6:2,4

6:5
job 65:1
judge 7:16
jumped 42:24
just 5:20 6:2,4
6:5,23 7:21 8:1
8:17 10:13,19
11:7,9 12:1
13:18 16:18
17:10 19:6
29:11 30:21
33:15,16,24
35:25 41:4
44:8 45:16
48:5 49:10
53:14 55:20
56:21 58:22
62:10 66:15,21

K
Kansas 4:4
69:6
keep 30:15
64:15,21 65:4
65:7
kept 36:19
kettle 51:21,24
54:11
key 29:23
kicking 46:14
kind 43:25
know 8:8 15:9
15:10 21:11,15
24:3 28:17
34:1 35:13
36:11 37:8
38:10 39:1,4,6
40:20,22
44:21 45:19
45:20 46:12
46:21 47:1
48:4 49:14
50:4 52:20
52:20,23
56:3 57:10
58:5 59:6
60:14,15 62:1

62:3,5,24
63:3,11 64:4
65:8
knowing 61:24
knowledge
45:12 54:14
knows 34:9

L
L-e-y-s-h-o-c-k
5:24
lady 22:1
Laird 4:8
Lake 38:6,16,24
landscape
64:24
language 33:17
40:7 44:2
larger 12:5
Larson 8:19
Larson's 7:17,20
last 7:22 13:1
14:15 32:2
52:21 64:15
later 20:6 64:16
launched 11:4,12
lawful 5:9 30:1
lawfully 30:1
learned 64:2
least 41:14
leave 40:8,14
61:8,13 64:14
left 36:7
legal 7:18 43:12
lessons 64:2
let 9:19 13:22
19:23 26:4
27:20 28:4
48:13 54:5,6
let's 8:24 17:8
18:2,21 23:6
24:21 27:20
28:4 41:8 43:5
44:22,25
48:14 53:2
54:4,5 57:3
level 37:22

GERALD LEYSHOCK  4/17/2019

| | | | | |
|---|---|---|---|---|
| Leyshock 1:10 3:11 5:8,24,25 6:3,9 28:2 30:20 34:15 54:6 66:25 69:10 70:1 71:5,20 | 51:13 63:25 65:14 looked 8:2,5,6 8:6 10:14,18 11:2 26:20,21 looking 26:6 30:25 64:18 | Maleeha 1:4 3:4 3:18 69:7 70:2 man 45:19 mandatory 13:18 manner 20:13 22:8 23:14 | 48:13 49:19 50:1 51:4,14 53:25 54:6 56:23 61:21 62:10,18 65:5 66:3,21 68:6,7 | 3:1,7,14,16,18 3:20 4:3,4,10 4:14 68:4 69:5,6,7 70:2 mistake 43:2 MO 69:18 |
| lieutenant 6:9,11 10:5,6,11 28:2 30:19 34:15 41:23 50:25 54:6 | lot 9:21 20:5 33:20 43:10 Louis 1:7 3:7,13 3:14,19 4:9,10 4:14 5:22 9:15 10:1 47:10 | 33:7,17 63:13 manual 16:13 many 6:17 18:6 45:20 55:20 marked 34:16 34:18 | mean 17:1 22:21 27:1 39:3 means 40:20 47:1 49:6 media 54:10 medication 7:8 | Molotov 60:21 more 8:8 11:19 18:10 41:22 46:19,19,20 54:19 58:16 59:2 64:22 |
| light 61:19 like 7:21 11:2 19:8,8,10 24:11 24:12 47:22 59:2 63:21 64:4,5 66:9 | 69:7,18 70:2 _____ M Ma'am 22:16 mace 11:3,7,19 | Market 3:13 4:9 mass 52:5 53:3 53:16,23 54:9 54:13,17 55:5 56:12 57:5 58:2 59:13 | memory 8:3 46:12 49:17,19 men 21:23 mention 8:10 mentioned 10:13 17:10 | morning 6:8 38:14 39:1 most 8:12 53:8 move 19:5 64:17 moved 19:21 63:14,14 |
| likelihood 60:25 line 19:1 70:5,9 70:13,17,21 literally 19:8 litigation 4:13 5:22 25:11 69:1 | 11:21 12:1,9 13:21,23 14:5 18:3,11 19:14 20:24 22:22 23:20 25:1 29:18,19,22 29:25 30:6,9 | 66:7 material 12:13 15:8 materials 15:3 15:12,17 16:7 16:17,22 may 5:3 13:3 | 20:18 21:16 24:10 35:3 48:1 56:10 mere 59:23 60:3 messed 8:18 met 5:19 | moving 40:1 Mr 2:4 5:16,25 6:3 8:19 25:11 34:14 55:22 55:25 62:17 62:20,25 66:21,24 67:5 |
| little 7:19 13:9 41:9 48:9 lobbing 60:21 locate 16:20 located 61:17 location 45:13 52:15 58:19 | 65:21 maced 20:25 22:4,25 made 19:17 20:8,11 36:20 36:23 38:6 39:4,6 51:25 52:4 57:17 | 14:15 22:20 29:11,20,25 41:20,20,24 41:24 55:24 56:1 59:23 60:3 61:1 62:22 66:22 | method 29:19 Metropolitan 9:16 10:2 Michael 35:17 36:5 middle 8:20 47:21 | 69:8 much 8:8 18:10 36:7 64:22 65:9 munitions 8:7 8:15 10:15 65:25 |
| locations 61:20 lock 13:9 Locust 51:2 52:9 53:9,21 55:1 56:3,11,16 56:22 57:19 57:22 58:14 59:15,17 61:7 61:12,19 62:2 63:13 | 66:10 71:7,10 Major 50:23 51:3 53:17 55:10 63:21 make 9:21 11:7 20:5 28:4,4 30:24 37:19 37:20,21,25 38:1,3 44:7 58:22 65:1 | maybe 10:8 13:3 16:13,19 46:13 48:7 54:15 me 5:25 6:1,2,4 6:6,23 7:4 8:4 9:19 13:19,22 14:23 15:23 16:14 19:23 22:7 23:3 | might 15:9 21:1 56:5 71:8 migrated 55:1 56:11 mind 25:14 48:7 54:3 61:1,3 minimize 65:2 minute 21:5 33:13 38:9 minutes 32:2 35:3 48:8 | my 1:9 6:23 8:3 9:5,19 13:19 15:1 19:7 19:14,24 20:24 21:10 22:22 26:5 28:15,23 33:15 42:16 43:2 44:5 46:7,12,18 47:15 48:3,7 |
| long 40:14 61:13 look 11:1 25:18 29:12 33:12 41:1 49:14 | 66:3,14 67:1 makes 37:17 making 38:5 60:20 61:25 | 26:4 27:20 28:4 30:22 36:11 40:23 42:8 44:11 46:11 47:18 | 52:22 54:24 66:22 miss 30:15 Missouri 1:1,7 | 54:3,7,16 55:4 55:10 57:6,11 58:12 61:2 62:7 64:15 |

65:7 68:8,9
71:11,24
**myself** 8:8 43:11

---

**N**

**N** 69:17
**name** 5:19,23
    70:1,2 71:11
**names** 8:12
**narrow** 48:13
**necessary** 49:3
    67:2 71:9
**neither** 68:9
**never** 16:17
    65:22
**next** 19:5
**night** 48:21
    50:2 64:24
    64:25
**no** 1:6 3:6,15
    4:13 5:4 6:20
    7:10,23 9:1
    10:23 12:11,18
    13:16 14:1 18:15
    20:1 21:13
    22:15 23:23
    24:13 25:12
    26:18 29:16
    31:13 36:24
    45:23,25
    47:12 48:18
    50:3 59:7
    60:9 61:5
    62:8,23 63:16
    65:1 66:23,24
    68:3
**nobody** 29:15
    65:1
**nodded** 10:3
**nor** 68:10,14
**North** 4:14
**not** 6:24,25 7:4
    9:1 11:22,23
    13:4 15:19 16:2
    16:13 20:23
    21:1,18 23:7
    29:13 30:20

30:22 31:8
32:16 34:8,9
40:6,12 41:3
41:22,24
42:12 43:11
47:9,12 49:20
52:24 57:14
57:15,22
58:17 59:7,15
60:6,18 61:5
63:16,18 66:17
68:12
**notarized** 69:16
**notary** 69:14
    71:23
**Nothing** 16:24
**now** 3:16 17:7
    26:4,6 30:25
    41:8 42:4 47:9
    49:17 54:7
    56:23
**nowhere** 59:9

---

**O**

**o'clock** 50:16
**oath** 7:11
**object** 15:1
    62:17,20
**Objection**
    55:22
**obviously** 46:10
**OC** 23:22
**occurred** 20:19
    45:9 48:5
**of** 1:1,7,10,11 3:1
    3:7,10,12,13,15
    3:17,19 4:3 5:7
    5:9,10,13,21
    5:22 7:12,17
    8:2,12,12,14
    8:20 9:14,23
    10:9,10,14
    11:10,19,24,25
    12:5,16,20
    14:22 15:5,18
    16:8,14,22
    17:10,15,21,24

18:19,21 19:3
21:5,5,24
22:2,10,15
23:4 24:14,14
24:15 25:3,21
25:22,24
26:10,13 27:3
27:13,13,17
28:6,12 29:1,5
29:13,19 30:10
30:11 31:9,14
32:6,7,13,18
32:20,21
33:20 34:21
34:25 35:9
36:4 38:18
39:2,7,11 40:2
40:17 41:5,7
41:24 43:11,22
43:25 44:1,2,8
44:10,12,25
45:2,12,14,15
45:23 46:2,13
46:20 47:9,21
47:25 48:15
48:16 49:19,21
49:21 50:1,25
51:2 52:9,10
52:14,18 53:2
53:4,8,16 54:7
54:11,14,24,25
55:6,8,19,19
55:20 56:14
57:7,8,22
58:19,23 59:9
59:11,11 60:23
60:24 61:1,17
61:19,23 62:12
62:14,21 63:1
63:8,12,17
64:5,5,6,9,12
64:16,16,24
65:3,7,8,12,14
65:17,20,20
68:1,4,7,8,10
68:13,15 69:5
69:7,9,9,12

70:2 71:1,3,12
71:14
**off** 10:22 22:21
    46:10 51:23
    53:9
**off-the-record**
    31:23 34:11
**offense** 43:21
    44:1,10
**office** 4:9 69:17
**officer** 11:9
    29:25 32:17
    34:25 53:13
**officer's** 29:21
**officers** 8:12
    12:2,16 13:24
    13:25 14:3,4
    16:12 17:18
    19:7,9 27:8,11
    28:18,24 32:3
    34:1 38:5 51:8
    51:9 55:7,13
    55:15,18,19
    56:15 57:12,17
    58:15 64:23
    65:7,21 66:2
    66:12,13,14
**often** 22:22
**Oh** 6:18 19:25
    30:15 36:24
**okay** 6:12,14 7:3
    7:8,20,24 8:4
    8:10,14,17 9:2
    9:5,21 10:4,6
    10:9,17,21,24
    11:5,12,20,24
    12:11,15,19,22
    13:1,6,17 14:6
    14:17 15:7,11,16
    16:5,16 17:13
    17:19,24 18:2
    18:14 20:18
    21:3,8,16 22:5
    23:2,6 24:3,9
    24:14,18,21,24
    25:6,14,20
    26:2,9,19

27:11,21 28:22
30:10,15 31:18
31:22 32:9,15
33:2,5,12,14
33:23 34:7,10
34:21 35:7,13
36:4,9,13,22
36:25 37:5,11
37:17,22 38:2
38:8,19 39:11
39:18,19,22
40:5,11,17 41:8
41:13,19,21
42:2,20,23
43:14,24 44:4
44:18,20,22
44:25 45:3,5
45:9,12,16,21
46:3,6,21,24
47:6,13,23
48:2,9,13,19
48:23 49:5,10
49:16,18 50:4
51:18 52:1,8,11
52:17 53:11,22
53:24 54:1,11
54:13,23 55:4
57:4,10,21
58:1,1,6,11,13
58:22 59:4,6
59:10,17,22
60:16,19,23
61:6,16 63:7
63:12,23
65:12 67:5
**older** 23:4
**Olive** 45:14,16
    45:23
**Omri** 4:3 5:19
    69:4
**on** 1:11 3:11 5:10
    9:14 11:8 13:4
    14:2 19:1 21:1
    24:1,16 25:21
    26:4 27:21,24
    30:24 31:4
    33:11,24 38:5

GERALD LEYSHOCK  4/17/2019

38:14,16,17,23
38:24 39:1,6,8
39:11 41:25,25
43:5 44:22,25
45:22 46:24
47:1,16,20
49:11 57:1 61:2
64:18,23 66:8
69:10,13
once 14:4,6
one 5:20 10:13
16:15 18:13,18
18:19 19:4 21:1
24:22 25:3
25:24 26:9,13
27:22,24,24
32:21 36:13
37:25 38:1,22
45:19 52:25
64:11 66:10
ones 36:5
56:16
only 24:1 26:19
26:21 29:20
38:22 43:11
57:1
opinion 58:10
58:12
opraiss@aclu-...
4:5
or 6:3 11:14,21
13:18 14:20
15:19 16:2,7,13
17:9 18:9
20:23,25 21:7
21:17 22:5,16
24:6 27:13
29:1,14 30:6
31:9 34:9 36:5
36:20 37:24
38:4 39:9
42:3 43:7,20
44:16 46:15
46:20 48:20
50:5,11,13,14
50:18 51:17
52:5,10 53:7

54:19,21 56:14
56:15 57:9
59:11,24 60:4
60:7,17 62:5
64:23 65:16
66:11 68:12,13
68:14
orange 46:13
order 2:7 24:25
25:22 26:10
27:13,14,16
28:7 29:1,6
30:10 31:3
32:6,7,21 33:3
33:7,19 34:3
37:14,23
39:20,24
40:6,8,12,14
41:9 42:12,14
43:25 48:23
50:8 56:8
57:18 58:2,6,7
62:15
ordered 39:25
orders 10:20,21
15:21,22,24
15:25 16:4,5
16:24 35:4
42:22
ordinance
40:23 41:5
44:3 60:7
original 69:10
other 6:20 7:20
7:22 15:25
16:5,6,24
21:17,18 24:9
31:14 37:19
38:4,10 43:20
45:23 46:1
47:20 48:10
55:14 57:12,12
59:10,11,15
62:6
others 45:20
otherwise 7:5
30:1 68:14

our 7:18,18 8:2
10:19 15:22
19:5 41:1 64:21
64:25 69:17
out 8:20 12:5
19:5 20:24
22:20,23
30:7 46:13,16
47:21 52:22
58:24 59:9
64:10,14,16
65:7
outcome 68:15
outlined 15:22
outraged 19:6
over 17:24 26:3
46:14 53:16
54:4,5,6 55:14
overcome
29:20
overcoming
29:23
own 15:1

——————
**P**
——————
p.m 3:12,12 5:13
45:22 48:14
48:15,21 49:11
49:11,20 50:4
67:8
page 2:2 11:8
18:17,21 19:1
23:7 26:4
30:24 33:25
35:21 36:3,6
69:11,14,17
70:5,9,13,17,21
pages 25:19
part 5:10 11:10
41:7 44:2
54:11
parties 68:11,14
peace 65:4
peacefully
55:20 60:24
penalty 7:12
71:12

pending 3:16
people 13:18
19:9 33:17
43:12,24
44:12 45:17
46:1 53:1,8,12
53:16,19 55:6
55:12,14,16,19
56:3,6,10
57:21 58:16
59:23 60:3
60:23 61:1,8
61:13,17,22
62:2,6,9,12
63:5,10,12
65:2
pepper 11:14
18:3,11 20:16
21:12,19 22:13
22:17 23:20
23:24 24:11
25:1 27:8
28:8 29:18,19
29:22,25
30:9 32:4,13
32:18
period 53:4
periods 41:15
perjury 7:12
71:12
permission
23:24 39:3
person 22:23
30:2 38:23
personally 50:3
persuasion
30:3
pertains 26:13
pertinent 33:16
phrase 49:5
physical 29:19
place 37:18
45:7,13,22
48:11,17 50:2
51:22 53:3
54:14 56:13
59:13,19 66:8

placed 22:3
PLAINTIFF 1:11
plaintiffs 1:5 3:5
3:19 4:2 5:2
5:10,21
Planters 47:20
please 7:4
19:23 22:16
69:9,12,16
point 19:4,11,16
19:19 20:15
39:15 50:1
55:13 57:14
64:11
pointed 58:24
police 9:10,12
9:18 10:2 12:2
12:16 13:25
14:3 27:4,8,11
28:18,23 32:3
34:25 37:23
53:13 55:7
56:15 57:16
64:3,16 65:13
policeman 18:7
38:9 63:22
64:21 65:22
policemen 51:5
56:17,18
possibility
59:23 60:3,14
possible 18:19
44:8
potentially
36:19
PowerPoint
14:21 17:20
Praiss 2:4 4:3
5:16,19 34:14
55:25 62:25
66:21 69:4,8
precipitated
51:6
predicate 37:12
37:13 41:10
42:13
predicates

GERALD LEYSHOCK  4/17/2019

| | | | | |
|---|---|---|---|---|
| 43:21 | 47:4 56:14 | 6:19 7:3,8,11 | 39:1,6,11,14,18 | 66:23,24 |
| preliminary | 57:8 59:12 | 7:14,20,24 8:1 | 39:22 40:5,11 | quickly 6:20 |
| 47:6 | 62:5 64:16,22 | 8:4,10,14,17,23 | 40:17,21,25 | quite 17:4 20:1 |
| preparation | 65:8,13 | 9:2,5,12,15,18 | 41:3,8,13,19,21 | 25:16 44:6 |
| 35:10 | protesting 30:8 | 9:21 10:1,4,6,9 | 42:2,4,9,11,20 | 56:2 |
| prepare 7:14 | protests 10:10 | 10:13,17,21,24 | 42:23 43:2,14 | quotes 40:1 |
| 26:16 64:6 | 13:14 18:14,16 | 11:5,7,12,15,17 | 43:20,24 44:4 | |
| prepared 15:11 | 18:19 21:18 | 11:20,24 12:4 | 44:6,15,18,20 | **R** |
| 35:4,7 40:6,12 | 22:1,3 26:24 | 12:8,11,15,19 | 44:22,25 | range 23:22 |
| present 37:15 | 27:5,7 31:20 | 12:22 13:1,6,9 | 45:5,9,12,15 | rank-wise 37:23 |
| presentations | 32:5 35:11,21 | 13:11,15,17,22 | 45:21 46:3,6,8 | rather 53:15 |
| 17:20 | 36:5 38:3,12 | 14:2,6,9,11,13 | 46:21,24 47:2 | 55:5,17 |
| presented | 38:21 41:14 | 14:17,19,25 | 47:4,6,14,23 | RE 69:7 |
| 14:20 | 45:3 64:1,5 | 15:7,11,16,23 | 48:2,4,9,13,19 | reach 43:25 |
| press 66:7 | provide 16:7,12 | 16:5,10,16,25 | 48:23 49:3,5 | reached 50:17 |
| pretty 19:12 | 60:4 | 17:4,7,13,19,24 | 49:10,16,19,24 | 53:6 54:20 |
| 35:8 39:8,8 | provided 11:10 | 18:2,6,11,14,16 | 50:4,8,13,21 | react 64:7 |
| 66:8 | 12:2,15 13:15 | 18:18,21 19:16 | 51:12,14,18,20 | read 7:16 47:7 |
| previously 55:1 | 13:20 16:1 | 19:19,23 20:1 | 52:1,3,5,8,11 | 66:2 67:1,5 |
| prior 32:18 | 17:14 24:4,8 | 20:5,8,10,15 | 52:17 53:1,11 | 69:12 70:6,10 |
| 35:13 36:1 | 25:11 33:5,8 | 20:18,22 21:3 | 53:13,20,22 | 70:14,18,22 |
| 60:25 | 34:2 43:6 | 21:8,14,16,21 | 54:1,4,6,13,16 | 71:6 |
| prize 64:6 | 50:14 65:20 | 21:24 22:5,10 | 54:23 55:4,13 | reading 7:20 |
| probably 13:5 | provides 59:24 | 22:15 23:2,6 | 56:1,10,18,25 | 60:8 |
| 39:9 | providing 23:13 | 23:10,12,19,24 | 57:5,18,21 | ready 21:7 |
| problem 29:3 | provision 31:8 | 24:3,9,14,19 | 58:1,6,11,13,19 | reality 37:25 |
| procedures | 31:19 32:17 | 24:21,24 25:3 | 58:22 59:4,6 | 38:1 |
| 29:17 | provisions 28:7 | 25:6,8,10,14 | 59:8,10,17,22 | really 20:25 |
| proceedings | 30:11 31:14 | 25:16,21,24 | 60:2,9,16,19 | 21:6 23:5 |
| 31:24 34:12 | public 69:14 | 26:4,9,13,16 | 60:23 61:6,11 | 39:9 49:14 |
| 67:7 | 71:23 | 26:19,23 27:1 | 61:16 62:5,9 | 58:5 |
| process 37:1 | punishing 29:14 | 27:6,11,17,20 | 63:1,4,7,12,17 | reared 19:15,19 |
| produced 3:11 | 31:9 | 27:23,25 28:2 | 63:20,23,25 | 20:12 |
| 5:9 | purpose 29:13 | 28:4,11,15,21 | 65:12 66:6 | reason 7:4 16:16 |
| propellant 11:19 | 31:9 | 28:23 29:5,9 | question 7:3 | 53:13 63:17 |
| property 45:6 | purposes 11:24 | 30:10,19 31:3 | 9:19 15:1,1 | 70:7,11,15,19 |
| 45:18,22,23 | pursuant 27:12 | 31:7,13,18,22 | 19:24 21:10 | 70:23 |
| 46:2,20 47:9 | 28:25 | 32:1,9,15,20 | 28:15,23 | recall 10:17,21 |
| 56:15 65:3 | put 30:6 | 33:2,5,12,15 | 30:18,20 | 13:15,17 14:19 |
| protest 8:13 | putting 46:16 | 33:23 34:1,7 | 33:15 42:16 | 15:2,7,11,16 |
| 18:24 20:20 | Pybas 3:15 4:13 | 34:10,15,21,24 | 47:7,16 54:16 | 16:1,21 17:19 |
| protester 23:13 | 5:4 68:3,19 | 35:3,7,10,13 | 55:4 57:6 | 18:14,16 23:12 |
| 59:8 | 69:23 | 35:20 36:4,9 | 61:2 62:7,21 | 23:16 35:7,20 |
| protesters | | 36:13,19,22 | 65:6 | 36:22 45:13 |
| 12:24 18:12 | **Q** | 36:25 37:3,5 | questions 6:21 | 46:8 47:23 |
| 27:9 28:17,21 | Q 5:17,19,25 6:3 | 37:7,11,17,22 | 6:24 26:5 | 50:11 51:15 |
| 28:25 32:4 | 6:5,8,12,14,17 | 38:2,8,10,19 | 30:23 54:7 | 59:18 |

GERALD LEYSHOCK  4/17/2019

12:22 13:1
14:24 15:17
16:9,18
receiving 14:19
15:2 16:1,21
recognize
24:22
recognizing
62:10
recollection
13:19 22:15
46:7 52:12
recommend
67:2
record 5:23
24:24 28:4
47:8
reduced 68:8
refer 6:1 26:19
referred 6:8
31:7 48:5
referring 8:11,15
11:8,13 12:1
13:24 17:16
27:18 51:21
refresh 8:3,7
refusal 40:18
41:7
refute 47:14
regular 14:2
related 68:10
relating 12:16
12:20 14:21
relative 68:12
remember 14:12
14:14,16 15:15
16:4,6 17:23
18:8 20:25
21:2,7 22:14
22:20 23:1,18
30:21 47:18
49:16 60:7
64:9,11
remembers
16:19
render 71:9
rephrase 7:5

report 65:20
reporter 4:12
5:5 7:1 34:19
68:1
representing
5:21
requested 5:7
requirements
32:12,21
requires 32:17
resist 23:14
resistance
29:20,24
resisted 22:5
resisting 21:23
21:25 22:12
22:24 29:22
41:6
resort 22:12
respect 15:4
16:8 17:10,14
24:5 33:6
34:2 36:13
43:4 51:21
response 27:5
responsibility
27:3
restricting 31:14
restrictions 31:4
32:12
resumed 31:24
34:12
return 69:16
review 7:22
26:16 67:1
reviewed 25:4
25:12,23
27:15 30:14
31:17 34:23
Reviews 24:23
25:9 26:2
right 12:7 13:10
13:22 17:4
20:1,4 21:20
23:11,12 25:16
26:1,4 27:16
29:2,7 30:16

30:16,25 31:17
36:21 38:25
40:21 44:6
46:22 49:17
49:23 52:3
53:3 54:7
56:2 57:20
61:10,15 64:10
66:25
rights 29:15
31:11
Ritner 9:9
Robert 4:8
rock 59:2,5
rocks 19:3
Room 3:14 4:9
Rossomanno
17:2,9 24:8
33:21 34:6
37:20 39:9,16
41:16 43:7
48:20 50:5,13
51:7 52:23
roughly 49:12
49:13

_____ S _____

Sachs 41:23
46:22 66:15
safely 63:24
66:14
said 10:13 49:12
49:12 53:18
54:2 55:11
56:6 66:15
68:7
Saint 3:13,14,19
4:10,14
same 6:24 11:8
12:9 30:24
33:24 35:23
36:20 53:12
55:10 71:9
satisfied 31:16
saw 46:1 60:20
65:19,19,23
say 8:14 9:23

11:7,12 13:12
13:22 15:13
18:9 22:5
29:7 30:17
33:22 36:10
36:14 37:11,13
43:9 48:6,12
48:14,18 49:13
49:13 51:17
53:2 57:3
58:21 60:1
66:3,9
saying 22:16
30:17 37:8
49:24
says 39:24
scare 30:7
School 9:9
scratch 36:15
script 2:7 39:19
40:6,12
second 18:18
20:18,22 26:1
65:22
seconds 28:15
Section 24:25
25:22 26:10
27:12,13 28:8
28:11,25 29:1
29:3,5 30:8
30:10 31:1,3
32:6,7,11,11,15
32:20
see 16:18 17:8
25:21 30:13,14
31:13 34:22
40:3 41:8
46:5 57:12
58:9 65:23
seeing 16:19
seemed 20:23
seems 13:19
47:18
seen 25:8,12
59:2
separate 52:18
58:1

separating
61:20
September
34:22 35:9,13
36:14 45:2
65:14 66:8
sergeants 24:1
24:4,8
SERVICES 4:13
69:1
setting 18:25
seven 46:15
52:22
shattered 46:16
she 19:8,10,12
19:12,13,15,19
19:21 20:12
23:14,17 37:5
SHEET 70:1
sheets 69:11,13
69:16
shirt 46:13
Shook 44:19
should 17:1
22:21,23 24:6
33:8,18 34:3
70:6,10,14,18
70:22
shouldn't 24:6
show 40:23
side 44:19,19
sidewalk 40:1
sight 64:16
sightlines 65:8
sign 67:6 69:13
signature 5:7
69:11,13,17
70:25
similar 21:25
35:14,17,18
simply 12:12
53:14 55:7,15
64:4
since 9:23
29:19
Sincerely 69:20
sir 7:7 9:25

10:23 11:11
22:16 25:2,5
26:25 27:10
27:17 32:8,14
32:19 40:4
45:4 49:4,9
52:16 57:5
63:19
sit 23:4 41:22
sitting 21:10
36:22 43:14
48:15 49:25
situation 23:12
64:13
situations 21:24
22:10
six 18:9 21:17
slow 25:17
small 12:1
so 6:12,24,25
8:23,24 9:23
11:6 12:11 13:9
14:10,11 16:5,18
19:1 21:6,17,24
22:25 26:19
27:11,15 29:2
29:11,16 30:5
30:25 33:4,11
33:20,24
36:10 41:22
42:16,24 43:5
44:4,7 45:1
48:9,12 49:3
49:24 52:2,5
58:4 63:9
64:20 65:5,21
65:23 66:15
66:19 67:3,5
sofa 47:21
some 7:17 8:2
16:13,14 17:17
19:11,16 22:2
23:3 28:17
36:20 43:25
44:12 45:6
46:1,19 47:22
50:24 52:13

52:23 54:25
55:13 60:20
somebody
20:25 22:3
30:7 33:6
42:3,21 43:16
64:17
someone 21:12
43:21 44:9
something 17:2
35:16,18,20
35:25 41:20
sometime 13:4
13:6,13 48:20
52:12
somewhere
48:9 51:16,16
51:17 59:20
sooner 51:19
sorry 6:19 9:20
14:14 17:6
19:25 20:7
25:15 44:5
62:19
sort 44:12 64:5
sound 63:1
south 52:9,10
speak 57:11
special 10:19,21
15:21,22,24
15:25 16:4,5
16:24 24:25
25:22 26:10
27:13,13,16
28:7 29:1,6
30:10 31:3
32:6,7,20
specific 12:22
15:18 16:6
24:3 32:16
36:23 41:15
47:14 48:16
49:7 50:1,14
50:21 57:7
specifically 11:1
17:21 40:7,13
50:16

speculate 21:9
speculation
62:21
speech 9:3
spray 18:3,11
20:16 21:12,19
22:13,17,17
23:20,22,24
27:8 28:8,24
32:4,13,18
sprayed 12:5
19:22 20:15
21:12
spraying 22:13
St 1:7 3:7 4:9
5:22 9:15 10:1
47:10 69:7,18
70:2
stack 24:14
staff 14:1 15:14
standing 55:20
60:24
start 5:20 8:24
18:21 24:21
54:4,5,6
started 13:7
51:9 53:9
60:21
starting 5:13
30:16
state 3:15 5:23
44:3 68:4 71:1
statement
29:10
States 1:1 3:1,17
stating 32:23
statute 60:7
still 15:7 35:22
36:4 46:19
57:1
STIPULATED
5:1
Stockley 8:13
10:9 13:5,6,14
26:24 27:7
28:16 31:20
32:5 35:11

36:1 38:2,12
38:21 41:14
45:3 64:1
stomach's 44:5
stones 64:24
stooped 60:20
stop 13:22
22:16 30:21
stopped 19:4
street 3:14 4:4,9
4:14 47:22
69:5,18
strike 32:10
37:12
stuff 36:7 56:23
64:23
subject 7:12
46:13
subscribe 71:11
subsequently
52:18
substance 71:8
substitute 9:9
such 71:7,10
suggested 53:5
Suite 4:4 69:5
Sunday 39:11
41:25 45:1
49:11 65:14
66:8
support 48:25
49:7 54:18,24
57:7
supported
50:15,22
supposed 66:4
sure 11:8 20:22
21:15 28:4
30:19,24 34:6
34:8 39:8,8
41:22 44:7
49:15 58:22
60:2,6 65:1
surprised 57:1
surrounded
64:15
Susan 3:15 4:13

5:4 68:3,19
69:23
SWAT 41:24
sworn 3:11 5:9
68:6
synopsis 65:20

T
Tahoe 64:17
take 54:13
taken 1:11 5:4
68:7,12 69:10
70:3
takes 44:9
taking 37:18
48:16
talk 17:2 23:6
29:17 43:13
talked 7:16,17
41:8 66:15
talking 27:16
29:4,5 30:15
45:1 51:23
58:20
talks 31:4
Taser 14:5
taunting 51:8
64:23
teaching 9:9
team 24:1
Teamster 9:8
tear 11:14 24:11
tell 5:25 34:6
52:24 57:24
60:11 61:8,12
telling 40:13
ten 52:22
term 10:25 11:15
11:20 43:10
terms 15:18
58:23 65:12
terrible 8:23
testified 5:11
49:10 50:5,9
56:21,21 62:11
63:15
testify 46:4

GERALD LEYSHOCK  4/17/2019

| | | | | |
|---|---|---|---|---|
| testimony 32:1 | 39:13,15,23 | that's 7:4 9:21 | 22:12,23 23:6 | 52:20 53:1,1,3 |
| 47:15 52:12 | 40:3,5,6,7,11 | 12:2,7 17:16 | 23:13,21,25 | 53:8,13,22,23 |
| 54:24 56:19 | 40:12,20,22 | 21:20 23:11,17 | 24:1,10,14,14 | 54:8,9,10,14 |
| 63:7 68:5,7 | 40:24 41:3,10 | 23:17 24:25 | 24:24 25:3,10 | 54:16,19,25 |
| than 6:20 7:20 | 41:13,23,25 | 25:16,16 29:16 | 25:21 26:4,9 | 54:25 55:6,7 |
| 8:9 11:19 15:25 | 41:25 42:8,13 | 30:20 31:17 | 26:13,19,23 | 55:8,8,10,16 |
| 16:5,24 18:10 | 42:17,24 43:5 | 32:24 34:5 | 26:24 27:1,3,4 | 55:16,17,20 |
| 53:15 55:5,17 | 43:13,23,23 | 36:21 38:25 | 27:5,7,11 28:4 | 56:4,6,12,12 |
| 58:16 59:10 | 43:24 44:5,11 | 39:21 40:10,16 | 28:12,16,23 | 56:16,16,17 |
| 65:9 | 44:15,24 45:5 | 41:3 43:1,1 | 29:2,5,10,13 | 57:2,3,5,8,10 |
| Thank 23:19 | 45:5,6,9,13,18 | 44:2,6 45:25 | 29:23 30:11,21 | 57:15,17,18,21 |
| 52:7 | 45:21,21,22 | 46:7 47:15,17 | 30:24 31:7,9 | 58:2,14,19,19 |
| Thanks 26:3 | 45:24 46:1,8 | 47:24 48:3 | 31:14,19,24 | 58:24 59:5,13 |
| that 3:13 5:3 | 46:10,12,15,18 | 49:18,23 51:5 | 32:2,4,10,13 | 59:17,22 60:2 |
| 6:10,19 7:1,6,8 | 46:21,25 | 51:10,10 52:1,4 | 32:18,21,24 | 60:7 61:6,8,11 |
| 8:8,9,19,20 | 47:10,18,19,19 | 54:12,16 | 33:6,7,10,10 | 61:13,16,18,18 |
| 8:23,25 9:15 | 47:22,23 48:4 | 56:22,25 | 33:10,11,11,16 | 61:19,22,23 |
| 10:14 11:2,3,6 | 48:5,7,19,21 | 57:15,17,20 | 33:17,18,24 | 61:23 62:2,6 |
| 11:6,9,18,21 | 48:24 49:6,10 | 58:18 60:9 | 34:2,8,12,19 | 62:9,10,13,17 |
| 12:4,8 13:2,4 | 49:11,20 50:2 | 61:10,15 66:18 | 34:21,24 35:5 | 62:19,20,21 |
| 13:15,17,19 | 50:2,4,9,11,14 | the 1:1,11 3:1,12 | 35:10,17,21,23 | 63:1,1,7,12,14 |
| 14:2,6,15,24 | 50:16,22 51:4 | 3:15,16,19,20 | 35:23 36:1,4,5 | 63:25 64:1,2 |
| 15:4,8,17,21 | 51:10,20 52:2 | 4:2,7 5:2,3,6,7 | 36:6,13,19 | 64:5,5,9,9,10 |
| 15:22 16:1,7,11 | 52:12,14,15 | 5:10,10,13,20 | 37:8,17,18,23 | 64:13,15,21,23 |
| 16:14 17:1,2,5,7 | 53:4,5,5,8,17 | 5:21,21,21,22 | 38:2,5,9,9,11 | 64:24 65:4,5 |
| 17:13,17 18:10 | 53:24 54:8,9 | 5:23,25 6:10 | 38:12,13,13,14 | 65:6,8,12,13 |
| 18:23 19:4,19 | 54:13,17,19,24 | 6:20,24 7:1,15 | 38:15,16,17,18 | 65:13,17,17,19 |
| 20:7,15,19 21:1 | 54:25 55:2,17 | 7:16 8:4,6,12 | 38:21,22,22 | 65:20 66:4,7 |
| 21:4,4,4,23 | 56:8,10,12,19 | 8:12,13,20 | 38:23,24 39:1 | 66:11,13,14,25 |
| 22:7,8,11,12 | 57:6,8,10,14 | 9:10,12,15 10:1 | 39:2,4,6,7,7,11 | 67:1,4,7 68:4 |
| 22:23,23 23:7 | 57:16,25 | 10:9,9,10,14 | 39:19,19 40:1 | 68:5,6,7,7,10 |
| 23:8,9,13,13 | 58:24 59:10 | 10:22,24 11:2 | 40:5,8,11,14,17 | 68:11,13,15,15 |
| 23:14 24:7,7 | 59:13,22,23 | 11:8,15,20 12:1 | 41:5,9,10,14 | 69:9,10,10,12 |
| 24:12,15,16,22 | 60:2,3,6,6,7 | 12:8,9,9,9,12 | 41:22,23,25 | 69:12,13,13,16 |
| 24:25 25:3,10 | 60:14,15,25 | 12:13,16,20 | 42:21 43:10,12 | 71:6,8,9,11,12 |
| 26:4,10,19 | 61:1,3,7,18,19 | 13:1,14,19,23 | 44:2,3,9,25 | their 24:2 27:12 |
| 27:6 28:16,17 | 61:21,22,24 | 13:24 14:1,5,5 | 44:25 45:3,10 | 28:24 29:15 |
| 29:15 30:13 | 61:24 62:1,6,9 | 14:15,22 15:5 | 45:12,14,15,15 | 30:9 31:10 |
| 31:18,18 32:3,7 | 62:12 63:7,12 | 15:14,24,25 | 45:23 46:1,24 | 32:5 46:15 |
| 32:9,10,11,15 | 63:20,25 | 16:4,5,8,12,14 | 46:24 47:1,4,6 | 65:21 |
| 32:17,21,23 | 64:2,2,11,12,17 | 16:16,22 17:10 | 47:8,19,21,21 | them 16:18,19 |
| 33:13,24 34:17 | 64:18,25 65:2 | 17:15,18,21,24 | 47:25 48:1,7 | 16:20 22:4,13 |
| 34:22 35:3,18 | 65:2,5,9,15,15 | 18:4,18,19,21 | 48:13,16,25 | 22:16,18 27:17 |
| 35:25 36:5,8 | 65:21 66:3,3 | 18:23 19:9,10 | 49:5,7,19,21 | 27:18 33:22 |
| 36:16,23 37:11 | 66:6,7,11 67:2 | 19:15,15,17,21 | 50:17 51:2,2,4 | 36:11 43:11,12 |
| 37:12,13,14,17 | 68:5,6,9,12 | 20:8,11,16 | 51:6,8,8,13,14 | 50:15 57:13 |
| 38:4,5,15,15 | 71:6,7,10,12 | 21:25 22:1,11 | 51:21,24 52:14 | 57:22 60:21 |

| | | | | |
|---|---|---|---|---|
| 64:13 | 22:2,4,5,7,11 | 24:25 25:3,8 | 57:13 64:7 | 32:16,18 33:6 |
| then 8:19 9:10 | 22:18,24 24:5 | 25:11,13,18,22 | time 5:13 7:3 | 33:12 34:2,12 |
| 11:24 19:4,8 | 27:12 28:25 | 25:24 26:1,9 | 10:9 13:1 14:15 | 35:8,13,14,18 |
| 22:19 29:7,17 | 29:7,17 30:5,5 | 26:10,13,16 | 17:25 18:13 | 35:18 36:1,1,10 |
| 35:19 38:17 | 30:7,8 33:18 | 27:16,22,24 | 23:8 38:3 | 36:11,13,14,20 |
| 39:23 51:9 | 40:8,14 44:15 | 29:4,4 34:21 | 41:15 46:8,25 | 36:23 37:11,12 |
| 64:14 | 46:16 50:21 | 35:4,10,14,19 | 47:23 48:4 | 37:13,14,23,23 |
| there 13:22 | 51:1,4,7,7,8,9 | 35:23,25 | 51:12 53:4 | 37:24 39:3,18 |
| 17:17 20:22 | 53:9,14,15,18 | 36:15,25 37:9 | 54:13 61:18 | 39:24,25 40:1 |
| 21:16,17,21 | 56:18,22 | 37:14 39:18,19 | 62:6 66:17 | 40:8,8,14,14 |
| 24:15 27:7 | 57:14,15 58:17 | 39:22,24,25 | timeline 46:9 | 40:18 41:1,7,11 |
| 29:23 31:4,8 | 58:17 59:18 | 47:7,19 48:6 | 49:14 51:13,14 | 42:4,14,14,16 |
| 31:13 32:16,22 | 60:21 61:8,13 | 48:10 51:5,12 | 59:21 | 42:24 43:4,7 |
| 35:14 37:14,22 | 62:16,23 | 51:16,20 61:1 | times 6:17 18:6 | 43:12,13,21,25 |
| 38:4 39:10 | 63:14,16,21 | 64:5 66:9 | 18:9,15 21:17 | 43:25 44:7,7 |
| 40:22 41:10,15 | 64:14,18,22 | 68:11 71:14 | 31:7 38:10,20 | 44:9,11,12,15 |
| 42:17 44:11 | 65:23 66:4,4 | those 10:18 15:11 | Timothy 46:22 | 44:15,19 45:12 |
| 45:6,23 46:12 | 66:13,17,17,18 | 15:16 16:12,17 | title 6:10 10:4 | 46:11 47:11,14 |
| 46:18,19,19 | they're 24:17 | 17:13,20 21:22 | to 6:1,1,6,8,13,19 | 47:16,18 48:5 |
| 47:19 48:25 | they've 17:4,7 | 21:24 23:3,4 | 6:21,23 7:4,5 | 48:23,25,25 |
| 50:9,16 52:5 | thing 6:24 10:13 | 24:4,19 53:14 | 7:9,12,14,16 | 49:3,7,14,19 |
| 52:9,10,13,17 | 35:24 65:11 | 55:14 56:10 | 8:3,4,7,7,11,13 | 49:25 50:1,8 |
| 52:21,21,24 | things 11:3 16:14 | 61:20 62:12 | 8:15 9:15 11:7 | 50:9,10,13,18 |
| 52:25 53:5,13 | 24:11 47:22 | 63:18 66:2,12 | 11:8,10,13 12:1 | 50:25,25 51:2 |
| 53:24 54:18 | 51:4,7,10 54:2 | though 21:16 | 12:2,16,16,20 | 51:8,13,21,21 |
| 55:7,14,21 | 56:17,18 57:12 | 30:22 | 12:23 13:9,19 | 53:6 54:14,18 |
| 56:2,4 58:3,7 | 58:19 64:2,20 | thought 17:17 | 13:24,25 14:21 | 54:20,20 55:1 |
| 60:13,13,13,22 | 65:15 | 20:19 42:11 | 15:1,4,19,23 | 55:4,14,19,22 |
| 61:16 62:1,5,9 | think 10:19 14:4 | 53:17 64:12 | 15:25 16:3,8 | 56:5,7,9,11 |
| 63:1,17 64:18 | 14:4,10,11,14 | threatened | 16:18 17:2,10 | 57:6,7 58:6,7 |
| 65:23 66:16 | 15:13 17:1,16 | 22:8 | 17:14,17 18:24 | 58:16,17,22 |
| there's 12:11 | 22:21 23:5 | threatening | 19:5,9,13,14,17 | 59:12,24 60:4 |
| 24:3 28:17 | 24:7,16 29:23 | 19:7 20:13 | 19:23 20:5,9 | 61:2,3,8,13,16 |
| 31:13 32:9 | 30:5 33:4,20 | three 52:9,10 | 20:11 21:7,8 | 62:3,9,11,17 |
| 43:18 46:9,14 | 34:5 35:8,16 | 55:16 58:20 | 21:22,25 22:4 | 62:20 63:8,15 |
| 59:21 60:25 | 35:18 39:10 | 58:21 61:20 | 22:6,12,17,25 | 63:24 64:7,7 |
| 61:20 64:2 | 41:9,23 42:8 | 62:15 63:2,6 | 23:3,4,14,15 | 64:11,15,17,20 |
| 65:2,15 | 43:10,23 | 63:9 64:14 | 23:24 24:4,5 | 64:20,21 65:1 |
| thereafter 5:5 | 44:24 45:25 | three-block | 24:5,16 25:17 | 65:1,3,7,7,10 |
| 68:8 | 45:25 47:18 | 62:11 | 25:18 26:1,6 | 65:20,22 |
| thereby 67:7 | 52:1 56:25 | threw 59:6 | 26:13,16 27:1 | 66:3,5,14,16 |
| thereon 71:10 | 58:4 59:1,1,20 | through 13:24 | 27:5,12,18,18 | 66:17,17,18 |
| thereto 68:14 | 61:25 65:15 | 14:9 | 28:16,23,24 | 67:1,1 68:7,8 |
| these 22:10 | 66:3 | throwing 51:4,9 | 28:25 29:18 | 68:10,11 69:17 |
| 65:8 | Thirteen 27:25 | 56:17,18,22 | 29:20,20,25 | 71:8,9,11 |
| they 15:17 16:20 | this 5:3 9:21 | 60:17 66:11,12 | 30:7,23,23 | today 5:20 6:15 |
| 17:6,19 19:13 | 19:16 20:11 | thrown 47:21 | 31:7,15,24 | 6:22 7:9,15 |

10:4 11:25
21:10 25:4
36:22 43:14
48:15 49:25
today's 26:17
told 19:13 22:18
23:16 47:19
49:19 50:21
51:4 62:2
ton 19:3
too 8:8 36:7
took 7:21 45:6
45:13,22 48:11
50:2 51:21
53:3 56:13
59:13,19 66:7
top 10:22 25:21
traffic 41:6
train 43:10
trained 13:23
33:17
training 12:16,19
12:22 13:2,15
13:17,20 14:5
14:9,21 15:4,8
15:12,16 16:6
16:11,11,22 17:9
24:4,7 33:5
33:22 34:2
43:4,6
trainings 17:13
transcribed 5:5
transcript 69:12
trashed 64:19
travels 63:2,9
tried 64:11,15
troublemakers
55:9,17
true 17:4 40:10
40:16 45:25
71:9,13
trust 15:23
truthfully 7:9
try 6:5 40:25
50:25 64:20
64:21 65:3,7
trying 13:9

15:25 16:18
19:5 44:7
Tucker 51:2
52:2,6,19
53:2,9,10,21
53:23 54:10
54:17 55:1,2
56:3,11,12,13
56:16,19,22
56:24 57:2,9
57:11,19,22,22
58:2,7,15,25
59:14,16,18
61:7,12,17,19
61:22 62:2,2
62:4,13 63:13
63:15 66:1
two 10:8,8
14:25 18:15,15
24:16 27:17
28:6 49:25
54:2,19 58:19
61:20
typewriting 5:6
68:9
typically 42:21
—————
U
ugliness 64:9
Uh-huh 27:23
UMSL 9:3
unambiguous
32:22
unambiguously
63:4,9
uncooperative
30:2
under 7:8,11
12:23 19:13
22:3,19 23:17
29:8,9 31:3,13
32:15,20 43:7
43:15 68:9
71:12
understand 7:11
15:25 19:16
29:11 32:9,11

43:24 49:6
52:11
understanding
10:24 12:8
31:18 32:3
43:15 44:8
46:18 48:3,24
58:23 59:22
60:2,10
understood 7:6
20:12 32:1
54:23
United 1:1 3:1,17
unlawful 29:21
34:25 37:9,15
37:18,24 38:4
38:11,20,23
39:14,23 41:11
41:17 42:1,5,7
42:15,17,25
43:5,8,16,17
43:22 44:1,10
44:13,16
48:20,23
50:6,8,10,15
50:18 52:14,18
53:6 54:21
56:7,8 58:8,9
58:14 59:23
59:25 60:3,5
60:12,22 61:4
61:6,11,18,23
62:14 63:8
unless 22:11
31:15
unlikely 61:22
62:12
unruly 51:3
unsure 20:23
until 49:11
up 8:18 19:22
44:23 47:20
53:9 55:18
64:12 65:7
66:16
us 11:25 13:9
16:19 50:25

60:17,22
use 11:20,25
12:16,20,24
14:22 15:5,19
16:3,8,22
17:10,15,21
18:24 24:5,6
29:25 30:8,11
31:14 32:13,18
43:10 49:5
63:7 65:17
used 17:19,25
19:14 21:18
28:24 29:13
29:20,22
32:3,23 35:16
35:18,20 36:2
36:5,16 65:21
using 18:4 23:21
23:25 27:8
28:18 31:8
35:22 62:16
62:23
—————
V
v 1:6 3:6 69:7
70:2
vandalism
46:20 47:20
48:4,10,16
49:21 60:25
65:3
verbal 30:3
verbiage 33:10
verdict 35:17
version 36:16
very 6:20 13:7
18:9 22:22
35:16,16,18
36:2 64:10
violate 54:20
violence 44:16
50:1,11,19 53:7
54:21 56:14
57:9,16 59:11
59:24 60:4
violent 43:18

63:13
violently 61:1
vs 5:22
—————
W
Wait 26:1
walked 66:19,19
walking 40:2
Walton 18:17,22
19:2 23:7
35:21 36:3,6
want 6:13 20:9
21:8 24:16
27:21 30:23
36:10 42:4
44:7 46:11
58:22 64:7
wanted 22:4,6
25:17 35:25
36:11 49:14
warning 22:11
22:15 23:13
32:17 34:25
65:24
warnings 30:7
32:22 51:6
52:21,22
was 9:8,9,15
13:1,17 14:25
17:16 18:18
19:5,7,8,9,12
19:13 20:18,22
21:4,4,4,7,21
21:23 22:2,24
23:8,9,17 24:7
28:16 33:22
34:18 35:10,14
38:4,4,14,15
38:16,17,23
39:9 41:15
42:1,17 45:6
45:19,23 46:8
46:17,18,19,19
46:24 47:2,3
47:5,7,19,23
47:25,25 48:7
48:8 49:13

GERALD LEYSHOCK  4/17/2019

51:10,12,20
52:2,5,13,17
52:24 54:18
54:25 56:2,8
57:18 58:1,14
59:1,2,8,20
60:13,14 61:6
61:12,16,18
62:1,3,5
64:20 65:22
66:12 68:6,7
68:11
Washington
52:2,6,19
53:2,10,23
54:9,17 55:2
56:11,13,19,24
57:2,8,11,21
58:2,7,25
59:13 61:17,22
62:1,3,13
63:15 66:1
wasn't 65:23
66:2
water 19:11,15
19:20,21 20:13
Waterman 38:6
38:16,24
way 6:1 47:19
64:8 66:4
ways 58:16
we 10:19 11:24
11:25 15:21
19:1,1,4,4
23:21 27:17,17
28:17 29:18
30:5,6,21
33:24 35:16
35:18,22 36:2
40:22 41:9
43:10 46:9,10
49:13 50:4
51:24,24,25
52:4 53:18
55:11 56:7,7
57:17 58:15
62:2 64:11

65:2,6,10,10
65:24 66:10
66:12,13,15,18
66:24 67:2
we'd 19:3
we'll 12:4 15:24
67:5
we're 6:24 11:8
12:1 15:23
27:15,15
30:24 33:12
57:1 64:25
we've 16:17,17
41:8 42:12
week 7:22
well 6:19 11:1,18
13:6,8 14:13
15:21 16:9
20:7 21:8
22:18 23:6
27:17 29:12
32:6 33:9
35:22 38:6
42:19 49:18
51:14 53:8,25
57:18 65:19
66:8
went 22:20
26:1 66:8
were 10:10 17:14
17:17 19:1,4,10
21:16,17,24
22:7,19,24
23:15 26:23
27:7,12,12
28:25 29:7
30:7 32:5
33:24 35:22
36:5 38:11,20
38:22 45:17
46:12,16 50:16
51:1,3,4,7,8
52:21,21 53:5
53:15 54:25
55:6,8,17,20
56:16,18,22
57:9,16,22

58:17 62:9,16
62:23 63:12
63:12,16,18
64:22 66:4,11
66:18 67:7
weren't 22:2
west 4:4 19:2
69:5
what 7:14 8:5,10
10:17,19,24
11:12,17 12:23
17:16 18:18
19:5 20:18
22:6 23:16,21
27:1 33:16
36:2,15 38:10
38:10 40:20
43:3,4,8,14,15
43:15,20 44:9
45:13 46:8
47:1,15,23
48:4 49:16
50:21,25 51:5
51:12,15 54:13
56:23 58:18
60:14 61:2
65:6,23 66:2
66:18
what's 5:25
27:24 29:10
34:16 45:15
63:20 64:7
whatever 35:22
when 6:25 8:7
8:10,14 9:12
10:6 11:7,12,20
11:25 13:1,22
13:24 15:18
16:2 18:8 19:14
22:22 24:5
26:19 27:11
28:23 30:2
32:3 33:6,18
34:3 35:7
43:18 48:10
49:5 51:9,10
51:10 55:14

56:10 59:18
61:6,11 62:2
63:25 65:5
where 20:2
21:18 27:7
28:18 38:20
38:22 41:15
51:2,21 52:4
52:20 55:5,18
56:22 57:17
Where's 27:19
27:21
wherein 3:18
31:23 34:11,18
67:7
which 7:21 10:21
12:5 18:14,16
19:2,2 23:7
27:24 28:8,11
29:21 30:1
33:7 54:10
56:21 68:11
who 13:15 15:11
17:9 23:24
24:4 37:3,17
39:1,4,6,14
50:17 53:6,15
54:25 55:8
59:6 62:3
whoever 66:11
whole 29:4
34:8
whom 55:20
whose 68:5
why 6:7 25:16
30:8,15 53:13
55:6,15 57:15
63:17
will 6:5 9:21
29:13,22
32:22,23
window 48:13
windows 46:14
46:16
wit 31:25 34:13
with 5:6 7:17
8:19,24 10:1

11:15 13:20
14:5,20,21
15:3,4 16:8,12
16:13 17:10,14
18:21 19:3,15
19:19 20:13,15
20:20 21:12
22:13,17 23:13
24:5,21 25:1
25:10,24
26:20 27:6
28:8,12,12,16
29:3,17 30:11
30:12 31:14,19
32:24 33:6,13
33:21 34:2,2,5
36:13 38:2,12
38:21 39:22
40:17 41:14
43:4,11,12,21
44:1,9,11,16,23
45:3,17 46:13
47:4 49:16
50:11,14,18,24
51:14,21 53:7
54:21 55:18
57:9 59:24
60:4 61:21
62:10 65:13
66:6
within 3:15 11:21
12:9 13:13
28:7 48:6
68:4 69:17
71:8
witness 3:10 5:7
10:3 20:9
62:19 67:4
68:5,7 69:12
70:1,25
woman 19:6,7
20:12 66:11
word 33:11
word-for-word
36:2
wording 33:11
35:23

GERALD LEYSHOCK  4/17/2019

| | | | | |
|---|---|---|---|---|
| words 27:1 | 12:10,14,21,25 | 21:16,21 22:5 | 59:10,18 60:11 | **Z** |
| work 46:10 | 14:8 15:6 17:12 | 22:6,6,8,10,12 | 60:15,23,24 | |
| would 11:18 | 18:1,5,13 19:18 | 22:15,16,17,18 | 61:3,3,21 62:5 | **0** |
| 13:12,12,13 | 20:14,17,21 | 23:12,14,19,20 | 62:10,22 | |
| 15:13,13,13 17:1 | 22:9 24:23 | 24:3,9,10,15 | 63:15,25 64:1 | **1** |
| 18:9 19:2 | 25:2,5,7,9,23 | 24:15,16,19,22 | 64:4,6,6,7,7 | 1 29:16 31:8 |
| 22:12,21 30:8 | 26:8,12,15,22 | 25:3,8,10,14 | 65:5,14 66:6 | 1-01 25:1,22 |
| 35:8 39:10 | 26:25 27:10 | 25:17,17,18,21 | 66:25 67:2 | 26:11 27:13,14 |
| 43:9,9,10,14 | 28:1,3,10,14 | 26:5,6,16,19 | you're 6:25 7:11 | 28:7 29:1,6,12 |
| 43:20 50:9 | 28:20 31:2,6 | 26:20,21,23 | 8:15 13:23 | 30:10 31:3 |
| 51:17 58:9 | 31:12 32:8,14 | 27:21 28:6,6,7 | 14:23 16:14 | 32:6,7,21 |
| 59:2 60:11,15 | 32:19 33:1 | 28:11,16,23 | 20:2,10 26:4 | 1:00 3:12 |
| 60:22 61:21 | 34:20,23 35:2 | 29:12 30:12,14 | 27:6 29:3 | 1:05 5:13 |
| 62:13 63:10 | 35:6,12 36:10 | 30:17 31:13 | 30:17,22,25 | 10 34:16,18 |
| 66:3,6 | 36:18 37:2,6 | 32:9,11 33:2,5 | 46:11 47:9 | 36:13 39:18 |
| would've 61:23 | 37:10,16 40:4 | 33:16,17 34:1,6 | 49:20 51:20 | 10:45 51:17 |
| wouldn't 33:22 | 41:12,18 44:2 | 34:17,22 35:3 | 51:23 53:25 | 100 53:16 55:14 |
| 36:10 60:12 | 44:14,17 45:4 | 35:3,7,7,13,20 | 56:23 58:19 | 56:5 |
| 65:11 66:10 | 45:8,11 46:23 | 35:20 36:4,11 | 60:17,18 61:25 | 11:00 48:15,21 |
| write 33:10 | 47:5 48:22 | 36:11,14,15,15 | you've 10:1 15:4 | 49:11,25 50:4 |
| writing 33:16 | 49:2,4,9,23 | 36:16,22,23 | 21:18 31:7 | 50:16 51:17 |
| 35:15 | 50:7,12,20 | 36:25 37:3,7 | 34:15 38:19 | 52:13 53:2 |
| written 16:13 | 52:7,16 54:22 | 37:8,22 38:3 | 41:13 62:11 | 59:12,20 |
| wrong 17:18 | 55:3 63:19 | 38:10,22 39:1 | young 45:19 | 11:30 51:22 52:5 |
| 56:5 | you 5:19,23,25 | 39:6,14,24 | younger 19:7 | 52:3 54:15 |
| wrote 66:2 | 6:1,8,13,14,21 | 40:3,6,12,17 | your 5:23 7:8,9 | 55:5 59:12 |
| | 6:25 7:3,5,11 | 40:23 41:16 | 8:17 9:6,7 10:4 | 11th 4:14 69:18 |
| **X** | 7:14,22 8:4,5 | 42:6,8,11,14,14 | 10:24 11:25 | 1200 3:13 4:9 |
| XIII 25:22 26:10 | 8:5,10,11,14,24 | 42:16,16,23 | 12:8 17:24 | 1446(T) 3:15 |
| 27:13 28:11 | 9:12,23 10:6 | 43:3,6,15,24 | 25:4 27:1 | 4:13 5:4 68:4 |
| 29:1 30:10,14 | 10:10,13,13,14 | 44:11,23 45:13 | 29:10 30:17 | 15th 38:14,16,24 |
| 31:1 32:7,12 | 10:17,17,21 11:7 | 45:16 46:8,11 | 31:18 32:1,2 | 39:2,7 |
| 32:20 | 11:8,12,13,15 | 46:21 47:11,14 | 39:24 43:15 | 17 1:12 3:11 69:10 |
| | 11:20,21 12:15 | 47:16,23 48:4 | 44:8,22 45:12 | 70:3 |
| **Y** | 12:19,22 13:1,7 | 48:5,10,15 | 48:24 49:17 | 17th 38:18 39:12 |
| Yeah 8:2,22 9:1 | 13:11,15,17,22 | 49:6,10,12,14 | 49:19 52:12 | 41:25 45:1,2 |
| 16:10 24:20 | 13:22 14:6,9,11 | 49:16,19 50:1 | 54:14,24 | 65:14 66:8 |
| 35:22 54:4 | 14:19 15:2,7,7 | 50:4,8,11,14,14 | 56:19 58:10 | 19 9:23 |
| 58:22 | 15:11,16,17 16:1 | 50:21 51:15,15 | 58:23 59:22 | 1997 13:7 |
| year 9:8 13:14 | 16:6,9,16,21 | 52:1,7,11,24 | 60:2,9,25 | 1O 2:7 |
| 14:4,7 | 17:2,8,10,13,19 | 53:4,20,25 | 61:3 63:1,7 | 1st 34:22 35:9 |
| years 10:8 18:8 | 17:25 18:3,11 | 54:2,23 55:4 | 64:8 69:9,12 | 35:14 36:14 |
| yelling 63:5 | 18:14,16,23,24 | 55:13,15,18,24 | yourself 12:15 | |
| yes 6:16 7:2,7 | 19:17,23 20:8 | 56:1,10,13 | 12:19 16:23 | **2** |
| 7:13 8:16 9:17 | 20:11,12,15,18 | 57:6,7,24 | 17:8 42:6,17 | 2 31:13 |
| 9:25 10:12,16 | 20:19,22,23 | 58:9,9,24,24 | 43:6 | 2:24 67:8 |
| 11:11,16 12:3,7 | 21:8,10,11,11,11 | 58:25 59:6,6 | | 20 71:15 |

GERALD LEYSHOCK  4/17/2019

**20-pound**
  64:24
**2015** 23:10
**2017** 8:3,5 10:10
  13:3 34:22
  35:9,14 36:14
  45:2
**2018** 14:15
**2019** 1:12 3:12
  69:3,10 70:3
**23** 69:3
**2nd** 9:14

_____
**3**
**3:00** 3:12
**30** 48:7 69:17
**314** 3:14 4:9
**314.622.4800**
  4:10
**314.644.2191**
  4:15
**34** 2:7
**34th** 4:4 69:5

_____
**4**
**4** 27:21
**4:17-cv-2455-...**
  1:6 3:6
**40** 18:7
**406** 4:4 69:5
**420** 4:4 69:5

_____
**5**
**5** 2:4

_____
**6**
**63101** 4:14
  69:18
**63103** 4:10
**64111** 4:4 69:6

_____
**7**
**711** 4:14 69:17
**79** 9:14,23

_____
**8**
**8** 24:17,21 26:21
**8:00** 45:10 47:11

**8:30** 45:10,22
  47:11 48:10
**816.470.9938**
  4:5

_____
**9**
**9** 24:17 25:6
  26:7
**9:00** 48:14 49:11
  49:20,25
**900** 45:14,15,23