```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


MALEEHA AHMAD, et al.,        )
                              )
Plaintiffs-Appellees,         ) Case No. 4:17-cv-2455-CDP
                              )
v.                            )
                              )
CITY OF ST. LOUIS,            )
                              )
Defendant-Appellant.          )
```

**NOTICE OF APPEAL**

Notice is hereby given that defendant City of St. Louis, Missouri, appeals to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 15th day of May, 2019 [doc. 159].

```
                      Respectfully submitted,
                      JULIAN L. BUSH
                      CITY COUNSELOR

                      /s/ Robert H. Dierker
                      Robert H. Dierker 23671MO
                      Associate City Counselor
                      dierkerr@stlouis-mo.gov
                      Brandon Laird 65564MO
                      Associate City Counselor
                      Abby Duncan 67766MO
                      Assistant City Counselor
                      Megan Bruyns 69987MO
                      Assistant City Counselor
                      Amy Raimondo 71291MO
                      Assistant City Counselor
                      1200 Market St.
                      City Hall, Rm 314
                      St. Louis, MO 63103
                      314-622-3361
                      Fax 314-622-4956
```