US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                                      USCA#: _____

Ahmad et al v. City of St. Louis, Missouri

Case Number:

4:17cv2455 CDP

Plaintiff:                                          Defendant:

**Maleeha Ahmad, et al**                            City of St. Louis, Missouri

Attorney:                                           Attorney:

SEE DOCKET SHEET                                    SEE DOCKET SHEET

Court Reporter:                                     Please return files and documents to:

                                                    Clerk, Eastern District of Missouri

                                                    Person to contact about the appeal::

                                                    Beth Kirkland    244-7925

Gayle Madden

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| ROBERT KIERKER | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

   Is defendant incarcerated?      Yes         No          Where:

Please list all other defendants in this case if there were multiple defendants: