# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 24, 2019

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

      RE:  19-2062  Maleeha Ahmad, et al v. City of St. Louis, Missouri

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans  
Clerk of Court

CMH

Enclosure(s)

cc:   Ms. Megan Kathleen G. Bruyns  
     Ms. Abby Duncan  
     Mr. Brandon David Laird  
     Mr. Gregory J. Linhares  
     Ms. Gayle D. Madden  
     Mr. Omri E. Praiss  
     Ms. Amy Raimondo  
     Mr. Anthony E. Rothert  
     Ms. Jessie M. Steffan  
     Ms. Gillian R. Wilcox

District Court/Agency Case Number(s):   4:17-cv-02455-CDP

**Caption For Case Number:   19-2062**

Maleeha S. Ahmad

>Plaintiff - Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals; Brian Baude

>Plaintiffs

W. Patrick Mobley

>Plaintiff - Appellee

Iris Maclean

>Plaintiff

Pamela Lewczuk

>Plaintiff - Appellee

v.

City of St. Louis, Missouri

>Defendant - Appellant

**Addresses For Case Participants:   19-2062**

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Megan Kathleen G. Bruyns
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Abby Duncan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Brandon David Laird
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Gayle D. Madden
3rd Floor
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street
Saint Louis, MO  63102-1116

Mr. Omri E. Praiss
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Amy Raimondo
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Jessie M. Steffan
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO  63108-0000

Ms. Gillian R. Wilcox
ACLU OF MISSOURI FOUNDATION
Suite 420
406 W. 34th Street
Kansas City, MO  64111