# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-8011

Maleeha S. Ahmad

Respondent

Alison Dreith, on behalf of themselves and a class of similarly situated individuals and Brian Baude

W. Patrick Mobley

Respondent

Iris Maclean

Pamela Lewczuk

Respondent

v.

City of St. Louis, Missouri

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)
_____

**ORDER**

The Respondents' motion for an extension of time to file their response to the petition for permission to appeal under FRCP 23(f) is granted up to and including, June 7, 2019.

May 30, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans