# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-8011

Maleeha S. Ahmad

Respondent

Alison Dreith, on behalf of themselves and a class of similarly situated individuals and Brian Baude

W. Patrick Mobley

Respondent

Iris Maclean

Pamela Lewczuk

Respondent

v.

City of St. Louis, Missouri

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)
_____

**ORDER**

Petitioner City of St. Louis, Missouri's petition for permission to appeal under FRCvP 23(f) is granted. The case has been assigned appeal number 19-2221 on the regular docket.

June 14, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans