# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 14, 2019

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

RE:  19-2221  Maleeha Ahmad, et al v. City of St. Louis, Missouri

Dear Counsel:

Pursuant to the order issued in Miscellaneous Docket Case No. 19-8011 granting the petition for permission to appeal, this case has been transferred from the Miscellaneous Docket to the Regular Docket and we have assigned it the caption and case number shown above. Please use the new Regular Docket caption and number on all correspondence and pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**Pursuant to Federal Rule of Appellate Procedure 3(e), you must now pay the $505 filing and docketing fees to the United States District Court.**

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans
      Clerk of Court

CMH

Enclosure(s)

cc:    Ms. Megan Kathleen G. Bruyns
      Ms. Abby Duncan
      Mr. Brandon David Laird
      Mr. Gregory J. Linhares
      Mr. Omri E. Praiss
      Ms. Amy Raimondo
      Mr. Anthony E. Rothert
      Ms. Jessie M. Steffan
      Ms. Gillian R. Wilcox

      District Court/Agency Case Number(s):   4:17-cv-02455-CDP

**Caption For Case Number:   19-2221**

Maleeha S. Ahmad

       Plaintiff - Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals; Brian Baude

       Plaintiffs

W. Patrick Mobley

       Plaintiff - Appellee

Iris Maclean

       Plaintiff

Pamela Lewczuk

       Plaintiff - Appellee

v.

City of St. Louis, Missouri

       Defendant - Appellant

**Addresses For Case Participants:   19-2221**

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Megan Kathleen G. Bruyns
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Abby Duncan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Brandon David Laird
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Omri E. Praiss
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Amy Raimondo
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
Suite 1130
906 Olive Street
Saint Louis, MO  63101

Ms. Jessie M. Steffan
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO  63108-0000

Ms. Gillian R. Wilcox
ACLU OF MISSOURI FOUNDATION
Suite 420
406 W. 34th Street
Kansas City, MO  64111