# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  19-8011
_____

Maleeha S. Ahmad

Respondent

Alison Dreith, on behalf of themselves and a class of similarly situated individuals; Brian Baude

W. Patrick Mobley

Respondent

Iris Maclean

Pamela Lewczuk

Respondent

v.

City of St. Louis, Missouri

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)
_____

**JUDGMENT**

Before LOKEN, GRASZ and KOBES, Circuit Judges.

    Judgment is entered in accordance with the court's order of June 14, 2019, granting the petition for permission to appeal under FRCvP 23(f).  Mandate shall issue forthwith. This appeal has been assigned number 19-2221 on the regular docket.

June 17, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans