# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-8011

Maleeha S. Ahmad

Respondent

Alison Dreith, on behalf of themselves and a class of similarly situated individuals and Brian Baude

W. Patrick Mobley

Respondent

Iris Maclean

Pamela Lewczuk

Respondent

v.

City of St. Louis, Missouri

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)
_____

**MANDATE**

In accordance with the judgment of 06/17/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 17, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit