UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALEEHA AHMAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 2455 CDP |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

Having reviewed plaintiffs' amended motion for an order to show cause why St. Louis County should not be held in contempt for failing to respond to a validly issued subpoena served upon it by plaintiffs in this case on March 18, 2019 and attached as Exhibit 1 to the Amended Motion for Order to Show Cause [Doc. # 178-1] ("the Subpoena"),

**IT IS HEREBY ORDERED** that plaintiffs' Amended Motion for Show Cause Order [178] is granted, and St. Louis County shall show cause in writing, not later than 14 days from the date of this Order, why it should not be held in contempt for failing to timely respond to the Subpoena in compliance with Federal Rule of Civil Procedure 45(e) or for failing to timely move to quash or modify the Subpoena under Federal Rule of Civil Procedure 45(d). Plaintiffs shall forthwith serve a copy of this Memorandum and Order to Show Cause upon St. Louis County and file an affidavit of compliance attesting to the same.

**IT IS FURTHER ORDERED** that the Motion for Order to Show Cause [177] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2019.