IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:17-cv-2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) ) ) |
| Defendant. | ) |

### Affidavit of Compliance

In accordance with the Memorandum and Order issued by the Court on June 18, 2019, ECF No. 179, the undersigned counsel attests that she served a copy of the Memorandum and Order upon St. Louis County, via its counsel Mr. Robert Fox, by electronic mail and First Class mail on this date.

STATE OF MISSOURI      )
                       ) ss
CITY OF ST. LOUIS      )

I, Jessie Steffan, being duly sworn upon my oath, state that the statements contained herein are true and correct according to my best knowledge, information and belief.

_____
Jessie Steffan, Plaintiffs' Attorney

On this June 18, 2019, before me a Notary Public, personally appeared Jessie Steffan, to me known to be the person who executed the foregoing instrument and acknowledged under oath that the information contained therein is true and correct according to her best knowledge, information and belief.

IN WITNESS WHEREOF, I have set my hand and affixed my official seal in the County and State aforesaid on the day and year first above written.

_____
Notary Public

My Commission expires:

KATHRYN M. HINNERS-MUELLER
My Commission Expires
May 12, 2022
St. Louis City
Commission #14614956

1