# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-cv-2455 CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION FOR PROTECTIVE ORDER

The parties respectfully request this Court enter the attached proposed protective order.

On March 18, 2019, Plaintiffs served subpoenas to produce documents upon the respective custodian of records for St. Louis County police department.

To facilitate the production of documents responsive to the subpoenas, the custodian of records, represented by the St. Louis County Counselor's Office, has requested entry of a limited protective order. After negotiations, the parties and the County Counselor agree that the proposed protective order is appropriate to protect the security and privacy interests of the subpoena recipients and the individuals named in responsive documents.

Accordingly, the parties request this Court enter the attached proposed protective order.

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

/s/ Robert H. Dierker
Robert H. Dierker, #23671MO
Associate City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO 63103
Tel: (314) 622-3361
Fax: (314) 622-4956
dierkerr@stlouis-mo.gov

*Attorney for Defendant*