UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:17-CV-02455-CDP |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO STAY PENDING DISPOSITION OF APPEALS

Defendant City of St. Louis respectfully moves the Court to stay further proceedings in this cause pending disposition of defendant City's pending appeals to the United States Court of Appeals for the Eighth Circuit. Defendant does not seek a stay of the preliminary injunction, nor does the defendant seek to stay completion of discovery.

Defendant submits a memorandum in support of this motion concurrently herewith.

WHEREFORE, defendant City respectfully requests that further proceedings herein be stayed pending disposition of appellate proceedings.

Respectfully submitted,
JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO
Associate City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564MO
Associate City Counselor
Abby Duncan 67766MO
Assistant City Counselor
Megan Bruyns 69987MO
Assistant City Counselor
Amy Raimondo 71291MO
Assistant City Counselor
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956