U.S. District Court
Eastern District of Missouri
111 South Tenth Street, Rm 3.300
St. Louis, MO 63102

# RECORDS TRANSMITTAL SHEET

Date: 3/8/19

Records forwarded to: Clerk, U.S. Court of Appeals

USDC Case: **4:17-cv-02455 CDP**          USCA Case: 19-2221

Case Caption: **Ahmad et al v. St. Louis, Missouri, City of**

The following records are forwarded to your office as requested:

( ) Original File:

( ) Transcripts:

( x ) Exhibits #18, 19, 30, 65, and 139


( )

( ) Other:

## U.S.C.A. ACKNOWLEDGMENT

---

Received                                Returned to U.S.D.C.

By:                                     By:

Date:                                   Date: