# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  19-2062
_____

Maleeha S. Ahmad

Plaintiff - Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals; Brian Baude

Plaintiffs

W. Patrick Mobley

Plaintiff - Appellee

Iris Maclean

Plaintiff

Pamela Lewczuk

Plaintiff - Appellee

v.

City of St. Louis, Missouri

Defendant - Appellant
_____

No:  19-2221
_____

Maleeha S. Ahmad

Plaintiff - Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals; Brian Baude

Plaintiffs

W. Patrick Mobley

Plaintiff - Appellee

Iris Maclean

Plaintiff

Pamela Lewczuk

Plaintiff - Appellee

v.

City of St. Louis, Missouri

Defendant - Appellant

------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)

------------------------------------------------------------

# JUDGMENT

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the orders of the district court in this cause are modified and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

April 27, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans