UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:17 CV 2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER LIFTING STAY

Having reviewed the opinion of the Eighth Circuit Court of Appeals issued on April 27, 2021 and upon motion of plaintiffs, the Court concludes that the stay of proceedings should be lifted and this case should proceed to trial forthwith.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to lift stay [197] is granted, and not later than **May 14, 2021**, the parties shall file a joint memorandum setting out mutually agreeable dates for the trial of this matter. The joint memorandum shall include an estimate of how many days this case will require for trial and any other matters for the Court's consideration.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2021.