**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
|       Plaintiffs, | ) |
| v. | )    No. 4:17-cv-2455 CDP |
| CITY OF ST. LOUIS, MISSOURI, | ) |
|       Defendant. | ) |

**JOINT MEMORANDUM IN RESPONSE TO COURT ORDER**

In response to this Court's order of April 29, 2021, directing the parties to "file a joint memorandum setting out mutually agreeable dates for the trial of this matter" and that "[t]he joint memorandum shall include an estimate of how many days this case will require for trial," ECF No. 199, the parties submit the following:

1. The parties estimate that this case will require ten days for trial.

2. The parties mutually agree to this matter being tried as the Court's schedule permits any time beginning on August 30, 2021 or any date thereafter except September 16 through September 20, but defendant may be obliged to request to call some witnesses out of order due to police vacations during Labor Day week (September 6-10).

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs*

/s/ Robert H. Dierker
Robert H. Dierker, #23671MO
Associate City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO 63103
Tel: (314) 622-3361
Fax: (314) 622-4956
dierkerr@stlouis-mo.gov

*Attorney for Defendant*