UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA S. AHMAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:17-CV-02455-CDP |
| | ) |
| ST. LOUIS, MISSOURI, CITY OF, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

IT IS HEREBY ORDERED that this case is transferred from U.S. District Judge Catherine D. Perry to US. District Judge Matthew T. Schelp.

Dated this 17th day of May, 2021.

_____
RODNEY W. SIPPEL
CHIEF UNITED STATES DISTRICT JUDGE