# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2062

Maleeha S. Ahmad

Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals and Brian Baude

W. Patrick Mobley

Appellee

Iris Maclean

Pamela Lewczuk

Appellee

v.

City of St. Louis, Missouri

Appellant

No: 19-2221

Maleeha S. Ahmad

Appellee

Alison Dreith, on behalf of themselves and a class of similarly situated individuals and Brian Baude

W. Patrick Mobley

Appellee

Iris Maclean

Pamela Lewczuk

Appellee

v.

City of St. Louis, Missouri

Appellant

------

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02455-CDP)

------

### ORDER

Appellant's petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Appellees' petition for rehearing by the panel is denied.

June 08, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

------

　　　/s/ Michael E. Gans