# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:17-CV-2455-MTS |
| CITY OF ST. LOUIS, | ) |
| Defendant. | ) |

## JOINT MOTION FOR APPROVAL OF CONSENT SETTLEMENT DECREE

Plaintiffs and defendant hereby respectfully move the Court to enter the proposed consent judgment appended hereto. In support, the parties state that, after negotiations, the parties have agreed that the proposed consent judgment is fair and reasonable and in the best interests of all parties and of the public.

WHEREFORE, the parties respectfully request that the Court enter the proposed consent judgment presented herewith.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827(MO)
Jessie Steffan, #64861(MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278(MO)
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938

2

gwilcox@aclu-mo.org
Attorneys for Plaintiffs

MATT MOAK
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker, #23671(MO)
Associate City Counselor
Catherine A. Dierker #70025(MO)
Assistant City Counselor
314 City Hall
1200 Market Street
St. Louis, MO 63103
Tel: (314) 622-3361
Fax: (314) 622-4956
dierkerr@stlouis-mo.gov
Attorneys for Defendant