# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALEEHA S. AHMAD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-02455-MTS |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER AWARDING FEES AND COSTS

This matter is before the Court on the parties' Joint Motion for Attorney Fees and Costs, Doc. [223], in which the parties advised the Court that they reached an agreement concerning the award of fees and costs to Plaintiffs. Based on their agreement, the Court concludes that Plaintiffs are prevailing parties under 42 U.S.C. § 1988, and by consent of the parties, the Court will award Plaintiffs their attorney's fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall have and recover of Defendant City of St. Louis the sum of $200,000 as and for reasonable attorney's fees herein, and that Plaintiffs further have and recover of Defendant City of St. Louis the sum of $35,429.13 as and for costs, for a total award of $235,429.13.

Dated this 7th day of September, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE