IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALEEHA AHMAD, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )  Case No.: 4:17-CV-2455 |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**M<span>OTION FOR</span> D<span>ISBURSEMENT OF</span> F<span>UNDS</span>**

Come now Plaintiffs and move this Court for entry of an order releasing to Plaintiffs the $100.00 bond posted to secure the preliminary injunction entered on November 15, 2017. In support, Plaintiffs state:

1. On November 15, 2017, this Court entered a preliminary injunction, which by its terms "bec[a]me[] effective upon plaintiffs' posting security in the amount of $100." (Doc. #58).

2. The bond was posted.

3. The preliminary injunction remained in effect until "further order of this Court." *Id.*

4. On August 9, 2021, this Court entered a final Consent Judgment. (Doc. #219).

5. No claims have been made against the preliminary injunction bond.

6. Counsel for Defendants consents to this request.

7. A disbursement check should be made payable to: ACLU of Missouri Foundation, 906 Olive Street, Suite 1130, St. Louis, Missouri 63101.

WHEREFORE Plaintiffs respectfully request that the bond funds be disbursed, and the Court grant such other and further relief as is just and proper under the circumstances.

Respectfully Submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 West 34th Street, #420
Kansas City, Missouri 64111
Phone: 816-470-9933
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827
Jessie Steffan, #64861
Molly Carney, #70570
Emily Lazaroff, #73811
ACLU of Missouri Foundation
906 Olive Street, #1130
St. Louis, Missouri 63101
Phone: 314-652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS